UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61229-CIV-CANNON

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND PERMITTING REPLEADING

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. Upon review, and for the reasons set forth below, the Court hereby **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint [ECF No. 1], with leave to amend.

\*\*\*

Plaintiff brings this trademark counterfeiting and infringement lawsuit against an unidentified number of Defendants for unlawfully infringing on Plaintiff's trademarks [ECF No. 1 ¶ 25] by "promoting, selling, reproducing, offering for sale, and distributing goods using counterfeits and confusingly similar imitations of Smiley's trademarks and copyrighted works within this district through various Internet based e-commerce stores and fully interactive commercial Internet websites operating under the seller identification names set forth on Schedule 'A'" [ECF No. 1 ¶ 1]. Plaintiff's Complaint lumps all Defendants together in collective fashion, without differentiation or specification as to each Defendant's act(s) giving rise to that Defendant's liability. Under these circumstances, the Complaint fails to give adequate notice to each Defendant

CASE NO. 23-61229-CIV-CANNON

of the factual basis and grounds for each of Plaintiff's claims against each named Defendant. *See generally Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1323 (11th Cir. 2015); *W. Coast Roofing & Waterproofing, Inc. v. Johns Manville, Inc.*, 287 F. App'x 81, 86 (11th Cir. 2008) ("In a case with multiple defendants, the complaint should contain specific allegations with respect to each defendant; generalized allegations "lumping" multiple defendants together are insufficient."); Fed. R. Civ. P. 8(a).  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff will have one final opportunity to plead its claims in light of this Order.  **Any such amended pleading is due on or before July 17, 2023**, and should contain sufficient factual detail, either in the Amended Complaint or in supporting attachments, to determine the specific factual basis of liability against each of the Defendants.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of July 2023.

                                                                              AILEEN M. CANNON
                                                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record