Schedule "A"

| Def No. | Seller Name | Store URL |
|---|---|---|
| 1 | 7ldo | https://www.redbubble.com/people/7ldo/shop |
| 2 | aap24 | https://www.redbubble.com/people/aap24/shop |
| 3 | Aaro ab | https://www.redbubble.com/people/mrinspiro/shop |
| 4 | Abbie :) | https://www.redbubble.com/people/abbie-schafer/shop |
| 5 | abby cartwright | https://www.redbubble.com/people/kacartwright/shop |
| 6 | AcidicStonsey | https://www.redbubble.com/people/AcidicStonsey/shop |
| 7 | adventuresofliz | https://www.redbubble.com/people/adventuresofliz/shop |
| 8 | AfricaDesign | https://www.redbubble.com/people/AfricaDesign/shop |
| 9 | ahuva234 | https://www.redbubble.com/people/ahuva234/shop |
| 10 | AKBookLover | https://www.redbubble.com/people/AKBookLover/shop |
| 11 | Alden Dexter | https://www.redbubble.com/people/aldendexter/shop |
| 12 | AliConcept | https://www.redbubble.com/people/AliConcept/shop |
| 13 | AlishaMSchil | https://www.redbubble.com/people/AlishaMSchil/shop |
| 14 | alxlajoie | https://www.redbubble.com/people/alxlajoie/shop |
| 15 | alydesigns4 | https://www.redbubble.com/people/alydesigns4/shop |
| 16 | alyssarae12 | https://www.redbubble.com/people/alyssarae12/shop |
| 17 | andallsorts | https://www.redbubble.com/people/andallsorts/shop |
| 18 | Animator-Tana11 | https://www.redbubble.com/people/Animator-Tana11/shop |
| 19 | annie-chen | https://www.redbubble.com/people/annie-chen/shop |
| 20 | Aouches | https://www.redbubble.com/people/Aouches/shop |
| 21 | aphr0disiacs | https://www.redbubble.com/people/aphr0disiacs/shop |
| 22 | arkeadesain | https://www.redbubble.com/people/arkeadesain/shop |
| 23 | Art-by-Andra | https://www.redbubble.com/people/Art-by-Andra/shop |
| 24 | aussieforgood | https://www.redbubble.com/people/aussieforgood/shop |
| 25 | avakk444 | https://www.redbubble.com/people/avakk444/shop |
| 26 | avavanhoy | https://www.redbubble.com/people/avavanhoy/shop |
| 27 | ayshafarahana | https://www.redbubble.com/people/ayshafarahana/shop |
| 28 | azet-art | https://www.redbubble.com/people/azet-art/shop |
| 29 | badartbya | https://www.redbubble.com/people/badartbya/shop |
| 30 | Badi46 | https://www.redbubble.com/people/Badi46/shop |
| 31 | bccroddy | https://www.redbubble.com/people/bccroddy/shop |

Schedule "A"

