# COMPOSITE

# EXHIBIT 1

# Def. Nos. 1-40

# SCHEDULE A

# SCHEDULE D



# Evidence Collection Report

**Page Title**
'Smiley Face - Blue' Sticker for Sale by Titis I Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-Face-Blue-by-Titis/142562974.EJUG0

**Collection Date**
Wed, 26 Apr 2023 08:31:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:bb00:6:8:

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
Gg9zSJiNdOGTdr3DViMVn5VOijPaRjdfG1gWfr8ndMmrCyuJfCGMBoKD5kpbMEESr9vHfuRT1MAMBr+jqqNJdMGAd7sUoaGDwcxpkvAkaUAewh1Awdr/uibwua1mvCfgMh8guhfDlhTtsgdfn6ytv

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_J8rhjvJjZ0Zbywww.redbubble.com%2Ei%2Esticker%2ESmiley-Face-Blue-by-Titis%2E142562974.E.EJUG0_Wed_26-Apr-2023-08-31-50-GMT.pdf

**Hash (SHA256)**
ca2vc48Ad4F13fAAeucpe3d7dd1h07b9h02375235f2573cc77bFcd11bB87ea

**Signature (PKCS#1v1.5)**
Luk5ac6AMKCdvFCfKDOPBIbdu7C57U4D73TPCZ+7dc9beSNDAWMSHLFXDUuAyvDsWGK58Q2A8dm7cLbjhg7tlMMLiHMBv34xYnKJbvsY3j5skSHSgfwMGXCCoHXO6m4kBEuG1L60MV45D3IZL8Z6B1ftNEtCaY

















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 08:35:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.30.31

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
PWyqbgbiiVCv5/NAl7re5S5Rb2m3DmawAOSioKHeFj8rWOogdgvQcUS/M0lL/TexLlE7vebWvaRdE0IkYzLv9aBOR+5lOkT4GuZMEAsu9R0BzzzeUFwuDcEi+lhPeMczTAoUFqZq63VlEOMcQ35SsyP0gygTk4RM8BF+ANC7NhUKdmOjhHN8YXXBJ/tTSAAcTxHonfTLY3tZ7Ki.Jm3nVKH9wBkYCnBy6biH74nYl5JVVU/i16DZfQzonf5FuuH2k/qvThDRQs7q3M7ekcmdtAkK1LJZsLb02+zhLVuWYS51ds6G2MJiVSd8gd6S0rWhAA48hF11Zr5IKvErEhsOy5Do0wsQ0==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]][h]][f]s[www.redbubble.com[h][check-out]]_Mon,-29-May-2023-08-35-10-GMT.mhtml

**Hash (SHA256)**
e37a8023056200ffda594f7a50ceece574609ded1d94eafbcddc083b7bfa2fade

**Signature (PKCS#1 v1.5)**
ahWsSoPeUG5+XEYXBBU6xN5dyBrzsqu7zRRxZs25TV43+M4BOm8Nq1odvokQeayn42GBNlSULFNSlpjMfh25bkzAQp59Yk7032R08NoGFUsH8fT.aG5y5GPnMVdbUw7vqFqOCsgWnOiqxtONNj+w4yw8POYVWeOtzisO55EXygRNPvAQup4St0k+/sUFb/uebtdM0CCagah/vWlf23RACKN6Af6goLEL.jK7cWvALD0bPXeIpLGQU72hZFEF3X1ns05cF5Z.dShf5N5Y4r1+SlYQ2WRg9RVtTCVkDA400cM5j82n9rDyw38RjcSo4Fl+Z7DwFxucDAuqZv6iMA==







# Evidence Collection Report

Page Title
"trippy drippy smiley face" Sticker for Sale by aap24 | Redbubble

URL
https://www.redbubble.com/i/sticker/trippy-drippy-smiley-face-by-aap24/47193656.EJUG5

Collection Date
Wed, 26-Apr-2023 09:55:00 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chmistouksu

IP Address
2a04:fa00:8:36:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
b3b75NLsqZyAsOm4jJh9TQCySDz1x2nDU2DF19DanSa49Hm+zGLDGc8cn0X3a5qpkXWcdrLxsZQMxFla118bhXULxCgXWAQ/tQ8WDiBCbYpXmY/DCCccuu/AE1/QcVoJhWAMHxjy9KKD1e/oXAFMLAmw+4zbr1e

## File Signatures

SCREEN CAPTURE
PDF

File Name
screensap_[3mfpsJjD[4]Govve.redbubble.com[full]stickerd[trippy-drippy-smiley-face-by-aap24][fh]47193656.EJUG5[.4kes].06-Apr-2023 09-50-00 GMT.pdf

Hash (SHA256)
8d45d4e44025fe647cdccb53e9fee55db78e3874725ae45c971fd2948d239c5d

Signature (PKCS#1v1.5)
00fjxy10gczhx7a4t1WWW8tVWWQbSA2m5d0jaoqfUEtNTyCaqZ+HPT4UEQ7A6wwVtWpBd4tZWRFCW1vKeYuKXaIH9p5+n8MpbZsiJkSm4WCRmPDhf3IPcsVUdPdQULXrlU3iqNtSuLvQMNxad9Ce+

## File Signatures





# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 15:32:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.200.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lyGvXiLlvTIyWLVKsGG7G6gma5a74o5ga6LgnPCVDu0gVeHtAb7ekue4G9pE3Sc5SfQQnJib/wVX7JOiM5f6mT/rB4H+eajEqYO4xZ4fXj4Z4zhr28Gml5Cvma6uZtF2Cwh2yXtXt9HfXiKBH5B8VMszy1rYuWZmKQL+RVlb4lU/anFZOYFFEZ0gKb/l60GBsGXw+rH2LriTx7vgpsirWd9mruUzMxvUUsiiyBb8B81kLhQUSqcaz1A9WVUJPxcDgBq903dmDZAZ2pDKpd53qC9jD0zE0WY7RHI9dqBdQJr+iwAAsuHPA5rPWL/noRXzwnQGB9CjGRAA8U+gez4Vnz0nAAEZc0+

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_fjh0pxljDLfjh@www.redbubble.com[fulcheck-out]_Mon-29-May-2023-16-32-18-GMT.mhtml

**Hash (SHA256)**

207e6a2cd84c2eb0c0eb571bf5de1dfacb7296fe85fd62b2bbfa843516eba943

**Signature (PKCS#1v1.5)**

CdtQ1psv/VflfxXpq5e3rV5Dgh6XLdkr0Lm2rGiL4iSIeYy9ml0kuzJdb4Xn0KnJjZ3SYIYlVnAzuL6w/bXLBc4+H/nxcEyJ+mhLBnHQp8L+qNgTpr90cQiSFMxNsMXlqH5q67FfKjtCS+KbLJ8LNCkSlnm/Zi7pnHZyKfkxbsmTMaxYaY6nFZVKfnMCZBBqStQ+Q2PVFgkbzYfDr8ljCB4iddHwdJoMhR1i73I6Ss6MFDinRqRwFKbAUAMrWqsXdT6QfpAERDjnLvGFdJ6IprmwiVm5e1QzINhqYPOgbBn51CsRfnOrxiuo7mbqHurY7/AXNaMU/k+QJLZ5+A9sJvpnfhUe/iJKCS7LLwTkzd7tT7tWa9Pq4kx9n+nAGhE9+Q8UidNE6jr1hBdFbY1SfZ3eb4K1ID8Y7hEoSwY8HC8YRfd3sVeyGFQTHnNPvKJfnU4qRJ5l2AMhnLTeAH7BMnYaNj/nDGnSyHX9NefO7v/B1jVfpQ7FxHq4RwksOoYUX/xcmSzX97X2jyRv+b3dDvWZ0E+t2pNRJzWNwIm1Vc+qoQBQAg==



**Carbon Neutrality**

Investing in programs that help the environment

Learn more

**Worldwide Shipping**

Available as Standard or Express delivery

Learn more

**Secure Payments**

100% Secure payment with 256-bit SSL Encryption

Learn more

**Super Service**

Hassle-free returns and friendly customer support

Learn more





# Evidence Collection Report

Page Title
'SMILEY FACE' Sticker for Sale by minnypto | Redbubble

URL
https://www.redbubble.com/i/sticker/SMILEY-FACE-by-minnypto/70750613.JLKSS

Collection Date
Wed, 02 Apr 2023 00:10:59 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:6e00:8:3b:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
57gpef70sr5387cd4cv4fe545gdc43fddwhr00dU.v6345S4.epG7jTvSy3y.mw8nGTBk2SNm+3jfkxED0qQ6fGp0qLzukUm.yRKQWQZS9ewe7XC6U/hdUpJujLtdAnvxn8lKT4T9qK3dd4J4XrdkJOr0B

## File Signatures

SCREEN CAPTURE

File Name
screencap_[minnypto]@[www.redbubble.com][i][sticker][SMILEY-FACE-by-minnypto][70750613.JLKSS]_Wed,_02-Apr-2023-00-10-59-GMT.pdf

Hash (PKCS#7 v1.5)
Y6fanT7D3Xtau63fHkzR5C+4xucdhYY6c1uc7GA6c73eeGM6bSEGbn4dBwb01e

Signature [PKCS#7 v1.5]
E94fh2soufc5pc0dduDl6e41hS0/2V41FXox6w7xd71E7HikLxqQw0nbbt+/dCjgTVVKt7jjyumVTWfKrOt3mni3h1jMep3uiHbYL9d4tbS9wvXWyTd11SUY6AfjbPX9uhFBtLYotM95z5gm5jm1DoV44bmM5Klq0tjG+xkm1



   









# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sat, 27 May 2023 04:15:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 + PKCS#1v1.5)**

I3FyKHT1cB4a4upkpX6XIpzc18YQFjAhXkRN2dKQ8Mpn1p4gYF3TYYvZLgZYwO6r5x5u0WVSa8fBhK3qHeyE+FgTdoO2u7oHWlO2a42QIZA1saqbHTD0X9Q2xAEVraZJES/vXDhLrHKHPFEY3BwnIVy0hL4CEcO8HBnDs8/6FMM01zn0+Q/bTlocy9Y96UAaD48ekNDWrnqDdGyOsVQ0rS6NtrkDwT1bV0oln0jZwsgEjOTLuW4K1URW1p3LvGwFFTBELID4AObbnGnU/m05PL0V+YOuflxdYwkZWUjWtMuJG80E+16fMJcCxT9AMP4N3g==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_0htpdjEh0jh@www.redbubble.com0hjcheck-out0_Sat, 27-May-2023 04-15-43-GMT.mhtml

**Hash (SHA256)**

cf26998532271e40a04985662176e2cd2c1f0f130567322en3bf01d5a4ea258

**Signature (PKCS#1v1.5)**

f0g2BTIaba4/fHCSaiwuuJ7F3VevtCC8HmHYmXGNAhKiuZyQabZnA1z/LI3m1aFJXjwTYM2BoK0hgg0K2c5tPzAG1GDbMbmnRf0QKRcbk3hTxd4NtLEMdP0590L/rqyBAhCenc/9r9r2FXErnchN3Bh/gMoyyClaHWKWoeUL2bR3QnDAvxLXNN82dpxyG3FOVoxhkAXNW0ZNeNY60ma4ZZ95x76EFaaeuZ3v4ObuiRhmhLZYgahhAnK0gkbbFnYDEBQIHUHD5QXaDAF6kXa==

---



Checkout

1 ITEM $2.69
SHIPPING $2.47
TAX $0.36
SUBTOTAL $5.52

OR

Pay in 4 interest-free payments of $1.38 with afterpay

This order is a gift

① Shipping to United States    EDIT
Delivers between 2 - 8 June
Using Standard Shipping
Made one at a time and shipped responsibly. For a happy planet.

② Checkout using card    EDIT
Total $5.52

③ Shipping details    EDIT
(if or receipt and order confirmation)
97682966
307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES
(includes $0.36 in taxes)

④ What are your credit card details?
Credit Card Number
1234 1234 1234 1234
Expiry Date    CVC
MM / YY    CVC
☑ Save this card for next time
☑ Same billing & shipping info

1 ITEM $2.69
SHIPPING $2.47
TAX $0.36
TOTAL $5.52

By clicking pay, I agree to
Redbubble's User Agreement
Please note: Your final price has changed to reflect your shipping estimate/local taxes.

Pay $5.52

Carbon Neutrality
Investing in programs that help the environment
Learn more

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Super Service
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible    United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved. — User Agreement | Privacy Policy | Do not sell my personal information | Copyright | Affiliates | Give $10, Get $10 —
Student Discount | Guidelines | Log Out



# Evidence Collection Report

Page Title
"Smiley Face with Trippy Background" Sticker for Sale by abbie-schafie | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-with-Trippy-Background-by-abbie-schafie/143687553.EJUG5

Collection Date
Wed, 26 Apr 2023 07:30:06 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a04:1600:8:9b:0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
g26f1ä2770df9vbn9Vsaf0hyefpqgZK7U4fb0So7A6VvsRkU1eGKOb8xSG8Gj5ERdt0V4Hmqdb4HnA3Z4HW9SobWWnbm32jrN7PerhP0M04FpSdxkAdfjSilt4ho5

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_ijhhpgdjhZFspwwv.redbubble.com%2Di%2Dsticker%2DSmiley-Face-with-Trippy-Background-by-abbie-schafie%2D143687553.EJUG5j.Wed_26-Apr-2023-07-30-08-GMT.pdf

Hash (SHA256)
35540c949d46caefd792bdd7caca6db3ec2de648be6b17d7168df3faac9

Signature (PKCS#1v1.5)
muhydd4J4u7Hvdn56N9UaXefqbzoE35+uhGp7TBtd2mkCcjdxvTvidcu1JrHMoLvhmfeCbhRivSmVbGklpnSLbm7SWO0W8Aw8hpckzkZZucKWZHZd7xvKWdtwo9205DvYTTPNYSLrbv



















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 10:30:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
hU09UjCpx7zDzpvF79Fwth11ZdtwKzJL nUYmBG/9eqEuQBE6oGWAzpc6oR6bfVSEbZrk1mBe7K7ZbYUzxvfkngdCuF3s5qVZIGImxVLhLEevMkV9W5OdVn4jp2YKbxgjSy3NK2r9K4x9fq1uqakQ4m+xa4w1agrNMfuKOxxk8/ 1qvS9GNLf0NfSaLaJEzhlsQ7i3lRdy0oAzkwxQm5/l9Wm9LZKXwgXnCpZ3YO8hQbuBugzjsmmmr0aZ5nZoOg/TDCSxFiWPLpEPE/FY1dMqAvrn8SnQHaG2ALDfgl8eGXFNnk5lbn45CSipUg1wmdl X0oovhk2/gH0ZkXH/ZkGWk1LVLJg++

# File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_[httpsJ]ZhfJh[www.redbubble.com]h[check-out]_Thu,25-May-2023-10:30:11-GMT.mhtml

**Hash (SHA256)**
84555e615ae02eecfbc8dfaa874d9ba5be5ee2f8722ef2e3a23435774b5566

**Signature (PKCS#1v1.5)**
ZfcJXKWlqgZuDO92L1u14x+TheiZWh1OW4LFaGmqWsikMNEI2onwNMQKuswTWQxFko+Alc YcDXdgikW7l464Lfhi2hpeqQhbvDnzg5NmtwFqvFNwNig1AnzpJMZ3Lxm9LljP8blkigGbvdqfDcsFyViro++4JHsHiD1wDIk +w1mwAKCos4Rz5DC7Phuh0tUL43B3r14s1 3w2chAw0aX7200PanORebXaTWlC/00nQaPc9i9jZ57fVKOBcIF8yl8RYSiubkyx4os5TZAkwc/QBZHsgnWMhTUbhKK7xqVngPzBaHz2+oLeNDr78jpwdFd4hXySGUFGghNTyOSD++







# Evidence Collection Report

Page Title
'star smiley face' Sticker for Sale by kacartwright | Redbubble

URL
https://www.redbubble.com/i/sticker/star-smiley-face-by-kacartwright/92491121.EJUG5

Collection Date
Wed, 26 Apr 2023 11:19:09 UTC (US Department of Commerce | NIST authenticated timestamp)

Collected by
Sarah Ovimboundou

IP Address
34047400 8 06 9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5):
Xw4tuyZbWjZ2QuXnZvOm3jUWeFbuLJFfWnWHWxb6aqakqbbAVfNwawytBMyaXRpANZyTXvbZqYG3Jbrw1y5b5ae3dChN4iteRjpZbkf2ku36esv1i3BFkbAeoTWPdTXiLbXdnHHdGU1

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_jZrhpzQZhZ5@www.redbubble.comSHJQbtkUtmSbJstar-smiley-face-by-kacartwright92491121.EJUGQ_Wed_26-Apr-2023-11-19-09-GMT.pdf

Hash (SHA256)
812fb8d16578fdfcfb2bbe3ebk2k2dk82ed33867184d73120bddkd7fddbp

Signature (PKCS#1v1.5)
AnLlmxZbbdAFlxbiHKUz3XOHWr5BvinC92Pibx0IiKh1Km7XJHdhkfhpJQmYNwzhI2Unjh42r3AUNlN2ddbxuWJERWJXLX3bMHr1WUDYLEXdMHNGDI



















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 01 Jun 2023 15:55:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.70.8

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Z3UKTKaXLKR0bR4tO1aPHxc9X3DB7ft7f09Kcj5F/+CbBXmMXsOJxEdQMG8+Kdr4WkySdhdiScO6kNDqC1DlcmRwrEfWryW1O8rYkEh271Ci10vT/LbZjnSb2SVj+S7LSjMa6KkngtWsAndsMrJ1pWPgSPsJbE/sCO5nGYaGH23G3KdFjo6bv28fzHUMfsRgzhPza/Sa09scxGd/47njHznfGVKXyzDN/Jm+SCYrSZVtDYFiM5UlFFRLtOCWBJ0ldRK0a8fdZCyDvqhG2861SXt7jdF6rNgmvG1VV/XbZYBXmxMBaBd64m0baKaZb6xYeyzhj7xN7SbL+HAw==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https[s]fs]f[s]www.redbubble.com[h]check-out][_Thu,01-Jun-2023-15-55-10-GMT.mhtml

