# COMPOSITE

# EXHIBIT 1

# Def. Nos. 41-80

# SCHEDULE A

# SCHEDULE D



# Evidence Collection Report

Page Title
'orange smiley face' Sticker for Sale by briana--g | Redbubble
URL
https://www.redbubble.com/i/sticker/orange-smiley-face-by-briana-g/51472864.EJUG5
Collection Date
Wed, 26 Apr 2023 09:26:26 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a04:5e60:834c:5
Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
HoVkvC+HcqXkFqRMhpdMhbD73C1mVmksWalMYV-4OCwrfeV72QUccjrSPHimnb0mfoxk1vtixeDoMtTFUfGGXP0hgZaSGQ3hFePbbCRMa6fnMerhmt-nrjCRcbBfAhH+oPcFyGd+

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_EHdsubjBGFjbmnx-tsn1KfjSdnbeEBqbksnxp-gBjD1473564JU0.pdf
Hash (SHA256)
6ee66b8d32234780bdac3497dc69ba3d035b699f1af3d86ba14bdb8a
Signature (PKCS#1v1.5)
p0vqnc7Ma6HHnQsiKfzTgqXcnwhq7Ku2CtGbSgkfBIQTJqSdrbnXhVkV727Zg8m4ENhQ8P75oDc1 RQ3TFrMITKkeW2QQ5mb1su7kw3bkvKAQ4jkeJrm0UzSdkivdd+



   









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 10:40:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.30.31

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
jUxjY1Oy7fheaxco5BOT46hFZ7T6WHLuaeEZZstbOza4QvMJZsCVkNPVsOnrAmRWKsRYhYTSCPh3+zerT8/TCnyxCp/kTjJ3X8AtmBW2KugkwC7JbylQPWFaGUa1bH1sxxQWrC/88OeA3ObKQ2jgb5WyCbHMutrjHav22h35d0BiLXdvWmTYvp6H+l8SLQZKKIQamfRGbVQbgLey4p5JZio5wGbjEXr3Akhd/SaNS+NYa2oH84zdgx25yErc+lTGEndXL1OD+5PbTZykFVs61Eo6RkygBfzQn4szxhnKrcbh2t46mBUk3+JBweEY3g3xfXXP9+7VHzoS7jacxs82951SGDg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[s][h][f]s]www.redbubble.com[h]check-out]|_Mon,-29-May-2023-10-40-50-GMT.mhtml

**Hash (SHA256)**
3e2b3790e99acffd5d18f1850648dff18b98f5f1e9e1fef12eb960325910038f

**Signature (PKCS#1v1.5)**
oChyOo0iupgK44to5v2U6XzTNhevJ9cLsb6ntKHOBLly6TqP6PLPSASavVbvP24xvxZ5MS4upsDgJJ7nN+Gbyf4yu6C4xywyixsessWTAg62yA4g3S+G5dzL0bf94XtmOY29E5YwTin6idhtdoy10RNebHN2XkpBAxp+lAdBCGn8ctT0iGRofq9hNV3fG3/AC332KIxB/uiFeb0Yh2ODoub6bWOnT3vPztfxmE1j4tewfdb2rBsen9qfUXhhsJ427xhzsJpU4auQAM6+ewGpJn7gY/kcKuNjmdbmIDwqGGrVDYYC4q2NtuPKwfc0YsrDHCXVKRqfvg9kQ==





# Evidence Collection Report

Page Title
'Cool Smiley Pink Kawaii Face" Sticker for Sale by BrightLightArts / Redbubble

URL
https://www.redbubble.com/i/sticker/Cool-Smiley-Pink-Kawaii-Face-by-BrightLightArts/135662827.EJUG5

Collection Date
Wed, 26 Apr 2023 08:16:07 UTC (UN Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:5600:8:14::3

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
QkhvmNgyXvXFnhBCx4pwfvrlLu2QriyTBuXyrrusRaRGyGNQ2kKbGk1ZpvvRr7XMCeCmTV+oNbK86XNw8jOTa1W6Vm+JmYjiP6Sp+6a+gFFYR9RmFiZfF5HtIC62IcKHK+mf61bfzwMYzV1

## File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_i3HpIo6jZhjSh;www.redbubble.com/i/sticker/Cool-Smiley-Pink-Kawaii-Face-by-BrightLightArts/135662827.EJUG5_Wed_26-Apr-2023-08-16-07-GMT.pdf

Hash (SHA256)
b89801e6bf8a3024172b6be7a2cbb736ec7a6bc0d4ax17ab434d2a65

Signature (PKCS#1 v1.5)
G5JhdJBvNuXdAbzoaEjQ5fvt2Gf22Jq3ArBukfacpkKE/VqxZUbSDDB7GvyjJk8sGGKa6HzS7FB4jV/gjZZWFffwEG+mmfdHXUr9RvqRGFUasdwHNC5EEoFvf304PU7Jz+n



Investigation Tools. Michaela Borja

# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 06:56:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4924:ce00:5dd:9d57:840f:9765

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i5cXbpAKmYrYLXUWFX94Gi4urEL2dcyAFeqG1O2287 1ar6WwQ1rhDaAm5ijqesCKB9hJMKLpzSzQ0EYgYRixRaQdk4kFMEGt7MuGaJdAlgbmKGaRa3fPtC5BrRL4uVGoBzC nxjKVy0jpmcihis1gAmCp2M5Shaz11YROjA+MldUJ5nvyYfnQu/RJG4+NZFQdHdqiv
CrC0hmV5dm4ZW2khq JpkFcgh4Y3M9qj3wzUXiKdHiy9bJBMK+RKnvjzD7YuqFaNgbmjASafNLSVU8Zmgj8QpoRzXfp9nKvKmr6y42hdGf24Z9YQzkBWdmt11NrTkSfNK78gfVK7J82T&mGrvVcYDk48jv8g++

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_8htlpdjZ9Ij8hj@www.redbubble.com[h@check-out]_Mon-29-May-2023-06-56-25-GMT.mhtml

**Hash (SHA256)**

fd4541374990769fb5075eaf2f8725a96c0fb9f5fba0b531485088837 3aa96dd7

**Signature (PKCS#1v1.5)**

VPjTg2d0kZDKlDOd3CsOutj53D-FFA1qj0V/u0R7AcwK3yKcQ8O59lzLd30He2Njd6xiLmRK5+bV6pcZayMkT7dkOMMgK+Z7UoxtLDsmVpwzkJno0B3 1R9z78VilPl8m+JuuGlm0hw3PAU
wPU6pY19fZ2S9ltVolLkFX0DsdFCp5N0nFh0Sd8FfMDQVIG+dWDOLITH7co4rbfGzOrJz7GnS5URGOxe3kulbmVsVnwaDuHdc/kOZPKyCZY7V+xR0BkaSOxDsyyRDLZ1ydNeUzLVixpq9Brhna2fa04ZPEWmV8h3irv6TrwbxQgrriA1WBA+=





# Evidence Collection Report

Page Title
'Heart Eyes Smiley' Sticker for Sale by BrokeBerlyn | Redbubble
URL
https://www.redbubble.com/i/sticker/Heart-Eyes-Smiley-by-BrokeBerlyn/41907461.EJUG5
Collection Date
Wed, 26 Apr 2023 07:18:14 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omnitodudou
IP Address
3464360878.8t: 1
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7-S)
fwq4fb1dch72e8u8e670m.uiC7q3QSO.6LKrVt.18ukffdT1rn5d0z41YJ66Bm,bi6HgaEGsuZ72hMus5G7Wrd2dzZ43fwP.aGve.dNbfTZ6Zzuf1Upbd8fqb5Mebd,LZBeNuLi20RHbmqONG7rt1xNiM4vH0XAELs5qvxmVdB96tzn

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_36fp60ZjD0FjDzSrtec5u0Heart-Eyes-Smiley-by-BrokeBerlyn/41907461.EJUG5_Wed_26-Apr-2023-07-00-04-GMT.pdf
Hash (SHA256)
2e7777fbed5eef2ae6de7bd3bec6bus6f1 58d484b82Jc11txd6aj d6d82f5821 t1f6e7eafe
Signature (PKCS#7-S 3)
a4LfjhGvp7kE7cVmc0vrhQ3Kt71PIfMdsa5vDcTf4k36NGrAgbBU1HqxYzXO1kKhqf76FBwal6Usr46bfsO4zkh1EQcBfkb01saaZ.EwkAnb6sAz86cs1YlkmCn5Z2lswMhkAs88b cnT1HmGmQ2RwMhGLuLYZN26iSmobgin













# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 20:27:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:44b0:4917:7700:7009:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

xafwv3KOgZeb13CKV87JCJzxcU1ZqQLK2DEDoCNZFj8UZmt2bmtpwKXldGZJFpOEOYd61Z9vQ1.zj1AzAQuM47Yq7N0zW4k13jd8CRO13S6H7umPJaDfUkmnB+2KKMjpVYYLmsgLPEMVENFzbvsGDN6wpH59WMKXFSfuPVmWC0XfOmb6cgcJqLg8pfrgks31abCPwdGyWqnWoMASfaC+rHNsAMnhNSF5uZ8hWpVdXwadjtH6cD0RWXFF3GRsxvmXA25mGZ6VBGxE7KQmNDPzYegW5Adg2hxmFpfEjhT2JSjQXkjQo6PkXMAIWvvvgWMMqEJhmFQFJcqFyIOVJhADwbZrKPtybMAq7v==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_fIhbjsjQ3%jft@www.redbubble.com%fpcheck-out]]_Thu,25-May-2023-20-27-52-GMT.mhtml

**Hash (SHA256)**

eab36fdf73b844167bdeeefb8d41a6a580c0011cca7d76e583e310b3d3d16a67

**Signature (PKCS#1v1.5)**

EG9qwd1wcvQbGCZ5EPvKaDSffaTWGt9htvmalzG4OiEZhC52LElIHvdywkAVGmCJeJKjZbGs1xGa7bnKnRTrH0zRKv+LgDGKopdG75aHvofRw3N%5yceQO5SUpabQpD2S6rVemQgbaiTE+EyeyFAwFCIXXN6NnOEb/vOvts48bmrgYqYTLUtVXZXJpMhivETBEnGhvMtfLvDQLwtv9n5tBwlAPPdSL8mBc1wfYXansK0tGaoh7TSOLzffB1rOsG5684bHTFxfw4ktMAQVVegMgyBi4CRrFwGA9O8d3fJYvi8u2ej6l1y2ceO88L6wZBf90Dkuefu==





# Evidence Collection Report

Page Title
'Smile More Smiley Face' Sticker for Sale by lrotthegreatlife | Redbubble

URL
https://www.redbubble.com/i/sticker/Smile-More-Smiley-Face-by-lrotthegreatlife/111044418.EJUG5

Collection Date
Wed, 26 Apr 2023 06:19:00 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chrostoulou

IP Address
2a04:5600:8:3b:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
EAJA8A1TU08eGVhfA5B027+1wbVng3Yw7Wfk1Vf+fpBnka373qQkd++hE8IEVhVaV5bf5D3Ey9tcegnEuFNqp8Ae+188xJQWw+YQyZw2W63oefJDn+IEoRc1xUa9IzQ17VP9oqP8Vz1yLJcbm9Ww2tvx6djw4+

# File Signatures

SCREEN CAPTURE
PDF

File Name
screenshot_[https[2f[2f[www.redbubble.com[2f[i[2fsticker[2fSmile-More-Smiley-Face-by-lrotthegreatlife[2f111044418.EJUG5]]_Wed_26-Apr-2023-06-19-00-GMT.pdf

Hash (SHA256)
384c4a3b1aac62e49d99dda6f30a9dda2b33b7d1d63cadf0dcd466db7a52b13

Signature (PKCS#1v1.5)
RoJLfMJZ3TdsnPNfEJ4bTagAp2RpB3iilbAhJkc2vDE1ZnCvhGWZcXrTKf2gHRE2KAdkhCReHtbrEGHn0dM/+1nKR9Jp68CYvamE0TxofIKfSrE9mPsHRcAxMRTS7tqzMrR











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 16 May 2023 09:39:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borjs

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
uF2jgcLmVr0AMlhujk5VCjh5V5AVzaZyeLIeXbwtjZTJJOBkAmyy24NzBV8q6qiZJqIWqiZQsSgr5gWPVzerRem6oAEDrh0V 2LXlMcSKVUl52VdaKW0GVpNkLDHKcMoG1 wesOwhSUdD8oNw GPfm0ODY ZyMgjskzonJxmzHhE,hmqlZT ImEQozRUDEjxqjWYehbuu0 wgpNkLtAa7HDPBE7A10DHYT8LlmNh1W9K0 haPrDNJwejyCXrgyGD-JuSJaLbsrxHbwfDJMpNbuAtEQOAU5 V0llBDfHkuUNSDcfFi5odvwfdJJqXTHOhfF Bbzzo1TcJNSIE4tKfpf70SwvY4wRev vZBRD05g==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_BmpsJpGfB{www.redbubble.com}{b}check-out}_Tue,16-May-2023-09-39-09-GMT.mhtml

**Hash (SHA256)**
8bbb4037198216e1a28615b56cddc6ab64ad05afl72cd821bdae028e24e88

**Signature (PKCS#1v1.5)**
OEln4Cua4AVnAVAGDpGG4VKcbJ14flJ46UofQp1q74SaJayiJ4RGZ5byi07kewwsCA0B6GwC0zsVCqb47QiCsYceC0q0WSjkZ2XAVhWnfM2KEVmPeNAVMwnwnoZU45j5t6DDvmjnZSZMv4Wynk7N3hhJMOWnTdQZqZTHt0W85l5nyk7TlDmj/n4CaIgnWQfBhzitTT4A9bthGGTYnWuZWM ttxSm5yK6VPfwY3sS4n6WkqlW 1q2nNsHpyMqVhH v5SJFcBsaxSbgNJ6QTkhwkMWWWMqWMqrhsw22GmsexRgyTU4 P1J8dvwmC/rK4aBcJ7DAE9PmZzM7W8WnMrfSG7GErnMmlmPmPdMWn4WPvwVMqmMFj SMrdCKxhsw==



   



# Evidence Collection Report

**Page Title**
"SMILEY FACE" Sticker for Sale by bteamy | Redbubble

**URL**
https://www.redbubble.com/i/sticker/SMILEY-FACE-by-bteamy/155636-10.EJUG5

**Collection Date**
Wed, 24 Apr 2023 04:54:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Chmielowiec

**IP Address**
3a543400.9.0c.9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7v1.5)**
zEQ1Fk30eJ4Am+YmdomSzmsQ6a0GbG28d3cTL8rmnjsBaEsCK4KaRmP3N7MIP5MK6aTrQm4bhepaspm0Gp3eP141TZ+f15Wbf40MNrsWe2krGn3zr0jDOlsgsLsU9APtiOAov

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_D2mpzQZrEQ+www.redbubble.com%2Fi%2Fsticker%2SMILEY-FACE-by-bteamy%2F155636-10.EJUG5_Wed-24-Apr-2023-04-54-13-GMT.pdf

**Hash (SHA256)**
93e296ff18feab5fe3a6e1e8e45a732b2b73c3b24738612e4bd43ea91bb44 beed

**Signature (PKCS#7v1.5)**
e60seemyTtGQ0Y0BotMEgitqoVHErluyhUUEaEG8sbm4AV7nyQGBOMQa5aNsfkGZHg2aGGc2Z8zerqJA7obqWbOELKRsSBWlr+aayMrKGDQLjLBoOpNGhy4smbHMK7X7ZZ+CixLcKKC2FQ5j+GzDEhH6+















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Tue, 16 May 2023 17:40:53 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Borja
IP Address
175.176.7.133
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
NQJ0Xwf0P0924JyJCJE16qLudDC43G9A5VpfhulyxAc1UyYCbea9m+OdtmLrEVMLbzbhxZyGt4Fsv1617u7XVdC0+kKOCZhDbfgjSRgy1Lg20SGTN8eAIC-bvaAkELVhKlmhGHRWHVnhQTpuSxRgdcWRMiTmNsJJ0sghGanWRtin4Bfvi1BummpM6/rPWOY5khpBexYKDc2kVXoeLMIfYkAn+HiKyWbbyxT90e69UtHno4gOj8E9bveBfAe81Fvl4Geus5GggS9RGH2pCCYfjsYCYVCmb4wqAdxmSCVoBwzQmx30w4WmiKsHLsbDMMroWHpynMY1g6jClGXcX3jd3h9m26v4ZBU3Y9+HFq6PPqdYwHhY=

## File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_@mpolJj@R@www.redbubble.com@b@check-out@_Tue,16-May-2023-17-40-53-GMT.mhtml
Hash (SHA256)
18f8515c0beaae11166a3e03e6b38ba173e9b53790b4c9b06b009f47a840b11a
Signature (PKCS#1v1.5)
VXiC6Mtztf7sJ78qkQBcJpqmhBAkz79tA4zCTUbPRGu1KXNuK9Asr774ChOsysjS9Q7OpHTb2/S4eeMOe6KwLA0RFrOpASeBwnIYs714SQ/rSbB7xwDs1Kdkg4/rc/K0k0Z39rp0ScOOSQO5mqD/FqPdtCzcCBvG/cIX+xxaWxg9+xxPLdxY/Hxw/YxZZ7Mh70F
G3L0OOP7r6vBuOHnyoqyvJF2krHT7KAXzvd8uDSOB1qB4RZa1wRUHyxRD3Do4bxdsl05IdoGa3UZhAT52cYYLgDDoTbO7Z73DI1LJjiIKGVohw5HdpXMWTpw2Ni6z4yeZ1OthkW18IqUHQ7K





# Evidence Collection Report

**Page Title**
'smiley faces' Sticker for Sale by Caamaas | Redbubble

**URL**
https://www.redbubble.com/i/sticker/smiley-faces-by-Caamaas/139946195.EJUG5

**Collection Date**
Wed, 26 Apr 2023 08:16:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:3b:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 of PKCS#1v1.5)**
9455f921df85c3c5ab6e3b289ad05f8c749d7e0c82c73ddbe81bbef00d2b2abadeaae2dffeea9394b20659fc58a9c4b86d9f43dd5fd8596998b0e5a6u9c24b5

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_29a(sub)(6)@www.redbubble.com(ful)(sticker(5)(smiley-faces-by-Caamaas(5)(139946195.EJUG5).Wed_26-Apr-2023-08-34-02-GMT.pdf

**Hash (SHA256)**
2fb7fc6a75cc28b5b4a692855dac5dc249aaa697676f7f37abca0f0cd4c33ac7e

**Signature (PKCS#1v1.5)**
h7yt5021f99f6g2384bf07d502bef47c7quwn04tg7r7gwhfaw4g29aww73 w0o4YUKOOr(p13&ccc5Jd88abr11Fb.eAAmQ29b8 Y1ad7r9eq9hHAzjawXvVxTvY9Ws0p1JQoS+XvHNfMLsCjf4XSwtYKSMA7NbgJ1e











