# COMPOSITE

# EXHIBIT 1

# Def. Nos. 81-120

# SCHEDULE A

# SCHEDULE D



# Evidence Collection Report

Page Title
"Yellow Smiley Face· Smile Please" Sticker for Sale by FallInLoveCo | Redbubble

URL
https://www.redbubble.com/i/sticker/Yellow-Smiley-Face-Smile-Please-by-FallInLoveCo/136312250.EJUG5

Collection Date
Wed, 26 Apr 2023 04:19:41 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Ortmdarukov

IP Address
34047400 8 35.9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
IsCg/T0MtZ26AkErwMlsW49ANbsU6eo4ObdcfAFdy5vVhVzWf2Yhc1PILzoc2O2DZ17ml6YPRUT/LWL4Hz7aazlyebpyGADx53ab3vrrCusWbm7Gz2Aju86N1M90z0zkvbNEdtgxHq.NKYLdrgzGpnHUW+/

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_{Image}{Df}{home.redbubble.com}{hifjh}{ztosci2x}-Yellow-Smiley-Face-Smile-Please-by-FallInLoveCo}{Df}{137j}{230.EJUG5}{Wed, 26 Apr 2023 04:19:41 GMT.pdf

Hash (SHA256)
02b47bb941e6c550d3687167b47548731247de014ec79bd3de9299523d

Signature (PKCS#7v1.5)
IsuoFL}{CrGs2QME42r0aArgqs2umlXrtKmr2Agh-tjc1Vs+43294LNm1gyG7yzktMkz3JKNa.b93bt{1+cofq7xnfxYhCJGdNE5B4}{aMLhUs91+vmrZdug+tWQ3CMF99dsssl2s8o2ux3x72rQ8sKma9Hm+0494+i+

# File Signatures



















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Tue, 16 May 2023 09:47:40 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
175.176.7.132

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
D04k5dLxsV6Fvq0bI6sn7cr49S65qiK3Og9BpeWG18zXoFoXarWn0nhF3rJLZgH94kx+0CWWvLrug7z89Gf63b7YTm+uECJ9dzVf0A1CcjJrRkwc3UVKRvdoG7V7o/ FrzvVdd0Mo6KoHahzk3d23AbtWhrWMg49FfUoP3DLwnb80K1LGrOhzywQacp3QE7pIrfMf3hRklvdeogeDFtBiFrZZ8sPa3iB506jCsysI/sysnnss04a43wnkeLMF3Stevsh4rQn/joqSKfOjcrBjs6DpMgeB/urPuDFgeEPgKCdh47e05wtn+

## File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_EImfpoljZh@5@www.redbubble.com@@check-out@_Tue,16-May-2023-09-47-43-GMT.mhtml

Hash (SHA256)
7aa6b7eb0343c1bb1531ba6bfcbe8c0295e63c9ce2215/20ceb31f383a0dcc8b09

Signature (PKCS#1v1.5)
jOypFirkJbG1dRiKIrcXLsiCapptrcvhaFEDTpATSpPV2zGDoMgAPxN6Exb7yQpQolmcS0Y11sd3DE4G2diLrwT3A0A70VfIbmA/S75AtJgik7m215GP73gn1JwmwqnqX0rLnUM80Rbgsjg5syeRqD0Ex0f3gvpqQ0Pzt9YPB1jo9zT7peKXspms+DcuD7mnH0Zk7v4PGNdGaaUGfSD9MFfEi3SHQvGfcYabNnCxVxcKtvoxJLKLNfT9z4zRvT5QmNfgJ5MAb1jmG2suuuUGR8OWFYViL5AuhIvKwOFKkBhh0++





Case 0:23-cv-61229-AMC Document 5-4 Entered on FLSD Docket 07/17/2023 Page 6 of 63



# Evidence Collection Report

Page Title
'Smiley Face 90's' Sticker for Sale by Fangirl-boyband | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-90-s-by-Fangirl-boyband/54036744.EJUG5

Collection Date
Wed, 26 Apr 2023 06:15:15 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chickalidakos

IP Address
[edit text]

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
[long hash string]

# File Signatures

SCREEN CAPTURE

PDF

File Name
screenva_[9mju]Q5[5](www.redbubble.com)EJfjbtedst[5]Smiley-Face-90-s-by-Fangirl-boyband/54036744.EJUG5_Wed,-26-Apr-2023-06-15-15-GMT.pdf

Hash (SHA256)
[hash string]

Signature (PKCS#1v1.5)
[long signature string]





















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Tue, 16 May 2023 07:49:42 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
175.176.7.132

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
e39roemzUQZsfmHpesKdd3iO+mpu132q65kjzGdIFfuFcP9BHrEU2BOVYJrNhkxhGl+TVk0DjzbVWr1SsPFaqQQzHoMfs4Al2kQ0dz0kb37HQanbdN
mJA5X51mk6HrLDJ0BhG2MjGUFK6pwnE9AOjprvzCCD5xOQkqgem2Mf8b0qv 7xTCHAfUsArygKDjmYD6tT6GZrjpg6n8Mka8HROa4m9tCfoVdHCZmcik1QVmlbpv1J3MFTcXEONzfVCwatHl+a6uoDZyUyuL4hwSMf8j0nAZCpbJzy05pgxnD7m9jZnUY/PjiotMOoCvxK5/
MDLJXKVQEXAl0y8LtK5+CCSw+

## File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_JjHlyotjZgCfj6@www.redbubble.com@check-out@_Tue,16-May-2023-07-49-42-GMT.mhtml

Hash (SHA256)
5fc74e76aec0f09062b60b7148ef48a8d20e0c1af93al01988dlaf9eeba6a25c

Signature (PKCS#1v1.5)
S/ZNaDmJpPohLWbEyVkp4vABAs1atrVXXTF37LDeQKGxDc5p7LnNgke5/w4f9ac1dlMjpUz45br9aXuF7xMVbEL5bskGxrmm5N6of5GYScdLuknkMFjZuCZ6aIdfoUt4RDJe7Vd9onvSef/1jBXghp5sErDg/uKBpobKim+ktXe7ocmSXHCV2XDAZmV=O7B8/
uRgjT6HAm26R3AZqXDKjLkmaeD4jdZ5uPfNartJ8cjn7bVtQwtXUMCqR5V7903x9LkNK9pp7TFwfkL9KdWlo3oYOF5bTE0/ML9b3OM49dTWfFNetytO/CFO0CaoguimKrJOCOFZNMhMGvS+








# Evidence Collection Report

Page Title
"SMILEY FACE MUSIC LOVER HEADPHONES" Sticker for Sale by Elmhustler | Redbubble

URL
https://www.redbubble.com/i/sticker/SMILEY-FACE-MUSIC-LOVER-HEADPHONES-by-Elmhustler/139775847.EJUG5

Collection Date
Wed, 26 Apr 2023 07:39:40 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chrobotowilos

IP Address
(data field)

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 | PKCS#1v1.5)
f47dcc6fe5f3fca5f3a59aceebf68b4cddac4556ecf5c6f9a72500dfb2ff1a4586d7e75cf6efba57a0fc51c0ff4542ef1c6347bf27c1c24c137c2a38372a0c1e7e7b47895bf9drcdjq1drbqb50v3ed3i

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_EJ5szpJUQ5szone.redbubble.com%EJ5qbckr%qhb%EJ-FACE-MUSIC-LOVER-HEADPHONES-by-Elmhustler%EJ_EJ139775847.EJUG5J_Wed_26_Apr_2023 07:39:40 GMT.pdf

Hash (SHA256)
6d5db6b0e73bee0b217.2713c6ce4f15cfe863c82545347864ec0abb4680f13f15

Signature (PKCS#1v1.5)
77cf42f2uieqj1lwbGjrqerj602cr74z23+3r4a3cbhfw8ww4z4f9e9e9gw99x1744qir0fec91fb5wb8e94e394de97 4dm74ecm93d9cr4cwecq0qcfb8w90y60dq0i3itaa6dd93ed16bwxsq4y9c7c70m0h7eVkkU1bUW4x0ac45qq






















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sat, 27 May 2023 04:07:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Vg4K9bdUrYu9rzw/v4T7LYAtnPnW5WxgR8YaALkOFWc6cLK3I4fMEJkvjRqgaiDaZZ4m1fr+W/+rEyZ0KzS2BmKyGr1JOt2QxAiTVgGpn8Ux7MR7pgrnRfpH3hBLFBGWWkVXWCks7s1jjGoV5llpiVCk22WrKjAMSm8BgyiYhEW6LIUP5LIhVBXWok6aMeyrXfw+aHRPuSheygJkm+
xC9GQFUPUoT6mXJLF6pd2UJJ2NM907bBqc/M4KcoO61OGnjmw3DW5gOu5JqpR9ZZCJAq8PjX7M21VYPqaVoMjdyfKj2uAAkv1yV2k3cac3J2wvuf2X35zjhF1zY#4+=

**SCREEN CAPTURE**

**File Name**

screencap_[httpx][2fs][fs]www.redbubble.com[fs]check-out][_Sat, 27-May-2023 04:07:04 GMT.mhtml

**Hash (SHA256)**

b45b6dbd125724b7d92c6ed5bb37982a500c61ec751500t1e22b921e6cd4dbe

**Signature (PKCS#1v1.5)**

Ice/KIcuj4zVu5Ns,/Plz+WVgzLMVQvgqLRgaUlAewqcs1nFntmZOM5QCJXxYhG,lY9FT4AQgsGF9u7ZmI7lhAgHOKgZpWOqmTC8tbOa3iar1/1/Zd4R6WO1m39eu5fRmT6a9f5RHfMM5Zlof7S6e5PquF4kSh1Taa5nLh1pEzr9QqAkRqnGCCouvwzV/
Zsmdrq+vkOcNQjn0w3NsO9JxvrVyBh5aV1AYtAGbd9u+WX7ViyLRYhkbBzPa12TMb7QjRabXbxyUoUuUkek1A4c3LHa+v1Z5u5lE5iSogyv1dxwRfDSfOFa5hey=



   

AXENCIS

# Evidence Collection Report

**Page Title**
Your smiley face' Sticker for Sale by faameee | Redbubble

**URL**
https://www.redbubble.com/i/sticker/blue-smiley-face-by-faameee/143068468.EJUG5

**Collection Date**
Wed, 26 Apr 2023 07:50:40 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Dimitracahau

**IP Address**
2a04:5e00:81:bc:5

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
87c08e2d2a52mm4A59aap0012bbAb52O971bpAaACBW99NJbupbfL0bFv1c2OTZ9eoL4APiP9VaKpA7HGoat0dSJtiypxmNycbAeNqnWgCnjkIkKJ9antNXpWaBBAQJbt71tNECFWtptwfUBpALT3SSSZJiUNChPHZQBH

## File Signatures

**SCREEN CAPTURE**

**File Name**
PDF

**File Name**
faameee_i9HxtolQfQOnce.redbubble.comfXJJ5dcdnwY5JBue-smiley-face-by-faameee%5143068468.EJUG5[].Wed.26-Apr-2023-07-50-40-097.pdf

**Hash (SHA256)**
9d09661786c9c41a790d8B8m74bbb74bb99ie30bb2d5372e86c95f61b9eb

**Signature (PKCS#1 v1.5)**
z8p7hGrZ9YLoeY0w0mU80d0Tm7oxyE0rpHTOF9rU0TnyOwBHXuuiwLNRqq1pF3cG3SO4aSf6O0pq33WiKCoMAAPAAOjCJpEm1ts4eVP0ZNSKJIJJ0AJdppNvPGZ0eqpWBObMgqkLC2T ugPPrVbLt+



Netflix Fan Art • Redbubble • Awesomeness for Artists

RB

Find a phone case made just for you

Set your art   Login   Signup

Clothing   Stickers   Phone Cases   Wall Art   Home & Living   Kids & Babies   Pets New   Accessories   Stationery & Office   Gifts   Explore designs

### blue smiley face Sticker
Designed and sold by faameee

**$2.69**

$3.22 when you buy 10+
$1.35 when you buy 50+

Finish: Matte

Size: Small (1.2 x 1.2 in)

Add to cart

**Features**
- Decorate and personalize laptops, windows, and more
- Removable, kiss-cut and stickers
- Super durable and water-resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

**Reviews**
★★★★★
Read all 150 reviews

blue smiley face
Designed and sold by faameee
Your smiley face

**Also available on**

iPhone Soft Case
$23.00

View this design on +71 products

faameee   Follow

purple smiley face Sticker   MR. HAPPY   Upcurl blue logo   Upcurl blue logo   smiley logo   rip curl logo
From $1.35   From $1.35   From $1.35   From $1.35   From $1.35   From $1.35

View faameee's shop

**Similar designs**
Explore similar designs from over 750,000 independent artists.

purple smiley face Lightning Sticker   Layered trendy hot pink and light p...   lightning bolt smile Sticker   Yellow Bold Funky Face Sticker   Electric Smiley Sticker   Lightning Bolts Sticker
From $1.35   From $1.68   From $1.35   From $1.35   From $1.35   From $1.72

Lightning Bolt Smiley Face Sticker   black lightning bolt Sticker   Smiley Face Lightning Bolt Eye Yel...   Trendy Leopard Smiley Face Light...   Lightning Bolt Smiley Faces Sticker   light pink smiley face, lightning bol...
From $1.79   From $1.35   From $1.35   From $1.68   From $1.68   From $1.35

**Stickers Tags**
lightning stickers   bolt stickers   lightning bolt stickers   face stickers   smile stickers   smiley stickers   smiley face stickers   meme stickers   cute stickers   kawaii stickers   cursu stickers

pinterest stickers   aesthetic stickers   aesthetic stickers

**All Product Tags**
lightning   bolt   lightning bolt   face   smile   smiley   smiley face   smile   kawaii   cursu   pinterest   aesthetic

**Other Products**
lightning t-shirts   lightning stickers   lightning phone cases   lightning posters   lightning sweatshirts & hoodies






Worldwide Shipping   Secure Payments   Free Return   Local Support



US   USD$ - English   Mature content: Visible

**Shop**
Gift Guides
Fan Art
New Works
How It Works
Give Savings, Get Savings
Student Discount
Login
Signup
Bulk orders

**About**
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

**Help**
Delivery
Help Center
Guidelines
Copyright
Investor Center
Contact Us

**Social**
Instagram
Facebook
Twitter
Tumblr
Pinterest

RB REDBUBBLE
User Agreement   Privacy Policy   Do not sell my personal information   Cookie Policy





# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Fri, 26 May 2023 05:29:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4564:f600:ed41:b077:5c54:50b3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
RwoMmZfc24yQ6FUv1TsdGzHgVmm+QknQ9UdMdLJk7fAqVfg19AKGLH/SxCfJ7XE2AoKGm1xyRgNN/7BhMFhAegXDKfiGUVVseesSeSbgpAVp8bSQFCm3pKRTyGbpSWvFTT9F1/A1Lqed9QfkjbNF5SGfZvfDkeh+jDGHzo8RYDO3CFTZVGz1c8ZNqJ3xACRgQivY5SD8oyxwvaPVgE1m+XXD16gybmfjVQSVoVcSJqfkJYe5ux3km0pwrm9gaKkVAQ4O7vPrcL6WngvQntLBm0pG1x0FXWQwHzzqgF2dh+1a6U6xo8guZvpyaasaTW5hah4x3MRfA0hDUQ8cC1QcQr==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[httpsJ2fJ2fJ2fwww.redbubble.com[fuJcheck-out]]_Fri,-26-May-2023-05-29-13-GMT.mhtml

**Hash (SHA256)**
02dd6ca9bd7fa8f73cd14fd98a2099b74cc2407606a6f0e562feda0da722da0

**Signature (PKCS#1v1.5)**
HjbkdbaGUrnE1hhWeTmQ2G6ReqmEZLdOUs5ZbnQqYUsDaPSJFaD4WvWrwcrlzSAbkUJp4TS/4LeF4Zf/FlXpy5SWwaH7VF7CBGbgpMJJm85eRD2K6RGkMkd3sXfdwbLtMAnbLMRHOkWgNMHYySpbp5NNiDfH3UWfAT4r103qt1cJUFv1xvILM1UpB5YqFuZHtQfkSee53a2qyqqqBBT7GmvtGrKhNdWEEmRkTSeCgy0ruasLKR1oeSLfbyfGGLGVV3WcIGTvaQ1vWrgruecesSJ0O3IBYgrmtRZfnw1sRtf2sGbhK9oJqf3ga3QVdhWqTtAK87rDOw7+4aizX3nua87TdS3CHFnA==

---



   



# Evidence Collection Report

**Page Title**
"Smiley Face " Put a Smile on your Face " Sticker for Sale by findsbypaw374 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-Face-Put-a-Smile-on-your-Face-by-findsbypaw374/46267890.EJUG5

**Collection Date**
Wed, 26 Apr 2023 07:41:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
fef4f35be7f22dap2Zfy33dp/x1gG0m0b04b25pTY0KTYW7dr.azn.p4rOrEjGeZTZsCoeoB9MgWnm7fps7azpG53xAuQ9b4XQp19b2P6vXYfEQ8AeEE3owYdyMTF5ByBfefNg9jY7WQ7ufE7YzaqLAsjPin

# File Signatures

**SCREEN CAPTURE**



**PDF**

**File Name**
screencap_jl4zjodJ3r5Dibww.redbubble.com|B|Fj0zmhwf5zEnhbp-Face-Put-a-Smile-on-your-Face-by-findsbypaw374.f46267890.EJUG5_Wed_26-Apr-2023-07-23.GMT.pdf

**Hash (SHA256)**
b0c2c79af0bab4dd1adc6fdef44f5af98a2d95b5Lfe2e524ebd3fe3f58e24559b87b5f3933

**Signature (PKCS#1 v1.5)**
vek3feb22LmNb9HdiMsbSHmYZ5mLaR6J.7g5ldGD.j7CRuEM9g9WdJ1ZsLjQWsCWXBFPVrsnLjbALg7TWCzkSb8Q39Yp3JSxMLKaZsk5HwDpp1nw4WsD3f5Tk7aZsdxiyvLzDWenYvbQatcxVB8AbiXYzg3yx17NFotkr



# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 21:25:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4917:7700:7009:22f3:79ed:183f

