# COMPOSITE

# EXHIBIT 1

# Def. Nos. 121-160

# SCHEDULE A

# SCHEDULE D



# Evidence Collection Report

Page Title
"Tie Dye Smiley Face" Sticker for Sale by kalieguerra28 | Redbubble

URL
https://www.redbubble.com/i/sticker/Tie-Dye-Smiley-Face-by-kalieguerra28/106911356.EJUG5

Collection Date
Wed, 26 Apr 2023 09:35:29 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Ohmstedoulou

IP Address
2a04:9b00:8:36::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 | PKCS#1v1.5)
9949gl31mhjMAS2uuUbQwmMKqBMQ+DtBGlQzAlkpX+1YHbOozoVABMfK1uTCBVqGdPBssdAAMBaqtjrqqgbAh+o56fHo1aefPmfktkM+0fo3ESoraKLpa3SISMAvyt1v2TDlpFRqkMhyAgy9=

# File Signatures

SCREEN CAPTURE
PDF
Name
screencap_3lmfpjsQDqEQkmm.redbubble.com%2Ff%2Fsticker%2FTie-Dye-Smiley-Face-by-kalieguerra28%2F106911356.EJUG5_Wed,-26-Apr-2023-09-35-29-GMT.pdf
Hash (SHA256)
294dc07550cb01b9d046ec143db1b8c5210fd0dae77fccac4e3021c1a0f4e04f

Signature (PKCS#1v1.5)
mEAAP8BAff5sNUUBap8jEfq1tcCOMHHMaviaNLhtQ0HUfA577aQ7a3ns7mtFn4prdtHLp3CQ4x5CoQfI1xQNMfxqwHAIhXfl3xQ3aijrd3ScdLh4mWN7qdfQjoSQJuX2ModIXamdbfIpiU2oaI6jLKfIxmFcd1t4j

---











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 13:32:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
UD8r4Yg4dJmDNGQ82UaqBydh6 m9F3AxV+3F8Bw2fQV2qcnF9mhPMkwZi#BsG9hrq61+o/pFs1+wEvS5aG4Gtm4kSwzxod33TO4VSsoKz/HefVpvFQ1GP9tFKZVv71iZCEaYnlL40xCJ7NXiJgTWqvzgOsCHX+hVXWMqZ5e5hV9TfcXjbj0mi54fVJGLH6anQyXZ5x98Ft7Ti8kqBoAXdfR02w/mQRgjyfw+rF7zvM6Z474oU/4I5/N4DP/zs4IU7m2r+zhv+f5Be3QbiQGnzsLfWKbuuP9f9uzML1UuK0m1AolFaadkMMt/uXzrH2VQ6mSjXDj1/iP/6XqLRXzg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https][2][f][@www.redbubble.com[h][check-out]]_Mon-29-May-2023-13-32-30-GMT.mhtml

**Hash (SHA256)**
bf7a805fa0346a6314f4ba066e6539a01e02cd0c0c08bc311a29e6b894f8a73

**Signature (PKCS#1v1.5)**
ipwgwe4zkHgMVs4BnKr1Cm/Qms2BsRYq64JvOGKn0SvPEd95PN518LgABcAF72WcxRZGOcmt8Bz1iDFBO4tzvhkOdv/c/QS82/zlVyNHsdzrGt+TNG9OOmhgwwFaLDvDDSPqkvT0EZaabNYGzYtjzzr3pmJoWv255ehN09Gqg6Br+OYfVgzwxtvA+1p7akSJlrOEv1YpOogS+QaWUFfSS/wdlL/EBGb2eKmzHsVNpBOO5A=





# Evidence Collection Report

**Page Title**
"Crazy Smiley Face (white design)" Sticker for Sale by keep-in-mind | Redbubble
**URL**
https://www.redbubble.com/i/sticker/Crazy-Smiley-Face-white-design-by-keep-in-mind/79130449.EJUG5
**Collection Date**
Wed, 26 Apr 2023 07:22:35 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Sarah Omotosoltou
**IP Address**
3d647eb59.8.56.9
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#7v1.5)**
GyYHg72HA6aV2Uygbikd/BWk/3t2Bu8D/oHbebhFgSFJFnVcAD1t2u0lQob4AaeHTW4KbhUbemH4N7B88FnGyaHm/Bq9qgmq4u8/7n8pn0d72qJbH5b0Ys4WFSoVWiwz

# File Signatures

**SCREEN CAPTURE**
**PDF**
**File Name**
screencap_DHylaEQDHJones-the-redbubble.com%2Fd%2Dsticker%2D%2Crazy-Smiley-Face-white-design-by-keep-in-mind%2F79130449.EJUG5_Wed_26-Apr-2023-07:22:35-GMT.pdf
**Hash (SHA256)**
12fd3f-HY-tMNr4b3Xb1ar-Y8T723NvF8hGhDZ6rZi02f5vDuk6U1k
**Signature (PKCS#7v1.5)**
LgwYmDsdwFTgYCYCgpwVfVbWftJvoGohAu4dAN/JDfN2D9wHmTvuEu5L6Luf4TNDuuo3LmL6PhN7hT/sO5nm01Be76TZ/o/oEDvUT6eTCd/5FuuT24H4Fp+v8G59b2ZNd9uS9jyqDqKJAuwODp5c







   







# Evidence Collection Report

Page Title

Secure Checkout | Redbubble

URL

https://www.redbubble.com/check-out

Collection Date

Thu, 25 May 2023 07:27:30 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Michaela Borja

IP Address

112.206.66.148

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

JvQkwwGybrQtOhjCGPIWYneG7E9Ak509d0Sp13F54vkHVjhZv8GW6uFsr2sL8mHXp46L
+OfEmLGG5STG6mAhAzm9IbJ5cLzYUvgME2N6FoJGSbQp3sSs8GkHBUfUpqsQ9z4siwf6UWc7SkPRvsXzLhNmS1pwe96HwGCBe2x3NI2LUPwk9Y4k6Ec7Ku8RUwWrvkAEtX41p2sLZgwwTG0LTTJ0ZN9tdRr-euXwC6nyk1rfwY9QuCHa+S/nCASPwGr+JjX9RfpfK3aG0RhqqZZ3NJRnuQGuaBoXD1L3jrYmfkJxPY5oHodNtkqCOXRH2INq7hqV2mmF8A++

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[httpss][ft][h][www.redbubble.com][h]check-out][]_Thu,25-May-2023-07-20-GMT.mhtml

Hash (SHA256)

cbfdfccb876ca9f7e02b92cf349103f6a2929733301cb4e5c2b636b8d840bced

Signature (PKCS#1v1.5)

SqjE1SCuVYkmM7zQtAQcQbhqy53SQfoUDLN+WguAOtF/0Gc4wLb4A9R6p2z42kJTv+qz0bcSdpd7kt74fVhSWmxh1OxduXH08usqDl/LwV6gSYGCVkN2jKkmtb18WfbR
+APwfbkNkbYVyqgFZvL4Uzs3TA1caT4tQlgWCSuroQ8TgAywu7v42muQ4RHWszbNwtXYQZPvfQRemtkofkc7YbwhfqOyFChGPVhqSS2BmcMqSKB0W0HsW1Fopbw1PgxGr5cjIqOwPeNoAgmfeftvAuSGGcZwpuRf81ceSFLJNYSN6JqyakiuDkWGX5V1hmknwg++











# Evidence Collection Report

Page Title
"Star Lake Sinclair Smiley Face " Sticker for Sale by kenzie090 | Redbubble

URL
https://www.redbubble.com/i/sticker/Star-Lake-Sinclair-Smiley-Face-by-kenzie090/116845554.EJUG5

Collection Date
Wed, 26 Apr 2023 01:18 UTC (US Department of Commerce / NIST authoritatived timestamp)

Collected by
Sarah Omotosu

IP Address
3d541569 5:

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
cdCeu9dmG9gAGPnrKfpcr497a97OQUe7h2du&C7ipqqqbbbo7WfmwF4Go50XeEO4leZTsbbpDphsUyMhxRfhc3Xso4nbRNAhxRfhc3Xso4nbRhZnsbQrMuAqj7AKafk3u5zCX9PhRrv...

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_D1HptJ2D1KJZ1xww.redbubble.com%2Fi%2Fsticker%2FStar-Lake-Sinclair-Smiley-Face-by-kenzie090%2F116845554.EJUG5.pdf

Hash (SHA256)
fd9596a406fc02653407fefc3c2f87f9b534e00d051fa0ab153511f3e

Signature (PKCS#7v1.5)
fafpkxnZfJ1AXbXrl04nx5Dr74Q7gI0M4MT+HXHHfFd7QXrnXk70A5006ahZ4pM4Fu2eQun2w2xL36zxREuewhrbkhH2srbptC17qAznPXrWHeL3fHx+81sxKDxeO7QU1JPYmtHdg3sqq8jHxrNAQ0G4M74Um





   



 





Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 12:24:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.30.31

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
jeqbd/JpmW1g5w8nR+vyYRb8Q/Q/1JqbR00dztK9rJzyBw/S80T27j5WOl1v4I2I6e28zM0M140ru/qROqOcqgJzWleQjn4FAJ+aGTfY+Kyd2OAozq7xmFXbOfE2nKbvmNEBKmr38x39KWzJ7SiM9kUGNbrsxHJ3U9xLe2t1/bnj/WL1mszYJc8XKrQhvvZ8dc4uSA2tCBTiHRDnaEDxSLgDSHuYKCJHa5z5zc6UWhOYfb1WEasVdzPMsd0MXw9HP1c8fVPsWfaVj8bhMLuskl+Uy2dfx0b9Rl6e91GMrymnKG9u9E7PFwN+ooG2nWvVD84SZm1Gw86yP4nHFD/tqQ==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https[s]fs]f[s]www.redbubble.com[h]check-out]]_Mon,29-May-2023-12-24-44-GMT.mhtml

**Hash (SHA256)**
247694112664cfa2580ffa02cffb128bc204392ce8746898d2a3e277240e2d1b

**Signature (PKCS#1v1.5)**
OuaGlUxExD8I6OQ80j1kjg1JJ/1T7YI5VwIwVFTj97Q1dpX9gDZH3tqb74Tfm7GgU56m9o43SV/NWHUZu06GLzHye72VDvgdDr02fF0bEwNsMN0uI/AYftyFM0Ifx8h17gpdg5mUO05G0QM2ZZtLqbhGi3byNUu8g7J77E7FFaf5O+ufguAk0nJET0ZW08q3ZztXym78u0ngPFz3o7l+T+KNqS0UYho4srvLFCguId1QxGd05jpKlHvkkT/8tpgDeN058I3GRosWrxmV1yk+DKBZyDSs5mxe6dKf+/7HIfHdgtC27e3crPgbM8Hu8vpn1JfMETt5EwRcfuXpEpzLfw==





# Evidence Collection Report

Page Title
"Smiley Rainbow Face" Sticker for Sale by kpomtac | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Rainbow-Face-by-kpomtac/28112281.EJUG5

Collection Date
Wed, 26 Apr 2023 04:38:53 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chimbodulu

IP Address

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
OcAMYd3KAP3anguAUodsdPsa/lqAzQGGQkQdCpayvB5V4Vengbm5XTn4RFGcC7Y4WZgZM3Kd9cukp38shmG2Np4nLDsHnSHvQ5P2TapUmtiaBMZbmBQp7q3CzUDwuAEaDs/WRLNkpodTVTGNK7qcZ2=

## File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_36=h2ZdhQEpmewww.redbubble.com%2Fi%2Fsticker%2FSmiley-Rainbow-Face-by-kpomtac%2F28112281.EJUG5_Wed_26-Apr-2023-04-38-53-GMT.pdf

Hash (SHA256)
930cc831d71a7da4ddf1641a36b3107d77df4f8257d0286d3df2a2906965f96aaf

Signature (PKCS#1 v1.5)
krwE5cKvbdzApngHmogtQi=SfbmQdwZF2tHq7Xs7AHSP12HNMvDcEKSc7cGbymhRSJdGqpuVFh0oTF0J2gJjc4nz=dgpYdacS0fc4HAoa2Na2QC91EmoitMHnQMtrBJ9fuoilReo7LYrJDD21Goh=



















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 16 May 2023 00:08:19 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Burjo

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
A8BXkJgG53avvferd90dkmrv2YyXuR5wLbJ9Hv0s69iYfchhlcnX3NdJ2jZbmVY9AaogDbir3KVNOkAagoSapGGZCjXytuhzY07L3FKB+mO22xU18sN00bjwrd47ddJ80Kmi0+4dpRpw9seCpgFS3H4gLkhxES8HaF1czam1SfY01JnBAHmT+OtKGmgbvMHhFZJ rkzaXL8uvm122smwACmUIHqhhnd4bxCyRhr-JTjVdL/pE1L22q5jHVXPmLrpinrqpA237NKQ2xr5zm5I5IpOGTJwxNUnsCqBQQ1IvwbktMyFzku3Mz5xtmrqPXGqQ5ZmwbH4pfdsz8WmrwZ6jaLjkG

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_jbtrpu2j9uj9www.redbubble.com[b](check-out)[,1ue,16-May-2023-00-08-19-GMT.mhtml

**Hash (SHA256)**
2097c87ce8c57169deb516c1ef7f04605918130560144c6b2d54d80340c69f07a

**Signature (PKCS#1v1.5)**
8Lk9Nhg6z1l5NHQjLR1sFIqnw6wX51vKMYDxOnJP3JBr1vkxGcDH37X1WH1n2sDT9sRdgbrDvLcVJgDkQMrMFHHfnt63G1I/4Lm4rmvM4AAcpqiQOURBm/FDbbpjG23ns2XJ/ HNAXKL3ftovWttdtAtPdchOMBuTBqtNCweL-t5yvSml5CVdbMBhMSw1zy7t-psUp5UXHLOWn4+bBd6B5oGcsZ1x









# Evidence Collection Report

**Page Title**
'Smiley' Sticker for Sale by Knottygirl | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-by-Knottygirl/85501829.EJUG5

**Collection Date**
Wed, 26 Apr 2023 11:15:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:5600:8:16:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
GeFmG2dXmjZlbkfsN4Dg1IJqqGWDGheHGYfFKQ3+iznYGyV4kKfLbQ2+GZ7lWXY7WRhtdOxr0leyTwmEqoqHpeMnMhm77VKYoFGFiesaTVY9O9IBS7aKeMgFGEMcMe/VGYtkHNZ4L4wAS7CrM0xw==

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_[img4x]@2@sdww.redbubble.com[h]@[sticker]@[smiley-by-Knottygirl]@85501829.EJUG5_Wed_26-Apr-2023-11-15-32-GMT.pdf

**Hash (SHA256)**
773d318a874a143a03a8801ef1ef21c87c0903721baad173456605d5a0b9

**Signature (PKCS#1 v1.5)**
f4g5dcbN6kBvW05KRCbDLeV2e2E7Q9o1nBg58Z7eMhG60a8R0em397bk11H6LdmMzbuut4EU2mnvSDslqls227g/2WbW1CGKncQ1HXWvxx5ev7DFmrb6wo/

























AXENCIS
Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Wed, 31 May 2023 22:42:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.70.8

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
dXyamkoekcoFap0PVm8trbBogkMNn1Ho9C+0BNsyj+wYDCzmG5V/je3Pf6PO67FO6BVu6e06hJokRcX2fSchBoDyzpa6H43G17NOxyhBSJHelleMUfkBOGtOsqT6oAX6FGCNPHAryaBKXAW88hpRcVZ00xjrq8PVqZrYDFp6z6g5fNcFyztJQEX8ghknkdfp0ifaeg0/y3ncyVh9Dd5WSehtLJuQAeC5QiLYIy/v8r+9eblkOvZCvwMpAHeDv5QPMFFRG22qDDqwYQ1PH+9neu2HwH8SIA/DxqM5jkqW3DOV+w5ZhGiCFB9rvN3rNtncUotW1A+29t7d5NNgbxU2vTi4g++

## File Signatures

**SCREEN CAPTURE**
**MHTML**

**File Name**
screencap_[https[s][h][f]s]www.redbubble.com[h]check-out]_Wed,-31-May-2023-22-42-41-GMT.mhtml

**Hash (SHA256)**
e32cd80f54fe9ec44d4114d9e4fefcd38470c62f1becb8db3d2dd3d3f903caeb

**Signature (PKCS#1v1.5)**
zd/7DDiuqUsKJmsi9jxmhME9UmkSz/XlL+twmEJOKuoGHsuAXh7e+r5/ap3mMHfOuB8+niLL76l2kcTkswra/fg6m39fyEv8CZPxga9C6HZuajAodwlTyK80uXuOH6kjANVqbd8dROxfzXkWfJ202I1kpocuK2XlcWI8Q+iW5Y6bqOnWwMhFLXKrCq1/h5MsSqN9XfI0vwV0K4+aVXUJAfbxEWVVPPEasArn5373lVf5SAv7VLc/+u6/YkCfkXmFpe576jbHi1ff3f092GM+l2aD2qPr59WtLcNrHeMefT-4NSfrWmkLprmwsSn8z056f37NGfSGSfd+eqKuxs6P22BFQ++





