# COMPOSITE

# EXHIBIT 1

# Def. Nos. 161-200

# SCHEDULE A

# SCHEDULE D



# Evidence Collection Report

Page Title
"Acid Smiley Face" Sticker for Sale by meweghanm | Redbubble
Page URL
https://www.redbubble.com/i/sticker/Acid-Smiley-Face-by-meweghanm/156492308.EJUG5
Collection Date
Wed, 26 Apr 2023 04:11:09 UTC 520 Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
3a9319d09d.36, 0
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
...234ced4222j17cpzv627zJLyw2LZJ75i28q22dppou.88FnJad126Od662d67Bsp06WCpqyGDrxVh9d7uhJkxgZ6t69qa3kYd2dq79TpzUFyyE8Dj86Q2qhqavQmCrimb9YV4LNKM6i7sgvTT2GEeHfadThL4lk4sZm1AVq6xrYvsA8wrH+Sh+

# File Signatures

SCREEN CAPTURE

File Name
screencap_8hryjqD|JDnflpmnn-redbubble.com(5e0J5nhstctfeJ(dcot-Smiley-Face-by-meweghanm(621566492308.EJUG5(L.Wed, 26-Apr-2023-04-11-09-GMT.pdf
Hash (SHA256)
f57a5d6d11cbf0d893d4a9e5bbb4 b05c1315s000daa2cbf47c80aba3 1dd2abf783831a

Signature (PKCS#1 v1.5)
sDD4f3Z4Ro6wkY1Z9Xkm8WkW0gb10ktTxqEqoLoKE6ea1fWfee78jtJ+ff84rfde3cwhbzfd6bd3ZAeQKJH4tWpVtJJhNfVNtHcBPc47beFc6yKTss3w5Sxpw6q62drisNKJxTD/ImnvbSUCgsCYYWKDJ/ZMD2wYvv0X7IC42rh4rm+n+
















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Tue, 16 May 2023 00:42:16 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Burjs
IP Address
175.176.7.133
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
91h4AF4DF4q11nkZ5pdg6Pmrc.pF2HdO4q.PwKsWwyyqGvyaNUyqwyfdsc.jjSw7qYJCDSL6uh14d7hbk29AfXGwLn/1SYnM6V7bExG.bYY3oVJWN9UUL9RL3pLa7Y0D+0OYoNnaCrVhOVrKoSyQEnAnuhZRCTj1YuVvkdyw4GbHxRdqsc5.xxd0e9SL2yr1zdd2b6kOMfYVnnWQ4AXIUmn+AfdTw3D5WMfWbW5kP9gUTTaBrr4ckLNfciRJmWTkJQ6Ti1QVcksACBkZ96iU2kqSkymg4SGV7145sl3YSXDGk8dg6pCQ5uFSrLzmklxZYgfkwk9pk3bw80zNawn+tBAxzGGQFJdxecwib7w==

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_8mpo2jDfj8%www.redbubble.com[fs]check-out[].1ue.16.May.2023.00.43.18.GMT.mhtml
Hash (SHA256)
f4bb1173ba7810d18897312f14069a21e8d20531f0f8c4a084a178e9b59ef1c
Signature (PKCS#1v1.5)
cVapU5JO1KK+IOzSoWoMC4F7hnquj1VXBGScJsO5GQU2dJsBcHroRJwWCX0AqaAB3G3BxPw7S9MD8rcY91rKDrhA1+wsSmDqaXsXc+ALveM27jGQqkpbHEG80uk.eqkfLIWmpJeptbKt+0RrPrWWBnBgtK9qmjHFM4zq0DK0DF3cazwPziZ3z4TaPSQ0sdSb
gy8/fo1nUgkfANGFhuPoK2DXuVmiMRfdbUq04tMmkBoszPgTRIXD4QFrebDKwM7XsXhSgmNdzGiMHCNd/KduuZAsFikjv4AhrBuuzBu84n7SFCOqQLMDdhvABrNbUScld/zD+=



   



# Evidence Collection Report

**Page Title**
"Squiggly Smiley Face" Sticker for Sale by Megan Kendall | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Squiggly-Smiley-Face-by-Megan-Kendall/46948354.EJUG5

**Collection Date**
Wed, 26 Apr 2023 07:23:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
3c6b7d08:fc9b:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
F4F48Aq2E2OmoQ2Ly8r74mrqJ4jqDjJ4jpaizr4hG44r1w4LgycA4aa6bAC7Tbh4OrOTE04CLa44Wd0Mw2bLqXQoa04fCudh4ozzePdraoPtoltnmHo4IXOVwFW1TqqOb0Qp5Pm4Q4bkb99ezzoncwY9MfaaQqhEcok4nt

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_2fnIcloX2fQ2wew-redbubble.com6ql5fnsticker2fSquiggly-Smiley-Face-by-Megan-Kendall46948354.EJUG5_Wed-26-Apr-2023-07-23-59-GMT.pdf

**Hash (SHA256)**
3e62f4fd302bdaf2f1d4ad0e714794aa0719c4a4ffac1da7d2bede6af63A9341

**Signature (PKCS#1 v1.5)**
2SmafFGV1qIwT7xSkCW1KWhfaymO22zAzQ1nsQuzMfpagM4hHmSShd4mowuXfLtQTEhE0ebcXaIcGhzxSSqhSGaTikFCFrFq2pxusVHMSPa4vQNgPatXeeNwrb4Xa6Vg4FXCJbL4YxSjUhkvXHuTD3













# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 07:36:53 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

WsMgqhCxn2YF5bF4V7hvwSB2/NGgtlXA5V1r7x4S/fRpWtPO5fAOfPXP97xQ84mL7bt4Qz+qhGJ5PB5LWZQtnZ4/FcbC4GwOQLaFsQygAkYLWs9Dmv+wHB5YHdgXW35VWoFA6kzVN0N9+kW8Sm3ArHtrvSPXRf8dMPYGkmF+C6aF+h7KZ/YRO3DXD05DKYpXYp0uFSdm7Tuq4tFGoeBO1r1TupdrFGoed11m1k5f

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][ff][ff][www.redbubble.com][h][check-out]_Thu,25-May-2023-07-36-53-GMT.mhtml

**Hash (SHA256)**

1b9ce1e51ce127ba2e33e99b6cab3a48b006a5c622fb8e34bad986bf3813dfdd

**Signature (PKCS#1v1.5)**

qntcKQ+nFraEuDOJT3quAx6gA0DTq1sunzRFdhwOleibFM6e4FRnw/9qDEsp6GFQDKFEJ6wN1TuPmd0wN1SGJP2uM4dbJBGeiZxV6ys8bF+xymySlnqEOHLUhISR0HsdA5wXkLSb6D7hpcrO3AUn28f6cr4JvcusZjwnJWYOF1GdkZQqbAJ422mKt9EALntn/smio4SmLiZOfas/SUa8pqzqSrgx+DtfMBLpXLwZmtO3ydbnmS46dkSeCyQyqukpSnQL9L7RWRu6Em17eMjdb1v1fhzAp8JLsCyAx6GSkFwwebeiq6K7x6t5oR2LZ9XTxzotsG4bg==





# Evidence Collection Report

Page Title
"Smileys" Sticker for Sale by meghanmarie983 | Redbubble

URL
https://www.redbubble.com/i/sticker/Smileys-by-meghanmarie983/160043549-EAXG5

Collection Date
Wed, 26 Apr 2023 04:35 UTC (US Department of Commerce | NIST authenticated timestamp)

Collected by
Sarah Ghristodoulou

IP Address
3d647d609 8 06: 9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
IQmEGZme.qde4oQjdBNGfzgdDE5V51a.bX5LfwMfV3V1hciByJ3RMF5dAfcBMwffgjpLae1jFcmK5ViqEmaEHr4uErXoww2lWx73eoZhd4fg0GrSGkWa2TemZ9H6grtqlSJJkkQAffFAPne2fleZ8dXmnnceyyWf2JrH

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_{[https:[[(]http://www.redbubble.com]h{(][{[sticker[]o]}smileys-by-meghanmarie983[]h[160043549-EAXG5]_Wed, 26-Apr-2023-04-43-05-GMT.pdf

Hash (SHA256)
957711d47e4caff993 23a673ac591f757b70226ed7b50f8bb947c1494b

Signature (PKCS#7 v1.5)
jEjQ4N4Wf3VeV0X3vZqQpbM4Mt4zASMZ6iRYrAAGp9ximqfClbPugsMeBgwkaS6b1GGumcrJoPHX630qOlenEjRtXTpwLcGrQG8NMpw2RhEZmwaqYDkoXkgEUjQ5rb6JZdNMFdpFTMlhmNoLFloAsGoiYjhEZmdNgmKz4



















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Sat, 13 May 2023 21:34:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Burja

**IP Address**
175.176.15.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
31fdc868ba022C3OYcUOocnT18hRcwne2Ug51xf10qYuluhzoAd2AndFBmJHrNbjnRMhakY61rYdcLixOO5hogT1plcdZlaO2iumCcibeAD18fea0Y3tCA4abjQV4e7paxmT18Dhg1fflQ0uFjjYQLkfvGQ2vMKv4aB3JBxnWxr1VVvyD3nt2qiYxLTyKhOQ4GFKM8y1HfPjafddA9YVP5vENpbhY5uhwr4huhQZoqbQnNub5LmzAKhwAgtm4BcuFyWRNkNdkYr2bbdjfkfdjZt44SCfdAeYfCDSOCEc44krOd4DOwmRmAMMdpxPCfICsCfdr1g=

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_Bmjso2jlRjEfdwww.redbubble.com%2fcheck-out%2_Sat,13-May-2023-21-34-45-GMT.mhtml

**Hash (SHA256)**
dc8b90fb6d378tb18a13067cfa3b51f3dh56663c0dca0d49eOe85382

**Signature (PKCS#1v1.5)**
flhyDpOaKZMfOvoTnJUSJIbcKvTujsfPocAivLesb+I4iG5aLuNfdmGvbEvl50go1YhbPBHTG32VhQNMKHrhRMMCeq4H3YhV2Ql5fy1x8dS1xdFa+HpAtKfTNpHsmCHKOVx5&sqzfxlpsxF6yTHoAHkIFm3WW+GdEVyfvKZqbrihKNiAEt7rDJRv2HdAohmrhqsxr0waxgIdNWkbrFKjpLIKlhKKnxuKpvSxKB128iS1qdh+3T5BsAu9KCXBBbSuyU7tbpvfqk0TvHHmxPFCtuoJJASx1HeONFuE5r50POCMfCKOi1c5N5yGFZC9CFJwtaKhrNtk==



  



# Evidence Collection Report

Page Title
"Smiley Face (kinda)" Sticker for Sale by memartha | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-Face-kinda-by-memartha/60620391.EJUG5
Collection Date
Wed, 26 Apr 2023 06:32:13 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Orndubabulta
IP Address
3e567A00.9.06.9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7 v1.5)
aAnnEodHFjVFzzQgmwWqT1a1oHYsLWWGAAdMidbaMIHbMsjC7Bbz7VKBaiL2jwBQkQRqyaxYDsu1d7WeWMyJJHIjJT7J4RjpRWFhYZbO2y7wOKPmxBaawQqDnbBCcgbUtHuUQZLQbuOnuAP+XlRPoiCSbbCbgCV+

SCREEN CAPTURE
PDF
File Name
screencap_[Smpbj@DJfphwww.redbubble.com]EJG5]sticker]Smiley-Face-kinda-by-memartha]Eijfkl5t2091.EJUG5].Wed, 26 Apr 2023 06:32:13 GMT.pdf
Hash (SHA256)
a2eBT52580aC6a5eWFQQ3Q3BC6F1N3CJK7coYX3c7B968I35WtYw7c7GBa9
Signature (PKCS#7 S)
YzDMCNWi7W7y+dec1pCVqicu+rpolRIhuAsJdSa1q6y7TIJW0JU2beDVt0+1uArXxRgAFPfWpGwuLHMMkL4Rfek0+m8aic12FvJrmyE7Y8mqgN28rmQcSbnd9uu4kB24VMuHJ6YCn13UrPUJJ0oDJ0E7pJkhTfqdgnwDpH1










# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out/

**Collection Date**
Tue, 16 May 2023 17:13:00 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.7.102

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
iPzV6AcAl9i21WuKZbTAfp49sdPTGSR0B93osnRDZAVtVVGDz1fjy2Suz0W1voO.fHFr5eGHp+bTWfuN96wjmgz/2lsjGRGeUtAMikdCBMdEsHJ
+DcSpJSIYnBZOHKSiCNCYHn4BMCzkVoDVvr6Q2GDkRNKDXbdM6Jht6jd/qBQXgAKfdwHLF67fJjSBeeayfLNArUsc7vsZaPwSX2X1bou7t8bhoTRF0rFBhwY0yt7Y+1nLSyj5gbuWHrRfoj2T7mqdLGhd5LDwWTP7F+bTr6rwRdYI+1xvaSkgveimSEZKoZLT7TLZmY1d4C3J.1LVTO0/
+3tQipj7H2NtbkAFUNjzVhbvpiwm+

## File Signatures

SCREEN CAPTURE

**MHTML**

**File Name**
screencap_[ihhjsdjDt]hfg]www.redbubble.com[hd]check-out[,_Tue.-16-May-2023-17-13-00-GMT.mhtml

**Hash (SHA256)**
2c6a1x9a17821e95b666bb57e1bd31ffee73cd60004d3cRGSfk25d8c628b6c3

**Signature (PKCS#1v1.5)**
YMkjgNGXNxpMKxqWdlUFSWRhOmp1zAHrvdG1p1AltLMXL/J1JWTEcWDv7m7XXJLrZjc3B2hRd2S7e6H+1/AAz14nurryzOU.wzpz/QpffRwjPHIKA7ELWYfgJpKmVG1pvvGml2Z9yjTETZm9e1/BeV0qyoWRWdKL8pC1Gt]3zcWV0OCWuV9rjWRCzsE9HWmt0Lc6gPqeHVi8hicWiDuSXap4nUXN]05asZa7+nXSs9LKXz1tvs3BsyerZ7MgHTV2pHf8fy11v7zt4W2mhGOMGKDQ2nBg3gdJsvPjqoqapc.l6d0/Q+=





# Evidence Collection Report

**Page Title**
Pear Smiley Face Sticker 2.0" Sticker for Sale by mxmily33 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Pear-Smiley-Face-Sticker-2-0-by-mxmily33/82923KOS1LA100

**Collection Date**
Wed, 26 Apr 2023 07:34:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:5b40:8:5b:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**
JApQ2J96kmW8mw+HfDQjC1A6j26C41vLL1gsW5lf5Bd3gqMf1a74gTHW3dLm9tNO7kM4VMkTyC7XqC4tMqnHjvbMtKI3WMTTyVag1qLQdsdtR3mONU+4ESb3hCv4+VH/kV

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_2thhpjlZEzDBZpbhckor20nP0fJ0jIdxcwsQ1Pear-Smiley-Face-Sticker-2-0-by-mxmily33/82923KOS1LA100_Wed,-26-Apr-2023-07:34:14-UMT.pdf

**Hash (SHA256)**
72bfDdc10Af91Bd0e8ET 0chr13dAd1Bebt0e8AeQtbSa0Pfkzt77rAbfktH7

**Signature (PKCS#7 v1.5)**
7EQ5Z34DVGN00hp9ErDFwFTvCjDQN5PgdFcjztml3E/mCAQ2IMqkWMQ5lvoxHfuHm0ESBjtF21wKVhHPLLvk3KJETcrkaPNf iMfBFQMcWAbUApZGxtr8RIa/ch7SuKPLDFfaUf





















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 20:04:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4917:7700:7559:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

abkSeHCisOxMa+UZ7AjEZXNgs+T2VS1r0yXbvc9aHcSOV55fRbtWg06C3Uu+udxgwC1zffpkFWkPmTwRGdxNiWdEyKvv84 Aux7BeQSb4VcvC+HscTTH+jdd+eNopgohcmFtqg6JZUy;+sMxCfLMpfkhiJiSfzxfR2rRb7AFxmVvMAjy+QkrmpuebUz62f84sqW89XLqQ4UL5ZKpXGJCagT/ 9eztRHu1u3GHiX7MUL6m31M77zvy;1/v9tNMbshH4c7vF33EVABtW8eFWlQD30b1cbSuA81fl4VtTGtONVt3WWmdsx6lZ2N1+I3TXQS08+1hFSGXG2a7L5iP2vsdgYQ+6df7Lxf0Q==

## File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[https][f5][fr][www.redbubble.com[fs]check-out]]_Thu,25-May-2023-20-04-13-GMT.mhtml

**Hash (SHA256)**

8200aaa4b4fd97e01571d5efae88ff419f59fc5198bc47e26c85af990cce027B

**Signature (PKCS#1v1.5)**

MtBcQPtqLlifyAJuSXB9luifwH5fAtW9BF;/uolrXQPLl00Juu3rBeDPCcfip2efA6O2ilu3xBAKELZM9hVa8f4qgyyu2RtL5ATrib4UfuhUYVufABnH4uzt1i93eRr4lk9SaCf0AyJepf0jZAGGNe2gf-kjcwk;2AGG3NoZgFWptXO0Sle==rrEcCTrfLis0227zux+/f0jpuNthdnWrP7J4K +eWTsM0celAmSZE2sE7LI3uuDbKc2xIpiRuRvcPjfQ00nFf/CIGDBUTbPCBj5RfroJ3w0QyJgN0WEfVvKI3udOktG+rPQ+0xnfv+DBcOhFMf5NseVmAGFCURTA5utiwknCsfDMbgcg1pvsQH1xBhygsEkbzi39R2+Z9Q==





# Evidence Collection Report

Page Title
'Melting Smiley Face Sticker Pack' Sticker for Sale by mewsio | Redbubble
URL
https://www.redbubble.com/i/sticker/Melting-Smiley-Face-Sticker-Pack-by-mewsio/98269552.EJUG5
Collection Date
Wed, 26 Apr 2023 05:19:18 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
185.230.113.31
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
LiIoHrQPknAxrFxyg7KnneyMn40SeRwtDnr4krIxapSqQI9GH2jG3v4P3wf5MvHccPrQ7RZyVhaJ6vJcbkCnnFvHEPSsuKQhh6c4u6MkCrPG9uzDEQ2mZQWbn7sENjWmcLuT68UBPXGsLZRKKdvh0usk5NaY0nq7pr4dGQz9JAKNnSQt+