| | | |
|---|---|---|
| 32 | beautyart1 | https://www.redbubble.com/people/beautyart1/shop |
| 33 | Ben Feakes | https://www.redbubble.com/people/Pentago/shop |
| 34 | bethlowzh | https://www.redbubble.com/people/bethlowzh/shop |
| 35 | Bithys Online | https://www.redbubble.com/people/bithy20042000/shop |
| 36 | BitMania | https://www.redbubble.com/people/BitMania/shop |
| 37 | blessingboy | https://www.redbubble.com/people/blessingboy/shop |
| 38 | boltjesdesign | https://www.redbubble.com/people/boltjesdesign/shop |
| 39 | bougieFire | https://www.redbubble.com/people/bougieFire/shop |
| 40 | Brenda Pineda | https://www.redbubble.com/people/bpined22/shop |
| 41 | briana--g | https://www.redbubble.com/people/briana--g/shop |
| 42 | BrightLightArts | https://www.redbubble.com/people/BrightLightArts/shop |
| 43 | BrokeBerlyn | https://www.redbubble.com/people/BrokeBerlyn/shop |
| 44 | Brooke Butler | https://www.redbubble.com/people/livethepreplife/shop |
| 45 | btsamy | https://www.redbubble.com/people/btsamy/shop |
| 46 | Caamaax | https://www.redbubble.com/people/Caamaax/shop |
| 47 | calypsomad | https://www.redbubble.com/people/calypsomad/shop |
| 48 | Camilach | https://www.redbubble.com/people/Camilach/shop |
| 49 | camilavg | https://www.redbubble.com/people/camilavg/shop |
| 50 | Carlifriess | https://www.redbubble.com/people/Carlifriess/shop |
| 51 | cash4college | https://www.redbubble.com/people/cash4college/shop |
| 52 | chlobotron | https://www.redbubble.com/people/chlobotron/shop |
| 53 | Chloecookk | https://www.redbubble.com/people/Chloecookk/shop |
| 54 | Christeena- | https://www.redbubble.com/people/Christeena-/shop |
| 55 | christyrae | https://www.redbubble.com/people/christyrae/shop |
| 56 | cosmiceutopia | https://www.redbubble.com/people/cosmiceutopia/shop |
| 57 | CosteaDan | https://www.redbubble.com/people/CosteaDan/shop |
| 58 | crawlycreations | https://www.redbubble.com/people/crawlycreations/shop |
| 59 | Creative Brat Design Studio | https://www.redbubble.com/people/amearnest/shop |
| 60 | CuteSticker10 | https://www.redbubble.com/people/CuteSticker10/shop |
| 61 | DaveGoode | https://www.redbubble.com/people/DaveGoode/shop |
| 62 | DesignsByGQ | https://www.redbubble.com/people/DesignsByGQ/shop |
| 63 | DevaDharshani | https://www.redbubble.com/people/DevaDharshani/shop |

Schedule "A"

| | | |
|---|---|---|
| 64 | DewaTheGreat | https://www.redbubble.com/people/DewaTheGreat/shop |
| 65 | DinoDinosaurio | https://www.redbubble.com/people/DinoDinosaurio/shop |
| 66 | Dino's Designs | https://www.redbubble.com/people/ascar22/shop |
| 67 | Dno360 | https://www.redbubble.com/people/Dno360/shop |
| 68 | DodyGraph | https://www.redbubble.com/people/DodyGraph/shop |
| 69 | dominic69 | https://www.redbubble.com/people/dominic69/shop |
| 70 | doodleprojectco | https://www.redbubble.com/people/doodleprojectco/shop |
| 71 | Ekall1340 | https://www.redbubble.com/people/Ekall1340/shop |
| 72 | ellinnur | https://www.redbubble.com/people/ellinnur/shop |
| 73 | emmakate2044 | https://www.redbubble.com/people/emmakate2044/shop |
| 74 | emmastickershop | https://www.redbubble.com/people/emmastickershop/shop |
| 75 | emtursch12 | https://www.redbubble.com/people/emtursch12/shop |
| 76 | eringalimanis | https://www.redbubble.com/people/eringalimanis/shop |
| 77 | esteban5775 | https://www.redbubble.com/people/esteban5775/shop |
| 78 | Eva Ward | https://www.redbubble.com/people/sweetash0ney/shop |
| 79 | ExoticFashions | https://www.redbubble.com/people/ExoticFashions/shop |
| 80 | faithyroseart | https://www.redbubble.com/people/faithyroseart/shop |
| 81 | FallInLoveCo | https://www.redbubble.com/people/FallInLoveCo/shop |
| 82 | Fangirl-boyband | https://www.redbubble.com/people/Fangirl-boyband/shop |
| 83 | FAT Stor | https://www.redbubble.com/people/Elmhoufer/shop |
| 84 | fearneeee | https://www.redbubble.com/people/fearneeee/shop |
| 85 | findsbyjune374 | https://www.redbubble.com/people/findsbyjune374/shop |
| 86 | fofo-draws | https://www.redbubble.com/people/fofo-draws/shop |
| 87 | fr0gzZz | https://www.redbubble.com/people/fr0gzZz/shop |
| 88 | freakalude | https://www.redbubble.com/people/freakalude/shop |
| 89 | Free-Colors | https://www.redbubble.com/people/Free-Colors/shop |
| 90 | FreedomUniverse | https://www.redbubble.com/people/FreedomUniverse/shop |
| 91 | Fuico | https://www.redbubble.com/people/Fuico/shop |
| 92 | GalaxyAREA | https://www.redbubble.com/people/GalaxyAREA/shop |
| 93 | GauravP1806 | https://www.redbubble.com/people/GauravP1806/shop |
| 94 | GeekStars | https://www.redbubble.com/people/GeekStars/shop |
| 95 | Germeen Nagib | https://www.redbubble.com/people/ginamir/shop |