**Hash (SHA256)**
34d6cc73fc6f1c1400437aaa5ee6f5b3e6451ba23f7620ddf5412f0f2f223cc

**Signature (PKCS#1v1.5)**
syf7jw80lEvjR0cyDGaliu37jVKRvMkpEyVq15r62omjVU8aBduYG/1QfNAU6KV8Z00Eg8RPBj+tOO3k2pgx6h2f6bAX5fycV.luFHuyc0kvdyNHYrJS4yXqW0hQsUenK1zX0x6GpuApmrHBxaKfYD2rhj6OufEJE7IirOyxL14cVoIZhuxxwvnt8TU4r2Fp/P/nQlP0auGLYSV7CMWSDAmVW3Gucbfh02lxUTM3Nwfe0Vu0aTY7e+DF+xXiLitcXksvtcfdBNeoRDAJCEN6E2InsRN2phy6g71g9GtBJcEbKOOc3LeM/kh5QeS4dGEePtkdYpK2XS9FHXke3Gludg==

---





# Evidence Collection Report

Page Title
"Melted Smiley Face" Sticker for Sale by AcidicStoneay | Redbubble
URL
https://www.redbubble.com/i/sticker/Melted-Smiley-Face-by-AcidicStoneay/130614806.EJUG5
Collection Date
Wed, 26 Apr 2023 07:28:54 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
3x647d60.9.0.1
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7-S)
U54x7 fL8Skphhn9UB2jx2Dra5JqhK9q7v1rJ9vl4aq4txeuRzdi37RttgUOUrANTr44TikF1i5idb1kx22na575fbWqn84aurkSdrjvx1y948xeu90ddsS4Nit77Nkfo1Qkmwajp5QUzcZf4FAPLmudidf7WliNV75jJr

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_2Hqis02DQrEuww.redbubble.com%2Fi%2Fsticker%2FMelted-Smiley-Face-by-AcidicStoneay%2F130614806.EJUG5_Wed_26-Apr-2023-07-28-54-GMT.pdf
Hash (SHA256)
957342edf4f143a88327r2dfr4f74480b84b72rcfeeab10da60
Signature (PKCS#7-v1 S)
NjmY2Nyb6hhfh4bd12r1544GZfathkxv116dqkUk25Vq7cu27r4Ekykn1iGdanfwaM67sw6CxgviVw7Wh137xWuVL4Udb133QkP5pMesp4yl.h3l22x4B21Tzvh8NKbakyMrx4bSy5Z5oRjv12sYAwuwuVmO8W6fwfn6WWl9Nt4bi2xNWGJkF1Lvr











# Evidence Collection Report

Page Title

Secure Checkout | Redbubble

URL

https://www.redbubble.com/check-out

Collection Date

Thu, 25 May 2023 10:21:31 UTC (US) Department of Commerce ( NIST authenticated timestamp)

Collected by

Michaela Borja

IP Address

112.206.66.148

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

ma00l73pOdbk4/7mLzeVrjfvmedbyra5HxisPKH2l3ks1d1cqr7yukWMeKzNEtF1YMxBWwhm6OLbILxKf5vhxN6/fdSSpVLNeTbcu/xCJ5YkN/ZN5jdsOVluv61IdIrr1aXTx8lsjIdV7yRCZ7vx9iQc0A34c/FL5AvZJwSVD5usHJVfWAka1tXQMNkgXVOGu9W4fLrphd0SG0tJon1wcWNvzkXjfmtT7TQfwCP4VS8CzmHYUmP7Qz0IbgA/B1eBBBH0gvK+rBbro1VnpqpJ6LuzsdsKafmrv3GIX3D3W9hyTw3yZ72rjdtfds0xD+J

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_EHtpsIjO1Uihwww.redbubble.com(h)check-out(),Thu, 25-May-2023 10-21-31-GMT.mhtml

Hash (SHA256)

12932258006110234996a7839fc1f56430fb4d7850/b2a326276/42f42df7de8cf

Signature (PKCS#1v1.5)

MtK0OuZHKLQtwQaYV6g0dL1rVEGUCKfX6O0uw3a7aWmWHNC+EZg50Q+6IKUeD6mfRa8oruB71vhTZ4JvJ+bVV8oJ4nb/eUZ5aMfd90bK2lFbJN9IK24P71PbdL5EkBPpsr0+oGe0iD4vqJpR7sagaN60iIf0cRmzVq6b6xL+Gu8BR+eU4lCF3ax08Rvx00dEMOwdDWtLBc8oOMC1SJmtQOFeJg/f5rbLx8MAQ11JAYAdtYfTGYewt+oIv0lm3RUyhWTQFYcUJ3cXwJ/mx6GKTSa9fAswqq3w++







# Evidence Collection Report

Page Title
"Green Smiley Face" Sticker for Sale by adventuresofliz | Redbubble

URL
https://www.redbubble.com/i/sticker/Green-Smiley-Face-by-adventuresofliz/140714150.EJUG5,Wed,16-Apr-2023 09:13:03-GMT.pdf

Collection Date
Wed, 26 Apr 2023 00:13:30 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
186.150.112.21

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
0ac2b47f8ac2mxFxjqX72de362p9enPlhsxeb0c67c4d2mn02m51fMjgBr2glFxrrvHw88j1sd0y27fac7pxm4Pm5sDa0hN47h4MNk8nKkl3c6,d637fae47H7bCM5pQfMr4m8txwcz39466perHsgXrBHeUsfUyxHPNKr

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_DHqoUjQEGmww.redbubble.com%2fi%2fsticker%2fGreen-Smiley-Face-by-adventuresofliz%2f140714150.EJUG5,Wed,16-Apr-2023 09:13:03-GMT.pdf

Hash (SHA256)
f4f99bc45edeb2c4417f5d1c3d447e59e8be6aed43c2845146b7be15a91

Signature (PKCS#1v1.5)
eHexs0y-4e6Ht3tM11 n-xNY712bLzkJLbnFADKqDGQ8QwK1gF1mQm4HeJ4Bfjg,eddMQr28Bk0t4vMFa9Mp7Ft-weNHerf7D4Gr4EcgXp6m1L12Ate8bV5iPSwcaLdar-cbh,EB6shSsSr3pcahixxbak-ioyHL2fmz1-inU4KPfhd5cxCfCgHKMNH8HrD-r











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Sat, 13 May 2023 03:21:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Burjs

**IP Address**
175.176.15.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
45af29FfLr5d6QHI5I2Xh50ja5UUfarmcGVLDfSasGLfSdr5UUfarmcGVLDfSasGLfSdr5UUfarmcGVLDfSasGLfSdr5UUfarmcGVLDfSasGL

## File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[tmpsXDjHZ@www.redbubble.com]h[check-out]_Sat,13-May-2023-03:21:02-GMT.mhtml

**Hash (SHA256)**
6b921abd4d48f21fef02ba2ef339b8d4e0eeadc183a106aedb40e5e09f00677

**Signature (PKCS#1v1.5)**
daLmmVpppCFKr0jgEtJB54QFLfdGHvFU0BQPCHWvG3RufGVu9hWJsSyc2Q4DWFfbp5671Rs5eaz_Fsn'dtGPeDy17ki76Z56f0NdkHLrsRkkam1bKnbjvmKyyqZ3e2DwBProyZNdDhaPGryZbdf4KrRvowf70VfU1nVcHMkfGhgtmwvQCGS7yec1VmkdLKyjObsSNhNBMEF0TPRpRqKc/+1n2E74I0Lnfhew9bgA7BLW4tSr7VjL4t988xTLx0VftnBrZo2DsRx7dPF7ve0qBe72b4Pk+5T7nKerELL/3xRdR5Gz5aFfFwDrmjwGsrdVtPXM



   







# Evidence Collection Report

Page Title
'Hello smiley face' Sticker for Sale by AfricaDesign / Redbubble

URL
https://www.redbubble.com/i/sticker/Hello-smiley-face-by-AfricaDesign/73400015.EJUG5

Collection Date
Wed, 26 Apr 2023 04:35:32 UTC (Clit Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chmelovsky

IP Address
[redacted]

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
d66F7546EC65A177v1e10BB32cb7bA5188a2ded4E4027b8876eBgBA8K2Q2cKSALDIFu6ppetweg4E787u5b7AJdED5BY9Ds8rN74vbVUnCB1YvQqRRqZEHcJwGds1Wd3x9BF1b7Q3iK

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_EJmJuoQh4flname.redbubble.com%2Fji%5Bsticker%5DHello-smiley-face-by-AfricaDesign%2F73400015.EJUG5_Wed,26-Apr-2023-04-35-09-GMT.pdf

Hash (SHA256)
ac39aeD37e61abB66620b035bf44998679b62beb5edb34D46715D16243

Signature (PKCS#1v1.5)
Ig6Hm9Wu9A5q5Ju238kvhpic2inLuJ4gjMmnCJu7cD36Vb2UCFO47ef2DD=1Dg8qJ9rLBB07QnTF8e7FYH8X1Wu8h7Wwe5t52bv836txfQ6ea6xjL7SLeE3n87CPPrs0vrwP4DLS7THmG29A8AF
















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 16 May 2023 17:55:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
170.170.7.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
 Qb4wsb1brbW8UWA4kbXYGd9z47nUHGCZmPxfvVcmskmuloVFULBocJ9wLZZbzr3jsZwHFat9cjy+v13bUuFey0zB5hm49fd0XbHdgOUE1MBzLpHVg58WsbkCjixnuf3HIg6OdMdBZC7UjFwxYdYJnrfM84jkMmdh3g9Tbbjp3f9JDU5fhf4KOJrRAR5MfnzVrP6j0HXWbbqwMm1Swn/3zhUpmWm5oQ30VDe9g0+v1Bt/coFvwn8BVSkDbm3YzFqbdaAHelduTbqtmqShjMcnXMBCInpNasn4mn8BQ9Bk5R+46th1GCn1oo9OGoUGIIg/2GCBDbf3wAnBQ++

## File Signatures

**SCREEN CAPTURE**
XHTML

**File Name**
screencap_[https]@[th][www.redbubble.com/h][check-out], hue-15-May-2023-17-55-08-GMT.mhtml

**Hash (SHA256)**
33055130aod411ac9bbfb3c389d851a2bb19ufffd2373bc6dc34efaed509f0d5

**Signature (PKCS#1v1.5)**
Sfg4CuF+CzbgdRmTbKmYfSa8bkbZGXKnJaSrRnUSXvhuPcCmmeg2AdLpg6rB+/-
DIFZm9A+QpFJ5DnHctckaQfsf14b1kmAgRTGugiMfxAPTSHCAxhgiBy9GXrvdlFSbBOOk6MtneBYsgMjkbvaUhyCF24mRGT2LavamhfcD40Ygijsl/arG7amyKJAhAscbJHvgsDCZDx+heTCtmVqJFqQ64-7cfRHbvfEvfnu/dIT2b6x+-
hXGQ1z0myAHbHQHL+abUnWXHXX/cLxhWAhDJ24lnvff1tKkeoJ5cZtRwft9S4c2FN6kRF6aAZZ2FZbE4++





# Evidence Collection Report

**Page Title**
"Smiley face lightning" Sticker for Sale by ahura224 | Redbubble
**URL**
https://www.redbubble.com/i/sticker/Smiley-face-lightning-by-ahura224/78404405.EJUG5
**Collection Date**
Wed, 26 Apr 2023 06:24:29 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Sarah Onnitsadwa
**IP Address**
186.150.112.27
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1 0)**
45be43aa3d89cy9ra44c04ca82a40ffb22750427e62b29fbd44ffd7453c5ea0e540c1ed3a061780gc0a24ab0d68bafd2af6542644f337ceaa187eaae6a76e38f1d69c5dd3fadc48a6bt2d35cca93a4ad2b7481652e82c05ce1

# File Signatures

SCREEN CAPTURE
PDF
**File Name**
screencap_DHpbzQJDqfq-www.redbubble.com/i%2Fsticker%2FSmiley-face-lightning-by-ahura224%2F78404405.EJUG5J_Wed,-26-Apr-2023-06-24-29-GMT.pdf
**Hash (SHA256)**
2b7b3ad6ee97c14fd58192847ec1e2c1a4f93dd6fe917a701ca5c5d02fc2
**Signature (PKCS#1n1 0)**
f1a5e434fa60db7f7113F01jf3f1a5fc6930054f0602cf44bagadam4m81bdcgadbeaafbgd42e1446c30236436004f3fc59c4c7ipp42fidcga3141b3cae3bfbi5f8xp55dae0of65Jic01b0ca54Faf7m1abf7p42xa46fmUOKMMsda75d522fn

















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sat, 13 May 2023 19:18:47 UTC [US Department of Commerce / NIST authenticated timestamp]

**Collected by**

Michaela Buiji

**IP Address**

175.176.15.160

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature [SHA256 / PKCS#1v1.5]**

c0ee17bqMC43x46uMzbGQ9kuj8hEJchv4iDZLcG7by9d9q5ap9RdoUs1YJhYmtL9gVqH9hVu4UKd6WGG3Gl2jujKz06ph0qAidWbnJJ3SU1Rqqv9T21WfL81uCpmfGFMET3igcPxq6194uDbVrdFGHtCHAuLc81T1J6ddP3tVxkz3p187B2kgmODdEmuGuJnyBf5Up1H0x5nLxqz6nu5hM7abhmsYnUrqhMPuVxo9GkjVihGLkvqQ9CTlUtHQDhqJ5qCw0kOmWmnsrH5bACZMFQF74qrRM3c8iUc7zIG2e4lp4WDwm4==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[lmipz]j8h2[8www.redbubble.com]h2check-out][,Sat,13May2023-19-18-47-GMT.mhtml

**Hash [SHA256]**

0e67326901456c6bca9f5aee96319a0220ef17b143da658a1d0043bb78199

**Signature [PKCS#1v1.5]**

pJ9btzT37tqGrnHFaC194GRdPmW3WQ9R4RSk3uuroN01-bVpe4fbmrLdeAnlg1mwF8GcUSpahV6rJc7sB8H11YVDC4b3wVrHPpvPH2UTQFHL7VrTAAdOTVVkzoqQ3HAxpP8SXHrPEQVm9JakvUmVrbW1s5555Xjq4wDVoMmnYor2W9SQJjrxsm6Deshv9FxQFZG2RGUm2ZDGafnsww6Ra1+LXymqkylXr1r1W6d5w==





# Evidence Collection Report

Page Title
'Smiley face' Sticker for Sale by AKBookLover | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-face-by-AKBookLover/62925637.EJUG9
Collection Date
Wed, 26 Apr 2023 10:32:49 UTC (US Department of Commerce | NIST authenticated timestamp)
Collected by
Sarah Orintokoubou
IP Address
34567609.9.36.9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 | PKCS#7v1.5)
VKQ2p444VKQKbGzoz5V990.iuh7wgVH04fXoF4LipDLmgFIY2siwP9oTXs8gEqj.0toABGwKH2FpEqd4Jowc1YbjtXrekK8d5MhOPortowxpGMQzkJytmUz7BOVROaLF7r1yaqs8d2k0WaldyeEhuNAnLZJ2g1nim7le

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[img]22@5@www.redbubble.com[2s][2d]sticker[2s]Smiley-face-by-AKBookLover-[2d]62925631.EJUG9[_]Wed.26.Apr.2023.10:32:49.UTC.pdf
Hash (SHA256)
37245d9d1f2d1ca45f6063b3d495fbe9e9a5b2a529ed7fbd3dcbf5941dr8cd6ca
Signature (PKCS#7v1.5)
cne2kr1VYKXpVhNVmkNXcr+YYcux2Gjysyp9tcg0pd 9Nr9awv70UbGOUCMkJQOaSlyMBefR1ZOVxaz03p00mcaRWgYYgVUgPQ1r7XHMJpQpbdQr1JsEJjxG-ImuaRV38WhFnXrEtD2gac0n45QO-



    









# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 16:28:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:49c1:a100:7c12:f027:e46f:ae6e

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

YxS9YrOUvp7Eu/msNLiE5lVvZF177rJGerGAbLnT9NMHYAC/G2uAZ+w0bqs4p+u0JQvj0j21wmigCq6a4iT0jtQoorSHTdBXGi1zB4+G90DOUXbqgwtQfQC67LkCFgMJ01UzjHpmKMl5FvM1Hq04cDHfozyQCMpWV1zVWce/DkDJ1utxJ7p+OrDZhpmQhQkxoyeXKraVaBJ6Hy9QBwbbLJpHHwJFSzQTGCaMfetPOwsTwhEpKkPMrxTL.TdKDKXhSbQSnMkJ7RG0JhGEgSrHFSQmYbmOcfgDfKTMlx/yn6XAWgzrCDKn

## File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_{https[://]www.redbubble.com[/u]/check-out]_Mon-29-May-2023-16-28-58-GMT.mhtml

**Hash (SHA256)**

69fb2fc5f4f33b474073d3266708799e7a48104ddd24922205cc2b9e0169a82

**Signature (PKCS#1v1.5)**

mUFVz9Cxqel.PCc5PydTXHzAaxmhPQskt4BLF4QVMtzucBYqxRENhAauLxYr8bBtOvH+QXHo0fv3JroEPySe6tFTKfYkk5kFWrCoykuflD4HUk2A+CmTBxHzp46Pnij.gTn
+fYr7QHgO0P8bqMSerumsOKahxBUVeAQjAYhcs4SnLNyeJMrGFE12ROBcHeBM6Se5qoCXmuCpZchO6IBPLeEpnfGDCfROSHXdBQrB/yeJ/i8DqNLx8enAXvAD+sPiTT9nryTNPgrZ0N2Qj4dxfvw0b3i.bu3mMWQkn0kW6esLj5Zh+o3nvN6izrvreWHujCoPbUzcb5AEmeSUFTL2qYqfytv==





# Evidence Collection Report

Page Title
"Scribble Smiley Face Drawing" Sticker for Sale by alderdexter | Redbubble

URL
https://www.redbubble.com/i/sticker/Scribble-Smiley-Face-Drawing-by-alderdexter/67136094.EJUG5