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023-07-10-47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4924:ce00:5dd:9d57:8401:9765

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**

Qg5tBcygNQri3FHOaEDGuv87ZiXJvgHJXDIBETfTAJb6VNAuqOOhxBimE/4o1umpMd68LzqrbPVkHQJJaQMKe/gzL6txhnmq7L1J4PQ5Tbk6O8bu9o14JZHQGd+AlNJZMKg3F9UJM57ACWycEpfjNyps152AgkrXnxqBAO9OQZ7s+2iAiUI4qPhp/gfAKC8By9t1Ysc/wYco2jQutzVdkBz7rCgLnNkf6Idd8kBZw7ykSFPdmvwdSmkcfChz/J3TTwePCMd29viWM4kmdkR3CMKfjUUbiZkxO5R+orV/2fWY3VJLMguWz9OgVhYdzfTwROMm1/i3FUkJQ43imaA==

# File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**

screencap_8lhtgwJJ2fhjli@www.redbubble.com/ll@check-out]_Mon-29-May-2023-07-10-47-GMT.mhtml

**Hash (SHA256)**

9fd9f8bd1bb7be9ad1284e0a5035fbe12c54a1a41e78545b3e2160e447182T5e

**Signature (PKCS#1 v1.5)**

LWYv6eqeLcz9wd+pMha6195VrqmHOwnzrtxl7CcVkvhd6B1oyvdcSUDt11zCB9SodBSVB3p61y784lsd9buJyns0lkA3vm0cBOCGC3DP0GoF6w35Ce45LbJjgZ3W9ZxORLpqAgiF46B83cdmNt4Vtn7AxdoXUxUDfu2cVrFrTQgLJ4LbBKoBRimN6oRH5GUiXFaLqfiNyJB1FmQjOxdr4rQwSHt4y0v2hLZYUvtF2NyKH1aRi+uk2WDFDrDQafULX0RLraYdq0CMhXA3tCbsZu+MFnf85WwzSJ/odzQe4dnkqggCNbXzYNdbY6Jn9lQB5e6aKbQnAAG4fFaQbxkz3jDXhhaw0c==





# Evidence Collection Report

Page Title
"Cow Print Smiley Face' Sticker" Sticker for Sale by calypsomad | Redbubble
URL
https://www.redbubble.com/i/sticker/Cow-Print-Smiley-Face-Sticker-by-calypsomad/67863190.EJUG5
Collection Date
Wed, 26 Apr 2023 06:54:50 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Ohmstedoutou
IP Address
2a04:5600:8:9c:3
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7v1.0)
WiNCLt7KCQ2OcwO+vCdoO72D|p7k_lDPP4+sWUO3dwyv7LAC7UXLU0GKt5+CJgbjmqa5m7FvoByGBnhk7C1pFt50kZnKJYvRLrBWjZ-KETKnkWdvfdc6rhwGKEmcJMQAlIcyn4kodysUFsRvKhEoNkFJHJdaFw4tkbBn5uuR

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_Ijhtbjs|Oj0@oscrerbtq]Cow-Print-Smiley-Face-Sticker-by-calypsomad}[lyb7863190.EJUG5][_Wed_26-Apr-2023-06-54-50.GMT.pdf
Hash (SHA256)
39c1513413B8e1447523422550d952f4e4aa547f6|2c553fc09e962}8dob1c6aba02b
Signature (PKCS#7v1.5)
GfiqtiVd3vyb2xGGMgGuOsts1N0EyhRGoB+GORPKegsEaAV7+W+XRHa5qz|C4O7MkMiPQs8NBfVyyNbXNsqx7JcKHeaxkS1JkVG5pcrdaxczE3oxpMGCGtPtTTEhTqM_d.s7a73[5ZmzCZbRqnBfpMdfc3REkSKRW2Fyvccn



Netflix Fan Art » Redbubble » Awesomeness for Artists

REDBUBBLE | Give gifts made for you! Win sample friend | Sell your art | Login | Signup | ♡ | 🛒

Clothing  Stickers  Phone Cases  Wall Art  Home & Living  Kids & Babies  Pets New  Stationery & Office  Gifts  Explore designs  Accessories

'Cow Print Smiley Face' Sticker Sticker
Designed and sold by calypsomad

$2.69
$2.02 when you buy 2+
$1.75 when you buy 10+
Pay in 4 interest-free payments of $0.67 with afterpay⬭ ⓘ

Finish
Matte ▼

Size
Small (3 × 3 in) ▼
View size guide

🛒 Add to cart

🚚 Delivery
  Express by 2 May
  Standard between 2 - 8 May
  Not good enough? Give a digital gift card
↩ Returns are free and easy
  Exchange or money-back guarantee for all orders
  Learn more

Features
• Decorate and personalize laptops, windows, and more
• Removable, kiss-cut vinyl stickers
• Super durable and water-resistant
• 1/8 inch (3.2mm) white border around each design
• Matte finish
• Sticker types may be printed and shipped from different locations

Reviews
★★★★★
★★★★
★★★
★★
★
» Read all 150 reviews

'Cow Print Smiley Face' Sticker
Designed and sold by calypsomad
Cute Cow Print Smiley Face Sticker!

calypsomad
2021
Follow

   

'Ski Mask Skateboard Sticker'  'Simpson Starter Sticker'  'It's Gonna Time Sticker'  'Spooky Hands' Sticker  'Pokemiol Fist' Sticker  'Pink Girl Power' Sticker
From $1.35              From $1.35              From $1.35              From $1.35              From $1.35              From $1.35

View calypsomad's shop

Similar designs
Explore similar designs from over 750,000 independent artists.

stamps and such Sticker   cow Sticker   IndicAnticon sticker Pack Sticker   Cow print Green and White S...   cow print smiley face Sticker
By janamariad23         By ashayuandesigns   By olle-rias-art             By DaisyDigital0           By AriesCalliesey          By tmensatiyl
From $1.35              From $1.48           From $1.46                   From $1.35                From $1.35                 From $1.70

Cowboy Hat Sticker   pink cowboy hat Sticker   Cow print Pink Smiley Face Sticker   cow print yellow Smiley Face Stick...   Yeehaw Cow Print Transparent Sti...   Classic Cow Sayin Sticker
By Silly0arri11      By aniko-v                By DaisyDigital0                      By DaisyDigital0                        By megstickers                          By chidom
From $1.35           From $1.35                From $1.35                            From $1.35                              From $1.40                              From $1.48

Stickers Tags
cow stickers   smiley face stickers   face stickers   cow stickers

All Product Tags
cow   smiley face   cow   face   smiley face

Other Products
cow t-shirts   cow stickers   cow masks   cow phone cases   cow posters   cow sweatshirts & hoodies



🌐 Worldwide Shipping          🛡 Secure Payments                      ↩ Free Return                              🎧 Local Support
   Available as Standard or Express delivery   100% Secure payment with 256-bit SSL Encryption   Exchange or money-back guarantee for all orders   24/7 Dedicated support
   Learn more                  Learn more                             Learn more                                 Submit a request

⚑ Report Content   © Copyright infringement

10% off, promos, and the best
Your email address
By submitting, you agree to the Privacy Policy and to receive Redbubble marketing.

US USD$ - English   Mature content: Visible

Shop           About            Help             Social
Gift Guides    About Us         Delivery         📷 Instagram
Fan Art        Social Responsibility   Returns    📘 Facebook
New Works      Partner Program  Help Center      🐦 Twitter
Blog           Affiliates       Guidelines       ▶ Tumblr
Give Savings, Get Savings   Jobs   Copyright      📌 Pinterest
Student Discount   Artist Blog   Investor Center
Login                           Contact Us
Signup
Bulk orders

 REDBUBBLE
User Agreement  Privacy Policy  Do not sell my personal information  Cookies Policy

VISA 💳 💳 💳 💳 💳


App Store  Google Play


© Redbubble. All Rights Reserved



# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 01:07:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4563:800:11f4:a069:cd70:bf33

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

crLqbjZv51wyrcLtvk8SQTDgN7XyQ7cLfGu8gM6JNw6O1zBsLDzgGXLgmTHLzvOXDLd5rhhMwTkMWGXQnWBnmCbVGuuN4eFxyFDvHdcVf65IZ8ABhm29vkygDX3RSzKteKz8h7cULh7YwsVYE3rKwwrGl+2yCQzAfRQAoDG2yk4muqpjeBeFqXGJ7Z52zTgbOw7uTASKDrIEsCF7FnmbG78QmlCu21W1qgM6WKM17zfhsyTE7hxGJAzUrv1hUrHD4OESv8fVSnmnj5X5166mDvX0X9i2XbeqLdsnmfvDsnAhH0nvVsJ83JHqhGOOm5ssEsjSm5o7ZSouSpLVJk+r=

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][2f][2f][www.redbubble.com][2f]check-out][_Thu,25-May-2023-01-53-GMT.mhtml

**Hash (SHA256)**

9be64e5a9d03e48fccc17e63aedf8a3f2347170bdc7e49b7240b6b0474f0cf29b

**Signature (PKCS#1v1.5)**

uSYKfOQF84vvf3h4fg2HXbyQs88kgpXDpOVrybqgFGwC21UxiLyitEsrD3r9IDcgtEaNTLwWYuc2JKS07389tLtB32pN7he2644MsHzkL5WeqiMeBxo0RTbt4bx1C6coVikMTYAv8GLxwrGbrnzxDbzIYYF1TMdsrfyfLGStXbAnseAWs09b3r1PoBsPkQMQrGtJkL6bo5uJEcr8Rjs4dJQ5fg4nahGpsPvl4ZWXr2u75hOaPv4tz4kspNwghirEiNH9TnbCSv3b1obdjg+jwr9a4wk5d+3Xrm29fkggp67x01o2+JbwN5CrKQ4KN8SXbFKo32N84ydQ56s+k4



   



# Evidence Collection Report

Page Title
"Pink Smiley Face" Sticker for Sale by Camibach | Redbubble
URL
https://www.redbubble.com/i/sticker/Pink-Smiley-Face-by-Camibach/49763542.EJUG5
Collection Date
Wed, 26 Apr 2023 06:50:33 UTC (U0 Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a00:5600:8:36:5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
TQKcpJ-aJbKfJMbYuIsPsY2Z5E7IbwmS2FDeh+fdXgSHbzMI2pUuuzgFGu/m7xfWsazg4t6vwpHemm/2FF5wdek4E9Fy5hMs/QHNWQJaihgj4O0aLk/sTM22nYqbG8KJubFv8knR9d7q2Her/

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_EhtpsUjDs@hJqwww.redbubble.com@5@EJsch@Pink-Smiley-Face-by-Camibach@49763542.EJUG5@_Wed,-26-Apr-2023-06:50:33-GMT.pdf
Hash (SHA256)
b0890cb1732ab34f5bb75716450266736a9b5341bdb78b7021cf43bdbbbbdd9f8
Signature (PKCS#1v1.5)
LzRPMCtVaLJb6Z7OVrfTiALojryUnI9imGn+FfEgo6bV6GGQtDcgIYmd8PKzStYhtSXmxrTbksteLJ2CGMRoU44GgZKm2ZCA7ebXrCb4mrfrw0q-pdfyAdJqBKJKEubhDrHyRz5Eblcv











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 00:25:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4563:800:11f4:a369:c87:bf33

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

2A1IF2VA3f67bh3ahWPsdY5aFSmwdrMC4ScxPK53dRb16nFBW/mTr9c72uDsK0vm7da21X0pLgEBrfAAGaFVawrkZPURvgbb8mK.mAdjS+mrj7qjggdfPLluOneD0BVoxSQ2GjOcJkWccuzAZTgSU4f0kSb3MfItSvnA2pSLfKzZfuM5/XijMjAmGFY1QPbfa +ChL/BrdjI18dhsiIG24IZ7jAAhUtJEhwedzFfaZ1zHLSPkVq5lbSS0gbbzD1w7kpWvQcfV7qaEBpjsPwdfKbmmghcomfeNe0GU7Tyc06A57gfx4r9cOZFAY+aPbrUddbPqorFQOuiSL3kc++

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][//][www.redbubble.com][//][check-out]_Thu,25-May-2023-00-25-29-GMT.mhtml

**Hash (SHA256)**

ccd90113270SeeO581cz9kr7b72382SbADSS7bdBsd08fedAIVs14cf81bZbzf1r0f2

**Signature (PKCS#1v1.5)**

Tx0nmrolxCSwbGfAWAasZL/LipmHpdrLK+NFKbgNSNDFNwrtQcU1HqDfd/pMxMB4HSbLIPhTRpJaS0rEpaaid0S+n44J1Uj+uUFqk8RmoUdUHoKWKG2eMKSyhMrTBGUo46fgM4ayFodfhbGQUyAnPHXKFZ7FtClSJOL74Xw4tEThStc7smhC2DvUiS41ZJK/yLz3daGYkAZpF4Vntt +KFZOSnIbaJH999Bk0eyp0bwTVPCfhMfifcbHScd14Hs4Lsbdbcd/d4GsKGOxsQa14XalnhvrQfi/aecdenaD17weaD8aGOF3FlhmedpySysVGfrZCsdfLQTfQfgtG4Sg2szFfaeW3KfI+0dkmd3aW8D+A++



© Redbubble. All Rights Reserved. · User Agreement · Privacy Policy · Do not sell my personal information · Copyright · Affiliates · Give $10, Get $10 ·
Student Discount · Guidelines · Log Out



# Evidence Collection Report

Page Title
'Melting smiley face' Sticker for Sale by cambeg | Redbubble

URL
https://www.redbubble.com/i/sticker/Melting-smiley-face-by-cambeg/47596560.EJUG5

Collection Date
Wed, 26 Apr 2023 07:37:39 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:5640:6:9c:5

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit 537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7+1 X)
LFRxz2QAL5668U2CgmG3hrxw7CY40p0p2Y4tBg7fvBBF1AbC74dn2T3HOkFasRq8kdgJZIV47vU4B2G.P7Y0DnduQg1oebHpfbKMn94oDNDrLKL0voZRQoxp33X.Yb0rVoGSqBYVC4IPd1i4v76bY22R5a7MTAyR4dyFbqJF7nd9PWPOoP

## File Signatures

SCREEN CAPTURE

File Name
screencap_jBrbpbQEr@cbnew.redbubble.com/fJsFpbistee0@Melting-smiley-face-by-cambeg@sUhI7OkWsE.EJUG5_Wed-26-Apr-2023-07:37-59-GMT.pdf

Hash (SHA256)
befaad5b9177dbe7c3d77c3dd72f4fb7l12d3854A83aO8e6ddif7cdkAfb4cd2

Signature (PKCS#7+1 X)
B0z5MqhRPp3VsQYGrJ4fQ4hkaD1nnBBHkbe60puY7QcCvQgEgQQ5K8kRsfaHytzhsbaZ41bce3Rn1YZ9kpbJsk3oaCzhkQ8bJfkcb0zSfS41cLt1q4jA7tj2vm_4pXEL0DSSDJerC.pz2M

























# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 10:15:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

V0PX6zGwb7IKQbAhm6FHKBqkKg7KV7f9JM7Q2j7cyRaX6ueAb9i7WkV7WB6hVtkP+Zx4A1VuUsAe/hDLJriBOIB9ubxEa0oH0T7EE0wMmX2re5rAd5G3BkvxWmU.R2Vveeg72qN9XsGdFvO9H9mmcHoN1iLQ01V2sHK28QeBidKrGokPkK47z6ipes6OQ2qb7aGLuecsMorJBhrcTMokoBJcy+Ot3yNqbbKH9WrL8jpGrfuAL2Gy9KhMV3p114GgTt6zdHw0u5jFxhux5ZuZGAaWtBrAkeeeAwzT1LB5SWUtViX4KwGbjM5BU2OD1fqLoLJJ6JgcCCWZrt1qisSA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][2][h][@www.redbubble.com][h][check-out]_Thu,25-May-2023-10-15-10-GMT.mhtml

**Signature (PKCS#1v1.5)**

3cA41ed373047Ab6f72f5f43a2bb16529b8f393e5bebddd62b221192idSelf78e

**Hash (SHA256)**

bQzGBctw11Fa6dTs+LQb1zRm2fJGKr4E/55SnAe70wpj8mbqtLavVkvKLuMFMFDsr3pLPtbKCGxlyWoqpKUKTRUJHFTfqKC0bk0r1bHqiC+cu3XmXV5PArBTOQQaQ+4zxZNyr8pLB6i7x1zhDq6AggDKxJyA+fxjiSc5rqoqu7dfm916LMU21S1+QVZMvztt+wABPijbWBWmDnxjVYiwi18qq2dQ6IW6qkvwj+J/NOrBiDB8EDB+Xvwgj2C+rY5tnG2BiXKAGOsbG2pPUmHF4GGLx44aoFtCtYj3kDsevWgbPS+CfZGmZW8HOr5olyAzm==





# Evidence Collection Report

Page Title
'Grinch Reindeer Smiley face' Sticker for Sale by CarliVexxs | Redbubble

URL
https://www.redbubble.com/i/sticker/Grinch-Reindeer-Smiley-face-by-CarliVexxs/117463979.EJUG5

Collection Date
Wed, 26 Apr 2023 08:13:07 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3ab516b59.6.86.0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
bmmthpOpL7OzgVpLJFdT9tpYTSvJucUfpVkuehN1oxCa7TcBMrbEANcedGjKMWVRMNdEhbqkpoQHfAeXEt2ICqUpob3ktBm4chAMsIctLVnxbdxSTIVUhnlfgx8IwFnUBuzbGyHp9LatrcwjUYx+uRnnY/Zr21oyf5TvcFOLm

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_2HdyQtjZhQVpiews-redbubble.com0JQ5)sticker0Q0ricch-Reindeer-Smiley-face-by-CarliVexxs/117463979.EJUG5

Hash (SHA256)
2b926d45dafe4e1cbQ17ad471e74e5457a74e5a51fae3e667499a01582cd

Signature (PKCS#1v1.5)
hdWnCkcRlIdEuAkM3nQHhhpI+7ZGDIrMo15abJ1+yl9BZrqNOfsLPblHc/eaA18FuiqwpitJkdMkvvrrPxAUrbdsqEw8QESJ4isGhk0ckDlvzZSQ2zdfxOM4MVhCiCrCWhcrALp6akBkC90J1W9BtyWbB9fdpAyJIgAScdd=