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
IHZUbN+KKKXQoHwbLCVvEhsUJ0Ssn2TbgXcFKUk/IIDHmxvYcLako9TMLiA7CPPGffe4eu1EcdQjwTvuXssNmZNoXzeMd/YyTuhJAtyc5q5HGPKPRbUkJVaNvU3qMT7sPMTJGXCZqBAvcEz/VqFtcvESrCGu5bzchPTQ2ZNeseq4lPMALrMWPgZSc9WepowlBx2wbs+zyogwO6Zr61qoofhcfs+2547099FapQ2pKG8WcqHvcHm4416/5AgUAbLHnVCJJQvDMg2lgzFnHOD5X7IULbbWb/dasEpDOY+qqomfHhHVFFS5pFVsTleX8EqQZecsNU8Qd3A++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[hhtjssj]Zh[jh]www.redbubble.com/[h]check-out]_Thu,25-May-2023-21-25-01-GMT.mhtml

**Hash (SHA256)**
e1d199871fddfff941b3d312a754f78b782ff39761a34160309d071866b9a2

**Signature (PKCS#1v1.5)**
url49RFpBaGi9vk4yLtaB/KW7QuzhdEMhVKZyT3y5011/SN47zlVA44JjRswKApNsuE3HPBcHRkqrHicf/s2rIrweuQisuZJnZ1TpIbpEVwsI/SbyLdiRsgZZyr0zuY2ekxZrkbpZrNkpsM1AFTNCskT7I05BzFpmIKWlhmutCnzCmNA++hN6k26Q2CWlxelFL3jZ5JSg0lo3GyPaE5lUhO3sHHmv/2rc+I6bZr9Nza9jZ7wYZ08NEZaV3zrcd 6YDQ2k5SxdsQZW6m4TGzip2A++



---


**Carbon Neutrality**
Investing in programs that help the environment
Learn more


**Worldwide Shipping**
Available as Standard or Express delivery
Learn more


**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more


**Super Service**
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible    United States - USD$ - English

**ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP**

© Redbubble. All Rights Reserved.  |  User Agreement  |  Privacy Policy  |  Do not sell my personal information  |  Copyright  |  Affiliates  |  Give $10, Get $10

Student Discount  |  Guidelines  |  Log Out



# Evidence Collection Report

Page Title
'Smiley face , tennis ball' Sticker for Sale by folls-draws | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-face-tennis-ball-by-folls-draws/41421689.EJUG5

Collection Date
Tue, 25 Apr 2023 13:40:42 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3dd4b869:816 5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
4a2f8b72Cge96aqa6dcd1cF1ce542c649p6c9c634agl6ca9n4cb42I7kgNHbS1j37e59c3VOW0B1jpg1rhisuvPyc4uoYRigu3UcmY1eNSF6kNRAMcEGv1u4t0Bje6CZ8ugUljcg337fs77a6eM0f3sckuR3rVkA5Un

## File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_iJH4ycbJZhUproov.redbubble.com%2Df2rct4er3n2mkm7zw%2Dby-folls-draws%2D41421689.EJUG5_Tue.25.Apr.2023.13.40.42.GMT.pdf

Hash (SHA256)
96de95f8d221d20fe1e72f5c6gd47d8d82a5ba63efdsbsbba4cBoS74SBbcDf

Signature (PKCS#1 v1.5)
g54094cf7DHu1nhh0JFr-eeLUGgaTTdUSsZ2shsbtisbrsws+1x2FjzhPO5XBSEgaU3hW0Bir8BrrjPe68eI0gGhgSGfGHdFLY8RfsTEL94GkmirwydpDgFPLqZB5ZK9CvbTSBq0sZ6AE-WICBz-PdqBdI1SdimaSfe3Uii6eJK5eFP-
















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Thu, 11 May 2023 21:46:04 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
173.175.15.166

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
Oa7yt8x6sxsZHvZDtFSLbwvgIoId22mxD+5jQWNb3oeSkHcvyHJ3w7xrwtGa6ZnhR+TerbHrV1V9gbBwllTokTo6PoKJCZQYIXXbQ1Qolx27MHvfcAypxMhUUUbeHANMEX6l9b2gz4fFvZo8vCTkkMWNhZJ-ya2aZ1NCl3TOf3kJJmm+D9DL+glxrwz4nhVSfkAmlikoWyfNnVrhw+eNnrPtxO-xO9XWrGhICp2CfnV3vBAZTuFPFYTLVyVjT5smtFvyxvTsHbMhTNTEFEuma,Ih0QfBhH3BOxuoK3LtuhT+yKf96xxEdEWqKUoilAGLzT96hof4SMuDn+rMShV9-rmw5npevL4+xQxDzyfMbNbgp++

## File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_[fmtyoij]2rhj5ewwuwt4wsipeiuo12chj5wck-ouq[]_Thu,11-May-2023-21-46-04-GMT.mhtml
Hash (SHA256)
6rd9aa9ee0004415d9063df9ef266abd1a69f4ffb16b7c5b365b2276ab32feee1
Signature (PKCS#1v1.5)
VWXxvwSw5oV+0tw23CFqnsBuSJqZOk5m6zuum4veSpevuQTlvUoUJ,nO4vG3qkTZghibbwAk+HRbVHuUbbIlRZnYnYdFyds2xOPGxzEWrP+5Lk80BsnY8qE7nt55ke17tTw+HNvnaVVyhdohe6bfaG0m2LKDMwfrr1ju+z9OXqjmQLiekhcZKNRasWvUL6zhY0tVv+5yzLzehK24fQNOhHdn3-tHMu8RLOqQHkUQaXJ41SbauJ4ce1DSBwz4u5t5mkoMkxHlpYKQMofqQkJRJOfiQMtgBJnd5arKpOQqbwNNcyMRHsjDk

---









# Evidence Collection Report

Page Title
"Seeing Stars Smiley Face" Sticker for Sale by frllgpZz | Redbubble
URL
https://www.redbubble.com/i/sticker/Seeing-Stars-Smiley-Face-by-frllgpZz/150116894.EJUG5
Collection Date
Wed, 26 Apr 2023 07:50:41 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
34.86.69.8.s1
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#11.5)
cQkt214ki1417ufuSAlzxb502apl0MlK25uL0wfvuj9fuypxlnid12B4P50GJUKMN2N7AVnnpUJtaAeqenhBAHRpllZo9NSffn.hkP6Xsgt58c0pNaAlYY2hjl8DqPu0vv7GJVQyBpgslN+

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_fHrIps5J5rfQnbrvv.redbubble.com%2Fi%2Fsticker%2FSeeing-Stars-Smiley-Face-by-fHlgpZz%2F150116894.EJUG5_Wed_26-Apr-2023 07:50:41 GMT.pdf
Hash (SHA256)
c097c1f2f4bac92bf10f3072d9201745c72cdd62e16I0I6f9ao2ebb1e
Signature (PKCS#11.5)
bFaVpGvsOkrD7QFkFAOKTQPBnsuCNjUwKK0hhK7oTCKjnV+Inif+MFm5Mg+ItvtbIdfG5Zqb1qgM4SGPIKfqTzPGXLn2Mnrak.X1rVZTfMq0U4fkCSpgYj1qUTCO02Id0bUJij171tHfH08&ME7YCV4bQpMOhu4wNIv4P96f+



   









# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Fri, 26 May 2023 17:08:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.356.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Dca0fMO2qVrIO1UQMoJZHF7xBbcNaIA8JfBwjN/HMyhSOnL1vruB1CXJGHXdUdHdNLos7Z5VfkQevBpKSxDcaTXrjX0/dJKjszeyrV0bZ0t/PyQEAIMUxSgIvvvsprMFXLMbvzWPnTRVOIgWGBpzPWLjmjgwFb6uluKorV1/JTbizrH1mVeszR8ZtXkszZ/vFjbMdphzPvLB

## File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[https]z[fh]fh[www.redbubble.com[fv]checck-out[]_Fri,26-May-2023-17-08-55-GMT.mhtml

**Hash (SHA256)**

db12fba6d926f1a1eda3d9effcec274o4bfN9da0BOOcc45a705b36b4f224kaff1b

**Signature (PKCS#1v1.5)**

Ya6C9ztYnyKiOXyR1bAY1zefyEWa6DCdf3GXgeWfGe61z2NosRLp1rhqb5Qj8Npq2NCXcMHQgkJMLvryQXrMzxCpDHXII=WEGkUyOuoE1a56k1j31HNMfrY7hKhvyuZmL6bzJV3Y2ereuCu8ApyTsXthyNNfgCallnxyAJ1bzCzVfVnHGzLHctuBLwDrM6kcjuXMWQlpqWkmpNceUU6q6vr2UpJ9z7sp
aNtbSTaHV7MMMQuhw0bk1LPmtbMAFuMLlX4Gvv8UrkblSBYKSh6swwV4n5fuhe72sO17pnSLWOSbgRCv1mnOjgq0rIkXt8BqqoZ2oSK5tYoAWtZsBNcw++





# Evidence Collection Report

**Page Title**
'smiley face lighter' Sticker for Sale by freakatude | Redbubble

**URL**
https://www.redbubble.com/i/sticker/smiley-face-lighter-by-freakatude/57094174.EJUG5

**Collection Date**
Wed, 26 Apr 2023 04:29:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:4e03:8:36::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Signature (SHA256 / PKCS#7+S)**
AASCjEoL7+4IDuRvZ3z6F1BuWxbdUg4l5auuIuAMR4t8hWHjPg857UQBqHmts5Hl/eBgEwSK2mXsfK8RZGkG4puUpqqMaU3IpwuwbGVV7b17+ppbEB6bvN0zUowtwr9qnB5RbMdAs50uptRosn7xc7WpvRbct

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_fihVpo5jBV@rpxxx.redbubble.com%2Fi%2Fsticker%2Fsmiley-face-lighter-by-freakatude%2F57094174.EJUG5_Wed_26-Apr-2023-04-29-25-GMT.pdf

**Hash (SHA256)**
afe03bah01f02ee7636bad0e133b33fbcfadfe898a7c201fd747aC2f0f38d6f72

**Signature (PKCS#7+S)**
aAYFGL1mMkGus7ypdO8LnEuJr4AgmF3AkZTybAfAk4GThpIGsANjqMdsG1iKJeeN+mK7KHdGLBK42F4aBtJa3dDasFYhloG3ctemhoZ59kMO5JPUIAsumFZekf7mU5T5MWrLilmV1xDaemrFbmuMmQnMrMrtKz3aSrrhsbA+



Netflix Fan Art ▸ Redbubble ▸ Awesomeness for Artists












# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 09:20:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:40f24:ce00:5dd:fb57:840f:9765

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

0b65A/V9SCzfdehIppFrUcDLzNIgqBL0gmGven4KkNmyZNmSuLuTyfJ3zBY7bM5SDvXzLJaRTjM573dRutCG7IKKAuuJhjWQHqN8J28yoAQTecr/ckfKtCx2d6S27XSRq/1kYxyg8f9leqr9Uo3ba8LJarIp4/r/3D3VXoSnFX4SjqQP9bsDWOCRuPhOm4KfY+D+R/0Q4mzrKxN8EQ5JNhE mVPuaa1s6dBHmewbGW76hrYL8XkA3LpGBXrwxMsyFHbaxLSkoyGBF+coX6LL5X6zHFR7XTJL7axWwesJomMWQGvqBLFzLPGKNTugGGMqJp105Sr/a9xXAKk3sbXRncVqZaye==

## File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[https][9][j][www.redbubble.com/h][check-out]_Mon, 29-May-2023-09-20-55-GMT.mhtml

**Hash (SHA256)**

5c04692234c71bec816b42dea19d20004f61401e74r9cZacAacc1352242SAd2SdB

**Signature (PKCS#1v1.5)**

CPAjcxApeMt5FBFN2CzMtW5AWn2AKxAV1x9zme7NqyCOCmjGvB0LIV0a80BFcUsWfdgLaf4SHV6BaeHgPvAeaxyPmxZSiegCiJ1YqdkrkCO4tkR/FWaQ7FMmRG+xVzcZmV2JuRKfOtzuPiF+Zh4imGKalNkBB55V1fMbJU1jphbAdkgVdzcc5S/jB+e7x3X9GQ/ovhsAO/ oRv2mruQBee9NNAuLbr2rhXFCI4sZ64xk9t4DyKQZbL0SbMgChh8Q/mq7sBBO18BP2ogGbmksGz+O7u5kiJSI5RmnfHGz9T3VGLc9nyniGJyJCWC+NR9K/Bznti+Yn1GHrSrmPuVPWiuwngeZcuwerg==



Case 0:23-cv-61229-AMC   Document 5-4   Entered on FLSD Docket 07/17/2022   Page 20 of 83


# Evidence Collection Report

Page Title
"Smiley Face" Sticker for Sale by Free Colors | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-by-Free-Colors/122AC002.EJUG0

Collection Date
Sat, 06 Apr 2022 01:41:25 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3xXX.5404.9.36.4

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/11.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
JFTJ8MAFGqYgRjGZyCILfkJsugt+Eoau2k988kgoG1ZkfzVEV83XuJ8vDaOUuxjHhesFgsA8zkRAfJNp/9AkvQIxGHHHpbpRt7D8FkNvGpmM4bSJsqqEBmADT/TqfKJmqQve1z8zjnX+

## File Signatures

SCREEN CAPTURE

Location: [ImgsQ]IG@[wim.redbubble.com][is][jfqlctok][Smiley-Face-by-Free-Colors][sd122AC002.EJUG0]_Wed.06-Apr-2022-09-32-44-GMT.pdf

Hash (SHA256)
538d0d2ba74e6aaf2e7af25cbe4c9290fff3cea6054ebdee4c1a7c5c881d97e

Signature (PKCS#7v1.5)
JFTJ8LdXjqVz5Kjxvcz2rGFJg8ioUxwPke9GoceUhkk6V4Gqy2eeXdIdom/mkBdhkDkUTJ5H90Nq5tqMwee64RNUPV7zPGpm/gfyKcwc8KDfSjWfzoL/ux2m0cf3iyfKm3zkIm0ZEgvgtn

---



Netflix Fan Art • Redbubble • Awesomeness for Artists

REDBUBBLE        Explore regencycore style supply        Sell your art   Login   Signup

Clothing   Stickers   Phone Cases   Wall Art   Home & Living   Kids & Babies   Pets   New   Accessories   Stationery & Office   Gifts   Explore designs

### Smiley Face Sticker
Designed and sold by Free Colors

$2.69

Features
- Decorate and personalize laptops, windows, and more
- Removable, kiss-cut vinyl stickers
- Super durable and water resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

Reviews
★★★★★
Read all 100 reviews

Smiley Face
Designed and sold by Free Colors

Also available on

Classic T-Shirt   Poster   iPhone Soft Case   Dog Mat
From $19.84   $16.58   $23.80   $20.00

View this design on +101 products

Free Colors   Follow

Smiley Face   Smiley Face   Smiley Face   Smiley Face   Tattoo
From $1.35   From $1.35   From $1.35   From $1.35   From $1.35

View Free Colors's shop

Similar designs
Explore similar designs from over 750,000 independent artists.

Blue happy face Sticker   Super cute and trendy purple light...   Fun Colorful Face Green and Pink B...   Green Tie Dye Smile Sticker   Peace and Love my Friend! Sticker
From $1.35   From $1.68   From $1.68   From $1.39   From $1.68

Cute Funny Trippy 3D Happy Face ...   Blue Preppy Lightning Bolt Smiley ...   Orange Tie Dye Smile Sticker   Blue Tie Dye Smile Sticker   Orange Tie Dye Smile Sticker   tie dye happy face Sticker
From $1.35   From $1.68   From $1.39   From $1.39   From $1.39   From $1.83

Stickers Tags
Local Support

All Product Tags
Other Products

Worldwide Shipping   Secure Payments   Free Return   Local Support

Report Content   Copyright infringement

REDBUBBLE

Shop   About   Help   Social









# Evidence Collection Report

Page Title
Secure Checkout : Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Mon, 29 May 2023 13:21:10 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
112.206.66.148

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
deJdzt3QothVbbnRL3j1a04QFqwNba+x1VfUs8u4m7qiETFKVXnDrPo1CHOYR8Fy4b3vDhaHvgMRgrEgv51WP8bcjmSCCwvgOgkumUVGGrp0Mfd6FFfc7hcyNGo/
ec12F5BYbnWNnmJae0Cz9yGxOctIUHbKdQvh80Sp8uoWF8Qayfg2GQzQNW90GZxezyeYnKShFqbemVxrVCWt7Bn7UgTJNWEfjpgMD83xkOWA/sG7WvLTVewx
+3imoddoL5Xbx36pxPT4LJrxzo7wXeC2bvmffHVnVsHJerhMPFZXNZqVr72WbXSbFsHsSClM8eMSNDDmZXs7/rLQbkBzJ36XhA+=

# File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_[fhhjsdjjffd]h@www.redbubble.com[fs]check-out[].Mon,29May2023-13-21-10-GMT.mhtml

Hash (SHA256)
a65a18523dc07394x584531kkb88da92ef0b43962838edff1fcbef291c8c651

Signature (PKCS#1v1.5)
dLtqnYy+CS8fDUb6iFiK5cjjHHUmu5+aZ1hMSEXoxF+6tK5gjb4iV0aZvKup4EsFKjDBO0xmVuEa5V73lGcolp00OmV2kiFfqjGYsqhKJ4LfqCAbzHhkw96EWGUSWUw1qk2LJkcraOFcQFRYw69REKOkbMo/fv4dAGYSjBhAMThDDH2oYfMHtfMFwsAkAg+o9It5qS2zv/+e0ap0/
ezG5So2Domci0jmTHep2M+nK8O+OeeJk/uUn9mcJphp2Nl6INO4hhKQ9nNadAz7xAvJCL3whNkmnCnNkjQQ/zoikXPSe74u3BL2R9+N7Tfse==





# Evidence Collection Report

Page Title
'Big Eyes And Smiley Face' Sticker for Sale by FreedomUniverse | Redbubble

URL
https://www.redbubble.com/i/sticker/Big-Eyes-And-Smiley-Face-by-FreedomUniverse/142434146.EJUG5

Collection Date
Wed, 26 Apr 2023 01:39:00 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chotrabulstra

IP Address
2a04:9600:0.36:0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7-1.3)
pPyoCfUYMB+eFVLfZvf5Ach1XXKd/ob+T1EehYYeLsCDQ0pO5g JFgosnXulOpX/7yXZy7qWS2xltkBs/nNyRhFkdgyNZ2F3OLhkUCawEqJ0VdWDxBq5j4KOIIBQWcZ/y6QPCXkx3ImGodrhPqv3ZccdUm.JeEYx7c/

## File Signatures

SCREEN CAPTURE
PDF
cD26d73347e062d64D137fd552a6c3e0d2572e1f409dbc0ab1340ffbec73

File Hash (SHA256)
cD2d4b73372d47b0562b4012786820a8c3e0d2572e1f409dbc0ab1340ffbec73