# Evidence Collection Report

Page Title
'Smiley faces' Sticker for Sale by kngood | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-faces-by-kngood/47154784.EJUG5

Collection Date
Wed, 26 Apr 2023 11:23:06 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3dd458d59.6k.0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
gu8cFdYr4402.o4Zv2FkGuq6fDr6L7kDKAUcvAFU8o6Gwp5GNFYIb14d5AAAV0byP4eZNFg 1uf50pAv5u1DqoLz9aJnfUDyVRcf8r39kb2FsMktCxFa4Rapzneal7r3nHm+n

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_01HqoZJEnQ2pow.redbubble.com%2Di%2Dsticker%2DSmiley-faces-by-kngood%2547154784.EJUG5_Wed_26-Apr-2023-11-23-06-GMT.pdf

Hash (SHA256)
0fd6268de2dac8a540c58dc4f1a59601f979a7bdaa5de47e69b4c9767878668b0

Signature (PKCS#1v1.5)
EC26.3404KQbdGUm5KH2m3VQ5OG3oEBm4H4nvSaJmHSPCsKX9pgV8Q3Xf+emM57bRTcd6PO7W2FxN10A15/+iA1+/iWQWs/QO77KDFsNOZ7yvvuVxwvWb+Y1lpDr5v+YmDMfRo8VMMMvMe6Qs2PfaGitzof3iSxw+



   







Investigator Name: Remmel Jae Inabangan

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 01 Jun 2023 14:07:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.70.8

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
mgjWVu07E1Le1fH8mvKjCyrpoyruNy7/L+Q0iLL0h89xBc8rw5G86dkPt/H9nz39F1Qk8W1VNJVC5roqey2VzcEXtiXDt9R1Qv4km6em4r8D9RX8P0QCW3K9bMOHxHv/aaj0xPc8EaBi2SEgdHXL91G3H3cHkgpxGofqm7UjUVXi3jQiEi7/827rPRZ14xx8qoajhfG2NFSLwXoS5aoDhDpvf9t0fttZCFm6l+dKuDTAy6B5ugltvC61HVKDozScQkvf7DhrSVMV2aVPYCJFRGuRwL4Aj8ybkEnU+EX+TnXxVrPepySLJ/RaQPWpcxQSHJ66uG83qGzd9R62nxwQ++

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https[s]fhJfs[]www.redbubble.com[h]check-out[]_Thu,01-Jun-2023-14-07-32-GMT.mhtml

**Hash (SHA256)**
5e9f12a339fe5ea73fdafa0c6a1e555dda4eb116ccdcb5eb720c585840Sea3f7

**Signature (PKCS#1v1.5)**
Gh9Ueoo8J4kcKefrd1cvAMerPMQfEXZ2WMf9erN8Y+UJexbqO63OFxujrKERdASvcimx1n9c4yYvAP8fEmp/qUfcXwe5SQ42zgUAf8ITwoDsER7y+81xtf8f8ble/lrUjUBEFf5U+lc1ouCb0IES0IjE4bLPMqrOHtbAubk7/oWGsCxO4udoR3E0rzVX75t7wMt1d6rG7opejuNx7eO/dbts7hYQB3UKe1o3f2YZ2nY6r7xOTEV8fatYpaa5aRB27BRLXfkXF+8PI3NK9x3LLybDZTloT3ysBlANcfsot6VpSdfNsGNV37up4DzvsAVkVyg08FIte1fRRhCSFOd9g++





# Evidence Collection Report

Page Title
'Pink smiley face' Sticker for Sale by KTSdesigns | Redbubble
URL
https://www.redbubble.com/i/sticker/Pink-smiley-face-by-KTSdesigns/155879944.EJUG5
Collection Date
Wed, 26 Apr 2023 08:41:21 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omotosoba
IP Address
34567.6565 5 65; 5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7v1.5)
h54XcPofByyyzp3bt5KqQ6tdod1DoOmzt1cqWb4572gt6HK4fT4tNX4iRoKGngcz1e1hGtge2JTmh4P1jeKV3PGdPFh0E35dnS1mm4PtT5nxfgO5CtIggPGMfG1gb2mFpKvQ2ai62mLXLadmx9EA2MNkg4txv

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_3HqbQ2Jb37pbmc-Www.redbubble.com%2Fi%2Fsticker%2FPink-smiley-face-by-KTSdesigns%2F155879944.EJUG5_Wed_26-Apr-2023-08-40-31-GMT.pdf
Hash (SHA256)
97043ad7b997da74c9ag2ae7bd991fdac5dd3617bdc0722a2120a9a4de271ce
Signature (PKCS#7v1.5)
Hu9f0Za65Bb7j7ooESPkZ4aoOXoblkt4wNnsRGfcdGG5Ca30B6ks0oqnPbNw1cYKbp1pFBz8eAtddmnlu5fwA7a6eQ5Pb9oRw4cbEKm3u4X4aTuw1ANPeJHKMHG9DeaqqBa7XbRXNm













# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 09:24:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4924:ce00:5dd:8d57:840f:9765

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

RdEvyC+Jxjkk1hnEmhAM7CoL/VTWG2pvjQto4rdbsxrDxjFT6kNswvTbbgmiZ12prteN/WftBu8CCu/QREKxq7e4PPmgfqs8y8lhBIHnpjoeLehF9Utia41Sz5qSCriS4saotkJAP4Z74DYfDP5mxcj15kV6sHP2c4YzLdrbVB5dXCG/cmx+P1uVGnsHdxn9LYHwhBzhNkfATEVCmBrHzI3fAWFkR9RIeqQYn2mBvxCTlfhG4GQ2pIAaNyQbFwpubJce0akxb7Ksb0hjUmxv4qon/mjm8NG4JJp11pFnUzeqB2PrEfmgJ2z4fDHwLxTEFJNmim1mDZL8MGbccSwlCyGUA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][zh][h][www.redbubble.com][h][check-out]_Mon-29-May-2023-09-24-13-GMT.mhtml

**Hash (SHA256)**

488adb006f1296602a610212efbeb845af6639ba7c26918a7a0475188d20ee4

**Signature (PKCS#1v1.5)**

MrodYw4ouBgSuLHpFnFXneOOaGEAnmF9S3ZvfDMAnngYH2uTX5aFzFM8ZgNmH5/1JOrjsHrKSNNqgh/JKSMBYnBUtKhSSnVrHc4ZJZOr/VY78dvX7dqlBgEgdlEeX0IN8hygFiULX8qg3mgStB/Id/rfFTaUmLsG3QwtV7dMLaFXAmLdsbNSBkwjeOFGplzhO4fE7rJ56OEK5B4MnwZKr7MU9uWTbuXZZbDbaNrqpCzykHyyPVbzfGxKqFfrCf2MqjNhQyh1GkVmQ6tkOd9DTacJKb51iV1gJJd1wmGjPm3mdH4AyLxKXmZ8vVHeHGZg7EAFfwebA==







# Evidence Collection Report

Page Title
"Cute smiley face character" Sticker for Sale by K1doodle • Redbubble
URL
https://www.redbubble.com/i/sticker/Cute-smiley-face-character-by-K1doodle/91449906.EJUG5
Collection Date
Wed, 26 Apr 2023 11:14:06 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a00:5600:8:96:5:
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
vQr1z4AzIsDCvZ0fpXDJpJuZvOtcJDBQlVt247BhMeGkjZjxwrfV4iG2xwqq5ubfTkHPGsg1duhCVwxKqiuxKfCmn6iNXjdfG9AKCe453BuyqRSAK0T4dc4LfkCwcjG3ib

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_DhhJuUjQtdjRQccene-redbubble.com/i/sticker/Cute-smiley-face-character-by-K1doodle.91449906.EJUG5.png
Hash (SHA256)
81dfe472bf2e1edc3ba44ebb8b4aaae165e63a37b99942da47b369aa03bfd9c128
Signature (PKCS#1v1.5)
107c262ed476fPnvpG2f6DRKbuMa4dTtepkpvrpccuv27130Ge84cENGxdf1u8bk54xLNFft0Yp792RerVsVd9wZWnm9QClWkfBKyWQUqwm6CO6mqp5yv0Jh5yt4pSueqVXqaWsA84BKICYFmwgVdYkV











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 01 Jun 2023 00:00:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.70.8

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
keRzXppgRedl8bp/7UGVyxYf/QkmG29U33ec7SAHnDMfzzNgTYKeRoxlE3mwdEvHhfkZCLvSjZXS/OzsKLLOHOIxExDJVGxrxyd3+tDZmKQQWnmcPW03gADsd89h/zc1rp/
aJjVC8h7JqVwmpa5rCmmgRyue3nWmOv4LeOnDphUJVNNzdFWGJT7DsLRSbDfMQAcqlIQDs3HqWhdtJmyWbgF5qcJDSD8uVb1nRt8Bar930yRpsAD58Y6d5Ky/5H4/z4TqLEyWeTPn7iFswwBxhgD4lfnrVqqFjkppih1sZRALK/0eflJH1zdTJ36t0BKh/0JHTXjzmJ!e1syQ7BfNokw++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_@ntps[a][h]ll[s]www.redbubble.com[h]check-out][_Thu,-01-Jun-2023-00-00-22-GMT.mhtml

**Hash (SHA256)**
950327b2896b35a63fba56cefaec6ef513a435acd938100a26a06b455020acd

**Signature (PKCS#1v1.5)**
fLFKF35vk1yX5C64N8yMFWAvO0qsa1wqgpdunjC4CColuc8hg2kwgKZYVF4DCPMhn9hOXM4X3uzesfdxeph2uEouzlbxV85ay50QnAV0L7uwoeg98dKwsjCKlwozkoLwQgWgzf0VVx8KQXhWc+5k4wsWulGownfX5adbcCDVdJRo/
GUe02AXwtvOHdPg1RDvVEsTC4TISQqkCWsAU8YGpGAX5lom29cb7HtyJ4Hmpt6UPy2eYs/aib4HvCYsEaHyR/lkvCLrDBKKe42hCOUU6/1zbMMttl0dkgGkp+3B+4vSGPDDVaEWftpnAUacZv2XWqSZAGFW0TEpcc/xQ==







# Evidence Collection Report

Page Title
"smiley face sticker" Sticker for Sale by kuromi | Redbubble

URL
https://www.redbubble.com/i/sticker/smiley-face-sticker-by-kuromi/76790604.EJUG5

Collection Date
Wed, 26 Apr 2023 06:46:29 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Ohmstoholou

IP Address
2a04:9d00:9:3b::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
a6ad2fb4feJ72af5JgPXr6Km7nkM5C713ukSrCkyLm9f78YbM0k4EiMDHwZyCfg2OrIP3DIFVhSIpkgEzG94nEt7sg2STr11461t4tPtIm4MBqOsMf4AjQ68bUi1arGLChTP8PDWNfnp98tV4vbn1cEmvAXkUhVUKViImtpZexe8YVt32Stx

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_EmtpzpJ2rjBComm.www.redbubble.com#2of2pbsticker/smiley-face-sticker-by-kuromi#2c76790604-3_tUG5J_Wed_26-Apr-2023-06-46-29-GMT.pdf

Hash (SHA256)
955c1fzbdaobd33494fce44be2dk1170013168cdb28344bc563da4968bc0aScdc4

Signature (PKCS#1v1.5)
dbp0EtnxLOL2jrU5vEImm3qdgExLf9E4STJOc3FYTuTYbUzVnbVO39pSg0fbJptmd6a5QzpAKhjXPVMZ2fp7oc5T7aaVWLuoX4zerJeHAVpNxLJ6Opo6S4J9gPFPv2gO0j0XqFHXLhMn0cFPm5SHVw4ztEwT1KeTxVbUxZxMaScX

## File Signatures




















# Evidence Collection Report

**Page Title**

Secure Checkout › Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 23 May 2023 16:10:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borjs

**IP Address**

2001:4450:f400:8166:9dee:1148:dc0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

KqWLkxGt1dnH88GRTZh8mQKxotzEBpdaFG6aRs7Aaaxr4CfpBdrGbrF5mnQmYN0B87uahfLTDYBwxXavGa0Ytie07T1wk46AqbFrB1hq0G,17nZFlWeV2Jhbqeb78AIxQhxrEbrcdUJ/xVPvxAOibU7llmwe6kkyVSe9gnFGA0iFWLKXvnCTrfzyyQyEXHGGZ6/gjgeLqtipnftdRUUvqq/I6cvXDs+YJ6JQXQ6lvwGynlWEOzRksgS3Gl/P+cztY3XkfdxnkN/HvtNMtdREu/brdqrY2PNFwFadGgpGuU1gd5o+Y05fLoIThoUNAt4gQ7TXC9EZ2yWk8hNUXHM3SOedneg==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[0jtvjs][f0][ffv]ww.redbubble.com[f0]check-out[f0_Tue, 23 May 2023 15-10-05 GMT.mhtml

**Hash (SHA256)**

cd17b18bb164dd4d33bce4435f2a4709a815544f8e72e4b73726a243174d1f16f9fff

**Signature (PKCS#1v1.5)**

umbjc.lovrLotAGtkUdtLmdxtYd7xfrgPkqztFvEHrpxbwqQuidzJkyboG0srWdELAABushngGFOPL78yM37pmss3d18Gc+Dvb878v651HlBbnof+G7FBBppxbwtJxoCFpikRejCBJbmbSMhG54fa6ImyjwrYCjcG4S7hGD62nAL0fLcYbAxzacBCo87iIg33o8xRfSjqc4LyH8mdfAb4bm0h1tJpwCAPZGlpto9bZ3xYuG+gBMfRhG1/lux+Biqc7RhIA1k7c/9/79d323nn5S79FI7n4hm0884aF1o/zA1AyUeUUL5P/f09ObdehngmEW/uWvLnqBxmEw/zA1AyUeUUL5+0/9ObdfBxxmEw//nxWO1sdmPmOf0xxmEw/lyg/PQux67PLaxXmlUwa/xQx67PLax//FCM/LxPux67PLax/lyg/PQux6==







# Evidence Collection Report

**Page Title**
"Lanthart smiley face" Sticker for Sale by Lanthart | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Lanthart-smiley-face-by-Lanthart/64484984.EJUG5

**Collection Date**
Wed, 26-Apr-2023 03:38:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
[address redacted]

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7+1.5)**
nz296FQ4C7st1Uns4Y+4Ws+BMcfWL4SL2nWsFm5sQSIcYeofVCsJ0kMQSwimhuXPLzP2oK 2iuAVTifmDNvtbWKqd3ujTeR4ceeSfROmuyl...PTTPQUIONa4WWH

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_[0mjcx][Kj5]awww.redbubble.com[0j]0[0jkhrks[0j].anthart-smiley-face-by-Lanthart][64484984.EJUG5]_Wed_26-Apr-2023-03-00-03-GMT.pdf

**Hash (SHA256)**
794c80115e9fdaf08e26f24cd7bea5cd7c5f5f2e572913970bf6a68b51130aa4138a0e9

**Signature (PKCS#7+1.5)**
aklw493MS.A2ad4vaTk1yr58mzax6l.jbgg2zxl3XZR1wr+MP2Tf.hQtjA2vAQkSLrmqtZ2j+AF7lr1k6y6UxkQIPEhGpBE8zwlFtr6AvaQ9eyGU3u+Cs6Nv+ZTkujXAUqIvm29mjWjjG+v4oT5C+nsD1Y9PluaqfZt5bY4Bg18DbZk8UTFeKa



   



  





# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble
**URL**
https://www.redbubble.com/check-out
**Collection Date**
Sat, 13 May 2022 20:01:18 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Bucjc
**IP Address**
175.176.15.160
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
feadz07udhl8UY1UP4rbv3GueNtgxBKcgcRUCy7p5drHev3HO4LEW9ppBV4sSRV3H4i3D8YzmqJ56mruYCK3UkjUay4zrKg9Fbey1B7NuZT+xGbt6w1aT6z9Lun6KaLPVmQwigH4zqQiq4qkLgjfkPhCmzHqbKQ2zVHY4a7X0xq6gYnY30BMMcuVHyAbyQw.JP9d06E1XuVx6cEIFTcBpFmd0UvAmfY9GiwG43dvK-UVJLG3U1HDRLC7zD6rm13rwxzZL36UWOd3dDFSC2gv7Ome47y4twrPgK5LykLG1I4hrvSRJQCkLwkkyKQogg==

# File Signatures

**SCREEN CAPTURE**
MHTML
**File Name**
screencap_B3mpziJjRtjBww.redbubble.com]fb[check-out].tae.13-May-2023-20:01:18 GMT.mhtml
**Hash (SHA256)**
7b0a6c6e29e72ceb64529fa5c3c1481757b0a6fb34d1fd7b5a26f529fa5930fb2
**Signature (PKCS#1v1.5)**
oWkJDM507nw0GYa5LAzTkrVUCyAG_uXigZQDWVrZ1YE194LShuLM3ca8X14AkwH4xN1xNLGVtcfDALNKEba1z9WNCW2nrVJ24zb4inV4xjCIgyEbMR4hqqPf1PLhX72fAq49B7S6u1d0cfw1x41BuK25bu6aaXnm9H0Cn3U4u6uI2em0wvZmnVe3+b1jY51UEsanDJ3qKpGSVZ6vUrbkgUtsabdskl6baCU=