# File Signatures

SCREEN CAPTURE

File Name
screencap_BHqloBJDJEname.redbubble.com/i/sticker/Melting-Smiley-Face-Sticker-Pack-by-mewsio/98269552.EJUG5.Wed,-26-Apr-2023-05:19:18-GMT.pdf
Hash (SHA256)
b99a5ce8eeb4670d77d0eac87d81bf63d0c46096f7ae8c157b0f90e053a
Signature (PKCS#1 v1.5)
ThMdFgf0pN4PP7tkM1yR9boshJzUtLojCtyqBoV8UryZ37tWqQ9ALgVoSLduxQmCpkhYnw9nwAkb9ABKSdj4BWSFWPtKC9zkQbxBT7vkoSysZtosch3vnDj8ClV4NuPSauAbnPpPCraYr+RquKN9c4yQ4=




















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Sat, 13 May 2023 13:41:49 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Burja
IP Address
175.176.15.163
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
caYSec+10kDCNQ3LAfBbNoD 5LxcyF+ir+amUsy4wRFayqQFrBatyy J0FGpXYQ1Dvbv4A1isJ UBcdf9vuJ2Dmb0XcY9GQIOm JLA LdSwx4/MmAU bb1 qxeIrXZRJ2j fJSyKpY14lCfwS3lpngovFHb UftD cOmKQdpbl1 wHLpm nEvvYvCDhGeKVhrQtiMwwWsDK60TjJ1TkRZpjrqGo b17qemYjHWxQv5CCpaw +9/1 xTSgNykQ3dX7POISLvbEIdMP1lgKJBBZ6mbFvNruQr 2 UgrLj Qs3 o5Hh0KFBnnVDCXTGgkSDfbmYV8OkGzaLw4aNIShkT1svQf2kJ5uQl IoY9+MMuISX 3eubbypvifFy5Ubb I5eaA+L1 cju4Qdrvlv9BBgv8sZLsuhk3BuAYWmhvO+

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_ZtHrpzbJZhZ0[www.redbubble.com]fsJchecki-out][_Sat_13May-2023-13-41-49-GMT.mhtml
Hash (SHA256)
fb50a3f788f25370ba8102990f0cfb6640227bc0ceead34f C91a7f6def47d7c
Signature (PKCS#1v1.5)
2Hwvsng/cfq2D1op33ertvgmlxlgy9/epwinCJ1SzvS1Jypxkr4XldigjyqSncSuOfRT aq2IpkixHroIkhcP0NwCGLZ9LjAAyjAn43mLy/JvMHms+KLusKuAC44CBoboSFy+eHT I cjsoX+GF4u/u LBrSkyJ1oJvMnc+CSV/ReyapcwEG3wFTJ rnQrFNphlrOj4KHVCrOwurCbPNUi JFFFiDzZGZEa9jk4Kuh7wHi5vCsjwXusAWv2ROIKqbitq5vNXq3RI+8lw/uWB+GeIQSBSsPIIFmkn6FYDJOn+PLkVrnWg+aXTGaTwHJ3fsAK1p/bdexpUIKmvy+G/i8/Sie8vnMaT9eqXpUYbmmHPL weM/BwenHKcgOsgZC2kqtBgHmdoqZwRqzhGJk0KR9r+5XvewwRbKM





# Evidence Collection Report

Page Title
"Relax Smiley Face "Sticker for Sale by mgc | Redbubble

URL
https://www.redbubble.com/i/sticker/Relax-Smiley-Face-by-mgc/104494073.UU02

Collection Date
Wed, 26 Apr 2023 04:24 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chindavatdisu

IP Address
3484.5609.9.33..0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
qHwkAesqGKoGgKSgfwbA7Y7rjm5CMsNxsdwa1avTegg9mXLrD8ipXM1Z3lBu7CG1cstm4AT5iE4cnbwDmRsbAh8TbXjUGci/R6BWqbnnANda/n4Aj9t0D1Wv/czGmcGkLIAwg5PweWDnCr/C+0WMknQjFYr4as84AX0awb

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_l3HpbjQED6UJ1tenw.ceHZrJjSQbU0wHSd9IksteSmiley-Face-by-mgc%21104494073_UU02.Wed,26-Apr-2023-05-43-24-GMT.pdf

Hash (SHA256)
b7115O5SO1T0ATdad6ZbOzkHRxEb3dwE8526fRYf111Nwd2bb5ccb0

Signature (PKCS#1v1.5)
NgTw7CXmsMLztqfkBeVoVqOzCdE6DUskH+mVbjoIZSbHkQ/mSkjToVkKgFhC2+7gRHkDyGfcd3EoZkFJuhaPuQhS5xd0xy7KFjVSLhiNKHNNvq/Qtvf6ShxgE3qKe0KaxLQwkZbK5Al0dj5a9wOdhW5g 4cnt/yKaZSyBseDo



Netflix Fan Act ▶ Redbubble ◀ Awesomeness for Artists

REDBUBBLE    [search]    Sell your art    Login    Signup    🛒

Clothing    Stickers    Phone Cases    Wall Art    Home & Living    Kids & Babies    Pets NEW    Accessories    Stationery & Office    Gifts    Explore designs

### Relax Smiley Face Sticker
Designed and sold by mgc

$3.36

$2.02 when you buy 4+
$2.88 when you buy 10+

Pay in 4 interest-free payments of $0.84 with afterpay⯈ ⓘ

Matte
[ Matte ▾ ]

Size
[ Small (3 × 3.1 in) ▾ ]
ⓘ View size guide

[ Add to cart ]

🚚 Delivery
Express by 3 Mar.
Standard between 2 – 6 Mar.
Not soon enough? Use a digital gift card.

♻ Returns are free and easy
Exchange or money back guarantee for all orders
Learn more

#### Features
- Decorate and personalize laptops, windows, and more
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

#### Reviews
★★★★★ [bar]
★★★★☆ [bar]
★★★☆☆
★★☆☆☆
★☆☆☆☆

▶ Read all 150 reviews

Relax Smiley Face
Designed and sold by mgc

relax, smile, smiley face, smile face, stern, aesthetic, happy

#### Also available on


Classic T-Shirt
From $19.81


Poster
$15.70


iPhone Soft Case
$22.90


Pin Blanket
$35.25





View this design on +82 products ▶



mgc
Follow

Relax Smiley Face Pattern
From $1.68

Beach Life Pack
From $1.68

Yellow Suns Pattern Pack
From $1.68

Blue Stars Pattern
From $1.68

Music Notes Pattern
From $1.68

Red Hearts Cute Pattern
From $1.68

View mgc's shop ▶

#### Similar designs
Explore similar designs from over 750,000 independent artists.


Smile Sticker
By FeMM51
From $1.40

SMILE Sticker
By scribbletature
From $1.23

smiley face sticker
By amour-designs
From $1.28

smiley face Sticker
By nettie-designs
From $1.35

Neon Pink & Black Drippy Smiley F...
By kennistopdesigns
From $1.35

Blue & Black Smiley Face St...
By tammystownshop
From $1.35


smiley face sticker
By scribbletature
From $1.85

smiley face Sticker
By HamillDesigns
From $1.35

smiley face sticker
By scribbletature
From $1.85

smiley face Sticker
By Robynmorfaal
From $1.44

Smiley Face - Cyan Sticker
By greentuck
From $1.44

smiley face Sticker
By tamyshoparty
From $1.40

#### Stickers Tags
relax stickers    smile stickers    happy stickers    smile face stickers    aesthetic stickers    happy stickers    car stickers

All Product Tags
relax    smile    smiley face    smile face    stern    aesthetic    happy

Other Products
relax t-shirts    relax stickers    relax masks    relax phone cases    relax posters    relax sweatshirts & hoodies



🌍 Worldwide Shipping
Available as Standard or Express delivery
Learn more

💳 Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

♻ Free Return
Exchange or money back guarantee for all orders
Learn more

🎧 Local Support
24/7 Dedicated support
Submit a request




10% off promos, and the best indie art ever!
[email signup]

🇺🇸 USD$ – English    Mature content: Visible

⚑ Report Content    Copyright Infringement

Shop
Gift Guides
Stickers
Wall Art
New Works
Login
Signup
Bulk orders

About
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

Help
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

Social
Instagram
Facebook
Twitter
Tumblr
Pinterest

REDBUBBLE
User Agreement   Privacy Policy   Do not sell my personal information   Cookie Policy



© Redbubble. All Rights Reserved

[App Store]  [Google Play]

AXENCIS

Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sat, 13 May 2023 21:44:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

175.176.15.163

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NGT28/pp/BGUZDjQchalteDLz/iE/r1klwRMDPS0DOzCu07EEdMZm+2C4Hg40XbLSh5jub4HOcX0f1o2usqG/DliZ7yx/z1Om4sUp1wdwszCP9L4TPrYjdeb3DvKxxXofKHU0oTOawHwhXMvLe8vh2D/8lSeQ3zWO4FZvET4LqjJyqKfIgblzYUU/
TVzFZ22svM8xraPhuMh4B3Q28SdkwMlQwwUplhlI2CpRHiW/3lmfnPXb69fyd2O86aBGJ8N3C26i0NP0qLxG8DRbZm/Lu/W5ASy59cDqZUltBIL6PY40uMgjf4KGKy6oT+ry6sXusouhdknWKX8I1dFwxa78w==

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

screencap_[[https[s][fs][fs]www.redbubble.com[fs]check-out]]_Sat,-13-May-2023-21-44-44-GMT.mhtml

**Hash (SHA256)**

b479570a22e26d6ac47e017a48fb2c905c44d39011d30f209700bd28a317eb09

**Signature (PKCS#1v1.5)**

xGFCu/mGmb/VcxelnonsYmBGtzrqzzCIDWShKsKNuyBT0koWGDu8Z3VyRxXQ/4XIzo4H1BiK5fIIFltfLRpozAJLf3M1At7Z4yG1oC7MFYv7vkdm++X9AeUdvojzr9lE8L639iuREgIl+7s3l4E6riPXuXb2OjcNsgUf1amzumSCC0n2xuqfqzSqY+uuI3mQEZPIMt03vndWQDdbVaCYPyHDVV
+SfzvtBrLCEY9RLqT5D5TFHNb0TpJqmVxW2eCexc6G/pwkm/60ZCZJVFqIhExCRXptHzswJek4N9FvOKv5bz0m0nIs+jfVOnL2JTh+6yv1Y2uL24OydpnFEVkdKg==

r b

Search for products or designs

1

Checkout

| | |
|---|---|
| 1 ITEM | $3.36 |
| SHIPPING | $2.51 |
| TAX | $0.42 |
| SUBTOTAL | $6.29 |

OR

Pay in 4 interest-free payments of $1.57 with afterpay

This order is a gift

1 Shipping to United States EDIT

Delivers between 19 - 25 May
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

2 Checkout using card EDIT

Total $6.29

3 Shipping details EDIT

[redacted]
(For receipt and order confirmation)

[redacted]
97692066

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

(Includes $0.42 in taxes)

4 What are your credit card details?

Credit Card Number
1234 1234 1234 1234

Expiry Date
MM / YY

CVC
CVC

Save this card for next time

Same billing & shipping info

| | |
|---|---|
| 1 ITEM | $3.36 |
| SHIPPING | $2.51 |
| TAX | $0.42 |
| TOTAL | $6.29 |

By clicking pay, I agree to Redbubble's User Agreement

Please note: Your final price has changed to reflect your shipping address/local taxes.

Pay $6.29

**Carbon Neutrality**
Investing in programs that help the environment
Learn more

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Super Service**
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible   United States - USD$ - English

ABOUT US   SOCIAL RESPONSIBILITY   BLOG   DELIVERY   INVESTOR CENTRE   JOBS   CONTACT US   HELP

© Redbubble. All Rights Reserved / User Agreement / Privacy Policy / Do not sell my personal information / Copyright / Affiliates / Give $10, Get $10 /
Student Discount / Guidelines / Log Out

AXENCIS

# Evidence Collection Report

Page Title
"smiley faces" Sticker for Sale by Miscelaneo-J-R | Redbubble

URL
https://www.redbubble.com/i/sticker/smiley-faces-by-Miscelaneo-J-R/136092709.EJUG5

Collection Date
Wed, 26 Apr 2023 09:55:31 UTC (US Department of Commerce / NIST authorized timestamp)

Collected by
Sarah Christodoulou

IP Address
[address redacted]

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
X2NcJ+N04WDkZQ2Y1GSkMhfs4HnbbKKfMsTpAU2ZAAJ4Hmx4sMG3P3MHbxOrVO2X64Lpa_juHPfaR4+PB/dO41rCnHo0uC+xLU5ELjarOrzCLV+1OkbxXduBz2YLkAQFbq9dOAzTag9m4Lw1PenJ4c8Ch/wcmmGc/gh+hSNcwIVGL4hDArd0+0d+cr

# File Signatures

SCREEN CAPTURE

File Name
screencap_[hmjo4]0@oomm.redbubble.com[h]0[h]Jstickerb2[s]smiley-faces-by-Miscelaneo-J-R[h]136092709.EJUG5], Wed, 26 Apr 2023 09:55:31 GMT.pdf

Hash (SHA256)
c5d875c8a8851468U1721 cb73fac [redacted]3e4bf5d4 d0bbf1b2404e1008f

Signature (PKCS#7 v1.5)
YC7B5gPriNQDMw8H9FT7nK5vC7WWKs5qpdv+wi76S7Ach5oUZ2XAkXjQr3J9MdzUhYlrTB0Nuuw5zJ4FKptCrO9hdmbcBFmg_mkWmoUXQi+M6kjSnQptqQ7BFqgXAaPf4Tye4hb55j9Xw6W67h4CCJrikhtBxx





### Features
- Decorate and personalize laptops, windows, and more
- Removable, kiss-cut vinyl stickers
- Super durable and water resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

### Reviews

> Read all 150 reviews

smiley faces
Designed and sold by Miscelaneo-J-R

Pink happy face!

### Also available on



| Casual T-Shirt | Poster | iPhone Soft Case | Dog Mat |
| From $19.84 | $19.38 | $23.90 | $20.00 |

View this design on +76 products



Miscelaneo-J-R
Joseleb | Artista   Follow

| | |
| cactus garden | chozz |
| From $1.35 | From $1.35 |

View Miscelaneo-J-R's shop

### Similar designs
Explore similar designs from over 750,000 independent artists.

   



### Stickers Tags

### All Product Tags

### Other Products



REDBUBBLE



# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 13:34:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
mnVr3LbRMOD5pU7vkdzQpDrZiUT2iDiJ4L+mnV3CwYyBysBRwJo/00GHnhwkaZtdlPUcJ9e6p1/kyUkTBgOVYVstaULMzZXfTwXih7iDVUqQJ6uBYvLMFtVfNSFbsgvqjGWE4bZhCNz/0bdafg/bDMN7mVbyFWCXUCcr8WOyI
o6SC25XL8AbFSlXD3fhcsCsGoVG34ahULs2BbEmTBdiJqDvG2MEiDtLqkyKux4ZteE1m+qQTpAAgCkoLSZJteIOyr9VfsTnqHrfuDouSb6dErDeShdd3Py3JdhhZoVHzV1Tjrda5dsNNkrSY9BGONmwCSUOMfl.JB1/k6qPVOnH2yNFHm9iiY1K4w==

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_0hbpq5fj9cjh@www.redbubble.com[fo]check-out]_Mon-29-May-2023-13-34-01-GMT.mhtml

**Hash (SHA256)**
316aeS1d86b049e1fcf99503494e8d3a36081f2c635e736d288eea9b76e33a7fc67

**Signature (PKCS#1v1.5)**
ZLefVDGd1IftmZap6uN6gnd4IOwdBFazhhSJ1Jr49iGohNLFQIFIA8tKbFewQJ/34ftHfiEpDLfT3j6bNG7nuSvtkmfSwmbnVzoLtJ2SOE5mB/Ca6yfzyhGAV/cOU3M6db9JzLsfkJfYgus88rtJ6gtu84ttt3lg4s4rlKtkw09FPAronsivIChDFkjnQrLVklvGgrQ5dd3FBNVY++4s/
sxfjpnhpqrackdgyG0sd1o8uZX2SJJqmfrwt.HW+OUtFWNFPFGxSBeXtCusGzBLZSHEtKuK21gArJRyw5QLyNNtY:VtDC3Fpmatrw0tg2zLSxdyw. lywKPw6tgUAlwwrsdsT1sDtejLLC6/WfN6l5mrOiyFb3d5BBuIA==



# Evidence Collection Report

**Page Title**
'smiley emoji' Sticker for Sale by 4pmilla | Redbubble

**URL**
https://www.redbubble.com/i/sticker/smiley-emoji-by-4pmilla/109110136.EJUG5

**Collection Date**
Wed, 26 Apr 2023 05:20:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
160.250.113.27

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
GOoXpUJ9Xw7ZRFEAyK+4vLDiadCTDrOZdgiQf+rtRmWfNmmf413W/LmYiypSkfpXDDv+3peryDljdDAwylOiCqh7aG71jPyWfiUFY5RDjdJJKQpSPEQ+o2Z+w2N3WoNOvzBaYYgbDAThpfZ0+iXFLPHP6

## File Signatures

**SCREEN CAPTURE**

**File Name**
PDF

**File Name**
screencap_09httpscw.redbubble.com0uhn3050jfUpbcke05sjmhy-emoji-by-4pmilla@109110136.EJUG5@_Wed_26 Apr 2023 05:20:58 GMT.pdf

**Hash (SHA256)**
b7i9f1be27516ddf7aa36fa88e61cf0ceib7a5b51d29fad76eb9155ab5799

**Signature (PKCS#1v1.5)**
rbCRPA4cnOEGEIRFmjifS4mWj7cJL4f57D+WtkNgjyi4PB4k3t1DNmjCqSygE2Um3CfQ4qIkFvX+4c0qyiy0y8rNWqpBjbHBDoM6hBdYQ1bn00GcyOGcP5bPFf5E3Z5QH3573EG6A+













Investigator Name: Chris Stavrou

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 08 Jun 2023 05:25:34 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Chris Stavrou

**IP Address**
2a0a:1dc0:5::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
UJmO71nc9yc1wGRvgFKh9JIb/4tTrNo3zcv1vTQ4rRopm6Dci24788iUB3wXtKKNszG9P/CueHfeHGTzmYugQYBdQJfd42FU2S+haeF+tn4wJ4MGH9A5v/0FdoLxntDBgehc8BVWOYhd5B7NXgKhMXalyX6GgBX71W1pMsTQSLl+YAO9+gbnsZ0NrhbuDmR5e0hxAG/rg5Ruoz/bg9t2uVCPNYh8dW5uqOi262MTaUYt5aSXRHK5Tm5L2M6U3YUBBpk6/ARaC5R7+7fRzW648M7OvvA/hDG/TKJgNovrMHkkH4B+kJmUDVHL3NtCjBfwNhurYmB2aLG9TWHFIWQ=