Schedule "A"

| | | |
|---|---|---|
| 96 | getyourvibeon | https://www.redbubble.com/people/getyourvibeon/shop |
| 97 | GingerDoingArt | https://www.redbubble.com/people/GingerDoingArt/shop |
| 98 | Golfpanu2020 | https://www.redbubble.com/people/Golfpanu2020/shop |
| 99 | gpsapparel | https://www.redbubble.com/people/gpsapparel/shop |
| 100 | gracek1013 | https://www.redbubble.com/people/gracek1013/shop |
| 101 | GrantRBJ | https://www.redbubble.com/people/GrantRBJ/shop |
| 102 | grungepuppy | https://www.redbubble.com/people/grungepuppy/shop |
| 103 | hannahcowardart | https://www.redbubble.com/people/hannahcowardart/shop |
| 104 | Happymoms | https://www.redbubble.com/people/Happymoms/shop |
| 105 | Holying0621 | https://www.redbubble.com/people/Holying0621/shop |
| 106 | In General | https://www.redbubble.com/people/Djnrik/shop |
| 107 | itsdanyellee | https://www.redbubble.com/people/itsdanyellee/shop |
| 108 | itsgibby | https://www.redbubble.com/people/itsgibby/shop |
| 109 | itssav9 | https://www.redbubble.com/people/itssav9/shop |
| 110 | jaishorty | https://www.redbubble.com/people/jaishorty/shop |
| 111 | JaiStudio | https://www.redbubble.com/people/JaiStudio/shop |
| 112 | Jasisart | https://www.redbubble.com/people/Jasisart/shop |
| 113 | jeremysstickers | https://www.redbubble.com/people/jeremysstickers/shop |
| 114 | Jessica23moon | https://www.redbubble.com/people/Jessica23moon/shop |
| 115 | JH Designs | https://www.redbubble.com/people/JelenaHoman/shop |
| 116 | jjinfinity | https://www.redbubble.com/people/jjinfinity/shop |
| 117 | Joricherry | https://www.redbubble.com/people/Joricherry/shop |
| 118 | Kaedesgins | https://www.redbubble.com/people/Kaedesgins/shop |
| 119 | kaitlynchen10 | https://www.redbubble.com/people/kaitlynchen10/shop |
| 120 | Kamestyle | https://www.redbubble.com/people/Kamestyle/shop |
| 121 | katieguerra28 | https://www.redbubble.com/people/katieguerra28/shop |
| 122 | keep-in-mind | https://www.redbubble.com/people/keep-in-mind/shop |
| 123 | kenzie090 | https://www.redbubble.com/people/kenzie090/shop |
| 124 | kjoemtac | https://www.redbubble.com/people/kjoemtac/shop |
| 125 | Knottygirl | https://www.redbubble.com/people/Knottygirl/shop |
| 126 | krgood | https://www.redbubble.com/people/krgood/shop |
| 127 | KT5designs | https://www.redbubble.com/people/KT5designs/shop |

Schedule "A"