Collection Date
Wed, 26 Apr 2023 06:55:27 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a04:5600:8:36:1:

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
YqDY927f1JnAa4cJAKICv7pzTEKT6MEpiRn9Ck3bgc.dphjHa7bKDWO0X9dGCbvTvPfnowffQbvM8bkEnYLZZyLkycHbY7LIw-TC5V3cHh0AStmWV-z8cZnwAhiA-V9vkZHEyrnS4auLaUd1rUdVpDLQuD81bm

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_Zmtjs5jjDa5hXnmm.redbubble.com67136094.EJUG5Scribble-Smiley-Face-Drawing-by-alderdexter0sg7136094.EJUG5.Wed,26-Apr-2023-06-55-27-GMT.pdf

Hash (SHA256)
01e70de9f327496f6656d3ebe66b7a991d8d45bf8e7f3bac3bfa77bf2b18f6f65

Signature (PKCS#1v1.5)
Fn8186xvjp9ee4Vzw9sCaGn+0d9fihWC7N0ZNWDLOr6zQ4yeMBuzZa2J3ffb7bDmvbd66hfkgo2B66UZ04bpBZPeuA4Lery4BrIdVbMNgaK25bGEV37fuXGaDGe5WLLmNcH













# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/checkout

**Collection Date**
Mon, 15 May 2023 23:53:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
io8cLtiBU9YYwVQ216eFxluU2jB5bASwDYyfCzrDxoS6bzzmYPtHFg7pht8ZTeht/raktF2dr6cL61f5pxd5fdeuhWL+s6ddWKdhXWLuUzX10CYL7TDCWWZ2dvLdXrbcHghLxSY3fPkJxksd9o068nBqhuawcDFIbnQw6cnbH39u,87SL1+rBZWWqhek1Y9wAaN
rrqTSC5dbWnRfxgBwbF46CprKCSLvYX7TwmYSbm44tCmJcCYPh1WQGhnx2dDfq86n9AkyYhxdwhtW1Y1wuYeN+wF916cXctdLSBGxxcUu67DSHs3FGMreV4VCSCQ2DdW4AtQdtaMsFhMMAC3SLWamrAb===

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_3NmpdsJHJZEQwww.redbubble.com3fcheck-out3_Mon,15-May-2023-23-53-16-GMT.mhtml

**Hash (SHA256)**
c021dd6d24f7c22dewAtd609878327fd391db98dd24a5c3db4ecb917b064

**Signature (PKCS#1v1.5)**
zQbCfrtab0qtPB82CfbGhaPW5Hn+OqbG2hv8HFgXrDwsipz54G2wt2MohFGmVDrFYf89foGeL57OtB+r214H4rOrEBFL3r12Dx+VO20JqtKnhkVVq8DoySgtKS3_mfkuftdCK7AzT4mTG5mYs2V39kKSqyO2m/VfAtnAQS37Di2meajPkSiSDgt+=










# Evidence Collection Report

Page Title
'Be Happy Smiley Face' Sticker for Sale by AtConcept | Redbubble

URL
https://www.redbubble.com/i/sticker/Be-Happy-Smiley-Face-by-AtConcept/154727542.EJUG2

Collection Date
Wed, 26 Apr 2023 04:27:17 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3a004:3e00:b3b:9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
9d0QjBoJ9lZ6pyrjtPeFYrzxOyyyQ7c4VrH5GzDgpFJ1dmv3jMteNkL86hxsSZ2lsD5XYeVXbpdbdhxp6EvzoOFYF9Nphk0r9e2wpyqdRnNAk1rzbmb6TrxGJyu0X3BfAL6wLokUwgbjBMwajmTXqV10ZwBDVSFv9i

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_lhttplL|Old)lomoon|9ujBe-Happy-Smiley-Face-by-AtConcept(h154727542.EJUG2|_Wed_26-Apr-2023-04-27-21-GMT.pdf

Hash (SHA256)
eacf7be14a02eb67306837acd66392b0f47f54e66699aaf82c1fdd433a3efd055039

Signature (PKCS#7v1.5)
6m1aVKpmWsdukfYE9R1V74lf6ON7NCmAarh5dOpZQZIMGRfMXDIKfRo9ZgbhYxj2yp7Uvi1b7Ggca8JAMWtmhNJeWK4OSM44T45Pv1rotdYBXTMkWW76nbnomloXOhemZbZJ6kAnFXrUEI6m3ki0a4Q7adhrR_bkyMTvZQwjwlQ













# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out/
Collection Date
Tue, 16 May 2023 18:17:02 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Borja
IP Address
175.176.7.102
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
rPocuHGn4IMfpsGmn5pmoYDLdEHvEAGpQDkivCkiCTXmnmQ2iwOcNgzGvmkfJTaD1aBMcUdgGnCJ0JapGhTrw+mZmihVEMsidbfCqBQXkQ2JKPVUysIT7H8YXSDPNMDfEVyhnjedneD5Fk2qIz4T4asp4FFSjqwvUDWdRfbsGpGAwRsuthm64mRSCEW6PcdbfhGhqHUD

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_[https][b][h[www.redbubble.com]b]check-out][, Tue, 16-May-2023-18-17-02-GMT.mhtml
Hash (SHA256)
f2951964c81b2fd2f61ee46fe643d39f7c6533df1c7f7bf6fee43b12bb2ablf
Signature (PKCS#1v1.5)
DkiYnddbd60slH71w3s5sJC+QQvi0hc7GbT2lmrbffp_lydNiMyzNh4FnCX2Xhsbp2tzseYIBFNqdkteIlyqCqjQ2dp+Huy-Y3fMsCyghHpjGDBphqdggt13fPUhpfLVGsqhC5uvwEquvRSb7seJGQ1nQ2dhoaIGcbrDvRFKW8Nm3uRGhgheQGLFCsQhBpda5n21YppSM4fLjCgnCepsr55pMphEjyHbsZfeSCjikoriW4ioWKR8se7f9scdMamqbGfuadcZmkJ

# File Signatures





# Evidence Collection Report

Page Title
"Green Smiley Face" Sticker for Sale by AlishaMSchit | Redbubble
URL
https://www.redbubble.com/i/sticker/Green-Smiley-Face-by-AlishaMSchit/52941415.EJUG5
Collection Date
Wed, 26 Apr 2023 06:36:16 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omoloumuku
IP Address
34047469.9.36. 9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
jOO690F72Dua9cxmPkkzzyTitnQadm9wuaLwiwIiLigfW7tic75bliQAd4Edm1K4FqtSyWMfAadkbhcuTYhh44iuMaR2icTnUaWdbggmjLdNBHjcwdTciAviuq7cHwmSgdmDj8FuOiaTFRqjKiioSmkbSYcT1rUjm6744r

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_ZHqoJ2LQ5@www.redbubble.comjJhGQdctwxDrjGreen-Smiley-Face-by-AlishaMSchit[52941415.EJUG5]_Wed_26.Apr.2023.06.36.04.GMT.pdf
Hash (SHA256)
130001f634fd47bfdd43afebbad1dal368ebdedaf1d0f8b719.01122fc2f9f
Signature (PKCS#1v1.5)
MvLFDrXxuerJKb1r3mbubdmRrhGG74mRngodkrioudiGOO7iGbII78TrH4QTf1ufY91AYZ4D4JLFtrbrGQOonuWgouRaRDat1uaQ4mukOaQffebOCuAgutGFNWF1iFDQTqHMuRnyPlynmyHiLndKHh4UYmrgiYSjzU













# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 07:57:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaella Borja

**IP Address**

2001:4450:4924:ce00:5dd:8d57:84ff:9765

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

dwdjyzr8bMhfKGOmFhBTsTyfZrEjiCm6hEEeSoSCMMvRHz8yjH2+6erCgF7NMKXWBhcYE5+LCfrUcNzD2Lczg5GsQ4WvRcgWbAjaklIEKeiDAH+Hv5oGfsAon2elaZVSJOrQvvHj8EU2S1Jbtc VYFKLbL3BbLJmQsy8w+rMjAB1PSg1NZDKLIsjDvZ.fjggLlbHq4+vgMLla5KKsvtL/ xLhEYXbk+TOzPpJAbJv9Us1e4w+dDAjFFlNq9AVVAdRyuGbr4qvQtXMnNzjhw3cf05UtSLJhsW4qa1m13a6NwiMnW8bI73gAM+LUNxhrUjtQ+mrRSnr+XOrvMbcJZZ+N/NuGEQ==

## File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[https][ijh][www.redbubble.com][h][check-out]_Mon-29-May-2023-07:57:48-GMT.mhtml

**Hash (SHA256)**

a1734dk785dc09acc0a3edO2al8cdb40266fca9eb5d0536ba5469Sa6f738a5

**Signature (PKCS#1v1.5)**

jamnMA1kYKTLpFqMfpnVTDUm4E+MNnhiblPFknL8tjoQOfbKzmjSDdh+3RB9vK.JLgQiEhypzUmn5xkyYeoFpbGhUJhPaKfne1sXi5rQWm+nh7XKkUkbK+9KT3Gf81+aUesd33S555333a74eQLFX8gpbW6LpciTxw1XkpeOr2c/CbzoAnQ/Cf2pJgf747vXkpgaMbRAX3M0jMVNC3ubFnR8oLtXzGmtrsacaHZr4A3SBAOOO5sykzkDMXMp8bmPGVWIMMYfcQ1xsk62sTo1xGopEnTeZVIQygh6FodkC2p5uCQtL21gz5JLbNNpSPSbkIh4Kra+M4d8+Z/k7G1A5SGw==



   



# Evidence Collection Report

Page Title
"Smiley 3 copie" Sticker for Sale by artpop | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-3-copie-by-artpop/101913A1.EJUG9

Collection Date
Wed, 26 Apr 2023 00:17:00 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chronoburns

IP Address
180.330.113.27

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
cdf1ef1af4ab7aafab99f9cf7b4c75f37ef7430cf84f90a03e8022c948d9afa96g0c59f1cp968ded81997cpce5tp0414e34f2385a4a3bpp16pe05g20pe11646e4ep56ep19e1f7a43d8f69a6a45f

# File Signatures

SCREEN CAPTURE
PDF
hkh47g9822au4cdau23556254b7e63d7244 feb5a12994af72534f77000964045102326

Hash (SHA256)
ab31bbd02dacbdaa23000b307e43e1399ad72534f77000964045102326

Signature (PKCS#1 v1.5)
40f4cbf49cf49923bda42c23z3zp94094mh43f380d12df94ha16c5797zb5a1cz0rz1z5l4wham3ve1z5d4wbz02dh4z0nzc94df7eaep4f2r4d4d285588ft2a5ca5d0441f885wh63c3z44hcu3v32m13293E75c95f92h














# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble
**URL**
https://www.redbubble.com/check-out
**Collection Date**
Sat, 13 May 2022 03:48:53 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Buijs
**IP Address**
175.176.15.160
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
9AAc2eFzEWQ9rwhXkHKJddpDmaAPb6BzTure2005F+Xpm+I0z4KpGjpAT1z6zBdAbo5bInD16j6aQueQnkX+dbaYYFfMD8k1REF5DX0RN6bO5gDS3LJ5JpKdyyWSNtLJ5rYd0wV1GPT1wIdm+1y08MNPAkzHJXNkX68D5KrSSypvLO7LMG7wkFawejrK6Hcy7L7fy5aCxH5JGLM1WkV407Xqj2G5mAIFBSAgFDtf64m9sJNHr

## File Signatures

**SCREEN CAPTURE**
MHTML
**File Name**
screencap_[tmpsZjG@]www.redbubble.com[h]check-out[].txt, Sat, 13 May 2022 03:48:53 GMT.mhtml
**Hash (SHA256)**
f925e8DDa35033b7d9caf0c6be651b83e13b05db5f7f01073ff069a9a6c4d6
**Signature (PKCS#1v1.5)**
CCRHjyfFSpawCAtxeobaNbb9TkLg7zn5JL_CSPqBdAxaq5adXGS5tMqBC2RF9tRwAingGSS5e93CppcwkI+AKrJ5mOSQLfd1V+mX1wJrX07lVuUDdHsQ6jkwgVTP3LQNmh3ejPl1bGfCf3Xd48HIMCaCpYGbmed5KC5ae6+w54RNSjkqY92e+wk4XGTPQoAhnZbjpW70jpbt4lGr4fM7MoJn45GGnkQryGDbhddMdr4sNHktf8y



AXENCIS
Investigation Notes. Seek Clarification.

# Evidence Collection Report

Page Title
"Smiley Face Sun" Sticker for Sale by atpdesignsh | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-Face-Sun-by-atpdesignsh/74931731.EJUG5
Collection Date
Wed, 26 Apr 2023 06:00:18 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a04:5b00:8:9c:5
Browser Information
Sarah Christodoulou
Digital Signature (SHA256 / PKCS#7 v1.5)
D70957A4fe46fF73bf4e2sd82fa2ffbK4f2622gge3413f3935eafgf7i41ufa2e6eofd86fbe5aRbfe4ua41d0f42eaea9fBeca4fBeccb62fdbdbfa5fa8ed64ifBec9f77c5ac9gd

# File Signatures

SCREEN CAPTURE
File Name
screencap_EHpJvZjlPd0Jzanw.redbubble.com%2Fi%2Fsticker%2FSmiley-Face-Sun-by-atpdesignsh%2F74931731.EJUG5_Wed_26-Apr-2023-06-00-18-GMT.pdf
Hash (SHA256)
5ed856f6791aae7217cb84bdd341d5cfcd58d44e0237c1e1e3c46bec
Signature (PKCS#7 v1.5)
4abqd5b2g4fu13i21a1i7ec1+umcCd.au.qSu33uQ6fg5hBd3V4Ng9h3mVcKQ7hibbn49xj3c1o0n0HQfV1xox0fecc7B9C2hFa4dCKhiw-QWJaigUJB7qQx99SqSrh1i6aJ1fUqkomt6m4S2wu3HhizrSa3ftN7zWf9w1i
















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 15 May 2023 13:00:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected By**
Michaela Burjs

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
L1WvyIDmGJdU6NfCVzybejJ2LGGkG9Dvav4F3hEHvpr0vchqHqVTK7YBW7pF3HH9 db1cyfS cKHz2HFLVLcdUq2kBhSpg5LUXEYAsvuzJXGZ4SrOqmmYS1MMe021vKDS GgQ2fXQ00HhZvtwFwJAAqfr39ydQ1ZyxTW1n/ dNhtPhSfLX0MWJxZ5CU0_NWgkMKyhLIT21T3590OFgZ3DIOZ7hQpyy44g1o0S5BB0SMM0 Id0gkrCgZ9SAFhTqfBE0G5r1oDY03ygYeAhQpmNSb59B8A+x5wM5855yVHNUjdAB7kUrRefm=

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[8mjss]j@[h]@www.redbubble.com[h]check-out]_Mon,-15-May-2023-13:00:50-GMT.mhtml

**Hash (SHA256)**
9b73b427be62790cb1651c4be5cae0bea416b8fb86a6d51efrseacea5dd=4

**Signature (PKCS#1v1.5)**
Sj/xq7D44LvGHk4GDBAXbAvc7NcHlSoEsqxGDBTSNxL7JHsaEVvo9YvY9lCErsIUXCBcB7vceAES8AB4HbGEQO2hJfgDKvzM+1evf5aVr1swMPtmJZGHH9G3sUDKV41884WwjEoUYeoLs5YZ2sZhtr1yPlsapg25oMY2oGDZ0TooXCqLin1lwTaDdb3Uf
aQR8JouAMbdSL8ZXdWHMSt0GBPmz17MY0jyqghgCy8i034mo1jAAdppdimQ38ywYuWUDYYiavaQ3bqgG3Qc-MKJAbb0bnpXQZT4id+UDfBwQKsOOrVhNsbpb4Ay0uGLT4z0iShs+==

 

Search for products or designs 🔍    ❤ ①

‹    **Checkout**

| | |
|---|---|
| 1 ITEM | $2.91 |
| SHIPPING | $2.49 |
| TAX | $0.38 |
| **SUBTOTAL** | **$5.78** |

—— OR ——

Pay in 4 interest-free payments of $1.45 with **afterpay**

🎁 This order is a gift ☐

① Shipping to United States    EDIT
Delivers between 19 - 25 May
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

② Checkout using card    EDIT
Total $5.78

③ Shipping details    EDIT

(For receipt and order confirmation)

576322066

307 NE 1st St. Flat 6,
Miami, FL 33132
UNITED STATES

(Includes $0.38 in taxes)

④ What are your
credit card details?
💳

Credit Card Number
1234 1234 1234 1234

Expiry Date                CVC
MM / YY                    CVC

☑ Save this card for next time
☑ Same billing & shipping info

| | |
|---|---|
| 1 ITEM | $2.91 |
| SHIPPING | $2.49 |
| TAX | $0.38 |
| **TOTAL** | **$5.78** |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your
shipping address/local taxes.