## File Signatures































# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
5/L7MldpB/QKW8ZGMCPnOsf7EpkC16AuEpctAyUiKhA+sK1pwZ6iuZw14FNt3wemhb1ZOKWKV6wmP/CbpqMRTG2s8crKrjaARyJ9WQPiiLqxwNdtfPYjs5HEwVxbH8OOfRaiMgPv5SpvemAzClkI2sb07IA 8KKfRYzfpYQdxzpL4R5gaC3rXuhJBEw2kbbdGC31fAMCkvb1hDlvpVBJUQirVbs4vuGaxVkMRfkWHJD3SD3MWnYYu1117alsW1KYb9ietAPPXQpS6FQrZCGZ/aq5eHVhbSG+ClnvBi8GCEZhrT1BWhWgvi04DmnRa5nHUWfPeejd+Hzvzi/uSGQg==

# File Signatures

**SCREEN CAPTURE**

**File Name**
MHTML

**File Name**
screencap_[https][fh][www.redbubble.com][h][check-out]_Sat, 27-May-2023 04:38:45 GMT.mhtml

**Hash (SHA256)**
0c6c052417139737b9628ac200bc24c067bbf4feffa01cd07151a4863b4adaff

**Signature (PKCS#1v1.5)**
suHr0JpJagZ4AAQAG224opAkNU3LBlm+1QdXkRbaKUD1NbQdpLSyBK2nQ0mzGncbzenDU3VYbCdmYrLf7KJBPYCO746IC/enX7BCLPhFrVVE0Y0awKXGbomxi46HAQpwRX32LdpNabpyLbN/VBnMDYJ14twheugbS57bzrb/0Z54UJy/rbZwSGQuNObGQBA/DH3iM JGsQ1rzqj1vipwr6GrH8jgt9MjgRwPwd3etT8puwTn07Pzroi6BT zpxmVUvXMuja0DnBfhg8XBhd1e3fyAfx6eJCgurGhKXXDWRrUBJ uRD2hXpG0Ldjpxncv/v1s23QfsvtbM4mw==



  



# Evidence Collection Report

**Page Title**
"Be Happy Smiley Graphic" Sticker for Sale by cash4college | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Be-Happy-Smiley-Graphic-by-cash4college/54565385.EJUG5

**Collection Date**
Wed, 26 Apr 2023 11:21:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Chintaluxina

**IP Address**
2a04:5b00:8:54::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**
AhFzHrnOE3wLxfAeuLAAnIGOHsYwaZAWR7dhmZJvkqJARuhsfJ9HMvm5R73ywr+rPTWrAtTU1+mmQAtZqWlUC9kQmvGLDl0rBUJ39k4jZ0nHlq0iBmqtGhVmAZV9csqpsiGDZ6spxhzxxn

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_EHyfjwQZbJ0camw.redbubble.comEJUG5jhnimbtf1jBe-Happy-Smiley-Graphic-by-cash4college0Qdhf843d5.EJUG5.Wed,26-Apr-2023-11-21-39-GMT.pdf

**Hash (SHA256)**
bX4mf3a8a4b7e4031060bfbfd8ff000bVf43e4bD3Ac774c74e7223nbc

**Signature (PKCS#1 v1.5)**
mfBe0Sfr8kyptUgyx142xG1q6eqoYfbzJ3Rkp1uxDV7HVLBGcjZBdFcFeAKTjjhyQcFiW9FzLZTnM+9T9iDAF+SzFymFOdVQ2bqwwTCY4iDLUfo4OKMM9TH3GjQLcvhhWe9KmObNnnA43WcT7bmLkf0 t00bN8SYK6/LA1



   









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 01 Jun 2023 13:38:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.70.8

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
pvP0bC9Kv6A5ojzNpDRDah2Ao8oyup7Y7+JeMwLS9aFkJgzOO3NQ76cPe7zma2HjGp6Q6/XmUGW+3YvC5vboeoAC5OLwhwr/ZPBqoNOXeQdiJn6kvznZ8ozuwujWHZ5+wQQQgg7jBEk6Ek6TYD+bhTFcVmHhOm2jG6RTKtmrVwjMMPmCLIKzEDLM4VBsN4hNTWZywcofuMfCX6Dmpjfl21QOk6xTVRn87jeSgPQ8UnxV237WGWT0QoAiU016PoGLOGbtmODK9/iKoa8/cqZa7xVzXrPVLrb6+2uRMRIhrXhP4G00JKeP7QYzJGwmHyJ4CZMYF1md0vMTR5+7A==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https]s[I[h][h]www.redbubble.com[fs]check-out[]_Thu,-01-Jun-2023-13-38-53-GMT.mhtml

**Hash (SHA256)**
e93a851a608ce66739bc0ef814e14a3e0723a23a2150c740e41671e2ab1fe3

**Signature (PKCS#1v1.5)**
Jfq94AJ+6ea+qO5pAmH3x1sTsi/owrqF2yrpn5c3tAATuHkoBN6p0fpJodDligdNXXLxPuzHnEw3WBhyjmnOpeCGMPge/Lm4UqSJnd9vJKr4wpfivHYq2VhPCCMZ/L/LW1/mBXlXn9AmgTAgR7N9jcia+ng4vnnihjDOHLvK1iTIjLlNnj2QUkV9lnzv1pT1lcW2HOsMU3TVRJaQyfPYf9kf5Fqkp6b2pXAwekeQNaYg4zo6G3UaPbrev4U5yeNkJpT3XwLXSIXfJCO34NtAgkGTJRjH+LfekrG2WgEwLFOi5H39fbTDZgglRU3KZyi+1AnuHm3t0nKcAdXbcGVg==





# Evidence Collection Report

Page Title
'Smiley Face Girl' Sticker for Sale by chikobonton | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-Face-Girl-by-chikobonton/143323199.EJUG5
Collection Date
Wed, 26 Apr 2023 08:41:19 UTC (US Department of Commerce - NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
1b68:9e58:8c:5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
kf01aa4af74bc28bf45ca77fcc71a7aad1a4dfce91bccc930cd3a44aea1dedc2b58eAyAa&gkq2b7v7y59j873pt24fmboe6596h990400zjfL9-y37faalqXf=mtkoe6-26hr-09-a0r9jaf1udo1GXDHAXEMWUVzXaOd17XaZw7s9CaXU+

## File Signatures

SCREEN CAPTURE
File Name
screencap_[img-xJ03]d3cee-www.redbubble.com[full]3pbnkwk0DjSmiley-Face-Girl-by-chikobonton[full143323199.EJUG5]_Wed_26-apr-2023-08-41-19-GMT.pdf
Hash (SHA256)
ba2a04009260rc90bf2efdef8447i477d29a70a69e806fa20b02994c2ac4d8b35d5df2
Signature (PKCS#1 v1.5)
ksQ0K.jdnDjdSW8n2HgJg4ensem0cm7jjuCv4JuAExprOJLs6bJbtPE0Y+g+1QZ1TRdTHNDAT45kKFfQe8+oUko8+xAjAtHAgqOXZMaf2FRAI7cEWnXN9GjLQmXRwRTagoODiLrrDwjExAbarBsFkbrEnTXmkOl



   











Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 10:06:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.30.31

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
IkVNYHzuovzYM4pSK4VHrm7ESqAb4FWuR+fSFgpg7YOznMa6U8zB5+Or8HRr3kR8/6oSZxGQhfVYVk4aPyAgHfT1WTtVk1DVApUaGaXVsYrOtxUvt9kjYRyBT9xhDOAJHQbVfrH+sNB09NNiGgzJPk9+0gfXbtGG+yZpBWZ4aSqhYkONXzi0hIgG+IJevdAlJ4kjXII+V89dMmnP11GbCH9XZua4PWlBUntExaX+rF1hNCYY+/gqY1wYuJny0U7nqXu5RwwWiyQGkm31w/qUL87F/QkvgTZW0wxU7uJVNX0h/hmcsYx7IQbOnbTuBWtXTg/nPWrz/APrh13SNGXkqzE_ikg==

# File Signatures

**SCREEN CAPTURE**
**MHTML**

**File Name**
screencap_[https[s][h]f[s]www.redbubble.com[h]check-out]]_Mon,-29-May-2023-10-06-39-GMT.mhtml

**Hash (SHA256)**
14a6096853fbaa4f5e78e84249e2a32abb217782f4d4f5731ce9dd41223332e6

**Signature (PKCS#1v1.5)**
Ipq7?HkYhNGrG+x5pxDTja1OAgVz8Br2CLMNV+TkDPHMF9px9q//t6/hXw52fpQMxnkfeFTW+JH3yc+cckz5gDGSt3RKrtpiLYKBSuynHv+CTK6SYffpdBXv549XXGrdbjGHKXGJL6fLYPrAgGBW7vYQmZh8UnXPDOenSDJ2v8bUWmsW71TkaKsD+TDvVgBZzUhGpsW2rFV5R4bHfGqmm1T+w2amZSVR6viEsAqFZftDicNWtUkAzYC3MVgfKG/rla4pbjdScoSoXzmoTrX03iXt4eVO0G7WPLxs2f9xqYkuCO9XgRMXKDLULSqN64GqnIvnbQEpSqsGfrfWtrqRH+4ndh







# Evidence Collection Report

Page Title
'Pink and yellow smiley face ' Sticker for Sale by Chbascooks | Redbubble

URL
https://www.redbubble.com/i/sticker/Pink-and-yellow-smiley-face-by-Chbascooks/90680195.EJUG5

Collection Date
Wed, 26 Apr 2023 04:33:54 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2600:8659:E36:.0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256) / PKCS#1v1.5)
L6T5MTQ8FGbjOnSGcbkWmCwFaxKHpFmy5bQxVmRxwB8WB/bhx4fB/HemO/jNFeb18UbTUNNCteSUqvABG.LrQ7iO+k9KbMhNDRvkknASnDx23kcRXaeUDUwYKVx2KV5pyvAZfk.mCmNheSxNgmF4.pSyAZfQbnAhuJHYaAqtJHYaAqt1JSkpzD

# File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_EHIyIuJjDjrKpnxxx.redbubble.com%2Di%2Dsticker%2DPink-and-yellow-smiley-face-by-Chbascooks%2D90680195.EJUG5@_Wed,26-Apr-2023-04-33-54-GMT.pdf

Hash (SHA256)
1fda85a63b5c99eea06cdc850abc7bf6d42b9aadc0013e87e7f042e04771b60293

Signature (PKCS#1v1.5)
C4dzGCFtVFrQ/u4SbCQ9cJc0 kB9t5FYwkpKHjSjWyWy90.4tqRgTe4dt2eu/Lj6LLMfHb/Ij/TLJ4WN4Qf3sqwsWk6y/vkHb7LTKWdbsQfqxnbnY9pfK.1JkNSNm9GSh3XMtaH5zVOGk/JZvkwe7YHSQzAb2MA/6TU4qVfHZHbuNGmbbGhkaMdOSxoW2YCLJeKgtszn=

















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 16 May 2023 17:34:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Burjs

**IP Address**

175.176.7.133

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

1nrylkbV9rxm1rCYIKDnaa34J7g6iZ6krab74HCjX2ec3EW67jdeauB1AtVxuyCGogRVmxUZYNk9vDXT7i38JR2qCJu3zcIJVhtZ1Pinqtvgi1JZuhbjnfKvdxArAowrXAhQunJJc/DVdbjIrwnd11fBhjTzXYfgMIc9wK3L5PFPC9ka65eemnt183zcbJ3X1ThyHLNd0XuhGQ2rVFXKX5IB6aoBSiWGPufUIntypku1SSPGC/wJHLcDMpSh7+vCpqtBbXMU3r2p3Cpg3Bz77T2OrMK1HucDWw1CjncoSFNKfpNCwznwfHAnfDUzc++WrqO++

## File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[8mplu]3fhj0@www.redbubble.com[fqUncck-out]5_Tue,16 May 2023 17-34-41 GMT.mhtml

**Hash (SHA256)**

d13fb435fe9e42a266e17cbdfb021cbf24b9d9aibec7fd2381461910e1e02367ee3

**Signature (PKCS#1v1.5)**

GaaVGafcQBGIm33bmSWhWbAlqdyyvu1UEtNJW7Q7cV1UAjtiCGBs4lLr1r8o3hpnAugZbjS96WewqmjGsHkJ16Ou1Tf5wx7Ua557aklQcUj2qQ3KI1Lkhzx6hxPc1KMg7XokaCksZZ50CKuVvE6nLtfAe3dtWbf4JVb4Gk+4c2neGkJuJ3xCnwx7uXmbhHGBpb1zb
+4v77ba1e5ebbjxJ6L7IKdhuugWpyWv9bfa6bmfe51e74bp9+mbmCG0hGt2day95yzuZtaKc4rcU79GVcfkiOgFGeb628Jn9xuqqg8k2LJDsCwx7zHxmHnPQ8vbY



   



# Evidence Collection Report

**Page Title**
"Japanese kawaii cute smiley face" Sticker for Sale by Christeena | Redbubble

**URL**
https://www.redbubble.com/i/sticker/japanese-kawaii-cute-smiley-face-by-Christeena/79908671.EJUG5

**Collection Date**
Wed, 26 Apr 2023 09:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a00:5600:6:36::1

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (DSA256 / PKCS#1v1.5)**
xn97sNdGqZ5jmNyUG4z8Ic1a6VrJ1GM4KhWUhdGAGhXuyFwdTnGmNf6ZcMz1sLyqMGYmhg0JM3m+ihmdSxILieDMkd87tbpnnj0QVminKOaiMbc4gfgcqIt53UThCG=

## File Signatures

**SCREEN CAPTURE**
File Name
screencap_EmptyjKjQKRjp4emw.redbubble.com/EsJ5Qktcbc0Ujapanese-kawaii-cute-smiley-face-by-Christeena/79908671.EJUG5_Wed_26-Apr-2023-05:55:04-GMT.pdf

Hash (SHA256)
e0234bc2014fae96527bca01f4be04e4586a30aaec9aaba03dc1b17fb7eaba4e

Signature (PKCS#1v1.3)
dG/JThr1F3Fwdw6rNn242KUGz4iGtA3iXqmgdFUm+vP5dglxz67cuL5YfH+rkDkAh0vgzPkJPh4zhY2bdf0KoecyEuprDEuZ+2vyqhNn0J2f2nmkTuNVf3XmSvKOcLrQhMA73ph+NG78dv+t0rb7sL0qACRLcShDACmd0EEdy=


















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Sun, 14 May 2022 20:57:03 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
175.176.7.133

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
F6cqFL9gxpuj9aJ3a.zwrnmHJ.rPRcrrlsQeFNtzhJIFk7rCh3r13c2W1Vm3j2L4wsGn6fbhg3VRszCAVSDcdcsZCxeg8E0beoZ0rut7+icqoEarr4kePb2X1SGhVpVzxrCWfLaxOzkOctz/WSDd/IHEb7a6UXNz8gfO9kOb5/nh6kJIS2+4JJgoxq.eXWOqHQ6DCJfLfcIfxnvKAJoAnL9VzlK+F5

## File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_IImjvzJ2RZ8@www.redbubble.com[fb]check-out[].Sun,+14+May+2022+20:57:03+GMT.mhtml

Hash (SHA256)
73c93f2fb241a4d870cc9a7f8c49ec4a6c0c41fe9f7b9b531e19c6c970dd4dcc8

Signature (PKCS#1v1.5)
puGWbyF5A3qhprnxvbkfnKxOgVRRrrxbV/WdH/4UbF4vRq9AfM8yNOnF1z51wMSfjzVBpDASbC9JUUrf2yVbqAQwbiCZwK5vSrWxMBjxwNfdKEHg/qHVTzn2LX+rVbgsE6zf6gq8esEZZ0rHmTNRaqaEEO+ev0Kt5QQzi+dLDkaSauCAuVhQ4ipic+EbCvC5zdtHgghWeK1r0SDLD2JypwYf5Dnabz0gewqujTokkjVxY9bD17xVVnbTzpqe9T1whLH4gw5JrGJDQLimA7pmq5JRDfh8E7HPqm4vABfpu5RBpKgghgj.vzS5BCpBw.4pk9Rg==

---













# Evidence Collection Report

Page Title
"aesthetic smiley faces" Sticker for Sale by christynae | Redbubble

URL
https://www.redbubble.com/i/sticker/aesthetic-smiley-faces-by-christynae/64622940.EJUG5

Collection Date
Wed, 26 Apr 2023 04:34:17 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a04:fa00:8:1b::2

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5):
RMHyQ3JdomuUA6hG3DbIdAgEgBjhTyZAeU4HSmiGazu1fVvSdEMU8vN6HJZCSerZ9WhPbFiA2jGDAKZAVQpbJHbDFvUqs0GtAhemqoqQ9qZGhoSXEprT1T7ICcJMMbMAjtYoAOCdh

## File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_ihHyduQ9ZQrijoww.redbubble.com%2Fi%2Fsticker%2Faesthetic-smiley-faces-by-christynae%2F64622940.EJUG5.pdf

Hash (SHA256)
54fcfcecc8a6ceae5eba06dc0c7cffa3353bc9eadd1b5fc548db19ecc1b4c7f7.cab6

Signature (PKCS#7 v1.5):
xAxZcMRqWR8Fq9LfAQyIg7kEdHXSg7dRYmbYP3TkJJmoC3qNaJN8kenHZMPZ3KNZxrwnnKxmnSExCK3COQyvJuhkeHzJzHkSMmXSDupj3LFmD0BqzzEDw1YHx8ePHFRsqxRs5qtRmJ9mLskXVSiD6eTFrwdd6











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 13:29:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
OaN+KqszHwfpbLPVnDMLgiFqfn6nr2BNMGTJ5QGbkWw7bOiCOHBqqGWXFwrGr+pVNtUoQwKyr0fTMkGxv6mGF2GfbBa8Sp+qKqg0Kia7Z624GX7Pnwn6hraKK32BLCdtGywo+EnVppZvb0TnO2iAg/uV06bLTDd9m6eGzXv3YyGfkUhw/X86QTwp18fz4kx9AYjFUYDiOhGv3dABnGCT1N8gPkVoFddpKLAciwkBQmsL45Z+zVhOL/mzVfDqpsgrFFXqqmaeByn1ixKo/4iuLpHE7fLAzAOz+OGdKFCvZ9pgKBSqF4ZSh1YZbc0KMqJafXBpGO+

# File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_fhtipsDJ7hjGj@www.redbubble.com(hij)check-out@_Mon-29-May-2023-13:29:30-GMT.mhtml

**Hash (SHA256)**
ef85cabf600074183296177216r99ed79006dfe0f48faa46ad886d421464b480

**Signature (PKCS#1v1.5)**
Bwm1AmhtTbyVsnYsim8cgrFOGm5iMsd8bgVz0VsLbAiL9GTroVlLgUS7MeNdsHQow4Eia+m+LoK0nEamfgqWRk+HAqn/Cg8zpqTFgPODgWaLxwWGmbcn0Q25Z2sNwfkoktvXnVa+HGJhRAzr5G6yBihqfJJpwG4VcFqG8RFyiB4mq1d8h6ekh0boTmYJXnCuH20z6ckiKowXhZaMQ7FKneanWamoaagoidfpwG4VcBXm1Ab5brzNPsDgk2kKQBdpJzMaoPkLZFqQdfgfKOwNhn6zaJ1oNbDxK8+qBMpjpJMHvqwcAsujW+vn6nXYBfKSdfmYmMjcJMZZugn=