Digital Signature (PKCS#7-1.3)
MkZmKyczJQvZSLhGCH7f3kXK92VEpNfddAxdypMV6umpX2tKZTKGOzovZNf7Q9bQ6Jxuxxv7kw9rvwyQX4QvCccLAK3OL3jQ3vOZwSuvqZMAbs5UvrLeTdaMbPvKMvuGGdS5m5Ev5Ef5zK8JxLPsfxV+














# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 21:17:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4917:7700:7559:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ic3f88b16x67zoZUcZXO4n4E1RErAHH8fu/3OGQ0PMrjJMqlw6mBEwsazI8ETq1yDCC1oSF2R8Jcoo+6QadPwr/dbRDasgbhnfue2LHrhHkpbQY0XxBrZxn1/NHMu7S9tUm1rYT/97mwTujogMjfAg1pMdM0KKZ/hO5Z/F2W6RK0O
rr8g8dFStf5aryk1Prno600hX8j/OLA7gcLyaYr/sAPlm2nSLJAWn4EzeYuuhAu/WY2T/DeAC37Agjcvg/GYO/OpICfivs/o/7WWmqLNo1hom9qBdw+mE722L/qG/QJ4m6HSWsGUIszs/rSyloMrBBdd/3u3Z5eNf7pfLUfnLnr7sPWcv+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][[9]]@[www.redbubble.com][h][check-out]_Thu,25-May-2023-21:17:56-GMT.mhtml

**Hash (SHA256)**

8f962f301bccc17e99ddda601fad27660a2e4d15e18055fbf35270966969ddb

**Digital Signature (PKCS#1v1.5)**

aGWL8DOhOsTWPGBqyCe5MnP14H34WUp134+PeOSFJhtTf6NxdBsbBaG2psJM184h/M9M23KqNcyhHY1+8BpFbpJKhndxy7EEMGQyGn0N0zhXAhWvLNMb7DO0rTzKRkxomRfTSV3idAzz3r+3dixt5p0yAr7
+BoNXvlQviFpxnAdjtvxDMBdBES1taySRLHjNAPODDQN0tXoGwoVOFW+h73L9pr1z2HSPyxb53ZJzbh0ACgkx+xjOSfnn8wBe4sUbWDhH9t78n6GjReHrVd33cBtOSpyzvcGbBV+x1H6xzaaxTiF/f6Rd7X/ZJnd1xv=





# Evidence Collection Report

Page Title
'Smiley Face fade' Sticker for Sale by Fuico | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-fade-by-Fuico/43960522.EJUG5

Collection Date
Wed, 26 Apr 2023 06:18:08 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:5600:8:36::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
TcnFgbuAqQN2dav1LaRXagGOoVS8ESc5ixihFm7abpsFXFzTTEQaJTxCvU7bDhAgZmGppcyxY0hcc3kYxMOGBAm7ZEJqAb4pEnYQcFamfpGUAS3nv6n1qm0uBBAbjUHd5YVpIpqnHnEyBJjxomWWTWVXHTmoz1M0Wx=

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_lhtqsJyl2hzJEwww.redbubble.com2Fi2Fsticker2FSmiley-Face-fade-by-Fuico2F43960522.EJUG5_Wed_26-Apr-2023-06-18-08-GMT.pdf

Hash (SHA256)
9b59bce0bd77106ace0c7142a50530c243d4b6dde04a789fca316d7d611a

Signature (PKCS#1v1.5)
PQ2kkdI+F2pZCMwnzYEFQVVqoiEX0SZ8i44AnHmCIgzFxjX0suUcbK0M5ON6KHmrtVHfVWC11iYKfUY1dAbm5TpgY8bSA0rThQ0s4eSp9GwTPJ04Y1hdHoJ8nDrGVKa9+nMeRvs76Dmn+0=PH4CzQoQ0UuN6pCViotm+2TkJ6Yqo=









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble
**URL**
https://www.redbubble.com/check-out
**Collection Date**
Tue, 16 May 2023 09:21:03 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Borja
**IP Address**
175.176.7.133
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
6Zg9TcAJ4N63QcL84XF knKMYynr4rbZ2wd3JC4zu hO8Dg8d36rkEtZ9jxn1tv3qZHqE+70A5HMTjmbm1rMvjZqM6PvXm4qTesLAhT5+4vM67RJ3p2V3mfdnEbwj1IhG3B7os/ST7Xemef6x2G7L7AO28DQvbK5
+d0CcBj4vDxgS1St52vLZ2B8T8HcLRUK6xmLqh0WKhb4ZvLE0XKy1YnVtChw2WfT+3hJ9q0jMOktM7rlcVf+9cFppo9tlMzyhE3AnuUggZZsUHkcujpt9W6BMd3Lwo3TVeewftrlkLf/6BB+CMqz1q4zMGGLacc/27TkewRfeDz2CEj7WryaZ/wlwS7VNT2BRty+

# File Signatures

**SCREEN CAPTURE**
MHTML
**File Name**
screencap_[8mpsji]fh@www.redbubble.com[fe]check-out][, Tue, 16 May 2023 09-21-03 GMT.mhtml
**Hash (SHA256)**
3f6111b243a2bb09b7 3b9b0c3821e7c9cfbfeea1e411ae3427114f4f63c33
**Signature (PKCS#1v1.5)**
by2fsiO2+9jpg5A9H+4A2Fj2WPV9l8LbzLAYAKG4FdhdnZ5sp7znRznCnDs8YUrUd8Pctu/Cz8j4tgt9kuQwaouzyS+7FFEg6gdm2fUGbQAuhmN6LtFGoc8A12elx0+hcqSfBdnlGubbBa1WrNt4+IaD/etuHAsiSHb0FWRALLqosweHJHpdvkbkuuN4aoowt1/
sjX4eTVOwHsS9j8DFkC4V+vcwBElSaO2oMRmYVWCLnYGVLsnGHmcEDmxRUgCZk7aZ3PNTI2yf2cmbNKKRgs8L9R0k7Nd8bLb1j8AXknNJgQ5smqOQgQDnNkt++



  







# Evidence Collection Report

Page Title
"Smiley Emoji" Sticker for Sale by GalaxyAREA | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Emoji-by-GalaxyAREA/115098767.EJUG5

Collection Date
Wed, 26 Apr 2023 06:14:34 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a04:5b:9:34::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
F2NsFuKEXhOCEJZBo4EY45vJWfKKAeAJ1n64AKEK9re4XV8u302C11rphSZLj68CQIiyQ2LAvPPXaH+Jk68PjBLbSHzr WTCoO90KFOO9+8KDViSp/YCUeYUnEnBmk8+i8Y0h2LZ+wcdcbei+FQ2rV5nDrX

# File Signatures

SCREEN CAPTURE

File Name
PDF

File Name
screenshot_i50rjxdQ5=@www.redbubble.com/EJUG5stickers%20smiley-Emoji-by-GalaxyAREA%D115098767.EJUG5[]_Wed_26-Apr-2023-06-14-54-GMT.pdf

Hash (SHA256)
27a8cabee7b7205ba474b8f271e75dc42b57d6b67a552774b6b7f9e809597

Signature (PKCS#7 v1.5)
gErAAoo8LID+2LdmAv6a1QMdX0EBqXTKMLpb43rGgIQE1kv2AzMAALgb6dRvYK4gDDLj7A45n2u33d7JMMDU4PfKDeQTOpU7hz1LPy1L7EnR400EMprA555vLDGh1juvJ4tSanCDwPfyfHu14ZKKtl



   











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble
**URL**
https://www.redbubble.com/check-out
**Collection Date**
Tue, 16 May 2023 00:47:55 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Borja
**IP Address**
175.176.7.133
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
9 t11bh4BhmP51AcfDfAqhw30b+r4bv13Dcm+3UHm93S1v+DoVn9Bv9+UKJoOcCcbE0NbV1u8TfAT341t5dU7Grkt+dhem6cj++wBpjbtwkrhbK11MXko/tVMAm
+17rffP1PycCkZadmmLOlrVKzU7WLb67verHzotL6a9Cg5ho311B05S6MLg1JZrO34Nkp0325G7tbduHW5Wfvdjuo1SL7p4aEzmKu/2GB3aKbQY3IXr+D8lvaUipcocol+ocvmOcWfIRGr7wVnLpoj5oAeNde0a9rRV+4J

## File Signatures

**SCREEN CAPTURE**
MHTML
**File Name**
screencap_[0mpjs]@fh[@www.redbubble.com]h[check-out]_Tue, 16-May-2023-00-47-00-GMT.mhtml
**Hash (SHA256)**
6c0c01B8c155e6a909601348l1u16c5b40fa870321c7c597aa31a43af889bc998
**Signature (PKCS#1v1.5)**
a2v0sxzoV55vrLt8cMSsTchnIdb2f9dpLKQr4u6JOoFV4HWMMQ0nnV9GSS4V0FlubpciZ9OdTsm3RGNdM9DZVubuHfEFTtY3jtz0oiwSg1LdGSfdtnW22mmk9FVEvVytLg4KQmAdBrXwfcrmhbiukK1Xqg2bNGO1T1SQYtbVoWAV
fhTSJBi4UWBBKOBcenzeMnfAkGMs7mDOQgqktgBntL7mtWbZqki2Mwr7T7ffOrVrbfkLbMdT1L2GNEJ68Pl3TfpZqeVhwGKvben3bQfB9r+DrFb5cdAfyOuOBsOA4O9BaXi3CZ4KQfRtgtDVLp/A==

## File Signatures



Search for products or designs    🔍    ①

‹    **Checkout**

| | |
|---|---|
| 1 ITEM | $2.46 |
| SHIPPING | $2.46 |
| TAX | $0.35 |
| SUBTOTAL | $5.27 |

————— OR —————

Pay in 4 interest-free payments of $1.32 with afterpay⬦

☐  🎁 This order is a gift

① Shipping to United States    EDIT
Delivers between 22 - 26 May
Using Standard Shipping

Made one at a time and shipped responsibly. For a
happy planet.

② Checkout using card    EDIT
Total $5.27

③ Shipping details    EDIT

▬▬▬▬▬▬

(For receipt and order confirmation)

▬▬▬▬▬▬

97692066

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

(Includes $0.35 in taxes)

④ What are your
credit card details?

🔳

Credit Card Number
1234 1234 1234 1234

Expiry Date          CVC
MM / YY              CVC

☑ Save this card for next time
☑ Same billing & shipping info

| | |
|---|---|
| 1 ITEM | $2.46 |
| SHIPPING | $2.46 |
| TAX | $0.35 |
| **TOTAL** | **$5.27** |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your
shipping address/local taxes.

Pay $5.27


**Carbon Neutrality**
Investing in programs that help
the environment
Learn more


**Worldwide Shipping**
Available as Standard or
Express delivery
Learn more


**Secure Payments**
100% Secure payment with 256-
bit SSL Encryption
Learn more


**Super Service**
Hassle-free returns and friendly
customer support
Learn more

Mature Content: Visible    🌐 United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved.    User Agreement / Privacy Policy / Do not sell my personal information / Copyright / Give $10, Get $10 /
Student Discount / Guidelines / Log Out





# Evidence Collection Report

Page Title
"Smiley Face" Sticker for Sale by Gauce4P1600 | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-Face-by-Gauce4P1600/39580301.EJUG5
Collection Date
Wed, 26 Apr 2023 05:47:02 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Ondricka-Bumper
IP Address
3a6434d9.8.8b.3
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
ns3dE1LssM93OrFhFhM1g0s9D5i8O2863Qnw2O3D09L2G7ar1as5kb26tFQBaEH1Dw06HrG2LOsd3hr0yeFy8EuXs9GH6q1skwn9HmvegpNFO3SsdJ9HEsp9mS67edd42Mn3v3LQ12

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_Smpt22@39@www.redbubble.com@5i@ijticker@sSmiley-Face-by-Gauce4P1600@239580301.EJUG5@_Wed, 26-Apr-2023 05-47-33 GMT.pdf
Hash (SHA256)
b6e21f4f07370 de13ad77400sdd77 1d6bad47438Fd07a23sf6e7499d65ba719e50b7
Signature (PKCS#1 v1.5)
txxa39d2516d199dG9b-PuecHF2CcAbj24D15dtCOs9aab5b666uhuc1yn2MGT2Cc9sDqyd4epG9b1AsDsZuLD52suhGs5JXpnGk1kduk1FZG3WDhx14bkjar04ppzssm2lbkwdo74sm













Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 10:03:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

175.176.30.31

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256-) PKCS#1v1.5)**

DA33cfgEk2lweuNe0gFYpOJGChlnmOh4b84xxfAtRyZ4b1mf0c27c0qXXsoiV3o2RZyIL9Od6ZdHmsMxvSGopa4+vfLo/2eD56oWn5eHFr-WkSLcGr
+Q4wqjJJnnmmdmm5C5GQr7DLkMoFa9pU0V0zV6Vvb5XNuMTeMQts2Qwdi6H GFmEXLP3YceM54aAvkXqjXJ8bdBnxFOGg5Tno1tpgfWtQeMoouUfAP3xkh78hHP3fUZeyDGEtgf6i9EkpYzQX9kN8hwh/cENg3mbMFd8wSDZ4Qx8kvg8tVX9zdSaXDGUYPn9XGhxzYb3r8srFEK +B86MMo8EoHJurJFNtC3pA+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https]s[fs][fs]www.redbubble.com[fs]check-out[]_Mon,-29-May-2023-10-03-17-GMT.mhtml

**Hash (SHA256)**

a15fca44a95b35fe929442e7933c7228961e515a2d9b796faac37c4ecfde9daa

**Signature (PKCS#1v1.5)**

djmogYkY7u1sSbIG0z/z2Z2EyGi8mftm9doqZb4LIO2HfkJ1W29o++VH2f9bvKD6LYPG1Dg7/synZeQvSbMuA6BF3c7vquLSTrozAHTk9m5Yqeagaku+dJYonFyROPRhuf5Agg0CUho99w/bXMbTlOr
+dgFwLwVhgnGRAhQDBdoBrh4t7HsLgBYSq2wBDft2CvyDpYY6S8JszFlkzuYOEekpx1BecVO34OoMFVRuJpMmWHjvOMAsDDOfKCHi489a+zZqsV7QMpGoC5Cr/tpgL6CPl+jZN0qbFkkUKKfRw6nW6tLzTur64/qsBRHGqM4fRa4y9TzqXpNMCZUTf0GDmyj8/pw==





# Evidence Collection Report

Page Title

Fun Smiley Face With Tongue Sticking Out | Happy Face Emoji' Sticker for Sale by GeekStars | Redbubble

URL

https://www.redbubble.com/i/sticker/Fun-Smiley-Face-With-Tongue-Sticking-Out-Happy-Face-Emoji-by-GeekStars/77305464.EJUG5

Collection Date

Wed, 26 Apr 2023 03:32:46 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Sarah Christodoulou

IP Address

2a04:5d28:3:fc:3

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)

0+hQUXtnW6kn/LZ1nOoYDB5BdFfDNLkfAdSyo+bDfxvOfSc5RxBbH+rZbIk0g4HHzXK2KgQrHBeNZmBSkxB/tQLxgjdAZM5/bFD7CcT5ZOQtHr+isEZ+oPfiEJ4lRYQmFDat5RZnwWhfL

## File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_fjhdyZSQjEIjkwv-redbubble.com/EqRZ/pbtckeDfzjFun-Smiley-Face-With-Tongue-Sticking-Out-Happy-Face-Emoji-by-GeekStars/EJT7305464.EJUG5_Wed-26-Apr-2023-03-32-46-GMT.pdf

Hash (SHA256)

773431c722bakelod7bc6bHr1wRPuCorT2Xf740aa0Ef4Eb5DeAe37d3b

Signature (PKCS#7 v1.5)

a6DiG6q9HqitLVrzdSxZfVZSRCPT+LkPtujLXewVitqLmpCbQ+VDgp8ZLTLXrJ6Z1tL9+tAQ8ZutWYu2IkEKXLbimpP2wDZnzLKtohNJhBRV

























# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Sun, 14 May 2023 14:50:18 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Borja
IP Address
175.176.15.162
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
rr28YcytqCavAh54dkiTF63ms02jfGG1nVpjkNnAmfQL8LegyQ/cK04Tg5mRz4RtdeB7clhbwnY0kz4fyIxQuq3Q34kthy7bvMsa6/GmWfkMbgGGQCfeTEZGzWZxXRxNWLa3ex1GcJF9hehz
+4Om9BdGSOWDqkBBxA/3Ldjrk5iiHqKhBBfu/Vs/Vb3nJLbwgMDwnMhpBtqQfLsV5cZVqH3pKqmzUUccmD+COregsO3aoUiR8bqS2rwKRDW6G7g5XdzZd/py6Tcx+33EOlWCTorjyCVvb6bVMcXlzzQaRoV

## File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_[8mpu2j]h@[www.redbubble.com]h@check-out]_Sun, 14 May 2023 14:50:18 GMT.mhtml
Hash (SHA256)
d85a16cfer3599fba835bcdf626c5a6ebfd661b14143ce7493c032698ae8
Signature (PKCS#1v1.5)
5a3dy+wPOSn7CrWg1Smek4L5hMk1XFpFhCe65MXABqkJ6Lbu+GZa9V7iOQRXcBkZ1Ht0y6HtUAcx/zkmM2wy/M75nJC16KArkbp1yG5nThWbTcUnkG9kpKqXnMM0V7n/QqdpHY3GKZ9V7RVr4/l4PVmADKYrdGpb38bVpwfMz
+ljQ8Sjw7BhGXn4+n7SnSGk2p2K7JeJVc+LsQ5Ulyf/eq3m+R+t+9t+9f3Xl5z5Du+ZJaQ9mhuqSPjeewbrszBtHenv3qB5Me1+BDCuV2QLJbBSajyF9meMss+t

## File Signatures



<table>
<tr><td colspan="2"></td></tr>
</table>

**Checkout**

| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| SUBTOTAL | $5.52 |

OR

Pay in 4 interest-free payments of $1.38 with **afterpay**

☐ 🎁 This order is a gift

1. Shipping to United States  EDIT
Delivers between 19 - 25 May
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

2. Checkout using card  EDIT
Total $5.52

3. Shipping details  EDIT

(For receipt and order confirmation)

███████████

███████████

97692066

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

(Includes $0.36 in taxes)

4. What are your credit card details?

Credit Card Number
1234 1234 1234 1234

Expiry Date        CVC
MM / YY            CVC

☑ Save this card for next time
☑ Same billing & shipping info

| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| TOTAL | $5.52 |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your shipping address/local taxes.