# Evidence Collection Report

**Page Title**
'Smiley Face' Sticker for Sale by Laussydesigns | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-Face-by-Laussydesigns/93974790.EJUG5

**Collection Date**
Wed, 26 Apr 2023 06:36:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Omoikovukcley

**IP Address**
3x6474609 B 0b 0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
Pnjx3Q9ffCfYuX0G1JnIEYcMbGw4rkyfkFMmYmc2HiKD5pqoxba5sbarmPqW3z3uxTCsisYWfkunCfgBhLZOzPFtFu2iCSujyQYDpdy77sLxK5Mb5W2h5TtSMbvb6gNvSu13uStWb3yYf44dK6YWMeTeVrF3SNzTxZ2J/nF

# File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_0HeJz2jDFQdzewc.redbubble.com0i0sticker0Smiley-Face-by-Laussydesigns0939747W.EJUG5_Wed, 26 Apr 2023 06-36-18 GMT.pdf

**Hash (SHA256)**
c6a8370bd9fcb0d0dbbaF4ead17acca8v6h51Hac9v9f7qw7ze3s9fbr76

**Signature (PKCS#1 v1.5)**
pxXxFxNBMvK1cHghO2H4Nb2dAM7wRnQ2zgVK7N7zLrQ2GMT.EkzE+ZnbpLaLxGM0b0gAByL1kti0Nm4Rb5c4dpgozp0fGV0ZTTO2hdFrG3ps4Q4YSDdeU1RbfAI6xJI0UKNLtRSh4a0HgHoJT7v5iwmDFY













Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 09:37:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

175.176.30.31

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

XGmqVb6MK1JE5+baoX0HKx7PYxs8QNxhHhNpz+Wl11GuJRuJc/GMKdP9gzvKKj1UD+o6YRtqVhp33bCBPN03CE7Y8nSmFs0Sd67e4eNPuCpEAI+/wsQLJL+oCdZ+xHVhLfBfMKyKJX5pfr3mAX7Va9pa56oodb4mC0NraSCmzwkCNTnjvX0Ea+UPzi5ZXK84npFuqppbApFKGy6qy7YH9nLB4iQ/EqMLgj6LDprY49IsRUTEJ8jZP15NubmwQ5HEBSL1GDvNho6hbz/9mHj1v5hABAc/sBnSUHo+MKfDT0y4boelTM8JDxd26PuFout5HZp3iLa0NxEuilg+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]fs]f[s]www.redbubble.com[h]check-out]]_Mon,-29-May-2023-09-37-27-GMT.mhtml

**Hash (SHA256)**

c805294c084ed31beeb0078890a5afea2b4cd7345e28ae2ec3ed6ced458da772

**Signature (PKCS#1v1.5)**

VrAkatCeE04XTCGqYZcnX3EYLG7QsDMSjzDMkswVqzNo6iQ/l2k8JvmvjeHZYqVVqhS7B7BYmeKXJRGDf4AMXfLIpwt5HLiwee261+wSj9UAyhj6Qc4AraAobib/hFXf+iNfVahNtfBml84l83j74MJS+rKKbcyRmVbBj/h4Yzpfc/QKXP9GuIdHzsBKXhs6GpgtV6+g7rsm0'u4l4Lscd3FRH2K9IBDL9kEPWChn9y+a6J6GGodSlefhGGhgw+9pGTsfcBpwHRMfyV910SHeB4mI+U2mBE+JYMQv4LRzLHaUur3+8MozfpFh+ye4ZFtmjx2dw++





# Evidence Collection Report

Page Title
'Smiley Face Mask' Sticker for Sale by lauren-joelle | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Mask-by-lauren-joelle/56737784.EJUG5

Collection Date
Wed, 26 Apr 2023 06:47:41 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:6bb0:8:4:1

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
118111d6aaa2a90a9dp6c688cf09c9cffe4cc480ce9f70fb2e8f1ca12413f3dd4f4aed835f9b2d37aae5ec6b5fd9cb5da5a5d83bb7caceaffa5facd59bc9e84fcf...[truncated]

## File Signatures

SCREEN CAPTURE

PDF
screencap_[https]@@@[browser.redbubble.com][t]@[i][sticker][Smiley-Face-Mask-by-lauren-joelle][56737784.EJUG5]_Wed_26-Apr-2023-06-47-41-GMT.pdf

Signature (SHA256)
27dd4bdbd398655516dedfcabbd8bbc7cefa02ca85b67712f5cc6ba04b8d7e762...

Signature (PKCS#7 v1.5)
79bf0fqov2v7feab56f043450f39f3cf3c33427cfbe1ae3c81a3a5de7bc9d62b17ab9b3fb3c6f16a17ea7e2cdd9c48c9af...[truncated]



    







# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 23 May 2023 15:17:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:44D0:4952:f400:8166:fdee:1148:dc0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Ng9ZQlbyuXJsHQ5lCm6lm4AMsWRkif9Sf1wZ95UCESHGQyr9D8UFTjjQ6KhMoATAoWm6UO6iKJzoAJv8YH7fbNGTdbN3W1qFaCjOTdT1WkLbsBbxMBAcwDtZjKnWMkrH9B1lODGHrvGgiJL7RW0VQvCVb5G/OClOJuhTAZ7NOh+H3CbGEppjhnfV5z12Vm/ZGgwB/X5qwgi8HHr0aM84gYKG3YHRg2eVZqsSpyjWUzneppzjZ7Xv28fZ3jv5mVYmgd5u1205Wm9V5eHTMr/pYShprhJUQjpLw/EacfRqbic/vgVWLOdWjI1mGNw+a1jDwF+Q==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https]:[//][//]www.redbubble.com[h][check-out]_Tue, 23-May-2023-15-17-32-GMT.mhtml

**Hash (SHA256)**

169bc7f0bf5a12278fb13e4dae44009f3829aeebc0360069b6c009f2da2275

**Signature (PKCS#1v1.5)**

PTnemXAsc46zQfSjxvf9XOGvArl+wml3xqpIAjpIFfb8gDFVt+6Agnpsv.HKJLDBXnuHu2MwH4b6dMwWWtLxLmeNeU6J2SFuWhqPkN0bekuJupg/w4H1SwCosfJ3SCsg7nPqBtYoqVQOMrc7sZ9hZHbBpBBGQrQuZCce69Wv4fgQXhai+6CKGu7aINJ3ZOqmb5l3exBAcOl8d8iLp4Aw+nXWmXzj+XNptfdmM6lyMiGaDOqoZ7MGLNZ9koY13KeaffuCeJeq2485HfGHF1VcL8kVYYPDKFznwELbAxyzzon2/Vm3Vsj8Rfg==













# Evidence Collection Report

**Page Title**
"The most popular smiley face" Sticker for Sale by Lazar999 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/The-most-popular-smiley-face-by-Lazar999/141451099.EJUG5

**Collection Date**
Wed, 26 Apr 2023 05:11:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Omotoshodbu

**IP Address**
189.230.112.21

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7v1.5)**
5J43iJLipLsbjqCXcuGTs9dWk3EXQHjykBjJyVAfxjjH6fxheV7d_TPYCJbJdLgB7LDAbMCfk45wb6pXhku7HL34B6v6NR49oyTLP8M7jQZ2RhtjQdaWMuy7bMoyHQz4SDxz5e7tfm4vzEYEkkqMt5HPVVYCEBFHAhCnVq2SHJ

---

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_ZH1pbQZEtEftpewww.redbubble.comEhJQSpbUvbvZhsThe-most-popular-smiley-face-by-Lazar999Eh2141451099.EJUG5_Wed-26-Apr-2023-05-11-26-GMT.pdf

**Hash (SHA256)**
7bf97c8933344a865f13c6f77739e2398cf15664a5388ce9fa1e7e

**Signature (PKCS#7v1.5)**
JjC5NmgBCGT6sp1G5NekppwLdKRa97zjNGA8bVCLLz4xDEB8167mRpkLbVkWV4f8DxcacLonmQTwQ42HvBvSThGxm3EUwWbkekqgS5baBvuBb3V4rAKcTGkGwkpwfEbDpOznQuwkRQ4aptZekjO4vt7bTknm

---















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Fri, 12 May 2022 20:16:47 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Burja

IP Address
175.176.15.160

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
5YVK02xcFkPzLau7YRbKTmDEQCrmKSeuG8p6gGc6NHbmHjH5QeETr1VLJKTHMRue,ZBFUUsbLt5Di4yLZ7LrnnOhnWmNldkNKLled/rNgGNtnRkWSKTrYPHCPX/Sy2bZq82GAftpDs56oKyCCHGmuRUaLbN6TceGPYbDTNdjPNFPgFuzLwLwnmu7/CaagBbG2/3mGOOdY3s2Qkk9dRBZS42dF5U9k2sKp2dQKaZKC3xq2GXPzBaxKxDLkeMAYMj6Ng8zfF5gTghajqDkx2+DnRxzOXHZSOtEBrEGp4/jB5QkUXMRBGDZNnMWVP/442MnbOPz7alZ7ohcPkMgKfJNSPXfxZw==

# File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_8tmjzsjQXcJIllwww.redbubble.com@&0check-out@_Fri,12May2022-20-16-47-GMT.mhtml

Hash (SHA256)
f3cfdd7144a8a1afA431330bw2fcaBbbD7dt75317Ziz5d47d60acf1424a80fRad0

Signature (PKCS#1v1.5)
JzSe02U3LfnMfUYsi7feJp95r0C+A3LrL+92HrmHFWwNIcpku4qoIKVekIYrGHL/bzPdEEE1wsBkbGC/Ce4iEFT4tXAMN4nU1tHnRb9Kt2UBmFpeVidbBPr1/t
bUt+GoMkMVglXHYKhT1wNET3M6izpIVysBbkdomW0bz+WSSdvgp4e64NHtnqxrSleDYMmFsnkAqLZUBmtFsn6daa2kcTVk4wXxCsbkDdO3KPMhHs1+twhsCskeZgovDP3pk42Wkbt3w5Q2dw24Ds4vkyJtoeGM0vQB7VHtxp1VQ2cTw==









# Evidence Collection Report

Page Title:
'smiley face' Sticker for Sale by leafpub8h26 | Redbubble

URL:
https://www.redbubble.com/i/sticker/smiley-face-by-leafpub8h26/53914264.EJUG5

Collection Date
Wed, 26 Apr 2023 07:18:35 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chmielowicz

IP Address
2a04:5600:8:36::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
Vdc1LBSsxl6gzhpDcbXrJGzV5LXB89madMvtbkGvM6hq2DKQcmkpjCNfpIEGpCL3tXhRBamv3v53bUzYwAkYv7TMpbQMbcjDwws34tExHV5cSyPR7ybqsV7fV7YmyAaidqrwWrtsaRTiV0vd5+ELxS

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_|5htpjdjZht5Zhmmm.mht4eAb26pxleeEt0jzmlwp-face-by-leafpub8h26%2f53914264.EJUG5J_Wed, 26 Apr 2023 07:18:35 GMT.pdf

Hash (SHA256)
0fd57e7d3de1077365266243e0bf9bbce8b0235935a049fa7a6fb9cbf89ddeea

Signature (PKCS#1v1.5)
mTY4mPqApqZQkpswtgygcCmKeL2rBfJK7esdOgMCSOCQGjXsCxMtRfgFaK4rCsRcCTfnhgk3OKBK3OPOGgQACK,BOQF2kxdC3hxcZHNC+JtFgrBsaCqc0Tu1cHcN63sdNdptVTDSrk4RZpmbTeDjmDnhKGxqdB<

---

Netflix Fan Art » Redbubble » Awesomeness for Artists













# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 07:11:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
f0FLJqoML VyV7WeQ8BDm40f1UF/M7f0rgrLgDqmBH4CpuJG5cekGcpFleJ89pVqT0SQ7tQ8B7eOHFwIODOaPeQ8kkYxAkJC3BnVTeL gQ 0c3aKmGRfJMxyfMfaeomTNx7wsSGOTtbUw7duhT28cqjHsszHvzUmwscTpVJGoHEeGp18b/PZCWywotHIJJ4KAIU+0ZzoS9PxES 0vyy5mok7/DrQ9fsrSgV0lyHmVmFRSH5FGPD1yLWW4wqLnNfMBpdSJSfpipu009nSc10JAMrJ7aW0L9n0bqAkMnW18CVXZ3YybEJ xKuYH7yekMoWoFroiSCtACh5004/TDD6A+=

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_[https][0][0][0]/www.redbubble.com[h][check-out]_Thu,25-May-2023-07-11-21-GMT.mhtml

**Hash (SHA256)**
70f4eecbb47c9566a0180be9ddab090fe053fefe7bf3316e88f9476

**Signature (PKCS#1v1.5)**
Mb2eLg2iCyNk0PytOh+oqxJir7nK5LOMF7dfhvDXNxL fTLNRjNvT13oc0DE9ob/48tpnQFndNhk1QTg0hWtpXMrtrd... (truncated)
o6uLKUwuKQht0hbN+7AR5gYKqCM000rZQ0Cm JMwc9Fb43c0Qs066Xwa0+mhc+q76Cr0la4S4dZSfWxadjT5xxTPV3t7Hta0Qy2NyAiugBu9nHdl/i/2E/fokfn/nGi9Cw+=





# Evidence Collection Report

Page Title
'smiley faces painting' Sticker for Sale by Leedo-Store | Redbubble

URL
https://www.redbubble.com/i/sticker/smiley-faces-painting-by-Leedo-Store/138411303.EJUG5

Collection Date
Wed, 26 Apr 2023 06:22:18 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:5b00:8:bb::5

Browser Information
(Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
vD3$pbXbsxv0kHJ4cJkBHnpjNS2VmH1U5Z3+t62Sp5Bhfu2HHHpQzDfMssJ4MHgq1oA8nWwUKfXzAQkDG17FLpb4MbsSxRtH+FZ3ngl1mkW5sZ5NXEXm0bytqZ+Tah9gRMM1cZhGGQD0l6dz1VGy7Z8Qb0N+oq_QGuuu3NJn3

# File Signatures

SCREEN CAPTURE

File Name
screencap_2b4pqiEjhJ0cwww.redbubble.comEJUfpbdrzwdUqivckp-faces-painting-by-Leedo-StoreEJ138411303.EJUG5.pdf

Hash (SHA256)
4a4H4d3w2SSX1hH37vIN9hB8c8LObb17346cc1fdS+EI1d2bd5dSd6aZ2

Signature (PKCS#1 v1.5)
33Mkq11okJ9yNvs098BGT2TcH1sQr7B9ZzmMoCzU4HWHogvUkE2tH/6lSsoT1HMHvBQ8VNCwnfVY+rYpM7aaPbB7uE/R65pQSxoU0ex1C+HGnoUJ9wW0IfDgppbQ2tfL+wVQP0Au/2ZN+



   











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check out

**Collection Date**
Tue, 16 May 2023 12:00:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.7.132

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
LShNAxo7wAankEVf3jxWBdMmVZ3jpVSfdXFZ3Nv7xCenF4hC89379yT5cSfpGmaUrkgZPG7SjG/-
IPLfxSbJ3kZ5dAFSVRVGOXwGrKWkYN707SyHRsqBsjWU7yBfHLdmoqbGwHtBfEgvRGZkD6nZ9VU15eSXZ8Oc3H6lwQVdaCAXgpBTLWVMA63RIg5u6UgBvomSeRQ7VuoHH6H4QWmDkLdnUXSjpbRY2nTwIEzv7xJ4TZ5FI4t5Bs5lb4cnQfC8NrKywmjQDWhDyg0bZd
rwM6n7A/DTMZUqlCuoS5u9iVm/eXPnXKuaG2iqMzg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_QhfjsdjZ6Z8j9znwww.redbubble.com(h)check out)_Tue_16-May-2023-12-00-14-GMT.mhtml

**Hash (SHA256)**
d13bc65fd11fd89e136a1a2f01fc180140bf8fd7f8f84c0a5d51f58bce36ad1f9

**Signature (PKCS#1v1.5)**
C/KT99WVxmwRPg2SDKz/nEzkCGq7T2hsEFEQJadGmHtF1ueMMALnF8LJoQ/AF4aytdazGH4WWewTGTSDdFjYSdI7ekKZN96BdbEQqh40Qr1YEUeRQJG48Hh1ZCzGdWWlgvFsoZy6AHz4noukvAJ5rZhaY-hCxs6JwGpiBSWM8hmQp8qQZ4aDV-
NZkqfrAjyOnhP4su1ROz/CfvAjLJwZ6K3Or8tf9SSrGuFxN6xGWyv2v+RJb/YWvL3wAAhWWzPbQs/Y0+4a9FQPFAIoqSCHrVm7YTb9CSjyU1jGSH6yPlduWxa9s+TdOZhcdyNQF+3BFcUgRtPHkCqg1zSFp1LW2r1f3r+4QCcq4=