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https]:[fn]fl[s]www.redbubble.com[h]check-out[]_Thu,08-Jun-2023-05-25-34-GMT.mhtml

**Hash (SHA256)**
bd509842252232a2224de38eb9ad1e17f891588496671b325ec81c605927e02001

**Signature (PKCS#1 v1.5)**
a5qDUai52dkvU2Gr2cOMoo0KTiZ4W+ho8lPPGc3Nw6UnkLcgZyDkg/vh8CKk9Nz+xCvsu30dMoYqOmgMGNixQkkrmzUN6TM8w7yez/H+bGGekvgKRaFGU2VCAjK6xfZvlo0iQQYshXXikcqNMTMIzN3F1MRmA5QO2knhq6OEfB/QZL/WzSkg/ddYHCwdbv6sVw/psxHcpkj9lRf1qNyp4xY99mWqzTz807XUiWfyCHGpx9lsJrtkC7oVkwuBRj0ouLT6XVZ7fqpwWmpf3x5t0oVmeSQeGfkjUbj9j0osHd4omMQpoHnUXcylF89RLiP0BYCLix70F3lrqJLK5xnw==





# Evidence Collection Report

Page Title
funny smiley face' Sticker for Sale by MOSAdesign | Redbubble
URL
https://www.redbubble.com/i/sticker/funny-smiley-face-by-MOSAdesign/138330790.EJUG5
Collection Date
Wed, 19 Apr 2023 07:31:50 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
3a84.9a9.8.9a-5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
ot44fhc7fsZdkLcYH19KMFBkqpbAdLihgYmoncb9YXHcPhhFw3Aco43mx3zdoHG4aXqK14SE4KbhKZBqjwo44X7sGXrjXQJ4eDW8dGRuqZRStoBpoSj84FGFC2g36fthwLaXoM

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_EH9oiJ0JFOjrkmzzh 2r6h1Qibtckar5h9funny-smiley-face-by-MOSAdesign/1383307901EJUG5JJ_Wed,-19-Apr-2023-07-31-50-GMT.pdf
Hash (SHA256)
5608177256b60d93733cbf1d2e908a3a4967f34aaf79a73e49a0a4bbcf3344e64
Signature (PKCS#1v1.5)
C9yEcPhhFhpkbbccjca1Gctk521x8Tmkh4etbwC2hb8Yfdhjq4HcfkquaEukukA7Hm+bA4cv3ycHbBDAd4M9TZ3u3uopzLOic4hmwmwqTcJNfLzMAQqZDQekbYTSHQaKkzVrjovprdoNLhPoSQdJwXPbocjwarca2pBxoNdddBbw0DXIm1





















# Evidence Collection Report

Page Title

Secure Checkout | Redbubble

URL

https://www.redbubble.com/check-out

Collection Date

Thu, 25 May 2023 10:35:35 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Michaela Borja

IP Address

112.206.66.148

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

kInyuu5Yfdx7rq4mnpd8RhyuRhiXK2rMiKzj0Ejngf4qQ1oMmvDvG4NaxuEMCcqZ3S2T51O64rPFqoAlMkRpfN8ccr1Jg1PkG1wjcO4cp3k6qZMh8A6jSXAH7XpfxnvCNR6rnSxvMPZ6AP3kwJiX82Oy/SKhOFH2QISTX3nG5fR7aUe6bwxKr4iMNOsdiMLwP6ADvVA/PfCfnqvcGy9WL9yoWdIbuPxkaPsbJ0sQxqj6xFWkzHfiXY1H5oK2f9082g9YaVkTqNN3zJ/EASypmwPoPOnIKGUX0MxBphnqvs8tSSF6ivjIK9mpe1ko0fT/clpT7tuoqoRPFyXfjgfQ0sefqrSl+hNmzsDCz/+

# File Signatures

SCREEN CAPTURE

MHTML

File Name

ecreencap_[htpsju][fb][fu]www.redbubble.com[fu]check-out[]_Thu_25-May-2023-10-35-35-GMT.mhtml

Hash (SHA256)

661800165514637fe1abe5fec54970bc3c7b1ed1ee6b6ea6a7bd80877bbd70c

Signature (PKCS#1v1.5)

a57Poi15RN8Z5a21KlnbzB8dhw4N2YKarTwi13tyYS6W7nDaZ9FFmwrf0KXDvB4UMHUpzGf7TtzfnT5CLSL6/+z6AgYmtef7NNqzhJyfoXVrgf25WL5ZlenfMpxQ5bhP4OrsEMmL9SFvCvAyrNq9ZZ5GT1nDrt1x0rjKK0C/dbVBKKJyZnZn2Ixe9Vi0YKNCb3XOj0wOqeBB6wXh9imN6jT/fEMOT1uDztLILRE29erbRbZvCG19yg9AtgaYeHrXjNs4jD/



r<sup></sup> b    Search for products or designs

‹    Checkout

| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| SUBTOTAL | $5.52 |

OR

Pay in 4 interest-free payments of $1.38 with afterpay

This order is a gift

1  Shipping to United States    EDIT

Delivers between 31 May - 6 June
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

2  Checkout using card    EDIT

Total $5.52

3  Shipping details    EDIT

(For receipt and order confirmation)

97692066

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

(Includes $0.36 in taxes)

4  What are your
credit card details?

Credit Card Number
1234 1234 1234 1234

Expiry Date          CVC
MM / YY             CVC

☑ Save this card for next time
☑ Same billing & shipping info

| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| TOTAL | $5.52 |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your shipping address/local taxes.

Pay $5.52

Carbon Neutrality
Investing in programs that help
the environment
Learn more

Worldwide Shipping
Available as Standard or
Express delivery
Learn more

Secure Payments
100% Secure payment with 256-
bit SSL Encryption
Learn more

Super Service
Hassle-free returns and friendly
customer support
Learn more

Mature Content: Visible    ⊕ United States - US$$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved  ·  User Agreement  |  Privacy Policy  |  Do not sell my personal information  |  Copyright  |  Affiliates  |  Give $10, Get $10

Student Discount  |  Guidelines  |  Log Out



# Evidence Collection Report

Page Title
"Trippy Smiley' Sticker for Sale by MoonbeamPhoto | Redbubble
URL
https://www.redbubble.com/i/sticker/Trippy-Smiley-by-MoonbeamPhoto/80155825.EJUG5
Collection Date
Wed, 26 Apr 2023 07:46:16 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Squirt Christodoulou
IP Address
2a0d:5b0:9:9c-5
Browser Information
Firefox/102 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
FrtZa6HrdB4WHKCmuvO+ymG6BD1+kWLe+nGBOy79rfroFfkZ9aXaeaUnRF8taLlsrD06fOyuqAJZlKDg5LdaaLcbgHeQRZuhAwAHrgTfbc7Y69bbmVYRnqdsjn0nonvD05SomQzJbawyjZLdd3ps3RcneuXfD

## File Signatures

SCREEN CAPTURE
File Name
screenscp_IJh4ryzQUJ0lname.redbubble.comEbJ05p6nineDeJTrippy-Smiley-by-MoonbeamPhoto0155825.EJUG5_Wed, 26-Apr-2023-07-46-16-GMT.pdf
Hash (SHA256)
62be1fbeSecf0176beefeff82E7e7a7Tee51xf73c7571a36fee005f9d4
Signature (PKCS#1 v1.5)
c4vqj9Vh4sji33c0nwUSTcc1YhEYhbNSD3Hr1mLpdqcBTs1BebKfVNLoiHkbqkRbqv5nV-56npBNkqUOiCJ5NgAigoQfapoGyd1JZwC0mnQcbAcD.D5D4u3Q5DhtqnKfyzdytRrXo5oF4cwdBhL4vJFyn+5Ck0cNcS5Qudzm1Tac



















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 22:05:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4917:7700:7509:22f3:79ed:183f

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
9hoz0S9fRqIbfV3+saSJCXKG9S0Y+9CO4DDdBzQF9pnjFKe1kFQxyU3TQubaryWqw4kwFH0Sh3+E+unD+LzJgzsLk+Hy3sj4eH7jgeMV2Zig9uMY4yvWke
+OEuAXLm2xid67Xs2hRvbbHdp3s8eNVND+F9knU7jr0hrZ5hSQULZ5iWhddseaVlk1zf4kOdFFYNcb1ST5pQ9WeHs8bLGY7AZT+OBAs60SX+SqjvUGKY1qYHwM1sweBreYBR0n2VcMi8SDGj2KYOy4GoewTatP0L7X0H+bVV9OnvAaJRFUITfy0dzqxnnLC3pEv5GxBwaTLs4k/3PSmNCq+
https://www.redbubble.com/check-out

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_ffmtpq52fsjfh@www.redbubble.com[fs]check-out]_Thu,25-May-2023-22-05-13-GMT.mhtml

**Hash (SHA256)**
c0fbe782401d1bbbb042t1718e26171b92513ecf0004bf3dee15c8c6a3284e62b

**Signature (PKCS#1v1.5)**
qtSqJ+FUbGJJ5sakWrWrhz1QAcz/MHEqhWvA1b2LutzreAHxocAG9TGMAHlnnMSq2Gm2Pbo60FPixFjNmE98BEn0Sg0NdVDZSWthrRuQ+mmmnuBqZmqc76/dTcQBnCecakqM83xSB7+OTrfKGPVGnxFXOmWdHEfB6EP4BQvk.LsHb8M4CW5dKL4Tbxbb4cL5G0SSvga2kpEdvj7gsniH+MLFoHbFxdcAxxK29FuG5BKr+nG6cLHnidoVRNmqPbgpnFz2Sp85v9VWr+jNDCZOzTv4KhAXv3mON4mAbyx09PGJktvxMgFn40JQuDMMAQ==





# Evidence Collection Report

Page Title
"Retro Smiley Face" Sticker for Sale by morgantaulbee | Redbubble
URL
https://www.redbubble.com/i/sticker/Retro-Smiley-Face-by-morgantaulbee/121047071.EJUG5
Collection Date
Wed, 26 Apr 2023 05:24:56 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
34567609.9.36..9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
F7bmgqVGd8zm1 I-9XG7gUrQr0vdAmbuK28kh64h4n8069z6b66N7OiUdfhJ50T76zTuqZ77wk9OOfoiU6uyUqhe57dBP7uJ5D-KM9oe2h6osLfmViiU9jdMRmqAgoqdudaixBbuZ4wkNKuEBNAqJkqZ7jMkdoEAX.JRQ53rKT14HGZgi

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[tmpzIj2J]@www.redbubble.com%5B[sticker]%5BRetro-Smiley-Face-by-morgantaulbee][121047071.EJUG5]_Wed,26-Apr-2023-05-24-56-GMT.pdf
Hash (SHA256)
17720a7880cfeebee8f52ee1117 1601 70d935bafdec30f53bc9aae50b01

Signature (PKCS#1v1.5)
6s06N1h2bgqDje0h 6bq8rdaiITruenMnrmTwr7nE-Kb475Zd5By2G7r4FyoH2uMfAMfHMW0p5a08qovCeHgoH9TQOUKOfStWh7k5gHtgcvMb1eeigx1cGenh6inc4AuTPMdQ4bN2hAbavu17iD7xHt4C.4v



   











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble
**URL**
https://www.redbubble.com/check-out
**Collection Date**
Sat, 13 May 2023 19:31:24 UTC [US Department of Commerce / NIST authenticated timestamp]
**Collected by**
Michaela Borja
**IP Address**
175.176.15.160
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
CGWSnr4zBHbrgicnPmZrNMdz47bZgxcD6e9KD7NPmETfpPhGjws6T8HiKX1oO9N9SwD+rSsOZDSbnZ21XhQb0r4ObRxUFCRkTcLfh4bjikn4kVQuuJxPwxEaztpA8SuLr89XmoYOg+/H1cqlsxQ6dKJ2ZtRNIHvPmpQuZsz4Qfz2N3bjkEa3vs3z8qUTbY3aPW84waDKkO7YuQd6yAwpk1VYmomKGmo4LdpuUcLsDHuV7Dgjp7wyY6fh5kKg4o==

# File Signatures

**SCREEN CAPTURE**
MHTML
**File Name**
screencap_[8mpu2j[hz][www.redbubble.com]bd[check-out]_Sat,13-May-2023-19-31-24-GMT.mhtml
**Hash (SHA256)**
b892b4d1aa0c4b1cd8ec026b47a901d3b6a2f35ab5ea71ecf2f3312044141b2f
**Signature (PKCS#1v1.5)**
r3jrT9pz8aZ2hG7Hk0A5oAJ9y/rkOeo6X7jUqsOG111P9N1d4PhMMNGvkRzjB5VZ7JZd5yRnNAG14F3KKatLW2F1k+9uRkfhvrAgyxc+R8HP4dbI7sTxqKmrznwrGmncKJpzcUL4DNxVYf1GFfQ4wvvmoY4sjQ4T1YYjzB9Y1774ebzmkDKuL2BZUWgM8HZYRtv9uJT1YgztCA2XKt=



   



# Evidence Collection Report

Page Title
"Smiley face mask" Sticker by MOUKINI • Redbubble

Page Url
https://www.redbubble.com/i/sticker/Smiley-face-mask-by-MOUKINI/150315029.EJUG5

Collection Date
Wed, 26 Apr 2023 06:43:26 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chronofastra

IP Address
2a04:4e43:6:9c:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
Ud4rCQuoF30vu5SKqYAMKC9aa1prLU9aJVrSyfbmWAuIs2yy9Vnbw83Bm8C0KhADJT0HLH1xsD4WyZHK1DiI/8vNMc/grGy/3ZrXjKcVsDCWPg8Vyr3i3K6qjK5m4ekAglKrh2vAC8TnsMBiQGLtzM0V2qJ/l4PFEuEF2rOA5smg

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_0Hpj2jQ5@lance.redbubble.com@i@sticker@Smiley-face-mask-by-MOUKINI@150315029.EJUG5_Wed_26-Apr-2023-06-43-26-GMT.pdf

Hash (SHA256)
f07dd66720d234ce73ddd4b4d43f4e8ef1364cbd20fef5a4bde44bcb05d6be

Signature (PKCS#1 v1.5)
bXex0B3ZJzwZKOsXu6AKdsfK/LY5+qKQ1r2jDQ2nQ6V9SR5Z4nzPoxCEgfQ6DbGjzbkPrAYFagbT5xNtdO2wbQ8yjtZ2AEwfn0HuAz6QjoxeeL1eXsCn8AcgJjTQ6P9XHNrBR33L0R7YDDeBqJQSfapyhJY7F0dAFMW80jevqi

# File Signatures





      



   









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 23 May 2023 14:19:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:f402:f400:9166:bdee:1148:dc0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
QqDpEaY22pLPgSKKFXsV5AXYVeHtBpIGrq3r++ZNgaJKiFwdJZmLyH7Q6j4M10pHtrfquXjJ1mm01aFDgZga8cax0bAt0kDmkz9R4FncwBujukHfSzGvFNHiKV13yfJ/
OspV7DRxGfu2TLBVmaFs39HKG2jJ9hYVPARNFMucLehjcQFY8aUan0om5jsBDYg06UXsH687nrsJVu1VnMsXcWqP4RpdqoW8OIJRsGoz7c/6+dbmkS7YG+7FtHXgAgMDqHeudN0LpMmq6BMmVAjEG2AHPlGbKdcH5gPLrRTTPL5aB6a3C1R+NdBtFLNXaQwBoyQ==

# File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_f)httpsIjI[hJ[hwww.redbubble.comI}check-out[]_Tue, 23 May 2023 14:19:51-GMT.mhtml

**Hash (SHA256)**
e3c3c01831d13b269f9502877456f0577725280489a507609568024+e2cb68e

**Signature (PKCS#1v1.5)**
FryAMAdgWOLxQZ4yW63oSMJnAMKKVGkzJyJ2J7v9+IJMhI3qOIb50nAzAYQw4MtN6tbhZ/1NxL5cOoaOoU1qDoV4AnVjbBoK24T7jiSHw/
IqYdISJRWqbmhiaFaG4nrQ x/T9iUyuxW7ppz1KiL4S74YPC0ZAMoBpab3xjY0YWhgMmnvklhTzxCHSHO5z8zBr7s41MJORWqrQtLYPrdHTzdiyaq3fopch3iHrazq5j2a5kY4XXyysqZ5wz0A5C74KFJLUXvk4r6mgf8dNvNeV+1jG0Y18Y0WVD
=na6Sj7gEA2IWMUPSObqSfzILs4nHF0gm9mxu7QSj0w6k9MvSjJIgwXkyrbw==











# Evidence Collection Report

Page Title
'Smiley face' Sticker for Sale by MyGrandpa | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-face-by-MyGrandpa/45627390.EJUG5

Collection Date
Wed, 26 Apr 2023 04:34:00 UTC (US Department of Commerce | NIST authenticated timestamp)

Collected by
Sarah Omololudou

IP Address
34567400.9.35. 9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
L+HYTxNhECbqKc7wUTZuQJjzokr6jw7YWNwj5cS5rmSlFmHd+c9HQJqTSiAjqsBc5ir7JWMvLWWQvFWclUvsWQFFm+VZWufVtwEbvC+Y17sQHbgAhzmnbfValCawXfHYZY74GJ9GTe7jpKgf5jpJ6b9OTbj75bf1QZBT7V

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_2jhijqLQ1Z@www.redbubble.com%2Fi%2Fsticker%2FSmiley-face-by-MyGrandpa%2F45627390.EJUG5_Wed_26-Apr-2023-04-34-00-GMT.pdf

Hash (SHA256)
07a15c8cb56413440547287ca4eeda90192d7abbb2560beb0

Signature (PKCS#1 v1.5)
MyiCcuXfZuSJvvDBfdjjziSwiEqj5vuY5P4Z3pFDGGZv6FeWoWbgJi0X+hMQ1mSBfKQw7o7TpcMMBqQ3iqZibeRvXAN0BjQWYMsMjeMCLGqa9bdffvrjdNtD6uKor9USeMjaobeRFdufGr4jhZ46yFL4TYtL1Dir1ilvpQhvolih



















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 01:06:02 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:44b0:49b3:800:11f4:a369:c87f:bf33

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
A+fcfdMKmOuaPYfv3loBy3JJHfyjPtgxZIxPVO5K9KOzdHIfR1/z5tO1XZd86q5jJqZzr6zoavHo8qf3yxCH38QaeFJ8NkzdtReQivXYmEDYXkYtpEGc1S1neT9OUffcHnF4FIZ2tMvpq0A7sb7zZ/4RrWePQRQTbnv26bFa29hy4gr4FIzgbHvWY7EBMlRmuBCKFhVCK1vVrOlkQ/rkbjvUymSpeFrtpLOdG3WfjvzTkoZOdUUfVfbtgPGHMcZCK9JfWDqCE6/7jLAWCew6AcfmXbGCA3FWmH6T7MKRJvcf/4wrm88T1qb66beCTCu3/iW5qq0iUZZi1NuNwr2vqq59bSxrVQEXGA++

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[s]]%3[%2]www.redbubble.com[%]check-out][_Thu,25-May-2023-01-06-02-GMT.mhtml

**Hash (SHA256)**
39b361fa8dfc51rc29d1cd20cb92929fadaf876eb98070edf6c50a1042a3b5

**Signature (PKCS#1v1.5)**
0aeYO29e7QvQzb6kagVAoYNlJTSKUD4+FoaF8guJfK64t4MfpLkbzYv+X6u57nBHetuzy600aMo3krm5ob77VrhneZlraMLJe7nrXZTU6g77J2gy1QOuB1VAgo8CHhCAoAokL+59Lw2dqprYKoByGDVfEXim,Iycck2nmo66VnrvbFDNP3oSdK0+6Ges1mXWquv4ByvSWr5E25izxnsJeRWaUfRF/jMf4X2RIuZbz0Z7PFKZ/cNcF+r35ws1MqTy7ul3lIEOm3a++KSJ,Zw,tRvBAmOH4JvQEYSrHTL4e67ua/4hNeHdzmlSLmUyAphjOfeDG3qYtwer9BBVtaA++



   



# Evidence Collection Report

Page Title
"Retro Smiley Face Shamrock St Patricks " Sticker for Sale by MY-luc | Redbubble

URL
https://www.redbubble.com/i/sticker/Retro-Smiley-Face-Shamrock-St-Patricks-by-MY-luc/63741909.EJUG5

Collection Date
Wed, 14 Jun 2023 06:07:09 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chocholosko

IP Address
Odd:5b09:8:4b:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0 Safari/537.36

Digital Signature (SHA256 | PKCS#1 v1.5)
ee73c4cb7a6d4d2ae3b8d5a866f8ea8e3dd6e75fd6b08c55b5ad0a37ddfe7cd5...