| | | |
|---|---|---|
| 128 | KTdoodle | https://www.redbubble.com/people/KTdoodle/shop |
| 129 | kuromii- | https://www.redbubble.com/people/kuromii-/shop |
| 130 | Lanthart | https://www.redbubble.com/people/Lanthart/shop |
| 131 | Lauraspdesigns | https://www.redbubble.com/people/Lauraspdesigns/shop |
| 132 | Lauren V | https://www.redbubble.com/people/lauren-joelle/shop |
| 133 | LazarSt99 | https://www.redbubble.com/people/LazarSt99/shop |
| 134 | leah moradi | https://www.redbubble.com/people/leahjudith26/shop |
| 135 | Leedo-Store | https://www.redbubble.com/people/Leedo-Store/shop |
| 136 | Leo R. | https://www.redbubble.com/people/theleoroth/shop |
| 137 | Liam van Eeden | https://www.redbubble.com/people/MysteryMan9098/shop |
| 138 | LiamBerry8 | https://www.redbubble.com/people/LiamBerry8/shop |
| 139 | lilystickers65 | https://www.redbubble.com/people/lilystickers65/shop |
| 140 | Liraz Stilman | https://www.redbubble.com/people/lil-lizard/shop |
| 141 | lmc.art . | https://www.redbubble.com/people/pkchristopher/shop |
| 142 | lolasalina | https://www.redbubble.com/people/lolasalina/shop |
| 143 | Lovelyncute | https://www.redbubble.com/people/Lovelyncute/shop |
| 144 | LowNova | https://www.redbubble.com/people/LowNova/shop |
| 145 | lucid-reality | https://www.redbubble.com/people/lucid-reality/shop |
| 146 | lucynewbold | https://www.redbubble.com/people/lucynewbold/shop |
| 147 | Luka Bloom | https://www.redbubble.com/people/Luka-bloem/shop |
| 148 | luxury88 | https://www.redbubble.com/people/luxury88/shop |
| 149 | M.  Hall | https://www.redbubble.com/people/MorganFonder/shop |
| 150 | Mack92 | https://www.redbubble.com/people/Mack92/shop |
| 151 | maddie--murphy | https://www.redbubble.com/people/maddie--murphy/shop |
| 152 | madihollander | https://www.redbubble.com/people/madihollander/shop |
| 153 | makenaaa96 | https://www.redbubble.com/people/makenaaa96/shop |
| 154 | makeziebattle | https://www.redbubble.com/people/makeziebattle/shop |
| 155 | Manssorr | https://www.redbubble.com/people/Manssorr/shop |
| 156 | mariahburkeen | https://www.redbubble.com/people/mariahburkeen/shop |
| 157 | Marmite-legend | https://www.redbubble.com/people/Marmite-legend/shop |
| 158 | ma-rock | https://www.redbubble.com/people/ma-rock/shop |
| 159 | Matt Astle | https://www.redbubble.com/people/Gerrard95/shop |

Schedule "A"

| | | |
|---|---|---|
| 160 | MawiaAlakhras | https://www.redbubble.com/people/MawiaAlakhras/shop |
| 161 | meeeghannn | https://www.redbubble.com/people/meeeghannn/shop |
| 162 | Megan-Kendall | https://www.redbubble.com/people/Megan-Kendall/shop |
| 163 | meghanmarie983 | https://www.redbubble.com/people/meghanmarie983/shop |
| 164 | memartha | https://www.redbubble.com/people/memartha/shop |
| 165 | memily33 | https://www.redbubble.com/people/memily33/shop |
| 166 | mewsis | https://www.redbubble.com/people/mewsis/shop |
| 167 | mgz- | https://www.redbubble.com/people/mgz-/shop |
| 168 | Miscelanea-J-R | https://www.redbubble.com/people/Miscelanea-J-R/shop |
| 169 | mittu official | https://www.redbubble.com/people/dpmittu/shop |
| 170 | MO3Addesign | https://www.redbubble.com/people/MO3Addesign/shop |
| 171 | MoonbeamPhoto | https://www.redbubble.com/people/MoonbeamPhoto/shop |
| 172 | Morgan Taulbee | https://www.redbubble.com/people/morgantaulbee/shop |
| 173 | MOUKI96 | https://www.redbubble.com/people/MOUKI96/shop |
| 174 | MyGrandpa | https://www.redbubble.com/people/MyGrandpa/shop |
| 175 | MY-lux | https://www.redbubble.com/people/MY-lux/shop |
| 176 | MyRandomShop | https://www.redbubble.com/people/MyRandomShop/shop |
| 177 | MysterDice | https://www.redbubble.com/people/MysterDice/shop |
| 178 | MYTEES ★★★★★ | https://www.redbubble.com/people/MYTEES12/shop |
| 179 | Myy-Stickers | https://www.redbubble.com/people/Myy-Stickers/shop |
| 180 | NafezahC | https://www.redbubble.com/people/NafezahC/shop |
| 181 | naive-irem | https://www.redbubble.com/people/naive-irem/shop |
| 182 | NewTorch | https://www.redbubble.com/people/NewTorch/shop |
| 183 | NormaHelia | https://www.redbubble.com/people/NormaHelia/shop |
| 184 | Nosh090 | https://www.redbubble.com/people/Nosh090/shop |
| 185 | oceanandstars | https://www.redbubble.com/people/oceanandstars/shop |
| 186 | Olivia Elise | https://www.redbubble.com/people/ishavedmybrows/shop |
| 187 | orangeblue21 | https://www.redbubble.com/people/orangeblue21/shop |
| 188 | Ostrados | https://www.redbubble.com/people/Ostrados/shop |
| 189 | outkast-oasis | https://www.redbubble.com/people/outkast-oasis/shop |
| 190 | paige12121212 | https://www.redbubble.com/people/paige12121212/shop |
| 191 | PaniHouse | https://www.redbubble.com/people/PaniHouse/shop |