**Pay $5.78**

🛫 **Carbon Neutrality**
Investing in programs that help
the environment
Learn more

🌍 **Worldwide Shipping**
Available as Standard or
Express delivery
Learn more

🛡 **Secure Payments**
100% Secure payment with 256-
bit SSL Encryption
Learn more

💊 **Super Service**
Hassle-free returns and friendly
customer support
Learn more

Mature Content: Visible    🇺🇸 United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved.   User Agreement  /  Privacy Policy  /  Do not sell my personal information  /  Copyright  /  Affiliates  /  Give $10, Get $10  /
Student Discount  /  Guidelines  /  Log Out



# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Tue, 16 May 2023 18:40:51 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Burja

IP Address
175.176.7.133

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
hIJHfh80ZvPy3bvoT3Gdm2ttNe2a3u0dzbXyQXrusgf75b7305Gjp7aZHhzGefdZcfrY8gerdfXtGSXVzdTmBmbyaGouhUcIbVhH7wwgoQLZZISgvGH4dCBvtvmnxjQ6Ade3BhpdgzSy3WftwaYrXcAJhLhPJcssJcbfRfAULkhaaGHzdZjGQBCTsDHkDrkhhYcNdtP
4GGXuJ3bkEf8MKDhT3aPrhX40z+TEMtLAfGLCjJOfcrntM+xQhpQJGQDHUG8XTsXfVpjpUROf3OAArqdlsZWwcAKTdXSfYYTihUDYbbDGDhjW52abNeTbHqQ0kcYKbsThp/vUg+=

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_Brmjssjljlh@www.redbubble.com]h[check-out]_Tue,16-May-2023-18:40:51-GMT.mhtml

Hash (SHA256)
f0690261bfd4ba5a7157444ae85c896cc5f963c7d1272a5e0df17e562751416a0

Signature (PKCS#1v1.5)
UkNfcY55Pay5YfMnMdXsD6rkKJKxZKZ7b7ZQQtqagqCahBXCUTkNsIDVfRqzDwzoJr1DxzVbfX14ZXxXQrHKjnVHoQQDkuyVJbaBfhY4rPUKYjHoGyctLKfmPRtmDhhsnM1iSrSSTIA4HWFkCWyHmmQKkdHyzpoECpLkhsVhgB3ScXe2HeMMKkPqHJ7syHbZfnQzoSj4ST3A6vdfCXV2bdmDQN3T3Ku6ZG0AyEQdlY5CfmmMMf7
nKgHnK1sWgAJqYmVmb3Wfqww3HLkHF81boi7yJWJDxksZor0SQsj25i4HQmxbLtJqMIMA4nkQNurLhqh7AhxExQ5sBeZhz13Z5mr1SnmA4ueWoXnidkSQtedfdRkkuYmZZaVmbGyjmN6mmpjQo/cTaoGFZ4ideWLr4I0+



Carbon Neutrality
Investing in programs that help
the environment
Learn more

Worldwide Shipping
Available as Standard or
Express delivery
Learn more

Secure Payments
100% Secure payment with 256-
bit SSL Encryption
Learn more

Super Service
Hassle-free returns and friendly
customer support
Learn more

   



# Evidence Collection Report

Page Title
'smiley face stickers' Sticker for Sale by alyssarae12 | Redbubble
URL
https://www.redbubble.com/i/sticker/smiley-face-stickers-by-alyssarae12/53214381.EJUG5
Collection Date
Thu, 08 Jun 2023 07:35:30 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Chris Stavrou
IP Address
Data 166/5.5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36
Digital Signature (SHA256) / PKCS#1v1.5)
X4adMEwCNf60-t9F7T5zpJaxL-1+qidY9MZk90bLj3qiFwVUh-Pq82aK3LGbuuihwNFoiOzyri39d3Q6oXnFyq4R1CC7zfd+ns+n63Lr6Cr93iuN9ajYoP5g1qJ0grftGgnwqYgoL-MkWr3u/
Rrb3GSwNgvdmFJZkcbmKreoms4XJ5uJ3SvdE2bAF2ScY3i-lWFCMAT-RAo-bu1PopoE/7uvB5Mi63IK0RIsDBp3JztW5GVcU9DuzNb+30oqsiuLwHkCLCryUVbMmjfyc4KXQygCiNcCmZhhU0z+0EQQ=

## File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_ZhHjcbjZRy1Qhwww-redbubble-comt2iG3Qickbv4uq5mley5ace-stickers-by-alyssarae12PyS3214381-EJUG5Q_Thu_06-Jun-2023-07-35-30-0MT-mhtml
Hash (SHA256)
a7de1444baf01bc1d1630bc651de9bd32a550ddd780be2-ef686256a96fd1
Signature (PKCS#1v1.5)
6sAkAR0c+sWZ0GQ5ivbaryvrbNoiqmmv3UIJvqopKkhd30zIk30u2nD2ptv1D-7/JdBaLzdYiPgH46nhcCm9sKazBr0LR2YHzSi9IpCRSbAXBrKsJ84kS8T0ZB2F35Mhk+TPVJL0HxPDFQM96GPtL9P0ipw59ZuG6TRZ02G
+qyPoJ08rP40eqg11SHVMaylhgJU6tRS+LFPJDO5Jbbf71a4n7NADWbeFBKbQglGvUDBoipQ4gtHQ4tjDaVNhaMvX1z47dbaqT-5rxa4MkbrB8mD17-a2jQ7TGa7Yti2huHe2wkc9hg0i2KJLvE1JLdU2e9UFMtczumg==












AXENCIS
Investigate Name. Seek. Chronicalize.

# Evidence Collection Report

Page Title
"Peekaboo smiley face" Sticker for Sale by andallsorts | Redbubble
URL
https://www.redbubble.com/i/sticker/Peekaboo-smiley-face-by-andallsorts/131756224.EJUG5
Collection Date
Wed, 26-Apr 2022 07:46:56 UTC (UD Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a00:5600:8:06:5
Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7+1.5)
A7c9VdfGEL9fmxVGDfUEhSUpqOaAKKaVbNMKODBRPVZROZs7HpzhbbrGGr65UuMh2hcgprbbUbpkXpy9RrmV3Lp1n1vKnwceN/4zpawAAr4p1n7mZwrE7b56AMG76Gfx5XimLMh1hw08RLpRXbbhc7hpDqLdHFj5d+

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_JbHpzjQQfuJ@rwww.redbubble.com%2Fj@sticker%2FPeekaboo-smiley-face-by-andallsorts@%2F131756224.EJUG5@_Wed_26-Apr-2023-07-46-56-GMT.pdf
Hash (SHA256)
9a39721d7b4e546367D1F20f92aba51446E3f79f74d62d0b3b00247d
Signature (PKCS#7+1.5)
zaNtbUgHKqEiTqhpVhohpk7AgBJGdSWasPWfQ1HH2oFUbskWBqpasEFjeBqgkKsVshsHkCsKBFbpdhlik+cs84Brykb2uRwBJCgPKeHk2ZY9wmrEg2Typ8YjDdsZAVOmmGtru1cTqhdlJLvmtfSM64waxuLkRa9go











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 22:47:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4917:7700:7509:22f3:79ed:183f

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
LK7jfvRR1gHhB9wgxK8URkJpMmWGT1NeHHWjvmgWvgzuUEJLBDVP5aWSKEjP1CbNbZL+P5VrlHoSVzxytgR3FvtE1b0ckyJRjttPLymE7N4iGoOS1UdbAUGGtYCHQ4mjFyYoJ3+KBaArTeyLF51cLJrdJSZafemB4G6a3ftXcJeBZq2bDTO4E1iX+HZxJ9YpZ8fW8QNkDVbc/OuSO23bi/YlvcVERhLa5/UKAlqgBmHLurro690XSVk6TcW2V+Tg6P87YmN9NCEqSHdWPLhY9SSOGyr9iY0SkZ1pkZxe7eUyXg8tVkXHNuD2eo0mXkHVpb6b0t3TsjYfzeq3MWP2/Ww2eZ0KaOKdd8hd5SfS4rJayDXyXqo+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_JHttpsJjZfhJjZfwwww.redbubble.comJhJjZfcheck-out]_Thu,25-May-2023-22:47:00-GMT.mhtml

**Hash (SHA256)**
2b57a681cd1d77f6a85a81ef47fb02739583829c4912cbb844c4a64e9ff6beb2d

**Signature (PKCS#1v1.5)**
YjL0bTQrBlYmoYFigohxekhxdcMK6UJRkxZTYgsmPkXsV6bD8P8OGFgRSV2sv22KtzmVCUGR9KjT4Vem5usi1EHQGIwWkIIVRugdJRbkCeKFZ18GmK0Brdgu1k1PdiFvp4qdQ5STWllDVr87uVkRapFv3FvdaGuDJrgu+u3wow4vmUlfsgp3kdOj5gbLyQrEqptKQptxLHmQ+

---



r b — Checkout

| | |
|---|---|
| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| SUBTOTAL | $5.52 |

OR

Pay in 4 interest-free payments of $1.38 with afterpay

☐ 🎁 This order is a gift

**1** Shipping to United States   EDIT
Delivers between 1 - 7 June
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

**2** Checkout using card   EDIT
Total $5.52

**3** Shipping details   EDIT

▓▓▓▓▓▓▓
(For receipt and order confirmation)

▓▓▓▓▓
97682066

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES
(includes $0.36 in taxes)

**4** What are your
credit card details?

Credit Card Number
1234 1234 1234 1234

Expiry Date          CVC
MM / YY             CVC

☑ Save this card for next time
☑ Same billing & shipping info

| | |
|---|---|
| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| TOTAL | $5.52 |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your
shipping address/local taxes.

Pay $5.52

 **Carbon Neutrality**
Investing in programs that help the environment
Learn more

 **Worldwide Shipping**
Available as Standard or Express delivery
Learn more

 **Secure Payments**
100% Secure Payments with 256-bit SSL Encryption
Learn more

 **Super Service**
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible     United States - USD$ - English

ABOUT US   SOCIAL RESPONSIBILITY   BLOG   DELIVERY   INVESTOR CENTRE   JOBS   CONTACT US   HELP

© Redbubble. All Rights Reserved   User Agreement | Privacy Policy | Do not sell my personal information | Copyright | Affiliates | Give $10, Get $10
Student Discount | Guidelines | Log Out



# Evidence Collection Report

**Page Title**
'Smiley from Space' Sticker for Sale by Artemon Tara71 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-from-Space-by-Artemon-Tara71/51902778.EJUG5

**Collection Date**
Wed, 26 Apr 2023 06:22:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:6e00:8:16:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
a6cf345b2a1e24f346de2b26ap98g06gd27b7c0fsd0807874467af6067ac02a6f27da1971c01eacf4fdad85547d00bc40606480cac9baba8ade75g0f840d5607bd4c

## File Signatures

**SCREEN CAPTURE**

**PDF**

**PDF File Name**
screencap_20mjoc2@2t@srm-redbubble-com5DE5stickerDJsmiley-from-Spaceq-by-Artemon-Tara7-51902778.EJUG5

**Hash (SHA256)**
1c6e4aa152abaababbaa9c6e5b66c71ae7fead71b99f9c4abc5719ae01e47cfc

**Signature (PKCS#1 v1.5)**
8jma9vfvdd1f4sc9p4f34fP4df3ef3s1q3p7p38g5c46j1aa88p4f3dc4abd0hec4644dd0497cfaa4a66aaaab07ba93ab4a6b0f4a06d4ap6f4g0bgd25c5ib94d59av5oo5a1c7a0d4av3dca1sv5dod

















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/checkout

Collection Date
Tue, 16 May 2023 13:39:38 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
175.176.7.132

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
3ra8hOMcMAQlyTH5ZQPmoOSE6Q3dMWv8oCnEt43y9yMoRo5DQ1ZmOahHFOuOQLMCwxbnHypqJbq9hwFqGbkYPeKVres1V5x5idmLoD2l/rJyCgQmx69r1sY3XNZ1wx3YVcnhIFsz16dPnGpewrYfvhUDBbczl6oo06xvbSvdFwcLLxZQQuFsKMFzdgIPBeoLXWOdrG7B1UDfPcO7A4hwEEpkzqvko/Jd2wtP3meTtpwpydS0fmpMQFo4Ghe3CkbwsdyXSsxg76ih2TawO5yI78gm5JhcNLx0ksHFm3srgNu2N4z6Nd8Rw9lt8g

## File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_0htpxjI2hJ5www.redbubble.com0yj0xwck-oud0_Tue,16-May-2023-13-39-38-GMT.mhtml

Hash (SHA256)
5900e390d53773a813807811e9ccb16768601ab67a2f02c09fa225c5dbc53dc9

Signature (PKCS#1v1.5)
PkzCnyo6A73gCtoMJ4nMdHjF2Bm8kDrvfAEyeHX4aaDIX4DbzkBcHgaKyv2jMvZLU3L3ToXUvmwngDUCzLDEFD+CLbRBfMbvZ3D0DQRq8Bhu2H7kTAsQz0apeGyGpfNakEoWnM4hSo01+ZObh1cqeddpP4KrUDupg8ff4sF4nVWRO7dskxc7BbdyIgISvO7srSJfm7pMFqPhtPBLq9TAmGo3WFyLmYnmW4+j3rQ+Azt9JebbW0LpZ5oeX2bdA9DBjaiKywDFqwA+SpHT+Awdffg/aJNWZq4tpAZCD7MZzjw0RmBCwXtQ==



---

*[Webpage screenshot — Redbubble Secure Checkout page]*

r b   Search for products or designs   🔍

Checkout

| | |
|---|---|
| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| SUBTOTAL | $5.16 |

— OR —

Pay in 4 interest-free payments of $1.29 with **afterpay**

This order is a gift

**1** Shipping to United States  EDIT
Delivers between 22 - 26 May
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

**2** Checkout using card  EDIT
Total $5.16

**3** Shipping details  EDIT
(For receipt and order confirmation)
97692066
307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

**4** What are your credit card details?

Credit Card Number
1234 1234 1234 1234

Expiry Date          CVC
MM / YY              CVC

☑ Save this card for next time
☑ Same billing & shipping info

| | |
|---|---|
| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TOTAL | $5.16 |

By clicking pay, I agree to Redbubble's User Agreement

Pay $5.16

**Carbon Neutrality**
Investing in programs that help the environment
Learn more

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Super Service**
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible    ○ United States - USD$ - English

ABOUT US   SOCIAL RESPONSIBILITY   BLOG   DELIVERY   INVESTOR CENTRE   JOBS   CONTACT US   HELP

© Redbubble. All Rights Reserved · User Agreement · Privacy Policy · Do not sell my personal information · Copyright · Affiliates · Give $10, Get $10 ·
Student Discount · Guidelines · Log Out



# Evidence Collection Report

Page Title
"Minimalist Smiley' Sticker for Sale by annie-chen | Redbubble
URL
https://www.redbubble.com/i/sticker/Minimalist-Smiley-by-annie-chen/86650296.EJUG5
Collection Date
Wed, 26 Apr 2023 06:59:49 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a00:5600:8:36:5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
...L63AaivfCV6JxeSnQ2FLAD8no6IDMzWXDbOBqsPAsO4X247YFT3HrPPYmI6aHbb5A6WQfxTc7nXY7u3g3bXCKw1cBhcB9sRCdAmoHMqeng1V4SslwLaeusFCwQMruFQbGt1CN8fKaxoSqfcaVq1Stmk2DkNHpFrjkpKoBdw

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[httpsJ[dJ[xk]www.redbubble.com[k]iJ[k]stickerJ[k]Minimalist-Smiley-by-annie-chenJ[k]86650296.EJUG5]]_Wed_26-Apr-2023-06-59-49-GMT.pdf
Hash (SHA256)
eef7e9 aa2ef017a31130d6bb119aEbC17eBf495bdd 25b559287189aEbS0d541493485
Signature (PKCS#1v1.5)
o2lRVLmnHBGWD5b2d9ddMkrV9tu1q2R2gpnZ2PjsYv27tlcz03rJmcPVcLrA2zmfqpZT9hGwwnWLTL9LJcLIKXhSM3bKRfnoFxdtQDpkfScd5snjCNXD5uFQp4MWAkNSSbG3Qg1Ko0XoznNkcAXPZ9xrGaCAbS7zvpEAn











# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Thu, 25 May 2023 07:04:54 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Borja
IP Address
112.206.66.148
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
t4EWtRp9xPyuuwSz0fKAqbU4AEbCJ8cwVyG7FA8dR3U+N5gvRN8ZOmPV5e9ayVTi5YXSsQU6pQfR0FVENG0wa9YzuNduMKs8MfoBWxe5fmEKYI5fptUfQpjmSWf8iN0C1XvhMg1VPxe0lzzzwkGuySu1xFrubz5oz+53VnCH5ccKHeCmuY0E3OwAY6o6uGQbws63ix/MPhskAOxY8jhUt4JXvsfq+KzV4UdNfNRvd1Sb1bYRfdEVkq01JtmqRBEIWkwQHf1Lk4Apz0r0zJ6x7seErzCqmVu6SVfw5wqc+w==











# Evidence Collection Report

**Page Title**
'Smiley face' Sticker for Sale by Asuches | Redbubble
**URL**
https://www.redbubble.com/i/sticker/Smiley-face-by-Asuches/142372601.EJUG5
**Collection Date**
Wed, 26 Apr 2023 08:28 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Sarah Omnitedkuchen
**IP Address**
3dd47dd09.9c.9
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
p9m4rJFscR6aPkbgq58Qadjc2m1NHfcJjA4OfoK7cW8mK3VeXcSMZBQ4oVgrT3rqE3Dz1CrQEtSNCX3vRgwBk8qZYrnodA1F3oqyZlgcYWFswET3qpeWkdp7atR9W1tLrDYN1T4GfH7nDHAbO+Hb8uEgSfzRuPi

# File Signatures

**SCREEN CAPTURE**
PDF
**File Name**
screencap_[jhtp]z[[[d]@www.redbubble.com[h][D]jtsbws[he]Smiley-face-by-Asuches]142372601.EJUG5]_Wed_26-Apr-2023-08-38-58-GMT.pdf
**Hash (SHA256)**
e17d2c0591c622580b72518a7137b518ac647a5473bbad01489f973b
**Signature (PKCS#1v1.5)**
tcVjpc3JkamOFBX3JddIyfyeS2buEceSCrGXKdyZI6XjgKbDbfwp1m6bUY7qiRgAqnosn68c7eaMYKJZ6R7KZbL5c3eMY72eeXQ3eL+oM86OQTpSiySWgIGbpzMfPwaETup0coMWaiTeIEUSYhY7rkDPHOZW4bS+kAk8y4JVNjOc











Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 09:52:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

175.176.30.31

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

SgWIGaUSIfrJXsgfPHjAU0iZLi/ikpY4GiMib3o6KUW4GVUtyiMZlp9S1081702the8+Qw1JaGsrFxa7CKhDDBu0Tw9yWibq3ir/b80KKFiw/LoK6WiQ93mpYTtpNery2qFcAPlyEK0zhuoc68MljGOTGAiNix0ryeJLEqDsNwhAhScFzNoK0bTcJH4eD6Eb0W9p/CZ/vruK7uAtRdl/swOXQ6hg+B2OMJSW65jQkP7YDORODGuyrK1ho4lS/q64OFjh/q3k4afvjH2ygnqwZjzt1sHjtP7avfJvEGYLK/t1o66LxHxzbEHnOrt/TKRfj4RKoE1C+OePihpP5uJXf/9y4XCOA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s[fs]f[s]www.redbubble.com[h]check-out][_Mon,-29-May-2023-09-52-50-GMT.mhtml