---



---

   



# Evidence Collection Report

Page Title
'pink aesthetic smiley face' Sticker for Sale by coomicoutopia | Redbubble

URL
https://www.redbubble.com/i/sticker/pink-aesthetic-smiley-face-by-coomicoutopia/104674781.EJUG5

Collection Date
Wed, 26 Apr 2023 08:17:02 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chmielowksi

IP Address
2a0d:5600:8:3b::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
c07CzcvFtpoSkZLF4GBZ0K3 w.bnJ6FGrT7nvd VlcRcODoX71z5czvNrSYv4kpaDNsBq2Mo1Z23QwD0bawr04jdcRwQebxefaAOnXfb Vob4OciNeF7Pc7NrTUjnZV0jQVkNW4BGUrV7CMMC2 Jn I4LqVpdbyIce-Vbbni22UQjg-

# File Signatures

SCREEN CAPTURE
PDF

File Name
screenscap_[httpjs]s][@][picker[b]prk-aesthetic-smiley-face-by-coomicoutopia[b]y/104674781.EJUG5]]_Wed_26-Apr-2023-08-17-02-GMT.pdf

Hash (SHA256)
21b420e4e2b1fd0b18a6e0e3a14395b60774141bcdcee0d6bbbe18c1ccff0f

Signature (PKCS#1v1.5)
StbMhke9NNbLjXGC7RXpa5p7-94Pncdeii27DOWmRgayBaagyproFs r3erNeZMPdgpGbKT2fn3VNQrLsmY123YapDcA,JyFDFTexjvEEp7NtbRmvgic1Bhx81-9mQhOwplQGAQGRxA+8EN0VC5RCxjoKIp6RnbGkGa0O+v9ilBmaRx+-

---











# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Mon, 29 May 2023-07:39:05 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
2001:4400:4924:ce00:5dcf:8d57:840f:9765

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
qN2G5mBznxNraoO9G1zyy62Z/xV9P2Ur2Ut87g0rDGW1P0Dqj0kuOkqon7XJuerHUXCZjTBvYHeisWfsYE5MqbdxJuaM23rgB1xY20g0WhYkJuNQeFWS8DhteLvertyvsEVqfVvZKtYvJw0ELLOXu7mrYeSSgJ4oCyfxbMG
+YeWfA4v8MBCAVfQ2bbdw1pGN0cwKAYHFPgk1GFCCZjzv6vhKGVmhBBzKXy08H5nY1yDSGGWZrjiRvbVQ1y45LfRQjL6JtZvZG1uv7J3fRi3iN81+zYYKtj0yWza9qbzYr+bY9R4KDMfc7Afrx9XodtAWGHGCPhhAAqd+kbGMHGJTkTrOQr+

## File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_ffhhjxjj2thjfh@www.redbubble.com[h@check-out]_Mon,-29-May-2023-07-39-05-GMT.mhtml

Hash (SHA256)
f99fc15b0ff081142e5655144448ab065f53bbb3aa3d78e245d02cc1sWN300B

Signature (PKCS#1v1.5)
skkQehhHzd7b29YrOkhouv+aanNWCjaVrNZSLZOYxvjAdtvkULBga+0sE6MeH1rkM5xnWCQdhhZrNQ2tkG1/MsI0gzXSkA4ig4qPFksUOknRh7G8XXihvmMgsRZJ+UqBTGzLqjS7dcZ3tBTdZJZBnEvSWsWhy30dG/rVNwhT1N00kz31yhfk
+CbCuALFEV091ZtJqQT647b4ZXsOwnd3RfE8n4u28GO1PgNzrhGssxvtik1dGustHrXVreF+QRCVmm07KSYonPkfc4Ioahvegrhu8QinnLwAVH9qfpKt8yryC4AzxxHmhkF4hbhrbqj4ibqhPgz2FLAoKt45FG0ohk8EaoFn0iEaSFNdghTfAGSxL++



AXENCIS
Investigation Name: Sarah Chvostovskaya

# Evidence Collection Report

Page Title
"happy smiley pattern" Sticker for Sale by CoolxxDan | Redbubble

URL
https://www.redbubble.com/i/sticker/happy-smiley-pattern-by-CoolxxDan/136727118.EJUG2

Collection Date
Wed, 26 Apr 2023 07:51:38 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chvostovskaya

IP Address
2a04:fa00:8:9c:3

Accession
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
hCAkr784356qhb4Lyj2+1vuLeYox7sT3gdf83uZ1A4k+1137JUcH4mz37HG8odNqvFebnmRJCWI1jZpOBeMa42aFceS4jMLFbfvGsUYc1y4NB3d05jnEeOoSd9jESQ5BqdVFsVUFN+CM6wteeod

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_B4mg1p52@PJ@hexie.redbubble.com&i8&itsticker&3&happy-smiley-pattern-by-CoolxxDan&137.136727118.EJUG2_Wed_26-Apr-2023-07-51-38-GMT.pdf

Hash (SHA256)
7af75b0e0bcd21717dad094e1ef6d004602d22176e6ffwe092c90d42b3b2b2b6c52

Signature (PKCS#1 v1.5)
CPALbZ4f4U3edknAirBRFWqZvgHZJmqZ7dw21QD7ed4VGfRfHRuRg4rhHrUAGyr5LdUkrfe6eSu7o0edt07fawe2PvPeP1w6LayFgN4Epk0yCS+v7sGpZ7wdP9DJrEfbnkGOa0ePf+=

























# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Fri, 26 May 2023 10:16:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:49dd:800:ccf52:6d0d:44c3:83a4

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
VLsUB3O5GQEZ3NMAJzc30vcp79Cen+IsM+FPQY/zQH8BL9FdfwqDTm70QryKOhSKfv/sTRwqA8a174eqv4pdBSt1jNiAVvS0uhXfS7O4Dz8PKOsyMsRBGQV+r4mSHb/k9oxVgmS174ryqZ3eK2KLbJ7Wyn4M4+ryxjcvcjV8qMcwb377yWHv4aIyk8VvdmNOF1YaRQrsAdzkWClBn
+mr3gpKX2jqdFQjQl0myqHQ5s8dMKdtzMeSibnW9TCCH/sWde6fbiSDPV5zhtF5B5btSVjqsVWiftUyGOOGKAAYpWGXuslwHYQSdBb:sjT/zQAM+yDn49sGDSfJ2qBVmO9hxiGQp1/A==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_ftbkpq2jljfjh@www.redbubble.com[hi]check-out[j_Fri_26-May-2023-10-16-39-GMT.mhtml

**Hash (SHA256)**
2999530ac9e7a7362430b548ea61ef924f3888035130:aebed1999BebaaBbe17

**Signature (PKCS#1v1.5)**
HdZdvhtn+fixjj89hzvaZAAyJQ6/eWzHoqgd50BP6Om1mmLKEFuTQCYP3ntYYwMXq/Vh9gYnbduMYhWKuCoMiGD7LAt+FQjrGB5VNG3i kRiTgNm9flkiw74dLinydRYhp0v9kKljs8 LtiZHDFkTmNi3z/
Y9OqLEJaC/3GUdyh8fig1t2H8iSt6i1H0lKTZqdTmbrl+0njDmf+itnwagAJZgiB5i3ssKfqsp7thukLBmDOm0BWc1jjxCSD+i6hfyL9fVwd1FcwTdBo8xLAH+RQxfRcsWqKRI2ffk0xdATZvGe4AamFranQi8pmcMpkviZK2vA==



   



# Evidence Collection Report

**Page Title**
"Vibrant Glitchy Smiley Face" Sticker for Sale by cxselyxcxstoms | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Vibrant-Glitchy-Smiley-Face-by-cxselyxcxstoms/123866170.EJUG5

**Collection Date**
Wed, 26 Apr 2023 08:16:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:6e00:8:16::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
20k+xAhx7Vmbsuojmp9kEm4LJAcXAhGUFyJBLQ6cKEZKDkXiiLrXzGq45Sn9Trb67afWZpeCy3DbykwkbekhNnx9E7zSnFBm4tbUjkWtG1bQWtQ4j+SQiU8YEd9I8uNJznx+GxhkN1p6zsVfbpiwU3VfBZ4t3gfGEt1BI73+

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_EHjnbQ@@@cxren-redbubble.com9@@SstickerSVibrant-Glitchy-Smiley-Face-by-cxselyxcxstoms2SI23866170.EJUG5Q_Wed_26-Apr-2023-08-16-16-GMT.pdf

**Hash (SHA256)**
7b34f7ak3sk1ss4cbs716716df07b6035ahsfaw9f57a7z46rzf4dfDO1rfz

**Signature (PKCS#1 v1.5)**
7SeDFGxFHnNhyE0jEkdffBNhkfGlhF1BHfAjeX0qbkjksffjwNGhfjzQ5uEfhkfJwFJhfe2cKwfeh3rc8JQ_tj8WFJZ+5zhiG7HKw6i1nzrs+ZSfVSy2QFHZxwnjKQPDhMF2o3IXbtabcyQpewZPQWhhWg5sbkk+

## File Signatures






















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 07:06:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:4924:ce00:5dd:9d57:840f:9765

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

WQdfVbQ3CT+hSKWIVfr1G47pfe898X9/LCG5O7Q2qZvcHsTnEAeFVUPC6srUpyKaFWcXzcLkf/DZSQmWezPgZ2HKDKSJ67j/b5mc4x6mIrWItOhVYHkqocjBV9G4vZa2VdXrKUdAMe68L0kIcOfhgbAlPRvmunFmV1/je3pioQGzC7gxCFZ59/L0XV
ulrVVrV34Hjofq/0dOFHQ/oVfkmoqr0pdmLj37rdXQ4VnBVCJ8McIfpGHAGO2TddXdz3KVkCXoQFhfQFUXGCavkX2rXUgsyWXDhm/c1Z12v1BloGxxD+H+2KW1ZHVm9JkSQHrPOeWDwrtrOe0rbsK938E5J88LVNjU7hZy7IcVROK6SA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[fnbpu]z[ih]h@www.redbubble.com[h][check-out]_Mon-29-May-2023-07-06-57-GMT.mhtml

**Digital Signature (SHA256) / PKCS#1v1.5)**
2474Te6dca21a00e0a764fSf3eac9835f8ocffSaee721ecf0e4da7621b5b951c9

**Hash (SHA256)**
2474Te6dca21a00e0a764fSf3eac9835f8ocffSaee721ecf0e4da7621b5b951c9

**Signature (PKCS#1v1.5)**
RGsUoz8yh2T6Hg4dlsmyeo7gpr/Qc06o93Vy2MveRrmoTgyHfXoYEBqJRoYbO2dvHeneQHJu37W8F/9cHApH3SG5fSpy73hyBFaOVSymQfgZB6FoVor59klsoJ5ucl+YPka6GUFcLVP2tU/EyiQ4VZbvm5cfFPzcSrg4cRxPFX937JeMaSRUqSAdumm13pBuN14pVvFtfr4HrMHN0GJ
Q2ngLEcHf5oaeHmiESAeA6Pq7UGEqKKKRB2aFnFeDZO59oMaO5EZN7er764kimQzJCzqKgMmnr16hLFkfY574Cdi0FXY711aeGNawr7YfSGufSEZh66vggSOTcBencWyreO9WkaBC+4BloLG16kmYA5Q==



Carbon Neutrality
Investing in programs that help the environment
Learn more

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Super Service
Hassle-free returns and friendly customer support
Learn more

   



# Evidence Collection Report

Page Title
"Acid Smiley Face" Sticker for Sale by unnamed | Redbubble
URL
https://www.redbubble.com/i/sticker/Acid-Smiley-Face-by-unnamed/97544172.EJUG0
Collection Date
Wed, 26 Apr 2023 05:07:16 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Chintalapudu
IP Address
2a04:4e42:8:3c:3
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
3hEyEZ2nGldiFc77bnoGFoIEG2vT7nc48Kj7rtILB2z4zQ3nXQm5G9zg6rXq1NKDU7sbUM+spmxG4EBDtmUjxOyAzwQxdpqCx4uN4iSxBF048mpccUAGrdhvkrJPLVWeRg8Epnm3a4mxdoAx+

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_EHyuUjD@ytumre.redbubble.comEdJQstukeEJUGcde-Smiley-Face-by-unnamed/EJE7XI6C72.EJUG0.Wed, 26-Apr-2023 05:07:16-GMT.pdf
Hash (SHA256)
90b29c2V+c47dd4c5a99VuwlwKdae1uuhhUyPMd9v7i4SX0faOESbbhz3S7
Digital Signature (PKCS#1 v1.5)
FMAWblushfg+HwhsN3yrbHp1y6JTbLfZ3RB0wdub1XttB9lXeXnPTzY38DYMbvuSmtE4cXuHfCiubjgFqp3VhlafxFuh+l40jLu2uhlROJT1SDjQtWrH+MEuiz+eQK3gXNTw=..VnerxpSqg3+xCxkn/xRYy7+WQTyip7+PZ64YVnqnaver=





















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Mon, 15 May 2023 10:28:40 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
175.176.7.132

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
FqLysGxnhhEe1JIAYjjV84vCrjsoh0pSqd3l5G2c4tg8lc7p/qVsHtOuWhdPzS6EhmmHSsh+rFQuK+ZGWbbEX7Qzv4C8Aig/rRO4TcGGmSF5pCTL/mZlv1Qu7hDeNcQAoa4asK4BPEO3hVfy5AZH+WqAoUuu.DS8T2vbZJ/xMtAf4TwfMSDrmA+I4WaEMFZ2YrGn21hBa6g744YO4D53Ko4qNQp5ZXwoIjEs8E5y92cO7DVFTFIbdWGoLJNORwYZebBfrO38noq73jvTmVBKjSkz1ek81h1Gk0K99nVp3hBdHs62nwxdn4uZ5WYZkUNtTb+bXnOMTOhHP5w==

# File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_OHtqoQjZbQH3www.redbubble.com%2Fcheck-out&_Mon, 15 May 2023 10:28:40 GMT.mhtml

Hash (SHA256)
f34ebd3877053301c3c06265Sacc1be3504eea405bb194GbbaZeb1851Bdd34166

Signature (PKCS#1v1.5)
DYbfnyW1QX2YRSkm+ytnaUrtxAppUdjyvNdbM3FywMMSZqeGoEbzsFCyfWFPjGbrOFvst14fv4AXuE.JFyFLL8Vy6UvKrk60r+FhpZe3LCRuCuJI0itAgnQ0h+tNJYCAONt2uJdbrf.lnJ5m5yNe1TtrW8vlvKRHRzCdLzsAHFbdAimPwoKhBrCYMxTs98un/YP6dNyfw9tsGY+ix7Ouo9f3eOKfQ1/KXvbM4tqfyhv/DGfkGWMv







# Evidence Collection Report

Page Title
"Hot Pink Smiley Face" Sticker for Sale by CuteSticker10 | Redbubble

URL
https://www.redbubble.com/i/sticker/Hot-Pink-Smiley-Face-by-CuteSticker10/46020861.EJUG5

Collection Date
Wed, 26 Apr 2023 07:32:36 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chmielouskou

IP Address
2a04:5600 8:3b::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
ncyRekVbkBgyk JGw30b256mkbk9rkb72d1M0dOy0yL5Or2rkF3bfgg58rmLrYnCKINLdChY72umePeZ7c3krSu705yb4SFlquQSPboJfXjc2Qol tsBobsHQ971701kwx92xadcanN1stgAQr8DUCrYlaWtm

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[bhtyss]Zhz[QfJsbksheJ[h]Hot-Pink-Smiley-Face-by-CuteSticker10[djs402086]1.EJUG5_Wed.26.Apr.2023.07.52.36.GMT.pdf

Hash (SHA256)
bea557b7da0rb401bb3e1k1c21baa0ccab34d09b563c5e7c1c172d6rf02c0b

Signature (PKCS#1v1.5)
Aab74zMsrklnY7F3494kr4RvIx7r34wCsfi1Vcu3j03i1qrTubqzmbrVkjXrNqA41r4F2OYTZwg5Urso4bk5zLQ9FCwKBbNtZsqBSL1kvaOxMerh1qasy1cvSccmXEbrSnnQ01vouRKTsRYzC]ylp7Mir27FE1JrfvMMrpIdbzrCdqi8n

## File Signatures











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Fri, 26 May 2023 19:21:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4560:800:cd52:665f:44c5:83e4

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

i2GXTUmykk+YkMoPqBvUq8CLPSoqMOFzwWoUfj3p9dofHOvWtU3t+wLkAL6mAaL7oyg5HTB2STAmW8puynQ2ANtDhNRRwJBQBZnKiAzB7KUHMADHJ4mzPrkD4As+ne9iQKB3ccZL21Dbd1JqbSaAct2yf9pyUGsuD9tkxf5UsMM5dY5pNkceAGtF8WQwMQ2wYvE27712Rp7de64m6V8f4EqU+acbxBHCBWY Jq7ee/s7LN1eeVeeq72cQom9SBpy/1YfyKvkiVN0Pwc7w2WkOk5ugYbT9nruaWRr5Gcc0QmOrVYW4WkyfyBTlnnesPbMSdScS/1KY7VZ23nNQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[Intipa]i2hjjHd www.redbubble.com[hJjheck-out],Fri,-26-May-2023-10-21-16-GMT.mhtml

**Hash (SHA256)**

bb63a4b630afc52b81f5B41905112Sbf38aa7B1fc1027dd9fBB3baa371b03b

**Signature (PKCS#1v1.5)**

YGSkLkHm/X1D13XujF5oG0BbcAHC/O+AusbFxLgo72CJ2CB7oc3G0uieZvdWQBLaPnexYqp5qFbTsD3SbZY2ihBaeS2uscosrmbdvf+Nicma00jakRqEbyZyCzbmC7V+1afRsCN+5zHJJnEuDVR7AC3dGZ7W3FACynJ9knUjV0UjnOmLa4yRDFr3JyuFyJNLzt3dGtQq0SbyVAgMy/
iEjewFFRwRGMSVBCK1qoOW1wuQSpB9h41q7gHwUyGD7NxuUvJwowGctOPiT31GpkQB2xKtnhKKXULqWw3ojmpfpNbddH21AaLzRXYTFN+A++

---



r b

Search for products or designs

**Checkout**

1 ITEM                                          $2.69
SHIPPING                                         $2.47
TAX                                              $0.36
SUBTOTAL                                         $5.52

OR

Pay 4 interest-free payments of $1.38 with  afterpay

☐ 🎁 This order is a gift

① Shipping to United States                     EDIT
Delivers between 1 - 7 June
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

② Checkout using card                           EDIT
Total $5.52

③ Shipping details                             EDIT

(For receipt and order confirmation)

97682006

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

(Includes $0.36 in taxes)

④ What are your
credit card details?