**Pay $5.52**


**Carbon Neutrality**
Investing in programs that help the environment
Learn more


**Worldwide Shipping**
Available as Standard or Express delivery
Learn more


**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more


**Super Service**
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible     ⬤ United States - USD$ - English

ABOUT US   SOCIAL RESPONSIBILITY   BLOG   DELIVERY   INVESTOR CENTRE   JOBS   CONTACT US   HELP

© Redbubble. All Rights Reserved   .   User Agreement   .   Privacy Policy   .   Do not sell my personal information   .   Copyright   .   Affiliates   .   Give $10, Get $10   .
Student Discount   .   Guidelines   .   Log Out







# Evidence Collection Report

**Page Title**
'SMILEY AND FUNNY CUP FACE' Sticker for Sale by gnamii | Redbubble

**URL**
https://www.redbubble.com/i/sticker/SMILEY-AND-FUNNY-CUP-FACE-by-gnamii/34808099.EJUG5

**Collection Date**
Wed, 26 Apr 2023 09:57:12 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:3600:8:2e:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5):**
PriXKbioKSdZbZT4LfkNiL3cv1NoArXum+OinC89dpCdnqIP2aQnijcabX8hdFqooiHhqK5vtpjCHjyu2Yvt1LXyD2SZcV1v5f3Oq5c1vt7OsvJp7ATzcLLlxuiPtKOm5ffIkOJpbbXSchmUagCilvnyH1ZzYSgLiqh+

## File Signatures

**PDF**

**File Name**
screencap_[https]/[r]/[www.redbubble.com][i][sticker][SMILEY-AND-FUNNY-CUP-FACE-by-gnamii][34808099.EJUG5]_Wed, 26 Apr 2023 09:57:12 GMT.pdf

**Hash (SHA256)**
5f30f1f48aac01e89ff0571c96aaf7272bb4af252b04dea43b4f2f239

**Signature (PKCS#1v1.5)**
haQ849578g4fAd9EwgH9UrLAlhbKThsHhHIt7Os16rVGxhVrHV9hbidC5wwsCkDT7KoLxHVsNM6tpMPnFP6owrFx1pahViD4ZY+tqKX24D+VCcsUwtRwtM9n0tFFXRfHM6lbSv0oYjj56wiUxoVp+pHqT21v8+

Netflix Fan Art • Redbubble • Awesomeness for Artists











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 15:50:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

CpWFn3rs78D1/mtnO6NEkJFXg27CKqgyYrYsOwA6SvZJZvIHA/J5yYTfpmKtp5KXLtOrP46foB81AYOiqOyhecMdjJRKUfXgiCs6AGAZA9uQdtRhFqmwm2k6A2SnYHSAcrCfp5pOfrTbhwMuYJzDqoFssb+N1MNu8AQcAqSJW72fDHryRM5ofbymdtbnVit35SMk17kgHtrqXcM1Qy7hdDahsT1ZgTTgING2rcT5ppz5XLggqtr0ATbUFjs7iQ2aCpV6jO/K1HKomzwKeQfR4LksdGdsfGoRcOFUJJVuLkPneONOhDdX7GGyoUmnarXaOrGFiJzU9aJaLzuGoQ=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[nhpp]]Znj5[[www.redbubble.com]]o[[check-out]]_Mon,-29-May-2023-15-50-33-GMT.mhtml

**Hash (SHA256)**

6f8cdd54fa09fdde023236173900f5a3adee8e96e25454Ze691cd3e20a7595Ac

**Signature (PKCS#1v1.5)**

VMEDHB5NFaksaKzoGeqJbuUzKphqFlL5vR6TC+2DzrvAqVikFZnbEfWWUAWoVbMMVN9j2VPXcwXfMbjzYfU5K52632ba77qkYcHeB7bAuTo8EB6DUsQPoabKJp1cqFr+sSdsVLiTUCtNZrM9BQAoFi/DBcrgcbwxA3qtinyPnCBVxaDVaCcPuW6VXzbGQ/WuPmQpeCIKLZQuIL7cLSU9660Mkm/xncbxo+48RsYMYSHm4rS1f8kc0vgosoLBryneJuK4Q0qeq6UBKkVtCTDG76KEhw7wbURGVrK0Hl+B3uO2cI4bjaoZr/oEaZ[[XtDwtDMXaA4+==



# r  b

Search for products or designs

‹   Checkout

| | |
|---|---|
| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| SUBTOTAL | $5.52 |

OR

Pay in 4 interest-free payments of $1.38 with  afterpay

☐ 🎁 This order is a gift

**①**  Shipping to United States    EDIT

Delivers between 2 - 8 June
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

**②**  Checkout using card    EDIT

Total $5.52

**③**  Shipping details    EDIT

(For receipt and order confirmation)

███████████

97682066

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES
(Includes $0.36 in taxes)

**④**  What are your
credit card details?

💳

Credit Card Number
1234 1234 1234 1234

Expiry Date          CVC
MM / YY              CVC

☑ Save this card for next time
☑ Same billing & shipping info

| | |
|---|---|
| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| TOTAL | $5.52 |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your
shipping address/local taxes.

**Pay $5.52**

**Carbon Neutrality**
Investing in programs that help the environment
Learn more

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Super Service**
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible    United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved.    User Agreement | Privacy Policy | Do not sell my personal information | Copyright | Affiliates | Give $10, Get $10
Student Discount | Guidelines | Log Out



# Evidence Collection Report

Page Title
'Smiley Face graffiti with a crown' Sticker for Sale by getyourcheeon | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-graffiti-with-a-crown-by-getyourcheeon/91831816.EJUG5

Collection Date
Wed, 26 Apr 2023 07:39:10 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0e:fe20:8:16::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
J6a2d06Wb0CWyQ2JCBzjh1mqNbcqNjFpjQ6VmV4AOEC2HQakAc4qL6rhMZfp9oBRWpORpoeF1tlTh3zLjd4ac88U5u2pF1qMzN1j2AM2xDBPvz4pF2piazx5rCBkhmZYTp2GfhqN2xDNp2F9WnaL5y5A1LyOp52wZ+

# File Signatures

SCREEN CAPTURE

PDF
screencap_Dmjsb2@c@uem-redbubble-com@i@sticker@Smiley-Face-graffiti-with-a-crown-by-getyourcheeon@91831816.EJUG5_Wed_26-Apr-2023-07-39-10-GMT.pdf

Hash (SHA256)
085b27e5b2c65d3aa0984ce67de731448b25ac503d6817b42e6cba3a9becf2bf

Signature (PKCS#1 v1.5)
iTkLF4T147Tu0FlaAsWQdovHdHScA9ePB2ecJuU31T8iWuP0yG9WtjppcaHDMt510vTmTgVMQBZG1SOuq3IzMhRZI1QF2YyApqhHyVEmugGum6ZDR9p8WnfKSdzpL2DyvlLj26mRf5LmY3+



   









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 21:16:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4917:7700:7039:22f3:79ed:183f

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Q5uLIRVoYVXbk+h4iMfiJUfSRaz29n6uWqLDfnVkYdHswQyWrvMfWTGKXGarUDPtiFOvgvMAHSSPITWVVCz2V5vBMyA35jppgZleaPVOeCMnSD+4W4Jv4obMrvzbBO1QhJtcAawwhAOTca8cXQ2vyiw12dBpdbaU
UKTZu9QjFSuQ2tYBrGq2V5avuY5Z3pzM1tDWHv1HKbgpARIFaDVZ33LiiOgISwugwctbJgAzZizyonFOvxa7AfkZ96qjp8zO3pEzeaEzxS/5OFYVAVvG0CYSbqNbAIFrHHpCDOqgZv+3EXiMKBOk7CmWHLhqa1jrGGUJgrvVX3QdNUVrST/px+vFDw==

## File Signatures

**SCREEN CAPTURE**
**MHTML**

**File Name**
screencap_[thttps]//[h]//[www.redbubble.com/[h]/check-out]_Thu,25-May-2023-21:16:25-GMT.mhtml

**Hash (SHA256)**
05047725wt6c4ac2a7a92c308ba407bae02e938f98c278fe629db6249f909590e

**Signature (PKCS#1v1.5)**
s1n4eXQAxzhDWm7wHrakfEfhDuAub1ijwUTtQUzI6qvz3TFN79UZpAOgn2zxOxqbWHvUdwsy/kufb7FyFDODLsKCz/CG+roaA+ScgEzAIthF9HgzbNbkwTmuq5Ammnx+229diF2igm4K5b78rbaf5JRtrYuTjV2d7JVG5eC9RGckrl+yGcL6p+C2nCckkL/7a8W7vyrhN/2g737oi4kb5Z7L2yrUz1e1IK7JBEi9UKCtOTcezLV7FmFhnqiwd8wv1Fwn/DvOaCSyetSwvTvSn88dLhaxmEzZ4RXAlcevYLl5KTM5sAZZvTTF9msnbBZfLeL48/1+4ao/CuSJw+=





# Evidence Collection Report

**Page Title**
'Drippy Smiley Face' Sticker for Sale by GingerDoingArt | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Drippy-Smiley-Face-by-GingerDoingArt/70520197.EJUG5

**Collection Date**
Wed, 26 Apr 2023 00:25:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**IP Address**
2a06:9405:8:8b::3

**Digital Signature (SHA256 / PKCS#1v1.5)**
V70eCop9ZQxQV0hh5Yw0xxOysK3ZQ1cr+e2EohIkSMBhf8fChmahanzk5xbRVqMHhIv08e+pVSFtyW7hbiz0eNbx1xsJPLk6TSgpCo21YiUxkjxqgTMEuLeMuNGpFzabpxFcWgv+

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_EJnfjpsJQEViQ+iww.redbubble.com!EJQ!sticker!Drippy-Smiley-Face-by-GingerDoingArt!EJUG5!70520197.EJUG5J-Wed.26-Apr-2023-06:05:32-GMT.pdf

**Hash (SHA256)**
bd6c79507fdeb1fdfc7a2df989a94fce4f2295db81f3Cee02587c920

**Signature (PKCS#1v1.5)**
KxKP3dLJBhdBPbNE4tCm+CqioKXDAxr1nEZr5uRhgpJkqk+OqBCwNeSmnVLzTl3MkeeUW1Hc0jLvHFe04nmfWsdBVjJqpnaNwr76C5GigG1+3pASbgMUYE5dJr7SANKcRDLt5AnjXnGn7BWFG5n6KRSpmfkt2vBM3gqArYNkJf45GsrfJbdDfZ23fkffOZNT
















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 16 May 2023 18:00:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Burjs

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
OYfLkkJZpyVu9cviQXhgMNAfuL28sHcXp77CHfHsFYSuyzyWojxrBhkJwfIDQK4VBVxrV3kAeQ82BAH2W498NHosoZ4rXpwXbaQmpELEnghX7OWJ0F7VH0/yq5xn3wvcKz6FSGNBFVSkCyVY8zpBlAAvGnQZDrbhb1+cCOrfBjulF3SL2LDTJhTBFs11pLzHnKfp2DljQD7VSLkbOSFIdigbckDQRdbFTm/WQz90BCVaMHzTkr16ozQVa4soUpgHbewH2B89o28nrQPWqdHuY4hvm/RHrmYSbwn+

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[8mjssjj]R@fl[www.redbubble.com]b[check-out]_1as_16May2023-18-00-01-GMT.mhtml

**Hash (SHA256)**
ZZc87efeN31u1f07d3fdb5dA49f3f9be4b4b3cbbc0ecba47956c89aaTbe67c19fa

**Signature (PKCS#1v1.5)**
xDawnfkLTpdMT4tNI3eQKOVrzUq3c8/2veC7hd4Q9g7kw7emzDZ2RV1+GsVYktuZPFZVHtkabCvLbA4mVkAjuDHV4Yw5ghs7CYvsaTYKKIDhrnI6Ay2Sbn9uMBrKgoTYcF8OY1stV5p1QzUv4HmHSQnpwA4WHzUy/hnsPKqvsxUlZqheZ3WGUKPBMjiu1OmPbuQFaOXkfoSoMIS9W6yPoQFCYHmmfIKtjpqsSukEMIy0EX6bnAfqZUVONBrDnn8BQc2N6Wmhfz4eiLfyq9QJ+1kXmf2SbnLjRyMhosqW0tJ1CpmmQ8Mysg==





# Evidence Collection Report

Page Title
` Smiley Face Drip, Smile icon , Smiley Face " Sticker for Sale by Golfpanu2020 | Redbubble`

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Drip-Smile-icon-Smiley-Face-by-Golfpanu2020/75992670.EJUG5

Collection Date
Wed, 26 Apr 2023 07:38:04 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:5600:8:fe::5

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7+1 0)
m2D5MFCnrNMaFg0G7Wr4LzwP2bzX7YKD4rq.8k8F33DBMK78Z.R25jwwnf4eNcaS3y+rhdcN3bf9SBQlkBrHlDH5OXkVbS3C0E8Qcnp4Ajmg4EfgnHP0BhwNSzgKfGADvwa8HgUVowCtLeFTLJ8MXTjVyVTqQQzbb8G0sbV35B+

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_BHpoQDJ5Qbwu.redbubble.comEhJ5Qbm0wd5Jj5mhp Face-Drip-Smile-icon-Smiley-Face-by-Golfpanu2020EhJ5Qbm0wd5Jj5mhp.pdf

Hash (SHA256)
a3b60a3a7b7d4b27d8e2nkr3Nd3Ma3sC5D3793NtJrtxvT3J749z4Aq1G

Signature (PKCS#7+1 0)
B3YXn2Akvx5vX4GLpke8ivjZzXxMkyDqL0e0tftpNkgT7+fpJbQR4C6Rfp.r.fnR8CdTfVcvbm6fHs+iFHQ+0h6BEgmZ5jc+C.G3mHGgthqgdTeBeNwpDmYf6wqD3pxv25oVp4kq6uPSkpxvkZfK6bbofdVdDw+Lx5QunQfFy4W/



















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 20:48:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4917:7700:7509:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_8htjsdjfjhjfh[www.redbubble.com/hj/check-out]_Thu,25-May-2023-20:48:28-GMT.mhtml

**Hash (SHA256)**

3a75efab3d2717151df1cd42dedefbefa6203186cdeb0eda908ba52fcb009f9d

**Signature (PKCS#1 v1.5)**

BNJqSG4hGFxoNhoNh/u8QcVanhnNnaAJFmuJ6Y+jokb3IBmXRqtDh2dbgprCHBo0JA5v0nMoX1nFpX5A7qENxWpnCKGek5BtLpfMyh0VCWf8Bj+KKKOo3rn0BJNZ52YsW38NrgS7aHmH22ynsT+vepuCnvtprKW5k2bk4fkpmhju4rqOm2lYyeffTJaCprcPPQxfDh1K2sAvUvtqekoz160xM0b46qgkBclzp7HCC09RNC.A09Be/TCJDf/YfSrmkJPryXbGa+DfohhG3qZyGQ5tMfYHfb/OeBoOKjmAdCRUfZGSGJ1QbmTyy5G5svafPwk8A==





# Evidence Collection Report

Page Title
"Smiley Face - Happy Face EMOJI' Sticker for Sale by gpsapparel | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Happy-Face-EMOJI-by-gpsapparel/102745252.EJUG9

Collection Date
Wed, 26 Apr 2023 08:12:22 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:6e00:8:16:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
BB0gKCahBRXAX8LBYborNgzKSEpu8o0Bwm4fKosCXFhWzI04nVm7xpGVFoCkZVDQvhM6MwMk+m4q7JyeFWGnVNTBOtPkTcyebwKQqt76hPG1q+qVmf2pM6QWJxRnmRnskAQahSyPF67dAaK+u

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_EmojiQ6@Q4ewix.redbubble.comEJUQSsticker01Smiley-Face-Happy-Face-EMQJI-by-gpsapparel&2f102745252.EJUQ9_Wed_26-Apr-2023-08:12:22-UWT.pdf

Hash (SHA256)
d309e58dab999e1ce744aa66d4e42d478d5ae1e56944912f1ad5a0e6d2246dec

Signature (PKCS#1 v1.5)
E7UBf4uVYcJxbI71SuomJL2JSpTQ2CH9DgDDR3i4HSUQ7eI5cH4DWx3Gfskbd4WqhkVVUnYRh4jyRSmuUVYv8A6fQkRxbHCXtpSSQEVpjz0jgdSaWcr9sb3HxbKmwj3AjmoAnpqD4Dctbbq


















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sat, 27 May 2023 04:30:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.200.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b8NeazKUMZbHyMPHKKITqYjmPn4A84mYOg9EU3Fzb8rWeyuXm4xOv78ZnVWzaeY+Dk7eDJdcXwCVVgGSuZRIn1dkMF7WwsuPKIByG2NggWVmhd1Ix8fLmR60NQz7kyzGV3fRhsD31aZGUOgyV/JmSoyn+oUewYY9G7zGhOrsVV1BrMoswumvg2mcMA6SKeuOsMngXMqq2fuAMGVnwMSsCfwKw83zQCUMd3dqEhoVlPehMK4bHk2z/6U2uG2wIEZ7wxvJ/0dJXUfdidHZ2RfaSKUFh6zpEMNyPNd1W/4ILw9P1O9v5Bwv1VVQ/T5F34QisbJ0QBnvwBpdSpn++

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][fr][fr]www.redbubble.com[h][check-out]_Sat, 27-May-2023 04-30-45 GMT.mhtml

**Hash (SHA256)**

e11f0c557d362c6050334e26e198ech0233ba40dd5917fc9bdc726ec520abb5323

**Signature (PKCS#1v1.5)**

cqvQAVTLwR2bG7jLpn0qvL5xHkX88tRoif09se73ev0YvHMhORkxRP2SmoBTntbGFB4Z3NhtmLeH1sqxVkMqmZCN12M+MaqbkMFV/OmUbsJgpRPMLCAw6xA3ekT,eYMhMS0FVsfrGUKBR7rOxKkacs0in+YhXFbjaMaFEIFS7g2iT1dmKECr79brSTBMMGpZ03t1bJISO3wmzJv/BT3eDih3KpwGMgkYy7X2vW5zM6LPiWWuD2Lz7Dw1Yy4YzNwNAHmHch9igF291rXy3oDSm0gm9M0a2Jar00gH+HDq2Be4xshMuzBbHxz2BoBr5eiLmXVUu+==













# Evidence Collection Report

**Page Title**
"Sage Green Groovy Smiley Face" Sticker for Sale by gracek1013 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Sage-Green-Groovy-Smiley-Face-by-gracek1013/135735782.EJUG5