   



# Evidence Collection Report

Page Title
"Warped Smiley Face" Sticker for Sale by Redecroth | Redbubble

URL
https://www.redbubble.com/i/sticker/Warped-Smiley-Face-by-Redecroth/42936442.EJUG5

Collection Date

Collected by
Sarah Christodoulou

IP Address

Browser Information

Digital Signature (SHA256 / PKCS#1 v1.5)

# File Signatures

SCREEN CAPTURE
PDF

File Name

Hash (SHA256)

Signature (PKCS#1 v1.5)



Worldwide Shipping     Secure Payments     Free Return     Local Support

   







# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 23 May 2023 14:27:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:49D2:f400:8166:6dee:1148:dc0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
SMoUPMEyCLXXPRDsznY8gFSCL6E5ue86zO7z8tyasUfm4ZF0QGEstFcZAkrvCMWWHYb7RSD1Ij14XG4fHT8MSZc6o1r44eoTBN5ZvSo1r44eoTBN5JzX9YRJnjbOGzf8dN9pQ2bMo1+7FL0SBvvdd3A1mM07h6b6wbka5mxfc1br1BrT7vmY2gRhip7bxz2nmDcsrXwzsMqw2BGDjDgnHKfbBjL4jYJmY3RDW4i5DVCcvuvLdoDdZxCKw47yaR38WWECz7VX6vhSWzmSfvYv6dQ0/vVdYd4TRYz2s1vGSD5pBbgG7ZE7ZR7WrW0m3gE7Cr+p+m+

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_0htpsJjZfrjfJwww.redbubble.com/j5cfeck-out]j_Tue, 23 May 2023 14:27:57 GMT mhtml

**Hash (SHA256)**
91e87c1aec2a99de4b13a71b8b1 8f04f2eas5d1332db2fa3d54f1bbabb2d11

**Signature (PKCS#1v1.5)**
VYHeWeVzZ8E6b5YrjpLiC4bhZ611h9hNNMEPUFTzqYL5++J7rf4STtnF2fifSwqKxJ/KoVsd0ZwvZf50ka9r7R/LrgB5/5BX6THdXV7ARRYG8/L/s77AkSJ8+GpRgL5r5mfp1+TFXGMRF0m3Mvs4rmuAMaS0HDGhPgr42mqkYMPz3/kuUJbZ365v3IHTHPAMnhzI7B9U5vqY52
+LkBekS0sFJ2DVGFbwIV7HXYG+5+ihJJ0LufbnCSnp28BGtv1jhvfxXAWa4K2F7b3dPkXZ2m3r5sqz0IPbY4Lg6t1BGg8M8MCSbIsV5gmf6EC+DdcKeOG2Jk+DXuXwrk9HUsQ+DcO3UdGDbqgD7XZ70PTWWKbmpJ57kmwRr







# Evidence Collection Report

Page Title
"Smiley Face - Minimalistic Sticker" Sticker for Sale by MysteryMan9996 | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Minimalistic-Sticker-by-MysteryMan9996/154459714JL6SD

Collection Date
Wed, 26 Apr 2023 07:05:17 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
246936699.8.8.8

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
fr1xQnGHcbau3CF0vkfYmdPOBSsPbJFvnE5z3bdWwaw0a7xHg9h9rkqjbBqdbpgELmVgH9bU2baGrMRFvPnutu2iZ0PvXfm6MFVhG2q2Bf5hPMMttG4vibFauWb4VbVToN4oCiNzr

## File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_jSH4pqSZtQH2psxs-redbubble.com%2Fi%2Fsticker%2FSmiley-Face-Minimalistic-Sticker-by-MysteryMan9996%2F154459714JL6SD_Wed_26-Apr-2023-07-05-17-GMT.pdf

Hash (SHA256)
43def19395cdbb42b1bedd598eec88025e15247925b11001f227c4c2

Signature (PKCS#1v1.5)
cubhnHOQkusU4xcWqucJw2Kfs5 Vm1evun+4QhwXkcqKMoF5QfFZ6Vfm75Obr58zLSpOKsbaDAAB1E53JevKKA8wE3Ud2VdX4Cz4Kw7HwxpQRJdbW2kr2mClSbMGKbMbY8IDAZPqGk1TxqkpX4HiHaFVxWEyu7N0z1b+



















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sat, 27 May 2023 03:07:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

113.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**

Uzr6tPfVuXi2K3QLvdErV5rYhC9U22xmhQbEww7DZH9QLXsmUG0CF3m16lbIrB2SDJ16IfMfoBAmMDfVXoSfrV47fsdGp7bLe44f1wbbbdJTBX6YWHGmcs7logEQpMc8+rqc+VJLpAUCJcejgqmQyMXcL1dWDP9DXE9Yhr/bmojGDkQGqBU2z8X2D2cDM/jWG8oz/dsP40zyDXMXC47IzvYbdRadTtVWXIRhZTYOjcXj2Jk6mvRy/2p7ppqXv+eJtWGlzHvfZ/tbeOZWCCPpkSZKeyaYr4c/19GInpVPLzc/jdRr/lbbAgMxMV4RnMhR+0AKY1MKV7wfz/2EZvawffdHWM=

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[fnbja]z[fh][h]www.redbubble.com[h]check-out[]_Sat, 27 May 2023 03-07-21 GMT.mhtml

**Hash (SHA256)**

f730b7a4bccbceae36bb1221126dd9b69fa190f7dda89a6e9cb202934cabbe

**Digital Signature (PKCS#1 v1.5)**

CEP5NhjAnbicUMlzmOaJ7qdorXKx1bEumi7DzpPoqbz7XGrcNOWCC8mAOoaF6VWS3Jxg0YIuc/uDrOJ5JsWrCJCUMkmq7XxXzUxNz/XN1xie+TsTeN6UxgDhXL4ig61ZmRum+DMb3jgg4ax+Dzp51rWXsdR67xqCWQXxyX9RtiuxvMac1yBBBxEs/CWBLm3sFOcuruXRgBOjXQYLN8hu5zSduOCwFiG+CZjH0zVumK7kU4ff0+SdWUlVSb9/wCH4LaH71TqcDCFJpSCFp6DXAGwYvL7tKStymdnQZiJg73iibevlbfDC+0QQyHeQFdSn3q3aFvmnCALA3hw==

---







# Evidence Collection Report

**Page Title**
'Smiley face cheeky tongue' Sticker for Sale by LiamBerry8 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-face-cheeky-tongue-by-LiamBerry8/96363513,EJUG9

**Collection Date**
Wed, 26 Apr 2023 08:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Omotoshoku

**IP Address**
34047669.9.55..9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7v1.5)**
iViIAfF5HZyUxyRvZ6ozmKlxz6ksgZxjiIHcKRXZoUqU4jPqXMPr06xkxaQBgFQ6e19MqoLJuZQFuPWlIotmSS8wgZZYm9kh48ASeMQvvmhOTCaqyZZYn46kPJdtosDaxKwY6v6ZT2aSeryqNuc6KkHTuFuQaWAz6sdG4u+

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_2ihpjsQ23fj9zwww.redbubble.com%5Di%5Dsticker%5DSmiley-face-cheeky-tongue-by-LiamBerry8%5D96363513,EJUG9_Wed_26-Apr-2023-05-58-18-GMT.pdf

**Hash (SHA256)**
c42ib4a09adc0c0bi90da7b21b2b654cde8d77ee14974a2030c6fd099bb9ccec0

**Signature (PKCS#7 v1.5)**
m296dCEIVp4iVz7oGDf8A3dql8or14Hi:wmhdghWwNadvpc758Jm+iE7nhoz41QjhasHe+asAlkbM:N7uqlobO1jm6uiZ5V1jqs0yia73PuSJu5zaRnYX1SQ5JTpg1ClLigJS3bXu2p6SGRmoaqsRQL9eQJdot9SK4RdmRHoRRjkkKyoA

























# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble
**URL**
https://www.redbubble.com/check-out
**Collection Date**
Mon, 15 May 2023 10:54:28 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected By**
Michaela Burja
**IP Address**
175.176.7.133
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
8eJ7Jf1oBoeVggZhCZsoeV92f3GJ4H47JgKOeJ4nsgJ3rLY9RHhy3IT7ZzHN0fG7g9TqCVfq985JaFVisJjAkafinAfaJL8IsAS9tfK0HEw1xZh/OV78dcUGqQ1aFb62/Sj2ikCDUoGwGvZ++9xrR3XxmFtt7.5QL9tWbMb0sVzM6YrJlLXAfdU

# File Signatures

**SCREEN CAPTURE**
MHTML
**File Name**
screencap_[8mps]JfpJEQwww.redbubble.com[fb]check-out]_Mon,-15-May-2023-10:04:28-GMT.mhtml
**Hash (SHA256)**
4e8dzb054f4bl00924b111138afdcbbefbaadd7436ec6024d1a456489ef8042e
**Signature (PKCS#1v1.5)**
okaeX2UfYVngO82ews0bMfmLxzQ525Y1oAGkfL7bnUZ5Qbb5Ba9jseWimcTp2hV9in7JmU663NS1cg1CxaAsnEb6H24V6AbVYoWtNAfdzVg77YVdY4E82LYcpbHr6CGfwe76LlK6jKlOJHkmzdJrdbn9AbpNSLov9Y7MfHFxvoXeksfp





# Evidence Collection Report

Page Title
'Pink Marbled Smiley Face ' Sticker for Sale by Mystokano00 | Redbubble

URL
https://www.redbubble.com/i/sticker/Pink-Marbled-Smiley-Face-by-Mystokano00/70909437-3.EJUG

Collection Date
Wed, 26 Apr 2023 08:13 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Omotoshobu

IP Address
3d3d3d3d.8.16-9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
DwfMkyasHVehNk2euSs5y8mvuKH91pXpEywsz1fGftMt4u7hHnSbsC3tf3fx2u2Ld6tm3d9fhn9eVSfLpnav9txugcqUi40P7YV9ofG7uUP6TQ5jeXFBSN56wsLkdjI9xgv

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_EHpb3J2Q5Uwww.redbubble.com%2Fi%2Fsticker%2FPink-Marbled-Smiley-Face-by-Mystokano00%2F70909437-3.EJUG_Wed, 26 Apr 2023 08:13 UTC.pdf

Hash (SHA256)
d2966af2973a4f653d37aa74f0f02b334bd9955842d9d06d04e9d08e9b6fca9f2

Signature (PKCS#1v1.5)
uAXO3rDcuBsdbeLt7sJYfv1mbErt1XQAtocZ4VJ_gabthdsd7CdqFputehdsL1krxww3wsuaLXB6fP8fq5hf3xw9oxhd3F3DSetqFsfinOkMgKMHbbw6nf3WSsSL1qnLhcthdd-PrkhzmYcb6g97jxQouUpHrwaYkhNKDsUpzhYcfLq4SaV6LnOe40e3zxncl6Ld2L6enrJbL1



















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble
**URL**
https://www.redbubble.com/check-out
**Collection Date**
Tue, 16 May 2023 00:03:09 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Borja
**IP Address**
175.176.7.133
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
UL8GYXXJANFjG9CPUw4Gp23w10ag1sK6GD4tfYbDC5SFvxZprGV+C8B4E25wPuSXL1bpRxn7qY5jRmD3FyK4b1RtBvGkOHDOLxuOpD8WVgY-4eWPmBwpga6T9Fi8qmXisNwywZ4sbvtGvUIXPkaxZJdYBe6b3JuFH3a73LbPexj+yrxbGWFLvtgHg-+xF2736yY7QlwttfV5fQbAzsScbtGdp3Fa6RLIOVoUIDLUwGj1obrKk6IIMbPNjZ5MfYJtWS6Bx48DUW9WPHfbgw1tFILjgBGBt36fL8bnGbUMHLXDxAAw1p+3ZPb2JCuKucZ9QYTnheuUnMyr1B

## File Signatures

**SCREEN CAPTURE**
MHTML
**File Name**
screencap_Bmjxx2jRsjEfkrww.redbubble.com5tjSzhrvck.corQL1vw.16-May-2023-00-03-09-GMT.mhtml
**Hash (SHA256)**
42afdfcb0+1rbb7d802a8b4f4d95d5257d5dckvftv5033dk17fs4073wdf5e76bbs
**Signature (PKCS#1v1.5)**
bG1mP4jZMRksbKKthm_ZZQ187HDdRr4LxCMPnuSdN4oCEXaA+7qfzu773KkukxVAkwqkbbKBrZBoXFSob7OMCjLIQB14oi7GptzdWMRIHTjrUuF6ihkFH07XvSeZjwsKAA+sruvSr1AtB5UxRKmh12ck1qBGwUSGC0C36GYpwf8B4nbM1jGkxH47AUwt4KtaGfmkJHgFfZ8A4bujc9KRSQ2zuKxe25TyhgeSf24ytWATYkqY9be8GL18x5bQ==



Carbon Neutrality
Investing in programs that help the environment
Learn more

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Super Service
Hassle-free returns and friendly customer support
Learn more



# Evidence Collection Report

**Page Title**
'be happy trendy smiley face :)' Sticker for Sale by krizzart | Redbubble

**URL**
https://www.redbubble.com/i/sticker/be-happy-trendy-smiley-face-by-krizzart/54647 C4.EJUG5

**Collection Date**
Wed, 26 Apr 2023 05:51:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Ochodnicky

**IP Address**
34047489.91

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (.PKCS#1 S):**
f04vu1LOv3X5rG4V1vk32Jyog7bftBgG3kkkyThKNhPFLBJpLcV29Wbw3nSkR4OrOv2jxq3BwkBBgUFNkejTsek8Wn98kvbedpTZ29jeygHAttg3LZLJRFgFgVeP5VTjn

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_JJHplqQZ0JkImvw.com0hJJQJdmZmZhJ9e-happy-trendy-smiley-face-by-krizzart@QD4hVO7J4-5,EJUG5.Wed, 26 Apr 2023 05:51:49 GMT.pdf

**Hash (SHA256)**
86f404fM014Ke7n3Ke9uwTbSdY50-0w7b/Y5bd3zAeed7Sd0sGwc7d5547545

**Signature (PKCS#1r1.5)**
hdAdEztQfXW3LsqJaADk06pRzRUJeG42i0wf2 ggfLvst8qSrKutSjvmhAHkbgw4TwDfXtVqPNhdxuBqTkJWp7TKRbD7DeuEjLlAHw01vwt4FmIsArWfPt2n93Usoed1776qRu6PhKJ3QJxDu8pRnLRb2Sd3d3MbC5C1JZR4L26vMAt5













# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sun, 14 May 2023 14:20:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Buzju

**IP Address**

175.176.15.160

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

lQmg50bwGzLDs6QAXrxpsrTLX3TGmFvLJGO7f08pMMyhgVvfemKQwnnlqO4YMUjgdhnOr5ZrZ0Dw4YQK1cnWWRmpQDsetZbRpmYARPgbGJUbznH1LYNoLLThzlzObuVAh3AeYn1LyPNU3pYk-INhkVY4+3SzJLXRfeu8kRP+3ivetvuygQ8pdYQcw0jd4mX9bghdhafo8smSf1iMQ2-WuIbzmFdOEbn

---

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[8mpu2]jR@x[www.redbubble.com]b[check-out]_Sun,14 May 2023 14:20:28 GMT.mhtml

**Hash (SHA256)**

367f65b47b8ddf68b1d834l2ae9dc6b4fcb676a7416b8d243bach77327e4ac7ef0

**Signature (PKCS#1v1.5)**

YJanu+4uUZ8qRnwObCJi2qGqQDuKtoAWipr9msgcJYSJgmtGSCrOe6S9b7Uy6PW5vmJ4iiAIDD2m1irOaHPd13OWAFJVpvK4bePdsRqBwrHj3Qx4R1ZGWVORQhUuGdYdTE5clahLyXLgaGOnZvaWMj/8l0wn1yvV1YKoGh3hfph5e2CxS/xdd+gGFyhU8zlhCL2gFwvMMBGIM5rHwITycC11Wf4Qblabhl/Ea9Px1W/bZAdNmNXGmdigM6bDKDfMhfAoigfeGaarPxnZwRbsZn9XabLJDrQ==











# Evidence Collection Report

Page Title
"dripping smiley face" Sticker for Sale by pkchristopher | Redbubble
URL
https://www.redbubble.com/i/sticker/dripping-smiley-face-by-pkchristopher/54429601.EJUG5
Collection Date
Wed, 26 Apr 2023 11:23:36 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a00:5600:8:36::5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
29m4O2GGu8Fs2hw7Q3qbea9Py2be6mfuole29mWVQyGksg1BeVtZHL170j14gU2Zw4qdSppmpb6dTkhigivq9HnDTMLcc0BTOagpez48ws2n09jJZVuQ0rbBv9ARYs4vab71ea6JK9XgMkwzn1IFEM46lHrUA=