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_EJUG5@SImetorer.redbubble.com/EJUG5(sticker)(Retro-Smiley-Face-Shamrock-St-Patricks-by-MY-luc)(63741909.EJUG5)_Wed_14-Jun-2023-06-37-09-GMT.pdf

Hash (SHA256)
9ca6e4bcc2a6a113ecdc6ec74704d7ae7dc1517 eeabe760a1cdd6319fa5bc

Signature (PKCS#1 v1.5)
j1vn0a2Joe4n8e+nGepace2eeF+ed4b5dac0e7TTVP7SMGJojf7m6d7263e2dh9eULCtGOnT2lzk73eonVksMJ24hOqBphkqt9ae7cc-2iOm+Ws4iUWRrMHqimWd12792KWSQvAoTPbXi0T9MNN




















Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 09:40:23 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.30.31

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Eodcb15V5UKxiz28+y/2DT6HuB2gzw8eeqHD8BhDvyvywGGLZgcSKXWcjVBIFHUl/e/kGsooDD0ct0oSMuxImmcZBB+D6K6Dhv/vd4rcPS/SXFDJa2nlROxEjZ88prD+2nipaq3NQ7SCcTxHLQCc/WZft6DEmMJR6uYe807mrYDlcagIzpmRkyFDrOTFBzc8pGVG6kWhpp+8XNUQ1/Q1Y4T34XAWTxMdThlPDX+Vz7P1x4Ufij7SqtGSw3WN1T2F4/kbYTKk4/AAzn2xEJ4RlRQl9WiLmHkEf/2O+KfpxWWBFoUW+8L3wjmlK7gSOZ59bu0qx+bDgqmhu4OhVSg==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https[s[fs]f]s]www.redbubble.com[h]check-out]_Mon,-29-May-2023-09-40-23-GMT.mhtml

**Hash (SHA256)**
a117322194b9bcf83d2813383525b377225ad00573f4c663a215632a489f4

**Signature (PKCS#1v1.5)**
XFj1wWOrXB1FzFz85oIrxOsDoa4Su3p/ykTGf0OCmliFjJK0zyySF7nm/vOjoRRFcJffiAJf9GR1+qo2DG6hOr1b7lUSygl35m/5ml0rTa1OYLR7r1yYevMau8bpYUT/40od9VvDFOQ8DeWE1hOAxZB8RDF2Qyy1wGsMRTKa/rZQA68t8dZDM/HqSVF2rf0tf3CPzkCo4n+P+7iznn9UJYjvnnXxliMzyC+XEdhIZeRo6ecTWThfRliGolbjyAutC4amS4TU6+HxUtoLqG+FvuQtSzowrsI4HqM7N/U6IrsTJ9SDxM5JTOxbtf/pJyoVzA56ay2tdOHaE3xbLQ==





# Evidence Collection Report

**Page Title**
"Potato Smiley Face!" Sticker for Sale by MyRandomShop | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Potato-Smiley-Face-by-MyRandomShop/43014313.EJUG5

**Collection Date**
Wed, 26 Apr 2023 06:46:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
3a93:5b93:9:36::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7+1.5)**
fcc+5jg84Kznj9qpKudSd3nZtr+KYorNDQ4uINpM5B06ewRd9up/L+4RT+lypGzfRfypQ+NiMBiR9Fwnkc9Gm1CezdeAztXJ7LhFyOMSQH7opJLKkzOEtdtMdnbdgkm1ZFbYzbFsqMdcW1Bt6MBzdh+9kncKV1Xv1vjiJceg9vsdzsw

# File Signatures

**SCREEN-CAPTURE**

**File Name**
screen_20230426124647.png

**File Type**
PDF

**File Name**
b7a7+MPPd5mbPxWx17b175V1SbaxXoa9obkdA30t5bzHRd4

**Hash (SHA256)**
b7a7+MPPd5mbPxWx17b175V1SbaxXoa9obkdA30t5bzHRd4

**Signature (PKCS#7+1.5)**
VSxCDMkK1d+XiBbxSxpQzE5xdhM4fRBWEVF1Cr4d+r8usjLW13hfxvC7MPwnC4TxpwKn5xQ+z1SQTy5LhIRWdBpwY+1MdsxHdstVwFSeniJBx22gBxHYRZdkrE1w5VceKdtKVt3mQwOeXAQdkZqSEY4ju4EkQjVQ5+fQ+eQ4















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 23 May 2023 15:11:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:4402:f400:8166:fabe:1148:dc0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
XLryVOdubyWEVE8ZWGXhVzQZNuAQyMj0mYVYjPU+dO372Xg4tZ8YH2N+0gAo10j1aFaVYkn47FQ8D2WE2OMgM2Y9 nm01TkbyKE sw35UJLkkf9rt9PK7tsSgmmt3OzKKrCRQy4VXaxrWCZteptlu9+BvgX
nLkBaxpdQbd8cZhaWdnw9ek6LrwshApk28gi5lh1j1GN1bZCVeNefrhVvsVQM109KCYfhQxcnxU7J3d2aFL7KZ1ROQbj280D3YPrLKF31r0+DP9wxznifu91mFgI3nLvnkkbMbAx+PGjGpiQZLAsJ0XO1ZoLi7s6nQFh0w1yyCHWqczYDeu4yGryM+9w8bFGzUYYJg

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https][fl][://www.redbubble.com/fbi]/heck-out[]_Tue, 23-May-2023-15-11-32-GMT.mhtml

**Hash (SHA256)**
8ca0842d93ca022006f4b3beb51faa822f5bdcdab9764300867bd02ee3cbf1e4

**Signature (PKCS#1v1.5)**
QnJDYG+rYksLbAUwOkfyh+YYvUs9g7g2SoxA6fk0mvqEa0qBWhWEz8I+xxfHE9e11Kd5VOr.zoZCfwMdLbuXfj7tisVoA+ZnjHcgxNskHhkuyV5hKAZSaZYyoWndzsMCdXzOdXogKrKVnjAyaRWTlqYzBd8KtBXKrzDFl+fbGrArr1G22QN4AvT+JyYnQF7ZNWdvICjqXUzqyyzCVhM1zV7BzPLZYrgVJTegu15xw3rlwsdJ1wclAsAqHvc6nNoGfsmt5+c4fBCNjqSJ7WXjQRJFH9/4P9GorJ6Jq0JtXQKcaHlGcirguwsimtQ+BrJT63Lc9mx6QNt





# Evidence Collection Report

Page Title
'Brain Damaged Smiley Face' Sticker for Sale by MysterDice | Redbubble

URL
https://www.redbubble.com/i/sticker/Brain-Damaged-Smiley-Face-by-MysterDice/154347494.EJUG5

Collection Date
Wed, 26 Apr 2023 06:41:47 UTC (US Department of Commerce | NIST authenticated timestamp)

Collected by
Sarah Omikokoshu

IP Address
34047400.9.55 .9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
xcxvduqfJ7md14+DgzFdobODQLdhf4tPL3R1 onic23AgQhxG0ptAdL3rkcpz1JBxz57Ce1378v6Ej8l8MlfFJp8u0jCodi33OhmFwmK6bKFl17umC2xBAMjgZ7copy.Ast6g/Bl8sRqckhHAqiLjjlyVPfk7Onbw4JcB8zuqxm

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_2hhpb)jZl0fJywxxw.redbubble.com8%2 Di/sticker8%2Bran-Damaged-Smiley-Face-by-MysterDice8%2154347494.EJUG5_Wed_26-Apr-2023-06-41-01-GMT.pdf

Hash (SHA256)
27456c0dd2dbs6A9152af8-5efc5851be92cdc387c5213ff59dbef4dbc1c8f597389a

Signature (PKCS#1v1.5)
ba4Cc9dhx5xBDLIac78ZtKg768roJc5NRUnaXcqTTg8wzrknXnUYwmUNeqzZ7gTtrLrJ12yQ2GZgwtdU9V8uFFFN2ZLCqQNDq2bkd86MMPdafasdwwJcmcqzAs8CDnRM3WViucha97rm71N2S8bQ9r7SctJac0
















Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 10:14:07 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.30.31

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Kso9JnV4pLgAlQTnmn6EbyfPJRbHkEU0AquzyDtfqzLOp9AX8bpbLu7xYA575qVyVMH2jH0p2XxOYVVNjC7xdF8R8GaVRgU9YGNe4cRVX41kI4kkjnPH5Vq0b78N/+2EakeCtXKpGvG+fM42B5xZATfAwZcphXqdfRf23H1Pgc2DEwBpye5E+yp6DRyqF0brnt07UsjT1STEeGd6EA4VW46S25xYqnUqM1wA9zzYqN+0Qu4fM1C0KcG5dT+tGR2LxdnhG62ZWWQsWKYyuqC1ckW9yt6fDA+1hXg6pLbfDA55vmtY0BdxMYthVkHhDrAzGjuNSiV0AQGv5zbysSXA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https][fs][fs]www.redbubble.com[fs]check-out[]_Mon,-29-May-2023-10-14-07-GMT.mhtml

**Hash (SHA256)**
da47aaa7e08ed57efc005ed57f8cc1515df2e3c47f3d9f45e4c2f64f0753ad97

**Signature (PKCS#1v1.5)**
b5lENmM35xKVqyNH9nwqx0S9C0sojmQHoKbie1UySGGxOkvpdqFg4iXCy5GtvKBUL29uK7HmZdNYAVGfXbddBW1muQ4cYj+RMhhnqVXgZ0uXC7YdapobQEcttB84yfi/By5X721A0aCag4GvL1FxFyPLPNoTimnTf5cLtJHyv8qUrM/SDR8c1LhGxa0GsRN1f1Pw2yCwB3RVbAP7oy5R5GC4wNHABC4i/R5bXqUy9D5fhRdREXdfty3rp2ijwQabAuVVf9ikvtUHTX0PvfbUuHnyztrAA/rqt74+xOsSsrU5A7R83l98kGtHjV7rGyUV3VpJDvX/CvBfm5h++





# Evidence Collection Report

**Page Title**
'Funny smiley slime face' Sticker for Sale by MYTEE3 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Funny-smiley-slime-face-by-MYTEE3/121175081714.EJUG5

**Collection Date**
Wed, 26 Apr 2023 16:11:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
[redacted]

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
c0c3da21398ef-gin71cq92c12fc57-c4cdken9f1zec91x-49ubw4721 z2kgxQgaksh7Y7b7n02xXQd47x9AA7AQQf4NNw1Pyi7l5iLkOfqQ0jKa,hymm1wkrJgkqH05pNur10ceq4jz20PQqAo7CzkkAZ3vbgjf2b2bhTZxc58eQr1cr8bg00jdKr2l8g

# File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_filmpsQ2r@fjiuww.redbubble.com$t$@$rsticker$2funny-smiley-slime-face-by-MYTEE3/2$m21175081714.EJUG5]_Wed, 26-Apr-2023-16-11-37-GMT.pdf

**Hash (SHA256)**
5e9cd20eb27e97be904290df34bb65924f48ca14aef04af19d6e214aec0baf76db7714719

**Signature (PKCS#1 v1.5)**
L9a4cIL4xfvxW7kT17JkfgXxHTY4k0K1JhYY0C9nk3bAE7PercMfNLfduJHdfLD58LwiGrr0QfejXp5XgOEl9xfvb9Sg9rDOBWfggBAobPMk8XL9kwSw7zJdhydvbQQQQ0smaq7jqLm4D4A8gbAr8R5BKOm0E2Nkgm

---




















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 16 May 2023 00:35:59 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Buijs

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
V5vOZnhTX1Ygbcm8QpfkJH1hUmysdD8kjMaxn91QfhI2NQDashrhyxpikGvfHM0si5CosC/LdkfWXJ9yfKE/s2aSbyOSedJp4YI2ESSmSwpEPnshkpM1xg8vM5XfTGkSsxIVRMsNA/LDDqWfrQSJQ0/1kuxPcvnA4nhkCAshgVc4qdkz2jd5MpsHT2hZ3viRnAdWPGG5mYwxNQJ2duJPdxR9SFMsj

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[8mjsziJ]hZ@www.redbubble.com[fs]check-out][, Tue, 16-May-2023-00-35-59-GMT.mhtml

**Hash (SHA256)**
2739573b0bfeab4300987ba1513bce755e1 22e9441d351fb6b7a8f0f1fc 4ae0a

**Signature (PKCS#1v1.5)**
smm5AGnxgNzcTfe6iKooeE+xEkkmODEVzip+ThFqhhHpNewsVM9njvO1D77zbdoldDs24YXXsrtwkxKz5TbkLsYdQsd4rfqjo5B0iWQfmlAqb5yFsZgihDhI0JWsQxk8yZG3L9YHUdfhg3D6xVpLk8zhkrr4f5yx5YQdPbfs1VhMwM2yL84G+JVxU5/9oXmOsF+BwT+LXJQMuvQY



   







# Evidence Collection Report

Page Title
"Smiley Face Sticker " Sticker for Sale by Miyy-Stickers | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Sticker-by-Miyy-Stickers/54231454.EJUG5

Collection Date
Wed, 26 Apr 2023 07:21:45 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:5600:8:36::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
U56fAgzHYD973LxqrnxrN481zJ1anEpDSaZCcUpj0YWnPuKwdbuZu6wh1xuQGO2GKDkH1IBMFjUgNWSgi1bjyigorVMchpARSvBV+9babh4AaaH4DKYITErn+Frhw0nCsxeVb10NpvAc1tJQ4AJD0Kcwusf2kuZ1wY3uEOE=

# File Signatures

**SCREEN CAPTURE**

PDF

File Name
screencap_jZHfpidJ2rJQhljwww.redbubble.com[h]i[h]sticker[h]sticker-Smiley-Face-Sticker-by-Miyy-Stickers[s]54231454.EJUG5[]_Wed_26-Apr-2023-07-21-45-GMT.pdf

Hash (SHA256)
d347b043e51bqdbGfd8fefd83b14491cda50eb88ba957ab46a5ab4207050f85add

Signature (PKCS#1v1.5)
oExVtzhMaSSq2KDjQ16gFkJAYMRjDvpRQWaw4UlhP+GOlKoJCuXLvwMqChYr4ZZ4Uksbh44kwW+tlpXFqEz4rdrJ2wmQNOAaylCryoO2VNB+rEQpS+bspfpUlhoNMV2MWwJxtOCr1nbY7O7Fyqdmom7UmjQKpbtxrd5SuV4A0OE=











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 07:25:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Z1BF6bEf9C8FGny0BoxCefNnwraa37xY7304Fv/4NaHunlyCvQBbNJ+++J3ZJugIx6o1qbGhFzW4w5O/4r4DO5LTUBfUMRHnSFRQ0UdB/LkKSwJ0JzWtCJGfozCagg5FDMmcoLDAF1mc/XbDznkxgxtAzz6Oxy/v4pzF/fZpT6NT7cxe7RbcG6qTXZO1hK7zv/p2Q83nQEZat9VUBzcZTFPsz9rbF379Fpwr9iLv5Z9Fp/XrsdsLM/p8c7jtUJHprrfN6mxw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https]//[b]//[www.redbubble.com/[b]/check-out]_Thu,25-May-2023-07:25-17-GMT.mhtml

**Hash (SHA256)**

dfar172e1db4ebc2635ab085c41e5e2f412c34435f640caa6d3b002841fbf5fb4c1f

**Signature (PKCS#1v1.5)**

IHzIP72KAdzifaqSLfdqs1bEdy/7DFMvRMB5GCwmGw5dbN6FfjD4OjR0jwr9Hv4f7usHb7xrGNT1jfZZsPDYqp82foa1ZsLv+jz8iv4Qirq/ejdFUGindv4qqLbjf06xff3lbp5+e+QZ2vSdGH1KTBYpJ5lE56FuKoUcm1SHvwDuJ5or7l8y/+mVwyN+YOJJHjb.99tUrkZJn5GG2Logvqqeo686+2I5Hr7WtdwW4kBrSWtRYH21IK3nwasrjcM7SONliwiLBvD+szHqDl41rKbc6V628lKdbK2xCwK0hhPxY+C3BcdfA1umG/hx18CROesLa==

---





# Evidence Collection Report

Page Title
"Smiley Face " Sticker for Sale by NafezatiC | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-Face-by-NafezatiC/143068493.EJUG5
Collection Date
Wed, 26 Apr 2023 07:21:39 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
34.64.56.56.4