Schedule "A"

| | | |
|---|---|---|
| 192 | PaolaAnahi | https://www.redbubble.com/people/PaolaAnahi/shop |
| 193 | patidraws | https://www.redbubble.com/people/patidraws/shop |
| 194 | paula-aa | https://www.redbubble.com/people/paula-aa/shop |
| 195 | Pekisa25 | https://www.redbubble.com/people/Pekisa25/shop |
| 196 | PenBrond | https://www.redbubble.com/people/PenBrond/shop |
| 197 | Piachoi | https://www.redbubble.com/people/Piachoi/shop |
| 198 | pinkcowboyhat | https://www.redbubble.com/people/pinkcowboyhat/shop |
| 199 | pintrestcollage | https://www.redbubble.com/people/pintrestcollage/shop |
| 200 | potatome | https://www.redbubble.com/people/potatome/shop |
| 201 | PRINTLYMPUS | https://www.redbubble.com/people/PRINTLYMPUS/shop |
| 202 | qtfonts | https://www.redbubble.com/people/qtfonts/shop |
| 203 | Rachelle Maryse Designs | https://www.redbubble.com/people/Meekk91/shop |
| 204 | rainbowsalt0 | https://www.redbubble.com/people/rainbowsalt0/shop |
| 205 | redflamingo31 | https://www.redbubble.com/people/redflamingo31/shop |
| 206 | reginalima | https://www.redbubble.com/people/reginalima/shop |
| 207 | rileystickerss | https://www.redbubble.com/people/rileystickerss/shop |
| 208 | Rosa :) | https://www.redbubble.com/people/Juicyyapple/shop |
| 209 | rosiec413 | https://www.redbubble.com/people/rosiec413/shop |
| 210 | rschidler12 | https://www.redbubble.com/people/rschidler12/shop |
| 211 | RunTown | https://www.redbubble.com/people/RunTown/shop |
| 212 | RYURAKUDO | https://www.redbubble.com/people/RYURAKUDO/shop |
| 213 | Salrang | https://www.redbubble.com/people/Salrang/shop |
| 214 | SamblacksStore | https://www.redbubble.com/people/SamblacksStore/shop |
| 215 | samdoesedits | https://www.redbubble.com/people/samdoesedits/shop |
| 216 | Sanorene | https://www.redbubble.com/people/Sanorene/shop |
| 217 | Sarcasmagic | https://www.redbubble.com/people/Sarcasmagic/shop |
| 218 | Sartoris ART | https://www.redbubble.com/people/kathlesa/shop |
| 219 | SavorTheStyle | https://www.redbubble.com/people/SavorTheStyle/shop |
| 220 | SevenDesings | https://www.redbubble.com/people/SevenDesings/shop |
| 221 | shams-ambi | https://www.redbubble.com/people/shams-ambi/shop |
| 222 | Shazmond | https://www.redbubble.com/people/Shazmond/shop |
| 223 | skeumer | https://www.redbubble.com/people/skeumer/shop |