**Hash (SHA256)**

8673166656369629d390f353ff9969eddbad75caca5eb42944d6794a77843ec6

**Signature (PKCS#1v1.5)**

OtXahdfGTyYWE7qqw+i4WmYBee+J7Xqmv7opDQKsAqhC9j78Spv7i40XAZ5qafn93tvqCwLWhpUi93fR0N65V3H0drw3WCpAsL85Dys1HVlQHV37cu7G9PNdLMt0VIpja1fL1RiW4dqiwQoD7ONj1EKZDq0caOhL7IDOLr3HVi6zWiE3jAZqnWscPAT6kM0PAa/NjKoCAGRE0oqQlDTiX8FUu7mtuz8F2nzPs1PbDHlYkpaCY7km2P3wCReE7fra4Qw/6i1rmXzLaEaryqaZYagBaf0zm/z8TyAPhD16Eew.Ixn4oR33vobwLBfDdjGmPtbwMcuzGiLB2080pq5ch5Q==





# Evidence Collection Report

Page Title
"spikey teeth smiley face " Sticker for Sale by ajehr0dolacca | Redbubble

URL
https://www.redbubble.com/i/sticker/spikey-teeth-smiley-face-by-ajehr0dolacca/70723210.EJUG5

Collection Date
Wed, 26 Apr 2023 08:13:24 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Omotodudou

IP Address
3d045600 8.06. 9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
gq22cfc72dac5743d452cahqilaf32dda52c0dai4fd4e1dadjcp.p2C338d2e3f09LJarj2m9hn1ocor10aSd4hc2ONd3rV4tn4291J807r1lb1447rnoB3a92qp38Q8rae1qI89ed2422448JbZ12FbOVtvcp4yTpquenatv9ecaSCKsr

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_2htqu2jJ0@www.redbubble.com%2Fi@sticker@sIpikey-teeth-smiley-face-by-ajehr0dolacca@by%70723210.EJUG5_Wed,26 Apr 2023 08:13:26 GMT.pdf

Hash (SHA256)
e6045d4921f2c42fdda1 9eaea5dd2500b5501eff1d1ef739feR7fedI3fd57eb1b

Signature (PKCS#1v1.5)
Lce2w8Wkcy6NNl21VSSNNtuJ41fofuq5dohZdLHpLUcekik4JILL98GEJ4dZqAddikqt1Jovk4buL84trerfigdcd3quIMd4mwjZumpY1prr1T8SXFn2Z4r73rG5o1Vpa2dt4sUtCiPizG0LKbiL83cl1xaYr17k3pTbPCrsMge1ik5a0wr2DWhoUkFLpoBYsPSM



   









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Sat, 27 May 2023 04:40:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
EjkyrNoPFIZbyJN4SP5QxZGOoxPKhhmAmwqCC+hNkb3APmfCDUFFXOr5QGhr3Bex5pLRoTZsfdAPnLE2nQ6lfkuMdxCvejzyyc2kPc2rMJuLI7PNN9VWLaFKgAFnBVnURCsRA5qP9TYzX5ST3dqc

**Hash (SHA256)**
200cadbeea780edf4724158f1bdd6bd163017265Ted2995874a14f9a5cf13cr2

**Signature (PKCS#1v1.5)**
c17lKN9FQFPFKtcjuJ4bh6af5eafdAhb8cG6+3r+cqopGhnaCWfBvucJchW2uU2e29hlkX7 eB24GTTYqJlKjEOgF0FqpaUv5LJfkz4oK gzbC9tkQbqM+t64OynS33LblJaVtSKMkwWBFcNeRhnlp3CSG+Wve68X3GGJa3SKSpm+ttzcYrbTSoBSUsBGkDsJ20mb4VTrbTzqpD1k4AScrciamK37t1tT/qUc0bed1t48lorkm9ov4B2R7atb7jcsqJ4kpBq7XpdFfamvNQ

## File Signatures

**SCREEN CAPTURE**

**File Name**
MHTML

**File Name**
screencap_[htiqs][@tj@[www.redbubble.com][s][check-out]_Sat_27-May-2023 04-40-56 GMT.mhtml

**Hash (SHA256)**
200cadbaa780edf4724158f1bdd6bd163017265Ted2995874a14f9a5cf13cr2

**Signature (PKCS#1v1.5)**
c17lKN9FQFPFKtcjuJ4bh6af5ed5Cafd5m0U0z4+crpopGhnaCWfBvucUrb3Wd2dk3jZ2Gk7ebjwe28U2e29hlkX7eB24GTTYqJlKjEOgF0Fq4aOv5LJ4zdy4ObK4dkQbqM+t64VpDhgPq+W6ncFpmfqW2wbdYFPUL5xojknwfRk ywtXPKdg6T64e+flD4Ppz764+nPbFrtqp.1rxogFUfaW9PtKZbL5tEVwZygRocJborUX8ZAA++







# Evidence Collection Report

Page Title
'Smiley Face Illustration' Sticker for Sale by aikeadawani | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Illustration-by-aikeadawani/147323.EJU65

Collection Date
Wed, 26 Apr 2023 08:11:21 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a04:5b00:8:fe-3

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
RbjTyU_Oh4be8Mnc9Wjzwgv7YHD+WDQdzQGnc5QBSPGnhRUNpsmFC7CuLwbbXpuTh.pPL58AMDL83UPdtx0s9emJhn46D7EAKGLbbb1rJO3JSifRt9wwbVmkFdFjtQYs9AeVYgTm6hZaihfdfVGn+

## File Signatures

SCREEN CAPTURE

File Name
PDF

File Name
_aikeadawani_BHzbzQZhJ[Drame.redbubble.com/IhEBibbrhbe05jDmley-Face-Illustration-by-aikeadawani/Ddp1573238.EJU65ill_Wed_2b-apr-2023-08-11:31-GMT.pdf

Hash (SHA256)
3BVh4x8iB4EMt4x7hTdeh6fwwb6xbK2Te64uuxHhWrT3z.5x9x8xbH9xdb0

Digital Signature (PKCS#7 v1.5)
d7ySL.7NkC7rDqwuuUYkaUeYwcYWhYwDCBfpcKq0YibhF1eCZPxxaTkOncs5bfgwfyfPhuqbfxduNiMtkt1Th6Oq1wJa5phKu7ujAIbGAdiDxtYf1dxNgrh5+rcfHtTyhRhm6y0pxwd6s+7grWmU0yQpSCIgUJtNinm






















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sat, 27 May 2023 04 17:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rf/8rlaCpJcVea9efvN84FDrugGBBU6hO4Kb871vs99oMaTZgEgjVOA1e7jZ97BWYwtJLJwmv0R/IuZ2pPqBG0NnuFzFNfaDJ7Pus-JDTOqGQLgzHpFESTkuZwFkZ2zlpkLGIkZuGwzuZllNwNZ5NrN1/Mb1OI6FUzoRFFFVQFhFQjwLzFEmt8BYoA2BAKM1zhONhbBoZA/MEVGKxuiUAQBGuW66FJAhq5Mp6mujhdgfkj178LAjQSeD/QCB/Rhsrh/o0GJgfZdSAdIIgI3nbv0eVWY9hqsU87wTzWIDsfpfUFOxYP3mYP28HGQEAgWMcUIAQ+=

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_IJhttpsJJ2fJ2fwww.redbubble.comJ2fcheck-out]]_Sat, 27-May-2023 04-17-39-GMT.mhtml

**Hash (SHA256)**

bi9540ccBe2ace0B0ecba269a1cfba2afbadc27b8fbeff82e9695043837388c15

**Signature (PKCS#1v1.5)**

fcgEzuAKDvoJuAAT3ygeKjYuN5iLoc30fWKp1+FuA/WWFm4RM5RqiGDtfDgboGYgJoaFBXFv+G3QEJAYpMHxGXYPgvDbTrCteoYT7OcxF8WBbuBoqg9tCCbsD14HLDWV2f4mbtRjjTJuTV3xUr9VxdaBbAARy8xJuGGTdCr4bx4b8pivTJBFDM6fIgFx/nFznswzxhDvv0



   



# Evidence Collection Report

Page Title
"Pink Smiley " Sticker for Sale by Art-by-Andra | Redbubble
URL
https://www.redbubble.com/i/sticker/Pink-Smiley-by-Art-by-Andra/81499112.EJUG2
Collection Date
Wed, 26 Apr 2023 07:29:13 UTC (US Department of Commerce | NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
3d667d69:9:3b::4
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7 x1.3)
YiVh0dc9ba,SCd16vkvz5VgCs40WUwiW8pzjJauSc6I0bfMzGUj75fdQ4j9Lv3g4mfNbi110GMpm9tL0vhVTdb30dChmskwNUlc2TslwlnaOuj0wsGGZMQUx3zcOcfGoaH2K6AwsdbU4Wnau3UopKinJ6cZEny7v8e3jZ6uiHsn

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[Impp]|[Dr]||www.redbubble.com[td][I|sticker[to]Pink-Smiley-by-Art-by-Andra[td]81499112.EJUG2[_]Wed_26-Apr-2023-07-29-13-GMT.pdf
Hash (SHA256)
aab3b6febe66f1e705f9400ad745b9682f7ae3f33155f3f6486ab602f2
Signature (PKCS#7 x1.3)
MbyDnj4hbA64Imh5vCagZXWTDj4EjFAhwdsmVVhdaMtA4L0Us3hUqyrdPTKT99tkgZ6yMP1NvHmUd03ciZDsebkGZ99Lu3PyVcfL3JLuSjd1H06JA1f4LKnIESmTrdO2dbUQ41Gtd3gCGl4Asg4h5Eg1pS1jQtdsCxdtu6oc1

















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 10:23:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
112.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
eLeOLqC6F1n73HKIT1puBkbFyUAj5epemt0A2mRr3IhGS2VzugNmiLiozMeggwEw/9Xu1WL5PcAjbFurMwIRRgEDYuRsVfOUVnQRv/QVzKtKB/zGjNrjLbRQQmLB5IIm4webZbDAVmeFzGLO58AMqbXASAyA4CkUBsVc1MWwmhHA4DdZ9ix8RZZsKsKaGXjrJXuD3228ikr+QWngbAAvLsVsOM1hhYNpiahSEInVYLOQ0pftbyHnhbdPp/TYwgCyJ43ZPTGgQWP6nEAXMGm+N3KZ50XMVUCZA3c46DVAQdp50VZ6mP2cbsWXtJQTaaRLJOeMhA6XWaRCZLvZ+snjm+

## File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[htps[x]3h][h[www.redbubble.com[h]check-out]]_Thu,25-May-2023-10-23-55-GMT.mhtml

**Hash (SHA256)**
e1ad5b04fddb95e700[1[c3fc627fb8bb6539fdb10fbe566af7b1b27002ea7f8eb2

**Signature (PKCS#1v1.5)**
FFUSYh5eFUDOV3Sbde844iV5GzHkudHm+b37saYUhudQKfHpnLamzbV+uxyT/fBEvBEOR03++TqKqrwNkA2llT+QzKw9lqN7Lmz0XrZ7cX3YWHww7gkKiQcJXGpAKlpyxjQA/SLIlfO1lW3ZR1phbM5Wwj/21NcikIjFmNoO2zdMkX8MPEC2D2r9SleZCOwHDD9uSc1qfttZDPv+sUqFDtm/rNqfmuxKi5aKDFZJ4WcJt3fr/auV7ggL5oC0KiNLQnQgRbFmi23TmWIChLJUYS2GU4U/YYnkF1325MO8DW4HzVuWdlwbLZNZS5bb6957LZmBRDd7BaY5VvgGGoVqqdH6zww==



Mature Content: Visible        United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved    User Agreement | Privacy Policy | Do not sell my personal information | Copyright | Affiliates | Give $10, Get $10 |
Student Discount | Guidelines | Log Out



# Evidence Collection Report

Page Title
"Awkward Face (smiley / emoji)' Sticker for Sale by awaxellingood | Redbubble
URL
https://www.redbubble.com/i/sticker/Awkward-Face-smiley-emoji-by-awaxellingood/55177763.EJUG5
Collection Date
Wed, 26 Apr 2023 21:59:44 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a0d:5b00:8:b:0
Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
9ee1X3rMaZ2F1nO2s5dpHxNhFQ2m10-5kHRlgtT65e9H9M5oUjxPf1ZTLmgQ5OwtmT3dIy1iMqbiSwn3bKokmtt3vKGxXDv5h1Ja3dGwuGkA1TyH...YV0lEzkA17WmqtiVbxHkd3R5vwKM0QCYNb4X

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[bhbpd]20@stwww.redbubble.com%2Fi%2Fsticker%2FAwkward-Face-smiley-emoji-by-awaxellingood%2F55177763.EJUG5|_Wed-26-Apr-2023-07-59-44-GMT.pdf
Hash (SHA256)
19fd897c4f2ceSd2e60c6ed4lb47a6b590FQ41F34eaa6f44ffdbll1b7d
File Signature (PKCS#1 v1.5)
79HHioLM0opwHnWUgnJMV0aTVraptNaboADE7qBGWDFG3FX5Oe2mEfcMw7rpTp2u5wv1ItJCmfEtx001z9d6vGuC36FH3Vn5HfCYeNrksaINDVeUfLm0QrfESDG3N7oQUQf3dQWtW4TJbgUZ0jQxgGbCv9Qyv5vHw9rb8mL...























# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 10:33:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

bZ2OC4itGOQhdzV4XmU8azbQH4OKQ/QW+XoRWG4+HQAapbpZHLUfVEROMqC4XAygZN87Fr+6AZO4FruRY+7UpGO6by73ddAQaXRHIFQC9S5J3ITZq6G1UODTBzasOHEAMIwq1SZ9t8MKEaO+0nsa7B9VDQk5lknV8prvcdrum5Dk5R0Q0EPDcVY8SSgxsS/OJSpusKizMmeSUZ9VosJ2amb3SctqFUm+iEOC61w+z31BpXpA7P6G/vkeNa6GQzj78PkjfPEIuFwE5Varb/tufUCWX4kMNWz71gzTYn4T0WkpzPopg==

# File Signatures

**SCREEN CAPTURE**

**File Name**

MHTML

screencap_[https]://[h]ttps[www.redbubble.com/[h]c[h]eck-out]_Thu,25-May-2023-10.03.47-GMT.mhtml

**Hash (SHA256)**

3e4c7a9bfda5beb31daacc5eb68bd018d1456a6fefdfe3fa522b2f0ff1963a

**Signature (PKCS#1v1.5)**

qanQc/8C5eG.JOcWreU2/oxOuuKZ2W0TU8u4O8R8B9LKA4VPgpZW79yV/53WMn4FMV2GW1g8vCfMt5gJCbO+qd9MQ3VcS8p+u0mh4MeU0liahU/cbz72IBfw9yPku+KleSasvcXf8Sb9F9kWqVVL56NGO4feSpzJ7qkzAqvk+YYkmtbm031ytlsvyMbHvedqhhxndhkqIDA0t/My6QEBuSKWsUkQbq6ZZ9/w+rCjqnF0vWfL2SuSRrlatMMc8mcH1GGu4apx/Tca5Hri04XuACtUdAUBfWKey3xv6+RFQ9xGvES5Yp2emT8be+X1zqga2uzlrG0tV5wL4VHWdDF7SfFw==













# Evidence Collection Report

Page Title
'smiley face' Sticker for Sale by avakk444 | Redbubble

URL
https://www.redbubble.com/i/sticker/smiley-face-by-avakk444/88589524.EJUG5

Collection Date
Wed, 26 Apr 2023 05:37:50 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chimstedou

IP Address
2a0d:5600:8:36::9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (PKCS#1v1.5)
4PbxegK7xhxTsJLo43YNCScV22rkZT36Q37gD7mpxMe0bGE3pSpV1XnshGAMJtuRbLwZ9pbdfqbjnV3mPbuBLIkxr4XGtmosH65ACg0Ap7ImVss34oUtmSGUsv4z1Xsn2Gq4+

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_[bHijodj]DyUJj5nnnw.redbubble.com[hd]i[sticker]smiley-face-by-avakk444[b]88589524.EJUG5[h]_Wed,26.Apr 2023-05-37-03-GMT.pdf

Hash (SHA256)
a9b3bdb28e3bD47d4642ae3711c9a3c9c1da4950dd46aad7ce69ccc47c0b2ab0

Signature (PKCS#1v1.5)
LbWV5t0F4eg3dgwfewk.nqGterF8yJstEZaNHYYQNaXVhSxzqhG+1HKI0647TssFkg9AEjZaLCbD43BDdbqe7v1umpJNY73P+k2ajbHYyTQpseb4ZWW1U4fHkZ1Dq7J2OjDOBAXS1tIT7PKZYX875chZal2tCkm5+









# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Sat, 13 May 2023 19:56:30 UTC [US Department of Commerce / NIST authenticated timestamp]

Collected by
Michaela Burjo

IP Address
175.176.15.162

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
om2YXkLzvW4QHv+2xE7EW1f9e5chJeZlcVyZ3VaQdu4SBPb1VzV8fiJL2jj2HYuktJ2fkEHPq9t7V3fXBh/TEbHSr68aSzTSDNgqwygW1iPcrpdAgFp7zzQYe2bJmt3hVmdR
+hivLvKemGHjRhRyfXDRfDeap5QIDHheAgRpQZMbmXGzaTR4edRuE4XbSb/AL3CY0Z/CA7jCjMRNUBC+L2ZHK1TBrDb64kQhJNsimmHa9nSdRyIm8cpGpWOzeJv1LdmHVHoZLQR3PLRLBuvqYcLZXDrhZ2x

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_Bmpu2jRsjQ5www.redbubble.com%5bcheck-out%5d_Sat,13 May 2023 19:56:30 GMT.mhtml