💳

Credit Card Number
1234 1234 1234 1234

Expiry Date            CVC
MM / YY                CVC

☑ Save this card for next time
☑ Same billing & shipping info

1 ITEM                                          $2.69
SHIPPING                                         $2.47
TAX                                              $0.36
TOTAL                                           $5.52

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your
shipping address/local taxes.

Pay $5.52

🖌 Carbon Neutrality
Investing in programs that help
the environment
Learn more

✈ Worldwide Shipping
Available as Standard or
Express delivery
Learn more

🛡 Secure Payments
100% Secure payment with 256-
bit SSL Encryption
Learn more

💬 Super Service
Hassle-free returns and friendly
customer support
Learn more

Mature Content: Visible    🌐 United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved.   User Agreement | Privacy Policy | Do not sell my personal information | Copyright | Affiliates | Give $10, Get $10 /
Student Discount | Guidelines | Log Out



# Evidence Collection Report

Page Title
'Happy smiley face Tomato' Sticker for Sale by DaveGoode | Redbubble
URL
https://www.redbubble.com/i/sticker/Happy-smiley-face-Tomato-by-DaveGoode/42576300.EJUG5
Collection Date
Wed, 26 Apr 2023 01:50 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Ostrobodudou
IP Address
34047609 8 36-9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
ce7cYY9q39bu833-uav9mr25'pkPiYMBYEr6Pmiiyjg54sHsdT1e38h1sE2pc7FyfRNkdHVV42EDL2 b4d85iAIXJ7iNFhTmdHhaBmoPhP5b6im4oNHT1nF8BLa83oDMCaPiW3Jc3nGz5GSlKrvdD0UMhru7sP3o4DHi9H1

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[[Https][[H]]d9ocbiscbsf]Happy-smiley-face-Tomato-by-DaveGoode[[h]42576300.EJUG5]]_Wed_26-Apr-2023-09-51-00-GMT.pdf
Hash (SHA256)
1 bicb64c1a7aea50c3bc47a943d7a57e44cbb9dae6bfca7f
Signature (PKCS#1 v1.5)
5pMm1HoLwmG4bE9fwrdsSoAnEiC6bcYdryvCodkWtWWgt9yd4GQ62Qn91IRrbiVvW4nvtzeozPb2fu9UvJHwQGJCsVeJ8kb5Gn4D1LKoWnaBdhpg4boBasAJKWfq4ahiwMn0DrM4u2Zm9+1LRgrQ6JmrgeHKwr2h0aG+4YPfcr











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 14:39:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.200.66.146

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
AAgPQ6nrygaDg9hWkaEcVbv7nqm4cZ7VfGavyTmB4dj1Fo1CgavUV5AgfXnSceVkBkDvwVBXlVJ8fabexEKBbqZE6G7F4z7ZgDdHYsc5vS2aTLycv6JvqgkbkFU7ME50Knx0J3dmQJ5AXUhQhWoPEi1RhTFfoCPVVzCc8dfnSQsJ5+f4gPQhcqJJ5RNQaMXHUUXwWky3P4Vyffhmf4Pbj8eEM1sseQ1mkG8JnmSdusngs3A7J9bidS13QpnNol1qVmnBhGpqMwn1x5JT3L19XrF8nhp18Asane5aE8B7KGpbwFMuLYGx03UJzd2b8xE8FZL3uEHWdLte++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https][]][fs][www.redbubble.com][fs][check-out]_Mon,-29-May-2023-14:39:30-GMT.mhtml

**Hash (SHA256)**
0ee02015ea70dfcc6b59f57149fcf2a3d271b07ed37a1885fe449bee7916fe3e

**Digital Signature (PKCS#1v1.5)**
bAA4DCpvzXFOLWFGzc7K4XkASuULfUbhzMwMp5G4NLtVO2JvqVnGaofwdfqrF2FjM0phD58jU6+K9Xeah/vnwfNbeCwknfpuPpV3tkAAwODMkaFVEP21Fbg1mHkB17BEdMvWBqEWnxGR2Dlwg.dGPx0gb673mTD41NGlD4pZ0EKbCQ9hKSwj7NoqkKHn3DgdmvHB4rftD22J7wja7gG7fX83GQ4CzwrkVOZoxMtX+bEG/DWA++



   



# Evidence Collection Report

Page Title
"Preppy Smiley Face " Sticker for Sale by DesignsByGQ | 159980701 (LAGG)
URL
https://www.redbubble.com/i/sticker/Preppy-Smiley-Face-by-DesignsByGQ/159980701.EJUG5
Collection Date
Wed, 26 Apr 2023 08:40:43 UTC (LD (Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a00:5600:8:36:5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
N:T3bAVEPaKEvdA6k6dkZ0tCekCpKgoVahmMEBQiJcU7h4tmqQyWQirrhbMdcPoEvF5nVZb47ezggqQPGKLwmedEoMwzST4hgQLB3aXckaHfQrZgFNfZOrhOciVsbKAcJ10Sc+xig2WSoroOPir

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_26AprJGfv1@five.www.redbubble.com5QIJ0sticker5vPreppy-Smiley-Face-by-DesignsByGQJ2Q9B0701.EJUG5Q_Wed.26-Apr-2023-08-40-43-GMT.pdf
Hash (SHA256)
4b055D32bbFvbs5AVea5H32bcc18d65bsc4BbbdA57bb6tfbuP1820fC7i70b1c9279B1a
Signature (PKCS#1v1.5)
HuhPSCNuz5zmW8nSpJ6buVERZk5JbgsFBV+e01vE88WtapKghg2WbdJ5mGO1wV0bevQbL5YAm4pkz1ChCNGkXrTEHEIKBZhauroGNoLNnr8SbocCgcNKyNkbSQbykaAzVC5eLcxzvt4t6jyRSMNpKOCbv4wQ5u76306NMsmo/2Ov



## Features

- Decorates and personalize laptops, windows, and more
- Removable, kiss-cut vinyl stickers
- Super durable and water resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

## Reviews

★★★★★
★★★★
★★★
★★
★

» Read all 150 reviews



   







# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 09:25:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4924:ce00:5dd:8d57:840f:9765

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
5o1TRKR3GO7sxju/eWL3e9iUkV7pKfCxOSga4i8aUZQG5M4YCoS1Onkrx3cMVfuf2T/RkbGpqA3u+Ihaow5TCkABhWN0aKtQNQ2w4KImgKsJNSbJsRx0LQQhmr5ut+qb0qyr7Cq6 4py80aMpNgW04aZJbyGJ/qRpdwtWYYyr7JPGfM4Atdd/fh+YOyyIy0iVN4GmxdUtTuRLwsEmHg4UWuJPGLXpfKiV+OvQASjltVyoHvkA+g5yJa5oX7AJQhiz7Wd7yW3zp2PELyYRbfWBJJ/nqrjCN4YTMPwnZd0Jhv8n23/vuYRftOLORtQfjQAYMbztMNBd65Rhsp4zVMhzd8mxwgs++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_jfhtpqJdjZhJ@www.redbubble.com[h]check-out]_Mon-29-May-2023-09-26-00-GMT.mhtml

**Hash (SHA256)**
11ae575eea7b66ae0000efce333bc38eefa9d57e9fb09bafb1763b3dc9515a0dd

**Signature (PKCS#1v1.5)**
gL59jkcPf5An8Dw33zJ9exzxnHGXSFSfLn9X97CqsPVwcp5/Okt9MSnR6Bn/cb2CfCqpdKrhUZvCg4H/fy7sCLaTM0FESF1OcT/CqA6DVfDwrPsRRfbxt8Smubdi0sbc/jYczMRsRnOtjmGk03BYCAkHAQpdJP6sg93tQ4z1YY8FapdSJ7zD0F+vhzOOGmGY73dO7yB6JmJQb/Zasa++rcDGp/vnU/HKJTsbVgi9Jc78baXX4Wfw/JmSbisSELd4X5BFghJgbqZsVsWhHadGaiSpr8oX5asKNk+mX0ZYyxjO+iJzxrTKi/qgmDi5Q+nqQ



  



# Evidence Collection Report

**Page Title**
"Saddest smiley face' Sticker for Sale by DevaShantani | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Saddest-smiley-face-by-DevaShantani/153370941.EJUG5

**Collection Date**
Wed, 26 Apr 2023 05:39:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Quan Dimidzu

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**
CcqKOMvkml6SwS3YqkpGX12z86zdLjhqrHfJ1+2de7YZebLy5j1rpSbdOFsGGbmewOHHwMhLasegc9gm7XptnStdfgwbWohtr/w7VHkh3DLz1GmbqgxAf0yARoxbLcF60Nttq5SgghQHDlz/

# File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_f0mqnQ5JBQ8bceenw.png

**Hash (SHA256)**
f0bf8eea2b2c95cfe5cfb567a3cf2a74fedbfe8db35b674ff4a0d7mbf45be713

**Signature (PKCS#7 v1.5)**
jIsOBUMM2jIG9EVnSN4snsPdhv13py/tv2PMRwyKmn1dyCEnwjQ8GMKg07g4DCLkm0XiCpx0Bl0LFvNoWzjkkiYgjxDbLkZoGYgkSDPxXhdb0c3jj6GBbgW63gcf2SjxahgXg5G


















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Mon, 15 May 2023 11:32:35 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
175.176.7.132

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
8Nz1Za01TQTDh6jr7mi7g1Q+hbGWfWpJGyeLA+fQWqhyKXGKNF3Zk4uBEgQOi1TDSNMtMi7Yo8dXTRh1yQtxdVuRtpPLQkiZkZ8FNQgeMAqmLjixjmD7Ywgt+oGfee1VT7+8vQnOOyFHwwn+QATWT1cjQ6CNCfJcAkYYMuKFOuV4bgjG4fv+hcLJ1rfKAcrKLtRlsb1miEI2SMD0Y9qB8AxOotM4u8nbfJ1gZ4iJjbAkicz1wmUn1AffQAidfKWVxVCAn7aDdi1rbDHEM5OrKhPzyBy9TfuQ2nmmAe4SSyp8B9M03daS0kEgUDSKDi5GrKbDzHbUzLtji1pkKE6Qp34C=

# File Signatures

SCREEN CAPTURE

MHTML
screencap_l[tmhjoZjji]0[@www.redbubble.com][b]check-out].htm; Mon, 15 May 2023 11:33:35 GMT.mhtml

File Name
screencap_l[tmhjoZjji]0[@www.redbubble.com][b]check-out].htm

Hash (SHA256)
2cb4bd2cbfe5afc4bd3d651c7f1a1867347fbed5161f8b3483f266 Adc33b4da0e4fa0b8b96d1a1

Signature (PKCS#1v1.5)
jq3zJ0Y0fAaqCaFe8YT3bAtaBO0WwEewhMrhYnFXU0Bzct3p/E5UZKNFqLzuNyJ8pEuJESxN1jiQ0YYT3h1peQ3ZEWVSSMZSacs8w48Bc9xBNjEqM0WRK1fjSjMGWORW/NhPKGtcBhC/1nieuLQNXe9RcaXJo+niQOD4SptsdtJim8BtrZ/RgGfWpFM7WHuiubosdNCDie7HnfLmmrOgRG0EY1mm1Ng8BrooTOBrX=









# Evidence Collection Report

**Page Title**
'Funny Smiley Face' Sticker for Sale by DewaTheGreat | Redbubble
**URL**
https://www.redbubble.com/i/sticker/Funny-Smiley-Face-by-DewaTheGreat/139433376.EJUG5
**Collection Date**
Wed, 26 Apr 2023 11:24:01 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Sarah Christodoulou
**IP Address**
3a0d:5600:9:36::5
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#7v1.5)**
zv1OCQb62qSz6u3SJpb5UVNkhHbmuzy27KhiL9CXVV1sEvYRCiF1WvnkozeZ2kB2CnMhvdwujuLZqUmHpyAXgEQXmf2nqTeWWqr32wSw9CJ4P3xhrAWuQwSw

# File Signatures

**SCREEN CAPTURE**
PDF
**File Name**
screencap_8mqoQZQfhJivnn-redbubble.com@b@Sticker@@Funny-Smiley-Face-by-DewaTheGreat@Z139433376.EJUG5@_Wed_26-Apr-2023-11-24-01-UMT.pdf
**Hash (SHA256)**
4195c031231e66e3c0c364fdor756536d780a8dd42e9d1bc74f2503ca431c6adb
**Signature (PKCS#7v1.5)**
OgFebeyhm+OpAr+rMrWup6pdjr6LsOfJr5RgOsSncWcEw1tHorb6hxbB3CdBALieWnyld1BZdwWhuRZrKdHoZ6GwMeAEOKvIrTtmHo04dBNhmZvStZ5mwpT5jCp4c2PjxdQymPZ5hsTUGGp1g82VymDRkrd


















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 01 Jun 2023 15:48:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.70.8

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
JLfMFSF+MkP1FVvGjVnJLmzVdfPQ/z6ceUm4hwEKwV9D1UCfO2anC6V59naK1r6QTHRfzYpswHgbiuGUODOHnW/vcmXaSakUwXNCRk1+QM/GuEAh68EGvCTpb+tl++cjfN0Mh7fwEkOVLd3BdK/r76baZsP3tiAFQai+zMLCXRHxvA17TSoOMTnWLJJMduJQWL9tLsXqb1mtNff7/s/TD/5MCW3bNc2rnJn3/F1tP7dmToFUaV03AzeYyhaOpc2sIi0GtJ/6Wne4B1gjcB8d+yrtUvzrSeFTiOhcjyERCAns098+043SJSdk6eHLusgQkXeADdFwtMVTQj/h+vw++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[s]fs[f]\[www.redbubble.com[h]check-out]]_Thu,-01-Jun-2023-15-48-29-GMT.mhtml

**Hash (SHA256)**
f7f5c07e2f17c366507d1219bb3e51ba11e486686dcf8a271987a0cadbb8eb94

**Signature (PKCS#1v1.5)**
cxgsCZG/nxj8L+HUYHAn6l6DnLc4u4TWg3Fv5E6bcU4tvtm2gRkkt4ZeBbIpbO7iUCcsRpOUluNgoxYeK0YsU0ZihL9OibR+5EX0DG31IUyH0FJ9hnP5bb5K+DDT3/tay3P3UKM5i/Cy0Mvqlh4R73xlb/DFT1I8hnOz6t2qR6mSwfHI4kV88Bvk+Vx+BFwPnA1Zohbl7fT7zUiHJsu+T5KFrsjsfm9/cbG1roRz9zSE0bovBx60j9x1V9SGTCMT1RXl24/6XePOgAefVrY2/TwEcH0oF2tqNt1bPu/qEZjJmbc/SayMp08BLG31sKTEWVMAwx3Z5/LWRbaGAK3A++





# Evidence Collection Report

**Page Title**
'Droopy Smiley Face ' Sticker for Sale by DinoDinosauria | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Droopy-Smiley-Face-by-DinoDinosauria/117991316.EJUG5

**Collection Date**
Wed, 26 Apr 2023 02:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Orichosdousou

**IP Address**
34047660 8 06: 9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256)**
ceCinFCf6hGZxleKKY ccrPoxfQJgcZ7dep0m7P0GQBtcZ1f4dzenQcmtDRP6EMPsk&2y7QdgRd7Dm45nnmaWE95xmd76dbCutcJo384496Gfq81p1equpEJfmxunw2sJu8A596PBVXcGSYQcr

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_ZHqtzQZ2f@www.redbubble.com[h][R]slsticker[h]Droopy-Smiley-Face-by-DinoDinosauria[h]117991316.EJUG5[h]_Wed, 26-Apr-2023-06-52-33-GMT.pdf

**Hash (SHA256)**
4059457fb3a0a5a3ca2c5b0dfd67c1dec0545cefee2a86e5214c8b6e47.pdf

**Signature (PKCS#1 v1.5)**
TkDZ1JH6e4e5dfa4hFbH5Gbiz9T3JuV5bGcvr2JuXRTZBR1WboZ7q50wEmvaUUoklibvaO38bmi4Nki&6pxe2YinTzgTmXhCzDrKZvcOViCMm4jy4Q6BAXlmWfm65Gd6B5yDyQuihuedayRldShT6H+











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 00:54:39 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4563:800:11f4:a369:c87d:bf33

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
jFfwGuAZdl6dVlXLSB7kWnRQ233XQCg/ftvMhKB5Vr/vodbKjp1fOTCxoM7EzDvJ146C1Nc/fdUoaOamt0fN0U+eM0QRVgRFkUFwj8N4XZLOtF41wYQ5ShrVsMPBVmzLdxDVhLBgDDowtx77OU2SokOmr2qx8cr74ECRWfSmaAqxcmjJ2RFjrP0mrY88pvEHAfsj/Qyg5b4038f31ubXftYLmeB7buxWfhYToUuJdfvQBJV3bV2BjCyKqprmAzUBSNCT2qxCHO9L8rQoFQd/rLtEWGPHqbhGFHav4Ugr5pjVHxcV1EMc4izzAmSbGY9BBcv1ecLC8n0DBhyNLgqCxC==

## File Signatures

**SCREEN CAPTURE**

**File Type**
MHTML

**File Name**
screencap_0httpsl2fJ2fwww.redbubble.com0hl2check-out0_Thu,25-May-2023-00-54-39-GMT.mhtml

**Hash (SHA256)**
457d17e300f204074288a1634cb31ef8c4c90a8d0771f5ceb804af4b3b2af68a

**Signature (PKCS#1v1.5)**
qdbFXX3TK/A7prCAfnOrGatnaVJUfVQpoj2qF2aPslzpKvhzLdyFRkBOSLtP12gJcVnD8o4kc1aXVh/vxygE1rxRxVnOvYgQMMKF9rHOHIZCxpfsdxVqBITFCF/0p7MNNWTjeoYLZylfdZLsIt2fSxHbHpeoy3VGNatlsTLrbMAllZXNoEY0rmGt4CBMbi/r2y9gQvVhFIcR9V9jUWGQdh2HwpbemLYFEwsVDYbJFBQykOHjWsPrVtkteNecl3tfMxVb6xh7G7JmfSoFQNVua59va5akZArDf5ByCzUGrbDNdu/db85h0o5Jk5v4X68jWhZTGBVXoIhw==

---







# Evidence Collection Report

Page Title
"Smiley Face Tater Tots" Sticker for Sale by axcat [2] | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Tater-Tots-by-axcat/52/69164452.EJUG5