**Collection Date**
Wed, 26 Apr 2023 18:57:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
3.64.34300.8.92, 3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
45k6jMN4xcPmrp26OkszeY1dAGr1utxgPkoWpb8NHbWQX0p41HHNDm1dJ2ZoTu6u3rgN3xP2L1Bnmr87wI9Hp59q53ksEdJyS0a0utmhwqrPZO678K4x8c+HvMBoJ2bqw1RZWJ47aGs7s1t47b6hPHygd4h+

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_fjHqaj2Qr2yllxsexu.com9hj3Qrb1iemDbzSage-Green-Groovy-Smiley-Face-by-gracek1013%2C135735782.EJUG5Q_Wed_26-Apr-2023-18:57:28-GMT.pdf

**Hash (SHA256)**
c09b0b441330279897d32f76c7e1021167bf0076075k94aaaa1729412a474

**Signature (PKCS#1v1.5)**
pxK4FLVQOsbKbCwh5OLFVqhMF0js9hEnSV+SG27lhGaaEA99x15n5b6X9lCYGMwOMwl4b92v1bbfY0aEgT














# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 30 May 2023 03:25:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaella Borja

**IP Address**

2001:4450:49f0:9c00:e956:f762:a48b:338a

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ddoOr33TjX9gdU.JvHE4o9RyCmyTkn6bEYdjQdLYeaKU7AXEpJiqA4YrOVIiKPREbwO6rN6K+ivGZ4qc1wdRyL8UQAywHPxB05S0uhZVHKVTeG0tywyBwwMKMgnZ8ZRuRgPiGjrADgqiuiabC7I0DeqEp/Y4ybUjJDGhFM2oWCLS8umfXOhIRISXKeyYbSGaOIVXZDBwBxAbkhTZKeKQnfIbSYDKeumKkWVyVyNBGcVu7AEZNbruKBJiyVVkbwWY1adoTaDmdd0 hM5+UPXtUUF zLfRXDgRm1eg5XngH jOSAEFFPBnUI6V+cfPZZXOUyrv+

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencray_[jhitpu][ZfIJfv[www.redbubble.com[hi]check-out]_Tue, 30-May-2023 03-25-01-GMT.mhtml

**Hash (SHA256)**

c364ab2dbf2ee04a4267f4b[d1203e07f81d+14dc343fb4d04034276c1789d828

**Signature (PKCS#1v1.5)**

qjVPLkUAr6S1n0rVt9VdAeSkFJSLJfCFL4ENkAIGbu1h30PP+v7neYWGuTxAPjFTdkGjg8qSA4p+u2QqCoexG+nsy8bbfa386kMRln+RsPnnZGmVd6W9XP7AgWcAbpEvGwcZScrPPWFDbLfERwfgnoTQFCWoQ3hONv+oXjZF2g3MWV1poEAg7ngg0RfJLDrC44Hn15v0cxG8FyrmAaFOzavAdRlDm3NeCeg4.P8ogoSArvuzwNleE8Dq6CwgfvMssDbbU4ws3xJgTvJ6qrUbqr06rwV9IUFzFzfRhD1A0kwSO6eR6VrkkceL2LNeD0u.gUDAJWmq5veLYeUXQDT1bsSS5f8oe+









# Evidence Collection Report

Page Title
"melting trippy smiley face - festivals" Sticker for Sale by GrantNBJ | Redbubble

URL
https://www.redbubble.com/i/sticker/melting-trippy-smiley-face-festivals-by-GrantNBJ/86914633.EJUG5

Collection Date
Wed, 26 Apr 2023 05:44:09 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Gavin Christodoulou

IP Address
2a0a:fe60:8:16::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
37F2FF26965C857FD2Cc32dfc61f01eb7f8529ab2734bfa9bbf4cf83d2ba4292b7ff4bf6967FcF8E4Be5Ff6c5f75be9eeef08e4b1ed7a1ce5BE2B0Cee25Bc7bddfDf92EcF7c7bdd9Y+

## File Signatures

SCREEN CAPTURE

File Name
screencap_EfmjzQ2FyEcenx-redbubble-com525Eesm5EJmelting-trippy-smiley-face-festivals-by-GrantNBJ53xdf+4633.EJUG5EJ_Wed_26-Apr-2023-05-44-09-GMT.pdf

Hash (SHA256)
717ba337ad45Bb44dff1c18a7e981022eb5ZfZ3b71d1dZ4E7975d072b6e3e8b41Bdf

Signature (PKCS#1 v1.5)
7b717Bad2466240da14596ff4a5g5d2136f214cfad35E4Ec8EeacB2dd9F45C1Ee00b7757da7bf5bd09f25cBf3EcaF1a6b7e2b5f5Acd635Ffffdfbd5f5Be5a5fd49ed9+





















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Sun, 14 May 2022 01:39:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Buijs

**IP Address**
175.176.15.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
7c4b03bb77x1Jy7dLoL4NHbohHQbDnE4mZ3Rw0A3pyY9v1RL2nHJQwnuD6V5rcJZ5eqrcluJm3F1Drpb7i9LiL9b1He9ZhZbLIL8fT4b2TFimdSNbgdwa06XdwPQ8AD3dBA4RnY0GU12bg8jbhhvbyscdSKhnIbmSolgF4UvXbvRgA5TFfsZ9VZw1bscJzhJdQE7z75z7B4DPkcmHKrFWeqV1smVFwrV6VgW9EQotPEAhbZr5cybtV6cJ0y9zFPbHQm1WXQA2ALS7pPt...

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[8mrpu2j2h]@[www.redbubble.com]b][check-out]_Sun,14 May 2022 01:39:11 GMT.mhtml

**Hash (SHA256)**
46a49fa3bc197b54aecd1b2ac4732ce29e17faae6bc600dd205f1e23981d16

**Signature (PKCS#1v1.5)**
R2gRr5tz9pCODCoyFq7aqs04dsGmFyW3NOy7aAF1rd2u3hNSKfJBLI7sTsmnrqgoWzUQuLs6KqIWmX4WDgV71uyqzebUnyA6XDtTJLzbr4MoZQSYW5soUhdjsbV1z2r5jErB5mnv5a8MbXBZd3dyd1+WSBxiFJHRiGHkYd+x5AXmvTuMuqfi3gUUBZORSJ2JLa2Z5IB+CGbJc3nO0BfimoZawLO9NIWxKOBAC9yuqH+x61CD8xtbcDEWEUyKqTBC4jcf3WUBxyNecFR...
















# Evidence Collection Report

**Page Title**
lewd smiley face liking ¨ Sticker for Sale by grungeypuppy | Redbubble

**URL**
https://www.redbubble.com/i/sticker/lewd-smiley-face-liking-by-grungeypuppy/143051442.EJUG5

**Collection Date**
Wed, 26 Apr 2023 08:25:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
3dd456b9-8-36-3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
4Lc0Xa1xuXpir5iX+JC7KOwAA5rioAAbDz+Tfp402hHg0gXj1o5Bbqgr9b0+Vd01S9wejWimU1RFTZnmNjpm2J.dE9LfrHbAsKa1nfAhj2mSatNwkXcLbE2o

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_|[mfyoJ]Zt0rijaswv.redbubble.com|%20|sticker|lewd smiley face liking by grungeypuppy|143051442.EJUG5|_Wed, 26 Apr 2023 08:25:44 GMT.pdf

**Hash (SHA256)**
aab4b46db1a5a0a7ff3a0f45a043e535ia0e2e0f3300d9a9e01

**Signature (PKCS#1v1.5)**
gbSK7xnG45th5f2opho5faTUrRviBLsKLaEQ7oQMgJAkJUM88EdUsDBBBGU2bkr1cJ1sKUKA40GRS1V3Irzwy9mwJXSbQ0UWbkUmsVHnsnvJ3yyS2LpZsbhh+Yp2VZLaJ1ubhh+












# Evidence Collection Report

**Page Title**
Secure Checkout : Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 07:26:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:44D0:4924:ce00:5dd:8d57:840f:9765

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
TceXXMMy/vbXZs+75pDZYl1l5Ty+3bd57CVHoF1yUAyLsDcvlMrhxucn7A13BPL+eUqt
+fq+T53WFyZnTirln9ppxqjNCx90kQ0MD16oD5iD6Tb71Otyr58TLsMAqp4AQKyYUZhBjNDGLZTjwuOHOjHLOv5HYnpb9uulRz8gxQK7QEGpzUGIAuac2/+MIwcor2WA88mhNVy4RmvubFmVqVTK90ovpzr0SbyPr4E58qpiyNO60M2Rq5qpXct2Qf
+pt5iT/jJ/mnz1/fj6/NvuJdG3pxejGZO7yKrtyt5+vb/Oo0cscera2XqqpsMRbrTgcAlC0RzRrzr5BqZsQut5A5n+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https]s@[hd]-[www.redbubble.com][https]s-ut]_Mon, 29-May-2023 07:26:29 GMT.mhtml

**Hash (SHA256)**
42670dd7f5c3b4ba4b1021d8ea2959b9e94224520a1c94f9edeb280cc36e418a

**Signature (PKCS#1v1.5)**
rdxr0gyGM9/mfGEfxEm+hxzo3oLz/sRkViqZHYvK5SEGS/+w5yCLgAJxpAKOMfUoghGFr+/QxO2mgiAmNpFJwMt3sLWLppMfTqoppoRXNaMBJMHyh7YVy93rXQvcjb0SPkYC7ZB4JokkX0AKCfbbe7vuIyDJ/y8vxcQ1/w0/Dfpm/F5jmo7xOfuK260VDpO27WzrPC+I/q+yjeWloLz74Yfr1S/3/Gfr4ctyikJ2eUzDfSP3lb2p0Jd7qmiw5b8n8rbCtyGzyz6s4ubQ4Z4fcpAs9vC8rxDjQ27WDbmj2rpxZzg84wavEscJ7uv360zUd/vlRaPw==









# Evidence Collection Report

**Page Title**
'Lil smiley doodle dude' Sticker for Sale by hannahcowardart | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Lil-smiley-doodle-dude-by-hannahcowardart/119992243.EJUG5

**Collection Date**
Wed, 26 Apr 2023 07:48:49 UTC (US Department of Commerce / NIST authorized timestamp)

**Collected by**
Sarah Omidvardadou

**IP Address**
3d6d7b65f4.f6. 3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
nPvgNaMgx0vRLb7cSavThyQaebe73B7cYkVhNcnbgwbFqfhWQ1sNut7IpHbRvGim1QBhm1748 do3bNNmkRseQukaV1T34qwvnNqjlobVbyf2RWez2vBuSaga8st8FKzv

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_2[4rtpQ2JhJ3Gmww.redbubble.com[Q]0jbhzba[fg].i-smiley-doodle-dude-by-hannahcowardart[fg]119992243.EJUG5[_.docx 26-Apr-2023 07:48:49-GMT.pdf

**Hash (SHA256)**
7be5SaBaed34V91Teddd7Tbmeef1351D73bef398fdcbdad3c7a025b57c

**Signature (PKCS#1 v1.5)**
qU4sAQ1LtjjlPy5uBhUEe42zG2DzuGvuLpGViTmh7a1dqHbyiP5Hf15fHqnS1jrVzs1KnWK7hudsFknApm4GCgjtm435Q3uh8Y126mrKKW6twbBmWv4KL1+yuLbn7gRnkAYpCvivjwCegKBjtwRzfqfwF+



















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Fri, 26 May 2023 06:20:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4917:7700:7009:22f3:79ad:183f

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
5B2oeVLfB6SQQ5sHmIgyNqey5CMrnymTZY3rEyYiLpzgKbZ+ZunzfiRDNpHqsu+IZNbUaGjLb1jvm0mBWbn54RdFhwta5DXadODaFxZGnTq4EQ5vk/gnGQyaVQmYXEHon8haRWuhbQ4HS+eKpqysu/3uGtnHV4FCfKT8bV4qFPgnRjVkraX5sZ9fYwyawEqd3mWr8jAAGAFN3MuTnq/YXB/o8hCJ/JCK5svbQuHRN2XdgmpmW9+wHnbW6vzK1msw/YDgPvD2rGsv7DiR315nf0N80Gc2zsDGZ5h4K.dWU5bU87VhmnH2v9f0RaBkBWBVjQG+R1zaO4XA+Rgaq+1g++

# File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_f6ttpxJj9hj5h@www.redbubble.com[hJj/heck-out[J, Fri,26-May-2023-00-20-18-GMT.mhtml

**Hash (SHA256)**
8i3fcd5df074138a6ae12f3a43eb3b459aa7284823eb61db1978GBAEDA04F01480

**Signature (PKCS#1v1.5)**
nrtFHhTHxV9C0K79K0Vlgyu8GGC1A6aZjAqL1aMyBm5S7vb0TwmnULP2asC3HPLvkkND4zrbSntPbJ2cbDwQ9XkSRqP3LaL9P5.izfT73eTQ2652+0mfy1nkZEAg3GazwvTMjDW5PNGEHXNq6W9qzG8SKc5LJbn1/55FLVsbG9hV.yQVYzH1ra9HauPrNGfgfr4tfGJ0WMZ3prtG1BQeGv2TM6vQ9kdfov8hd41isvHC5ow9Q8WrsdfIV1frvdfc9TaGuoAkdsdf+MUzjTTVrvArgfJUSdCestTb0rV.zxwtLBJHwepcx?g++





# Evidence Collection Report

Page Title
'Smiley Angry Face' Sticker for Sale by Happymomms | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Smiley-Angry-Face-by-Happymomms/113921572.EJUG5

Collection Date
Wed, 26 Apr 2023 07:49:25 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:5600:8:36:3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
b4gh6kVFapagZrTY66r3SmxlRS07OO7OCE2CNm+5iM6pNvZu6phjrChUmgqEl7l1pZVY6RF8eib+UnegYUR1pBcdncn6E8mmAA0UJtchNNd3ImxJZuAKSjW9fmV1w53a7+

# File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_[httpsxk2XUJ]www.redbubble.com[EsJB]sticker[EsJB]Smiley-Angry-Face-by-Happymomms[EsJB]113921572.EJUG5_Wed,-26-Apr-2023-07:49:25-GMT.pdf

Hash (SHA256)
f6386.053952367a0bb3a65757b7cf743c48f391460458855f304a93b8a7742636aa2

Signature (PKCS#1v1.5)
RfgtA3nRSlXtD0sAD5ASm3m7H11MlbNOBOR1GwsQxoD10JM6wEjn32fLFxZmBAcS1NS6eS+CmSSXdHrebpq3uBqNJXPe7WbprRmeW.iCFMPMZ3obeHZL.AhImGjqgYPZ0MkRYu2YBBKmZZ8NWhdhEcaa4mdHVZ5Dui+


















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Fri, 26 May 2023 06:22:57 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
2001:4450:49f4:f600:ed41:b077:bc54:5063

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
zX6Dw+vfx5zm0q07R4bnEgeov2H9R4ZwFX4v1V6PNkvzoGROR0207n0HnFqZ2Z5i5HrFyJ8O1CF2VY9cP27QHsLeKzfZ+moPE83Qrh0GXzIM64+quO0jkH2qOwO0Tf6bGO3wFXBVstVy6QdB4n5c140e1F6OFq76MhM1eqS5BFTRR0Dqp667Yas+xy4LVm9N+0C8L5bSRnz9hfa0ad12XX07Cy0zr2JSbazH4CwsTOe22OXccy+hhoSGu0uoW4MrV1rytar9Bm6HO;2AhbSp4s4Kcz7n+mRFk7Q+Iavx+4ncFKd6e0C3rq7mJpSe9mQ1+7xOe+mY3r0eFSr+3/4g7vMGSGQ2FjuUAa+=

# File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_l9btpsjJ2hR@x@www.redbubble.com|h|check-out|l_Fri, 26-May-2023 06-22-57-GMT.mhtml

Hash (SHA256)
49816bdeb55e81d6401a439da3c0c2ac033bbe6256ba064c98861a4e005a6bcec

Signature (PKCS#1v1.5)
l8Zx07BLoka5a9G2Lduo03uhV1jfmLnh4ea2WxVm0EX+q5zxOCPLiEoZJ26kc2cy0jUoVizhkLgV5nRboE+MN/Kp3SbaGgVkYCCouStmGUU7bOEJPlMG/1YmeqdKYMLam0NnmWbpZyY/Jn0xAl4bbLy2sExhk5d6_Ij-bnUdpdhJzN6J/WWRGXieC0L7bhz4rpbdDzgYQ1oYDnqwmHk;BQyZN+L/uks0C04Jdsm0sLosZuVX46ka0tH+O4Le20ndcXY3d6uGtPfg3mqhAQ27xGe+mY3r0eFSr+3/4g7vMGSGQ2FjuU0a+=





# Evidence Collection Report

Page Title
Christmas Smiley Face Emoji With Mask Sticker for Sale by Holying0621 | Redbubble

URL
https://www.redbubble.com/i/sticker/Christmas-Smiley-Face-Emoji-With-Mask-by-Holying0621/86462202.EJUG5

Collection Date
Wed, 26 Apr 2023 07:37:14 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:6d04:b:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
jGkkEzYWpFGmdkk9pQd3Q4KPBpsBckAgwb4j1vFrhXfQckS7GyDxxjZTYz+G71xzww1mpRbEUv1X8bmbjQk5zd3GhjdQ64YfWQaRvTefLTgb5jSp0bxhT3XSxkvxvnQun5jKvWEYUSNmQfn8zCsyDe9ZSnNWobN6T1A1

## File Signatures

SCREEN CAPTURE

File Name
screencap_Emoji0@0f@canw.redubble.com@0@i@sticker@Christmas-Smiley-Face-Emoji-With-Mask-by-Holying0621@86462202.EJUG5_Wed_26-Apr-2023-07-37-14-GMT.pdf

Hash (SHA256)
cacda1a91651cb2ca771cde774e2301586232e68e7f54f2cf4303a1ee74b9

Signature (PKCS#1 v1.5)
LJwmhJheJjxmpmadw17TMKfbWks17sb22TLfWKJXAJux8Wv94m2W25KDjr2biGL4xjryqDwpHas24AZUgz69dtdfWjj0H4JZ2WvMm5Dv2FNzrcNbO7dkfy6WnkdDwqmdfmVksBdbfarr



    







# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 20:43:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4917:7700:7009:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

IUvbhMdT2oX7BQ8y6gB7O0ckJjUqoegj7FNZfdlOf0or13KMc9Jbr9bLwkHDMfkfZ11HwaHq98BJgndRi3DT9eo2BHfHY5nb16Qq48pw21ytuQbfW1rUOxMPsOmpcK57wGm2vXN+vprs1u7edaf61cngVA5Ng2341sYYDJZZ4t68MMbq2dohSNXmHH1fr1uJrjcBDNGJX3E5If/ZfClXnaaZFr0Ux6y14qL2i8KQF7pihLAf4zr65IhhVoex+Tg9Y4U3LyhM5GFT1ysbkSWKprC/a72SLz2D0SLpHxoHM06mDGpzKom16m0U37089YpD1N1LXVysyNEnFRzwn4R00++

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_0htpsQ2 frJh@www.redbubble.com/h@check-out]_Thu,25-May-2023-20-43-02-GMT.mhtml

**Hash (SHA256)**

74f02ec1eb9bc76506536e64208060056d817fae89e01d2f1b22c80dcb24542186

**Signature (PKCS#1v1.5)**

YAqbjQ2Xhehia145JlBbxUyboreSoMfVTbfVg8Y1YfUadXBrBp8zfcKH5cuHFsyCxFejCQiO0LrkuBiZKil38IIQpyqN3cAPL2HsQFtdrhirXgWBSrtCxoV5u0hOYhZEl9tbimZmr2IGuUrYzMFWz2vtT06vT2xvTuNYWZUwHNGpJG0QIMPv2ShYqoCVK7uPWhYG3uKrbaL/UuLamqJyW9bBYCpVu+bfL2V6hVSovdbu574O1pUm2nzV6y9.qyxpBEqYxbp+










# Evidence Collection Report

Page Title
'Smiley Black Acid Face Mouth' Sticker for Sale by Djonik | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Black-Acid-Face-Mouth-by-Djonik/89489201.EJUG5

Collection Date
Wed, 10 Apr 2023 11:39:27 UTC (i10 Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0e:fa00:8:16:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
PD/Cf9NbLUcxoPFQ/vrHmmqgGTf2f9a1ABAFKnYqTJftAeE3CkRotIdGbEgAFxbtM6PCBTFLm1CyfuanZf3MlK8F9wHGWcY5pgQcG4QArJ7fU3nd4jh71tmQPpbGfDdqJJ3ksBgMuW7wc/bR2fvLuD63VetjBExe9kAm...