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_2httpsJpZhjjQtvww.redbubble.comjiQjfjlJstickerDojdripping-smiley-face-by-pkchristopherZtjS4429601.EJUG5Qj_Wed_26-Apr-2023-11-23-36-GMT.pdf
Hash (SHA256)
f9d6e44f43e0e56aea2bc12474a5ec3b13cchcfcb0abef2d7f0147838e84f394
Signature (PKCS#1v1.5)
gyjH4jqAkUL5bv4Vn6gRdmEh4X83E5p1fivTUZy7jGow6m2mF1585kCMkFtUIFBpf1Ed4OZtwLcObYUigcIhiHBn2nD5FrwaUkflv4kfkoSwrWj5Dy.JnHAGA4WHgQ9keZZfrdGVGdu6VTktC8AU=





# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 01 Jun 2023 14:35:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.70.8

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256-) PKCS#1v1.5)**
Ch3jpN825aGNOogDnF8a3Y5CDnwqXvnH0wL6kf77ESrs/
EPvTtA1dN2gBKr26/59RGlGxeTjUfPSC2LsxLvmsaO23B/7Xseck6ZwJnaj4GXeBHoRdf6wgxNjGuPRYy0Gi4fRGtk8CAiFGwuQYYjeMJAvKCwK9KodgZsFqKb6tqgTKj4Ex91RVMBFgX3RR51yrBkGIYt2CBdvGT7bIx8GBOCbzTWfYSZ4Gs9u1cuDPceMWEVc/
zM12Z5OQzrEq3OOGy6JxnMW2JuMqp8qDiZiRqJYtSnkVqyVJXnnofurGjfPs4P3Pszga9Nx1g4GVWV21T/WhgYlUTuvQ0701g++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https]s[lf]s[h]www.redbubble.com[fs]check-out[]_Thu,-01-Jun-2023-14-35-17-GMT-mhtml

**Hash (SHA256)**
1345e5d80d1f34e7f3543ffb5bcc03c2c1fd288ace99798dc78ce7a581333206

**Signature (PKCS#1v1.5)**
b1YfvBuHGpdjSjwqUQYr96iVMasoxvUC/CfGqbRFZd35fq1ZBzW4F3jE77wrfsReIcFaELyYaUtDA5XqXaavMaQp7gZFyFKjgA28Ur8ai4HuaF9opADq1s247VvHtdGjWc9tnwPUG0Kv9aWcKrzpKAHQoRVqfOC22ahN/dbr3wDTRvOJKSGNjR5U0HNTw7U96H2vVHRWfxBUwSuHH3tjWX+kMViFzmit
+NgnPjp8R1Cr29jqhh4+roZ+T53i6yu/30S1U02dK5yZuEcVcguo0IRdskMtzp84sWJZbDz7iNlmcDBtOZvmTZHNTQyy28jcbFwH44x2I+YIg+PhXVG++





# Evidence Collection Report

**Page Title**
"Shiny Smiley Face Stickers Sticker" Sticker for Sale by idasabou | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Shiny-Smiley-Face-Stickers-Sticker-by-idasabou/104147030.EJUG5

**Collection Date**
Wed, 26 Apr 2023 16:04:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
3404.54.09.9.9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
CdKUxTHX4SagjbZyf2a1z5gPg/v51tQh7OAkFmc4TsnmcdD4wZdbQmkYjTLtowV7zXHKpQBL1G85KRGyZoBRhXZ3yfMg77nGPWIhOthe7TBdBfzeKyP5j7KUd6kpn91XJZWyR5o5WJ

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_2Mqb5ZtQ6]domni.mr@GffGhbUJimDj8ShinySmiley-Face-Stickers-Sticker-by-idasabou051004147030.EJUG5Q_Wed_26-Apr-2023-16-04-47-GMT.pdf

**Hash (SHA256)**
472bddf999a236456276c05e3e54ae9cf78BG04472c4fe74ffb18c86f75449

**Signature (PKCS#1v1.5)**
fnRQpFDyxevXGfrTeFXav7z9ShU1f1a7vwMTRKqr+Ti9wvUQesKiKVGcf16a2UbAU6LB7oKDPbLTkpg7 fVjsLAtEndeYKQ7mdWnlsB1nhUdbyBxRQbwGCaKP3JGhMBbmGuGfwwr7uazgS1kXhf75eavCyJvEsEdvRH+



















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 30 May 2023 02:36:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:49f0:fc00:e956:f762:a48b:336a

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

r3uCLasruLnF1DP8g5BNaeF3FGad440bwf6A7VJ5Oyo23SorfM59fBOBQJpkRipLrsA12wOfkm37I1U5pF3beKseP4B2SdK5huBhr18N5H5/HoMz2pCyV1OLgEfr2cdL8CBIT4SDKOq7xgMWGfJtR8qGP352ae0ICzNz2Err+p27288BrC35Hk/mA2vJiCBfyMWMwBeJj3Ua0eKB5w96k
+GV5MPVu/gnH2SQjm5DVx+UUjvtDW4FPVHhRuUJAL81kKwv6V1Mic1dZ9Lw03nWMH/lpLI6uz3fhf5KXlXbX7A3DvdrSacJ5g/3wW2Xfpmbv/K/+Mb/Dm5aeEbXA+r+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[httpsJ/[h][h]www.redbubble.com[h][check-out]]_Tue, 30-May-2023 02-36-46-GMT.mhtml

**Hash (SHA256)**

3a890c4bdd4c63fca96b1ee1e03b5166f1262a1c7802a4fb465e18622c84fb

**Signature (PKCS#1v1.5)**

DoXFtAPOvvmAC5DMuzxCkFAB25Bt7wLvqkcGf9B7HflbgH1hNhr4JjxU176hVuDfRIT5tMjBC+xLUUzsNE8gZjcnfgQGf1cfhdrpQwPLP6M6uzsvMK7H5b6dp59Eh1VKzqTw7fpd5GeF2gfWr+sFF75ZNecKv6KWRLPOpBNr+Vrmfd0tXiMBCoWQFSF
+byF3cYqsnib4zhfmSScSC3nqfrqQ2yy2ytLfY7ifjr7QHG24M9pbVrest/pkG4FbiodvFtrNtmoxdXmH12Tlmt/Q0v7BbXfig+koEfBt5a5uKD0x/J2G2i2uppzu+nuLt3wknfPmK5Edid4zccu13LzPttew+



Mature Content: Visible   ⊕ United States - USD$ - English

AXENCIS

# Evidence Collection Report

Page Title
'smiley face' Sticker for Sale by Lovelyncute | Redbubble

URL
https://www.redbubble.com/i/sticker/smiley-face-by-Lovelyncute/152732976/EJUG-STICKER

Collection Date
Wed, 26 Apr 2023 16:44:19 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
(label)

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
f8f7bca3bf9c5550a2de6625f31e2b...

# File Signatures

SCREEN CAPTURE

PDF

File Name
evidencejJXfpoIQ3f@xomo.redbubble.com(GdjDjesns0)[smiley-face-by-Lovelyncute]62732976 (152U03).Wed, 26 Apr 2023 16:45:13 GMT.pdf

Hash (SHA256)
c06c27bs6bb92553654xc004e9o7xl65efd9cc1ed2e3a7275feb3

Signature (PKCS#1 v1.5)
2m2Jjne4nb3792e6b44h19ecLqyhdfoqn4e0fbpf92i42mb8844n8714j7q0225p9sm443q0fmn8v



                 

   







# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Wed, 24 May 2023 21:55:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4963:800:11f4:a369:c870:bf33

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
cmzmMmCdP51L5GyuLckrhuoxeN88q6pLXQyoEBglyvJGwjpByC22PbRKCfeXKSZr4iG+PhuzFqDFpbep8mhGBoLKQYpbyjYM110vKKDtADBxfTUnL2NgSJUX5aAKPOSBq+o9iT50Dd5ZJgyLBAfNTKesUzrML2MAlgmUH87CyFKtTbn5cDngFeeCwzF1orGU/Arff6T4THO0MhSJGswGYHs2TvafN5QIvjCwH93RSGaZgrr1BZ3YfyLX2PwuUCZoKo8IC2KozoyosY1CpnUZSBMmYfBCQ/DmEwJU+VorSRK2qgp2puNPQKxQrYR4wf+WiLYU+/

# File Signatures

**SCREEN CAPTURE**

**File Name**
MHTML

**File Name**
screencap_3htipsjl2hljt@www.redbubble.com[hi]check-out[_Wed] 24-May-2023 21-55-51-GMT.mhtml

**Hash (SHA256)**
2d4ca8ec02e11f02d14b34f452b6cc6b83b9e2b734293229949dc3f5279c260

**Signature (PKCS#1v1.5)**
NzfKKSJufpl+MXkLLK30kNiAmAxus8XkowTPU5Sj8nsQwmxsoWzYoFLjdl5DVxZ5u4pcJxLlqPHcPqF8Yj7LM9kg1fGcjN4RvVW6amZiYJdADjBxPeLGyuGHqxQHenhO/I
+rZVowdgrT2+mmsBryB8Ryd53aDgNQwHpvKVhQHXQS22Brbt5D1ZxVVYYhs36aRnO5TKb4FO6daoFfC6tWBRUJ08V8cLD4rjwrJd6zjRldsY/7mReaAnZSNaS/MKTCw+GL/m9hbShQrY0vTTwLaGkUEJOpy9hhYoMeSi9EPw9bloxsOdabzJJdI9Aj5+fmHGDiSaOCMwg+=







# Evidence Collection Report

Page Title
"Bright Smiley Face Flower" Sticker for Sale by Lovellona | Redbubble
URL
https://www.redbubble.com/i/sticker/Bright-Smiley-Face-Flower-by-Lovellona/142672889.EJUG0
Collection Date
Wed, 26 Apr 2023 10:36:18 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a0d:6fc0:6:9::5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
4cLlGgdxv73PAaHbE7j2GGxvErtkJgNnG5Glim60ojET0vPwqujG1Q7rNbdvtGHjpDd6SKJgDyG2aVg34rknbKbQcWqktdS8iVWatkb3aehWtlnr99khMdecXLmyGaGzhQZmC4vk8p38cw

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_EhqxZpQEIjbewvw.redacted-sticker.redhJEdJEgdRJAH4Smiley-Face-Flower-by-Lovellona.EJUG1426728891.EJUG0J_Wed_26-Apr-2023-10-36-18-GMT.pdf
Hash (SHA256)
03e617943f85653cEd4Ad66f6920973QM1s7bd0f34a62DvwGb61A08HbW0T
Signature (PKCS#1 1)
gq6JnhbAC1Na2HVz86wAaDPVz4GZjaHyAbHxWwMH2CQ2B1xonhbJqG0spQrbIGwSkpqC1CkGvvNuCgM++a9+pzAXTQ5+PxMtVKmRfRjjWCnF1+1zoGMrEMdeV0ESqCLGuQarJ4GsQ07Siqf/LkbfPEtNd+xWVrSQ6oCRw==
















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 30 May 2023 03:30:38 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4430:49f0:fc00:e896:f762:a48b:338a

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Hr05zKeShgor33QgxEur1WELSPg9HgjtHiCLpMJbTit6gukTjUnGJH5dlPhLo2yGkV5wfa0tQK49LlQZ2DUPcbDyt9bPLBMmLfOzEjIcFpb+JVba4Yg3VgxDXlbx47HDUiLKagXsZKB7UZY5awKKxqbx/
h67uZdJbytbCOvM7vL4VB2GN2XHVL6yJDBb275NGkzIrTybMAnAqkH13t1LpAvJI3nvIHVMBLWJrNaS0ejK3pFCU7oQ2bod4HGnmmcQXW3Uu2oaokT04ICbULcvQKBf7JXV3GGDVRY8rQKMDMKA4ep5rqmtFSvo0hv9gGGx2XaDbqmwffxsEvs/oJnvwt6QZr3wqyoA==

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[thtpsJzDfiJjh@www.redbubble.com[h@check-out]_Tue, 30-May-2023-03-30-38-GMT.mhtml

**Hash (SHA256)**

c7d40402e6d79d6a6dc3f9e478d73900b611c2b8c7d176b492db668bcf2cf72186

**Signature (PKCS#1v1.5)**

uuI93Wf1cQ4Qt3uP3uhV2JTrdXkvknWmjQGdo23weJhQNAUuahdI9KDl1qmNcVNhgxcVQ0PdoNcuZeqIj8SA6PMd6Tf/mfvVBAsKWRpsPmFSbqGTAn/SWy4bp85+frK7QftCmk6teQGFpA125FySOf9wtegRPDUhMnXlsxHz2zg51BtH8B2Q/GbHLiKuzhbhFByZV8+/
CpAzR2rfwrLsTTkAmIQXFZLHZyBzEkfREW3Ei3Ox0j7hnMDJ0sAlAEEOJTCQp9SHWcJWKcSd8BdVFJLNYMfasT34DsI1L3LusQRjwsu01iJNFjNtlKbS5Lf5SLjdSt9dj4XJNbjJufhIu9SIgD+







# Evidence Collection Report

Page Title
"Trippy Smiley" Sticker for Sale by lucid reality | Redbubble

URL
https://www.redbubble.com/i/sticker/Trippy-Smiley-by-lucid-reality/115776776.EJUG5

Collection Date
Wed, 26 Apr 2023 11:33:49 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Omotoshodia

IP Address
3d042549.8 30 . 0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
7a50a550Lvyp41zy7uf174lHmbV6eyam9Fzs6329fppsbd8Ms11HcmY2XcV7mcBb587kcZHtpk16a2aOkGK8Ptc2s9c5MdM2tuF8cJEwkkbt9Mvz6dMMbTHsk1

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_5Hgtd2ZtQDysww.redbubble.com%2Fi%2Fsticker%2FTrippy-Smiley-by-lucid-reality%2F115776776.EJUG5_Wed-26-Apr-2023-11-33-49-GMT.pdf

Hash (SHA256)
2d165A755e186eE53eB6Sc031d4dd68a52f6026d8dde12c3e5d070be2

Signature (PKCS#7v1.5)
fmPzLchbf7BRrbxzcGG-dLRFw66MKqNhHQ-tq5jZtPrd46Mn3gLY7Gpz7A4H-DQQ2GEgwO3BtTxJFHd4GC95QSsGuXm1Cnsk3dm7xkCpfi2GCL-gQFt8Mi-ak1FYskK7TMkKt4djmRe0x6udK9bCzFGW3OKtV3V-

## File Signatures











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 01 Jun 2023 11:42:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.70.8

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

qXu0WEzdqvqAjAG7u46s3eT3MBh2RGMOQJl7lEYz0Gogeq0Bmyo17B8vYYrQ+CTQWkA41v63DYSNgVNbzykDuCw3EZUpr9lgO8qdb#tg7qm8Gp0092H/iRCh531rR0h+R0Wxj03p95y1BZr1RX6ZGm0D0aZRV85w1fU8t+QEUqCP2kp9EgSahdYrHusetQ+M1m1hxny0ra5F880D4NYhGazsU3y1qiOU14MxKDqLcdw4i9hC26bUnd8cuOWrqrvkejJhrUGzijC8sqQKWcF9oNjI8ZLTGgGfoO8oPXkeRFFSrR4Diouetbv6AGqyUCuYR+MtQUm8z4rD0rHXOUw==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]]h[f]s]www.redbubble.com[h[check-out]]_Thu,-01-Jun-2023-11-42-37-GMT.mhtml

**Hash (SHA256)**

1dd6ad94f7b6faf96bb21c7bcc13cec9ee5d73f5323a7e7aba0fe99c3ca5c668

**Signature (PKCS#1v1.5)**

oEXM02g2lYkpbFPyZLz2hOYqXg/oQZc6F/OzD0HwuL91UfM8V8iaqNFPgJ9i10ZyLha0GoM0NKp4fw9y3I/T7zw1Z1Jm/na5jwJ7e6aFEc1oOGe7SKL+P97FvwBAfcTEi3FynLwrG/C0N6nHNca0Lg/rO11HeGuOy9DdprV9vWtT5sjDsTCcWIhztWttN/xFb6wfRjI5b3v2z3SIxPM+7NUW1J6+9Y5kihMSoX74+g7qS1dHSu9X6IKdX2XV9ytQsY/si1tebbNpFuDA/A0jtq1Uqm0E8qqIb4JAln/q7QtJFvzT5g6jCMuV0Avg==





# Evidence Collection Report

Page Title
'Indie neon smiley face' Sticker for Sale by lucyvanwylick | Redbubble

URL
https://www.redbubble.com/i/sticker/Indie-neon-smiley-face-by-lucyvanwylick/117503.EJUG5

Collection Date
Wed, 19 Apr 2023 08:32:32 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:5600:8:9b::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
c8be024Y+rXzBBgwDKwaCbel72kAQ90tNwv0GYFRYMHOK3CJuyRaECeNfYkkNId+L4xeP.vVNKxoxsJ7VQ/pzoTa1wANmbKEQ4RHMmw25MbxzaJXGuMm7HotdR3XoMnfawnEDNCKFZo85+c