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Signature (SHA256 / PKCS#1 v1.5)
5pfSdpsH6TNQwiBQG4GzyZGQ5tlbmJm1ksJ7sNkFcHGynKbAfGoMKoEPRTBtRTMdbpyqGfTUAQuTTc9cR6foXRZ0hQxBcBm4Psv5Wov4Mosxqdnhv76RgHqdTzw5UQUGc5hV56QbCoMQVAJbfCEFlmQ34BfdUmQc2CVdvo9WhAiLsr

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[fmlpuJb2lh]www.redbubble.com[HjQVpbcbw3h]Smiley-Face-by-NafezatiC[ZnjT-k05b84513-JUG3]_Wed_26-Apr-2023-07:21:39-GMT.pdf
Hash (SHA256)
1757ae4cc4b861c8cdbe20dodaa5b7027-a03bbd22aa1e0164c6f9b
Signature (PKCS#1v1.5)
hE7e1dmHnFZnbKKnYMFrfsz7z1k1A2HmqzkSdS+vufYngWhwP7tui2Jl6Ihr+UuXo=O0NGWlOmfsUnkxF7UsSDSpNBrfXNMOAHGhGsCmbtNWPFsfLMAUgoboxKGhyfleruGE5JggTe8PosJeTwsMoZkW2vVbrUbNJ1aHKUgowK8j0V8DdO3dCDWRULTXHW3oh









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 07:22:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
112.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
r3fvA9dvraF4qVjBR3dJxqSE9Kt45Gnyr+6D2CfrMG+t1ZOmcMlQUwmH6zcBoMsVH7DFXFHwXLvCkbFD+CJZ5DtuMUFtVNrWTFqUbeoibuaAquNjC1mgfHhMhXGcmUMfg27sbAMch/+eff8iTMaEkVSqA7CfrL9SvR1hMnogCJfPDYwbJ3rz5LFwOWyTyGogHEtDtbjX+Grayygjn1mvVKtBnHW2JLtFsfpr6h1FC8augVHrDrbDXshyWtoRLNUwEt1PQijDST4cJ93SRFab/XkDuh5tba5g2kfiO54wd7zJYqSs2YtQ7TbgSDitleKTLdbmn1

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_ftbtpJjZfhjJf@www.redbubble.com*fsJjcheck-out]_Thu,25-May-2023-07.22.31-GMT.mhtml

**Hash (SHA256)**
03341779b44283a51f42b48264138c47dedfbe39854c851312fa313d80b6367

**Signature (PKCS#1v1.5)**
mLI7MbJLiozWkXxTJsNHm3Dt3uYm8kpvmCCTy09NKw1VZ3UrjgJ9yx5azOMR0gT6X53JJLdfjBRKHTuznFw1ds9BDGJWaqH6t6OK+Btb3jEurkLpwrL627LHdWuKDi6Hzqk/iluRFqkp7DAfCKZKHzxGzVpPGnrF3rRqjaq265hw6BH17xdxLOZMd9mOwL2V5GGsdJpvqpLkXlmHpLHZczL1VrY72gDV9wJAL/oiFAjlALIxZJyvv3rV3mmM4rwCfOGs6mB8xwBtDJ7+PLOOM4mykzGVU0tdbaCt3rIrMbdghwyZAutJbSonjnhYKC-Z2ANiz9lcvn2DxffWvGnbm=39K3+zFGsDsFt8BEhtw==





# Evidence Collection Report

Page Title
'Smiley Face' Sticker for Sale by naive-nerd | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-by-naive-nerd/74801888.EJUG5

Collection Date
Wed, 26 Apr 2023 07:48:22 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3d5f3d05:8.3b.1

Browser Information
Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256) / PKCS#1v1.5)
2ugmNXAW3m13s7Lej8KpryquBakkgcoVdkO2Z6yM5rmU9SF5fd5nefuzHm2zgMaoU1+uJZ4+U/u1761yraE8JZBqHxOGKMdMsEMAQoBmX2JnS1P35DU+mbW5yZ7Tnqgb4UvVW4Be8JibkcDQdAEWK4HeaRgn+

# File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_f0nfya2ifv0f@www.redbubble.com%2f2f@sticker%2f@smiley-Face-by-naive-nerd%2f74801888.EJUG5_Wed,26 Apr 2023 07:48:22 GMT.pdf

Hash (SHA256)
d07bef91c5a6be29ad3663013b138fd9e6e169d5706bfb14567358b50a4ec

Signature (PKCS#1v1.5)
8KI'whuWXmKkauuVbSPWPWoRNiRMlkd7U3tQU3qrdG9jW49fsrYY6m9nQwGCdBCcWkhGO0dBCc1Yb7cwfVFtHGpmSnxGMSkj72Vr55eGLYV7KMA8g1Yb1xNf40ObW3rW0bdaaSGexVDrE6NwXuwo5JbiLsKOB7c4JpmPyRMw+
















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Fri, 26 May 2023 08:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4917:7700:7559:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

JbR36WQEN3Q1/g9zG7nL6g1cihUwt8xv5qC2QGkP9WtQppu3gKymXgQNuGGh4sLLbVmmGWh9TtFDj4fgNxvZhqQ+gI+zSCA+4vmH1rZe3LEtbSrNqPwdRncZgraJQ4rdbJHNmRUpGuwC6nBEvJUkPfSpTJZm4KfQzifvmnldq/Ejro6KTffv94kPXXMZ5u1dbFAaagLnixgUXb+vcOt5Nyma2aY/3K2d0Z8kASVAuQn0Zf14/4NoE0OmS2RRTcmnRox9sXDz1+oIuX38hbM4GscWkihV2/3eOrcnCqZ4fdbJHNm

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[hhttps][2f][2f][www.redbubble.com][2f][check-out]_Fri,_26-May-2023-00-18-44-GMT.mhtml

**Hash (SHA256)**

28273cf0e6acacade9721db06b3f773505221f9db9f6064500f54eb7aec53ba

**Signature (PKCS#1v1.5)**

ER4m+G11eOuhUKbaLJ4+UEYLkNemp6rFDq61H3xv6IoSkbvXV39vh3eGmtmTrvGZmFqE1vfscrvVZ22cwhuKaWuF847vYAT18uV3IHChMB+i7P0qSgRwcaLNSoQ1QeQkELiDf+oSuttSZDmH5kQWXi8zfa1Y14K7V3+CA2dO3bktAtHYG4htHq4b4b0nPbd61KJ9+8qbAvM+2ulu40r4oDEoN2cTCDPQb7rPLzuZQ1pkJ37MqMQQ3e6o8+nG85SVAu,HcoDP5N7G1HnVr5agnow12wrVNpirLr4uB9H0oL2T/BKJ/aLmOmTThvkOhG2dseU4lgA35dLWSn5Ow==





# Evidence Collection Report

Page Title
"Halloween Spooky Vibes Smiley Face Distressed Style" Sticker for Sale by NewTorch | Redbubble
URL
https://www.redbubble.com/i/sticker/Halloween-Spooky-Vibes-Smiley-Face-Distressed-Style-by-NewTorch/135645833.EJUG5
Collection Date
Wed, 26 Apr 2023 06:16:18 UTC (US Department of Commerce – NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
[redacted]
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7v1.5)
N0BKL83C0cS05FiC0nUz3UL5Gm5BjmNQmcqVRdR5C1eLGqqSoC7rJdjKA4n4dGZXzCuhz49oZ6Vrf4e32lRwO5RznT7JrdGhSWcBdnaL8ml1Av8C3t4c1rjOh

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_EHjuQZjfhJdoeewJeklkm3LondyByyHalloween-Spooky-Vibes-Smiley-Face-Distressed-Style-by-NewTorch[EJUZ-135645833.EJUG5]_Wed_26-Apr-2023-06-16-18-GMT.pdf
Hash (SHA256)
9dec1089aeca9ad03ba84f4beb1d1a0ba8868d1f43FcdFA0CabZVbc2
Signature (PKCS#7v1.5)
Vb7U1871dbuU8O2Dre1RLzCpiunn7b0n5MA6MC507MDVTNAoZAGhW3AWo03eAZ5Qb1xZWLc6o5gsbFm1c3m345bLxapaQZbEOcbkwhc2A4tbheCdbUv7n5u58pbXpBwBdk1McZrmG1VFr1

## File Signatures





















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 06:57:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4924:ce00:5dd:8d57:840f:9765

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
dArn8dZzAQ4KGpJuzb9WdD1f9V9S3KTmXqLqe4pRrdYfvYTQi1K1aD7hcwRzM910y0YhAgebJ3SGTTTcpdW9Bzch22prnaGmpF8bnmuOSddb9ND8DJ7XY6FsbPk7SXjWDkvqH9r87UvVxncJ63Y06b0jc7dqEGaQL/LVU6LVEKj+hDGqHfrY5tBpwEweefT5w4OuZJtyz7D3SKZ5/hHOnWNcJ1JrIKCGAWcXBhMUFJYXgSsThwWTBkLzVBhiH4iboOEQPcgX0iMO2pCGX9CU7DKW4MYxBawnqN6IHmHLhcsBZ3nOGSBXBnGB1gfO3fbw0FHJ4Xfs+Rir1V4UL/fkA==

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_f9rtpsfJZ9j0h@www.redbubble.com[fs]check-out]_Mon,-29-May-2023-06:57:56-GMT.mhtml

**Hash (SHA256)**
8f209a485fa4cb7b7243a4ac7bbf9b0fc241c563c9c0ddac1498b24e51f46918e

**Signature (PKCS#1v1.5)**
Lx1G7XF2GfQpqb36ugGCAKQitDHDRiOe6eG9/1iDxGZFDfgm+WWNS1iLOTIdVPnepQaPGgnSr3LiwzqQGG8FSE3KnZuLCsGHsHZ23DVpI9a7oDGkaacyJdi47GuZB4bnabeS657arYf4YsGzsGxBO75Cccm+PDMT8zSnTbeseqS5rZ0FgFN0dAbLiKr+1gTunW5FzrYU6+aE3ypT2GoZ8P73jV7CJrxPi8YrHH5K8T1+kBoT+h8FvSr9zelc3yaZV/wnHc9if+wQOm8pRqsF3s7zBzizORE+zzHgZtsbfrzGSYyo/hj4nSHbQ==





# Evidence Collection Report

Page Title
"Smiley " Sticker for Sale by Normantelle | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-by-Normantelle/108169569.EJUG5
Collection Date
Wed, 26 Apr 2023 06:39:25 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Shintokovskey
IP Address
2a04:9a00:614::1
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7 v1.5)
fzgik1uLk+C7qRkMoKm3A1C1NgdUXO+TiZNk4CfSyoAsUfNkUB6Wrws1tBJqwsC63a8cv7Y1ApyveNfpgkOyytCv5aTTJzusYhnYFkX2xgcJcPr44zw15J

## File Signatures

SCREEN CAPTURE


File Name
screenscap_EHyIuxQlXsDomire.redbubble.com(EJG5)sticker(Syilmley-by-Normantelle(1081069569.EJUG5).Wed_26-Apr-2023-06-39-25-GMT.pdf
Hash (SHA256)
964b6375090073142326eb57142b0321bec1094a9e31444cb474ebe2bdb8eb
Signature (PKCS#1 v1.5)
RGksKQ3ybvhqI5afJeM3ta7Qco1FysxkpbvRYTWQds5H8hO6vAoS4HYvz9h4EBtvzSmbvM1k8rb11Nw0eAiE0tMrwO6ksFB6zDAtkpaZHKxXkKAXtHCbM0vNQ7vS4hMkfWkk4qSLIAlUGz



# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Tue, 16 May 2023 18:37:41 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
170.178.7.102

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
aqaT0Bf0W0V/4Z7Ik3R+9mqJvhmV4Er3LLPakQ149z6LN/aHRTIhCkv8z0mekzG44S5Q1V/+kR0QIXcA0ky43GcsN8vZwxh1SaAfFSpkJ
+OyWC6D3GiQSDt3Sa6a40dAT0vfdnJ8+H8z/4pGzonhLDPIpS0r0tdQtBqghKsZpEtMh0sH92VfzrHwmHhJ3LD+OE16ibO7CyYVG0X2aSuZCcOp3p7bmHc-GGM/pYyQ2yY3WYHQ/AKO7l3kQAhoQBOMtpr&dmvmjhdoW19FiGozyhq
+1ykpzAr5urP9vt3AQaAhN92ZqXtT4vgZXz4CntHzM+nCuKOhSgNNBtrE5QU2+

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_[fHtpxZjZH][www.redbubble.com][b]check-out][_Tue,16-May-2023-18-37-41-GMT.mhtml

Hash (SHA256)
b1900bbc23aa0c7ddab837ccc343d017e4aac1beb9e8c143bba6264

Signature (PKCS#1v1.5)
huJgJ2g/T4AZ5T3dBfHwdWGvQkkuGLzKnY7Ac+GmhLocMmsvbccQQMkkGXfUZDCO2UJ5uS3Jw0OxmHwR/dhG2XjAf3bOZogTm+VG6BUFxAUcIl3DDOqgU14XO43mPprws0haOgTkbw/9p6/RgGJLkNh1LvMBNiv210CoPqpqu
moOygtVN9SMF6QgN2GbnjhFyq72D0rY4vsJUFrhsSm3F3+10gKOb6hFSnwXi4EGY474YF2xAnN5Sf3nkoy+wtGpfPQ3A/3F7obSsDOmsMnlyrbQnqqucc06zzXVybuxyhg91YqhGu5p8hMkg/V+ar++

# File Signatures

SCREEN CAPTURE
MHTML



  



# Evidence Collection Report

**Page Title**
'Smiley face' Sticker for Sale by Nosh090 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-face-by-Nosh090/113849580.EJUG5

**Collection Date**
Wed, 26 Apr 2023 09:47:13 UTC (US Department of Commerce | NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
34047400.9.35. 9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
5D43JpP05hzt63gR2fqqyp0ohtvbdpznkk4UzbgWBjjpr/jz5LS/5jV53x95377WjqU1QuCd7TrMkRz3kWdotzkh4ANGnbErfgvEufu7rmsXkwYdkUSGvm5QHSKZlehvgLNFa3o90rgfkbkPGKMYHuZ7MXoQrR4uuuuXbpvWKBnr

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[httpsJjIhvp@www.redbubble.comJjfdz0jsticker5rjSmiley-face-by-Nosh090jh113849580.EJUG5]_Wed_26-Apr-2023-09-47-13-GMT.pdf

**Hash (SHA256)**
90f7e57ab0dcbI25c3zfff101039dda45d65fbdc09daazd095521de45c09

**Signature (PKCS#1v1.5)**
fkuj7Ja6hiJ1Qzn8uGQ7srkZZ88NhBkpKNKRntBw0jTMjptmqIVENKIS.ka6F7KTgxJ76LYHrEf2MNAhpKNM0Adthu136avXjNvIMt1zky16Hb6vhQ4p8VRKrSM8qs7LY7RNQdOoVZ2TXXjxjj8nTMm5RENKQxZmhvgxGmDBCDs











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 14:09:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
inRvcsr1YGnVz1zKdPnT5lboosbIhJRWWNLjb8rwZHfaapMuMKW4lkc8BBEnJMQ2YTwrDxsgHS7qbWCSsUk3cgbOZsQhqP4ZqmC+ryADrvJbjaH3XkpHaliPTvJGi8eApgRhUiAUk71a/uf9nrbivmmLuzQ01sr4i4bZqMnl8rMfppyk4x7LJK3WYLGzy0v6XpOay1taPjG2oF00
+DdjGlNaHUdizD8pD6mO5/StJa45JBMed10VM8yWIG5VHFcCz+YaRzFvC89LYFNnKmdyDC477g9KiQwgVnCLJFJgaHowH3Nsk3/c6BeCs1wF+r40CInwvAuhb81nqDLjMf8HmvXnZ1/usKPyWZ3aWlaP9Sr/RRjMNVCEy+AWFjvcZ0BhK4zLJpkJ4i61TlowI=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_2023-05-29T14-09-35-GMT.mhtml

**Hash (SHA256)**
c971498e0cee70be946e8b8b9e02dabf1777dae08853d0388bfade2164c4bfc

**Digital Signature (PKCS#1v1.5)**
J7U0PQ8RGdnPyK57I0DJ4w5uds0VG50jG+x1uUSL87esuxbonm7+qnnP/47SafFSMmv2C3w3Cz0hpdK3Cxyg4fR4HrpKnFESeguvArtvFxBdjAsy5GI+mDCoMk0JfcjUQ5mdSQh/3rRnnvo0AGfUcO8/2ctr1tOcWukd6aFmpGJ4dR9mvXvCI+uhPzWlJaGGY5/RvjMNVCy+AWFjvcZ0BhK4zLJpkJ4i61TlowI=









# Evidence Collection Report

**Page Title**
"Retro Smiley Pattern Happy Face Pink Pastel Aesthetic" Sticker for Sale by oceanarebears | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Retro-Smiley-Pattern-Happy-Face-Pink-Pastel-Aesthetic-by-oceanarebears/112995951.EJUG2

**Collection Date**
Wed, 26 Apr 2023 01:46:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:5b00:8:b6::1

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
jwDYH8gJPSGJME3Dt7bXbl08X3v2n48etywm43cd29QkQ2i2CRfUVFWxLsZ85FAbfAU5A2nm=+NTwQ6TUBKkPTwCB8C+C36SiWbtRfr9AF5xkKQwVtoFuMoAdcnAQCqAfVeRHs9TIXBdnnex6uCaCxCwU=

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screenca_[Vmja2ZhQDygVrevwTedkbube.conEJJ3QJubQbce03j8min Smiley Pattern Happy Face Pink Pastel Aesthetic-by-oceanarebears/EJ1.112995951.EJUG2]_Wed_26-Apr-2023-07-46-13-GMT.pdf

**Hash (SHA256)**
c1df8f2dvdab116b97a7c1b057f8a835694cfac110ce20fd53272ca60d7cabdc1

**Signature (PKCS#1v1.5)**
l8FTaCT7ZDqbhuyxf15mhzJ9FmU3WqSsL3fMg0FSwsAZjg3wib7AW=4F1QV1r6Eri98mztiJNP2Wil82jS1GkY0BPdAaMj2bNl1DstH9LftFPb9fdipqCpSj0FaxbPntaSpfptqn1GsErTp7Hftib1aqQ1bppeVkdsgRkjkLrPr



