Schedule "A"

| | | |
|---|---|---|
| 224 | smilesthatstick | https://www.redbubble.com/people/smilesthatstick/shop |
| 225 | smurf10 | https://www.redbubble.com/people/smurf10/shop |
| 226 | Snoopytheking | https://www.redbubble.com/people/Snoopytheking/shop |
| 227 | Sophglezost | https://www.redbubble.com/people/Sophglezost/shop |
| 228 | SpaceBubble123 | https://www.redbubble.com/people/SpaceBubble123/shop |
| 229 | spamart | https://www.redbubble.com/people/spamart/shop |
| 230 | SPECIALRETRO | https://www.redbubble.com/people/SPECIALRETRO/shop |
| 231 | spookyhoes | https://www.redbubble.com/people/spookyhoes/shop |
| 232 | spunky-creation | https://www.redbubble.com/people/spunky-creation/shop |
| 233 | sroppel4 | https://www.redbubble.com/people/sroppel4/shop |
| 234 | stasiasmith08 | https://www.redbubble.com/people/stasiasmith08/shop |
| 235 | Stickshow | https://www.redbubble.com/people/Stickshow/shop |
| 236 | strawberrymllk | https://www.redbubble.com/people/strawberrymllk/shop |
| 237 | Subbtheartist | https://www.redbubble.com/people/Subbtheartist/shop |
| 238 | SwagStuffStore | https://www.redbubble.com/people/SwagStuffStore/shop |
| 239 | sxc0120 | https://www.redbubble.com/people/sxc0120/shop |
| 240 | taher1315 | https://www.redbubble.com/people/taher1315/shop |
| 241 | TajfunX | https://www.redbubble.com/people/TajfunX/shop |
| 242 | TakeiteasySH ★ ★ ★ ★ ★ | https://www.redbubble.com/people/TakeiteasySH/shop |
| 243 | tamarrotem | https://www.redbubble.com/people/tamarrotem/shop |
| 244 | tashlatham | https://www.redbubble.com/people/tashlatham/shop |
| 245 | tee-shopy | https://www.redbubble.com/people/tee-shopy/shop |
| 246 | TheBxChanger | https://www.redbubble.com/people/TheBxChanger/shop |
| 247 | TheLilMushroom | https://www.redbubble.com/people/TheLilMushroom/shop |
| 248 | thewaterdrop | https://www.redbubble.com/people/thewaterdrop/shop |
| 249 | thriftytrends | https://www.redbubble.com/people/thriftytrends/shop |
| 250 | TinyGoblin | https://www.redbubble.com/people/TinyGoblin/shop |
| 251 | tmneed17 | https://www.redbubble.com/people/tmneed17/shop |
| 252 | tonidzulham | https://www.redbubble.com/people/tonidzulham/shop |
| 253 | Tr3ndyDesignss | https://www.redbubble.com/people/Tr3ndyDesignss/shop |
| 254 | TracyH139 | https://www.redbubble.com/people/TracyH139/shop |
| 255 | Tyler711 | https://www.redbubble.com/people/Tyler711/shop |

Schedule "A"

| | | |
|---|---|---|
| 256 | valdegilde | https://www.redbubble.com/people/valdegilde/shop |
| 257 | Vanillart5 | https://www.redbubble.com/people/Vanillart5/shop |
| 258 | veronicak0403 | https://www.redbubble.com/people/veronicak0403/shop |
| 259 | Viddhi | https://www.redbubble.com/people/Viddhi/shop |
| 260 | virginiaclara | https://www.redbubble.com/people/virginiaclara/shop |
| 261 | Vizcwnt | https://www.redbubble.com/people/Vizcwnt/shop |
| 262 | vodanet | https://www.redbubble.com/people/vodanet/shop |
| 263 | Wackydesignspl | https://www.redbubble.com/people/Wackydesignspl/shop |
| 264 | wajdanAli | https://www.redbubble.com/people/wajdanAli/shop |
| 265 | walkonRainbow | https://www.redbubble.com/people/walkonRainbow/shop |
| 266 | Wanit249 | https://www.redbubble.com/people/Wanit249/shop |
| 267 | WesleysGreenery | https://www.redbubble.com/people/WesleysGreenery/shop |
| 268 | wetapple | https://www.redbubble.com/people/wetapple/shop |
| 269 | zahir97 | https://www.redbubble.com/people/zahir97/shop |
| 270 | zarlittlethings | https://www.redbubble.com/people/zarlittlethings/shop |
| 271 | zoeydesignz | https://www.redbubble.com/people/zoeydesignz/shop |