Hash (SHA256)
810fbe58c0e6e4ca2b557ec7ab2ae8zesb9c8143e29c3bd35805eaa0a1a7363

Signature (PKCS#1v1.5)
ehjRtvuA1rSib+DbBXpTnVOTXT2Xkl4.CXt7HGSAZfeKJuoT/oqJ3we1LZv4z+kMYfFEZh8bsJLIdxeogfpJeLDXCQJFtvfqEXTwNu7OOF5AbRtoIb8gKTf5DVAMzHw7Z3XYu9SOMG3DnSCD4Haqsvg2lbs0K.vkeR3s437xKWKRVfiYgoceg5pZul55awusLkymJ+uhmO9bHKXjPBECZea24dgXGXCXdc2O00WSKwSb0z5eGWT9XSSXRd5L2LTeTBBywNwrbxVsPs7ggNkqSbTw+9jZbdHVgAtgkdvC3MwSph0zA0tvj5T+zA3Wk8qhb0Wth6bt

---



---



# Evidence Collection Report

Page Title
"Yellow Smiley Face sticker" Sticker for Sale by axworothsy | Redbubble

URL
https://www.redbubble.com/i/sticker/Yellow-Smiley-Face-sticker-by-axworothsy/40804186.EJUG5

Collection Date
Wed, 26-Apr-2023 09:56:23 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chrisdodulou

IP Address
2a04:5600:8:3c:0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
jh8lfhfHLhxD6hs7ivHbELuHi2oCry711R6aESFN7ga6Ox3kdsPRfUB90qGx9fL34D4S+CEn+eZCDS2NUbzg7TCNMrVsAFR/pKr3y5iGHrNkx3g+057GY77B4sioWH+OGbzdMmsZ+Ecr9SuPaaTvSKN5m+

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_Onhpzdg2Q0=Rwww.redbubble.com8.pQEizjck6e0YellowSmileyFacesticker by axworothsyDjbK5840418654JUG5]_Wed.26-Apr-2023-09-56-23-GMT.pdf

Hash (SHA256)
f6e06762112dUu6b6Y7GW97r1lND3vu1714lkh3Dz43f4411c71z30twe65000cdw

Signature (PKCS#1v1.5)
NOT2xD+u2sZ0ZOn4GBDs4ho14F3Q0fRlJ231t1kd0qGeBK3x7ODRknn+sGuBM4DZchVE5Ahp1LmSY7FVdGdnV4SpSghpQzKMMrfdtkBO1uKAGo+acdnHhe9sFXoR2d+hLosLoFbOyWPOAyL35bpSpgkUfEc1kdr











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 15:40:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

GXIZiUqAwCgqhl0I0Q2K9hEB9Lw5bnVonHxHdmKVUL/XG3Bo6KSGs2y5zGopWBv/Z9xmlfaZgaY+PFFz/XJrhs69mnX3JrFAdYw6q17o3pgfbPxq9mGoyzOWe6TPL3DUmnDK2HHnXMoqEOwiCm6yJOTorYnP4HLX6CGO1A7oqYFT1eRLpwZFnsESeX5n8H4fyPH+r0rGeKMiBrDRnk8/P0SFGG+fGUm6UAKKQrG24PmRSnwyTRumBCd3BYDpLUqiwoNmfwe10+Fx+GaKJ8uBYjgXjrnsdUrKXQ52AFm0Eny7YYRum8CrkMf8GhwjLw2DVMQ7lxEHYIWeFTphonfDrmSn0xil1uuZXDCmbH53J0V5NED6Hxdd/vqO8

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][3][3][www.redbubble.com][5][check-out]_Mon,-29-May-2023-15:40:37-GMT.mhtml

**Hash (SHA256)**

e6bdf38ce04b5a3817fc40cb44b66844ab1b771e6bd8fcdc1eb58c925dd17beb

**Signature (PKCS#1v1.5)**

KPsoki3CwF6Nr4jsd+oJjscj8PYZ2NZ5wwxsSJZB7zPnOBiXhm86eJ4Sd57Z43VxSFVr9d+9m5uGz3eZuwLq2ikXEdp2GRxfY/Vrc3+8DwnCe0dpA3DYt4AM8b2TfRbksh6r5+N/LX2ey9tyftg5JoyukvNHFlatSb+5+ZSZPUWLlmmN2/k4dzDMVf1-taoJCGzpCom+/6m9rflgr9awSA2wFz96oyy0gJEB4ei1CnwwR7Cv07UA==

---





# Evidence Collection Report

Page Title
'Smiley Face' Sticker for Sale by ayshafarahana | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-by-ayshafarahana/100140703.EJUG2

Collection Date
Wed, 26 Apr 2023 06:08:47 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Omitaboudou

IP Address
34047360/8.00. 9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
hCZ7rLxAVsXRPj1v12mryh.4jQ2A25OkRbjopBymK5Iacm6zXT+rGXPbK12ECpnMMFYngnQr4qZIpAJMsmRg23 LyZ15qpZ6ionVazHqQkbc2iQkapugBDeOShGiZ1EfnN167pyttr4isY3PnWTxhyUaN1tRfKAT.Lm82ip130Ca+2Ujkal5o=

# File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_ZIIHpbjZ0IJ0zbmno.www.redbubble.com0EJ02rzBbnm3Smiley-Face-by-ayshafarahana0p100140703.EJUG2_Wed,-26-Apr-2023-06-08-47-GMT.pdf

Hash (SHA256)
b21620805247.ee21bSsffcv1a4wSdIcnb1b1kKzn7d5SabfcleaaBVPbrH5qaS1aZ9I

Signature (PKCS#7v1.5)
gAjZb15s99yybjy/QbT7VrPABd0b0ALAN3AFTdLoOYcV+UNagcqC8hkUjH/YHtx30GmpHZ/jhrSvJgeH/mdYg7F/aErTauvbWu4fdtOIdmw7z9727adkNadHtamdar74H2K0I

















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 09:19:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4924:ce00:5dd:9d57:840f:9765

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / RSA1e1.5)**
W9lT18LJ8ETBUme1V2GsfuHnnhcbgMv39PkegmhSQ1obDY0LSZDHyCLc9hQ3TG+kMqhkUwc0nb2AEQ4qZwzUQpAfRPBRvZBaN4Ln7mkflrWWNJXtV7BPS4ZU7zdggxlxxBrzygLBLdG.kwsgzVzZekTaMCaJ+8EJdJyfnB5BhrfR5129ftwarnP2wodwn3wjMdnnnwjMhldydgydhyswvxCXsw
+vwNKen()+X5zryyhCZAfQD+BBnGtukfNwoUDGiG7addfV9WvpwtWmSuIwbSbb0V25Dv9K3g1kbYbZDsspBySJHbHwbaGnPvQhmBLoJ3zGDGQE1ddwEnHXBqR61+w==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https][j][fs][h]www.redbubble.com[h][check-out]_Mon,-29-May-2023-09-19-09-GMT.mhtml

**Hash (SHA256)**
9eb08501f67fabf6d0adef51dd48eef313b46b1a78zd2ab1b34d2bce8a25be0b

**Signature (PKCS#1v1.5)**
o0o3rZRugqBOZ2y/e/omMNK2NmDBbVfSp1FTDmXlN9AvQyx7iaumhV14Hnk.5zVFonKO+FgHLSRzhLVXgdenlkvuyOmqxFP96ZgQ3pbhWzZc39TSRWfLNsAsuGTT144qhzK.rSE81MMNKQflhrDg0TXPT4Y1phE+Lyxdel/NsA+vgD3LSqcLmfhBDLIhvcOuzKKqDDS
+MvL909laenUCzO7LI0yUcxLRvftHVXtV9uu07f0lE.ug5t3D+vfj+MNm006rzZZY5T.KyGGuvPRUwCOBBFPDBrX7yxxjCjnHr27+GZTVP9666eKJf8ZfNJKtVvewbzy+=





# Evidence Collection Report

**Page Title**
"multicolored abstract smiley face" Sticker for Sale by axel-art | Redbubble

**URL**
https://www.redbubble.com/i/sticker/multicolored-abstract-smiley-face-by-axel-art/145783441.EJUG5

**Collection Date**
Wed, 26 Apr 2023 05:37:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:5b00:b:b:1c:f5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**
Mv4+T7BUteFxTmOlm7AL2KqV6WawnwD5mJ4BiRLdRfYJj2kHVzbbbwb6lm5znb2C5BNFqcqY7BFJzb7Bks9gwfEo0AbeRQaHKnGvEMAYFEwnIZxzatodkvpAgRAScdbmiGwsJ9QLARSdSswObmvCkmONeJs1LKtrAcUDviFY

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_2kmpj3Jq0-www.redbubble.com/EJ0Jzbsn4Ejr4hvbssm3-smiley-face-by-axel-art/EJ2.4374fml-2JkSQQ_Wed_26-Apr-2023-05-37-37-GMT.pdf

**Hash (SHA256)**
ofa91dfabhbb2339bhfr3b7e34h6t034ab7eb03h7.730de6aces696t102

**Signature (PKCS#7 v1.5)**
zbAeaQgkrYXkfnLsU2ri4lpiEAEyTe9E4nbjov9ofs4vAKhfdbrcLRhzxj97wkNT1x3VeUT2Qftymm.NC93Uk1Gcl3UygUyaN4qhjlKQekmb3HmfBbL3th9Q.dIRKRXxvY9K6BtxHrJjVQQqXd19FV9+



   









# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Mon, 15 May 2023 10:39:23 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
175.176.7.132

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
LHhNZ3RsZmNFChdzKbhV7ThFRsuhVoHPOWrW48bDbVQhVgovONVPfOMr/2h7wWkxKQjt8fi4c1rjDmh8SGbugICHESXXshPmM3QK6dS15d7n56wut3IxyV8v3j0OvArAmArvFJ8m6az5xrK9A6G2xN0hmLCNIZQPiLRverNVeeZ/K7GLq2GkG4NptaZEBcfBer46ik7AcgJ3l3p7D8jTnoj5MMMtbUz15drbtUnhLdTFDSCAQcz1aK7Tmhg6NK1aLwVXc4eeCxwh.ZbNF4FPqFaxvtfSPaOmBzwMm/T6RGXDKtht0hvW1TqbfuOtSXr7xTm

## File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_JJIntpojQBrJSQwww.redbubble.com3Aj0check-out2J_Mon,15-May-2023-10-39-23-GMT.mhtml

Hash (SHA256)
0d60fe9973fb9bb735bcdfdd85Scb1d190fff556c631279d1ea6776f24ed4eIb72

Signature (PKCS#1v1.5)
xDkTbF370ka1nyjABcRccyF2nNMpfC33tZT7N13aKEeSPl1go0L89tic3v3j2bxHwW4MnjSatluBbddNotQGgvSc12IOWo9JldFLdOJc6NhgkueBvYloj0tu0jFaLdGWIWC5dHC3H3EofBhoBeMFKKKvb8DJoc0hVfGLmm5UKihZKcldnNmAfisRjhjdnXwutsKhMWFsdksxLnXNhnVmnnMnsvsaSn0

         



# Evidence Collection Report

Page Title
'creepy cute smiley' Sticker for Sale by bailartbya | Redbubble
URL
https://www.redbubble.com/i/sticker/creepy-cute-smiley-by-baliartbya/37697911.EJUG5
Collection Date
Wed, 26 Apr 2023 08:13:00 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Orettokediou
IP Address
3d437669.9.36.5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#v1.5)
hivhQ8dqHnyqirV0yVzmXdSIwnaW4syjRkwSQN.ZbkHhay5Vc5Mk8DmSmY7aqQ+SByjbJPQhDlaJaogyEqZLbMTAcbANgdyDkdiRmxbMZvhnZNbzONunsgxukwerthrsm

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_2hhp4JZ0LRJ/www.redbubble.comEh6QSd0sImZ4jcreepy-cute-smiley-by-baliartbya37697911.EJUG5_Wed_26-Apr-2023-08-13-00-GMT.pdf
Hash (SHA256)
0acd489ac1dsbd5dd05dsd6ab16dsd9das6aefdf8bba341567b4aaadf
Signature (PKCS#v1.5)
glkDSnIbmYbvrxJLhhUWKTCKI3dqHqK8lTagV55wcyygKhjQSIkbSErHyFLjh3ay32d8pcGto2Y4ITdfbxuwUY+KvKkjdNNO2hEZoAhLj1LKSNRFMKrgQgk2MdgSgwgcdkXeprMinhuMheqLLMMqJn











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sat, 27 May 2023 04:28:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rIYCZLbowdp2LhC+gO8jJisl5WoFZ2OFTiKKRUrFAJfwOXBh1yqkjJ4oAUXmJQ+b/Dubr6zs3+iPL7GJndWMtcPVkMyTp4fQyKLJSBm87Er8ljJgQF2VHSPaZsogdX1rznWU1kZ/BBSGM3D460qhV1CL2Urr6XtTeHfNzgS7dCwh7HcfVQib1xrv93XR3pjOLfMtxUtcrvcrCS6UH00K3yUjSoEighoe76mrJNonStcJw2mJThTZFNGxpxIQVd/jLuUuHIYphJyfTpHCrsrwBuGnFD+LeK0w0hl6CMMtB6/TtjuVmVmRhKhfTgeyCAMMl8v7LuvmVnPxTpHCrsrwBu/3FOXLWw5ltowyZwBmLiL9XoSthRoEqLV4++

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_3htbpdjl3fqfh@www.redbubble.com/b@check-out@_Sat, 27-May-2023 04:43-GMT.mhtml

**Hash (SHA256)**

c721AwtZe9fbde760T7e46a06bbcc760TffbE22eff3f72c087be0c0f2aae1177

**Signature (PKCS#1v1.5)**

lbTXEnVwjbH0iGV/JfZgiGH5dEM4HOHVHyzrG8Ui8b6ECKXGo4W8VGoPfBD0exxyTjeUn/B/HjfyF0cshmxGRo5FO8DgZzJYwsjfQK78CygB3uWcJIv+OjPFK6ikeqWdhBuzK2hSbatSmYYYvbzZzh7GPb6r1WMk2KkU+hzNEhZsJg+4MzsVo79+6yebUtXT1KPSxdOnMsa2XGkM1rjGtZQC2fQYxnJJXKhbfrFAdL2MfT1SpOQKwpgL1oJMBLgY0nOSdbizbLxkA+=





# Evidence Collection Report

Page Title
'smiley emoji face' Sticker for Sale by Bab96 | Redbubble
URL
https://www.redbubble.com/i/sticker/smiley-emoji-face-by-Bab96/36432267.EJUG5
Collection Date

Collected by
Sarah Chrissimmens
IP Address

Date Valid 8 in 3
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit 537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36
Digital Signature (SHA256 | PKCS#1 v1.5)

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_EmbjvjQb@hmnew.redbubble.com/i/sticker/smiley-emoji-face-by-Bab96%28a36432267.EJUG5_Wed.05-Apr-2023-00:00:00-GMT.pdf
Signature (PKCS256)
a2badb0d1dd6d0a0d700ad1210d0dd0710aa91ba9b7bb8b8b081719

Signature (PKCS#1 v1.5)

























# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Mon, 15 May 2023 10:44:50 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Burja

IP Address
175.176.7.133

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
0j1g0o9Ng9Gw59+GzMoc5HgpvoW48D7rbkXrtmWgyu9FSoUpG8lb/40kg5276hOOwHrehmGGzpRZQJxSULBsxAsZkCvJOlpPN7rtsCbyNIn5j0u5XytO3m51xwwheMS8FvuQ2HcSsQBMHpG0kRQ/L4gO+1+O2n4dOnPAjhbGoKw8CxHDmm1S1JbzTkVdyB1Nyn0mBnSj3jaySJ4PZLt5V+cTAwBCZo0rU4bhoQqhg3skpwkEdcoxYJNHd+hG5xxn4VRpZ0+vr4cnGTHE2nOrwiF0OPCgnEO

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_8hqsoj0fi2Rwww.redbubble.com0fqUcheck-out0_Mon,15-May-2023-10-44-50-GMT.mhtml

Hash (SHA256)
7e5517bd+ff5bbf0e0fb2febcb544f0d80a6b01b7b68fefd84f1213afeSc4 zf33

Signature (PKCS#1v1.5)
nxLpV3ac94MsVmscUWYJTtVO/mmTaQa6cGV5FGpY5OpXy7sCWjbU6LWsSdq4ZYy77ptWfWdcFLSqbFWdZoP4xZrVn7LoSuTmytgmiZtfipeaUZYiMk+6RFRx3cKHjSF+zWyVzaBQX2Dir0VfG5WcjqQcGmNJ11qIQJ4fQ+PjBgNQZ8KXvVtxBisSQuQBKvyGT6ZVTw4C3dwrGBkpAthGSKEiVFMY1qAkcbx+gQwVuP5SiqDWV3dFmBc7SUAoZ3e9dWw8e1J0ufJuvbKIBHDurwmETZ2FkHPn4gZFUGkn4yFtrOWT52rqmPjKuvbvJ/Jk3v2zdSmVhdlcX+ImV2vmZnP



 ABOUT US   SOCIAL RESPONSIBILITY   BLOG   DELIVERY    INVESTOR CENTRE   JOBS   CONTACT US    HELP 



© Redbubble. All Rights Reserved   User Agreement / Privacy Policy   Do not sell my personal information   Copyright   Affiliates   Give $10, Get $10
Student Discount   Guidelines   Log Out





# Evidence Collection Report

Page Title
'Earth Smiley Face' Sticker for Sale by kccroddy | Redbubble
URL
https://www.redbubble.com/i/sticker/Earth-Smiley-Face-by-kccroddy/69493706.EJUG5
Collected by
Sarah Christodoulou
IP Address
3d047bb9-9-3b-9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
h26Vp6gG5uaZ2rnlo3zKqooe8bnYy3J5QKJBp5y7PEAg1gub8VCXvrw3eWSqu2045xrpJL8bMMy14d37w6lidxw5gaghIgibS3rx4FeJeZOLuzkFHgJTYs6rswkmqd2lfMgpuZ49V6bnSFF9fO9J5gKLsUcWmDV