Collection Date
Wed, 26 Apr 2023 07:51:00 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chirotodolou

IP Address
3a49.9409.8.36.3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 | PKCS#1v1.5)
BsbCyzm78JzliZ5daovcxs2w5V2n4O9h7GesT9cd3ytg39KnbEcJGGhuJd4epa7oMeK/eTqEHHT5G9As21+HHnPqAqBRfTuGwO4Ca7QurJHHg3B4t3lppN63g6Q3pN8GmbdsbMery1IkO8qMAIS4p/Lv3wH3kz3U39bikmVQnD21 U7SbSPY=

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_ZHtnjuDjZFrj3zeree.redbubble.com.FsjDjdatckerZGjSmiley-Face-Tater-Tots-by-axcat/52%69164452.EJUG5F.Wed.26-Apr-2023-07-51-00-GMT.pdf

Hash (SHA256)
11f0i7abkaSf1d321ae45f92b776aed46a545013b5cbb826c33e01f91fe6e72

Signature (PKCS#1v1.5)
pdrh6b75XN1GZ9v9aKl5j9Tnjg1ZNqdfLh1XabyR1Tstoj1XbHnh178tfBbzJnqAMjeMnv7RhF292axHf12a6yqZvxrbZZ3cH4Go+A1JKKZ8Fpbnqf7ng3CRfGQFyAl7HsXjujZ18HdR6REKbMRbaxW/qKSA5bxuCT8FY=





   







# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Fri, 26 May 2023 09:55:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:4060:800:cd52:665f:44c5:83e4

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
 Eq6XCfhARxOobtLVcIOe00RRhJVX8PHS2S8+T9KvGr4LLUqYxYnjcPJASxQ5pkGlpHkKzcJqrNrk54QfBW9xpr4dQT2iHGCr1LeWDBdCkcTgf4hxvIGGQ/u5EFKxQ3wV2iacgsAkAWkOuMj5JkQyXzz14WbmT/eNbANGyGFYy0ohZwEK12ybAAN62Sp2S5Oti81122Iu9X3InjdkT+bKvOFdQr4oQcV0lKiOxsZ2I+V1coqJJ9rFPPBumfD0bbZrGQ2zTqGC1ZAdBknZ6wZhMFdFgmLNrSBMWvLlCA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[hhtps[z[fh]fh]www.redbubble.com[h]check-out[],Fri,26-May-2023-09-55-16-GMT.mhtml

**Hash (SHA256)**
e4bf5e13adb7e595a11c12f97b0731816d612ac2b2b14990544456876366a1ad3

**Signature (PKCS#1v1.5)**
TFXpQgBLxmqJmkuPHYMeI07IYq03oh6ASFEbwiuRG+mPtpoiMghU29OiOvZpEqlM+Q+lwfqeyxdUF6RP7FAZ2ecWMywJVoSepilej1ZM4qdVMAnZJkOGG+kIP4ZV7V1nMtMwEnUmDG2G20DgZscVrRnSubIc2jU42nwxwXawoICh4n9vx0dqTZ6dFyDmGntTTnvuYeVxuOFWwwSStNDRaXqI0DE w+AxA2PKJmnrA8cT1OLDrD6vMeMbTcFDR1LXp2bbyd1LEPSSwd1zaZbrEWEt7xJ8zLaHkJuVKLdVAY2DKBbVHG2z+vAwS1IzcqjSJeFfPBurel0BbbZrGQ2zTqC1ZJkBkCb3hZmzrDAFMWvLlCA==








# Evidence Collection Report

**Page Title**
'Smiley Face' Sticker for Sale by Dno360 | Redbubble
**URL**
https://www.redbubble.com/i/sticker/Smiley-Face-by-Dno360/92589136.EJUG5
**Collection Date**
Wed, 26 Apr 2023 02:52:17 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Sarah Omiteboloku
**IP Address**
3404.54009.9.06.9
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
YwyjXKsZwmFN0HPgxbRjRayc06yXLdx6u11RYRvnY5R8wuW1fxnHYPbH1F9xcZhbdaPQRJBncqWSVoD7uscVW4GVsm97bMfBkMONwLzoknCDjGmNmscBqSGwh0y9cBPUsz6L3u

# File Signatures

**SCREEN CAPTURE**
PDF
**File Name**
screencap_3Htpu122FrQdvwx.redbubble.com%2Fi%2Fsticker%2FSmiley-Face-by-Dno360%2F92589136.EJUG5_Wed_26-Apr-2023 06:53:02 GMT.pdf
**Hash (SHA256)**
dx0ic71ce82HDbdr672hm86Uds6cSc2alS9Zvaa5bz664ZMON6QU46x2
**Signature (PKCS#1v1.5)**
kFsBg9b0C8FKFKrqjc7x7N6FAEMrUbMZ6bGt9zxHSoFSsEnKrmDGpt9xbEsqLKFO2CKBAdBqqGn5u3iV2iRoo4d4xxZW3lIjnfLcDG7o82O4pUT1dEFQILnhHxu2LJnTFRKdfQFwtGbHs6dcSAhFRH6Z8hd64u67XccteuQqnQk1
















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 01:01:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:4963:800:11f4:a369:c87:b133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
nwDtvyguXXG4ZcQXrN0a9m2UFRn+fBNnVmZlYCW1lS3/kjJ5LdO7RhJVm+0UJEZ5dBhaNrhMnPRVTW9HdrE0/5xMuVuBaO5eSdo56lTbnxPFoxMh5KwzWzVz mWaQkzNoZ3zud +t5FsW9rHOc4BBuXoR1yqbIrXLGbQ2Q2SFKKsn5J7wrir5ISnePIfS1JNimPtf5s13nFuwFBYhbpzLaAQYtUzrQfV5QUNaaKoXmflwcVppSqAmHP0D27zLWQ8V2UNBP05JuOegVOsusbFVyr+tzwLXoEO6xUjv5VKBcD2+zhZJ Fp8KG562SoAuNw29jJFnbm+w

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https][2h][h][www.redbubble.com[h][check-out]]_Thu,25-May-2023-01-01-22-GMT.mhtml

**Hash (SHA256)**
1ce0e740bb52f25a8ee721a9d2a67addd052051c19025460d8d4ee126dc95b10b

**Signature (PKCS#1v1.5)**
fb977xqI6jOeuOIZ/hD/AkJp9SFaILpk1MoGj+qLsnsC4ky18h6+moUUnyNCPO5rJBy+QZ12jvAr/NjGe9MBqqcjFyfS9sh0uBkF5SF72dJsVpmAbJp4ZZ2wTAbuuA3y73ligj6wR7ZFhwaw1XN5Xt7rtA+mU1Rt8LuOzt +9tXBaqgjHBOSG4YZZyyQbhzvo02zhZ67CvdjlkqibHtYsEYw+XEZN6PMh0doMeJ0dbhRFnQdb4+] Tb/+s1GgeWFQAe/1dzuT+GQhzsgfaa1JfuzEjfeeIoAy/+KLC5bSsuOKjBdWRFnbB5OE6aOyuGIiVF+ULECTaXJe++





# Evidence Collection Report

Page Title
'Smiley face | emotion | Sticker for Sale by DodyGraph | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-face-emotion-by-DodyGraph/79687357.EJUG5

Collection Date
Wed, 26 Apr 2022 06:44:24 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:5dc0:0:3e:0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7+S)
DdheewC6lnIZcafÐvJK9ddkMvfMUxm/YYnM37f22YfwGqXcmBjgg9LT_v7kk32bEd5XPBHddugsHmL3cMXkYt77bicAtkksBZ1wKMdNHji4SPMmN1Gus2dpm4L22fmCDkgCc1c7bNTDnt0ig/7g2XQ2CewqimV5ClZBFqhgQ=

## File Signatures

SCREEN CAPTURE

File Name
screenca_BhtjobQD@Kjsww.redbubble.com%2Fi%2Fsticker%2FSmiley-face-emotion-by-DodyGraph%2F79687357.EJUG5_Wed_26-Apr-2023-06-44-24-GMT.pdf

Hash (SHA256)
cbfCD8ti90HD187b4451820c239f4df88ea2395be514672896488f015

Signature (PKCS#7+S)
MtRAv09LHMFfp7WCCOMaHLoY7VQzVCIQKHduSpJasQ2qvzqjpCAdAG0nbkSQiwwzQFdgFkZKwabkDTeaqlXTKjqQs62uwHbC7vC/4niFmzADLJscqG37oqpViTsDQCzesdsw=9xKtQQ=/0ghxs3L0wHMEHTYqLtGjTqdArtbjK2GDNd+MhiGJA

## File Signatures



















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 23 May 2023 14:23:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:4400:8166:fdee:1148:dc0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
CawwAz0YZSyz9lP8bKXbk1JEb+O6aKqdF5VoSePVKf9Sf4NQhd4FyrdmBUEYYk5PhDAuF4DHzFnf8pJEyREwrb/QlM2NwMpTQftkQ5VAkdCVvAqgbCRGWpkA5Ag9ISB/81Yhm9YPPEZRoFZL/S5OgqmYq7dF8z4DhRbzxQx2+4JzG/asKK7Sd2VpbzASzx0ODNCrfeyCvvT57N3DZuT57qHfk87XXfUK6qdjlDgzRwDR3Jc9rpq01ZArMb0cdbzzMKh9zcXAmhfwxzzzMRXzM4hrkoxfNKLDFn5VqLuIrKfY3g5QG/h9L/OreNtbzsax42xZw==

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_[https][][fb][][www.redbubble.com][h][check-out]_Tue, 23 May 2023 14:23:31 GMT.mhtml

**Hash (SHA256)**
5ac92b56acbb4c2ca6c7df83df10c52790de66ce34b05bb1a99e9464a6d22b23

**Signature (PKCS#1v1.5)**
qTJO45yR8rpiq6yr6sgp66QoihVtVQuBrfkzae1pCFkSEG0pha10LGrPW1WseKfnewkTGpjHLxm6cWAmYKtzKGZh3QdEBPRKtsw6s6JUsZZfwR2gmQR1VL+CkHwb6FIsxlZgHd2jB8mqkS/3CqfY0qH5UHhevmLJB... Kdy...



Mature Content: Visible    ◊ United States - USD$ - English



# Evidence Collection Report

Page Title
"Happy smiley" Sticker for Sale by dominik95 | Redbubble
URL
https://www.redbubble.com/i/sticker/Happy-smiley-by-dominik95/407573885.EJUG5
Collection Date
Wed, 26 Apr 2023 10:34:08 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a04:9dc0:8::3
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
A8eE3jvceVRkabXxhbssWIB4HC1HAhHbNaCmCIFC7CS1OZXLA9hKPfMoKo4705ZZNsVDNyoFd0dOoAMPmRElC3pwuEpI5eUcnac+LXbQ1+YLqpG+9q4WCaPba8LDRyi4Ig7kVhqJfeAcQ=

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[https]@[https%www.redbubble.com]@[i]@[sticker]@[Happy-smiley-by-dominik95]@[407573885].EJUG5_Wed_26-Apr-2023 10:34:08 GMT.pdf
File Hash (SHA256)
335c8h51a3hai9a2cca4h09a46d407285294053149362a6e5b00021e9aa68da
Signature (PKCS#1v1.5)
gdEjd4fuHKyAbgXzDfAUXPRGyUDGUtoc2rt2E1Tuci/RMHSpqccM5i1Gdg9jKxwcaTt5ilhcuJ1KA/Gr7y0h6uPMs9Cl9w+GfpHRMvlcDJ1KY0sBB4i7OTbdbEJ2A5iuo4oGcGoaHSPmkuKRZJ6YaBAgc1+vbpecaf/jtQ+Sgcbs/2Cno




















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Mon, 29 May 2023 16:09:03 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
112.206.66.148

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
WgCdfQirkUPwD1X72pJbqPwsdPe2i4LiKnigh6aFduoBtmfwGNOJvtL zpbBuzS00wPPhQGYDIKOYmJ40GNP2L9IIOm7f8HsqB48Q7Wqp0Z6sJ_yJ0hrA
t6XV73b3hqHKm6wL01IQtmejQayujzO1oxo5Ei0B234BSaAeD0U2EcmWSOHGsTbmwe3qpM5dsxKyIYLDPiMAjgMB5c6uBektbspgpLd0cJew4pqQ7BGXWKSSh3zsU0HtWYQ2rIpX4 1VcfbmMWTDZruzAnqFBCOBaoJ70UA7DN9ofgOri
+5PRAJP2sWDHSsuu9zaULMHJAjgKU6SZp7lyzpsMt6CKfAbbKuLVLPMDSbtzrqod==

# File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_[[https]][[1]][[www.redbubble.com]][[a]][[check-out]]_Mon, 29 May 2023-16:09:03-GMT.mhtml

Hash (SHA256)
a144ac65820914aboofGza16cdc75f6a2ce6e988c7d41002bed697869806e3b6f

Signature (PKCS#1v1.5)
TfF9KT5n9ewKF4CBDFgacL37SA17dly9sk2pA6lmSxn3948Lg/QKTIL0rkpxh2ggzn5m63yrmTMGm8sKYKsJ0p5KcHhkVrVsV+V+7CpgG4LjriU0hSgkCt0Bk7oBvD4vtlXHeFia+HzGcE7eLMAWG5Ud6HLQrrdbPtKwTECjMAoJn19GY5yraqSpldi+oGiB7uTbqZAnMMdnkrod4DBMHVSpFsbq
+qahSAkHH9Ngy XXTMFdTrgdmvC4ZKjcJY0w3pAhfur/oqqfyRzEeTLomrpO1+fvSQsziUgBNWkqptf10EZCHiOUIRuYK7wpOqdfXkNVWkd5ocermYrxZdCqSg84==











# Evidence Collection Report

Page Title
'Drippy Smiley Face No Words' Sticker for Sale by doodlisprojeco / Redbubble

URL
https://www.redbubble.com/i/sticker/Drippy-Smiley-Face-No-Words-by-doodlisprojeco/93779708.EJUG5

Collection Date
Wed, 26 Apr 2023 04:39:20 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
166.149.9.56.4

Browser Information
Mozilla 5.0 (Windows NT 10.0, Win64, x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
Lu955ZXjUX4yJwtmZNxwPhLJ5qa5jwbW9XpEJpLWQrSni8e1rr7ZTune6JkVrjaUabj8bq19riqwf4W2cE6Nr4YkTbb0gbbqufh4A8dVrrmNgqhguO358zbbdz7cuyMG2SQGVVzviVZWn

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_i[httpsJJdJDJpiscrabed5@Drippy Smiley Face No Words by doodlisprojeco.EJUG5779708.EJUG5]Wed, 26 Apr 2023 04:39:20 GMT.pdf

Hash (SHA256)
bb36fe1f923eec05d37cb1aabc2e6f4677e6ddbb3e6e74c7e6a07c9f2e63477

Signature (PKCS#1 v1.5)
a8JgaoM922sfssAHRPGhg7mbb96kjLAoj8kGW2M0HBWmog06uoG15J3gIqhCSVW61YsscJQBqBGVmPSaQ3XeDMhpNtTUmBDQM7kk8MA6PQ7KKXTXbQTPKC1ipc1xy7FeW22RYbRaMesh=



Netflix Fan Art » Redbubble » Awesomeness for Artists

      

     

     

  







# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Sun, 14 May 2023 02:53:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected By**
Michaela Burja

**IP Address**
175.176.15.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
1W1Rc9rFuQN4t4o8sl2nq0gfdoiwNbG4JaLIAWOIzHvM03XqdT2aSQ2nr0gom55jQ2i49SmxvDBEOEsZXtkDT53rbByTiMsO3TdBUzpg9YuhdUHDDQMk8N4efYg1V2ZfLdlbkeeO7ye7bL4rMjqBtgTOZZ02VKAnZ6RmEfZmvSYLsQCZSG5pNTPyZJ0gXbm5YhiTmmWOC 
Rtw3GZTbf5O9EZJ4dJbd061Nc6pQ5jLpZ5VLWnRIhP5O0GhwFJKKGIq9Edt+Axd1TmUPdhdqVDjOIN5SmFaHXudTpUdRyvOSUNxBMysU2SfLDmd8c9

<strong><big>File Signatures</big></strong>

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_Bmpo2jRzjfEwww.redbubble.com[hb]check-out].png_Sun,14-May-2023-02:53-01-GMT.mhtml

**Hash (SHA256)**
e731460TdfdHfARSb3c6X0bf6fb34d1c1928fBkA1S7sc1dc9dfAd04d21cd69f

**Signature (PKCS#1v1.5)**
DkLjAwGzbkekV5FU1xeqjkBDQRCNAUJNynaz+TE5rfUc4bfoKUWVHm9fugGRGnhdqxdthAB0xP+mhMtbIM5e9n1io1vMbsxrqAtd2UXhVCzuoEoCAtsDFmuuSXkjJ8DSgdBrLNuGFG9sXMemXv5r9lCa4CwQNbCStaLDI+152FQkpumUrEzA4StPpsMNKrCAN+s 
cGFJqJJohfBIDjgoC88Npqyf3DQRO0hTo5VBeXi4J0L369LrYTgpww0qAOZb0g8qcjQxcKm6y/E3gfkv3lx4vXhb9m0rrKCoP2CD7iLmpbhb6sYb1y7Z9CQJ1Jfzt5nr3r6vbDd5Lyvvm2Z91dZ09rHLS1+Mgthm6jZ5i4L0slmd/6qZrWQ9rZ3QhtDy7AhyhyQ1L3lEHAACAMm4U+1

<big><big><strong>File Signatures</strong></big></big>







# Evidence Collection Report

Page Title
'Acid Wash Smiley Face" Sticker for Sale by Ekall1343 | Redbubble

URL
https://www.redbubble.com/i/sticker/Acid-Wash-Smiley-Face-by-Ekall1343/116018136.EJUG5

Collection Date
Wed, 26 Apr 2023 05:09:35 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Ombredanne

IP Address
198.230.112.21

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
cjhgdfe52f7i5uhsdkfi0ygdr584652dygh28jhg3erePhkhnbik8hPLjdiu00d5efhhr98mkd3ddkgfdk02020jy9afef34j2oJ4b8uhfi27awzxaOiXHDdNHydqufxic0kJ3gp69ygb3oAd2wqtKuCtyr

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_j2Mykti2Dl3f5pww.redbubble.com%2Di%2Dsticker%2DtAcid-Wash-Smiley-Face-by-Ekall1343%2D116018136.EJUG5_Wed_26-Apr-2023-05-09-03-SMT.pdf