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_Dhtpbt0vJEhjmmm-redbubble.com%5Di%5Dsticker%5DSmiley-Black-Acid-Face-Mouth-by-Djonik%5D89489201-3.EJUG5_Wed_10-Apr-2023-11-39-27-GMT.pdf

Hash (SHA256)
daa5f17d5a95f5a51a5a127d1e297daadd44d4a72a672427a4a3e224227dd43a

Signature (PKCS#1 v1.5)
LaHv6SEysWdrtNY3LoIz6SmlVeQVjTBHKmY2zNGDnYymNKvSQ4Ik8PxvvRpnDZd2SmLm4FP0xRtNFbpFWQRtFeB...


















Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 01 Jun 2023 16:02:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.70.8

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
csf07aXl1eh+P7fbft3m+9cXteiN7kN8HuuCJ2VdpPUrMqaz/trFASLlHzYRu0dwK8PjdLPyBKOJU/nuW/0hu8J5mFbjW5OrVxt3HIAsGR4OPDMXBod0WFtLGjwLeVPLRkMEPBDv6Sp9A1tz+dYw7jCoS1XswXDQcz/d5X9gD4XuzC1YBATvVrJDY40CmqEX2SA0xElti5cWTdCvZatZeJ9rzH8G4oErxOBqs+PSDW+epeTZuE3JUVG16gvgqfCk/bC0RMtev8rfaf5baOgpLDB4PerDBVs1Udy27MqMhaXCY0p7AOgEkd+jxyA3jKuJRunQeBEz0sVq28ZHwgA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[s][fs][fs]www.redbubble.com[fs]check-out[]_Thu,01-Jun-2023-16-02-15-GMT.mhtml

**Hash (SHA256)**
8c8bb191b2c05fc72e4c09a24d7a367723458217e422d3b241c6fb39427f1545

**Signature (PKCS#1v1.5)**
TWX5fwER5KoFVRCc0T2237LiybRJNXbfjEvEsrvgv0xTqqKPecqNfMspYkiZpk+NCmpG8AXtkcbbC8DngKXCFUzyF/ddLZewbQqxkwu3Y4vMRDzFao6hL+yUnovGrGXXjvX7PCjervAapUa1ML/lx4Hmsu73r1pdoxN4z0xm8t0aH8pKgYlaOoJNr1pu4iPM87A8hdwxuwGK2nCGVUmCL7Bku/j47degiNZkbrdReVDBCpACEE+RtWBtRMgY4m+xwok+xJoEOpkKVRvyp72aUByJqDMXYEJFoFJkhMrAJoZIwAJ/mJO+UEIV+MCyR6GRooLMXJJy0TWvSkSiRw==

---





# Evidence Collection Report

Page Title
Just radiate joy smiley face' Sticker for Sale by itsbinyellee | Redbubble

URL
https://www.redbubble.com/i/sticker/Just-radiate-joy-smiley-face-by-itsbinyellee/99074344.EJUGS

Collection Date
Wed, 26 Apr 2023 16:23:37 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Omotosuoho

IP Address
54.67.149.9.35.1

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
nzg1rt3tvfTL4KbKEhijG2mLrhUZwC4bkKhyGUgilSkHPMhjzy1.dZTOLSrhwaKcstwfPSjsjOpyaEfEdriAA7dabKAkkHpciftS1CtmSH/aAsVeaKvGAA4ZytJ3uSstpuqRxWRkzxqzWRKSjAen+

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_Dhtpb2jZD1yRzww.redbubble.com%2Fi%2Fsticker%2FJust-radiate-joy-smiley-face-by-itsbinyellee%2F99074344.EJUGS_Wed,26-Apr-2023 06:33:37 GMT.pdf

Hash (SHA256)
9ca5f9096cc3b7134dcbc46776d578b760d810a4bcdfeb4b59730b4a8fer

Signature (PKCS#1 v1.5)
wssTySjgMYK58GGCrklnc2sGFm3zSVzIFQfky7rb5SJKcrPyEp47VezC+i4zenmbsAby78pBMAZ6MOBQshUnlvghMxGkkiSuvdB11pYbMVHsEJOSrRp48QXLhmihqXNjSs28QV+

# File Signatures



   











# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Tue, 16 May 2023 17:31:00 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Burji

IP Address
175.176.7.133

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
8RLJs5XAfC1yLEhGkT2gs44tekVu8xfL3CQr01zZHDYWwZ1LadJKc0GnumMf4sQs5bvHN72JuMhNfAtzqX1VYTzNjgT7DX1RhfYsDHqb8dmma2htZ6+
r4BRyb9163rMgGebQ6uxQBzBfX2O1YSwS0dqszeGebs2D1dkjmspLdmmxdWz1cSkuaR1RLSJccuX2Lmc4rp7x1fj9vqzZg9rkSp7zmcQqdFwkaBKe4BOSPmc+hKWKT/gT4tbZ6r4U0mdZ51znbemVZmY4eHj5Lqsk9HqWZY1CGZ03X4T4OsGub5VbGBw==

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_[8mjszjjh]@[www.redbubble.com][b][check-out][], Tue, 16 May 2023 17:31:00 GMT.mhtml

Hash (SHA256)
d7c93901dba16d8d18db1a643All81bcd7b091db82442763f24486d01 9fb11B

Signature (PKCS#1v1.5)
xAGsgjhJLTZRFjmpDnOuSVz6C5DlfHSBaFPG0pSrS6eSTBpTrsnybqax1fdtCbsX3H2TMGkt8OrM0yz/rq6rP1hUsGm5d4KTkJqbxkVmjBUbu2dmQo6gG2sxBe4oz1kzurn9Wdbrebec3AtodPROJpdkT7i1wbbCAbamFL2Nv+JJ/WtRYCVus+i 7wnWCQANiD/occanbgT81kDGWY
+g7EtRHrz1rCOfpAXbwpsw/sF/nBUdbDixdWkdrBYxV6YBG3x68FKkg3H5Y3HC+qr8EB534e7p+5+nGsssssSDUb26rBTWEkuKJoWp9b29RPKyjxkkTQ8hbDQ+s/Xpb9fwbjPFhx0YXtybwzr

---



<![screenshot of checkout page]>

‹    **Checkout**

| | |
|---|---|
| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| SUBTOTAL | $5.52 |

OR

Pay in 4 interest-free payments of $1.38 with   **afterpay**

☐  🎁  This order is a gift

①  Shipping to United States    EDIT
Delivers between 23 - 29 May
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

②  Checkout using card    EDIT
Total $5.52

③  Shipping details    EDIT

██████████████
(For receipt and order confirmation)

████████
97692066

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

(Includes $0.36 in taxes)

④  What are your
credit card details?

Credit Card Number
1234 1234 1234 1234

Expiry Date          CVC
MM / YY              CVC

☑ Save this card for next time
☑ Same billing & shipping info

| | |
|---|---|
| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| **TOTAL** | **$5.52** |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your shipping address/local taxes.

**Pay $5.52**

---

🌱
**Carbon Neutrality**
Investing in programs that help the environment
Learn more

🌍
**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

🛡️
**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

🎧
**Super Service**
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible      🇺🇸 United States - USD$ - English



# Evidence Collection Report

Page Title
'Star Smiley Face' Sticker for Sale by itsgibby | Redbubble
URL
https://www.redbubble.com/i/sticker/Star-Smiley-Face-by-itsgibby/155910760.EJUG5
Collection Date
Wed, 26 Apr 2023 04:31:50 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omotoshubu
IP Address
34567600 8 36 7
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
60c42a20jyyn381e81q47z1c2Qg44GzGg3e77o6eka0298d3kboma4f91gc2Pv0fKC7ML1kc0Alf0Q6k41ncmke5fowW77MAkjatnhmbpck43zJu10v112EThk2Puc4uMfabbtTa6hwdfmAky+cgHcbVEaFML1j0sf2lkdhf26f1p

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_2jHqsjj2jfi@www.redbubble.com(h)j2jbizched5j2jStar-Smiley-Face-by-itsgibby2jd155910760.EJUG5@_Wed, 26-Apr-2023 04:31:50 GMT.pdf
Hash (SHA256)
e2f03c1de6bk20ae7a13f4we2201d53b1b5069f4e20e83ewdd66e2bbc0h1b7d9f9
Signature (PKCS#1v1.5)
61410j5cgtzvv01myfA4fbaqikfjfc4qkDGgyfovP67xyAh9jjcgpJ4jm4c118kup47ffe7f4_Zjs70n7rfm0PT4w5zt0rT0YscGrh0bmdV2hG2gepq16TuJyd7tJ6uLTNMOgLaeLCk7fQ0qQG7ILnV2jbgfeCekmp2vfFbasem











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 00:39:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4563:800:11f4:a369:c87:bf33

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 r1 PKCS#1v1.5)**

hhYrNsaTFQY9nihZXeymDWlSuXvfa/f8d/n8P5gHpXonvuSrsz9NCWy8pr3dOzrTI8YHVXOBSLzXwgkn6WMrH1TGcwX4Fn+0EGd5ibbzdV7zSSLIM3Sk/1QF58PcQA4fhWBiWAvm/E2jJoNtBMFmfRLVzsOHrk2wpn1TxGMGi1sazLBLVs0iLztOiQsW/vYcBA0dOkVsfAlLQuhtbJvtWJr67Ar5WdhDXC3ebcqbeSFgwbKY5iBdXGuhfzw29xE51TD7puaLQfgwkFKQ2rOW1YbQ7TL4Ow+SZVQDD7gtjGQLxjpX1Zm0QVMmOnPyKhVpWVKIYZbJgaIZIOGIbES0QzOp5Mt0f

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_2hbtpsQ25jZR/www.redbubble.com/5rd/check-out}_Thu,25-May-2023-00-39-25-GMT.mhtml

**Hash (SHA256)**

1efa6a790b2552754fa0b7c8ddc051fe6f380227b100030d0dbc580a6fcced0do

**Digital Signature (PKCS#1v1.5)**

JiMuSjSOgUYmfUtSdBwIyaGz8qMPMMM6pU8JS0cGy5rH5zbFFKww4kfv5sdmF5C8t+c0kAz4nZwt2p09CLVxwg9n4WNirH1TOQaxbPr4rsk9r1pf0zKs+w2K1r4DtcT1MLtfJ8aF48bfcQ1TFtTbGhjTjCnhildWtbq4anrXWgai3GhsYhUfDxnTASuX7uFX86Qt0fFJIdbd+o9uQr9WXgEn34BSkzIHPsMvLkQ4DxSUSXXxgkg3tF5Ru2iTf9ikbNf0RkjfvxrSQKQIs8hoH5uGXobPhxAdD4MRXFKoNbRXGQwCxkoalThZpAiS5WIKk



Carbon Neutrality · Worldwide Shipping · Secure Payments · Super Service



# Evidence Collection Report

**Page Title**
"Cute Pink Smiley Face" Sticker for Sale by ltissar8 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Cute-Pink-Smiley-Face-by-ltissar8/116942788.EJUG5

**Collection Date**
Wed, 26 Apr 2023 15:51:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a00:3b00:8:36:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
3SyGcyjvO74UOv3tKAgQecu7nP72pdywyWrGFvLL9WRLLg2Bb5p0a9cGL0J3d8Avxwu15LnYVded-NCNDf0p7PA3uLFgiL4xNQ9MaF1K1vLQ4qSKWdb+6aA+3FvkMjPOmFxUGDwSp6AA+

# File Signatures

**SCREEN CAPTURE**
**PDF**

**File Name**
screencap_[httpsJs][h][h]www.redbubble.com][iJ[sticker][b]Cute-Pink-Smiley-Face-by-ltissar8][h]116942788.EJUG5][_Wed_26-Apr-2023-15-51-31-GMT.pdf

**Hash (SHA256)**
b45112008fdf9e0b5f53c436cd1958db0017163b4954dde03d07036ea94b6

**Signature (PKCS#1v1.5)**
ScH2VPQ2rCbA3fDCa9aAz5rV1f9pBGFJqRVpdhFyVqjmFaoRp5zhC2+jsu1JC5J-tm7TkVn9BEcf37E9Cww3Hb+1On/hnAh5dumhws2b4r1aaDpcuts/O9M8ejQ3o2C_AtmmL4BcYqFVSZhYmp2Nd+f6fsdHk3B4o0oc























# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 23:40:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4f00:fc00:e956:f762:a48b:338a

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DZvRuCP4ZaRg+gnAoHuJnrDXzSf6xS1VCSUMmSlIgAdBj7ElvnUYVgv5LVRqvGf5d3N0SaDPDuR1TooPpeB4TPuPAZfgCgIfBwoRfl9XufwN8YT9a23UGvQJKoNfisw1cvnQMHZYcp4XDdIWdBnfMmvVAy8IPwQqzvDPKLDDPACte2cwsz7NoVWPRKZ2YXqDTX5yNp0gtMfwxMXp1mqHdWDH3CDSJH5QfSf50CvQolrxHEu4jsMb8eWPYzfsQpZk2HmSx0KL4b1Gl04Y35a9JyIL 5 z z r b A F i o L i s

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_jfhtjxjl2fij3fh3fj@www.redbubble.com[hi]check-out[_Mon-29-May-2023-23-40-33-GMT.mhtml

**Hash (SHA256)**

67bdb6dd4bdd44726af11f3d71349bbb32fc2ed70546d562c2ffdc1c775lbdf6b

**Signature (PKCS#1v1.5)**

ipkkZ3kFxJK7pr0XfoUJ3fb2bIM1YN4+G2GJ2X9MVQY5rNgwxphar+JjqpWb4kOe7BF+0SVMCp8bqGkS0BLlBgYsIvHrhkAHfnDGs0eF1I1HgI1E4cuS/5rlJpYAZ2BCIIDL1UIwqsQ4VghK5T5CbwvQkqbmBm30FirAd41ClDUIWGzL2VQjDpwSmwtwIbuxy5zGjwjqKS1reMHrwZuBuZe0ZZg6M1brnftX1ofl6kS2L1a7LaR4l6a8Iq9JgAekW0S1H9LfkbfuaKSlI5xJTqfggkqDUIQMF





# Evidence Collection Report

Page Title
'Preppy Pink Smiley Face' Sticker for Sale by jesharty | Redbubble

URL
https://www.redbubble.com/i/sticker/Preppy-Pink-Smiley-Face-by-jesharty/138093844.EJUG5

Collection Date
Wed, 26 Apr 2023 06:34:43 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chrostrockzu

IP Address
2a0d:9a00 8:36::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
FuKuJFe4VVnQoLpY5mxriQ8t3w4WhL3Wjg5PWpU5dLhO6RWC58eHVWeZhgOxS-3idJ4X7D9CXew5Z73wr7GK1fZ5JDvup1YtacW16rWCiP3vSw139UyqAfpglWz5w7SdgTBMrUUSE7YED5ngxv_7wyNhAFrXzvoBhdRM=

## File Signatures

SCREEN CAPTURE
PDF

File Name
sonomua_]tmtpziJDqR)dhvws-redbubble.com5)d)plsikeu)Preppy-Pink-Smiley-Face-by-jesharty1291380938844.EJUG5(,Wed,-26-Apr-2023-06-34-43-GMT.pdf

Hash (SHA256)
06a4dbvebbzb6ban5e68cct870GU7sb34e0a67635d7bc45a58818440

Signature (PKCS#7v1.5)
h4Kr6JLsJpRrV5J4mGV4KzuoZ91uV3S5lp51Z3FjHXyQ77 7r4zZ0sswsFHDGtvt5e8eBk8vhFMPtFVGv0JLsJEqvxJ6ZBChko5m1NjyAWyJs+wqtrN6tTr5mgZgENN5TCswwKwcvNRhpgKPocr

## File Signatures
























AXENCIS

# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Tue, 16 May 2023 17:43:13 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Burja

IP Address
175.176.7.133

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
9Ci6gv1Ayv3EOfAEaAkRafgpefpmE5hHJcvnvbFDY3m3oyGfh0FdtGyÄoXf8gi27vh0CAmtoMEpbKbuyrckpkCMnHV3av2znWO3KLkNoLlbw4w2W/qyEGmDevbFZc/czX9GlgBAAK527VfgurYpUqiHnbFIMhKZLTypnfwfdLkfrHYcjq61iMMd1TSqSbIZMLRCRzoxab/Zg7otFuJ7KftuiTw1xCAM8hÜfHEBeMxA4FvJhJq44KRbZtqB7HJf6ayeÄx4O4sDvThYz4CNgKVG20/3ZGadoqJtr6x17KKYNz1Zxgn==

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_JJmjoÜjjfhJÄwww.redbubble.com[hJcheck-out]_Tue,16-May-2023-1743-13-GMT.mhtml