## File Signatures

SCREEN CAPTURE

File Name
screencap_EJHp0qQ5@@www.redbubble.com%2FI%2Fsticker%2FIndie-neon-smiley-face-by-lucyvanwylick@5pfjk117503.EJUG5@_Wed,19-Apr-2023-08:32:36.HdT.pdf

Hash (SHA256)
[value]

Signature (PKCS#7v1.5)
GCFnmAcj2c7WN7c67xvi862ityaKsJwtd4no6m422zsWdg7axWSbG5v2pZsQaDgOwzoJ11WwxpJ6tHnkF24DxgkoykUcXEpvRzoTmnENRsXkbaxtWZRh4JlmZE7e5aXr1ewFiTanTsKdgPHf3Rok.irMr0



   











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 08:49:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

175.176.30.31

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

szN9tYTaTPz6kSlcFn6ndk9sm3THudH106uxujDCwaw60tJVELVrWR8xDHrc26Hg53vToOnzY5kgfPBNM8X6ZxY2lyBypc/
nhnJ1nUJ6bKIhtMQPHZ4sYJ422XSkOsBavFQSWJlVirtqs6YuvbnJdKTFc2wNd5BzbODAF5vZhDBwVWHB7Nhu9m9xcIfgn7ccfg4Q7y5UtpDonhQJwKA0dwsKrzcdRexYvOwfOYJ9S2sVxY3VS4WfSRtK5NdPskjj0mF/x45OA1v9KKo2rt19Q7Dvr6OSOXUDmV/
chv2aXJztfStUwdEBr2nWYhVyjGAm26sAsdYUGMWsqoH2jO2AHZag==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https]]/[s][h]www.redbubble.com/[s]/check-out[]_Mon,-29-May-2023-08-49-47-GMT.mhtml

**Hash (SHA256)**

41c1faa0fb28d8d7e5c8b7f5c1e256669dc7a368fc31771975adbad47e2890322

**Signature (PKCS#1v1.5)**

r+0Ezu4uXlaJxFXsLAD3mVEbPXau7+4qyx+18f105r93pQ8fSKkDh0Jj0YE3HN3A3yQz/9i0PnWtjMlluc0015yoGf7772Qxna24mZFHBJNsj2R0GYvGAEbdQq3RBDJJH09D1qfvQwf5NCCCXO+bp6aCMjuJcSOwB+Q8hNPATVa+tClrhtH74tz0F0Czre6RWzzr9E2aA1N0bsG/
HHWVMYzlwpmuzbGzMP1Hubv1zh2tUMS8wSNmJGMH9gQMhGXuBD/AEBtDvO3XDExce9d8QAoTOIZLoWN84z8Hv9g0K172pfzMNoqK20v5NSSVgJ9oT4j4Hf9Xnu6j42K3Q==





# Evidence Collection Report

**Page Title**
'Happy with sad smiley face' Sticker for Sale by Lukerbloom | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Happy-with-sad-smiley-face-by-Lukerbloom/103376732.EJUG5

**Collection Date**
Wed, 26 Apr 2023 04:00:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:5b00:8:bb::5

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
VqFZqHmFgCT2jqlpCZpEzfuN59b72nRqaR7ZVq3WeeNwbNY5O4AEDQAUv5za2rEoasH97vosJ3e3MX9WkT1aeMifCucGPJ2TUdKmwHmHbwX6wvBJbkDhOgxC7GzyzqlaKEaJ6ScO4fPtiTc19dbV8AA

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_[Https]//[www.redbubble.com/i/[0]sticker/Happy-with-sad-smiley-face-by-Lukerbloom][103376732.EJUG5]_Wed,-26-Apr-2023-04-00-37-GMT.pdf

**Hash (SHA256)**
398c57a72710965842c8e9d3f6493ed5e4beacd8a1f34d1ff15ef4d641bfc5cd4c3d73ddbd33e21ac6a

**Signature (PKCS#1v1.5)**
mAZgab2cjfPmwDTxWbhKTNUdY7nTP4RRH22afQ0dC19bdosd9kADwZ33pmbWqHSg8GVDHBeEDVVfaRWpycUQ49WwMJc6ziL7d0XvBAHuyncl3sjqLH3GvnbLmMyx1ZQ5GMqV1cqkemuFVQ5sSy



   









# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Mon, 15 May 2023 13:31:35 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Borja
IP Address
175.176.7.133
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)

Dc2nV5cWjFFBoiwkMf3dckLIGrQvbcXBbfAhpEvDUbgo8q7gGisrgxG10h35Dg7NmLmXncCK4GvbyWD77VDfdgbAVuyq09WWZ7ZhjnJYpdtJ6oleznI8qtVxcv3GLlEbeaaPADnxeaPVhdzGl0KE08PaEFc3LpxxsxfSfsoZ+3EA/kd0gqJ75fzmBWJ4ZWoJ/ukBYJtnGlZKlNSiMPrzjXQvgTGNbe9q+Ot/RjV9jMPNBWr11zbW8eEtLOq9PWaMa+8j7jqTlMUQXhBaWjrqsjOa0FCxvWa5Wb01U47Wt2jZv3XW6PDA+++D

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_[tmpszjl]h[@www.redbubble.com]b[check-out]_Mon,-15-May-2023-13-31-35-GMT.mhtml
Hash (SHA256)
0b28a3bf9f78abc14fc6Ta20d9ac1e330909c6c6d56e506f9f13e0a4af6bad7
Signature (PKCS#1v1.5)

br6bbbGH12fFbLpbVGzCoHnQ5k116aA407bhWcbuqzHdJ7567a6uZhKkhDuCmcdJuY2adUCpbk0qkehN3nyUmF3AdUhQnNLCJkfTyMfDEgd4kZ0xG7jkPGd7TNLJLROxx7oXnqOthQbZhNZUhWSwACZvQ+xddgZk/tlTjLxKssoBBoWnhRcHnDNx+eBZrf6ic1c2DJQdFqxeJ96KVarivnZ69YY+8qC





# Evidence Collection Report

**Page Title**
'smiley face design' Sticker for Sale by luxury88 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/smiley-face-design-by-luxury88/101087162.EJUG5

**Collection Date**
Wed, 26 Apr 2023 04:27:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Omotoshobu

**IP Address**
3404760554.56.9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7v1.5)**
IPH47waosp5L=76+UdCYdQKjou9jKuD7qZnnZH2Z,b4xdaRdEpXQexhrgAMnSeXwkp1GbD2rdqpSAhUdHrdRbsFHxn3nZsDq1fLB0f3pr9hk8p0pLjw4rHMMKhTFmfka1l1jHG3hxBFHbUz4Xg1XROgcoAg0cdYFkPdT3aH11JvAavr

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_2HutpZjZlQ/jmore.redbubble.com01uJ0Qb0zbdZ0j0smiley-face-design-by-luxury88ZhJ0101087162.EJUG5ZQ_Wed_26-Apr-2023-04-27-08-GMT.pdf

**Hash (SHA256)**
d48e564b98d3a4ffee344cb22dd7.65857ba176b176fb54f4cb

**Signature (PKCS#7v1.5)**
LJRClQ55ofQYCTvJTSrMSdT9Fha3vszqQOdchN0cvv9kRg19ojq0Ghmy+QYlvYmL_vdHCLCuPNggAfTo2ZVaT7+3C+DIwHx1fmWx9Ejlp1prnO+rkpZHvkd+k4XhMjmuQdB4GwAx67YwiAAAC1lmQzE40nHdw



   







# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 16 May 2023 18:14:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Buljo

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
EbYTaKFOubSzpOK0W7beljrC24VrV46y4Fnh87nGm6FyQGBfiCJ1goco1hr8Q3zy2Ccmyj1nf8Q3zy2ccynyjpbZkbpqd7AR8vo1Z0k4DnwPUajQHoy5m8byh6k1hEKDazTqBpyrTZ8I+TQB831/4iolnkxd5SYHwCZcrPzhmcCPhaFJqmJvcQ78odM6yr+
z4M9A7YMqk8JZ4yhunZ9sLS4dxs9vk4pkAn/dWPfHo8pkAzpG9cqhbWpqRWdr7Be4m1atUWoC9d4LFG3HClhDv9UtzDfq0mPHfoxTIzFMWkv+8O1DZK2blIWWDsUz2MWRICwfB39b7FGTeYsMBCNqlfNuR7eWGJCdqg==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_B9rpsbjZRcjf0www.redbubble.com%5Bcheck-out%5D_Tue,16-May-2023-18-14-13-GMT.mhtml

**Hash (SHA256)**
f6fd067b3da241144bc1eefdf1b00c33d9e7404ca319ac7f50530ba41f8d9294

**Signature (PKCS#1v1.5)**
bVvesKtaBoGPVyGcfo4kbHI+E/3bQmsmSJmV0jxrIo7+r42eVNeDjQgeLG7Mbr10k3kG7z29Pt7Su6x/Je9bF4Q0/7nj7bBDrOfcBoeKBxd0JSHxAYSq/YgmyTmbxXm2pD1vKP4ixYa3TTtfLBHGXGXTYXH/sTbYNHXMfWFYQ0/
z4wDflkv9+ZdV+UImUA0gQ5mUrV4Ln4bb9finwbJ8rT85YLNkiksbm4qSoCN6d91EfeAgS0muPG/hr4wW4uHtTaRPa3TcXhdhjdsjqQ0JowRhdtEsdg==



Mature Content: Visible   United States - US$$ - English



# Evidence Collection Report

Page Title
'Smiley Face, Happy Smile' Sticker for Sale by MorganForster | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Happy-Smile-by-MorganForster/150113743.EJUG5

Collected Date
Wed, 26 Apr 2023 10:04:47 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a04:fa00:8:0b:8

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
JFSaSuraiSenSSxLtLtTrKissNmkJYkASxaapyVy7bwK1SuGhpyNkNpFLkhByTahkkhCmHxu1LZbfYgPgGxcSBnm1BtkYwKh75Ur3PdqkyBkoN10Lnb0HYGak4vNkTakY4MSqaDq1=JWPJyndauNTTTp7KPtur=

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_JjHqKgJDJrhJJasaw.redbubble.com[hkJDJpkIsckJIxSmiley-Face-Happy-Smile-by-MorganForster[hkJJ150113743.EJUG5]_Wed, 26-Apr-2023-10-54-47-GMT.pdf

Hash (SHA256)
d68d98a6db8117d6d7bdd4471bbc1bf17e8cebaa0fe57bSyYjbsbx6kTtSMN357c2

Signature (PKCS#7 v1.5)
gJlRFGCnHnbKuunYYqZAuuuJLkMKKIBUdgJHfEDbdJqxFYSX7kQgGnnULCFwoecCGHBgtPaqtLYXzcUVceOBDNEDzuQspkmhhlSmcfFXhmZJMPkhULsbfNkeTfIbKRCpT+wKF1bAZqyz4mMbACV1nWhDNNhAkErd






























# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 30 May 2023 02:30:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:49f0:fc00:e956:f762:a48b:338a

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

[fhzfLSbb0XVx4NxoA8g1Ld95qT1X+nO2pVsfM6eZWpAc5xM0mjmhJ4gd5nSqKr9wKbNGNdqjT5 okY5jPMf0zxh8S4MeM1YIksLVGLUkr6S5hVLX99hDJZH0h+/gOyp3ym0tOAALf1hl8uM3x2IM6EfihzCu5k3AGp6bQPywUMgNffTK1A4jILla86iqhq6Woa2d7/bLsUY3nT0itTPTUq9M4Z78s3mLnUsIq6Zfh39tmp1UH6eZdTxy0U0HSOqP+KPj6C38QbCTo8qbM+XJfw9wg1GBfM62kpyvDk8SD0qsws+KP9f4ex9eUYTzx6sfAWcU/eMrEcYR2VzwTcPwZm5+SDdmIY5xx6dh]

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[lhttps][2fh][ih]www.redbubble.com[h]check-out[]_Tue, 30-May-2023 02-30-17-GMT.mhtml

**Hash (SHA256)**

4703ef23740268d46f2019577c1e1283a7fd20dd88eb0a967d2fb499f3890f9c55

**Signature (PKCS#1v1.5)**

jIgaXjr5h1rdhJOX/XNBrYpH33aeA0K1aThXtsPmFatrfMZL+wX57U1h4g3+3MvYq+SWsf0AFV+vR+rpL3NdrpH3bLr7Sd1gc+4JNY6uD+srGr1VnmXdLIXCOOBSBjdMp4jOhVblyXsOKVmcKMjs+XPZRKXXVtEGHuKJOs4esXNnqcBba3rsjSSLUVJsDdTMtBxAX7Q3CV3z+4zYcRSnXVTLw67xGgsVzr8zETCY11mOGj8lhLf7g==







# Evidence Collection Report

**Page Title**
"Watchmen Smiley Face" Sticker for Sale by Mack92 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Watchmen-Smiley-Face-by-Mack92/98801644.EJUG5

**Collection Date**
Wed, 26 Apr 2023 09:56:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a02:5600:8:36::9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (PKCS#1v1.5)**
08nep0L1FPU7pbi0NLmNGPDXOkrIexQs0YI+mm4c+sFIBRr0Oizy14qImjumlbH3B9RnCvPYYT1GkZBkkn5xNiscpFToF2sfCdlnl+ICurt1rfewULMnDHOk0n4d2yaCrYj1NpYQLdKkxAoerNbnGryuLm3GVp1dwbRRUbQ+

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_0hNpuQ2PcJ0onw.www.redbubble.com(full)(sticker)(Watchmen-Smiley-Face-by-Mack92)(98801644.EJUG5)_Wed_26-Apr-2023-09-56-01-GMT.pdf

**Hash (SHA256)**
635ef07d122acf0f0c0f7029a99f103c573b814ac710fcd209add9067de4eae

**Signature (PKCS#1v1.5)**
gRO9NPbbSrCWiKuH11yk7nC+N4Rf2Nidm3PSaMbrVmw9HrHhhEgmNyBPxJvbWdY+XJu3WyBY+NZqmb1RIIE702oN3ZE7k7BoMcTpQ6UhJc5OnrkbTNnwAZ2JnkhVAq0wBQ0jrQJp8ZqJTRGHY+











# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Mon, 29 May 2023 15:38:51 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
112.206.56.148

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
B1GUhcV9P2uE8AHT1qqgRYJU50dA3A2YBoz5an5shxvrOzqT4Nbkd4MM5TD1y6ntcn2yVQA1cf+nlGF90gKYy0QUpqlRxNrG+kc+ClVr/QLarTU/V5hM5DvR6ic1QasZ2ibH0lw82IQrcf9OXHzmXM+08OWFuMM/3

## File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_[[https]]:[[h][]]www.redbubble.com[h]check-out[]_Mon, 29-May-2023-15-38-51-GMT.mhtml

Hash (SHA256)
8939b9f62efbeb9c3d83dfe8e9b0b1d50da9f74c80775da61cbebf5a9f6b706df4

Signature (PKCS#1v1.5)
Q437UkpQx9x+hMdULFbcG576tXQb3v14vpe4NkqhSmpm7zur9mCSBeeLs7OxDLaVXWL8kwubwy1jIpbMGJLTWGRLbyiMlqmxFs1EZ9i+US7MhSyvPh52mi2jrH7yWQHXZ9lm4a9O4WzoAfr137SoAD4sHB8atp6i5vHuBQQ2pdv6s







# Evidence Collection Report

**Page Title**
'vintage smiley face lightning bolt' Sticker for Sale by maddie-murphy | Redbubble

**URL**
https://www.redbubble.com/i/sticker/vintage-smiley-face-lightning-bolt-by-maddie-murphy/107.47X34.1LkG3

**Collection Date**
Wed, 26 Apr 2023 09:36:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Omofundwaba

**IP Address**
34567489.8.96.9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256-T…PKCS#1 v1.5)**
MFIGCSqwsLvv3.f&zru3WUnVWej3bgxF4bUsXTy5WXBNV8A88bGbe2l4u8vEQbw8dolasXh4a6hvh4v4v4orh+Tm5b4HkE1Yoglayat3JG5FdLgyJ4loz6Lal/XhWPyxNday39aAji2L49a8AHmj0TsXtU6z6PbC0d

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_fihijo3@JDfi3orwo.hdugvintage-smiley-face-lightning-bolt-by-maddie-murphy%0u107.47X34.1LkG3@_Wed_26-Apr-2023-09-36-20-GMT.pdf

**Hash (SHA256)**
90879f4fbc42b3bcce59bi b.laj11 f4ce3f8cb4n 9fe3Zb4Cab35314FaS47df7

**Signature (PKCS#1 v1.5)**
37E/9Rg1p7Q7By2VzVcbLxDea53oez4duEZwt64uFD35VdoyHjdMbg8N4JGlMufozrq+r4R2wuHxBdmChD3iOPgBk1vG9+RsfL2bOQFT+u0Av1rX2b7xMkh5ftQb51kfo2pOIfiL2dzvmtUWAffpsJdum4zHXWdeeH8Be9VbnpFxeleW