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 21:19:50 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4917:7700:7509:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kUjccF5lUCbwgxm2+w6pv59z4zPGvPRfMmFLeNFSVs5J+FpE1/90p6J/6nfZTzpf28WIkTjzShT6tKTuoZ3GJmG9hfRBQjzVGz6996rWgmwCJdzCFGFGRqiNeYNtHFfiY9/WVNo/C5KhM+nghVGisZsXYGukFfms3jW2G3sLLenDYOW4h9r9XoZgdSnsgzFVhIvz3LtZLIZkhEXqiT3tTdi9iPW6nkNgsqnbvwUmmkFAztoXaVfoJNhXdx3JMM0c/sfL9DD3t/1BOrRrow51TQBURQTrQedbedurIV/soNgAR0CA4T7NVGwjnflUexUUGFZWtdkA4V7fW4sqB+

## File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_{httpsJ/Zfd]Jr[www.redbubble.com/[h]/check-out]]_Thu,25-May-2023-21-19-50-GMT.mhtml

**Hash (SHA256)**

02fd61dee4ab5d401af6a1fafc4fc7e3b2158ffa463a851a102577f234bea6f6e

**Signature (PKCS#1v1.5)**

kfZ7eUoxVctR6zmGd6V4pQ0BQ2Bbym0mGtGKMMVOaDA5Y8yRBWr7eRdLad5NN6pMECf9/1jkDowSv9gDkMta4bfnmlzr1bCcyuwewb/iULA/9JnRmBVr/00ewVBANMMOQHoE3khUGL89Rwv220LYz/RkrPKN+vyqDOD/5P+tLnSGnr4wG4B1cIrpnw2r57AdMHzo6vX7Vw/UzJ2k9uYtND6K3Sy1Ls+5MRC5Mo2njgacovOKF4Z508r9RfWoFZrtZ2EEtzflTaq0uOBhFm9UtAzVvtrAomdt8hfb0I9rH1+Kcx/mNgLUK8nEbrkHFmB8aOkTHfBAteUKyY4rN55tg/++

## File Signatures





# Evidence Collection Report

Page Title
"Trippy smiley face" Sticker for Sale by sitsandmjdesres | Redbubble
URL
https://www.redbubble.com/i/sticker/Trippy-smiley-face-by-sitsandmjdesres/46176945.EJUG5
Collection Date
Wed, 26 Apr 2023 04:02 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
3d4343d83fc1fc
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
2YfYfvTaqFsFb5aGDhe6vpcsUbanhzzu8s65zpv8ap2CcHt9d3fkaohl4zls40fh29AT0425aom9u5urGcn9g5r19aes78Yed4Cf0DBSiMaPWpus0Wdrp8nvyw3WXz-twm.4GvEvBkrn

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_Uhttps!2F!2Fwww.redbubble.com!2Fi!2Fsticker!2FTrippy-smiley-face-by-sitsandmjdesres!2F46176945.EJUG5J_Wed,26-Apr-2023-04-34-02-GMT.pdf
Hash (SHA256)
a8a59d3f49d9e053290d432fddab0ef889874b03eb1e5ef1b7cbaa21790227f0e4c
Signature (PKCS#1v1.5)
Acbk41dbd1m2bb3xT3q1uV2r3cdsRet7TkGMAt2kAQzLlLvdbFubQNmjQ3988u5nObADKPjV9N6MrAxXpu77nGw9mXrXa51ueZccSauAtYa5oAkFpu4uRTAuGtBVapyQ8m2vN42dMQFu8lcxHkkAh4mHA
















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Sun, 14 May 2023 20:53:55 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
KrEpC0NjCBrMrDogfCvkDbsZ5rnbEcm9frCQXePgVsRdWBkZ5gy0GjpXVpirVSqsHFaSznr5C2YmYM60yw4x1bdl6r07RmYBDoucEtaLUrwa2fLBXmmSTDXlCapQ5j5gzUoe61ecpHdfBd9F2Nw9bZ0gA0XQbJnrUNLRVeqGJgqisceXEKHsipOpjbW0EM7owx==

## File Signatures

**MHTML**

**File Name**
screencap_JBmjsQjRJ2Bmww.redbubble.com[hb]check-out]_Sun,14-May-2023-20:53-55-GMT.mhtml

**Hash (SHA256)**
0e4f1fd25f1b5e5027fc5955d4017b00a5d8847491f2e2209D50776abnedo09cb541

**Signature (PKCS#1v1.5)**
[snkULHKEEPOh4r1JqSMdXFCm09RKK1qqaGebm9DXgwUfdqJb9zdyuC1kwK4a2lwadPZX2CL9ETOPL5mlzHG2qJlrWma2ebacMrCorpXcamTpVwLf4eCbBsQH8psBuGkDEYK71NPSGTQ3gUl1NiXsZfpmmsXGhWhlrV37GOTqW5wFasEzA6o9vY8qBEHEGv3yV948BQ6VraULaseK+QnQdWdKlBHFasHEd9YWS3C=]



   







# Evidence Collection Report

Page Title
"Japanese Kawaii Cute Smiley Face" Sticker for Sale by orangeblue21 | Redbubble

URL
https://www.redbubble.com/i/sticker/Japanese-Kawaii-Cute-Smiley-Face-by-orangeblue21/79234523.EJUG5

Collection Date
Wed, 26 Apr 2023 05:18:57 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
180.150.112.27

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.5 Safari/537.36

Digital Signature (SHA256 / PKSV1.v1.5)
b1rsPCdffT38Px51kfHPDLzQnQfBBMAWPdMufRqzHFpuH9GDC7GdcJ2ThwspGG71Ympy5dZYHSenBTwd9A4Ej0mXHZmd65SKqdYZ0JqCCvTAKSBZ6a3fXZuSKgSRkd4Qxoaxbbn5x3GmIm+BZOGHGA

# File Signatures

SCREEN CAPTURE
PDF

File Name
screenscap_JSHqZQXjBQsmw.redbubble.com[J5jEQmfxnfxZJ5jJQmnJwxw-Japanese-Kawaii-Cute-Smiley-Face-by-orangeblue21].pdf

Hash (SHA256)
556045048363fe42b21bbdc64cd445bb7f66916d86e5212c1290366e172ecf26f

Signature (PKSV1.v1.5)
RpKFmeQe0FqBFdBFx1ncf91sBuRaKP03TYgGfxrbFfxbdFQJdkxXQRqfxxWFQ1kKuQ8ZwJQRb6Yxrj1ldFfxWk2yuwFxYncu1h0nTtJdiWTrrdZ/+Tm3T12MlxT1FoTp7eQVhGWhbMW+






















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Sat, 13 May 2023 13:27:36 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
175.176.16.160

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
3iDAbVWDdLBrofhMG2q2eZAbCgOfcVKQrVvF9KGvcvVbVV0ujhwe0jG9c10TKvLsM16ObZ5i0nsOv731g+tcGPUOebbVakHAuYV2iqj+aas7dDVeREKm4pSz79Qqm5/
LrHfQoR0Xwm0920CjcQNy27XnH9Vsp2p9xQjUGcyxGwoAvKAK4rbKQiE1akk4PmoqEAt3KZ5ALCwWRKpu7DT2DtFDs1wbEwi11aKgRDoLz7Mk5dHihErx4S0uZ9224wi1zywBHanLj32swMGoqr40SJQkfS4P0SykhakZKCl7HyMD2pbbVS7HyRaQ1qyybVI7YYyFYssjQDzmXLCEFMwQ5BA2DKTw+i

## File Signatures

SCREEN CAPTURE

MHTML
File Name
screencap_[Ihhpzkj][b][Ihttps://www.redbubble.com][s]check-out][_Sat, 13-May-2023-13-27-36-GMT.mhtml

Hash (SHA256)
6142fcef6Abc29AMccb1fAfAhesoiWd11foeef2353434cbeftc0b0cJcaef19da0dc8

Digital Signature (PKCS#1v1.5)
WrfDfr4bs12C34OeTqYG60a+oTwppMpfd4WEOfT+eqpsc2XHPvIRckywrmJsXLy6cBD0ObEdsGmMpSWmH5TZVr4Xr4PPpLsdc.8aftc2xTsv24618TEPtMBLtMFM8bLrylp3MHOx8D3eypdbLZSeP ZXAHCYYH3bUD0pb4rKxqzYvC0vzPBLDBDh+rHu7wOnJaNdm4+2bpHkr
QkrhZ8pbX5dZpfFFPKtH5Lj3KZYVW6AU3mKH5JsHrJcxmfLSmWOp5b3vQ5Q5UGC6dOPA4A8eDaw/CJLxHLxssHKloFk1LSKH4qPSSL+tbZB0sv,fnVH7dTf13l9NRAy4pyvNFdWH9DZ7wmHbyYfazFKkcVV4Q=-





# Evidence Collection Report

**Page Title**
"Smiley face 2020 (Corona)" Sticker for Sale by Ostratos | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-face-2020-Corona-by-Ostratos/60779981.EJUG5

**Collection Date**
Wed, 26 Apr 2023 04:49:32 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:5b00:b16::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
9Ly7jW7gx6pKGfdi5bb22GxOEp13axqMb6++7dEcPRyaBF72021beaflyyy7yigyrdm7cLWNeHFwFrwEheKCkNcoEHEuIrgOCtXAWNcpMsA9gTASM7yfCxMDQZZNp73QWAYZSDt2ynSU3vAgUmxTTe5oKSE0bpXITwbm2oNiAs

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_i3Hwtu53Bxw-redbubble.com/EzfdJotioAsEfZJp6mhec/EjSmiley-face-2020-Corona-by-Ostratos/EJ46779981 EJUG5J_Wed_26-Apr-2023-04-49-33-GMT.pdf

**Hash (SHA256)**
bbacedid58bdbf44c95f2f834134e3eba1c5ece7e9a23040e303bbd672137

**Signature (PKCS#1 v1.5)**
BQ0+yx31z5akuqpVJ75d8Xqc9f7GgUXCHcmpEzOxH+rsgb5hHSvJPRFsscyT4cyqhWVMBfEhKkkoYcJyDvwGiuxSmCMBtvVhhbbTjmfbS+a0wjGv0+4gOAdAheU9T8uyFqOOwCGtbtqFxRtYCy+9tuM9UkU/+FnTepAx


















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Wed, 24 May 2023 22:41:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:44D0:4563:800:11f4:a369:c87f:bf33

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

sgbwojqOWyRPYjgFtgEjkkV6yr2SsFgqjfeN3dDbNsI4RBfQhicrTgc4HkNTDe0ALIJdxVXJ99DVBXPnaaAMnWVKHgODPffRLbjQk7Yrxu2Nsi43t8QoRB16JfwT4hGfIxm4JvwFfpHFLVV4AqbSZJ+IP8BAf6uRQTFnC5EdLlL3wr6iO9ljaMoErxKyb6wh7NqTUEljx57LTD/5AIqm3BdmeEjivXitZ7SkFEUOYQdidoUViQhgQ9XVmOEWPTHisuUByrOE72+ciuRUAvy8xTHmmwUjdw0GbSdkBqcm0oUDTYCZdbtH8hnmF89F9tSjObw4Cu-R1zc+NqkSZ-Y8dRmyzIEfhg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][ffs][fs]www.redbubble.com[fs]check-out]_Wed,24-May-2023-22-41-21-GMT.mhtml

**Hash (SHA256)**

52bfbffaa315ffa323ddfe23debab516b7dfa5efc16db88025b11002bbb1cd39

**Signature (PKCS#1v1.5)**

OkPjGoIB9b6O5Eb5dOb6DIbKtKTLPkMMxrUmYhb7rYfjc2cRP29 kcqqBdrGh6hpaXZ1cuJfM5RSekAgPwMpGx1kc2/as5fUXeq04djhKsgt2nlxoutEOTYRoiMrcv96mijVuwJ00SdSUhmvF/ekzlnMikFaliz7SwH5Fgb+chE+qdKQrDas6R1YFJ3zoW4qpXNQ+SzH4uKhOaWmKVfBE jr4JOYPLTZ2-bCA7J/66mKsiMBZ2XbbMFbcyjDufuaEaTd6EQoKW4feMgQ6bE/gbKZwwdTinHY8j8U+16HmUwRingmq5cCnXBbfs6f6JuNDo8+LosS5dUr4Jm JwrI=










# Evidence Collection Report

Page Title
"Smiley Face glitch" Sticker for Sale by outkast-oasis | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-glitch-by-outkast-oasis/103510722.EJUG5

Collection Date
Wed, 26-Apr-2023 09:18:05 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Omotoshodou

IP Address
188.230.112.21

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
A6EcHA8S0Q0HSD0la7TkUKJqyzYrO2Jq1O6QJy7VFrrQrknsrP6Cf4D3KEBEQH8rhOrSUKQdbhdFBXGKu9eWdM9Mhmw6EwbkeKWkFAAAQwKsKCo4sB7Sqbm63moPsn2IrhvTWKGK1Xdbrdhh7

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_ZHdpbGZhY2UtZ2xpdGNo.png

Hash (SHA256)
7b9b328dadc5e3aa5b03d7349dx46fdddf143ab30529aeed9c5a0c48

Signature (PKCS#1v1.5)
aU8Cmyfhys4YVTdgyu+AMTV4UpkUwr1apgFFodlW5gGCbdKmLcUSOmR4Dbnm3ek0phKtM0R53WyLyeBXnBdjSFQqFQXLGZFZdWYOy1GELHW43vZaaRQg3sGX20vCkm5T7gg9hZQwL7ekc



















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Fri, 12 May 2023 20:02:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Burjs

**IP Address**
175.176.15.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
q3LkpW4cDhfgB8gRS1+Q/hN4cKCbL3XH8BYTW4dqWtmlpyJsBzC7w4SG87waU0CaZWCfz2yk2CBhrkbTgYhfWKqsG6naE/CCNrcMnqBuRpAcwx6V/Cq6dAKCuMmwiSgX44JkZp1OfZ9vZ7yigT+9g1r6RnB1reKxguvZamG8boejdzjn9v4bDYifnRgR9kObgvJPOhe1/F78R9bWbb8fmDrj9/XZHw380VXanRE1OwQSg

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_Bhnjs2jZhjZBwww.redbubble.com/8jicheck-out/_Fri, 12 May 2023 20:02:11-GMT.mhtml

**Hash (SHA256)**
c77TwfOdwv554bhk100EOeeb0f9b03d7fcafc66d89eb9900d66ff2e002a8

**Signature (PKCS#1v1.5)**
f4/rHnuGsJGXtVh6NM84XCy9xSvnLoXuLe1IarSrh7QJk1NDNtkdqAKfUAzSvcXrtS7RtS/mOYCbjfdYWc9vSrOnrC1mpNeUkklaGOhxujLNs3a47W7m1NqSKIQY0dzw9jMnrLvgkSk2A2lmG/NwLpftV66kZ/JkL3+4ocu+F75SqsbM6wp1Zp5VDs1/itnpNmEmWXzGJGFeIFnnFWH3+6EJ3c54X0IdrnHSrj7lNYQ=



 



# Evidence Collection Report

Page Title:
"Smiley face sticker" Sticker for Sale by paige12121212 | Redbubble

URL:
https://www.redbubble.com/i/sticker/Smiley-face-sticker-by-paige12121212/91404636.EJUG5

Collection Date:
Wed, 26 Apr 2023 05:22:44 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by:
Sarah Chrimizoulou

IP Address:
185.230.113.27

Browser Information:
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 | PKCS#7v1.5):
e67rhjb546OAyqJdoLZiEoVpsOwTrfi8Qqu0obqcv361uLAALjbvtDWfMPbzBJ4yhMmS0dmHfTuSx80SCI2Wtrct1xpu2mDE4gdL5fXMFes2fG7uKf2wV2XpQ8wXXmk4hKUcbw1L5X4MmXgK6Lv5NfMRRnPdmm4cC15=

## File Signatures

SCREEN CAPTURE
PDF

File Name
screenvap_[bntpz]jOxlQOpwenn.redbubble.com|EJUG5|sticker8Smiley-face-sticker-by-paige12121212@91404636.EJUG5]_Wed, 26-Apr-2023-09-22-44-GMT.pdf

Hash (SHA256)
2B3cc45ef6de5ad720711441b35a1031bb57d5e7d5e1de0842210205e6ba7f2c55e

Signature (PKCS#1v1.5):
pnfJQd6HoyrfkKrkJyejcHLmT3c94IHPuFhQ1FVqIhHddisc1pUtfOzF3dKKSr6sJwMit3zyKgrBbqO9jT3aKFaAbAGmf5s1zWJ9bQ1ix4Mv72CZsD3VQksjJ1m2buzKyVBu3p1kBDfTxRBsEGI0mskm4CmPtEsLvpR0NwI=





















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Sat, 13 May 2023 19:05:49 UTC [US Department of Commerce / NIST authenticated timestamp]

**Collected by**
Michaela Burjs

**IP Address**
175.176.15.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
5bnbfj2qVfvQbRdbE9kTil M2JiJoTpjGPDGwqaSnhST3cfriIQS6UbsFcehuHybfLieDliBHm1Z0F667BJEzVChVg0P2bEV JV3v5Jefj2C4GDfeV4Sq3WamBdPVz1WY3hW1amx4GByDY5Jut71pW8QxDZVCKWGbqqyGPWGaoKQx2d VYkr JUQBRuJ1W4b17BZX1Y0l2lGOM1TmjrhWm4PimiuV1oU4HkmIQoWeFZNsHbkMBi1AeVm+rBWbIRUkZ4ymphaejpm14FWFacoS1xuqu7nluS2bt2gMigqfrGziefaS3GaMrBM3neqGWPwyFPH2TmZsbZIQgyPKQUUDT8SLGXW0G3g+=

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[8mpii2jfi]l@www.redbubble.com[5b]check-out][_Sat_13-May-2023-19-05-49-GMT.mhtml

**Hash (SHA256)**
8c6817d419d42f9f107d2edca4239774Se88e1cbb61c8fb2cf73ebf42f09b5683

**Signature (PKCS#1v1.5)**
zvO9AkX9rrbrkHiYL4DVSyek4x27pSOcJ2DVCXC9dN2fCsKEHQ1ers4pAaqmpr1474Fkof31uuq7rIs3ZNr2JfgjV5Qyhb2i5DsBG054Aq7AcSSuvRN4cgP7DGoiN+tKKT7hHDKl0xqrFMArrJD1DyWNehi2ET7bKbD4Luz9+nanQtAdzCnFJD4G/vSd5wmH6SJnbNRBMBVuyyCPy6ogXNKCvbvTrhwDmmhbj2J2zirp1AyuFe4eFhDtBFfBvvgbdhY4406MmhbuJKvm9RidehUuTbMSCyHlBkfrVkgsn4Glbc0O3S8ByfiiAujo8EGBz+3LX7augr=

     



# Evidence Collection Report

Page Title
This face masks ,face off , smiley face' Sticker for Sale by PainHouse | Redbubble