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[(httpsJJ]]@$[[www.redbubble.com][i][sticker][Earth-Smiley-Face-by-kccroddy][69493706.EJUG5]_Wed_26-Apr-2023-15-57-45-GMT.pdf
Hash (SHA256)
3953c0cdec2a0af6cfd172ac1e051571ff83d5f0fba54441e841c1ba5c1f8ad0
Signature (SHA256 / 3)
rd5moOco0pko2GkO2en+bzerb1bLhkGbjhhnS5BlEDQ17giLuGa8fcd6GguuvpP6015pcgmoh4AA9Gy09v21fMAibfALqHGCKo0ZnSg+JctkerbRnrCTew7Bhon7GyPuoP5Rwo5HcddmXrX1VBUCkAVPDW1takGuJQ6n



    











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collected by**

Michaela Borja

**Collection Date**

Tue, 30 May 2023 03:26:54 UTC (US Department of Commerce / NIST authenticated timestamp)

**IP Address**

2001:4400:4910:fe00:e656:f762:a48b:338a

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

JNFcFhAAXVJrA0Nnww QBeD4kDV4Z6bgroxfcVAH4YrgCzzCT4rrzHCnRFZhrlRbOoxJ3AjWJPOkmfVRJWkWyyafn q2qpfSbRrqKvQJ.ow7brYt/sznRBBF3bhiTDhBTZ9kJ4hhOG3AQ21

**File Signatures**

**SCREEN CAPTURE**

**File Name**

screencap_[fHdpsJj2FbJ]h@www.redbubble.com[/h]/check-out]_Tue, 30-May-2023-03-26-54-GMT.mhtml

**Hash (SHA256)**

7337d01eff60eb6b9d0eb6fa0cc7bbb5581bc9c6c417eb4c6d43a5cb92b6611

**Signature (PKCS#1v1.5)**

LzKnhBdYLjHL2GWLcSFrJiwqBjuvAwNg+rEKWRfPHb4GkMLXrlDsJnc1W8oo4LcAT3ok6DYU5seUrC72VF+iDW5d4hMHhkrAtg2NstQnGbHfp9kCvr3SHbF94HGoKhfSaytKcoaVAspxcLaMx1 ITq3FYlyCZEbhYPF0mQVnGvwFd1WmoQv4rv200Vdcrm4ar ax2Jc6rw1HAxBsmbgJMrJHMhHs3m4rfBbp3Hf4+CdoZv8vVvb8Q1VNux7TOMhO01hm4xSxIVbMzqus2wFVjlbdvtH4OCXV7+un4d6bM8UxPJqRxgrqtSGDoHhpGZVohoxe3cAa/3uaMH9OKk3gmQo2iud32sprg++



© Redbubble. All Rights Reserved.    User Agreement    Privacy Policy    Do not sell my personal information    Copyright    Affiliates    Give $10, Get $10



# Evidence Collection Report

Page Title
"Black Smiley Face Grunge" Sticker for Sale by beautyart1 | Redbubble

URL
https://www.redbubble.com/i/sticker/Black-Smiley-Face-Grunge-by-beautyart1/148910574.EJUG5

Collection Date
Wed, 26 Apr 2023 01:50 UTC (US Department of Commerce | NIST authenticated timestamp)

Collected by
Sarah Omntokodou

IP Address
3dd474d69:8:9b::9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
k4QW4BQyHLnZenz8o3Co4Xknqyj5sfwj2z9zcSWMPnhc23eXc1ptdpftcu1p03pqfleqf5RoAAE1mhrtkLfuTrw bMd4LsOorSep3Sr+73jQW4478ebdqI4pd47nxduktheimdnmxhPGXcoxdmALmLsLNoHkKDlKCH7Onwfs9WnxfeWomV

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_2HqUZG5KmdelaiVY7HdpD4QinJ2x8Dhrdr-Black-Smiley-Face-Grunge-by-beautyart1%2A148910574.EJUG5_Wed_26 Apr 2023 06 51 30 GMT.pdf

Hash (SHA256)
7a4b531bb07cfd3a6e3c9e7c4e5c33c1b78f2f5fdacf94aa2bb

Signature (PKCS#7 v1.5)
iWinsNDbjshIsr/jecKuFEUrioHJ1AuwMKL1uiLuXkHx17BijhuxPn4g0inQ9vfy9FpH3JciRqFuZ5LaiWec8jxXRtmQip1CZ0phgNdwYD7VOADAN9PrjoimDZLpY5gBolI/bsNWeEvooj7uhh4R8oD5Yo+5rtihzn

## File Signatures



















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 00:31:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4563:800:11f4:a369:c870:bf33

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

27z5z6zhMTlf6tVpcqg53dEfWcDxDwHVnqchmS16pJ4CfzsLhdfpSO14VBjRcJB0xoPB7FtyydpFPYlIZjL4oZ0kDbDYyO9bccLkFYjGJfDNsDDmW11WBhrWbfzkM43puWCB3FZ+45ALd9D2B81Ky2bMqZhWHWnJrfmTDS2I3QO7Fgvno+G2nCIMB9Kj2mOTA/OgrgJCIb1OGOk+5ANAFpkyXDvDZbWLmka4bV1U2LSQ 5pRH7xTGPngfVrBmmBnxEB5xUAS/5CdVI7nwhAVI+6fdZQfgf15dtEO8Psc/gXO9qD8G8urlr5bnfCfbogXjUUzs/LfADU/2BOt7w++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[fmbpa]Zh[[h]@www.redbubble.com[h][check-out]_Thu,25-May-2023-00-31-59-GMT.mhtml

**Signature (PKCS#1v1.5)**

gAeNFPDm7z5pHriAvBwHlDfeHMlQDHKZY+l34dR1AeDko9Cfqz9cHWeK9eF3zdr3KfUyEDTC4rDfbu2Th3WHMWVLL9jw6ILcd+f8gdBbyA3rxhVE5msdzLxVKu5rHfGW2RF79O7wnRREV3tXfuOOvEVySP3f0BrQaDfHw92SwQZ+VVv+1H+o+1JZUfJvXAVar4rZyjL4SggZD+VRf4AoZ 4+3cSbu9GJ80fRmJvUR0ZS4IB8XmvR+vj17L5e8r9u72IP7O0tKoBo1t10AMt3UGaVnVxoGwKfisAJrmaUmRgfrB9uaktsOqm9b4FbrClemFPeFfDFI5VNdThCz4BBz+6Sxrvt3f2DHTV+tNeO+

# Checkout



Mature Content: Visible    United States - USD$ - English

© Redbubble. All Rights Reserved.   User Agreement / Privacy Policy / Do not sell my personal information / Copyright / Affiliates / Give $10, Get $10 /

Student Discount / Guidelines / Log Out



# Evidence Collection Report

**Page Title**
'Smiley face Vampire' Sticker for Sale by Pentago | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-face-Vampire-by-Pentago/92090150.EJUG5

**Collection Date**
Wed, 26 Apr 2023 07:24:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**
4.JfvypuhfwDVLf78mSpZGmtzDjwWhPfaJGHcSL6vr1ynUJaVWFhV1HTd4NDNha9t5cWaeSgwo4FpcpG5qvBMM4R5GrvNdgwuHtfDzJhGd48Qh4UvgJ1n4uzXoHPC6fkDQ5rDisJgT=

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_2HnlysZjfV3Qnzxx-redbubble.com%2Ei%2Esticker%2ESmiley-face-Vampire-by-Pentago%2F92090150.EJUG5_Wed_26-Apr-2023-01:34:33-GMT.pdf

**Hash (SHA256)**
16efc1f4f5b3e69d590ddddae65737164febfe30a1bd91d3e68f5f0855cc267dd

**Signature (PKCS#7 v1.5)**
U5BbgrtpkmV7gbdFHyo74b7nRM9afdx51kkrT9Gw3dj111ciDGtZ7q8PkvAuKa41d8HtAKoa12qeGBggJnhGH2gAvSAQ99Cij4fUu48HCFTwdJtZzbBHWP3n1oymH63Z3RMH4Mpqn5eg1bKjZQ2GswBs8s4s=

## File Signatures


















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 07:41:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.200.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Og9nfEXL7+BtBkuomCi8VFDMgN3E53PCk5fvoDDSbdLDuhZJbpj9ejnuBtGm+Uq1mgrCOQbJLgOLXLOLrwMkhk8lVgYQmhbvyib6iV2SKDLr5RGW6oTBDZ/sekCFm6ALjX9Nq8I+WJZnwfZQMJjfURX0phaCr1erUu2rq51BeSeTDJ5SffTMbuZeSLAJ+C5lGouQ/XS05l30Gd3a10mJN60/Y6Z15Z8CZkhV/onCrwhjaS3LXJyHcYP4DYfSaugbDqyGGVdbL-AqJeVhLwOXejDR4t0aG5G0jWLBmCxmNu/YHgkPfkJR2Kv0aBk2PK2bRIRv9EOt7gGZvbMAtZDoQ==>

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][fs][h][www.redbubble.com]h[check-out]_Thu,25-May-2023-07-41-57-GMT.mhtml

**Hash (SHA256)**

ed31eac46fb274a1fc1405806b1b376c9435705c8v41b4edc25b4b1d9

**Signature (PKCS#1v1.5)**

dDtbVnGzFHcvDhFU4pFbHKj6Jv21gmAj6+5/oZbQDwsJqgBLN8PrZEZmgECSL8BPAfoVmJgeeAjDfGFbJeLt3k1+ngm1QMhXaKF5vHCK+FEa9NDxFbmmhWETFzDnjpTA/N8KTrhFftkruvDixf1okWhhbJCAymuJtAdxwdVLZ4oIbE2LbE5Nb+1CFaRpxVoBaVbR1dgTkvu8k0K581sWk0QBFSZtkgSriK5BWQUjB5ncixrZ3CVzc9kg45pJU19ieiZi7zbTyE4MQ8/+Umujwpjg2vhTBeKTaPvi9rKVrgsIbiQz7+o1prD9Lr9+IFMLvzu5inNDxUbdrz4i3msmNyS+



r͡b

Search for products or designs

Checkout

1 ITEM                                                    $2.91
SHIPPING                                                  $2.49
TAX                                                       $0.37
SUBTOTAL                                                  $5.77

OR

Pay in 4 interest-free payments of $1.44 with   

☐ 🎁 This order is a gift

① Shipping to United States                          EDIT
   Delivers between 31 May - 6 June
   Using Standard Shipping

   🌿 Made one at a time and shipped responsibly. For a
       happy planet.

② Checkout using card                                EDIT
   Total $5.77

③ Shipping details                                   EDIT

   (For receipt and order confirmation)

   ▇▇▇▇▇▇▇▇

   97082906

   307 NE 1st St, Flat 6,
   Miami, FL 33132
   UNITED STATES

   (Includes $0.37 in taxes)

④ What are your
   credit card details?

   Credit Card Number
   1234 1234 1234 1234

   Expiry Date          CVC
   MM / YY              CVC

   ☑ Save this card for next time
   ☑ Same billing & shipping info

   1 ITEM                                            $2.91
   SHIPPING                                          $2.49
   TAX                                               $0.37
   TOTAL                                             $5.77

   By clicking pay, I agree to
   Redbubble's User Agreement

   Please note: Your final price has changed to reflect your
   shipping address/local taxes.

   Pay $5.77

Carbon Neutrality           Worldwide Shipping        Secure Payments              Super Service
Investing in programs that help   Available as Standard or    100% Secure payment with 256-   Hassle-free returns and friendly
the environment             Express delivery           bit SSL Encryption           customer support
Learn more                  Learn more                 Learn more                   Learn more

Mature Content: Visible     United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved.   User Agreement | Privacy Policy | Do not sell my personal information | Copyright | Affiliates | Give $10, Get $10 |
Student Discount | Guidelines | Log Out



# Evidence Collection Report

Page Title
'Smiley Face' Sticker for Sale by tethhouth | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-Face-by-tethhouth/46462650.EJUG5
Collection Date
Wed, 26 Apr 2023 11:58:00 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omotoshosou
IP Address
34557600.9.36.9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
6bce926cifc7f4F5.gtsm/5m1r45sc07C5A#5jhwm5nn0dbec4b4C7ecdT1raa5C9m4bd4b0lggba0r25ac0666dc0Db4l8jgClBg9aGbHCaeT13I2G4E4363bfyayaFF44rFgFT4CIsjB=

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[HttpUZ]D@hzevw.redbubble.com|IhZ|Zn|zw2n|Smiley-Face-by-tethhouth|hjB4462650.EJUG5]_Wed_26-Apr-2023-11-56-33-GMT.pdf
Hash (SHA256)
16111 tf5eafe1a2c8fca5cn17Sh1d7205 b544fD3ff65Sc5c5c8c53c5Ss84fjbf87e5654a19bf6bd0c

Signature (PKCS#1 v1.5)
FGGT4Grtdgbdb0h1seruv43ekIfrbtGb4d43ADjw45sfF7dsflG44a2AtftpZbTgW7hg5#RD5fdSefpQnbdt0y#Vf#gp3b8G82Vwd0jhh0Gp1CGre 3ojrmyEmb03t+wf3ne27f4tGh8DcE



  









# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Wed, 31 May 2023 22:23:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.70.8

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

I0K0aaBjQKG3VQinuqS1hgAvFBohISg/2R2tnrzqnPH+NE/C50J7hSwVgG8MmRE0AYbTIscCbOra0Ynxnrgw04soBz3fsnS3tcRA3S6BwVdGJBbKV1Wj3COJAbtC81TBaL+6UFYZ3sB9wNLWG3NQtIJtvN+YGZfxd+b
+Yu9m9yR5vdtsKSnXmsJmoMDPrqrYEt5F33nUDTbzsyIhDAPYfUC1AudEJZY0xFTi+DUZSxXT8bY18M/+tJA5z2BD7z5z0AIdxG67GymWxsiAk97Y6k4vZS2uw0Umz/lrVDi9ffNu+y5fIKgPdzpkrsRrYRTRrzrVs7yoHMLwcvSLlrLGkg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s[fs[f[s]]www.redbubble.com[h]check-out]]_Wed,-31-May-2023-22:23-28-GMT.mhtml

**Hash (SHA256)**

df87ce378249481 4c739d14f8afc4e41018e4a393d092569e17dbd9990e1a3e4

**Signature (PKCS#1v1.5)**

dp+hU4Wwe0VwMSgyjF8jZ+qieTgxkITSic4tDXfT/FjbYdxm7bD3zhKobHnMtzzFmR3SW8da3EFZaGGcY+Lj8UNJTE1Oq38G6afWhyq+3ODc/nfig9OXo43UP5WUfDI17u0/
HXcCGTPfe6q1N29u1/sBvktZ5imnS5MN34UmQHNMuzjZE2p7bx45JDNzSUGp9bL9gUXkqQzCh7NXhbUTVUBWeKW578DSk1P3ItXbRJnhFc82fw0T4tTibt7c02bsiwJVMhBm5fy7E1WNhZnejWbcROnXIlp0yCx+SwUb+M/b1Vi7HTGw4o/enUjx73tbtkWmPkanLpBPkj3McFhSlw==





X



# Evidence Collection Report

**Page Title**
"Smiley emoji, Smiley Face Emoticon" Sticker for Sale by bthys | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-emoji-Smiley-Face-Emoticon-by-bthys/39343090.EJUG5.1,x4,1550000000,small,1000x1000-bg.f8f8f8.u2,GA.GD

**Collection Date**
Wed, 04 Apr 2023 07:58:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Ombretadubu

**IP Address**
3xb4:5d2fc:8c.1

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7v1.5)**
ZbjzSqFdo4b9ZmjXzV3BAbkMYkfcwty1odAeVccmihH3Zs4HWFnZ.iBBHsQ3oszsY.tSdJxqPVHWigeUDj717DbfkHMoZecWZcK5lUBoWHHMyhMGxEGSLBoWeHPHHSu2nZsQ2gyppBnJWmbcHn0HyhPHuVcmnsBWrPI2...