Hash (SHA256)
bf6bfd769cf25271929bwa51ee07dbc72efb21bef7637bd225d4ba738a7844f015

Signature (PKCS#1v1.5)
vkrhxWgfeduWjDOPbgwhhbhkwhABOj8ytzrJ4WWbVSHtHwjZ25khJ9kMVfPzV65ceb7BYkNkHjikafyv7jHFE7bEJ6NlkKylBQ4jZZu56uh5AE3I1BdkiHcFYiMf2ufdJLx4XGSE4FuwEDqX5jtk3qOoinMbocOvbBw



# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Fri, 12 May 2023 19:41:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Burja

**IP Address**

175.176.15.160

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

19ky3X4VWCfdhVBr8iK7AByY2asqraqZ2C8F7mVPmnkULzDHDPfThkQ/cAL5CtvJZ/0bpJN3gaAyp0uuQc0eN+48B73dxAFdyr3mG1cms8Zi7KNLGBbF3l09FbuyUjadJL5S2iAn4m0/WGhJK7wDZvoZ2pc7mmn2lAuLZYdB0YtYTm5SSOFF58WQ2CwHcytOXpD4MBvpZl/oeCWNqJ3zJKdU32rLvMDdZWqwCAqMVBSUCRFHwyyWfbszxbbkntxfd8NHJ2+np0lSUJM/g3Np5PSvzoQfw0p4FHoleJdbnZ7slXJQXaOrSOIKnkZwtCKCPCMLZA7n++

## File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_jjtmpsjji5jZFo[www.redbubble.com]b]check-out]_Fri, 12.May 2023 19-41-23-GMT.mhtml

**Hash (SHA256)**

13966484ea71e21c7012d374f0f83b9ae10c5f878B4eF5b6b233917Daf5a4fb176b

**Signature (PKCS#1v1.5)**

SEBAcVtX70RvtcsdhmZ2aBkPSTNMmP4gBAwrJFL6m4H7XuN6vULAoLEvBy+Ar/c3BKEOccZwqJWcJgbD2w0yM5xjGfkzH1NDMxeYTwUt+d0N8rHomBiGzt/w50mjqAbK0y/ocMnsYx5QciohRjmTaAbwCYAGM7ykd0124714oknqqc5MI1W4hOiUrtXQjJn4QehZpLuVN8exH1pYcAEZxQyhhr6N8N+sinmbePlZuscIbJqwmUGhsAnoHodkMhfn8b2imS0QaJLgsWGCGwpcY775rKpEwfd5dk0p2RCCDNZKDgm0O3QI2BpeGUxHpoPlcrADJfs3

  

[Search for products or designs]

---

## Checkout

| 1 ITEM | $2.69 |
|---|---|
| SHIPPING | $2.47 |
| TAX | $0.36 |
| SUBTOTAL | $5.52 |

OR

Pay in 4 interest-free payments of $1.38 with  

☐ 🎁 This order is a gift

**1** Shipping to United States    EDIT

Delivers between 19 - 25 May
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

**2** Checkout using card    EDIT

Total $5.52

**3** Shipping details    EDIT

███████████

(For receipt and order confirmation)

███████████

97692066

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

(Includes $0.36 in taxes)

**4** What are your
credit card details?

Credit Card Number

1234 1234 1234 1234

| Expiry Date | CVC |
|---|---|
| MM / YY | CVC |

☑ Save this card for next time
☑ Same billing & shipping info

| 1 ITEM | $2.69 |
|---|---|
| SHIPPING | $2.47 |
| TAX | $0.36 |
| TOTAL | $5.52 |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your shipping estimate/local taxes.

[Pay $5.52]

**Carbon Neutrality**
Investing in programs that help the environment
Learn more

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Super Service**
Hassle-free returns and friendly customer support
Learn more

Mature Content: Hidden    United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved.    User Agreement · Privacy Policy · Do not sell my personal information · Copyright · Affiliates · Give $10, Get $10 · Student Discount · Guidelines · Log Out



# Evidence Collection Report

**Page Title**
'Pink Smiley face.' Sticker for Sale by elmrue | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Pink-Smiley-face-by-elmrue/102619809-EJUG5

**Collection Date**
Wed, 26 Apr 2023 06:36:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
3404.569.6.36.9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
aLGmM4kM5p1abSJAFwvpVdnyVmg7YXGfbVP6NZUmLjZwd7cZdgEbLAYHnKiR3ZPKDtDOenL2P5Bin7FXpt1wTa5ZdyM6vtbvuh45wMzkuGmb4M7vJY9fNhaNnwd3YQ9WawdrPdJm

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_[0HpG22]@[www.redbubble.com]hL[0]@[crdrw]5$[Pink-Smiley-face-by-elmrue]5[102619809-EJUG5]_Wed_26-Apr-2023-06-36-29-GMT.pdf

**Hash (SHA256)**
34f1bc2bb5af8b0b42d52b2c7acdb1acd7d44d4d697666fb733a44161e14

**Signature (PKCS#1v1.5)**
iUbMfUIzCY1UL5ka9yjBg5bA5UBcaviPmcpcSCTTkHmaoOFZ5brTQG2RkdjUbAQkbp7HcqHMuobGSIQAjMbVWbPEs6HTa5ZkADdnkGjCakqrjGftHj02f0Ebr6CtSYRjvkUGhvhMuZTfwSnjTTT7nnhM4FcGkdGwYEBQr

















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Tue, 16 May 2023 18:08:04 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Burjs

IP Address
175.176.7.133

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
4vS73pj9leKQC5kOjz1Wtf7WMWXunNnbzsQhHbwpFyb2XuoM67Hh5Z5c7Nfp2p8W5zXe7odns0Olg7cpxQ3eK3dWQhV4XHdsMCvFDhmerL62p4oSGBuJU3jND4c5v8kHR6PL7nFVbmmh3O272Smc9kwZBAgqbqsA2vLpw9z6C1s7xiSoPExW8hygkgoOudDW2g3ReAJ
qyMbyfdfLuzJBsyD9KCYrP1Y11qcNgCKQWphgHqJ2FvGsPxZ9HoPn1NkHtsZXkSAAkFTaPHraPwdUNcvenGRh7KGZ19aGKk8bu7nVoQ1lV9kVf1SJqX9Fk7RKJCbztMqXA==

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_8mpqsJgRcJ5www.redbubble.com[fx]check-out[].1ue_16-May-2023-18-08-04-GMT.mhtml

Hash (SHA256)
b5a4f4bb7b52ae59507756478592dddc3671cb2bb4e682e3905f2af93fe3e2c

Signature (PKCS#1v1.5)
nUTyXqxa1Txcus9cy4nHxrJ2kG0FL0jhCBq4t9Q24WCef7ovdurY4HerXeeT4kb8dC6mnGaZEQ7t7xKbQiWfRLLmZmszTbxrbEF1HSkiTyaZbDQ4kRhiuV4rQ5289TC4W9HSkZ
mKkjbJHqVRB6Bs2cldpaqq7f9mPfVGTKHuhaFU4bkvABSyftSKUbc7EQG4cvUUM4mVFuriq51etqvgCkQBChXT40XE7I9mVhBKWhDU2ubkm5g7IDLZ2aT1XvGJq6j9nGm13IbcZG8cbvqj
mKkjbZpeTKdHsq1nqGalNKqiyFQJbKVf7fVzxWT8mfOQU9yhTK9khGmZ==



   







# Evidence Collection Report

Page Title
lightning bolt smiley face' Sticker for Sale by emmakate2044 | Redbubble

URL
https://www.redbubble.com/i/sticker/lightning-bolt-smiley-face-by-emmakate2044/114036088.EJUG5

Collection Date
Wed, 26 Apr 2023 20:55:17 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
186.226.112.27

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
d8f1ca4a828f0ded9a2gajcob56b40bab5h9f898bc93pb46p3hwogkr5dm17d0gog1432f00a8f71bq622002f1a52082f0b902f396f6kLcofg1cas9aoc7lhhbfd8ad3hg9 f7111-Ax1

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_ [fmfjrb2jfj0@qoxx.redbubble.com[h2f0jbhrbx8]fghtning-bolt-smiley-face-by-emmakate2044[h2114036088.EJUG5]_Wed, 26 Apr 2023 20:20:01:0045 GMT.pdf

Hash (SHA256)
b2745cf1458d2f0d63712f 16d812025[4h8fd0f4d] 9e2f75b7f9a9726a5f260r6b5fb00b6d5t

Signature (PKCS#1v1.5)
qu/zcbg6p2x7r7z7f9fhhkbfohcvg9Ex1 4f9yp7l0aGyfo2qnb0z0x7fn9bdkr17ht8n+8pjzd0Cza4m/kJ9Grw2d6M07sbR6aMb5WN8R6pbw5996b9Htff1c13mttm2w68z2Mitb60y6j7wW1PhMnbQ21jN2x58aBOX4mkikI8yQxk+




















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Sat, 13 May 2023 13:56:36 UTC [US Department of Commerce / NIST authenticated timestamp]
Collected by
Michaela Burjs
IP Address
175.176.15.160
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
knprX3gZCrdnXDMzdSXgNQmSxdCKiuJADBNxoZbdVd0xdwQz3yn9ixvFP6JSpvCTU1Wkkh+77cTGHSdgwQaUWbFSbKfcJqnKW6Eg0wk9W9Tdfx5jtQqoWkCurf1VoMuBYeg3xcOn215Ci3leQ1ipvpnIQBSVl9dOkAkb062MqpvnUGpBqrHkkw3mODMLFhVLxJ
+OXSkO1yiL56SFg7AyhhbmfqRfjXhD7YSqik7w7A+R7kvHdpAOZN4XM+GhsZHJwDkzE/AmTR6ZKJkZefmaweHLrkXrasmlW0GBsLXoKfQmLbhDjk9GOB45ACb0ZPDbwpDFOYVdGA++

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_jJmjs2j2Rcj0Bwww.redbubble.com(b)check-out[].tas,13-May-2023-13-56-36-GMT.mhtml
Hash (SHA256)
f174b4560f30ba673036eec2926e2d3306dc5ef8d8d2c9ae88c344cb7bd7c5d9
Signature (PKCS#1v1.5)
EzV9awwMqjFJk3XGOcHwcmVzAazcAmDQbeKoQbmQnGCJrfGpnwhBa6q4skFYT28PnoddAKF6oCQ1q2T3NguxSp3zoidh2QxMtoaAHW4BEKmjpJwEkXjfBzvuAMkFWS8WqmdoBKn5RpAv9LvDGtdRpnPzV5nxSpJz21JRLz5ST1XVH4wR4rdgCKY18pOSpvRkpodbGe3DBqiFAd16+KNuAAHLiAYWJnKpd2+qj9tv
nd5wBbHUvbmzGOAtTAtFSdQfWtHqg1+LzLS5nD0+kH6hVkbJaBOxBSZG30k4JeUfPteKW9hEPmuGgSGkKPbEVBsXfWdLbw1dhe1s4sZeZBm7d+xO6uGAHLkUWVfAkpdW2w+



## (Screenshot — Redbubble Checkout)

r b

[Search for products or designs]     🔍     1

‹     Checkout

| | |
|---|---|
| 1 ITEM | $2.96 |
| SHIPPING | $2.49 |
| TAX | $0.38 |
| SUBTOTAL | $5.83 |

OR

Pay in 4 interest-free payments of $1.46 with **afterpay**

☐ 🎁 This order is a gift

① Shipping to United States     EDIT
Delivers between 19 - 25 May
Using Standard Shipping
Made one at a time and shipped responsibly. For a happy planet.

② Checkout using card     EDIT
Total $5.83

③ Shipping details     EDIT
██████████
(For receipt and order confirmation)
██████████
97692066
307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES
(Includes $0.38 in taxes)

④ What are your credit card details?
Credit Card Number
1234 1234 1234 1234
Expiry Date          CVC
MM / YY              CVC
☑ Save this card for next time
☑ Same billing & shipping info

| | |
|---|---|
| 1 ITEM | $2.96 |
| SHIPPING | $2.49 |
| TAX | $0.38 |
| TOTAL | $5.83 |

By clicking pay, I agree to Redbubble's User Agreement
Please note: Your final price has changed to reflect your shipping address/local taxes.

[ Pay $5.83 ]


Carbon Neutrality
Investing in programs that help the environment
Learn more


Worldwide Shipping
Available as Standard or Express delivery
Learn more


Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more


Super Service
Hassle-free returns and friendly customer support
Learn more

Mature Content: Hidden     United States - USD$ - English

ABOUT US     SOCIAL RESPONSIBILITY     BLOG     DELIVERY     INVESTOR CENTRE     JOBS     CONTACT US     HELP

© Redbubble. All Rights Reserved     User Agreement · Privacy Policy · Do not sell my personal information · Copyright · Affiliates · Give $10, Get $10 ·
Student Discount · Guidelines · Log Out





# Evidence Collection Report

Page Title
"neon yellow smiley face" Sticker for Sale by emmastickershop | Redbubble

URL
https://www.redbubble.com/i/sticker/neon-yellow-smiley-face-by-emmastickershop/56194673.EJUG5

Collection Date
Wed, 26 Apr 2023 07:28:21 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a04:5d40:6:9c-3

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
LdCKbOQ2gWrXJrVFW50DDe8BWVumlZqYWdQuE9NgEufqWmdN7vZVzvRGZUcb5noB4Zgae7h9jefmeR7thrBV4mmTB7pfbabydosmHLThr0lFmb781fbVW4kPfKSg5Q5Cb3Wu8e8BXz0W9GbPd2iitu5

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_EfJdjeQZfZ@pbovo.redbubble.com/EfJdjrcter[fi]dsrecti]neon-yellow-smiley-face-by-emmastickershop[fi]56194673.EJUG5[]\_Wed.26-Apr-2023-07:28:21-GMT.pdf

Hash (SHA256)
40f9fd085dy5017c93457c34193345783772730da6a92445bffdf4f5df@bcd

Signature (PKCS#1 v1.5)
V3heaMbNAhccJsJsSlGxN4gvVpRKXbsVnxH4K4miA3JpdEnKxZWTfd9rXk4unA7udoknlxRQ9SJpQQvbwP9nePsJPM4+sNdKmxCitsa7Tnb67rXUnpFa46oV46fLHyjbrb5ITAcYZsq9laTdT1HD0EkRj4xNxr

## File Signatures





# Evidence Collection Report

Page Title
Secure Checkout : Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Thu, 25 May 2023 10:17:30 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
112.206.66.148

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
JV57zlPLvVyj6VhW0A.l4skpRu51GgqPqzR0Q1t/E63e12H0x1MtShk36/Ab94xZ0llfdZ0oRzPbNNuLfeb4Mt0zWvfms
+NZZp/JHWzYz7HJKctvcbqCPjyhZBLluhd0u00Mbgd/06X6WFvUE.JQtHGVxY/KdQUorfK6P.rXSqQVc6hpFkQreoONA+m0n7ACDKjlu3IkgS/jpbc2BrSHnqzcdU
qgcTPFSAzLqnW.YxgQZvGuQ5Jz1W7A0/CL/h5GwdoFsfSGQ==

# File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_[thttps[z[ffs[fs[www.redbubble.com[h[check-out][s,Thu,-25-May-2023-10-17-30-GMT.mhtml

Hash (SHA256)
9b601316kfd9046t2957.e0NSeee7f25tfaeaS7fbbl09ee6y0d5fdbe89dd6l0340

Signature (PKCS#1v1.5)
qbkM+qvkkQrxcUPCoGGP5OKh7rMPXFRABRJ6jRfLcJkvUEAyqqHatQKyUsgtfbdlOlla1nJCnHdLb7NuFhzZOubb+7h9d2lqCU[kxUK7zmPauEQw5xpua6IDBmcxtfXVIxWyu06tm5IXBSXoCe3sHm+SHgQYf9uVvQTkP3uJ/bSJ4z7GKV84oZRHrVYEC2YIYQhb6VTQMHm1dmDV3u9b/5B1pDgD/
zm7MwSaDxCuEl/mlddrwg6DyOaR3nRhdr+yUxGxdVd/HlYkhrduUriJ.U88qBMKr/40vKyAm21rrdSc0tS35T6fdpmp6b8AyyQcAADHQsQ1lkY/3fGsdmX.OEgzw==







# Evidence Collection Report

Page Title
"Retro Smiley Face Pack" Sticker for Sale by emhursch12 | Redbubble
URL
https://www.redbubble.com/i/sticker/Retro-Smiley-Face-Pack-by-emhursch12/52568236.EJUG5
Collection Date
Tue, 25 Apr 2023 13:39:48 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
[redacted]
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_{htttps}{i}{sticker}{www.redbubble.com}{b}{Retro-Smiley-Face-Pack-by-emhursch12}{EJUG5}{52568236}{Sat, 25-Apr-2023-13-39-48}{AM}.pdf
Hash (SHA256)
7a746571cac81daa07a322d08dddd16d1bed47dd010c0c0ebb4b17f95feca430b
Signature (PKCS#1 v1.5)
kqGkBeNT5ekIbNlAT1n33iDktr7qK6H1Gmrw1TnteknSZjzOc4Lv1Yacss7rkEF6ANHgn5cQc5VFGm50GaZ37A66DxzvJ0YKfEmhnwtdfkzd/vq2QXqPcPnyLJG5vB/DYt2+vLxcO71Zzqr+XaaZWtM3



















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Thu, 11 May 2023 21:38:33 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
175.176.15.166

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
pa2i7AaypnUbjRVpagKK7jSoiZLpjGCrxhzmFxnYVmFBsmdeAx7sxwq4dArTrKiVqnrV7jGgXRFrE5srkgfGILIWCDwurdiVdvinEWhfAMsAng7y20g1DoL0iORFVtFvo
HJDYGjRd3HekJ2Mb2ThvkAu7FCvFo7v3bkRH4cIhACDlPoRvywVkrnmL2Dz6iDnigFL4Mdrl4oKArk0yzrRHrFRHqniJdb0ERbUg4B74ZoGV67+RBrSMbNMLms9OKtejbPsKZrMhG3N8HsCmSz7qn

## File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_ffmhtp5j8n@b@www.redbubble.com@b@check-out$_Thu_11-May-2023-21-38-33-GMT.mhtml

Hash (SHA256)
447c01dabf2a17a6aec4af8ae4ab756c8b11fd91f735a1daa22c4f17ba0266355
p0sX3GUwLf6xeUy0x4vyRkJzAjMoMryJ4j8ggaTcA5dtnhKQgnriew1eqhJtKfRR75jyyAs7Ykq7UtDjpDMrkuKZ9znDHkgbWMr16a7brvKb2S79rZLfiOa6LvkON7WOZCnwBbreAtdfdPLkwoMd6W6dTQ2r2UttrfcwFiMDbNiYhPtZG8LfmbTwNrnHPd1j2YZWbr9sPwLRfXyTmnjnrnFmL4WcNKd7K5h+zrr+wTqbnjX6K9pgxiSHk1









r b

Search for products or designs

## Checkout

| 1 ITEM | $3.25 |
| SHIPPING | $2.51 |
| TAX | $0.41 |
| **SUBTOTAL** | **$6.17** |

OR

Pay in 4 interest-free payments of $1.54 with **afterpay**

This order is a gift

**1** Shipping to United States                    EDIT

Delivers between 18 - 24 May
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet

**2** Checkout using card                    EDIT

Total $6.17

**3** Shipping details                    EDIT

(For receipt and order confirmations)

███████████

███████

307 NE 1st St, Flat 0,
Miami, FL 33132
UNITED STATES

(Includes $0.41 in taxes)

**4** What are your
credit card details?

Credit Card Number
1234 1234 1234 1234

Expiry Date                    CVC
MM / YY                    CVC

☑ Save this card for next time
☑ Same billing & shipping info

| 1 ITEM | $3.25 |
| SHIPPING | $2.51 |
| TAX | $0.41 |
| **TOTAL** | **$6.17** |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your
shipping address/local taxes.