Hash (SHA256)
f0b0670b64b167fJc2aJ08783319ökSv01adabe0c44e0b9Sf9f0esb4e8b0Ze3

Signature (PKCS#1v1.5)
gqÜIxphLbFsHrbn5nBv5K7RÜjWeOv0d9CMr5+CJmOHtOkPwFeruxAaNorbgGZfwGCs780fglDLZ2mKmR+wZzrVÜrrTmiC/EÜ4bhLFqhjhYr093S2tAkxi22pnjbbqFcvSrÜobhp/vÜhfVyqfGKZ2nrGbmgq0OyhmLLÜlfNuE72qbybu9AZwCyÜ0V+/zLzt3LUzdkTTLrP0gRidHsÜJBbp7CNJhnJÜDYxFQYt/PF9QWMFSEVmsL3ZWLJÜZrqü1zKioBzÜJÄ/1qY7JPhy3nSPM3Z6gC4p05HnFMuzeCz4JLlÖODWfbHBM6Mxtul6g96z7KhVT+f9BfjoCeeFg==





# Evidence Collection Report

Page Title
"Kawaii Cute Smiley Cartoon Face" Sticker for Sale by Jallbudis | Redbubble
URL
https://www.redbubble.com/i/sticker/Kawaii-Cute-Smiley-Cartoon-Face-by-Jallbudis/70349015.EJUG5
Collection Date
Wed, 26 Apr 2023 11:13:42 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omotoshodulu
IP Address
34047A69 8.06. 9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
5eqXyzwADNUBmv2a6v73jtpvcujf2wZvtHNdCvc0cJ3lWksy0006A634ViafxdkWHDFSWH7fhoDvf2yS20L25WDcLrYHabFzgfSZ2pj2y3L9330Pe4xp5av8hVPbJudoM20MecC7fkcBJuJ80tYqBzjcjZqwKcrElJuRi

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_2hhjuij2d1jhjwww.redbubble.com[h]G0jbtcben0ftaKawaiiCuteSmileyCartoonFacebyJallbudis]70349015.EJUG5_Wed.26-Apr-2023-11-13-42-GMT.pdf
Hash (SHA256)
fb5eabcfcbd216011A434A2A0354434A4b9e556002c79785ceeabe7bcf7dd
Signature (PKCS#1 v1.5)
UITAIA4Pf6hLfzfqhfmz1ajgYtHEN3VmdDUnU3oO3ko5bDUfxPdOEAAAhmV8Vbar0ynCLAGoLIHc0fDatsBdveOaCpcgySpJ0bKdVDHFGbWbAbBC2phLIAELIIU4FDFv21wwca BDD7uoaYNkouinRBintleOm




















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Wed, 31 May 2023 23:55:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.70.8

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Xklq56p5EXhDtMkciXXUO6wVkeOZxIAihpfrE8HwsiwbG8LclhiB5Jjh2aGg1lZTXpzERP1M3zf3a43U7Vu6Ue206Bv8byaYbaVLwF53HnQci69qWSQL1H+UkZDUGJXtALSX+XVocnTyjOiNeTNVscDG8PPTS07yn64xiSXhxpPDfSEPke90d0zw2V5iJY30fKQTijhso2OmkVgKb19i9+g/3jgEyWh/3yttzDBUjM1Mn0WmVDQUjBG+5pGx8wetUWjGWENKVZTtK+nr54XI88oTtBbSauJp6xpe0mdUZHxr8RVWWLG+nWO2oLnmvOBfHyF39RPrQByrc4SadMRtL7Xlg-'g==

## File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https]s][fs][fs]www.redbubble.com[fs]check-out]|_Wed,-31-May-2023-23-55-42-GMT.mhtml

**Hash (SHA256)**

4ea4c767eb5933e0f74d6855affl91e28c309a305120aa5e8896538f2cfb957db

**Signature (PKCS#1v1.5)**

dCF+zuB4FXoMeoBsOgGPV6itLdHG/sJUdYqBBnmJn7wkNwx4havvi2OEWC4ocIpZW27zIV3I2LE4eIJKJdx6LoweNoTjKLmApQw1eEwoSSfTMdr9kAErAnF1b1XYXxd9fj5gUdglfPGUsz/8CLHLK/EE/1jnPdu43Sc8lbCLgPBPFYbNG1rVTU4WxjG48hiJbmjiK/+zzdDsBBlXVzreshscfiCtZSAgEv8jklHFmdFwpOkv9TnVeR5tgvMK9bu9/zeesjH2EmXxuH80aPPu45ccksaAOMuo1MaKetyMunk6kT/i85VYbZezFQyxxbMg+8jgH0fMSWm0LiEir9JTQ2w==

## File Signatures





# Evidence Collection Report

**Page Title**
"Trippy sunset smiley face " Sticker for Sale by Jazisart | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Trippy-sunset-smiley-face-by-Jazisart/32029453.EJUG5

**Collection Date**
Wed, 26 Apr 2023 10:59:38 GMT (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
34.204.169.230

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
7cf2534dfd0aef2c22a4b02cbf3nnm5nn5nfrgqrfhjkg,ee5htf-utgh17a06 df234f9391ce398e3c3ftmqin43mgggb4nnp4hs4m4ncf4EnLdf49n3f4KFthmPGVMQ.hn9-8fdfd

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[hHJudjZll]0kpixav-redbubble.com[hZ]0[sbn0e[hZ]Trippy-sunset-smiley-face-by-Jazisart[hZ]32029453.EJUG5[j_Wed, 26-Apr-2023 10:59:38 GMT.pdf

**Hash [SHA256]**
5122a154bcaef11a132eb3d47a11d15f6d67d4d05001fb50aabcd

**Signature [PKCS#1v1.5]**
Qdf5rlkdc03wruhg4pkTeS7O705UbNQ8fbjklW3bZs0EM4hcPogXk9dchbP4H687HH0Fdd7v8W6r0lwRuMSm0Vs30yy0k18RH3o1kmv7Q10Wf6HGoiSY62rjfXbwl9Xb

## File Signatures



Netflix Fan Art > Redbubble > Awesomeness for Artists

     

 

    

   









# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 30 May 2023 05:29:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4455:4f45:fe00:e99b:f762:a48b:338a

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

9jjBbADi/a2rTMBYsNqEYR3SBauAfrJu6zuXkiCD3FszAKxU6IED7rwlDKqsnWlyNQYFvWHaYTrfpSbKah5yfwRFOKmNMB8ajUdzeqxBkkKfknybpRpFNqgRrDeBBNMhiZKRbMktpXBG3hFycXX6bAJovHrWVnXPDPrH6Gxvy5T2/aPxoH0XG1JLOnDp8L/eMWtJeJqgZwegOCWfE/mg6Faf2fEN4rOK2Ujs3nMmxFdbVK/GbyE1Rfp0zoqqdQ9Snm0sNyLKUXSMHuX3kBDq3ocxkrTGdX7Cr9WXHz8tjQkMS41BmxsGGsydyBtytCu0r3CL1UMY1MBBVKKD0O7ZZap5tw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][ftp][fr][www.redbubble.com][h][check-out]_Tue, 30-May-2023 05-29-38 GMT.mhtml

**Hash (SHA256)**

4f7f8bc49eb7a060a60b6339fc49eaf9b787b63fa618fb4b4e6bf6f6fbd73f16

**Signature (PKCS#1v1.5)**

bn1xjAoeUwv1oaDrCbI6fGU2ozz9hIzLtGLkMUBY3ENdt1bX2Ho+t1TCDHCb/L8GUTkQ8vbS7wcF6PrERB8qvQ4WjLIkAFwgBFuGDjp5flVw2BpQ+LMJbeSxa6L/F59LiAA+a2N80qRU50S/MgPKvBmEdpeZSL9LfH52aw/JOLhMCDVCUxcn+8Jaxv3MBffRq8J/vW3BDQrDY5 taJ.HKxoHNewwJUPBnGjz30g6pvFDNLrbc5o8G33jEJRygG5NRM4rScCJwEJnMfRBvBaUHGfnhVcCqFl 90bFa8thmgAYvkLJ/r96GFat0onqH.VtUb5oMOfkGdggmXTL9hOOiZxmrGLTIBfmmBXFKpQYntXT3SmQ0auaWv1o==





# Evidence Collection Report

Page Title
"Smiley Face Sticker" Sticker for Sale by jeremysstickers | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Sticker-by-jeremysstickers/56872394.EJUG5

Collection Date
Wed, 26-Apr-2023 07:49:04 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a00:fe00:8:1h:3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
h0a0s860e4wMq7MpGO2WZT2C.8aLb9mbh0GnuzWY4y0iLZbgtrE5SQdpgZ2ogVrQ+RX04cUPhQ7fwwe78LsJoZC1Tn4nXrCsTWQNuQ7H48YSkdAthkxfdsMpXoaFPAd9AI+

## File Signatures

PDF

SCREEN CAPTURE

File Name
screencap_BhpoZjfEBwww.redbubble.com/fsBfjsticker5Smiley-Face-Sticker-by-jeremysstickers/6250672394.EJUG5jJ_Wed_26-Apr-2023 07-49-04-GMT.pdf

Hash (SHA256)
a8bf693cc0f1ca9NsA1cE7fde1532bb1c3b1ef1a64211399b9dbbbb0aba4dddab77

Signature (PKCS#7v1.5)
hGYYCRMkoQZaQ1rFbKdAKSQ1zFZYfngL0ZX353L5wsZPh6J5VnAB+KVzOntCy68rQdamOWHG2O4nAB+IDdwKnQFQf3cx+VFrwvg8XJZZ7MpLZdN+EGgdfcZ8Ux4CuyHPAYT1+













# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Fri, 26 May 2023 05:20:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4964:f600:ed41:b077:5c54:50b3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Fvo9rCsJ7kf7kFon26c5M6S514a7c81plhkJ6k3rVoO+OUtJwVm9YKDFB/kS9OrV6hDgZAVqBhDQ/7jwbbaK14Vq8mwLhV+ZLUfupcODTqlyO9dZnjNHnyxpa0GWMuJ9XrEgs/mGdYd6Lf/g/5e4Pmhw/Ofuv6LOLZfLm0iSMwxSbyPN0DltEntLxBUrY9

**Signature (PKCS#1v1.5)**

ItdDOn0v0JbdPc9Nd/sIpvnwizC5EHq/r4GbV 6OinGL2n9mgKLLWneH1JbLmWuhyorse/Z/GI7BD7Z/OBFh1RHvrgwivEbKkL/5o320BeXwWC2wUU2IjE0N/1Yx/S3y48LgUJpXvBFSBH9OwaA7+/

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][k][ik][fk][www.redbubble.com][k][check-out]_Fri,-26-May-2023-05-20-23-GMT.mhtml

**Hash (SHA256)**

273587908d7d9aa63dec8e7fe44fc27d7bef257b53d07b548373cf4bfdf62169

**Signature (PKCS#1v1.5)**

oLvFS5q7uEVG1WGBYZsUryroULjlW+ZSPRBbAHAHqXvGjmhLJQ6/5bpF4psvpmT3L/Qr8SCoexEbdqj117mw1LaUcGO1HTnfqhAmtonre4tGKdGO0L2/cQXNZx/ZSxMEaEc/GVklrmu5ruSVOYrQBqGztptF2Xnc6+8GsFkmrV00qfoK19O-ERw6lYrhQKGDaB8om1fB9MpHrWfHs70b2J-Uk5mn+JWVstkbaU5Z92vsOAfdaGhYHhRG+eePUm/w9657Fur4DooLvHsV9yQrJk/DDG5OgILIZT8MAjQ/4bBIaJcKAsDXJCqs4ypAzgO3bza3aa3N+=

---





# Evidence Collection Report

Page Title
'funny smiley face ' Sticker for Sale by Jessica23moon | Redbubble

URL
https://www.redbubble.com/i/sticker/funny-smiley-face-by-Jessica23moon/158000373.EJUG5

Collection Date
Wed, 26 Apr 2023 04:47:05 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chrabaszewski

IP Address
[redacted]

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 | PKCS#1 v1.5)
ALY53A7L1iEjpkSLv43WQpaVnmvDlCYf27UpkZLktmxdM9AzlA3Qtmp2jQdV4vbnmXEHrcdfkOiLdFiSe7hnXs1YZR6D9rYE2wHbfBqWjBy7VssahHxuyLFsmGK5urTivtSnOL3YYMW1URCG1pTLUUZpKfSXaXcSwdifLR63asyDWwsXkk8MkkmTZ5dtXTh8UhdFsp23A

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_22mbqtu6c@@ijhnmw-redbubble.com@i@sticker@funny-smiley-face-by-Jessica23moon@158000373.EJUG5@_Wed_26-Apr-2023-04-47-05-GMT.pdf

Hash (SHA256)
963RH1G69700uscvz68770N00Z3iP7137Y73X53bhr5bd01Ir0lbs2J4x8ddb

Signature (PKCS#1.5)
E9iQ7UjMLWe7p1JZwLrP527jL17TRh0zRG4ioNufbTW6WpfuQSKuOfyLvLRlaHD06pkjPxZkv7pLqSEoxZKh39CP37X27zhfKeFmAUpSbMXSdekrRm4xhdfkDJ1rzfOHbfQ4Xp51gGYyt2TQ07x51L1Sv0Jxk5S3TL0wSnTf7Tf+15GIZlZjfZdKLJN2wDM8NMHhGqMzJ


















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 23 May 2023 15:13:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:44d0:49:2:f400:8166:fabe:1148:dc0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
D7wbHiWbziwcAjQhHsJbV/rqXnyQ30zRUOwOBKqiTLmGSFyiJL8bOwJxoiVBTYq7jfXy7gQPTdFKzGsgz8ZBMY7WoLkbrlutFXL8pderVcZ4mZrHwJwJDTSAEYmFyQYXbBCg/nHJTTyeGhQ2v/hYTYs6Om2i7Yx/UTAqnF4lZN37EdyEj8hvCAgvS1vNFm/JuToQ5coSHmwJf06/+A71Gbg9o6Wf0aFwhvVLS0zdT7oZXbafAA/aqFwPw0cZN61XjjJLfBWVcbAmXd/dsXz+V4QcO0Wg/JBWJcdAW3rbWokSkvMmZrtlxZV+c/GSxoVVJN2bd0lx5HvF1nS0V4gM3KW17Thb1a0g46aMdSmw2ooHcv4LdawPReeMz3NrkeQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[fmlpju][Zh][h]www.redbubble.com[h]check-out]_Tue, 23-May-2023-15-13-14-GMT.mhtml

**Digital Signature (SHA256)**
be417cf23d11cbb00ea008fb9b59f5f004a1f6950fa100ed71177fbe9d001660fa0d

**Signature (PKCS#1v1.5)**
NYtkbujkrvEi327Hw0HcQtQuQmQ8Ut0zOxnlMhZXfApmXceGNP8X13ELDpxfBex1SQvYrGlnbVIbhgA6gv9Rf2WcHpqeG0oD4B5Qrf3q9RFavpm53mfoQnrwuVHwTfZ3rV+C5peR9/ncEAw1bqFReSsn8VmtLiVeo27LxcixPmLtdlWNf4I78c/pBgY9sPnTpiMU4Z3sxNvH7SasqeySrqCp10gs2gba0sRl6kZnPmCrvVj4Pcd7kNfBtbkgSLsnkW5uxvwORytFDsvJuDO3TWh6Wht17Thtbz4QgKluMnt0ww2oqp4civ4LdawPReeMz3NrkeQ==











# Evidence Collection Report

Page Title
'smiley face x4' Sticker for Sale by Jdesahsman / Redbubble
URL
https://www.redbubble.com/i/sticker/smiley-face-x4-by-Jdesahsman/65887617.EJUG5
Collection Date
Wed, 26 Apr 2023 06:40:08 UTC (22 Department of Commerce / NIST authenticated timestamp)
Collected by
Gerat Orofsdtuotev
IP Address
2a0d:0b58:8:5
Browser Information
Mozilla/5.0 (Windows NT 11.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7+1.0)
pk9yyzzNFC7Pbphyu1hINduEXhgturxkqg0Fph4Yxwm1lmoLpdFXdkx55lhdqhjmngdJuts8Cbz7hXZZv7TLizUd3UjJdded+1nMuyxkk4raoK0tHqqfkbvgGpiGGyxDvEhrQQz3ArvvssbxhV

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_0lmjss2Ujf0jsnxra.redbubble.com50Qljkbcrm50jjbnhky-face-x4-by-Jdesahsman@65887617.EJUG5_Wed,-26-Apr-2023-06:40:08-GMT.pdf
Hash (SHA256)
a9bdd01720dev7b3fea5b527la39eeafd9dd0f5e47e14916b0d37da30e66f2ae0
Signature (PKCS#7.1)
iMQ0Lit7JUMZkDSHMFnSkjhgXC022aLdF7iRwFmFI4X29q9MgVdxc7plsr27Krn72K27cYCxYrXkkhNb4DJddgTdAbNb9JcTzSljc47djQbwGhHsMUmWOBxdOi2W3hgdLRjnhp47dycq3NLAgHML



   







# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 16 May 2023 18:48:36 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Burja

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
JYDQt0kbhfFC0hpPNpmgZTs49Qcx6dvFH4VSCcmCX180vCpzBDm0iZ3hr6LJ9c7fkKKVpmfKpRLQe5FbfHv4e+4GhHhtpHHkuSJyxS70FN0+1oEyAbiu6D+fMQpSWTx0+dITBOLX0pAKSFaWBudXBbc2pbMtFxfkXsk4KRbi0JayNr0cOpPRNzkV,61Jo/T3LifVjSfiXZfmaGVHmoUYCyHbLQ/HgHMMM0bBfHHBAGkHmtYbi00iCHTHYpTpftXVYQbMzeHgFqw,iLHVC2VsnMhheVFyhNZKwaBCNDeKTiLCkvEXjZSeVRpdZrdqeUZbSQrPbgzpvEGbMQr=

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_B9npsbQ8hjJDwww.redbubble.com0bQcheck-out0_Tue.16.May.2023-18-48-36-GMT.mhtml

**Hash (SHA256)**
61a4aee0e8B31640i1eccc205B2fRBd43beb16577f8f8c26a2d0db5e003db07de

**Signature (PKCS#1v1.5)**
S6ra0e07l0m0s+W+u2NoQCo03DD0YmcmtO0LnHbQr0z7bOzzFYsjf0XRWCbbFOzf7LJF+T9sJNypfMpcGGAAxFw0jiR5s34wC73bqayLBjhg00jRWpH2kkrevs8R4HoHc05F0pDxZR9dRfmC07kTSUypwVGRDyzXpsrK4HEJ08f7NhXZ50e0ksxlxC9mPemF09NZbPHkZ0y6iDEmRWnCY0Qt4Tph3+zu8vLR0NqVrRRlmYC6a00yOaDmit+1cxZaQdfeHrtTHZsZphwmSHNyuXpbHXI

---



Carbon Neutrality
Investing in programs that help the environment
Learn more

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Super Service
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible    🇺🇸 United States - US$$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved    User Agreement / Privacy Policy    Do not sell my personal information    Copyright    Affiliates    Give $10, Get $10
Student Discount    Guidelines    Log Out



# Evidence Collection Report

Page Title
"Smiley Face Looking Into The Sunset" Sticker for Sale by girlfinly | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Looking-Into-The-Sunset-by-girlfinly/62382154.EJUG5

Collection Date
Wed, 26 Apr 2023 10:58:59 UTC (US Department of Commerce – NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
[redacted]

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
JhZzXFQrRdFumaAftCNkihaLx6ZrywQCrW6iHhq5s1cXwXB6bK5GUnsm1W6JKqHB2JrCf5LQlRPjRRAEFd4lqT4zkZVJMKpGPKFX3mFLqQSQ...