  









# Evidence Collection Report

Page Title

Secure Checkout | Redbubble

URL

https://www.redbubble.com/check-out

Collected by

Michaela Borja

IP Address

110.206.66.148

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

c252052fd4n7Ana1brfa46aeb64l4=0 v32SEbwkWYu4M6fdE5ragd02Skrgx7k=IjWAAmc2glwXp0ZOYi2y VSEUbTZBF61NAh2FwUwf1IFoC063A0Ah26bHfVQPv2dn4HCFp2Sgv30oAmmoLqOz6WKkINoMEjgW3Y8S9iwF7KsSQNL431
SLCgjM0NdA54SbPeiOvoxxDdCnde2sNXWifA4nO2DL4a2xvLuKnXSB3EymXfnh1du+VpW141EgvV5aaag3imnXXxMm3spzesXY49qAfrMNgl25gAhinmV2OlGTWVc33LYpUoUMbeh2nDIG9rnbfggM7aWm++

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_{httpx]{Zh}[h][www.redbubble.com[h]{check-out]}_Mon,-29-May-2023-13-35-34-GMT.mhtml

Hash (SHA256)

c611c34093102e0412af8363edab1753518fd49f52f9334077fe501c85825561

Signature (PKCS#1v1.5)

io+GWhV0qSbFEtcAyO8o9iyAgOALixypto1U6dtn pF+7DPhCmbRcu77Wtiz16DQv8JuhD2jpWjgxuRAz4rbk+MPFBxu97tvAnnrlmbXQ6qqGCg2PMZdiUpGoPMediuLY7fm84JRGTCfn9u8qSIspmtua6E1eWxgarW4+8BWtTb0CV23F/85/jaoz4Df3aPhoerSGV4f0tMO73FBkP0SflQu7Ybe8w5 spuvHoz]YjOEnON0Jd+5Bg8nmY7PSvUpuHgf5L7Tc5nmng5b8pmBeEzL3hV8qTu1hX3BBJzv5h2y++







# Evidence Collection Report

**Page Title**
Retro smiley face' Sticker for Sale by madhollander • Redbubble

**URL**
https://www.redbubble.com/i/sticker/Retro-smiley-face-by-madhollander/52903162.EJUG5

**Collection Date**
Wed, 26 Apr 2023 09:34:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
3a6b3b8.8.0b:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
8q27By9c5DfbuxFN8Jy7neux3KrX3md3nc5ZyR8DrfFClmo0mWd3DfArV0sLQGF8tg7xeN3kxdutkuHdzgU2kkIH1YpMkK5jdsHSWAF1l7mHDCB6Q3YbKH3WY38DLlg6kWV0SILh5H7Cr7ZhgTuGWounvNPB2FheP4+

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[Htnjbq]25r2ljnww.www.redbubble.com(EJUG5)qbHy0a4jpd1[Retro-smiley-face-by-madhollander(EyQ190)3.EJUG_Wed_26-Apr-2023-09-34-23-GMT.pdf

**Hash (SHA256)**
4d4ba443f9776d24a3e4d8d5c7651f792c4737c07a70a52e571d4a57deda

**Signature (PKCS#1v1.5)**
5E4Lp44GCheKl0VwPuPg13b3kf4iKGUok9s8D5p7o0bl90tG3C0XFm4qH4C1sfuTd6UC2Lqbb90pIIm9q2Mv4n2 T33Sn8AfYI3ouQ_k8MKjOE01xGdhPZ02jBZ0vwhpmSprMVqAdLVxXpOHDPpGWKkKJVxouinAdv5iUnF2bH+











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 13:27:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.236.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

1f45cJgsk3G/AAdWCZ2e+6GNqZAFK1cV/nt7cyVr8K/KxEg6BDw8pVjQw0Q+GD+EDbMMZuq0BDPxyQbzNDsp+0r4AjCYg5DOrLC0BHzfuttoz/ZHGBMyVSYDrVoyH1wmrW6HQeVStdA8KzxaKxBbm,i4bx/uL5qwO9rGaVXuz7Nppuvp7/+Wz53gRmeUffFmqR+rdBsDqmgAkrGkvULaWXKJ/nAQ61Jbam4ZSDVR2czmgx/pH4uj7cHyzxvwFMCyeu/tZASTJXhWjQbFVVda6VgWVqF5wqbSpZ1XDsQrBmR1yWKLt4StmXiKK0sdwqXAfCN/+OUrAkLl4w==

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_jhttpsJjZfnjjfjjjwww.redbubble.comjfjcjjcheck-outjj_Mon, 29-May-2023-13-27-52-GMT.mhtml

**Hash (SHA256)**

2982d4243a0061e15A43069a61e80d5a7a46aaf43d184fa43bbfef35edec67b

**Signature (PKCS#1v1.5)**

jjbLSNO22HdLs63upgFee2jYguHZW5GDSAKQbcr/es44hNgjX0fhJFDnSR5I7T0V1hLBVLvWoeR+3odnmaAVxk3B5xBxucku7bRqSZ7qSFkW3Crwtz+nWqNaPyQ0Dc/bSbM0JZNZYNT/5GQ9itdOG5pzk7tw1ZG,pov1JDEgDKHUJSRXFnbkZqJ4NxGWtI.MnUZMFR31MJjlzmYKjK+L2noma7tkcmTSurVrQOO5YTHpl6pZT3LjzyZXjmmK18dBhqNQgRPnxhBHpxdAryvnSPrSrb8+5czv3xFrkUK/tngSA2LX5iZssOpjGGzpWZ0yKJDzysmjXGT6bU/hs/TXUT6UPKFaw==





# Evidence Collection Report

**Page Title**
"Cute smiley face " Sticker for Sale by makemaaa96 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Cute-smiley-face-by-makemaaa96/86066932.EJUG5

**Collection Date**
Wed, 26 Apr 2023 05:59:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a00:1b00:8:8c.5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
gnxAiO35qNjvwM9cvaidtrxxE1vtZYKHmYYnZuLyJaa3Ey7tOOuemQ8B6ZwHEFGc-20eh4aEUs6pxZMmc4 DTdNmLkVK7K3nuqTMpWIGsL3Plsk69EMnWbGucJz7AbBgMJZcBnNBg7uW2oSjy5fuPvhiH6y5H

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_j5hfpqQjRgfQlnnew.redbubble.com%5Qdjicltefxj7-cdle-smiley-face-by-makemaaa96%5B86066932.EJUG5%_Wed_26-Apr-2023-05-59-22-GMT.pdf

**Hash (SHA256)**
0f01ebcaf8c17b869a48faba0dd59914d8acc76457fb9fdb1b0878bdad8440cf

**Signature (PKCS#1v1.5)**
Jm3GYg264bg3BbBmi74Ymg22KdJ7gP76AKOZ3HFxV10hndkJJZmJwUghXL0lqfH8AK0C0T4Fg)UrzmFbvBkMTcsJBJyLtnLlExmcP1ViaprZQVnQ2LabKdukQ5vpapExiwcJPzbKSQIrRPo1DOesMJ24r











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Sat, 13 May 2023 20:50:16 UTC [US Department of Commerce / NIST authenticated timestamp]

**Collected by**
Michaela Burja

**IP Address**
175.176.15.163

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Le53LaOaF3hDGbnUOYH+LaKyPnzpiMYBHnnZpELfAeUU2niQbuhLvh+C7hgN14GCZ4Z9hkeFWyg4rBLYdJYDDbQmfrGFDT67xWJ0SQeKTQbCxfJP8r+1 fh5GHrOb0QAf25BuPaCZe0wkkLEbezBHmhJrzlmgmCGMKWj5bceiDHCqJBBPW7KeQmSoUyC
y7V5Fbzz1LQ3jdH3ZzqSU1HrMtdCeAfvFxVBZjTGWkZsRfmA14DPRbzV95SbRF4cKWS/Ev/JNZSKAyYvbHPkkPYsebSc5nV4pWDWJdmbMGFXJ 3DCAZWmtJ5ZGHhPlAlfS1V2Q3wjv1==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_lBmjxj2jfc2fJ(www.redbubble.com)fs[check-out].txt, Sat, 13 May 2023 20:50:16 GMT.mhtml

**Hash (SHA256)**
5d73bc547b8d4b8a278b8b23e30d52cd84f19f73c2a4c60a634601b6386dbefd

**Signature (PKCS#1v1.5)**
HtHuDbZVbThbYTZMVcVUeHmCBbNtlPHLSNrtusYVwnYHtvM3ICp6yuOiytaNi5rGnano4xkh9yhbKqQOr+VzHBtBDKYFcmDwfhfHHKnKB2FQwkiLHtkve9wr1HnbnX3pnU+
bLGZgdPCzkXRsVe4/2VZ5rfJ7JKFGph4mF1wdC8YmUQBFHpYSx+dm04XSFOm+WrLrsKsJQBTbSdcbTuaBp7SnXdLABGpkHmgtdCMB6ofipQEkoDsyGghgGnL5r0AvQl2rtnVs==

    



# Evidence Collection Report

**Page Title**
'Ocean Smiley Face' Sticker for Sale by makecoolsstle | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Ocean-Smiley-Face-by-makecoolsstle/51660328.EJUG5

**Collection Date**
Wed, 26 Apr 2023 07:42:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
3dd43d00.9.36.9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Signature (SHA256 / PKCS#7v1.5)**
P9mPfhDcS1GbDHJf4QL1ypjdAjfQ3ndjQf9gwKZVzc7UBzQMbA7dvaCbLUaG1vPM/sTp1W/znRKPLadH+nNHzNEl7b9W4H4Nk4cdZtdDVz Sqtzqq9JvUC,NmJDBb2iaDykVjJnIG46,AVkqznd0TtM/fBF+GMkG==

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_JImpiuJ[Q}Eslwre.redbubble.com[fs]Ui]stickre[fs]Ocean-Smiley-Face-by-makecoolsstle[fs]51660328.EJUG5]_Wed_26-Apr-2023-07-42-01-GMT.pdf

**Hash (SHA256)**
45b23da6e487b32b51e68fdebdc48de42d41d501db9caba418b4ad18bcab

**Signature (PKCS#7v1.5)**
hg8H1XgZjuFarAnYjHmpdaKnsEH9CxnNdL1vkTioCtK4MtJpucBubFTxEsvhU0W8gKjcovkanDCvMamncVV76Lrvd13dZ3HZMwUsaQEBvQG8owYq2BbmMp,bFt/elowqi+LhAYggDA7ofG,RbMxOGvNQQ==





   









# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 21:45:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4917:7700:7509:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

C6Lr3maGmrZ5MXXfgGZvG3Qu/66DCogtJMhTdSP3pMB+Hm1Y8iGbazn18aHoZvD1wBnGFz5MKtYFPxHmf8A872jbaGAhsgiXbt0Rf/lRF9/9iCPmqQprBVqJWWm2BZ3DNZ9i4K4X9QoyL+yzLE4sYrPmvFvAvdiOK1+laBpVswz0CE9SEi6KZ2A7qgjZe3hOqi'aCbhC7sWeZ9ywPDdnV/Pg3JUm31YVWnNVV2x3sZ3gozhwGb6w4iKhVg2Jr72QvfNugzDvbKBjc8PNNjJ83Npj2CiVw6KUp9avm3EGtSkCKM1c6Dxe8TdhhrY1ns5f&/bccZbw2Bw2WNgl=

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[https][2h][h][www.redbubble.com][h][check-out]_Thu,25-May-2023-21:45:20-GMT.mhtml

**Hash (SHA256)**

cb2c42c3c727fc389ea7f16efbb8013c4a0116215d14217abb977127fccfcc92

**Signature (PKCS#1v1.5)**

K6Lst9PbNUwetc1jvAcqTmRwC2f4/zf9p+mkA5IRM+v28/g4TUU6lX0tYODkPFaXbtFguFm8vqif,w/xe1mdwtsLk5nk/I3ujO1VV8lkz1Ywp1YiV9ihLFmikn39GRUvFBhYHVYI9GLFmMiWaUWqy,B1RJpc+pzSFA2u8FbQVYOhKUGy4bHtEVZc/cWYb1TAdbhTG/Z6nJrhxexiVBi3g1v53hN2t/eOueCHewfVo5b6ogwOF+Z'Yie9871Y4dUb2xi7gHNL4kq7dPhNXm0N6hV22C3o/OrmsbogcZYSpQKs+vjBuO5HXnuAi5lijRvelWsMsow0Z86Ux2Sbn0mi9koYswco5GSc6DG1/SpYm9mvMPLx4UcDBRB2DGg==





# Evidence Collection Report

Page Title
"smiley face cartoon awesome" Sticker for Sale by Mansoon | Redbubble

URL
https://www.redbubble.com/i/sticker/smiley-face-cartoon-awesome-by-Mansoon/143026202.EJUG5

Collection Date
Wed, 05 Apr 2023 07:59:23 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Devin Christodoulou

IP Address
3404.949.836.9.5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
HHRKK4Sjug2jv7dc3MeadFTH85RBLuJv1yR3V2rnGGGDC7TRkv3B7XD3+1JAXNFrkm9axkamQKUhstVc9tmXBqaZzMkCuJ4Rk7JykQQ8zpUDpgUmnrQmDAkXwRgfMGaJL1JKBQUKAkTZLNGnGbLxr

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_EHpfp2jDJ0jozmu.redbubble.com85JGOjbsticker85smiley-face-cartoon-awesome-by-Mansoon85143026202.EJUG5_Wed_05-Apr-2023-07-59-23-GMT.pdf

Hash (SHA256)
dab45a8a415fba6c5cfa83c75e1464185E742PD5M16JBD6FE7C5D14B2299N5F

Signature (PKCS#1v1.5)
FmsQL2jfIJYw7XaP3bHKGrRXkMNdDQT0jk86VQ7pqJg5y3r9QjG9SkN2YjsLhWm2WbzMY4sqgQ4QXkVBSM6AXVkVKwnJ2ke82HTCRQgU2r5rXz2iLlhwbs6ROTepCVnkZ04eu9bb5KWZdj2n















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sat, 27 May 2023 03:53:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

113.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

b+KOZ8jFqFCk7c06ifeUrkOmMrAZRgHJzfeWZwFWlDFwTppRNN9SbjcS4pTX7kZRCKdnfCZ00yNFaML4eyE/uqBp2EpOEpHFr2piwKt+NbTOQgeGes65MSz6wrOZnFyJyBG+ItC4eXjw65RMKfH+vxGvJyJBWy5nF/Pf9qk1/fPUEbx2JMtjMifBSbFNHNej1NoOGbv4YJdGFk59hgcZ42CbcXaS21x8mEVGGDDB3Jbqu/bbmb4lamKFUYppG7Lb2TtGb0CtBBaBBOckOzHrFixRN9QhIfnmwNg0g0ygF8UOFZ01lV3GDhe1yOnGCHfWawm+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_|EHIpsJjZhfJR@www.redbubble.com[h]check-out[j_Sat,-27-May-2023-03-53-03-GMT.mhtml

**Hash (SHA256)**

acb3964fd6b48e47961983161195e58980fcc669140f8c59a62dbe8074a6a11a

**Signature (PKCS#1v1.5)**

KOSD3sfsaXF14mbuzSnw9gaQdZ2Wkkf/klznQ2ICsizVYPbCmWQoQJ3k76JFQJV5AbbQykbDYCxuWVHZEdhaMghmxm+P2pdfmrxgh9sJ1JWjmsTbp/Nw2E4c/fbnjm4w0xtoG58+f9sZp6e3x2u4gDipt9yGS34gDjybyXj5f6arIJdoDaQ6fCQqvZb5f6/D+OwR5I9mnrG7KRaQgZZSyFmLI5N5l/uQOyqk/RDGZOPrBf0GWbzVsrwJZo3/k+JjtXdyCxTERmDQ0y8SoqK+nXYQ+5m1OUvdsMy36g9KmAdyR8zfyvEV1OBdRAndtdCUcTC5TRnI9fKqoSxq3oEaaxMeeXE9mSWiiTVWXBdFB5FuOVjjAeFEVjm+iT5The89+sfbq/3+95Nv+wYtGlkjUGMBU+Em5vMNsM+eXrQMqOWdmHFEdnl4IX3Zm+k6q9LdnasUrjv3j70mQfs6KRWWy+













# Evidence Collection Report

Page Title
'smiley frowny face ' Sticker for Sale by marialnburleen | Redbubble
URL
https://www.redbubble.com/i/sticker/smiley-frowny-face-by-marialnburleen/120546034-JL6XG
Collection Date
Wed, 26 Apr 2023 05:17:26 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodulou
IP Address
180.150.113.31
Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
bc7fd2a5e8b7373c5cgnyFQqblzg5FdXer16pLpbpzf8idr17gdlt5rdrcbnq-83it5zmcM32oNi5khkBGnXDrldKmXZbt7v5pm2C5k1a7ZdxmY5dGem8mdv5so3FQBpHLStW9vT5eF5q4t5yr53 LtcakdZcAMhFFE5g78NVc