URL
https://www.redbubble.com/i/sticker/Fire-face-masks-face-off-smiley-face-by-PainHouse/109551585.EJUG5

Collection Date
Wed, 26 Apr 2023 14:06:57 GMT (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3d4f460f-8-8b-0

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Browser Signature (SHA256) / PKCS#1v1.5)
gpa3AkGE2Zuv1mfEZ3KMhgsJ4e3L2xM4n7Cz7MKdg82fvChaiE7uANroDhAdVd0m00f0M9MuGhN0hBGE0DCa3dumvV7MzMrbbKFmvqFN2dphHQ58gvA13ACriqaySgvZbJrDJXxAGlgXr2y0vL7sKv/0hkxKQQpbhEZGv/

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[filtojuJ2hJ0zipsw.redbubble.com%2Fi%2Fsticker%2Ffire-face-masks-face-off-smiley-face-by-PainHouse][b]109551585.EJUG5]_Wed_26-Apr-2023-06-46-00-GMT.pdf
Hash (SHA256)
52dc1fabe109236bfcc1abacf62df11ef7394db80e834a57bad8acb2bd1f3
Signature (PKCS#1 v1.5)
OkExDF9yT1sZdFccvsL00dfkg67a4x7O8Kc0mcg1kriat107rJeO2LBqMBhLm9+Y%4B32MeeR9C0Sdpmi0/NA4ul3L72o30nBfCaH0DWTf0+0G2CDeJFoNfK9ppGaVbRbM36C1JK1FT7MPtnAzZqq2p3wL3ZEoGpMAfekZwIdAbnnJ/B=


















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 23 May 2023 15:23:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4952:f400:8166:6dae:1148:dc0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

leLVzuz1QwjxP30uCPGqghqLp/5nFY1ZGt4JZcj19hrwauwjkJ6sJBGGm7YnmSLYzVbNbKsuJBXpWBWMXLGHGjmE8JKWTTG3MZIsO1aDqy2kta1ypzk4dFW9fA6jczgcedqZ44ByqMO+5yxFrZzeJorRGExO6hVDdNxA/Ylhbb34cmWkPKfBuRfSw0Htcpm+t5xQbnhLslmGgf3D5+O5aYVqecvHfhrlGH2LabyzVNeHeSEcyLlngZ99pqBEz6aoDaMVBM9HKQ3apnqb5zFvhhFaoasbyAQwC3yQfY0Rrg7Suz0LjrVYuztke7a/JD7AMN7uZ0aObkELRPhVvm++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][2][5][@[www.redbubble.com/lu][check-out]], Tue, 23-May-2023 15-23-57-GMT.mhtml

**Hash (SHA256)**

e1729662bc28e4fbd2fe35c733ed9/7c57714816fd500N8deae31ccde6f28ca

**Signature (PKCS#1v1.5)**

ThFzbm53M45NqkwrJ3cvjqvSDD06KEWGBSA4rksLXlgvq4tg24bzvhmrkB7iHGwmtanoGSBrlTA86sofaqw0H7EgvOFj8YYnwsyXx/yn++VqmVmPJ9ngf638d6aonvWCfq2cj3mvqh4dOB8yv8vY+mmeb5gbRv/8QbCQz/OyK/ocmH2zmpJkuiJx2beLkLG2wUic22EVy5xdnqhhkCr/OEhdLu2PPxeE3O1YmPBoNZ7hMEAxMvdgbkLenHlwr8QyccM4prkxSZCMkMpr1.avz7YzUnkgAdQZqdD3yDbJ0zy5ewEDZjZRNKM6QKXW9y5qtdM44hwv1r1TzUU0QaroV40kPaNLn5ZQf8MfpQjww++



   



# Evidence Collection Report

Page Title
"Silver Sparkles Smiley Face" Sticker for Sale by Pastafondo | Redbubble

URL
https://www.redbubble.com/i/sticker/Silver-Sparkles-Smiley-Face-by-Pastafondo/53869764.EJUG5

Collection Date
Wed, 26 Apr 2023 07:33:53 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3dd4360fc0.6k.0

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#11.5)
JGAxSbFKWmhGxtxf0RqCgkuGZakWJ6VKgnUHbLJHnFoN7dKA7UBHBQ9FxQP3FTHNfAbgCWfcJUx8oEdIUJjRxFR0J3cimXpQigIsPiRPUxTSdrm1uABpgnd0FuhkmV1N4nlJBpcJYbMEbWmdNN0IESx5O7FkA4xb+

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_{f10d564122f2c9d8}SQsticker[EJ]Silver-Sparkles-Smiley-Face-by-Pastafondo[EJ]53869764.EJUG5[].Wed_26-Apr-2023-07-33-53-GMT.pdf

Hash (SHA256)
42f636560d3b4979d583ec03a6107c0347e6270857d8e7798

Signature (PKCS#11.5)
o+7Ota0asoAj5PCN2invH7oFxWjGWnkHWW0WMAOAt5WChfFA+LrMnZ8q0XIQp0A+aduBY+nkTcrkoeMMfLc7OhfcSo6dqBYMr+Eq1bnd+fHGF1rsp7ZbTcAYxb98OqGqmnHIkaoBK/0FUKMa9Ks0A+8c+yVaoyIRGiWMemoLA+



   









# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 10:40:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

112.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oqTgYdAkaAG2iqm7GV99zd2po0VSeh2Urc1fkJuQ5NHWg1IwqAuGoL7dH4JczEmtCxD4Jw9lyWOHLtHUKxxPXc011TeWBxkub1F77PPmdD0dqam0GMfdsmxmRBMMWSpaHLfhKxDuzSI4GZeFstpHXurBWmXOHTP+V/DLCSi5mJ/oFobsC4iGI+'s3DGJXMkJ4uRQnyyGZX+NqyTbSGg2zd0W2AZ2dmkPXMtH5v6JyeyqfAFmVbtSCHpLiMWZNDy5S29SMfIhPqX+H+41VBr4LFnZY9SBhtlSqpMktvy3mHZ1e7xkyGZdc7z0Dbc/z2z7a3rH1XnSw1hI42e+

## File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[[https]]@[[h]]ttp[s]www.redbubble.com[h]check-out[], Thu, 25-May-2023-10:40:41-GMT.mhtml

**Hash (SHA256)**

590b2bd8d1c56f5d7398be8d89ef3b6aabffdaee6c0c2475d0d8ef579d2dfe

**Signature (PKCS#1v1.5)**

i1KKKxwmNU7hKzIGKTsGhP2EfTAsdDyJGmNcioSg34ZSkMTfZ
+aaEe4JeR9am1rqMCEd7aDCKLk6l5kv8HdBSJHSgDqbAtBZ9RrooGj1DwZCb+F08EAGhrFoWlMnMWtPWFr2SDrf4tvOm9Qj9PqqUxZvkSMyOW9uuZsoGmNmDAKzypwGwRGWoWtbfhchYy9cpzYV9o2mWFZfZyCytU8dxSkJRwOvNY4deexgh6kLJ/ziycYxKI+drR+rjaJX9EsWFosfGGuPTFuuYblVzsONKkzrSjuyqwAQ4hVG2a8gWvtXi L3wGpwABE18PGNY9Q/CGngYGRsZSFk++





# Evidence Collection Report

Page Title
'Smiley face ' Sticker for Sale by patidraws | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-face-by-patidraws/115649946.EJUG5
Collection Date
Wed, 26 Apr 2023 08:15 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
188.230.112.37
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (RSA256 / PKCS#1v1.5)
Ywj5gaxZAtyA7AAEB11uSxlFsAgFXLU2bbbbaujuHJu3g5VM48WpajWDjMa9OtbFxWoD5eWqCQ4gCtxVCCHPOA67MJWNMftqKhwJnAC6jzLG7luEBlNHhAq9VTfaQkdpJNurd66ktn

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_0HzJuQ8cjFQioJmbeZhjSmileyfacebypatidrawsJhZ15649946EJUG5_Wed_26-Apr-2023-08-06-13-GMT.pdf
Hash (SHA256)
2390f1ac28a53ffc7fd66700363d9089d36ede15a15f05d6c660cc2
Signature (PKCS#1v1.5)
bJrf9eB4rtlEfHLNleE2oCvm9hwwAsb12S0VZ7va1pcPd31mx69hmVHLyk4rg4fS3KhEtqZhXZ8BEnVtn9e7o28Cp7bwAx2lXbm4MabtG6Cpw5SWQ4mWlfbmWm












# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Fri, 12 May 2023 19:35:29 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Burja

IP Address
175.176.15.160

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
sdIFV2vr1MNzLI1VdmXG2Z1KbvnC6512LRrhQUdhbQed0H7Lgr3FT9Ld640xS7zJsyfbrxXQvdkDKClk1y6D78qTex31zt1Qfc1Pd7U1FtGPpZapyQbykLzQ0ZSIVAjGmuzVei1+TC4ymuLz0L/dkbRmvgFV8h4HFlGNimkHmkVkXXpw73LuKZCRrlbxg1zV8AhzTdv9opYrXqpXSpggXYkhkTgMVFrV2dmXBSsR7HrCEbcNL6lBvTcLMRrhKrleRuVUeKmrzVWsYXRCrSGgxbBJmMm9jRmwaECP1vPyL27FbrDU++

## File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_ffbmjoZjPcJEfwww.redbubble.com(fb)check-out]_Fri, 12 May 2023 19:35:29 GMT.mhtml

Hash (SHA256)
78d2e54G8dB1H4581c0f7a16bd29f2bb0a2b3c3551b07bc972a7b4eebf392a86c

Signature (PKCS#1v1.5)
 zCArJYDKIkgNCXC9CHYpbSzKS8Bfmsb1HahXbHdNEGqieqoJLF2QfLr1GZ9gqwEzoN678bzftXXS2lJ4iC2teoZoN+9f8S3oHPdS1ZdWeJyWhirKz01uT5J7EyGijC2QvSEDtmedy3WZ4xbfpGvzEdgynaeJjffzTqqCtg0QZdj+yBAQvytKksHtxG3ZKPdb4Ymd3gvfZAzymdMK0+5GmMtdvfqn5Xm8dLfyntA9rfwnJwM4T8qyYQ==









# Evidence Collection Report

Page Title
'Smiley sad' Sticker for Sale by paula-sa | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-sad-by-paula-sa/118099824.EJUG5

Collection Date
Wed, 19 Apr 2023 08:15:45 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3a0d:9d0f:8:3c:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
A46F1c3q0YnaC14jCf4nkO3ot4Q3T7Fw7Zs9a4bfbDbuDrdHhNuZ7cujrmhSgM5JusO7ndugnsqu148Fm13gikYglbXv1p6hYxe8VB4H4Oj3L1x5rJ1grbpDArXxbSbnd6jkCo5wgsmw18gJDUggyba3WmFYaqF7xUmB5aOr

## File Signatures

SCREEN CAPTURE

File Name
PDF

File Name
screencap_EHnjcdjXGJjpknmr.redbubble.com[in]f(i)sticker[in]f(i)Smiley-sad-by-paula-sa[in]f118099824.EJUG5.pdf

Hash (SHA256)
88a5cde49544477esaeacke3073fRhiTh2N5Gk5SEIZ7746kkExCe7sOfbr1Ne

Signature (PKCS#1v1.5)
qpGgV3bhO5au24134MaismTJeO3uaKgRl4N4RkkESGa2OHm1thiYf3Ubcrjh9P52LMqG9MhHjbw7ZntOWBbC1onm4bq4X7Ja67JsU8HdX1ecboe8oc0n47cfq7ZimkkkuMlxqGK9nd3bnXcwrdMgkdE4gpkXnPAbNg4tsQ1wTLLBrtI5r



   







# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 06:55:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4924:ce00:5dd:8d57:840f:9765

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
OmqNuqPkS4r38fAG+QkxmgGddqyCiTu0mHSWoh6UdgDs9UOvAQOtAJLP9tUsn4dQg0r9do/me0uyltossihEL2HiAkADVCdtAvdJ45MPug5SR2QLv89uaaIQOBBXjXhhf5M+62ktYT8LrG5t5V/UsH5q28sRXiXG+rkPE2pkfFH5OEOmPtFgIjmIB3YbxTdOY5A1/ srFvWHxAvhXrHIrYbf5fcP5sGdzWN0RD1T1OILUgn9AAmOzIGz1 LlZledmaNRu2ZIXG8DjsQ4KN239Tf1p+8QB3/8SIXJ/QZz4hM9RVY6YF4yFbXxSJcZ/D1 SRfBnA9WP7xJDoSI3M89Srg4ffMFWnqQ0YW7QFo+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_2https2jZhZ2hjwww.redbubble.com2jFcheck-out2_Mon,-29-May-2023-06-55-05-GMT.mhtml

**Hash (SHA256)**
5e6da5a6457fcb931fe9d5d8f14110f1b2ce4fdd0a9DbLed9f0D8114cc0713d2014

**Signature (PKCS#1v1.5)**
fIwGnSmUdetCrjRAH0Ov49BC7mBy8DI9sEa4p/1jY10ckfkmGPKdnVVh1NGM4 coLCPRlsK0RRNU AuxkMUuwuLpnB3weCCC7M0riDkQsfaZms+vuQLbeh1lB7BLuOhHQscu4SN1 2IYhqaRnJ C0bM8xaXOROeKhmOTGBh6qPkSAvnnUWe8ZyoVk/csCjfbTc+KiJeqzqb2KdbNps/ TUYNOKSzx2z6NYyJ80GRSRZfb/f8kTcr4pXPFqpQXV0PD88TNcnv2DT2 KXRvpY/1 2IFb/t+ikyO3MI4/fXI/BiaaDkmHyLBwjEsSJ0H9fR8pIO/



   



# Evidence Collection Report

**Page Title**
'Smiley' Sticker for Sale by Petraz25 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-by-Petraz25/150962055.EJUG5

**Collection Date**
Wed, 26 Apr 2023 04:19:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:b600:8:6b::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Browser Signature (SHA256 / PKCS#1v1.5)**
0a11d0bbf4f7c01c2f145e21a3032e16ca2zf59e6aaa8f8qjk1jfkdk3p45ky5b8nefk380w2e7e9bkd9g7jsk7dbf4c4ce82d813a2df1e40cd30CC7qfkbcd73aaf4244dpqwg8sbd3800C7qj8mk1kj15xa3e08dbd0C7j5u2b5CZf45jCE5aw7uacePEfkC9Rfp96mes71mjr

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_j0rfpbj2jkj0prqwwz.redbubble.com%2Fi%2Fsticker%2Fsmiley-by-Petraz25%2F150962055.EJUG5_Wed_26-Apr-2023-04-19-40-GMT.pdf

**Hash (SHA256)**
3ce4c4eb3e389eb3f4dcebd14fa0740fa0b1c96283b70ac9fc59ec0cc64c00fC117efa

**Signature (PKCS#1v1.5)**
a0fAz7MLv22hfAWv4nT4vvlkjtrmfdyjbyQNzjPtbf3AWKB3d04v64fCn2WBveNr3AQdBr1vC5d63eEX5zPABwzfwqhC5Wr2HXE5KExkJvy3r49pr6Cr3f5f9VdkXakzcseimv4iWKREZ6jvo2pzQeqFRVCTqFq46mes7fivqr



Netflix Fan Art > Redbubble > Awesomeness for Artists

Smiley Sticker
Designed and sold by Petraz25

$2.69

$2.03 when you buy 4+
$1.50 when you buy 10+

Pay in 4 interest free payments of $0.67 with afterpay

Finish: Matte

Size: Small (2 × 3 in)

**Features**
- Decorate and personalize laptops, windows, and more
- Removable, kiss cut vinyl stickers
- Super durable and water resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker may be printed and shipped from different locations

**Reviews**

Read all 150 reviews

Smiley
Designed and sold by Petraz25

**Also available on**


Classic T-Shirt
From $19.84


Poster
$16.16


iPhone Soft Case
$23.60

View this design on +83 products

Petraz25
Greensboro, family

Follow

Samson dog
From $1.55


Cactus
From $1.55

Plum
From $1.55

Red Rose Flowers
From $1.55

Water droplet
From $1.55

Apple
From $1.55

View Petraz25's shop

**Similar designs**
Explore similar designs from over 750,000 independent artists.

cute round face Sticker
By artstar1122
From $1.35

Smiley Face - Round Sticker
By SpaceFox
From $1.51

happy Smiley face Sticker
By lexabuck
From $1.52

Smiley Sticker
By phlegmpsor
From $1.23

:) Sticker
By skdkl
From $1.80

wonky smiley face Sticker
By bitwitch2u
From $1.35

Smiley Face Sticker
By scruffles
From $1.46

Greetings Everyone! Sticker
By oneofmark
From $1.57

Happy and Sad Smiley Sticker
By sharpshorttea
From $1.66

Pink Smiley Sticker
By shopteimakes
From $1.85

Smiley Sticker
By lunax
From $1.57

Drippy smiley face Sticker
By nuggist
From $1.80

**Stickers Tags**

**Other Products**

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Free Return
Exchange or money back guarantee for all orders
Learn more

Local Support
24/7 Dedicated support
Submit a request

Report Content    Copyright Infringement


10% off, promos, and the best indie art ever!