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_ZHyeQ2ZQ5yhwww.redbubble.com%2Fi%2Fsticker%2FSmiley-emoji-Smiley-Face-Emoticon-by-bthys%2F39343090EJUG5fdaN4.2fed_Wed_04-Apr-2023-07-58-30-GMT.pdf

**Hash (SHA256)**
R7x5t5Wt1kc78ad73f82yhkAd.bww26wedSbw5iBMc304hN5fQ.k10

**Signature (PKCS#7v1.5)**
LGNQCDYyIbBo4CZbDifhH5ChxoFV7FmYY6eTeV6dfkrgZHzOF2TqDAbdDZqeKTzaJrS.wH1sgeDAbvxnVGCuDmr4RpkZgYjhZySOcSwMBBb2DweFybItoIkJH9mBBMB2TDBbBc2hr1gZhkxQyIwHxUVPkNiurmXbKdrx
















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 21:09:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4917:7700:7509:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C/tnvZXOf9DfDxbAbH+rBQ1zwTORFVvSSbYeDzogdSjfkfd79QBiiUWQYODMuu213C4Ll4 KFLtiMt53cdfiwMx/H4mVl72L87N0Y4EEnDR/zf07A7mbekhMfqo12No5Sg+WKZR5ZJ8jKtaE+ZTRJ7djysbAiF1aJKPuguGdp6r5MRzRAgVrhlq1tCikkzr27sNyFvq/iupgyUxDrBsMhAjV1G5MnxG21g5me0if/MpWMgQQfHUMw2ftn0kkL7G/oAjbJ0Kt28QbCjpm+tJj4BF2P4bLUr+3Uzh1b5+JVrQuUg9FQvj8b9fZL/WwdNee7t0KfQufQpA7X4XQt1vdV2OQnrrrB++/+

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_5hntpsJjZhj5hj5www.redbubble.comjfisjcheck-outjj_Thu,25-May-2023-21-09-03-GMT.mhtml

**Hash (SHA256)**

e0b9eb5b5a322023b730b3fd1e80b724eab063bd38327fb6271603029caa979f7

**Signature (PKCS#1v1.5)**

lor3C20pk+QtbcSS84nLnpSt8mqshmjRdtgPQafhkUTiaNfkKzaTtktluxOOkS1lwr0DOXRLQ/ojsQHSLlJ46VnFsWhKxmxaF Dqyzy/Xu51 OfnBNRV2+kt0evZfXToRRvIs0rp9kpot93lRACmKJUNsuMFyp7ky6FdtAfaW+xkFT02UyWdnxfbqWpnnQ+/4o3l7dt5axaRFrFxKh9FaXjAm31IKQ9XQpo0efKXtatNxMvbhk7KeOKpj6Nvkv0S8y8Vhl8+QrAE2fQ7ywLcsPpkhN+hdfOzZiGOZOppO+a/Fgf2l9jaSj6nt9JxptCujg4GHBkDhrbK0boxWntknsOdfPf0kRfCkcGYhD8XGOMsc6ROV3zo9/1VtzGd1mNyn+a+/vzbxvhdPkm+avtht6AdpLAQ6/





# Evidence Collection Report

**Page Title**
"Crypto Bitcoin Smiley Face Happy" Sticker for Sale by BitMania|780717A4-EJUS

**URL**
https://www.redbubble.com/i/sticker/Crypto-Bitcoin-Smiley-Face-Happy-by-BitMania/780717A4-EJUS

**Collection Date**
Wed, 26 Apr 2023 11:14:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Ohmboksoms

**IP Address**
34003600 B 05 9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7v1.5):**
nGvGuklZfeIkE0acp9BJ2rW2v/mpfkNL9J0KYvtaAWr7pE+n1IntjkljlrPd3sIadZgKZ73pJUgwQqbg2fJ5AygdxKPUFT9x0mvB6y52kzgba/451yX3bAheS94Bqjt7v4Rmc[XapV6c9chwv5v/-6VnZv9M+

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[ImjmU][D@]www.redbubble.com[t3][i]sticker[b2]cypto-Bitcoin-Smiley-Face-Happy-by-BitMania[780717A4-EJUS[]_Wed_26-Apr-2023-11-14-47-GMT.pdf

**Hash (SHA256)**
1e0fdf6c98jt5aefd5bc9c3067beade0d8e88dfe0135f11ab99e8de63ac9c5e

**Signature (PKCS#7v1.5):**
Af4dPmS5J17KDXqAplCigLC6ZQ3JEcnyyXqDMNCkYA7QhqJ4LWDCB9BgcH+xWJKLIB4a2WkodxxCXG3rd5bym+8YvpwiXvGKuNvTghtNfxHT5tXaGqCFq2gwQZ2QZbg-znU



















**AXENCIS**

Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 01 Jun 2023 00:07:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.70.8

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Vp9P/0MVfwOUgQ2NEhd5psvXdJTvr6Vi9RT5mtyrPK7OnfaKvA8mPyUBu+n1fe7SasrXlya0OwgHdcxUMyFwdjXb/EF4hopaJS8Rou3LGgcp67w7hePHULGzvuz5yTuks4J2GQxC0nKAm99dqdF7zEGcfuT2rv/mNE8pPTa1ij4ROkjwT7xnzawqDcl1imSqmJiIDLBi2mX5jHLzlWPoW8W1kcd+Quxi4rTfgG0GAhTBQCx/K9pwCM2P29LuxZ6HPQHzfKUu5SO6biWfKDy42FgwtuPVUxdR6dxeYYLfGRWwPd57GxF9U7Y13Tvl7HEEtsZulpKLshhKcwQofAA++

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https[s]|fs]]/[s]www.redbubble.com[[h]check-out]]_Thu,-01-Jun-2023-00-07-38-GMT.mhtml

**Hash (SHA256)**

05adb28d566eb774e8ab5473a3fb6b831335b80cbf316fc7a04ef0fb73d52aca

**Signature (PKCS#1v1.5)**

cLskrfH8+0agC6pvCfSp1JA8wBxhNNuYdsARGakUz3dEXv8ZBDSoY0kOvW4DrfgfZpjUZFO2H4R9ZAAeKWfEAYDlDqBd59ELOLq5J9T4KVtA6VxJ2Qa5kN/L9RMcOycVUV+zgRZcTr5or1Qc4SSXf2+ghkhJFmhG2q5J4egHVA6+C+0JmFN/JWco/URPbQvNzDSfK+PeUelJDBPkEKU05dMrvLRfoAsluWZrH2rHNe0d5phrpoMmwO8efGts+c0zwbOvl53C22SMMFgBzoJPdaHGz2hQVPWXCwFyomEMdj97kkCj4PL7ZvNdZnA6rAvJhh9gg++





# Evidence Collection Report

Page Title
"Chill Smiley Face' Sticker for Sale by bboxingbong | Redbubble

URL
https://www.redbubble.com/i/sticker/Chill-Smiley-Face-by-bboxingbong/111168711.EJUG5

Collection Date
Wed, 26 Apr 2023 07:50:09 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christoudou

IP Address
2a04:5b00:8:0e::5

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
jbjw7bbVo1j1Bjn4O7bqpMbv7qJsfWO44GwbNyw7WBpcZOhhhXaE15bJZSqtWO-XGDb6Q2uBQEfNKeXJF3MNu7mT3R09Z8SMbvUxv7vnpMmg+CkN8MRxx9 dx5ss+CanZpsb9cw+

## File Signatures

SCREEN CAPTURE

File Name
screencap_ZkHjdsQZUfQdaneo.vxnElfQfGdslmbDgf24f4l-Smiley-Face-by-bboxingbong5x7111168711.EJUG5_Wed_26-Apr-2023-07-50-09-GMT.pdf

Hash (SHA256)
ad4f4f52edf96bhkdkhek...

Signature (PKCS#1 v1.5)
pboinFJ-VFDMNvMAkhsxHJ_X30jGSLWBBtOBCr4vtHGkBzLJBfpV8sxvF7s63-fxUU4bhfyxFnVLVWbXpAWVjCfXxIwrT8gphimlrAEH3U6x2kxu+T+Sjp0fPQBgiVk0CT+bQpOfPQjkFmkCPqsq9jsrr





















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Fri, 26 May 2023 05:27:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4954:f600:ed41:b077:5c54:50b3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

TBdpH1cfW1yJv7i7hYWObmXHtBws2c1fd7S1JRX6Aed7vUaeGl2DwHdbn+JJhGMpf8mcTua7iT5mLPg4MNDXA9JpdBAStO8BL9K9Xv47FyBL5ySrCHdxshChcQspLVdpAcOg9jp8Abi1NqbMftDA7OmhvShJrbxM8Q1hbMkBQbv1GQ0Y4nQUh5nwHhvwJ5sXbM5DCsXaQ34SLmtL2eHt5LPtQ1xd4AksxDN5po9Wqbr13Nszt7nO19KeVO9tgiNE61+pCBf8shPpbMAvi18G1/cXGF2XhtuoUqcU5sl04orsVN0gAdoch9QrW

MS5CNzGJooqhFV/YLU5T4yqKn5P4337qAG/0X1dj8ECE1eYHmvA+V9tzo7t4ZGTun5Da8DZrD976aE158AMAsAuHtzASC6Pv8vbc3yWMsihW5XAzhsdndck0ow==

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[https][8][8][www.redbubble.com]h[check-out]_Fri_26-May-2023-05-27-42-GMT.mhtml

**Hash (SHA256)**

2736DfbF915e5371ec9be16b1c068a25e012999c7a61de84f0e9aa16b14da51

OnfLaOqV1SFyoirlAyAKtTuQXSWJK2mAXKy+q+QBHD0pE16D17MCmtX32p.iLemfckX1QyJr47oZKsk8YyxL7ioF7FHd9VQddyqMazluSt+KT2B4RIfkMLhGWxLfutxafKKKV31S3x4pJ5a19kf1WtL6B1G11rY1WQ27RUR9ZrfyoyA33XeVfbufkTAD6zdZZxdeyCm1B7aeU5WLTfvffN/VmrVUPY7dL5oTZWU0JsV8Xabvbs





# Evidence Collection Report

Page Title
"The Mona Lisa Smiley (-)' Sticker for Sale by bollpxdesign | Redbubble

URL
https://www.redbubble.com/i/sticker/The-Mona-Lisa-Smiley-by-bollpxdesign/138687310.EJUG5

Collection Date
Wed, 26 Apr 2023 05:35:33 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christoforou

IP Address
2a04:3de9:6:9b:0:0

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
L2NvbnZlcnQtZWxlbWVudHMvc2FuZC1vdXRwdXQtMTIvMjAyMy0wNC0yNi0wNS0zNWF0LnBkZg

## File Signatures

SCREEN CAPTURE

File Name
screencap_8HqloQDJ-Aiewcw-redbubble.com/En/S/sticker/EdThe-Mona-Lisa-Smiley-by-bollpxdesign/EgE138687310.EJUG5_Wed_26-Apr-2023-09-35-35-GMT.pdf

Hash (SHA256)
723d4e539dfdade709761a3b6816d72a467bceb7dce97fef89e0f45b2cb67bcde

Digital Signature (PKCS#7 v1.5)
Om48giyQZsn1m5CVkTXTVm3j4XqeQD7UDUeN2TGWABeeqRm4yTbyj458EqqdE9LmJ4wQyyEg1hgWsubyBs0QU46OVETuahhx7hsMRRVn1X5Opq4V1SpJAngf4nmYTc6V1KKUoAkU8mE6aHqa0JIAGFhsNmUsBHpJxIdDm



    





 







# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 14:47:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

jskP0Qs9hWqV9scKUsCan4HGv17U5XKbz1Z/aMrkB5de1EchfAVGn1zq2qZUbNuH1Vpw7AJw5Unbk2W64+7XKpnKX4ru+1rMdHdpRfUtLAJ/phUbGAODWGxeE0GQ6/40SpYSQW/p9FSMdyNYmbhVkxqrcUJBbGfm8ZI6LAnX6V6Q5GyCP5hNfvelBtHvbNf4mbTpmaLQAM6jyi40yLvsetXWYst1oJ7XRfon8JVfCXgFd81Nd1ZfV+RK6Vmd2S17E79ZNG0eE315SQH2HGPbEjynbRFfX7ZW+VM4g7B5fdjgpCzSoj2kOutmyzn1YlaGqCSkI4L8myT8Otfg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_ihlrpuljZhJjfv@www.redbubble.com(h@check-out)_Mon-29-May-2023-14-47-27-GMT.mhtml

**Hash (SHA256)**

50e7b1118126d6eaa5c981e5c9696c403fd2a658d6d354ac9aa73bcf0ea38d70

**Signature (PKCS#1v1.5)**

5ibPqhAE6L66iAp3j2SewxGC0tghPwn7KCn7bNzhOnz6WvEJL3zD2j1Lc4go73DnqfS6KhzaJmraGbQEnOtkeVi9kPCugW4X2FGN-hnrZVShJqDiHLjdyhTncgVPNVCxrA3vLNYngBKwpSv7LlRft6OObaowCwEBXGS4tKQv+RoTWnZg8KxytnOfGXJQHbrz3TSXAoGJ/tyoNovnfNpIdCXKI4HXiWtNdpyznrA1J+s4/SOO7OOYPTbLgYRdpbDT7jcPq3iN7ARJU+iABCQjtySq5ILQQ6kFIG2xBKEJ9hR10wfLHQNgXCY+4mhGxiejpAGhQ0mK6yyHyXbkfG8yqy8560B4WQ==





# Evidence Collection Report

Page Title
"Smiley Face Yellow" Sticker for Sale by bougieFox | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Yellow-by-bougieFox/89860653.EJUG5

Collection Date
Wed, 26 Apr 2023 07:58:06 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chaturbainru

IP Address
[redacted]

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
MijvRn9MrGqGqubJng2H4LuVGJqWc9iYQcZH2uLlGrd2gSS5g4xdyB6qwp1x7uPnkngfGjpbvmKdzHoSdY9D8K7cmr/vXvO33A8kKqqD8ayv1DxsE1BmAeg4UBFbcvNaEiC0qE3hr1aKsyTMPrxoSjS5xG7w1pQ4evA6F3qomW1

# File Signatures

SCREEN CAPTURE
PDF
screencap_JEnIygiuZjhQVpmwu-redbubble.com(I)qEljtzmlz0uhhmac5idcra-Smiley-Face-Yellow-by-bougieFox9JMBNM68.EJUG5[].Wed, 26 Apr 2023 07:58:06 GMT.pdf

Hash (SHA256)
a5beb2d7ae17aA70Fe9Rf80d9fdaZ04507ts47Z59oaBwo8aFvk77F2

Signature (PKCS#1 v1.5)
TI41KSg3eAJ20FkpXsSafrNn4Z4MmsZKq9kL5p24vvW2Lp5cjEaGUxAGzsbjdfUlDZ6QU8RHfJwZrcfxtf3YidpK85XK6j4xhfPA3EvDLQw0QN8bEcBDfK0Ymrip96pIsz0gRpgKrFG8tM9QcgDfYBfFjg9HsRyWqadBqrbOfvOfgpiabzS1Spxxh






















# Evidence Collection Report

**Page Title**

Secure Checkout : Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sat, 27 May 2023 03:47:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

EBjOTjghVAUaRfACwfpVDmJpzA7zf6fkQLjfTaK6p1YyYetsss0kaX5ssHhgI2PKEpLSyt0m1WN6D0kTgIqFi3NiQraMyiRYLEIbS2GVe5zGic/ Npr/cHxQTC5XZhJx1gz62mtLrLDrRAhXdD9Wrw/V8WdhwHB3hxto21gdtWFpwgJ2M5LmpqC27IQWuFGV2GywS3IGmg77nBoeesLLzRdaksiHVN6pSLYrysJsUdeWVrc0Bzft2UTyeSYFBStQ/mSrQjXHC+VArbfTQkBxnKufJK52n3+++

## File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_Tfttpu2jZfoj@www.redbubble.com[fs]check-out[]_Sat, 27 May 2023-03:47:15-GMT.mhtml

**Hash (SHA256)**

d211e82b1dc582b7dabc3472087bfc4ec6e0e24192fbcb0a66625063bbdcab4a

**Signature (PKCS#1v1.5)**

k4dcr81mQbmAaKs1J8JuesXkJhMfpxMwFeozECiOVJ7Q7GUpDI8Yrt24DrnXDrxtiZcuT+wzLvBpvnMV16QGJGmU0ZNgUZrxqzm17oKOdt0Se4c46Q7U57bySSWAdE/AyspbNd1GObSeMJ5POkNsrjCynSxJsJa2I1++4Xh2Ohwm3w+nrtD4S59z/fuBAAUku2dAYdRDcJAnBFGNorPLyeLSvo5Z4BnbdHhW/MBJpxhNfemhcVnYN4+idNjkzbM0kbBNcm0jXvXkDTk6r4JqkoTJ56WmPHtQ7YmPPLfPHU0t/+KxW0jDWe6+ABCjPbw4mFemtZ





# Evidence Collection Report

**Page Title**
'Purple Smiley Face' Sticker for Sale by bpixel22 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Purple-Smiley-Face-by-bpixel22/113775574.EJUG5

**Collection Date**
Wed, 26 Apr 2023 00:11:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
[redacted]

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
BupXu2dw6BONMFqGqtmBg8DCkZ4XF-CGjuJMbWMAWzAzau9AhAGBkJB8Oe-eTLTmp6QmfgdaGgQ5G5pQ7XdcAGc7cXA5xdS4uRXSBBdOTMvXzGs88ZqmgQVRpKaAtJdEHBcA4FwnHphDzfdbWV8ApJQ3TffhcNQ8AGZbB...

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_BHdpsZjhQfrpixxx-redbubble.com%2Di%2Dsticker%2DPurple-Smiley-Face-by-bpixel22%2D113775574.EJUG5_Wed_26-Apr-2023-00-11-50-GMT.pdf

**Hash (SHA256)**
d349e6fe983318001e4a4b5c09775119d7aa8f16e68e6ec173ddbc40...

**Signature (PKCS#1v1.5)**
FMDJFZkwmbUSor1Q0AuB2pO8HF9FmtNAZ-CSrFYdagZ245S11BoiSmLPCIWfbR-sGdFlhMHzxcrNxYsKaP40h2u0iXGTAJ9HBm9SNSPJcKP1iHRbvxA3VHzm96Xz8Fhp5dToSdGFwH5ZTWWDSSw+














# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Fri, 12 May 2023 20:09:01 UTC (US Department of Commerce v NIST authenticated timestamp)

**Collected by**
Michaela Burja

**IP Address**
175.176.15.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
x7SObpbVmyc1AVFjw2fm9iMKQx7w/sJobL2Z+4iSSUoHg7y1AIh4oSAKEQGoccygR51v06jeQ8mCKmwroqB9dmsWGHroOfhqF5C9FrOAleLDPF4fk1KXSKL4uJ31UKK29pc472COKoQTI+K36wAAv4dZ8Mf/cM74xiVL7cEbUmvy1cogAAMKgSOO6D+EEaDe0ef4M1yml0zmqqSbn17NeHCtF8hBbB13qbuGGbSDXqQ5KGstv3VveoJ6fpl4ZC3C7fqbaFqz1AMm7nfKCAHhmxg9B8AgfW4hgjXayKQFwFYKPtHtAGoxSu26cjTflm==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_8mijsiojjRcJ0www.redbubble.com3Bjcheck-outJJ_Fri,12 May 2023 20-09-01 GMT.mhtml

**Hash (SHA256)**
0845b14c0fe24b7d01532fefdc60a995837ecd80dbc5541563D1f5Ad0c7ead

**Signature (PKCS#1v1.5)**
GYbsgO4bj2B44nacpbFCt1wKpis4rO0AuO2qFeAY1Ox8bciw1kw5v1FfkTIVbx5tlSEJ8vbJ8oK4nO4HM4nZc5qmQC4K1wkAttawAoBPzBzbhF0xnY1qdKOqdiy33JIbRvPr/xMfDEd5IKIbLcb86DtvPTXtWvwFmntXfcCEZXAxemueirTytZKtOuRClU1mP1msE4I2rLbw.4v8a0/lbcqjhe/cO2DHLH4FpmaDc==