**Pay $6.17**

| **Carbon Neutrality** | **Worldwide Shipping** | **Secure Payments** | **Super Service** |
| Investing in programs that help the environment | Available as Standard or Express delivery | 100% Secure payment with 256-bit SSL Encryption | Hassle-free returns and friendly customer support |
| Learn more | Learn more | Learn more | Learn more |

Mature Content: Hidden    United States - USD$ - English







# Evidence Collection Report

Page Title
'trippy smiley art' Sticker for Sale by eringellmann | Redbubble
URL
https://www.redbubble.com/i/sticker/trippy-smiley-art-by-eringellmann/42434125.EJUG5
Collection Date
Wed, 05 Apr 2023 05:45:36 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a04:b600:0:0
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#v1.5)
TYGh5uC78ozsb4Z+2aQV6FKmKpm1oTuqAZri9Bo4abp7cG444qQaz8RCT74PvtVuY14Fhr0Lvtr6uhbMkAPuDoHS6kgSFnFDdJg3dyq4ppQqj4RgNHmhLZD4kEaGPssYc/ugVpt+

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_Bhfps5yBQ8/piece-redbubble.com%2Fi%2Fsticker%2Ftrippy-smiley-art-by-eringellmann%2Fb%2434134125.EJUG5J_Wed_05-Apr-2023-05-45-36-GMT.pdf
Hash (SHA256)
5b4bbdcf3e341ba905a171b9bdf01f0113395fcb5b3cf5bde3ec7fa2e6f
Signature (PKCS#v1.5)
HOfpelluJI2T4FFapUTBerRXFGHrbuHX5Net1qp4E/Jt9a0UZne4aGk5IX5Mpq4JyHd4hAb4xLk6kocdOeRH3ll90ajMpg4dpgWRpFRDfDGGt04K+dbGbdRPDnmX1v04EjoaVEDsw5+C+SoGnKCT7BHDZ6BGGsLr+














# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 14:02:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
112.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
MXgTJJkByoXJAVhSnDmxpupzCAOqusCN6mHIcMyBcIneTK5qQaIPmqzmAMIvgfZAkaXLxjgZca8FORSI2/ArwHrSHTCJgbvBjJ4ovAFsG+Y5bG8ZLBkgnPWtTJazKrQWGpfQRbfY9V7ufEoEBZOn3rOAOj9DeqaBEsz15uGhJVNh5/RzItwl0PywpCEd+5ASgIZ3xopML1INLD 1nToxZ0kIZPIaTHwiLPYKXoPUpgTD/JekmGz80KHMFP7SeDYVAGCRxv4ixCVAirI8lIZQRvHGZfZn1hm9jTp2DShVQyGk06ngSNkjWOs/T2pozLmmFlnVXdNvbM3HUuQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_flhbipjjZttJfh@www.redbubble.com[fu]check-out]_Mon-29-May-2023-14:02:37-GMT.mhtml

**Hash (SHA256)**
ea13c624fbcb1061d10bc78f92fe6b51845a2efa2a203cd08db4c89ef10ebb2e

**Signature (PKCS#1v1.5)**
RUXmIFA2+usHN6RNy2t9GtCF5E3R6bHHG6SLGBpyaqktrmv2YqPBaIan4Mha1s0hPQp1Q0I+8UhFSPaU7TkRc45CVmaz1VOWOA8E5Vc2,ad1stkix7rfzsoP01t7mwty4c3ig7SIruev6P9pmkz1ILJLaAo1BmhLAX7Apw8we5ruH4PLG0h5gBqsAChC32a+LSdPUuH72txmhgrYNdKYIQ5+G4HDGevQDNmGvmAMd+12Kr32AewOH5HcbS2BUZKOK9SCnfSdzMkirfMcHUDKylxu7iyrOqimoSO0wkd11fhxpp8XjNwzd1v0a2x1Bei0n+5LNeFJ01YNnYP3zO8q18Q==



   



# Evidence Collection Report

Page Title
'happy face smiley' Sticker for Sale by esteban5775 | Redbubble

URL
https://www.redbubble.com/i/sticker/happy-face-smiley-by-esteban5775/46780463.EJUG5

Collection Date
Wed, 26 Apr 2023 11:11:58 UTC (US Department of Commerce | NIST authenticated timestamp)

Collected by
Sarah Omotoshuba

IP Address
34047400 B 35: 0

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
q2n7i8gpqGXD7tkGr7mrbmAhbkmpOnSsSzcUdKUC Pyro17swE7leem2t5zfo52LiGoRSx7yZ5jL4VnJFXgqxSv34obbat6pkx4bn4Hp4bwKjWMvxnAwNTtt5DQccoiUBDEhklKsdHBnHrEUY1SDQEnm4RfkqkHr

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_2Hp5zQZrEjhwww.redbubble.com2Fi2Fsticker2Fhappy-face-smiley-by-esteban5775QW3Wt7B4nG3_iU1VQ Wed, 26 Apr 2023 11:11:58 GMT.pdf

Hash (SHA256)
29abt2kXfTT4S1lKbpwCy28lapjat4sf2wwc7bkcYoUd8bak16a7Kbbkf8bkk8b

Signature (PKCS#7 v1.5)
SZfc5Yfo1XgO1AQ3oobxbdZimnFiqyd4KNg7TM-kdAGkp2JZrV0IC8kmE3FSPcn8x0dodpnMFK7oJ2cDocTc9oNikg18Hoa3OJ0hs2GwtuG4CXTgv3eqZ sV3S5eeF nVrUmuJwkiDQwwsh4i96drjkqv9pumjkRTHu7Xt7B=









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Wed, 31 May 2023 23:48:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.70.8

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
A7DbRDEJHegjVN6vfPqxMP1gT8Z10bt5Ga5ddgxSvWoejf5o3z5AGLD9GHyOPtOW6x7G5mWvqL3L8DugQ35dIrKE+/SvQ9K0iYTdvSpIKFLfBI1yPDRmAtwf8spVA+3dYCqpOiFiuNHfriSSAtk1vVD93Bm8AFpGqR4/3dBKrlWNdKai1up2qDCFPUv9CsPuSRdkQQdbzfa83eeU+ZGkM+U0Mfl8bv3z/b5fE/GDcSLbdqRYKVz7y6dxmHri5poS3YA1T3vcfhcwIACK3EUWOWTvpwnPFuR39+13kt3PDY7a+n6a238C94hGmUTpujQ8D/aZ7fleTTy+6DtGGR8fEQii+

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[[https[s]]fh]fl[s]www.redbubble.com[h][check-out][_]Wed,-31-May-2023-23-48-11-GMT.mhtml

**Hash (SHA256)**
639035e1fa59f49c04a133cb262314fc015f536514904e7345f6de3550507b63

**Signature (PKCS#1v1.5)**
5eSONxwhXEeVSl1GhJ7k5kbQTpF3xfaajOjZ+LQcjt0beWgqL6VLStXKJwcf0i5nfxVASbLLjkKeOb6GJ0HV2SKUUS5VSaf25eJhqGF+9TLS4fmh/+vuER07M7AqPULePzTP5piLdebM6k5Jyc6aWJA/bMg5Tg6erl+QKUUdzx0ldp9xZ4bZ23iKv/LiKrXNWthhSJdQQ0iE5Wd015tSfN7BE4XRX3HADBU1pAPjB7iGbK7Vog3DTiZZnP59etDtGkniKSernOLlDB5DyLCcEvN9H5XJjj4MAwuOQPBmvbHDWW8PeYNd+6bo68bBR5F+u0jtdJ09zjhuzS5g==





# Evidence Collection Report

Page Title
"Sad smiley face" Sticker for Sale by sweetashhhep | Redbubble
URL
https://www.redbubble.com/i/sticker/Sad-smiley-face-by-sweetashhhep/61949313.EJUG0
Collection Date
Wed, 26 Apr 2023 04:01:11 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omkobudsu
IP Address
34047A09.8.06.9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
5defbfa929a4fqyuf4fdwyxdoscf44d7cd85c4cfyfgd4612JF5j1j2NzcfdfjwuJ7cu4ykUfLMLdU1j3PmfOtcdF7YfdpamP6mHcYYjixJpX1Cbugnmc9feifrdeafdtJcQmkprUe2lmZfvbkpdLxJ3jpj1NXk77KTdAm

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[Shepi][D]@www.redbubble.com[h]f[o]Jo[od]Sad-smiley-face-by-sweetashhhep[Soh144931d3.EJUG]_Wed_26-Apr-2023-04-01-11-GMT.pdf
Hash (SHA256)
b3b430d4f0035f4edct765d4ca9ha7e654ecdafwf44b9bf21ac4fov7abde
Signature (PKCS#1v1.5)
feujyeJFf0040c5c7c2vbckJ6JZfcwf77kmk2fvMk9b0ldik4UN2wpfahfjHfAAfyf0Jg2Cdf9JwbPdfbAkZhH1dJKehKFmak14H4Tf44LJfhH2dFvkhHbpkUvdeVJVxicp8ALAG4aTnkbkjl1XEXNyphytm











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 15 May 2023 23:45:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Burja

**IP Address**

175.176.7.133

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

e00c2aa5PUM1a6GhiDs4Vs4USm1jGOe3p5DFf8S7vQNVVHZYspHULiOUaBvfHVWJFU8beyAUs1RHgm0YZGwOmHMDkzWPfMAhnDhQYDVCsAbXQxG0XBdteBfjqHu7qQmmhovQQXpzYIdwyrW9cJqdwrnEb4WrhBWVhMaXfmRAZpv8Qao4w4rfSnDOSM9zjcDLIDXihkbS7rwZ2HwJQ1dxfwd



## File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[8mjsd]@fj[8]www.redbubble.com[8]check-out[]_Mon,15 May 2023-23-45-35-GMT.mhtml

**Hash (SHA256)**

036c1e689Gb3F134e7709bf4ae65bf77d1ac1929921622bd669e4321900b

**Signature (PKCS#1v1.5)**

sAH3tFvwHrSzQLG5sKrKoAum2LOyUgdPnvxnvUawMKm2sVusQSkjEkyiFnsdypaGLkpQHlqruDHrsUJspFiK0aEm+JrhmGZsTmDr4Ln1JY7SdYGF584mvhJcm2cULY4HLvMsHrPee7Bpnv1Ne6rSJG2L5Tj+84qAMrVQjQiaZkz
+Sx4mOXSUqGrQQT4ubuMADUfJQggs2aTBTSDc1+OgnPp1u2LXQESMK+IYBYQC2FKG8MerFYBuTOLXhKMkpRMtLoDSp+crZMue4AQNqpkM49bFT4Fh1LzgBNIsJkUgRMbbbjxAbmT7TuSoQNmvDCPVgkyXuKzrMSDC2HqBbTiLrr+

   



# Evidence Collection Report

**Page Title**
'Confused Smiley Face - Funny Face' Sticker for Sale by ExoticFashions | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Confused-Smiley-Face-Funny-Face-by-ExoticFashions/104736052.EJUG5

**Collection Date**
Wed, 26 Apr 2023 05:22:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Chotsdshobu

**IP Address**
185.230.113.27

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko; Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
4zKpd3dgdjTCK+4KCChhgebtc1ZEvFuaFTyzQha20HBHM94M77q5lmJCSJbLLAMGxO7YC5LzgbEg2ZILnZ5qfaSDvSnkt3nuGLzdbawm44EWDdeXky60sam1StqK5ku3cNy7RPsFicLIhCd2jK7PreGnqUY/Oabm4cV3IC7YKozQyKHFSJ7g9+

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_EHqezJEQhQjssns.redbubble.com0fRj0sticker0fi0Confused-Smiley-Face-Funny-Face-by-ExoticFashions0f104736052.EJUG5_Wed_26-Apr-2023-09:22:51-UTC.pdf

**Hash (SHA256)**
96e0942c2d27ab279d7fe7f2C2a4b4b1cf4a0a43d4d14c4677141fdf0A3ed45767c72a8ed

**Signature (PKCS#1 v1.5)**
B9j5AKEGssd1i3iqJAaFSmkOzbdf99ff1a290cp15136fF2r6fCm2v4jO1Jybayjf95Yd+WkKJBlCUms64in9Ksxjv3zbp5w0fkicrc0ld15Bazrofibuv8LIn5paS0l4Yin5pQ1uvCLKdaG6oTtl5LNnr5eEOksfe+b4k7w4iGgi+



   









# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Sat, 13 May 2023 14:40:02 UTC [US Department of Commerce / NIST authenticated timestamp]
Collected by
Michaela Borja
IP Address
175.176.15.160
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)

5gfJygeGBgNsFAvL7ajFmUDbdRvnYquQwIGIZGPXWQGjyvO2WHpbpJ777nlnkM0FvFl-ldqYF4ZxpFWmY3Zbw0rwXnnWiyhGCKdXwVDvdAzU0JdXhuUuKIjLYZ2CXQMuUVQJ11SKNDvXfErT4mfJdbBuJVJcHhwDdmXRNGrGZWkBwedZ6aFyhhRlm4l+yAxnDHmtrjlBrYqiyemEAw 4YnpgbvOXvFoftgzrVQXjDXbYtnHkXmYZpWxoTiVMkSuLtUL8T5tAADz9yNQetAZhO7tjqRMnhVxngnY1G5kJzxKOUNkMhFnnKDzXXPZiwOwMlwdLpUI/EV+iRtkYyfjhLVSYWZ8prtx

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_[8mpsJiJD-f[@www.redbubble.com]hd]check-out[],Sat,13-May-2023-14-40-02-GMT.mhtml
Hash (SHA256)
4170ef1064c58c967946985cb4Ylc5l8fd9bck1e18d05c-1d4d5c16cerf783a8eababaed
Signature (PKCS#1v1.5)

8VhKbkq1nejb6S0rXCXgFXIXUu23awIQnDbGWlNcSmkguuY3PrE1palE+U3izrvUD76DNUV-6cz5FSpbAHWlLwbSD7XGdT1-hrbTv8hV2BmHrLCPCaJYeYHcgoSBwsqDLsE1RF42h+RQfiE 1m1U+7n3jCBrQ-jodysi3PX7UKJCSgZvbbjFd3UCXoFbrSGc1Lt3h5Yu6n17rbSGRfDbbnzMlfbGidtNFaafFyXWkPrUqrbs5XCeH+Cc9/8ox7bAZcb1dzphZWI3ZVoxwlGAVAUSCc2W



  







# Evidence Collection Report

Page Title
"Smiley Face sticker pack "Sticker for Sale by faithyrosser | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-Face-sticker-pack-by-faithyrosser/95568974.EJUG5
Collection Date
Wed, 26 Apr 2023 11:13:17 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omikotsuibu
IP Address
34647669.9.96.9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5):
Uu7m1xaH71o4K6lkzjAdUd0AWm8HVo4ZSbmCSpxR7S6QbqHxai5wGkLmCJaAB3574JV6rCfFQdMrQhy87YH95sxc44k3tJwpWUNV735LxwSa9ehbbsUdXtp5DF+dufmPGbZ1d1ZhCCRWi0Fr1mmwU1eWPMrnNh9C19rknps+0

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_ZHhz82DJ0nGmw.www.redbubble.com%2Fi%2Fsticker%2FSmiley-Face-sticker-pack-by-faithyrosser/%2895568974.EJUG5%29_Wed_26-Apr-2023-11-13-17-GMT.pdf
Hash (SHA256)
ef19bdbc1288bfb00e913bbc9163fdebc3ddb8dc98d84ble147dvMV1cd3c71fV0C91
Signature (PKCS#1 V1.5):
Wvw1V6HZaviVnVsijdcE2J4Vcnbdr1p5HdDRhy1KcA7tqwkyLhwkhXdq7bxplp5ZA772vuyVuaDMCU771xKd87G6LWsaARMd7sparmzA4WhLKksNF4KQju7ScdrNq5sTrudbmSpSwWdwlinNWIHQEQdmdhygIbHOgN4Zh54kx

---














# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Wed, 31 May 2023 23:53:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.70.8

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

p6gyeH2Q8DXz4Wz8Sw49Upmd178RwmvNCHwk6oxcVAFdbSPoPbuV0WOLeZKOg+OARiJxLDsWdnjDgaTlHWQ+eClb+v9EKFByq18DuvVkVJpQpAvUm3WZ9l+nNMqtGfXTDZ2jz5l4z/2yjjU6AZvoGS1fQ95nu98jqzhsvTD57b7JrFaFnqGL47QZNP95mpU9J+OS4C8qlTq6mwWANSmbzAbXgouc/ZlZnQ6HCVlFj8NTis9Z9HPBnmodDLQ4pxSNFhzSsyEzV4NSUUW0yfaxr06uBtyNFVVMKgCsu0akBKUlEhXyp0OOZ5CeRtQx7qWp3eW+uDTC/dluA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][fs][fs]www.redbubble.com[h]check-out]]_Wed,-31-May-2023-23-53-04-GMT.mhtml

**Hash (SHA256)**

15dcd8597a2114c4861e8bb06afca76bbcac1a45aa73e184534be690bdaf2635

**Signature (PKCS#1v1.5)**

OlC7e48IIocvpjHaTDtVsLMXpF2njgA9iHP5sW3wSrdmz9mJmVr8Aiu7QRY6U+qmaQ8goOakw+Ml03FVgmP1qjxgX10BoLQ1EiOFC8cRqpvx5Hoa8CbZD2yCPItUgfvXf2NiaamePPSFPqO/vEEjNpcut+Wrnqk3q4jJYuLjFmtYLkh1dErSX/A307cioE31p/Uw6PfCzT5Ch19voONWaHexL/Uu9VGYY9Dfve5GDMHbJ9ocV/5/SifXin4i7VlJdMqTefbck1h3oMQHdUA/3+lBAl5HD6DWdBzXUtXyPpP0qQYj5xNPwNe+RuoZzkY9lK8qBdialeKec0JAV8yeue5Lg++