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_ZHjeizSjlBQhnmm3e0bjbf2gkbUxeZSqStHdw Face-Looking-Into-The-Sunset-by-girlfinly/62382154.EJUG5_Wed,26-Apr-2023 10:58:59 GMT.pdf

Hash (SHA256)
2bKX7D YeRIY-air'ce6r5er75cc47chbb1rk4fd30xbd0873E55S75 f3dad2aa

Signature (PKCS#7 v1.5)
5uLrH92D5q4Ezv4c54rQ28Z2gzfFDTXWxhClghbEBKfarq4HzwXXeqwkk+cBCzF4AgRq1f3xeqwL6Jd... with blue support service blah blah blah





   








# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 30 May 2023 03:56:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:4905:9c00:e996:f762:a48b:336a

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
C095m173dXMcnjbLt2bt3wogzJuK7rBhR8c03e1wtC2mR22/V5F93l3UfAjGiOt/gE5DPtiB12uwG0a4VLDnSn7H5jRnmLaqXUg0YkUjLIT7aUqLwNfJdy4ycpUWkEDq7nR6zy7iRfdy1r9oYQ2Mg7Q0mIMTkykVxV9L841QwG0pBJwrKAu/5iAXFkKlWQDJYmtf2zoPwAfQrj0QJhLkkOrxbxcj3qnxpFFbWp0Hntyd7bBrXiFjFmwGAHwUXhDbv/5JSA7ZibfTdSACt3txRb9ftIH3D+aBr48kr187rCMghkjmzvLqnVqgSr8e9juzmwGu0JuXwtw5r19oxgz++

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https][@][www.redbubble.com][hj]check-out[], Tue, 30-May-2023 04:56:15 GMT.mhtml

**Hash (SHA256)**
81a5de6a7685b8dcbb256e884f020f72c2d60c71b9b0ad6a19d927d921167e

**Signature (PKCS#1v1.5)**
sAPdBNbfwhqAwqxCTcuAh0juzlaMPTHaZGjkGFvFr4zC8A4sUDGNP2b051nnKBnnVspsIcdF6eTvsetKznsFeZfAZQB5G/qGDab/ZJZ,nS61s1C/W5SdAT7efmUTjzT/psCqiKoxJgPLqL15kzDvSQjbtbDsUDV9bzqYfcrV1W+5mH1euqrlkJTyTkNoTB4Ggwm0nihrNHnngqT5O6n2N0pjU/rjFzn9g3WF4pON9Cz+7fGHFKsKCtxnOkOJCwr6nirLf1awbqSpkfIv44JAs3aN1hkH7PK3+iimAqfdaakhG2wAxP4ba14GpS3eq2r8SqH7kXA++

    

## Checkout

| | | |
|---|---|---|
| 1 ITEM | ~~$3.14~~ | $2.51 |
| SHIPPING | | $2.46 |
| TAX | | $0.35 |
| **SUBTOTAL** | | **$5.32** |

OR

Pay in 4 interest-free payments of $1.33 with afterpay

☐ This order is a gift

**1** Shipping to United States     EDIT
Delivers between 5 - 9 June
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

**2** Checkout using card     EDIT
Total $5.32

**3** Shipping details     EDIT
███████████
(For receipt and order confirmation)
███████
97692066

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES
(Includes $0.35 in taxes)

**4** What are your
credit card details?

Credit Card Number
1234 1234 1234 1234

Expiry Date          CVC
MM / YY              CVC

☑ Save this card for next time
☑ Same billing & shipping info

| | |
|---|---|
| 1 ITEM | $2.51 |
| SHIPPING | $2.46 |
| TAX | $0.35 |
| **TOTAL** | **$5.32** |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your shipping address/local taxes.

Pay $5.32

**Carbon Neutrality**
Investing in programs that help the environment
Learn more

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Super Service**
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible    United States • US$ • English

ABOUT US     SOCIAL RESPONSIBILITY     BLOG     DELIVERY     INVESTOR CENTRE     JOBS     CONTACT US     HELP

© Redbubble. All Rights Reserved  •  User Agreement  |  Privacy Policy  |  Do not sell my personal information  |  Copyright  |  Affiliates  |  Give $10, Get $10  •
Student Discount  |  Guidelines  |  Log Out



# Evidence Collection Report

Page Title
: JDandRI Smiley Face Sticker for Sale by Joncherry | Redbubble

URL
: https://www.redbubble.com/i/sticker/JDandRI-Smiley-Face-by-Joncherry/92757112.EJUG5

Collection Date
: Wed, 26 Apr 2023 07:44:48 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
: Sarah Chintabunu

IP Address
: 2a04:5449:8:04c:0

Browser Information
: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
: 5AfaNbfMm2eur03EPl0gJ4UnhhPF2+TDBWEXXY+dxDUDLi2fsDrJYm-6M15dfuqwDvJ+OMppK4dnpaFl+5M4UyP8/bDcL8jQUnvs/1XtRktGgkGCDCLLbZkf4Mkcm

## File Signatures

SCREEN CAPTURE

File Name
: screencap_9fvbJxQBvJDplanwww.Redbubble.comJDJDPJdstickerJDJL.JDandRI-Smiley-Face-by-Joncherry9257112.EJUG5Q_Wed,16-Apr-2023.07.44.48-GMT.pdf

Hash (SHA256)
: 09457e100137d177 1xc77bG46bbeab0R6l5a0c633aaGfdcMB9XB2bc0b1d1T2

Signature (PKCS#1v1.5)
: 5gzqTJWgBbHfLqPuJn7BWjxbcqaIOJ1r1r3202X4L5BNYxYPJz6kU3P3nNnXcprQ9JvRjhYoGXYOl3hGNN17uHz17Ab1Yc01KVdL2TomoRmUjoUQbU6bMbVWKrYBTRfZg1SnpdL



    











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Fri, 26 May 2023 05:25:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4954:f600:ed41:b077:5c54:50b3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

c9LP2tXqxe0EWPjlk/xwPeh6duwp/Nb1yUzjqgozv0ZrLsxHCXm6nZlwv5eEtKVgJ2plYr5VjHBAg.bE2lP8omm7k5Fy2l6traQzAuVd1vCrBwm9+VDjwmmQuQwsQjnioxZKNQPwB8NjJLpPLlOnOWKBAYh7FYuaTmsVyQbl7AWvZD4m0J8Dpkhbd3wmH/AjjV+i68A25cf2vvJCb9Zg5Vdmr4TrXtHb/wNbrv/5lPWKoTSSoi3YfuZCTwPseh9OZvHtHYPu3Nq6MRGQdAf0QbKIV1AFUpv+88lvBLrvVp6vibop5kpbXgt5vMXFZC+iCF1eS3NkSJlB/6vr+bCk7F4PrvzdPTe8evQ9MqTKPg+JnjYCG3gKJ8P8xOm7eYSl4ve2w3SmxUHmvbPMRVTf+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][ih][fh][www.redbubble.com][h][check-out]_Fri_26-May-2023-05-25-25-GMT.mhtml

**Hash (SHA256)**

fb2aa3447ab6d6fe1dafc3f96247329d3bdd1a2a2ffd240be7e035e1d46a2753a

**Signature (PKCS#1v1.5)**

CpN+nVdwAnv6Dejuw-kQ5OOvdaTaFQkJno1fjGMPvEv5JLJSRDwqCrhCu9uPl1kYf62fkx9Hw3ju7Sd/wr4nMLZCLGPO6aflOBnTW1SD2IfTM1vJ3KS4D2aET+4/umyeKlGGZ8a8wE65AKAcMiNqNvJrSGY39fiAiuqaDCF+uG5jkwjPgeULn4-UdKabr4ITAfAp/B6cbp5/5ZLvXOrEEbyKJzxp/ihw/UJxyzr8w9dvnvxg/OumrI0Sw+Gznnt7CtgDGDyIn7bBOt/jdl1CxmYd9s1I6+BeXmmxfhj98ZnE1MARBffCpq0+

---













# Evidence Collection Report

Page Title
'Pink dripy smiley face' Sticker for Sale by Keedesigns | Redbubble

URL
https://www.redbubble.com/i/sticker/Pink-dripy-smiley-face-by-Keedesigns/110189150_EG8KE

Collection Date
Tue, 25-Apr-2023 12:40:10 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chrostowsky

IP Address
[redacted]

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
[redacted signature text]

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_[84plj6]01[@]www.redbubble.com[fs][0]sticker[fs]Pink-dripy-smiley-face-by-Keedesigns[fs]110189150_EG8KE[ss]_Tue, 25-Apr-2023 12-40-10 GMT.pdf

Hash (SHA256)
a2eb47f47ab5a3c01fb4465a9d4e79f33d6bd34e15181fe409a6e44f2d7cb320

Signature (PKCS#7 v1.5)
a4d32c4a4f126b6cp[a]4bfg[h0]1zffm-111.1c45GFCf4a3b11581 1c445f02370YG4h-87?m1bOcmvituL490VYft94fG9rbf...











# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Thu, 11 May 2023 21:42:24 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
175.176.16.166

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
YaWf2aUYoU2cbqP6u3ZTtfYcU4b1YrvzdfW6hrjnCQX40iMuwmfDV4JciabeHAaQ4h5AD9k15NrF47Ty9zKt4h0mj1SO14moRfiC5TLkftw7A9WrK9MbM7f3v7uUXtCpCsJ8KpdQhGBP1LsoGuvkS77ght3XhjmGazwYpOS7KLr5azuqAL0JnyrBXcJ8Sjt3J49JMirgUJSPJtQGr01u+Byvu6LNQvD0c%H
+rY8kKzujUg49g+3ySrb4McZW5cQdjtyA3ieBInVXY9kS1zfi5gpYYiwFZUJ+LhvJwTtjoUBpXHgSOwAGTEKLJLb3GG001Ton0Vd3evd22VeU14rpe=+

## File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_[jhttps][I][h]][www.redbubble.com[h]check-out][_Thu_11-May-2023-21-42-24-GMT.mhtml

Hash (SHA256)
8a395ac72651fabbhbb03a0d9f75ed0a9d0eea33333ffea7ea3739beadkafbfa

Signature (PKCS#1v1.5)
KDflLd88/LnskPwPboGUu7VlgafoUS3dxUgDGhOn1fb3BMH5ZP4Vfv76s1fBRf1rdhNEZh0fpRjZ2aOhZyT6sQ14h9OpzobrJYYewnZLVvrxwbQ1Kw0AgNw1kFqWqG43W8rtyAMX2ELbanZ15vIR4fBSJxADEhmQn2L6wK2JxYzb1mtuVbhh=+wNWNd3fyaRWny3T0p3zRGzRSVmgbh94ViYP3xZs1L2ORMVQ4VeaT7wzS1rZ2LrkgUqrhHmeikuRtA2E3ztbeXkwteBG13JmqFoWvxZM44mM+f4rkh9gShqB9jqT1sQ+=



   



# Evidence Collection Report

Page Title
"Hippie Happy Smiley Face" Sticker for Sale by kaitlynchen10 | Redbubble
URL
https://www.redbubble.com/i/sticker/Hippie-Happy-Smiley-Face-by-kaitlynchen10/40493517_JCQMD
Collection Date
Wed, 26 Apr 2023 08:13:42 UTC (US Department of Commerce | NIST authenticated timestamp)
Collected by
Sarah Christoulakos
IP Address
2a04:fa00:8:3c:5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[httpsJJJxJ]Jxxxxxxxx.pdf
Hash (SHA256)
3507323b78d74991c9c0fd7ac16d9439f0bb001056177c7de4ea8a344e0b
Signature (PKCS#7v1.5)
aeE13cieÜAG90bKsQAw5r3ccKpMsvTPuvH1CPp4A18cCM1pMbDdHL2aMg2Sf74boeh9lNbhbUzFqIk7s
JQpgU4DC6nppq











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Sat, 27 May 2023 08:09:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:44f0:4919:4500:59ec:11d7:80ce:3ec7

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
gRjtYOF3n4noDuzCljzxOkrExfpcdYxreC4xE+Z3817GtE51sGljspcU7qfxrT7KXyrAunrLvO27iSrtO0tGUpRN03wxmuN7yQE/4cfWpXLtNawuqdVnLjLlZz5gAcxm35jpqtF5c/dRF+HdgbF/Gy29hfk/JfNWd8bW9iT34ZV2O3bTb7qgQxeJJ3t8hHoTtAFkSpK2Hmr1GVfonNtcWG/90f3bETtmlhlD7nLjLxwqt6cNtGbsQvZufuSmyrBMgSWuKMUk/tw9TbJ3bxSKbLdNI2bcv/Bo3qgG2V8kEa86EmWkM6VuJSU18lq1rduMVLznmaCAkqoqPbVZHLJawRA+=

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**
screencap_[[https]]//[full]www.redbubble.com/[h]check-out[], Sat, 27 May-2023-08-09-11-GMT.mhtml

**Hash (SHA256)**
aeea00a51876515bd7a2bbd8b431b013010306dcbdd0e07bfa22c24f5e129cd

**Signature (PKCS#1v1.5)**
FjR3LopXPkFhO9nifcY6SfQcijhT2g79bkhNo+4tFvHcsN3J+oUL6iQ+QNzLisTXYL3zVysfLcno+ininfzHFsf2DY0nFzYvV6LGIYAZ8aGXSem/GEUF8dHF4n4cKrRAqTRL67sf1DRMB1NsF7N4ckAXsWdSy19XjhBG3TyFffFcmWl4kNkSxxAwAsgmQK9AhAmN/sN7/wnUfFxfTSiYfFQc9WChh+13Vk6kKjpDhGsc3h2vxxfX9pplVpqzbBbhkDAyfytF7bSsgcuaSpwiNBPXkKzww9kfr/Fgz27VzZhZjKpmzbBvQ9w0Td0









# Evidence Collection Report

**Page Title**
"yellow smiley faces offset pattern design with blue background" Sticker for Sale by Kamxstyle | Redbubble

**URL**
https://www.redbubble.com/i/sticker/yellow-smiley-faces-offset-pattern-design-with-blue-background-by-Kamxstyle/43403493.EJUG5

**Collection Date**
Wed, 05 Apr 2023 09:32:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Chistodoulou

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
nNhuxXpEHNM8LZ0hxgJ4FMYO0RbesHiLJnD8q/n5aXwfesxZUHPyOFBrh/iCDNhpoMhuwS47mLDidojvv9G9maYhVdCDSJgj0a,jSighgW11YYUSG0p4KvFo0FDS3xi+tXGzbOnlE/HuiwXJ4jhpnagZqJ8grSfzU

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_3hhyuQzfj0rpeca-redbubble.com#djEijvcbur2fpakce-smiley-faces-offset-pattern-design-with-blue-background-by-Kamxstyle#djEijvcbur43403493.EJUG5_Wed_05-Apr-2023-09:32:38-GMT.pdf

**Hash (SHA256)**
e8f4eefv3aa27a035190aD9715094f36tABCYu8a32hu73mT&0J

**File Names (PKCS#1 V1.5)**
9uHX9xxaIMuTX5Xhr4tXhBLolpkE7DTmjp91y3qVZHjwE6QCQhCY0i01TwsCr4GZnFVhfA.e5bTsa+Y.V3aJ6Y3tTY9ijTf8asCw0aOoXbhE8NdCNHC1R+zccWuoOvoi4CN1brGerlHdq3F+tqJ6/J2YE3ZN29Qj3HsnKnaaj8+2RO6XE94DB0DNDVNJ4+XPbD














Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 10:28:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.30.31

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
J/XGKau8i5HGUFBtCXY2tdMd+hOYzFiwy8Od6i/ZO27KM0LHAC 0RuqiLEr+DHF Pfp2wf66fy8t2aZr6c5ksiRbvF 7TfnOQTgbRjnBiqnq/TKB0/JG7w8euD20eYUhTpPTGvbRJ0igl788NgwaZFKX03a7okf+GkUjcCCvrY+eI0P3CEogG/8AKP07LELvTzPA ck7zIajnJEmzeuFsweH9DQJtLNCE/83x0Uvqed+d1kDH04p/2Eyi7zeH9aL+LN9tU8MhQR5KV/zpHXZv5njEjzRz0yLa2FfROUn5MgcgPCFEfpEM18qGEx24f4K4fb8hKT4RMMKZniaGzhz4tb5A++

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[[https][fs][fs]www.redbubble.com[fs]check-out][]_Mon,-29-May-2023-10-28-22-GMT.mhtml

**Hash (SHA256)**
b3ca786271f9d8ae6f38fa30351f15d16a8b527d6a845ed07e1ebc27da2b47ca

**Signature (PKCS#1 v1.5)**
QCZdkdMaAJhFl1UGH+Gi39Pij72LwMYxrkZVCfti5TQmgDGundR8GF3zFynq3f6n521MhmKdQlkgfQRcccj0FeYSE83VPOm/ZKnywj9NmtUAZb03g95oTHRo38h4aGu/LH6rn1rQ/NtQhAicwxnjSeTRblZxo5Vxi1QpexI}qzG36QMaNDhSrRWH/YE0b4msVKKOQqXjQXya2hVkzbDNfu9MkvqRhQmp2RJbDAhCekDrLn+ER7jarQJz8cFC2IPt0BZAXRFomF8dupqRZ25NxsN4mf5HyjoZX8g459jFfISAQfsuAHoV7cjWtpOVm1+fhOzUPLJfiAuJWQBtXPtmtA++