# File Signatures

SCREEN CAPTURE

File Name
screencap_EntpdnJZcJ5qmxw.redbubble.com01jQ5bjkmlee0bjxmba-frowny-face-by-marialnburleen011120546034-JL6XG_Wed, 26-Apr-2023-05-17-26-04F.pdf
Hash (SHA256)
6d8d9f6e8ff43e2afdd7e68ab5ef7d489f7df10cf553b58e286833c6303298e134
Signature (PKCS#1 v1.5)
hbm0wphq3pQ30bflwhM69kzO4PT1HYZGQ12xIpyU4BTwppkmVzp3zDnYY+dqdvsspgzk2Zbs42R6NjkdtwY3sJdlMdT1gdYms1XVo9IQSEgk01hy9xhS6qcn5hIc6C+aqekdlgAXLzAGLs6SEFBErCqY7OfG4HkIAeJ



## Also available on

   













# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Sat, 13 May 2023 04:03:00 UTC [US Department of Commerce / NIST authenticated timestamp]
Collected by
Michaela Burja
IP Address
175.176.15.160
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature [SHA256 / PKCS#1v1.5]
8Gx4XXHGX1kljcw0bZjZWCWW5L3lpjCnzu7gyX8QbVlfmSdVlyBiMWzLeaXFDY6P+RF7szMyq8HECz7IPprpHiT7SD2HcSxQxjO2lqS4QlGOlurja.JpWkJp6Ow3mmEqry7fC5RQBLcZ85budBszRpqtyFz7Z8GXsQytw1AkyAw4RvhSBBt+Nfhr8yr17ykM9NLLmu20Irm1zbLF/9RfGdpqgy/8cTGH9BhnaksGapbMHXApyAmLqvpzY7JKFRFRPgS7CrwMBBsmClsersODrfGHV79FfbCZZ1Gw+2CTWcDNsKDn1t18tRKKT2BuYPHq4Byj9xaUzzG+=

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_[8mjszj]Ru[8]www.redbubble.com[b]check-out[]_Sat,13May2023 04:03:00 GMT.mhtml
Hash (SHA256)
e144b5c03e905425f5f8571d1058bbb31d4afd35e42a7dd86548036603dc6ba1
Signature [PKCS#1v1.5]
jyu1HiNQhBBXkFXz20QyeGUk1wXA0BT+XDKHBahNEZ79kJyysSHJkJkJ0109iCJojPLZNbisY7IcXiO SbqPDoqG6XnoQuuFQ0h/vVk47uKJUcwgGOGuZh24GNkBHoKH2UqQL4aEYn0AT1uHQ1teSOfkxW0Xbdun6tQJ2CzWcDNsKDn1t18tdKAMNRHSKTRtCcoUuK4o5Xd75Iu4FWhw+...

---





# Evidence Collection Report

Page Title
'Smiley face ' Sticker for Sale by Marmite-legend | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-face-by-Marmite-legend/57349337.EJUG5

Collection Date
Wed, 26 Apr 2023 07:18:51 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
34.641.669.8.06.5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
b76b9cg02Wvz1Gb9unjQhBon13257Ycnm.oQjK2AMnNfQ.sJ2gAMdNlkge3NnJ7twmhkNqXFhVt5g6nXJQ4q6Toeb0Rnd7z6szkdm4zmtdg7kKfbcm5MDygrmFmjRm5T7f85507i6mcm7u95sdtVJwMj.0RjK..

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_JImlpu2j 2h3Srpicxc-redbubble.com%2Qli/sticker%2Smiley-face-by-Marmite-legend%57349337.EJUG5J_Wed_26-Apr-2023-07-18-51-GMT.pdf

Hash (SHA256)
e389343426367bbO2aGaf2037dbd5cdbe353e7c1b3a7a0d5d35c7bdn4c0l3a2b85c33efcb28c0k22b1a

Signature (PKCS#1 v1.5)
9TeDvABrEbrn7o82TXv.FnOkfJ.Pk7bgKcs7dS3JNnzvJAMnpadoxHP4vrfx5Yan12pjYGZvnJAMKC7TqR34YA4IAdNO49znJGMFKebRBDJqtLKOkqhaHA7Xd9AquRZDhVnUyGDVxCheLETDVnNNn



 

    

 

    

  









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 07:14:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
M/kZpg7gb2yjMAfgQQBJ4TcJXBLf5sm1dsb9AhmQbFrS5UqaoHvkXFuEfsZ7bKVJzYqASwPsWWRXKYrFCJeKCQwfpEcG18B7A59EMZAcu8q/hruz3mhCMSBpDB/nZYQ65AoWTwtTE4XtK3wk7q8h8Hta5roPn1LDEpemJKw0k2xgAXAcSbLYXJGZ/ZFT1ssHqvO3apzjRDWDpKQ2JX3PBYW5/VteWyc2oHpy3G1YY2Dqd35hVenZ71cJMwFWD0+Y5q0vS50/ip5Q56w22/8HS8EyJ8grTw1xg3fVdDYHlBL6EXraKPrq8Gcx4RVVak4zuwN72jpEGQDUKK0tTU3/W+X+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[fntpa][jfsffr]@www.redbubble.com[h]{check-out]_Thu,25-May-2023-07-14-43-GMT.mhtml

**Hash (SHA256)**
1dca5567c7fF7Daeb44t0f2767766eedb46aee49fe9c6d0af43dDf6df8372c879

**Signature (PKCS#1v1.5)**
Fftr9jz5c9LbAhAQx2Y9kOL94oGeuL5GHGvXp/YOYOCdCoL3fCTBGGPGGivgtMG2M0kTe1HrmZMt6KtZ3jkyTR4fl0ueiGmN3qt1A2v/2GZAZ++2NlzaF1pVFaHGMGBuoZ3PLtDW187CVGGnzPKHn9e+8TQnQzn2NKP8BzSwkRUv3FuB2b5bdp8XdJKGvVWGKCFA7h2Y9TLmoD4HQf1+NiLaJeaFWtODQePwxdxuJQuQx9N60GQSc8mhGUF+IyL2FQXH+pL3PQaT05oTz7JE0WNCR/4mKGaakmywgvfUtT4s7NZL4AnWkfe9+IXgji37YkkVy56OmhjG4SbtszVmgvZmAbPPH++





# Evidence Collection Report

Page Title
'smiley face pebble rock' Sticker for Sale by ma-rock | Redbubble

URL
https://www.redbubble.com/i/sticker/smiley-face-pebble-rock-by-ma-rock/32933888-JL643

Collection Date
Wed, 26 Apr 2023 16:59:28 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
34047600:9:36: 3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
aoOOnUMr4uyqggXkdyvG5PFua7HiQYKCX7WB4LrmMf3wt1z60LgJBpUTq0sQoeok9Rea9Ro7TyhP6dvm7I36fuboyk9MMy44A7jJzL4QskcXwmu3iQ6JJ7J8HozM60QJ7u3cAznVGALDPqSv4CUt0krdzw

# File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_2ihfpbQUB2jS@sszw3h2sDby-face-pebble-rock-by-ma-rock32933888-JL643Q_Wed_26-Apr-2023-16-56-38-0587.pdf

Hash (SHA256)
9cd17b050ccd92e32dd2aeef7157cc21f7f9ad9 be0eee226060c55dddbc1a0f1

Signature (PKCS#1 v1.5)
i2dxi1kk72229U9Ynqu660H6eUJ6jL42mL7WeFulAlazxMaNAX1KMg5Qe7LAePWb00XATKJOxk6Chn6HUeAA6nz2rFnyBBhxRbMf7aL2t0i5dnsAsKgxoe8y9zjV6hSssk3JEE7XZto0RbF3yr9oHwhV4QAoMv



 











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 30 May 2023 02:44:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:49f0:fc00:e89d:f7d2:a48b:338a

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

nUWdKgeKGOYzJAMumZz00HSNQqR/z2VtnQhCXdmV3Of9Ip7XG31VG JuPQ1LmuaBysSoVyD67CfMJxrYmTFPOE4hrBGXdhHn+gbkBbAS8hHAc7AAgBG3tHLJHobMkqyJ4cTDL7AgF1mmmiNZ8iBFUAuNqs4mG09DLkbSeCr+uLDig FHpuASe70tyrAq8jjV1cop21L4HUgVK7YQ/hZecpirBPT3UGeGi8oFKK8cb3dQ2aZS3Ibn02cC5CfwGHUeuuu6mz8O3r9E72R2muUAQxRJLz0YVzeUVk8BhrvdNa4AAQNSBGPcc/wmm1=

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[https][2Fs][Fs][www.redbubble.com][Fs][check-out]_Tue, 30-May-2023 02-44-35-GMT.mhtml

**Hash (SHA256)**

03c31d6b377580fd31f9f476bc888fed64dbd0c3e4e63a6fd50e04933ec245a6

**Signature (PKCS#1v1.5)**

NYNOrAk5grsIODSdT3sdKqVOdcoruSMKcaCzeY5SJjnZA736sGZHrU6r3Rv4Re0BJdnPsFTmOGqReJK50CoogvCBwBrBKMiapRb+GFXepuclLJ+A4crmj82VAkXrPMksHJqMZuEsnV
+e5dB11VJbJ18rZsZ2YQqjjD3yhmfuruoscJr4UV7FudHnFXQi44Tw98Qg50QJLLY5gh0nSorfhmfAKPawE0tv47fPUsUQAQLROCvp9Sj0spesKl6mHeNHskLctPFX6dAGZbbMU1QOZGOY18FQ9FDtaLfleFCsJDwdBAX1cDwnK50o+pR7MFO2gN2k0SVDrqDGbMkHhZw1=










# Evidence Collection Report

Page Title
"Happy Hardcore Rainbow Smiley Face Black" Sticker for Sale by Gerard95 | Redbubble
URL
https://www.redbubble.com/i/sticker/Happy-Hardcore-Rainbow-Smiley-Face-Black-by-Gerard95/58150908.EJUG5
Collection Date
Wed, 26 Apr 2022 04:39:05 UTC (UN Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a04:3bf0:0:9c:5
Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
8bq4d6Jg1JvJq5JET4l736qLzqpJvrm4cm9cewLm54v1vbw9uWc9UUbJjp9Wg70uu27qhYgS12xDGmp5fFhpw9vu2nC6s3wko5b4LQWb8du6VuqdPvm4n

## File Signatures

SCREEN CAPTURE
File Name
screencap_5b6q5q5EcJEv9www.redbubble.comE5Jf5q9q6wn5EqHappy-Hardcore-Rainbow-Smiley-Face-Black-by-Gerard95J58150908.EJUG5E_4bw5.b4-1023-bk-55-55-587.pdf
Hash (SHA256)
43a41l3e2vZb19Mw4duV6b5bd1l4w9b6U2VV45AbbcE1CxbewhscH4Go41
Signature (PKCS#1 v1.5)
Te9S57VnJmmm9v5Awhp4p5vU4oAmE4p5qpvRPkPYHVLY1ChUg7bDGw4QVG5y7Q5G v29Cbgg72.Fqp4453Jmq9mbwP4J7qHmJ2kIJw9HmnXPmC1qc7G7bEd9gdGQ3Cch1
































# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 16 May 2023 18:33:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Burja

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
W4XS35dldHTkrCCm0SGzTr1SJwpylhcsfknLDOjdDVmz15EZFQtrT2KuaEDgIM-3Vue-E8aPKzxU9X5gcxY16TSFep+BSOMB+xr2TzHF3J+GQ50ICEShtJwOrGKsnW1sbugnc9Fdu1iuxeV0SNRc7QrWcCAUbgRHmCyf
+Owbbbl_2HqFP3FuNAXppyCMCnp15IziybpEojePHtJcfmR/BdUvgXIkOaFYqtVrCPtCrtIS40LfoAnm+bzw/GDOrsAvWYYLp7heruhvAbug1dIg7XLkgZn8brDNpq3kU3BtR9iJUu0xGIQVCK4ewtQyJOAhm6RwiO1AG3LPC89UOc=

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_2Bttpjs2EyBSJwww.redbubble.com2Bjcheck-ou2], Tue, 16 May 2023 18-33-09-GMT.mhtml

**Hash (SHA256)**
1f/rvc64Qw8eWr3d4779341464b48b5631ca99&5dd99013d13dc345c46leda27eb

**Digital Signature (PKCS#1v1.5)**
6guMh0ZyKz4u.ihCCTBrS4XS5GDreiCz71+OJ5DAXYs1S+kJWH+kH+minoD1sYs1JPZLatMc2YbhhSET4THehJcwKj5ZdRr4MePJdBSFnV1zCROwxDqFHPryRMLGMtKXMuymyqp
+8hw1CGcoIVYLwdbkl2WWLJRfunHzlnqJwW0ocn4Su5e826cshmCycrvCI6WqqiqUHVy8ocRKH+1K7dZGHbFSwT23DDNRylL7TBxt1dV0IEWqXkNHL8/G3d23mmew+10RnqEqwqFGSRtDm9NVGx0.HYVckdhvACqaMPTOLrpWQfvk0Q98J4AkUoNFtpsBeHg+=



   



# Evidence Collection Report

**Page Title**
'I don't care face / Japanese smiley face' Sticker for Sale by MavisAde線as | Redbubble

**URL**
https://www.redbubble.com/i/sticker/I-don-t-care-face-Japanese-smiley-face-by-MavisAde線as/42199379.EJUG5

**Collection Data**
Wed, 26 Apr 2023 07:40:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Oholendsudou

**IP Address**
0x61fcb0 0x3b 3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
gb94fe7+otfYfcXgbF5r22YP8HPZdNGG4YY3dmQ0bK6b6SKeceiTdYYZ9CHVKGHsvmJH-2ouic7SHHKKdiDrmqNSHdsSTd9MSeZTJjpPweP2M3BjtyoTbSZ4209LSBW8Wt1+k7EprUMyTcbVWHzawfwVoQ29RnMHfP3y4+

# File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_線tnJiuQDc2foVww.redbubble.com/I-don-t-care-face-Japanese-smiley-face-by-MavisAde線as/6/42199379.EJUG5_Wed,-26-Apr-2023-07:40:34-GMT.pdf

**Hash (SHA256)**
c0aedd8f4da1b34d74856b6b4d7f7b0beb4459029147832503d4d4a83e4aa72f1

**Signature (PKCS#1 v1.5)**
7ou7yxN5zV4Ttg1XTN64uprJvPdptfgSGGnVOZRwz+mnE9WbxkthBsAYxYfWPWf8F02tgueWKbKeuZpWEXr+kEbuWMb6je2LSi2a4BqpFF5qZkOitatXt5gt98yBe+lYNpnJuJQ5x6fRh+

















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 21:21:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4917:7700:7009:22f3:79ad:183f

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
bTuQyHgQCHbCmduGNQLdbhRKrKGXKfrksygG77bG+UeS3wUmeVu95dei7kJTum3nsIxmGs2S7NaXDFgn4JaQNZ1ZxfNYPhCWzF+IHhgfIKOr+fuVMxfiD4o1na82YjVnASBwb5fixR9ZSAOSZw7dRaehw1aUbA4M0DFV0ADZ4L+4S7BtSNOL3jJGeSOsc1urxt1OEsKZ5CfnBfr5n+fv3/dLEKUmcAFfpTWqEPR1ryxPmHmFgEHMHb9H0GLULoAoMEfSuDGsGXKeXKXVzWK2tLrZhgLurHeNbpYgntFPMs1fRBLAZkhZsA7qqLsL66DDiN7Gpfbo1dNF4pHtGKstdSwrD4tnFVp++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_fhbtpdjEhjR@www.redbubble.com[h@check-out]_Thu,25-May-2023-21-21-35-GMT.mhtml

**Hash (SHA256)**
5a6730e27b37a3834d60cf132066ffac6048bff4330d2e7002b06470659132f1

**Signature (PKCS#1v1.5)**
qIfYrizc7KGiJQXjLVVntsFz4+0b2e3n1WdAMmNx2a661lbepnSnGhXN1yT8OvOdoEtoZtyZV4xdSLogzi9jl2U9YuS33CKCFvZ90od4HeuJ0RacUW8uz6P1p3a5pn2wmC7Gd4ouGLVdoKJp94rfgAMLz5MBA34nCHU+RExTQwr+j+G89NPapOFx53C14agQHvBGcUGGreNBfHqfQK6Xi1JYHxoQrWnQyJ+LE3HiJADSA9Ax2Na1wHmNqNdud2LQHmKwTvYUDQynT+I+z1d62IYZ2pj55jm446e5zez+KwOKqrGhJ9SNwu2XtiAIGpA++



Carbon Neutrality
Investing in programs that help the environment
Learn more

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure Payment with 256-bit SSL Encryption
Learn more

Super Service
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible    United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved. • User Agreement • Privacy Policy • Do not sell my personal information • Copyright • Affiliates • Give $10, Get $10 •
Student Discount • Guidelines • Log Out