US - USD$ - English   Mature content: Visible



**Shop**
Gift Guides
Fan Art
New Works
Login
Blog
Give Savings, Get Savings
Student Discount
Signup
Bulk orders

**About**
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

**Help**
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

**Social**
Instagram
Facebook
Twitter
Tumblr
Pinterest



User Agreement   Privacy Policy   Do not sell my personal information   Cookies Policy



# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble
**URL**
https://www.redbubble.com/checkout
**Collection Date**
Tue, 16 May 2023 09:27:47 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Michaela Borja
**IP Address**
175.176.7.102
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
RXPuzTChbzDtkRfFnNDLr6JKDeSHJk3JuEanAqbh5VrN2TF0mT7ct8m2LekBoqyRx2LP6etMfM4NK7oUu7coUyFoaluAiRbcf5LJuClqXf2+1h
+go45wj89sdi27bpK2pL42bKf8yBbegbX7dXLUdvqpuQ66SGnzfXXKrW4KONwWQb8c7bgoTF7VKTBbRfHWrVyrT5pLbLuu2u5XGw3JV6WMecry5uWoxliminDmnKNd02PqmLcAfbgfHFxTGsFuKhVOs2g5KkKBIU9GDOyTbD08tQvxx9WFrQGyr3BgtW27rCM1G.txu5fKtoc
wygzrmuKOBGGOPKGmVi19t8YMeZt+++

## File Signatures

**SCREEN CAPTURE**
MHTML
**File Name**
screencap_j5 Hpubj2hZt0jww.redbubble.com(0z)check-out]]_Tue,16-May-2023-09:27:47-GMT.mhtml
**Hash (SHA256)**
5d408C2f8d611d435bd172bfe18e0a21005f170056i2fe5556b4816042c178e47
**Signature (PKCS#1v1.5)**
DH2I5JNl9zoPq6M5kGszvxJmtUnN9FmvKu96MJ2nmSZ2wJ7qG3yFBe8qpNJBFFQ0XfQpqxd+9EnhDZ5YUmdSV3OTVRPHGSqYrTTQ2QRRuhP93xB3Bo4bn1nd3jMoq4eLReUv3YzFurGmOyOjxIKMKDJk5P5zdWhbYnjQhPsyUSrTivrKRn1u4XA4rmw/wLM6hmVPirnG/Sxg0K/
aeLz1R26GimwQFXD84LNUxFzxCF2RGSG5Qub2b0H4YFn98tm9bPctyKmVCQ8h3fMm+Ls3v1bOW/P4Ei2G5wUXIWqV9OGTz2U7mdrOQ3JjrKVTecYmMdhftr4+



   





# Evidence Collection Report

Page Title
'Happy Smiley face devil' Sticker for Sale by PenBrand / Redbubble

URL
https://www.redbubble.com/i/sticker/Happy-Smiley-face-devil-by-PenBrand/67473413.EJUG5

Collection Date
Wed, 26 Apr 2023 01:41:40 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a04:4e39:34:3

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
64c9526916d17c8a5acdh49ce3d1fbdg85caa0ac7af432rg40apt7ba77er7x0iggw97ba9944cf39ddq99349d46f63q080j2csd17cdr9+a0+q483ACVq1e5ajbq9bta3P04CrfWl6a6yVn3vr8HsCv0PteLu4rxErtTpsrky

## File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_EJHJoSuJEJIHjawww.redbubble.com65d5jbtcbo5Sdhppp-Smiley-face-devil-by-PenBrand/EJUG5T47473413.EJUG5_Wed_26-Apr-2023-07-41-40-GMT.pdf

Hash (SHA256)
37af078d8a4614e0d26b3d0f498a9822713200fc1c29d0fed1171f8edda9f02f

Signature (PKCS#7v1.5)
iu7Df9lhV2bq9i2xd0a5fdhs6eG4FjjqRM5afHU9ya4f8qLuiu5f40ju5W0FbiU0hEbq2huqhEf66yeQ99ay0JQ4O7Qgbdth96YqdhHbeCp2ayigfqLgbcdrfhfHf08BF3TfdjQy0

















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Thu, 25 May 2023 21:43:22 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
2001:4400:4917:7700:7009:22f3:79ed:183f

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
W3aQNMdVQesJz1dd5JUg8dlOkCU2pN2 utH/U9ED5EowJCOR2erk66b6gm0g86B477iNrpVC2rlamJ/4wnGBgcr7ph0wk/BPxhZZa+SV/yfm5LVrdfQF2Z6eXnz0RGf9r7uz6jnmRVqgMHgZ6z8fT8d55fRhEpy3GV6/zRMyw3sPf5daoVUNKaUxmtU9++HD7SRvmiZ+ConqP1lKfAIrpoiQkKFUfQ/oEYPtfotrw+kHS5FzIrN1i9bKq9W+t+JHxlu/yCcvSG/6Q2ObkPhV/qhgHQt5ifQ/U/OPnw0bTwTIMzgrYqedosedukp7sbrI3Pd6TL5H15pfv=

# File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_[https][l][h][www.redbubble.com/l][h][check-out]]_Thu,25-May-2023-21-43-22-GMT.mhtml

Hash (SHA256)
25cf8abe72035f317b2d72b008d99aa4e3231792349acf906628146c0256f

Signature (PKCS#1v1.5)
A1HF4kXOMvG6/gsMrbMwngGFstMZPtr2Ow54FmCrkDSfMjV61pMnhFE/lq8B51lXsUCAmWbV5bxaCE1CQ2rvitcuSkpI5/HdbUS3Kf9fWr1 0wMMfr4Jnw634iFkymcpjM1CL7L+Gw8JJJRTHxhoONdEUBi3qO9FLLkFT8DDFgKMGFULhekK9OCKYKBYC56a0/fqG1rHV/+bMQOOCM8EX8hlqArh1 pfC0MFjSBMeYEN/cffDU6/zygndn4C+nlc1XKJuitjr76Qw5g7cfopz5SHv25hgiBd45ojLsh+rS79q9FbHzy13eVgXlFyfYi76O7EHD++



   



# Evidence Collection Report

**Page Title**
"Yellow Drippy Smiley Face" Sticker for Sale by Plachci | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Yellow-Drippy-Smiley-Face-by-Plachci/117442602.EJUG5

**Collection Date**
Wed, 26 Apr 2023 11:11:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:9dc0:9:6c:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1.5)**
L3APUFHHGQ8BLS4IG1P+MQ4ZkYQpV3Xfh6UQ0JJEJ85hmlQ1GfY8U76FWb3ghQYV-IBtm91MyhmdzkdqesRgHcr8kwW1Vmygg8jbLJ57bgS2jasraNrK1hsBsJ94G/DUtJ/09GpD03399i/YMMZOJ/v+

## File Signatures

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_fkhju2c8fj6rwhm11T39003400dcbdz0fdff762e3355736ebr9f3040

**Hash (SHA256)**
c2b99c2974c9dfdb5f48ffdd773800456b5dc7ed72cbkb55b779eb9f00 b5e

**Signature (PKCS#7 v1.5)**
bwKJs7D1T17wxEpHdvhNfDksmEyc2yyf16LB8Q34b9rhq7yJyrr0wZNwcdYWqtHQ9waw0/CruR7NA/rRTUz0+14RpzNWku0JqLgcz9GCcdJEgBhKDPC3YrolmQ3Z7DMakE2EaU+idz0oWbKpv7G2kyz







   









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Wed, 31 May 2023 23:38:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.70.8

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
jhZc9LumZA2h12xAii8SX59u8I6aQMgx/wdKZnzLS7z32c5GQUJrie/oH/5k+/tX36lR3SgTrsWUzzsaTAzb6raLajoWvN4TM6+l5mZ0SOo2gCjWhiwR/9ET9xWJIN4fDTFibFxrSpG9OJFa4ckdUGZFGD3y+8iTK8JKs83Gqt+5iCE2nOp3G2hd24E/wMMoMfpJwf2U3rYbtNJPOpKz3e4FZKyhuWqv5rb7AnBmXlVoTSVVTA6C+jwD8mmLU89uWxihqmKmpHeNQDfDc9JOdrCI2n8nDM4+TSg3V8hvDIt591o9GkLtcshu7XBR/s2xLMv6ee56OIoa8c6Fw==

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[https[s][fs]f[s]www.redbubble.com[h]check-out]_Wed,-31-May-2023-23-38-01-GMT.mhtml

**Hash (SHA256)**
5c0a61e5b43e6641a0f093e8a4cfd7b9155e25d5bd1ba1667a8dfa8a96697df7

**Signature (PKCS#1 v1.5)**
FRf5NzrXQaAqVaZlwcrP3SLdBzLQgKh/ALzl96EHBT/2d7XyxBphYHieLyB06P4duO5MbWM8fE+RD/v9Zn1w4QDKBg/Iq3tapd8zFxyOSrUAqZeVX/raPVwB7kcALSSmncxvsZY08dH5gGxK1laVxWEes84ffYwBxHk+VauTBwnTl ECpiIQwc+Cqy6pJMuYZtLascjlu3/epQRqNsBZfrXX5SGNuO5wOuI2jQ3+uZS8BaTZ0Lq7PG4FsbNGMz1+PjTa6vEUBv1eFP7TlkzAO7VRF2p6FU4LrVAGaKTcVkHssVSUMsoe4CvR1R65Yw8JndANyAchcY1gd5vMSaMA==







# Evidence Collection Report

Page Title
'ACAB Smiley Face' Sticker for Sale by pinkcowboyhat • Redbubble

URL
https://www.redbubble.com/i/sticker/ACAB-Smiley-Face-by-pinkcowboyhat/49992468.EJUG5

Collection Date
Wed, 26 Apr 2023 07:24:12 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:5600:8:fe:3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
do8zAkJ9BQWTcPT7m3DbgS3Sb6o1ePkbhBXxvTpTZ5swFbu.iNZH28GTAs5AhWSSc3yr98EPtwdT7X6nyrL0.uUo0nGnhXuSJ0yhW6LUje9eUjP74tgEADwim98DX8lghfGCy.8Qgpv0UYmwFyqG4VZ5XKCKUn

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_EHzJufJQ6@www.redbubble.com%2Fi%2Fsticker%2FACAB-Smiley-Face-by-pinkcowboyhat%2F49992468.EJUG5_Wed_26-Apr-2023-07-24-13-GMT.pdf

Hash (SHA256)
a6A5fd2abad67b73198b9710043B8f0742976757676f 9968d67d2N2NcfdfcafddF

Signature (PKCS#1v1.5)
IS4FFqZ2dEcE3nN1BzCFNOMnIo1wOz3teSHop1GDchRksQ2lqeqO 5HvfFnef64gbEPxmkNLIdPKQm4nxqAZ42hAH6K7WFTzfxqwB34qQ4YmvZ8UYJZJ7VtyE3Yqh3XIyBdtBJ68xhB



   









# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Thu, 25 May 2023 07:38:41 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
112.206.66.148

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
JJkL0kKZcjhS7twQ5pfpkFps/qnY6bFg4x7OwmBpOLlbnWGfkSUzt6lM6bi7mQxAmMGsvdlbv+TrFztzKgZwrCDFvK+O3Nzk
mR5nFaR5znqY0xGDdbxPgDvqqyZLK364YtMTJ9dY9P/olRgSuW9XVSs3p7JiCZ8Y1zwEsaMeeMG5UQw,Hl,rlfGA7G5FVGrDKKMQGXteMlk74mYfjzLfdQ2NGFwEn,nfoZ5mtrGmdzN+KQoZN1rL/
MfLwqnPaa96S48fcy7zrp8bMTUhaCb2MbMJW4WYwnp60ddSGzh7Kt+eewxgayY695qw==

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_J5Htp$[@h@h@www.redbubble.com][h][check-out][],Thu,25-May-2023-07:38:41-GMT.mhtml

Hash (SHA256)
87d322594eca5bbdf6c009f9e26b4f0cccec809fee70b466bda309db8d083ee14aa

Signature (PKCS#1v1.5)
hc7-O4-l-mRaO+6zvRWKtH4aL8MbsIs7Hxb7fp2eida8D-FbRF-pkrbMGakJ5k8H3Kse74kF-zPBAezpoqY3ekkBxA04wp8OAM7B+270vdtGvdDrMiuC1OdvW4OtH+4X9xnvpaD47OrUvC=wq6UzkSx2f1QAvYM4TClZkflleqqOqeUZ1UpQ5LiM
+1nQ0ZrZ9wSVtSG0t5l1tJrknSZ3jtAkf7pD7Sks05gd0nUwVyJOKwp7F94suYfCkw1OqO7YyOLKyLzBT4GavdI,An4T8CmvdbynxU4rnNsuW4e8UtRYhhKS9Aq38MyhYY+f7lS,lydbn2aTsZvgwQKaxhtfrHG1JnU4wwwywyuAGnn==



            



# Evidence Collection Report

Page Title
'smiley face background' Sticker for Sale by printnotcollage | Redbubble

URL
https://www.redbubble.com/i/sticker/smiley-face-background-by-printnotcollage/51429900.EJUG5

Collection Date
Wed, 26 Apr 2023 05:31:57 UTC (US Department of Commerce | NIST authenticated timestamp)

Collected by
Sarah Omotoshodou

IP Address
34.63.569.9.36.9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
GnYf5aZqeuhAFQ2XF1egnWU2tDhVEr5uPXGsWkJbLpcKFsre4H1/pnv3DouVmLepurYnFOHT9kFke5AbqE8fq5aXh48NRWrMhyJBff2hgcvkhim1OXHnDCGDPr4fqZBWBdTXzrL1GoPrRhkx20m

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_EHgla2ZHEmww.redbubble.comEJUG5stickn0Gismiley-face-background-by-printnotcollage5EJUG5S9MEJUG5_Wed, 26 Apr 2023 06:31:52:GMT.pdf

Hash (SHA256)
0ca2dc2fdd5d7271564d73d8d003149fdda331bd3a0b9acac7b5bb9487 0b

Signature (PKCS#1 v1.5)
tcFJPdw2s7SrSo59AE9r5t1fmpDGZrumpy/PbomlaqCKUr0HodyE0Gulb4tx1pS6lw6xrwBcyC/bu3tV-X4412ZxerGAwGhihqZhqZWtRThfRHfDBjMBL37SLnIX5gLT9pkkX83X4Hi5iA0Ru.jq1p8BAqGHr



   









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 16 May 2023 17:09:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Buijs

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
S8mxy2o/vxKmFkpWsMWT3qwY1Ja5OwmNcTpa13dv1ZVjygI4Sfrh6bnRyOYLhSqqb7GUDrCGprJkJ0RD72HTkx2QKdlb1l3gabnDZpx2DBxQwbK0ayWo5u4eRHSs6CJLzfEm6HrIplw4mSFiwpIkmL2fL8SN3NpVu
+Hqd8uAxZWkmmlmWV78oHoE7nQBF1hSbbEQm7yvk6qdLBJ83z40KLmwSe1g9cLQBFSGO33qpG5qtnV+oZmuFzOWWf9HgLaPxPsNV9W8VM7tEKQfYBDK/VPLI0JFkPLSoxCaXBZ29WX1UG3gfg4tbbhEhLhLA+=

## File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_[8mpls][ifu]f[www.redbubble.com][b]check-out][_Tue,16 May 2023 17:09:48 GMT.mhtml

**Hash (SHA256)**
46fsvdSS5Te96wDvsr1f2kAd41005dd1968SdfeS203ccbbb8d24c17Se0Dbc117as

**Signature (PKCS#1v1.5)**
uzkM0GNVgnYqM0dD6hFVzyuk7nT5d9B0HoyE4LAJ1ou0lV2Bne84h4Aeu2W9Q1TZAtpBn5X1LhJ2n1Z2bpSAty2hexnfZMpAMFNeEnB1P88Au_c9RIGvkD4mTcpkGbzwiCzvgjN
+Sa9PRSFzeCRk7LAHd2ds1PA8WRvq2WHYT1n4XkPg5kKZZT17JOn2JecAsnbmtCas1VzG74oddAMTtZZnP0W8MfVYfwqSuZS0E12buDdEPVygMPyuKHhKhCrRHSRSZ3rdk3YT3rSFgXen1Dhe13iEQ4iVmWmKdDnJUpkCJuanBe=

---











# Evidence Collection Report

**Page Title**
'Smiley Face Lighting Bolt' Sticker for Sale by pslatome | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-Face-Lighting-Bolt-by-pslatome/95552474.EJUG5

**Collection Date**
Wed, 26 Apr 2023 09:33:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Ovtinikodusfou

**IP Address**
2a04:5600:8:3b::5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7v1.5)**
bnk.jpdC2+CtxNkbmSHQzzYVyfgY23mtXkhgQ9AWZtT3sbRbwzedbKF/bd4WgTw7QbqkqYGnqjW1LGhO/7L88cqkGZD20dzKa4xNQb/HAH+j0aqV+FvS07TK7DWVS3X2b03Mu3PU2jqgyYFrc7jBjnsBKH7YFDn9tmn+

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_JBAjdZJB@www.redbubble.com@S@@biIesXzDkhmkd3boSmiley-Face-Lighting-Bolt-by-pslatome@95552474.EJUG5@_Wed_26-Apr-2023-09-33-37-GMT.pdf

**Hash (SHA256)**
b69317702cf21721c3dbhb20o8dwm6F1z11V07r559Mwd9T1e7147.b4HF7cd5e

**Signature (PKCS#7v1.5)**
qLjY2VPsfNQvZeSagxTuenm4bBQqwInCnbbyx5aw7edDfnBjhlbucmXsbxm1HdSbPdKQ5iaFzu1N1uWmWbfJRpJeQIqLiZBvf6Yj+2uHcWmSCom1/nZBMdBZgqm5sWhRfdYzWrLZWBoDAn+wdC7b5Abj2cyABf3pVtduBKusv

## File Signatures














© Redbubble. All Rights Reserved



# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 14:45:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
112.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
AQjCcXTzkzN6k7yk3ucnVHjyDhVMnJMTqG+bbyrBwv7oKnHPpBbvaZCMtFW51C/XQ8CaVr1ur0cBz8xnGTi4n1KPSU37TCJv2VkGTSwcrvgGqjj9rlj5CAau00JF5Y18LrhzSvc5ZceeR8OCAfG2Dfra53PvKyWeLB7MDcqFiArkoJfX4ozw2rV3+EagGP2j74u+G2de4ZPQtUm7reaQcIpRO5nYFfVrppGlUmRzN85UpmHPexgrXqR0WmaH5aFjQ1J9St0BG52j1SNwCWruXr0lF1GuBhdMwePf1mhQ1Jv5gZ43V 9RRp20IktW1i7Nh+rFhdO3Y

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https][ffjfh]@www.redbubble.com[h][check-out]_Mon-29-May-2023-14-45-46-GMT.mhtml

**Hash (SHA256)**
9f25c044d7348b0de0fad3a61fd12a50b6594fda7e9536467677f08b2b19e01517

**Signature (PKCS#1v1.5)**
Li7fCYYPPL5dwT8ebzNsGsoD8PA5LcsDzuYLbxYudSq6VnFBDEdpKqjAQ1B15jPm2lqNbg7ZNqVNzEkBerfTnk5m7BVAaMzVVzrErX5t4kTGnXTvEK7pQ5rwKGxJcXW9BrCMOkXPGosQn+XhreNzowWtd5h1NuZAZ7Ln7KJGTLuzemp9tz0FgfbqtjufJVzqTyfpvQ9rcB0Kc75mpu0FS8kmxDcb0Ml1RNdcvQc3 +uWfc3dtfs8nsJ2AxZVj8g57iY8RqJT2Pv+YMuTFTG6IvGwf1lbUgo5I+Kb9K5r40JyoaQJ0KaMVnsv5psSEQVXvk0XS/QFff5wTkuGlnklyImpGKwFXE1aObVNIfcJSmntbzvE5/L97lWtRgAIGGdOr+5wQn+



Mature Content: Visible    United States · USD$ · English

      

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved. — User Agreement · Privacy Policy · Do not sell my personal information · Copyright · Affiliates · Give $10, Get $10 ·
Student Discount · Guidelines · Log Out