# COMPOSITE

# EXHIBIT 1

# Def. Nos. 201-240

# SCHEDULE A

# SCHEDULE D



# Evidence Collection Report

Page Title
"Classic Smiley Face" Sticker for Sale by PRINTLYMPUS | Redbubble

URL
https://www.redbubble.com/i/sticker/Classic-Smiley-Face-by-PRINTLYMPUS/109461542.EJUG5

Collection Date
Wed, 26 Apr 2023 06:19:07 UTC (US Department of Commerce ( NIST authenticated timestamp))

Collected by
Sarah Christodoulou

IP Address
2a06:5b00:8:36:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 ( PKCS#1v1.5))
KYXAsEGJL2yRUgTmn9GsrLfMsRoMb3R77yK3FuSgqjOru0Ab4AznX3J9B8CFAYV0moyupEjkM1.Go9Hm1Q4TYMIM7AMjaHNS1vSI6ENFqnhnZFSsvMfy5ekk4QGSekkMdfJJZLdbk8BGcmaTnAB+

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_2httpz2Qftj2Qwww.redbubble.com2Qi2Qsticker2QClassic-Smiley-Face-by-PRINTLYMPUS2Qf109461542.EJUG5Q_Wed_26-Apr-2023-06-19-07-GMT.pdf
Hash (SHA256)
d2313c2513daacc8dc4e4e2eecb1c8be451094265a21dddf6752132b0b560fd39

Signature (PKCS#1v1.5)
gbKSBAUIeoxAziggsQGBhGLHMHdsM43Tw1FeFChes6x4Soyqdn4ADbWDvvFClm4ca3N1xMXABGG1r7M89VK+qTd6MA34Q2iZ3XhuqO2FqV1QVLbpp1Yl0+1L2wGB513AHN40

# File Signatures









# Evidence Collection Report

Page Title

Secure Checkout | Redbubble

URL

https://www.redbubble.com/check-out

Collection Date

Tue, 16 May 2023 13:18:48 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Michaela Burjs

IP Address

175.176.7.133

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)

L33SuWfrN4bhNfmJ4en1TGET68wXK4Q9kXJ.wtp2yJlx1Tc9VxLEh7Tmn0EjU24Az2qEe55reOf8rhA2z81yQ8bvDPn4u7GzmubzMPjes12jVrm4qiQ3K2HZ7WLdSdyeDmw9oL2ubb08JGorRmBOFVGBJ66GGwx3FhAZv6S0GxRoEBXLf8z/+3DgcpQet3010w7XhBWIZ16GuXz8y/mqoDnj6H9060+170VkBRroDuyogQFZrKk0110003CTt3sFruQbm6O7+rYM11EiWfTz2qZ2rv1JHZ2L2rnQAxaWymV9QNg8QKEY5FXfi6RhFTFGPrcQ+i=

# File Signatures

SCREEN CAPTURE

MHTML

File Name

screencap_[8mpuj2jfs]f0vww.redbubble.com[b]check-ou][_1as_16-May-2023-13-18-48-GMT.mhtml

Hash (SHA256)

34a4264073550a784c5d8e5S7af1540749717a2f8e9eed3aef98ce6efb65

Signature (PKCS#1v1.5)

qykED3G6hbPsEAL93Z3Z7wq3Q14wY+HfFjGPFJL09WmdaskIN2im7Wfi3ZeAZ+2j13m,QAFSkfBaood2L4cr3w2w1pevsAwZWhoNdYMU7EjLjoNZWcfu.8Jp1Wcm5kk76K1ZHL2rjc+TbZ2.Kh0bw1T4ftK3w9NDwS.pJ05eLFvpqqbHokMGU17NLRkTdU1XuZSyfJ5zeNCvMajpqtmmmOrCnxcRRZYWU 5LEoBwbfiMddbyvJ09KZ1Qpcf19UdtbWkwc7kgBNyJ9LfIFw46SSSC.4WkvqB4nIWd95rGDRBnDBM3YFBbw4T7FDFyTJsdpP4Skl2+f30LrG6Mh9ghpWXbSeFtiM+3UvjT8sm+=



   



# Evidence Collection Report

Page Title
'Smiley face #8' Sticker for Sale by pfonts | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-face-8-by-pfonts/117294341.EJUG5

Collection Date
Wed, 26 Apr 2023 08:14:44 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
[redacted]

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 | PKCS#1 v1.5)
8y7bwkK0AeCuyrT0kAf1er55V96j2Lu3AzJZ0Al86jOfFvnFErvUggXT8JI0Byd.lat1vg4NhE3S7U2dteGmY8XoBirIxbnBnvkOQpUSnrAWyHK0avirdnpzTjR8p/4oEfSysn2jHNddsh1BNbCN7Q3lxJFoNknkxa=

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_03dfgcdJtQihnnw-redbubble.com/EUJDipkrtwrBq0hnky-face-8-by-pfonts(EU)/133642e1.EJUG5_Wed-26-Apr-2023-08-14-44-GMT.pdf

Hash (SHA256)
74279451b56200710309c3d52058uV2CdaeDn1bd7d410mV1ds7/T295651

Signature (PKCS#1 v1.5)
okiczqIrVZkJznm72446V2bGefkcnrzKGlnlLqazd4dqBQqnGFYp29T.crHqMr00ilttenrivUmllkcbl_InzLRIlgp/plus2AnTFBt3EGGAMlVJBbnyNlI2/ViesOtIrnMs5n2s2qaBsQddUetq1RezBtLtSSOB



# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collected by
Michaela Borja

Collection Date
Mon, 29 May 2023 06:59:29 UTC (US Department of Commerce / NIST authenticated timestamp)

IP Address
2001:4400:4924:ce00:5dd:8d57:840f:9765

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
Gqj.r6Nc/uUrXYefydpJ4A4FCinrekUoVNFCJQcIKFYrIpcO1 2Lbg8Cem.LJBwI4LidiUHsu/fBnCyRfLr7rousCIIIX9XCIER/exs8DptfBdX9Jxu5/jm03QA7t4uNXRrtuu3K4FBfhjf3jQ/OfJxG/Z4JhJq7rMfoeZ/rbR/fS+uhWdU/2kYX6bpo+xos+wVN/T4kTYLi3T1F24arJ3zaOuC+rzQD63J/r4SfXGX0Hb8mSwGxMDUNbxmR3ryUr7XzoG72jpdx51XC5MZhZyQr5e1KmmT1CnMM86j8odQpuUsQukJHUy7hf0XmwxtCAg07Tp-AgRH8JzVZnHBDAApUPOfRl8tQ8Nfegu6xighC04/vXxmITlSTnl.zgr5nftwhNL2Q==

## File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_[Ihtpo[p2h[B[www.redbubble.com[h[check-out]]_Mon-29-May-2023-06-59-29-GMT.mhtml

Signature (PKCS#1v1.5)
Hash (SHA256)
b17f82fd2ba20ca5a48aeb7acdcfd89fb0115fea=d5f91a27e581497d5e9d

Signature (PKCS#1v1.5)
GLDGr3zA4RLepnU/W0RPD/tXeJb57gSiRvZ2RuffyKA5kSRxbYhSEDtKLUOrugagy.Jk6ptf4JMCcmKcl2aWmbw4m2SZkDPG170N6HgJ1IO.s39sq70n9rJZ/WTZuV2Ya8CbOT1T5+vvAPoGLfd6bES4A7L+dbODshW0vfVnt+WO3hfhE45+N5Qz77FmcJQDHmrgrR3fuKRCSmEaeMAQ9dFSKCTB9vHgGBhNKuk2WkWxdxhbQX36bZZgT7Aqj1Wr1yg3wM2m7XDKQ2DDuSwvXH3K3Z1/LKV/YDtQU0rUoP1pkcb1iPkgDRbMGwc1hNBCBthOG0kzfmRnGKG+r1







# Evidence Collection Report

Page Title
"Trippy Smiley Face" Sticker for Sale by Meek41 | Redbubble

URL
https://www.redbubble.com/i/sticker/Trippy-Smiley-Face-by-Meek41/50727923.JCQMD

Collection Date
Wed, 16 Apr 2023 09:28:07 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
[hidden]

Browser Information

Digital Signature (SHA256 / PKCS#7 v1.5)
D4CQzbXHF7a7JbAz-pdReML/vn1yKdkl67f7Bcnv6nZmQXG5-Z8eqgB8NE1-6/nrwSy9tMre6HdcbyDzGrDvbrSAl 34s3457FQ0Bc7GbNvvsevfR4wCbHz3s0640GAdvHkeb1AB3EtyCC7MtkbaXjnjfnpZoBmpBj7Vzynr9j/2+

## File Signatures

SCREEN CAPTURE
PDF

File Name
screenxa_2jNqhcJjhI@nwww.redbubble.comI[i][i]sticker[b]Trippy-Smiley-Face-by-Meek41I50j50727923.JCQMD_Wed, 16-Apr-2023-09-28:07-GMT.pdf

Hash (SHA256)
9d3bcdb2a2Sfdda1739db3204473d6072776ebfd4c1cbSeb7z

Signature (PKCS#1 v1.5)
Kg9hM7Un0nrcqcC2yPWEz277LcQTp2ELDQBGQPMB6zeE2H4nsAmqbW0v7Wv3AT9DHqkxonKsvg75kQ01/A5DL/xf1qDLTuMKGDR73QqzC2Wu2m4YC2sQxwaMK9QRlwv1n33LWm-DrbHXhqQ+Frxda+j-6ARnr+9dRgW+9yM+













Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 12:08:01 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.30.31

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
oP3k+ZufWS4IdHSbE50YVSvPfhOWusNoR+JXmAG587W1ZaYDLglyWom3btkM+DC1DXt4rWaIyZuvdePUs4r6WtTv2dbLB7KgnFsHzZbcITqn+v8nVghNwVKxF7xqGVTCaTaqkuD19uO8tQIsLWKzeUC6VPIRWZS1kmOxxzC8bA/AKY3UhN5vyZHc3hNPS+QX/5dB5G96yRFKaIxicaOxrubtKvTpw8CF83NH3q9tBaDkBMt6h2Bbxq1Txc1jALGoSCqNv8tAzhdVGc2Y5KuSLjFbjDvqqdbcGCMtbf0PLwwwf0Qb4H4bEdAq0019 am4dWO1ojVTmDfHJJJ315ZA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[s]fs]ff[s]www.redbubble.com[h]check-out[]_Mon,-29-May-2023-12-08-01-GMT.mhtml

**Hash (SHA256)**
324d93305264a7c3d285f54156732a082309f84c23a3dd954745a6300f736a908

**Signature (PKCS#1v1.5)**
PGenYkfi/CA/XVElbCwCWea6dbffV4ucyXiJsvrJWsrM0noss3f1TAx7nprVF6XmKmozsr98syKrLgVgrd67v7M96bd9r4dUu8qefTP5hYOAbIOU8DYs+SZk7n1fD/+dY4S/IHePagFyQdBhfIJdEZAT/U5xAUeXz+bHNTFiNkCKvFw2y42s6kqAzgtZxMHQClo+daxhDy8oFhxonK0YHINkd3YMR0ZNXzn4zG+KV8355uIOCI8zkK8a/j8g6hSpmgE1WLsfb4xRkjbFfGVMogGSJZpkPcJNaTfT4INTH4FNZxfWk87s9FM9DkvimdUCKRUgImmhmTXXzSaq2yFSEFQ++





# Evidence Collection Report

Page Title
"Smiley" Sticker for Sale by rainbowwall01 | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-by-rainbowwall01/47678450.EJUG5
Collection Date
Wed, 26 Apr 2023 10:56:45 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omotosodsu
IP Address
3a8474d00:8:0b: 9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
FdYm6bqjVcpLdSZu9YdtBQyDkJbz/LToNsSc3N7pQ6n7DUdFxbmpaxd4tkb4B6KRd4nhesulsTosa2dko7FmbkWmaGQR5oa1xM3cZ1tbeGZ6WsdGxMaTvIP+fmHzKL94HWkdpbyMKNGd38MT+V

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[tmpizQZn]@www.redbubble.com[h][9][t][t][sm]SsStmley-by-rainbowwall01[h][5][h][7b][4][2][6][A]S0_Wed_26-Apr-2023-10-56-45-GMT.pdf
Hash (SHA256)
e9e02cd3564e2215309e213e6a6af4914a39e91f156a456d09167b8f6547d3a724ea1Vesw13era0
Signature (PKCS#1 v1.5)
YVtKcLDbPhPGEoFLgQ1asHmnHmfrbqvTwu7za+J5BWmTyfWvyyrKRiNCNdFPL5m+JmqGQyFrbFkTLZmOZJrIPfKOp7rhXe1Er5dSNCb3bZGt3rfSmr2Nwm5QbL5HGI3pxhm4UsppgM4WnEWwVhHHUg4gNflOxchc



















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 30 May 2023 02:49:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4ff0:fe00:e9f66:f762:a48b:338a

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Gc0SQ2sXZwCkZO3PlkNLMHrTyCxbY5BPkLjB7rZDDSq73bUWsjTWdhaJVclpEwGzTvZ03TMHmrgAbiM69FbaiKMgrIK2H7vVeo+rRjyuJgSGJ1WiCJ02iyeqryZx0vfESPfIz9egNo+eBzCxaHBnSm9SlkgoCewIaJbAHmtICeXoSDThUtQ4d0rvAc/pNeqW+S7WJcyeTfAndPSLBzua06jLAwtb/ko2HuVY9BTSPLjscQNr0fvaOGzLcUzKRCBFgN6gWuoHzsAAm93X6qLjBeFwXAXneLi4WQfhFm930rlHmq1AaabNBQMKFn84BvbU+IzcAOS6jrZU/Q+LjI25Za8I1Q14WMjSfZPsHCF6OO%3D

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[https][ffs][fl][www.redbubble.com[fs][check-out]]_Tue, 30-May-2023-02-49-44-GMT.mhtml

**Hash (SHA256)**

737f13a7d1f6f19e4496b5e7a82a848b03a777651ab35071a61e54a2f8f1692

**Signature (PKCS#1v1.5)**

Ur6tfiJpsqkfr6FQ9hsDzw+5knmBPbzLNtzkBP8zL3bESTvqpTTLP3mafhzB89hy1TNnTmfcGsWnAb6L3by48240LwGzDL/tQpLD3m2Uj1/AzaTpETPNfXiVPRzhbvZ6JvtbGtGfAGo2U5AMU/8ax+ZMUlH4bBVjY/cV73872k/ANeNjrXsMHi8ffCbrkWRl8VsGt9YtcssConauI/AfPfzSP/Q+%3D



**About Us** · **Social Responsibility** · **Blog** · **Delivery** · **Investor Centre** · **Jobs** · **Contact Us** · **Help**

© Redbubble. All Rights Reserved. · User Agreement · Privacy Policy · Do not sell my personal information · Copyright · Affiliates · Give $10, Get $10 · Student Discount · Guidelines · Log Out



# Evidence Collection Report

Page Title
'sometimes il be like that melted smiley' Sticker for Sale by redflamingo21 | Redbubble

URL
https://www.redbubble.com/i/sticker/sometimes-il-be-like-that-melted-smiley-by-redflamingo21/132258645.EJUG5

Collection Date
Wed, 06 Apr 2023 07:09:14 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chondrackoko

IP Address
2a04:fdc6:8:3c:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
tt1t77caqbFTwkSRPygzSdanzRez90348HvrLejcJPiQRaud5FWMdzJpbYJ7Pr9PM0Ca9vbA3MC29cPr4S5RnK6Ps9CMUpACdefW9a8sT6Rd6sQuUOjeP4YKwsCWH9sQT1maLMpEBG

# File Signatures

SCREEN CAPTURE
PDF
1a68f09f1bac521548f24f7c6514baabbM0WRdbZGhE2S7ct063474f4db

Signature (PKCS#1 v1.5)
f0fe62cAbc15a1OSHRXKCV1aV294WNOtvcQ0Sasqb3JLcmC4cxevRPVKsnSzQppS qHhpfwaz4T1CffHWRPjart4vfdAeDZ1N8d3zZ8g4cvjCE7BkZ74rnrPf98sJvuCfHAet























# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 20:23:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4917:7700:7008:22f3:79ad:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

df96f2e73fca9Eig3p8QKrJy0juM5JwwQPDVcXqGVgyt/T2MpHzLRsYmPxVEOQu5axTVXLrXZ2g94egT6JDH01GgXyo5rV4WeCqt3aQLDw89WOb8hBdkH3BkrSHFtFQHWeTtmPLDqVawTKUpmVyAkiuCASmAVFocseu7qNo53GF2XURBifib5Q24g648d7p3Cj7gPhhWr+/CenZUYce6JZjQXmdwtAVgPGfVs3x3EhHf3TU7DDVKMt9g12RWxoLLledRnxlm1QA9jpgyOyAtVrgVFa4GjxVjTL2thffwqBcuzRn9Pa+s4zE7pfX4jN+nXzbCRUfljpETM9j9kw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_Dhttp/jQBjfn@www.redbubble.com[f%check-out]_Thu,25-May-2023-20:23:27-GMT.mhtml

**Hash (SHA256)**

1d65e4313b0e44660d5e95306b52c7b2d6e6e4fe02826/5867dc0ff8adccd0a

**Signature (PKCS#1v1.5)**

FZyuRkYMMboOezhFacvrYeBNaGb3Cp9ZxVX3j/9Poem0+1MkAWOcZnCjAVrvYTtjpzu0Sfq8+4iGp+8pKAprooCKf4pJ74wteH+CpI1gLd5MEK2tnHmwc5f4tee0XeqvC+sqQTcSi30ceMkS+EAxCqfDAEXdYbPd1G2wcb1IPbqtONDlUKEFL0zoec8cUldm3crcbgWgXdvoURu4KJvtI7AjxVoEgt3M5jKi3kq5jQJ/J6bVxJMrHyhcuJqNjjKVVxWSTP9fYBjjVVWJz9Uytnw==





# Evidence Collection Report

Page Title
Blue Smiley Face Sticker for Sale by reginaltina / Redbubble
URL
https://www.redbubble.com/i/sticker/Blue-Blue-Smiley-Face-by-reginaltina/107548766.EJUG3
Collection Date
Wed, 26 Apr 2023 08:17:06 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a0d:6e00:8:8c:5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
0pWB3WHmxsUjLkcqpCrQ+dEmHuJ8q2Ok155tCOL3gFWsoEAUqDMazwvQsDnCZ6mT0ljwxVsCJNoy5uNsqhHPAY/smrmtwvMwBsNWFryixIWsCJ3UjpqggRwmZWFfWzmxu+CQmCA8sJ

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_0mtp2zjQh4zwww.redbubble.com%2Fi%2Fsticker%2FBlue-Smiley-Face-by-reginaltina%2F107548766.EJUG3_Wed_26-Apr-2023-08-17-06-GMT.pdf
Hash (SHA256)
3ba9ba932T1odd272191211202260o20a68a724f2ceafdaa234cb84879dd61
Signature (PKCS#1 v1.5)
kqaCJ6DRhgJkjMz3dda9AdxhE3KPrbYXAyKnbtdFsxozAqPuRphaGpZu6Z1EPjv3rTJ4Gwu3hjMGn8ewom5GKSavoWXuCmBwNm9SkmopGGhhdalLhdCcdeCrfCN9Ch2NOSGpmUPv9yz1LBl6d

## File Signatures

















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 07:02:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4924:ce00:5dd:8d57:840f:9765

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
hLgapw/cjdkGtoskeFdjLB5Y07AzzHFiaPKLhNfv6XFPvwhPSXRojgTy32Neeeyv+nsmOkDHSvy59teuWZtGSROpnf5VHDNWsvtpUuXGeFjvzUSpp5pDsQHyaNKlDQSKCpEsab7ZzcfwoEyXirLr4XfBWtDOUytUm2QGPvgbXsXYUCLJ0xJ2ryv2aAcOnoreQFhBsJPtO8sYtlCFzaVuuYcu53/
E1Jv1VNoOelPvetOUsRf0PsA/GwbzyAaBSHMuhMWxcpbwVblLNID714cGEAHsuQm0bh29kOW77ZLEVfUBFhig0FqaefYgFyU7rqeE0KWobcwBeHYpeG22QOWNKF6Gkf8G==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_jbhbpsJjZhj3/[www.redbubble.com/[h]/check-out]_Mon,-29-May-2023-07-02-05-GMT.mhtml

**Hash (SHA256)**
fdf0fd5b022f6d7b0223b17147ba2f88566e6225b546a298bfd51ba6765bf5b7

**Signature (PKCS#1v1.5)**
fTy7wNXoAM8wnxA87riGbhVr5jZvSmh0mKxfnrkblWGgFLP6YCglcPBDOYaUQjGEyBLDJ4t5dh2AMfajusA6FZyfoM+mkJoEdb1kqj0kLUGC1upCGjCUZXziKzbQhVAKlat+mYNa1Je1vfSbXkqTZasRnRdbSiQZsRBbbxayYcJlRoZ/IM4M2yMktE/ESXrUK6LbvwSDbaPv2jUvHtv4j+egXgg0Fr2Ob5my/IhmBsor8gEfVC6/MJZ4Kesl_RSIvBBBEzw==

---



**1 ITEM** — $3.02
**SHIPPING** — $2.49
**TAX** — $0.38
**SUBTOTAL** — $5.89

**OR**

Pay in 4 interest-free payments of $1.47 with afterpay

☐ 🎁 This order is a gift

① Shipping to United States — EDIT
Delivers between 2 - 8 June
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

② Checkout using card — EDIT
Total $5.89

③ Shipping details — EDIT

(For receipt and order confirmation)

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

(Includes $0.38 in taxes)

④ What are your
credit card details?

**Credit Card Number**
1234 1234 1234 1234

**Expiry Date**    **CVC**
MM / YY          CVC

☑ Save this card for next time
☑ Same billing & shipping info

**1 ITEM** — $3.02
**SHIPPING** — $2.49
**TAX** — $0.38
**TOTAL** — $5.89

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your shipping address/local taxes.

**Pay $5.89**

---


**Carbon Neutrality**
Investing in programs that help the environment
Learn more


**Worldwide Shipping**
Available as Standard or Express delivery
Learn more


**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Super Service**
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible   🌐 United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved. — User Agreement | Privacy Policy | Do not sell my personal information | Copyright | Affiliates | Give $10, Get $10 |
Student Discount | Guidelines | Log Out



# Evidence Collection Report

Page Title
'Pink Sparkly smiley face' Sticker for Sale by rileyclickeroz | Redbubble
URL
https://www.redbubble.com/i/sticker/Pink-Sparkly-smiley-face-by-rileyclickeroz/76043636.EJUG5
Collection Date
Wed, 26 Apr 2023 07:22:49 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omotoshudou
IP Address
34047400.9.XX. X
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7v1.5)
vd2h2S9WA3W1uR6D3wAzpJ1KoA1ue5XSAAziyOZ18jhzFuzYv2s3bkNdP1 z4s9Wxo1LzbFbppee1TYTU6b9Qnv3BKwSLTHdsEwFppabR1WTPoCTT0Cgg2gFkXWksuhCWYiV+Gov=

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_ZrkpxJjjD3jHzsnw-www.redbubble.com[h]EQzts5ns0hjPink-Sparkly-smiley-face-by-rileyclickeroz[h]76043636.EJUG5[...]Wed-26-Apr-2023-07-22:49-GMT.pdf
Hash (SHA256)
24d4bf92b32b974eb8b9ee4ad5bbajd3F8c9a30eb55c7bk7b90d5v
Signature (PKCS#7v1.5)
sV9tvoRF6h0vbwnf.oaho2AXA4s3e.uJ8TaTN5Qhq7bd9iQ0Zp15SS0nuCsKKvabuVooqnGrgSyOuhhrLgbWd96KDs2ps1h8eA17xlzvHkNs16gb24xzjd4BfMnT/aVnZ77k/Hv/17re8RT4n4Thd1T64H5m76SiX-fmb42+















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 07:29:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
112.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
iqZIp7C77+z1aqOezvcr30XYNSUC5CvLfkXvcgynILgeRpWOyyz2wM7xqh+dQRpbAmkdpc7k7HKwYNliQAF3Ohql-vgxvFMZkcuPk1i4u7803XOuGjkwFDnDjkngGOf5b5J4H43BByz1KcaN29b9cfmtLsr9Gs4Gy9GCwk1/eW04sVNGiAZV2Fgc56fpuAPXQ2VXxs2gKEU8RftLchVWLA7dEOZjwtTVpvtTHjOGGCmKGsfFOQ2dhx5bk7sdiGkJxDft6QbpxRAtLizuCzHPBKy6TcysHGTahKF7AWuFFXEfcHXOy83QC2IMn+14mySkqyeSkr2+

# File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_[https[z]ifg]h[www.redbubble.com/[h]]check-out]]_Thu,25-May-2023-07-29:44-GMT.mhtml

**Hash (SHA256)**
77fe4a15a33f1d05f2ac0d5b4360eea251a3ef2d5a54a58108ac21D1a48924a8

**Signature (PKCS#1v1.5)**
Fm4daoc7QJLMvr8O2CJktzw4kurURLtRG9tGhGtWetV1fAwMzFNGWtWcNVBkPbzYLcgbX+GmpLLtrD+kRtLiPhqD3PbnbPL+49b-jhSSvrLkxD3cecoW/Trfx3uJ++RGVt4fvVKbuaJf7ychBTSkKdGjgC2tHwcTAf1ijfhqfdSQkdHdau,iVLd1foY05UddgjI+dbAgsAtOtOOG4rsg2XV/L3LetJc7mjTbcVhTfDYSH3t80KGlTnNfbaw13n4NtGurnFmOqAOMtgSYqv1HCl/Svqp-JyfZJGEbf6bu231a1DM3pLkED7mrSMTruCqpppd3gW5Ju9LJtPbHVdWcYtVlRRL7rSPnt2QcbBKNoRz1Ftqw9Nq6q+

---







# Evidence Collection Report

Page Title
'Drippy smiley face' Sticker for Sale by Juicyapple | Redbubble

URL
https://www.redbubble.com/i/sticker/Drippy-smiley-face-by-Juicyapple/140349233.EJUG5

Collection Date
Wed, 26 Apr 2023 07:54:00 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chintanakoo

IP Address
2a0d:5600:8:5b:3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7#1.5)
XcJoe7Xcs2ygDHPtAOLMfKV7UkY7AGQwnGvUPQ6uF345UnOv4fdtvwqROHLwbI3Ngl5f4dbNhSkNvbWNtKWP1NH4e7wFTrCNKGLcDo0K7deKV3vdb3Uzacbo3w0zxm

# File Signatures

SCREEN CAPTURE

File Name
screencap_EHpluS2h1Efuhww.redbubble.com%2Fi%2Fsticker%2FDrippy-smiley-face-by-Juicyapple%2F140349233.EJUG5_Wed,-26-Apr-2023-07-54-00-GMT.pdf

Hash (SHA256)
10dF067f4da588b4fbbee5547284bc988d9c083c7e13600e633d3c7d1e21c7c7

Signature (PKCS#7#1.5)
8kkI6gHiWRr7qqQ2IdHm60MY5bJdHhzgj6Hu7Ccm7cn5aBkQJuXer67qKkpBosxySqfBrHY96gTYu+2QrpNp+Y3DW1eQSN7sKm8uGFp2cn8xb7Ltf6nZ9rwfmzLdAbaq19bB3GefWEOImkeMeAan




















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Fri, 26 May 2023 17:11:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
qvSLpIAfIxNg1yfMOYBXcBomrwsjU/SecEsVrfJgI5pncakNqKN5c7sUSnaAgGrnodF1sQUbz1cJQdm8ElLJw128YbegGTU9rRsnKaguAjZ3nzWhVuA0S0lcA2lbuTIvApGaycIkrOOYafz+cOpuNgGOrlKrwV1398IPuhA4p2c22Dg3b1116Qc+OHd1TBvmy5avgRWRCX/B6UA8kr+/z/Ez
rsdbXVspfLAfxzDnI77BOCERmZ2Zy1vb/pQtVQ6lkU45zqROk2/jbEjuJ4b1/JvbmlnWtK3Z2UsYVAjQ3zA/jySt/R0m4FhprwWNc/zftMQp5tYggpZIrmFm/j++

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https][@][9][@][www.redbubble.com][h][check-out]_Fri, 26-May-2023 17-11-14-GMT.mhtml

**Hash (SHA256)**
2bc6c7e1771aaa75c40f9bcbbbb59c6c5eb4eb4b764fa27d9ba9a8f9ee6c3d2bd

**Signature (PKCS#1v1.5)**
RCeRhAttp2daDrw8ULhWttT/rrzV1dBYxxQ9xhV/cJf0z33nT3UL5kc5EMVS4eghV/V1Sf21hMp4nce6AHKaqz15KMTcUgD++vt2kPeG0g3bo59jS4+UlfdS9karp01DFlMFgdD/J4bGGioyrJZ5elGhU0jJkUfs/gAF0fgeet7Cp/2jAYC2xtOz+JGfAtp4LZ6sBc3ddz1C2sDE4Nsegjh/Yz/DFSa/g++













# Evidence Collection Report

Page Title
'Smile and Happy Smiley Face' Sticker for Sale by rosies413 | Redbubble

URL
https://www.redbubble.com/i/sticker/Smile-and-Happy-Smiley-Face-by-rosies413/144907567-EAX43

Collection Date
Wed, 26 Apr 2023 07:54:54 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a04:5f420:8:9b:0

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
JzKtVmqR8s3Zt9nrfCNGz5uT79LgEaaAvvygS9dob0bhtSCkKwd6zBnXkza2ftYfw2ClO2XVWXtEbabQe1qDf60u7O5jRkzO6XCwbabPT+q5mru1CoQ84Cwbxq6qWnCxTb765qmYcQ7TDPk9lRfw6 z6DBWmBIQGa3jSAAKUKppEabbrz

## File Signatures

SCREEN CAPTURE

File Name
screencap_9htqbdQfk9Sekevw.redbubble.com/id/i/sticker/Smile-and-Happy-Smiley-Face-by-rosies413/144907567-EAX43_Wed_26-Apr-2023-07-54-54-GMT.pdf

Hash (SHA256)
a327474bba2963126e14b021d6d3a1a6673a71586e0bd6b09eebe4645336dee5e

Signature (PKCS#7 v1.5)
JzcbXtVvpqPuaLj0nrJKteT2yTfHb7ekQrjPvpvpppwCbDLzxRZ96QcBt3FLpxdaJcQ9crAKzL8FF14XSpuLBSg13KLoRj-goTNVfoDMQIT9jJetY-oIkE3RtViNqSKekV3VfpypHbe4kZ4mmYCbnhm6oSFVKcs1YnKw





### Features
- Decorate and personalize laptops, windows, and more
- Removable, kiss cut vinyl stickers
- Super durable and water resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different localities

### Reviews

★★★★★
★★★★☆
★★★☆☆
★★☆☆☆
★★☆☆☆

• Read all 150 reviews

**Smile and Happy Smiley Face**

Smile text with a smiley face design. A smile cures the wounding of a frown.

### Also available on


Classic T-Shirt
From $19.84


Poster
$16.16


iPhone Soft Case
$23.60

View this design on +80 products



View more from rosies413 shop

### Similar designs

Explore similar designs from over 750,000 independent artists.



Stickers Tags

Other Products









# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sat, 27 May 2023 03:09:33 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

NQDWU4Jg9tr2+LF/pH4nuL8JgfvOub6G3ztvwajpC/34f2N7/gWVGgNoGAqbrYkkPVdoqFv3OW/OB4Rehq1rDdxLZ4TWEXdJCCGMX7uQZ4sDwHqAjZsGhOaWDwWOVFfRsIC/rW
noSgDT8JsWkWYA3fsXnAmeN3uU3dd6SGrSkKP77hmw7NUSF7Eaw0BbpYYncBlrk5zeKAcS/CJHgLJESbZSV8BWHxBGjUyvs4MNmrO1I1D4RkzLYVLTHLBSbUDGFQGQrO6FQazes1dvfbc39rFvqPhqqw5zI1IVDOvpVyVW0gDLb4FOEQ399ZkJEWSSLO5wyqTyk+6y8GuhsyWDxfXGxQ+=

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[fntpu]j2fsj[fn]www.redbubble.com[fu]check-out[]_Sat,-27-May-2023-03-05-33-GMT.mhtml

**Hash (SHA256)**

4da4a502c83d955223c2a07256ec35fe144bb7b34bf180d54d53aa6fd9fadc08

**Signature (PKCS#1v1.5)**

dd90oN2nY9G1VrNsGuFdNvJpcVksy+XTbtUcNmejI1cJbfGc2HqxMbeuj9Mbfi5upFiKreB40mnPtyN4jbpZUU2Sc4Wh4nJj/fnJB9A25+iUO/20V5b/UZsudVyVqwCxhmpagSyQKq/kw1UkAf/1AgmWsp3FbKcjzumsf4KXmV4bz7fL0rGSG5jwXJLSHX0caaBqHra0NhisHaAsHloo2J79yedLzNkRUvTzJbJ+clNuA+Ms/5qF7mPO5oysd8R6ix2EnzMqvdAsZY4M+kZ5h/qIzV2wqSEA++

---



Mature Content: Visible   United States · USD$ · English



# Evidence Collection Report

Page Title
"ua smiley face " Sticker for Sale by rschidler12 | Redbubble

URL
https://www.redbubble.com/i/sticker/ua-smiley-face-by-rschidler12/44738722.EJUG5

Collection Date
Wed, 26 Apr 2023 10:33:07 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
[redacted]

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Signature (SHA256 / PKCS#1v1.5)
AgwEHrLv3vBsmR7WFSqoQkudLK4GZsdX1Z3nSaU2gJmngLnMh6MPlIfM8nxjbDK3Gfck7Mv3T1iHd3WGhV9mV22xqD9sS49rwkUyVM.3yIYAkkvo0NJuKuAtoANpPzkq3SQZQgSIrHNQ6dLNJpe+H277q62n

## File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_|5r6jvxjZEU9|jkew.redbubble.com|5r|5|sticker|5x|ua-smiley-face-by-rschidler12jtqhs473812J.EJUG5]_Wed_26-Apr-2023-10-33-07-GMT.pdf

Hash (SHA256)
8ae5455ec6677b99c09fad75ca59d6rb44dc19edwd94tbdd685db6

Signature (PKCS#1v1.5)
5cLSXtobAqkJLJp4AzhbZ9MF5pA.9eqmYyHMuuoiF3OO5NEfSE1AEfw3w.tn7LT11hY8e6YnrK3Xw.65PnncdSc0qLfnSwFAbnyYabFgHVncw1sh5U7ny+b6HIBYdQr+D27.5JBJgTu36RQ8EBMIoZ967RxBsH

## File Signatures

















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 23:20:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:49f0:9c00:e896:f762:a48b:338a

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
cA1Y4Ng1zHDLnFHHDfVHwcmLUa/GZ+4fHR14idrHoy6XvL5z7VhDNrAZQfoBLe4qC00HFgHmXkqZEtgncdBojRwbvZJBSLI/gkTVUAbTv3exUqfK61q4a6Dohq4t4WFPh9bvjQnPEXPrhEQcqwrGrX1OiGDSoJWRWO3bSRL4Qdrs1BsDygoc09HKT4bA3PAC8EWl8X+O4XGAQwy8SHrj1/EhvjhaitEqueN2NHF30/ZB0sfi9WFKxr1L/2l7gj3lmFQ4jE9KD5jFC4iX4iteGw0oeQ72DYxLF0jboJb1/xNQBQAKMuzbcuLUmd3vAi1LA4HkFw0AmtTYZwfnCA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https][2f][2f]www.redbubble.com[2f]check-out[]_Mon-29-May-2023-23-20-41-GMT.mhtml

**Digital Signature (SHA256)**
be98d57ffb328d13a77fbd67d23380b21be58f80ceef440f528264cf4e12ae2a

**Signature (PKCS#1v1.5)**
RL3NwzGtC6aOiXpxhav43clsNfe6XiPacbABGF8XdfNcigev/VqwD+zfNrbSTfBexJ433QIL6MXD9i1TcmEDkA3Guw7cAwKtPA+4fMwhBOqvhtzUbuyGwDHzLi2Xg6cILozUdnXUCCM6bKFCNJ3bufkwENPKcqWiLv+Vh0GtXC8e6RXXkwNfxG3zawwwTtSnkm4c/qFOqWSOsrVVbJmeJ2gJ6fhT3WjhIxj46UcYOLSxCf08eSaTeHeAtYCn1JzU0SL/HF7mhosuPVt9FBMWat/2fNw9Q6f0m9L/S+V9GNo9Am+xnt3E0ebVY/tXqrr/kRTsVLwzas/QdAf0xZxTcblrOkagr=





# Evidence Collection Report

Page Title
Yellow Smiley Face' Sticker for Sale by RunTown | Redbubble

URL
https://www.redbubble.com/i/sticker/Yellow-Smiley-Face-by-RunTown/48875149-EJUG5

Collection Date
Wed, 26 Apr 2023 11:24:23 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chiriboboko

IP Address
[redacted]49.84.9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
9bc75c3j57r5fp2p5gs7p27fecr9JL8MwrsNSTdsE0lTbCkoqQS1GXtJokkaqGsoXrjXhdoid4bocoom9AOGnEEqAag9po4nDf3AknaomQ65AnUksdlbW0sNnEfpgUDcpwGaSnt1886xiNkxQeW3kmtIt5Cn+5NTKFPT6pgOCn

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_ZnhqoJo0jPcbmrm.redbubble.comEGQEpkeclertOwEdine-Smiley-Face-by-RunTown94887514-EJUG5Q_Wed_26-Apr-2023-11-24-23-GMT.pdf

File Hash (SHA256)
2c1e53d56a133f233979e04531bbd8054sdfab1bfb7201f8da944dds2e3a130

Signature (PKCS#7v1.5)
pfkHUqNshns0G0n1oOsD1JVGt00TSD9TdWIHJ10sN1Zm+b4MCk9R10CMf1J1RFGdBUOQnSUAchHfBvHYd5Pbof7bZ4YU01Q05XB82K2DJUsMrspXC0uYjmtMNH7Yv+H9UssesI1OR+m0d07mdb3a2Cj9F2msJ2msQoo





   









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 01 Jun 2023 14:58:20 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
112.200.70.8

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
enFGPPUa9RBcfpDy2z5VSBK62NV4ZW7atZpTBv+pHSCSRUjGnPGFm+EVP7iV9GzaDUb7VYtPamhruifgfgwjV6mK6adj74JavKZ6BxQjNUQmtxDq7hjfkAsNQPezrVx+NirGayoxV2pXgU3R2pWTyWqGbslMjSbnvd+kfnoikYN6az+0Y2waCqnULDVgwtXtwmOubjQTOnyNvXSizvhqB+bgbOMddOhnu/VavhJMSHnVEeg8RT8gvHR63Y3RSU24gkH4k1zXemHcfVBiBINbzfu423T MHF3faq0muWnHBBiToZiGUTPqfVO1S8uc1CTVaLdBd3ocC1NG+jQzvQgQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[s[fs[ff[u[www.redbubble.com[h[check-out[]_Thu,-01-Jun-2023-14-58-20-GMT.mhtml

**Hash (SHA256)**
198c5b6a8bd01a22fee3a267913 14bc202a7ca195db5eb250fadb1daf38ff24e

**Signature (PKCS#1v1.5)**
CNRhCOSdJiw2a6juSb9CvZhC rcrUKB3WcvYgLk4Gcz+KUVymHVQvbVYcsGRAouZGodc6AvoN6a9ICKUb9OcZ+tYppT2ouq6Xm 3eyCfyQF/4Rs4IUYJdH8b/gQ0T5fkExAiFD+UjkMa9KQGi3Ubi11T/gf3dpikL3kO8QUTE2tM+EMoasqQ8LqO k1iT3F7+U/uGRbUICev8aWRA9sLf5ngtmPVGbb/4CKAc+XaX0AXzgeNTCpFA7vVjGouWdwQoMYSRAU3yrfM98Ndyu40RmfpRFBhqbQyYjRqCEG3owTvfI16wf4o+ZwYCT2qQ4ZLOupV6N0N2xQW1TURjw==





# Evidence Collection Report

Page Title
"Smiley Face with Headache (black)" Sticker for Sale by BYUBAKUDO | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-Face-with-Headache-black-by-BYUBAKUDO/43434236.EJUG5
Collection Date
Wed, 26 Apr 2023 07:29:30 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omnibedusky
IP Address
34047660.9.16.9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
X=WS=ObtdrkAs/efvtI=rdL/jQfdhOteyySyzWWy1p,u3fTorfaf/UkfoLkJZLyJ9iSGSbLaMHgDkDku/knNuNHgZd7Z5rm6jqpAbVfe1Ak1L26.u53Lyeun=iQ86tuf1A0U0S8h0SaPkN4dOnsC8cDSr60T4OnxOwXvbfhsMtkN8SN

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_ZHytZjQ5FQraw.redbubble.com9%2Di%2Dsticker%2DSmiley-Face-with-headache-black-by-BYUBAKUDO%2D43434236.EJUG5_Wed_26-Apr-2023-07-29-30-GMT.pdf
Hash (SHA256)
3b09584b10=c031-bd-0FEu1auI2wGN=9fGfUeSbf3e181fd3dae5174234d4f4b7e
Signature (PKCS#1 v1.5)
Ga4df45lua3pG0Ifdir10y5aSm7mSDwNg5NdG7cO06Ab75qPrigkdqA3ky7JbHp3v7dTrJR3ITpsly5pQmUohBW2ak4NeODu/IG5auHvdk7mn2GLywmNlxVQyk7h87oLur9guoNfvSkWxb3gyg6ijUm4Axn

























# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 10:25:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
FQ7v4kL0gm6kcJqSLdGObf0Smvu8Mhm45mSnxkKy60D2aE7NfCmT3mgYeHsLEiLJoX8p+3rMhvn3scSGTxgNExV2mqiTvu8aH3upJSrDGDwG2SmK2nXoZvXi9qXEg0JoGCbwU2DfMmfxW+3axSGTxgMdvn3scSGTxgJ5JoGCbwU2Dg4vMccKGTdKvnm3cXzd+3ax8Jpf/pTxyI7JKWQkh8v/

---

# File Signatures

**SCREEN CAPTURE**

**File Name**
MHTML

**File Name**
screencap_0htpsJj2h0j0www.redbubble.com0j0check-out0j_Thu,25-May-2023-10-25-35-GMT.mhtml

**Hash (SHA256)**
23ce713l4b1b8e0b4e67d165345d89d5cabf9c6a5432cf00f0aad4f9af048

**Signature (PKCS#1v1.5)**
ExJ4bpuGC-faln4v4GFac4ftkFV+3jxFWnDLXbirfl2VjnJv1co3p9lEyvr8q2mkYVhLJ9h5ZIE8pZ2q7sqW7kbbYGqGpMXlsq7cgv200r6xLvm+20Soi5DMVoWsatVnm+0k4HuCxxtDG9FrjFDKhcL9ZJai9Nv+J49XTKI09r8m/i/wajDJYGeMgIG7Tc0rGp8ydVdhmcL0dPvZ29Y+YLug+

---







# Evidence Collection Report

Page Title
"japanese kawaii cute smiley face" Sticker for Sale by Satrang | Redbubble

URL
https://www.redbubble.com/i/sticker/japanese-kawaii-cute-smiley-face-by-Satrang/79917243.EJUG5

Collection Date
Wed, 26 Apr 2023 07:29:00 UTC (UN Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chintubuntu

IP Address
2a0d:5b00:4:fd::5

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
BuV1 aftwaqj3 Sg4AujLAuQjdBwaAuf3FQh7CRBh.nBqRLqPTy5OU.654QW4ftmfmkcTCKiZFvaEFx6k.k1LxFiAtVcaof3yj2SatQXSViPD5VVcGuQ1Y1DbCXXFGw5ytRp.snDssIwpvl

## File Signatures

SCREEN CAPTURE

File Name
screencap_BHpxuGEtJh5save.redbubble.com%2Fi%2Fsticker%2Fjapanese-kawaii-cute-smiley-face-by-Satrang%2F79917243.EJUG5_Wed_26-Apr-2023-07-39-00-SMT.pdf

Hash (SHA256)
BkTwaDWFAqQ7weMsn5b7VGo5ebaEkHbu7cT9abl47dabb60739bbdr58T36

Signature (PKCS#7 v1.5)
uuSLU9YThJYh+btLy.fRdyVT.zuM1.gz.NKFpvHXQkHfK.JbGNd4.Jffqvhnnz2Se9wPrty54k+VheBmHMQpUrmNimmunuP.DbHh9wxQhQeu7anxeRxQ5B6wTQkZGOnLyd9prkawS

## File Signatures





















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 10:29:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
CXJQwJYQMHWVE9hrc9ZwXbzx8de0Dg9SbmWZ8z17yhnGaAEl/NGaRa1zhHzxxMW9mjFgxbabhVLzjUmhWzCnOr9ewAV05aSXzuSe9mHb1SLmFKA7TyKwtYCbqF5GRXZM9zWLIYD115JpvAbS9+5aqPqAB7HiJ/Wvgbhk9kPfxJmuJvkzdgzJT3WbFNR0/IfVqVWbVY9bVGRUs2iDhw1qvs43sD4NWkMwPbbhF5hH1JL9zWqlm+EWFqxqVmBdbgs7fRoMOD6BtK9USXKkqMqL/KRl7mWm32ZqZzxnZ2Ca1CqgTruAYCjFvK7WbVDKxcvfZLhw+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_8htpsJj3fijfr@www.redbubble.com@s@check-out@_Thu,25-May-2023-10:28-08-GMT.mhtml

**Hash (SHA256)**
4dec566a6027335df39ec0a3019d4b5fc9448f7f3a586bf90e65432588028b

**Signature (PKCS#1v1.5)**
jAkHrW9ZHzd2pzzF3camAHuUQpnWv2X1bfRBtYY9GwM9WG+Mt5bJGZdn+ekBjus9ezopzVTP+sMtbhpG6bVVLLLrVMfFCDkuZbkt9XeHLmEovFK2fXSXmfr5rJLPFsvzpfik5SAQtzYVtK23zpgQ7Mtx8zFRHYfjiMAC2rKxQ0rLhbhMtZ9vSqRGCqmxDfbDVQ4zV0rcXXNuzPRVNQ1xDtDVGvKcDBuoyosuzD0bufNa7EoPY2+O8t1wez+D+Pf4qrrVQtYwaocSfXd7C7V/ntNgpMEqpLO5EpvKkGASzpQ7PR77YsBT2n4E1iVD6qSDZ0j+



1 ITEM                                    $2.65
SHIPPING                                  $2.47
TAX                                       $0.36
SUBTOTAL                                  $5.48

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

(includes $0.36 in taxes)

1 ITEM                                    $2.65
SHIPPING                                  $2.47
TAX                                       $0.36
TOTAL                                     $5.48

Pay $5.48



# Evidence Collection Report

Page Title
"Mini smiley face' Sticker for Sale by SambtackStore / Redbubble

URL
https://www.redbubble.com/i/sticker/Mini-smiley-face-by-SambtackStore/77639609.EJUG5

Collection Date
Wed, 26 Apr 2023 08:10:07 UTC (UI Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:6b00:8:16:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
n5qobXBtZ1GvkxtXgj5T3FSQrsDGdAf4Q2ZnRwDBNXitnNt5vwmCCYokXkbWcfrPnKGzrXIHLeKNxLs35xwjGStxQC45dvoUU2EFtKzVrcrjPcoEM6mXhJ9mYa0KiWoeNDaWJJd3ooKwgF9soimngKWhfr0ivb6MKPgi+

## File Signatures

SCREEN CAPTURE

File Name
screencap_0hnjsGQh@screenx-redbubble.com%2Fi%2Fsticker%2FMini-smiley-face-by-SambtackStore%2F77639609.EJUG5Q_Wed_26_Apr_2023-08-10-07-GMT.pdf

Hash (SHA256)
aa1aa75e26ba11df10d0f45027f6a05da63a18c71a49d4d01bdc2b0bcd10

Signature (PKCS#1 v1.5)
0H060HMM1J0JhwaFeRbP7RKo7LQ5P0Ss8BScvK3KHsZqams1apqTQJ2oQU354AtmYXUjc5hh1U3Lfc4Wkq69eYYNuyrWkY0SZ8hQ3gEwHyfdY8H0RxQ0/T8hz176bgmRLHj98haV




















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 06:52:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4924:ce00:5dd:8d57:840f:9765

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
kfmgz5m+zV8nBZ0GgOH2WmUFbft6t7wwm9nV1NF5mOpOVL5GtRaZ2SR+4/kyB/RoUoVsVWyMiOTsgHCdXqaLsChJDqeXODD7Sjb7RSvCoVUPo1F1NFKdwW9UEMNIvkMNL2MPFvcAGmG9i+iSi9KUQSqjVOih2FQ8ZZYKO1GGKl3o7L9hQoMlbFEbHfn2RlVdFvwltH1dk4C9XBInokZ37QF3msjgV0nmberJG+4fnaBvBk8X2fswk9F1TmfiV5bgQUxvrkmhxfffgraJ/fvhrfa9GgqwhGGSJ 6xxxdc9Cj8RtgsujgjxwrVfwfbbQiwiLAC0vCGrUqhQtianvFmq/jtwJMQnXhe7r3T1pfRuQ+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_jfntpqjj2fhjfhjfwww.redbubble.comjfhjicheck-out]]_Mon,-29-May-2023-06:52:26-GMT.mhtml

**Hash (SHA256)**
9bcf03b33d80cb151e622a51f90e2a8aae00ffbd583f42dddebefffe0fbff6eb8b90

**Signature (PKCS#1v1.5)**
m0go9WrV5SGQrjV5bqZr5/cLcAOFlJN5 bjZ11gsAdzwu96 9RAgbFMzlPLivSYx4w3jxqu8W+4he83cbH/xTC3RSB6A/8htVlLGFKtrqGdtccocsvxFK8q1oFeKjQ1wfhtSUbxbbGgbOCbyqUor90w4/MkVY8OxmpKxS2PxOrCKRrx3mQxSjz4L.g5TAuaRaaSAyB8tWmXm2XtzwmhtektpmSS+0x8K7XTw4tj1g5 YWwvCDMiVYwvKUyXbXuOJrZxCeL37YWCXkgOZsfS7bTTMEnfgrMMQ2ZQHpHanH3nhRGk8wwwBBODDA4B+FtXvghfkKfbM17VJzpuhN63zhwnOq4gg==

---



   



# Evidence Collection Report

Page Title
"Smiley Face, Graffiti Face" Sticker for Sale by samdoesedits | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Graffiti-Face-by-samdoesedits/73978447.EJUG5

Collection Date
Wed, 26-Apr-2023 10:32:31 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a04:5600:8:36:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
bYt7TLrWbBF4a2nbGALKbaBKbpbY3UbExcJMeyMWkdObhPF2kbGMXIaFjz7VpGgbeUTCbeCrwgmD14SrMBaRmVnM7ZvE7qBjUW7rGqa=vUvPQGXKLdPPfdEt7VUV6MMp3/dLJ0X0hT4QETvwfyj14bd9ygY=

## File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_[httpsJJ3][3][https]www.redbubble.com[h][i][sticker[b]Smiley-Face-Graffiti-Face-by-samdoesedits[b]73978447.EJUG5]_Wed,-26-Apr-2023-10-32-31-GMT.pdf

Hash (SHA256)
b8d0f12e0a4273b3955140bacea71d970f99ed21214997409f46721SBaa46bfb

Signature (PKCS#1v1.5)
cp8s7=OuudPED3/KUSI0mno/Hm/PBUN/UYYOCH/rHvSv5n0vHcUVuFgcBqMTbMAZJfJLwGp45EstKCDcoESbbc3xFu/nuWkbTtdnbFBcOGwuDgU7Un0b5SDR0zLe+mzsq7LmuRgAdBC1gRkgj7QFVRY0AQJ/AbnD8mMJQ0RX2bbHVg=







© Redbubble. All Rights Reserved.



# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 16:25:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:49c1:a100:7c12:f027:e49f:ae6e

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
8g6sHkNq8NhSrglvNx13U1q8ohZ+hwTxf39UfVvwnwsz89SUbiK11BHbBCdhnfoH8HaZ6BELkgO9kFLifkjA3cgWVQewSdx14yV42mcpmAoF82q00RhOTeWD3LO2dbpSfveeTyH8QThc14A7Gd0FS9cH0dnfr3EZgHgd83e5r9JL5S5TeZ41f82mzwQAquTdfNk0cF1uy0iLRXfF4jF/
p2hx6DfxE0ZVstbrmD+vzqqpYRpUpMtH/kJp2/5SXSeD3csSrFkqSzZBg8nsPq0ihMF19ks3Ps/a7rejsHrBDnq6kt 0PvS/Tk/VqvqkSf1cX7ZUThs6hWRRBJ7cTHmc6/ZKWR0Fsut14EG2r=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_Ihfojs]JhJ]h[@www.redbubble.com]hij/heck-out]_Mon, 29-May-2023-16-25-48-GMT.mhtml

**Hash (SHA256)**
eedi52kfks8519bt01bb57bfF7a9cdo7249218zefi17E2605b69d5521dbd7aibbe0

**Signature (PKCS#1v1.5)**
JzoHMAiUytpqUxaxdESUCDFR2mk0esKvqJ5PY4VoCbuXwQRb3bdbxZY9Hme1s+40QHHwGZ3sk0boPjFCvhSXFZ5KBeOJ1Tfhcg3X9bOM47Nxf/LRzowUiRTBfhFLFyuGK41taGhJJKu87Cc3Cy5eUr2sVW8ar6V7rgAmuKa8/
I9kCfsUXMdQY1yhaCjuxM0tAo48BKXS96ELskHsp2GdevrDirEaTxJYfYGICTap5bmYj9xi1TeTUZfhBUTLPghszGdxgsgsbz8fvrdkp9y7ei5u+xbvfox5GrVBJ0EsAyhkLmFJm0nKHw0FPfeNeYI0hiZNTm8458XI7HwAJA7LtQL3wO9Twr=





# Evidence Collection Report

Page Title
'Smiley Face IDGAF' Sticker for Sale by Sansreine | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-IDGAF-by-Sansreine/71037.EAJUG8

Collection Date
Wed, 26 Apr 2023 08:37:25 GMT (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3dd436959.06.0

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
cx7xhHFq1Vq48v2aAG+Wth6E7cRNebvfAZYqXahRL2kjZsxyFG1LaekkS7HM4UAn3F3p9H1mLtjrBCLsGef7F8bA3+4GsyaMqBK8kBe1WGzbg+1zvXGjdHWRNG1gMFs1gfu3ekSqGbKzeMGQpBv

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_0t4pdJm3Z0pixm-redbubble.com%2DSpiicker(%)Smiley-Face-IDGAF-by-Sansreine%2D71037.EA.(JU(G)_Wed_26-Apr-2023-08-31-38-GMT.pdf

Hash (SHA256)
1e113abf3e2d41874706ca0ax0a36ac30e4153dab 10be4e201bae20f30cdd4bet9fd30

Signature (PKCS#7 v1.5)
gZvDDMbzNFmK15Bpey67NPqrys2Py440G8ikIij/2Rr6+ryrcS7rAhVWg1DKZ2wdQcCEQk38eTak7xRQ96tH367Gti+MbUXC7Hk4Dh1xfHmmxuLHs2N027Syk2W6KgLbJJG9G0JAKGh0uKU8f1QZNrc



   







# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 08:03:22 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4424:ce00:5dd:8d57:840f:9765

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

gCPVoh4IgfX+yAaEjmIxO0yxMzPLf1EsCZUZnkfNRu/raOpqG4e55LV/F1bB7WbKjaU6Apgm83085Bm0T3z15SYtLZ9KLgilxBhvAxDSo6pn4qmwtOnp7vf6nbQeH0ROguCOP6G2JEDMuycISZYVgSr5hyHyl1Ytj/Zkq7J3INxE4UJBuGqQMn1r
E2BJRWjlgZ3Bfb7GzYBhr9xH7oo5SBTdpIvVBELSRWubDXTIAxQ 6rpj368po3OY+rCPJ2arkeyzxr3DRReJSaEr1/fz049+r2C0xINF9yrKxGqjhKhD3MfIdbJ86lg1orm0Sf6576mXatoHrAfbUva/DC9RHmefrkgSbrpts/pw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_jfntps]jEfhjEhj@www.redbubble.com[fs]check-out]_Mon,-29-May-2023-08-03-22-GMT.mhtml

**Hash (SHA256)**

3c46050c8050f1605e151bf6bb61l/d01125321fdfe68585a764ff6f5a21368107

**Signature (PKCS#1v1.5)**

IHhTmtAFgJpNrhEwO5LrxwtCO7w/uQMFTrGmVvpoAKXTwmQ5afAkAWHSZMYwbXwg9Y/L5JTcJCqFQpzl]zatxgN1rm4jPLb8N0/D5BFwfm+vQ/FTaQ6JIAD2Y4f4T8uKu7K1w4dZbjg1EZxGHTJnmb6vuWGSs/rY35R5UYy3AO5o6AXyoS6H8WmPW0EEF4Z8F+lbAJzKoDG/
+AbD7xaa8xFQdX3l4FdtzmllsrCpC3URrdjtYY3OQg5U82SVnSx6RNmGnzsXdm3BN4Zy4]z6nnj1cLXLZ1msjjBoMsDqpN7bexON+Oktvux+6YdJWtLVcCBdx+VQav6+L4g/7DKlfLNJq==










# Evidence Collection Report

Page Title
"Smiley Face *" Sticker for Sale by Sarcasmagic | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-by-Sarcasmagic/72033996.EJUG5

Collection Date
Wed, 26 Apr 2023 09:48:03 UTC (US Department of Commerce | NIST authenticated timestamp)

Collected by
Sarah Ovdowobudiu

IP Address
34567609.9.36.9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
00AK5QJ4C0167NU03fM8Nk/Cl/pBcigZ2Ss1x/Dam/pkp2QCIc7nqKHL9TdRqcYsNBvZ5F6Hb5FmuQXNNjCf6ag8fBWWH7WwZgoGGaSTqq18iba60Clio5mV3rX5fKB7PvDyanvBKnQ/dVEBS6YdsXbf7xwzqxxQVsGQ4f4dae3KK

# File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_[Imp4]@U[0]phrome.redbubble.com|h[U|[k]steo[5o]Smiley-Face-by-Sarcasmagic]h[U20339996.EJUG5]_Wed,26 Apr 2023 09:48:03 GMT.pdf

Hash (SHA256)
6c1hkOst9c115ko5ZwrdcsaSbfH1e1117b6sa5fa34a5dd063a07ca959

Signature (PKCS#7 v1.5)
WmdnwKTFulsVcVtQ0J9dbAabAgqasQgeM7GGCoy1kx-J/u80AAg/s7jAr1q5GYFojwmdfZ/5L3Gx0Rdhvwqf8BHp79844k/qesyBRDubp1BBdKLLxs4ltFfVfvodQkbhNu9CdkJ5XtJ9sgKC4Hx3fRdEwt5YabuM7pqARdnoyKT-LmJ/sHwn1r


















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 14:37:58 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ayYAlWigyU6SXuAuJhWnmfRljqzX4DSwb7LDMYKoDq8LrsSbADLYSN6dU7Go7BPVU5O9MT08wWvnUI2Qy1vhwflmRKbPul1wtygqBsmPp3LI7so3TO3okZ3El2qUg1tVmma5gHcYhCatRPRVra1BRYqoTFnAQRpNe4T42Sy8/wEIMhiQt4E0Sb/O0cn1ZbAMMSAUjnJ3QP9L3j/fpQOdtVXXCZjpX+EAr3RSzX9tn2cJ5dWPrIkskKipNE6RtKNb1VWuC13bzZ3itkzL7mnDGyY5esSGyOV4boPH7lit3zsF/5+4nFcbOKn/s1

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][5]@[www.redbubble.com[5][check-out]_Mon, 29-May-2023-14-37-58-GMT.mhtml

**Hash (SHA256)**

3845c341b7daef1ffc6925612d1a0008a86c26609cb1f607d0a198ee1daf67400

**Signature (PKCS#1v1.5)**

W3woDwnbIcYTkydRSkHNtHtHFdfVtrHHPj/aChcwqrcL3MjbFehSGjnDSH+GAjFZ3kGPBnvUzSWBSfdtx4ZwhCQgkDGuIV+TjvjZRQgUTGLitJH2sJp1+vdrHgNmnAwAjxjCz+xZsiPeHoPotu4WzCBoNbVhNx1fsyCDmpLFf1qDcbwLqu



   



# Evidence Collection Report

Page Title
"Smiley Face Flowers" Sticker for Sale by kathleea | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Flowers-by-kathleea/109493597-JL6.GS

Collection Date
Wed, 26 Apr 2023 07:58:58 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chintobunu

IP Address
2a0d:5b00:6:0c:0

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
NHSHKaqC2kMmCn1oHg67KAmhBg36pdF3kz6UtoE3YaaAP6PTmxuPVPV+CfQzTBuXQBe3psRxo5GXL3VfveTYqdrq8JQ8VMaNQLmfiSPsaT1o9uoS0JPCvUuWA-RbVI3eUGHnNWENE2Qn+

# File Signatures

SCREEN CAPTURE
File Name
screencap_fjhdyxQZ3jfQmmx.redbubble.com/fjdfyd/bristed/SjSmiley-Face-Flowers-by-kathleea/fjd109493597-JL6.GS_Wed_26-Apr-2023-07-58-58-GMT.pdf

Hash (SHA256)
3ddd4beb47ac47252736ES41j7a6c17365x7fjkkb346fd49RNa6Nsk5d3fh573b5

Signature (PKCS#7 v1.5)
pfdSkccgzdQ1nsFdAjpiCA3 jsFtNsR68VWbN/Qaq22J2eTa6sn7AffN2dnGUuagac06uc+kb8ipFAbbT/a4sIcxgNgfd4/rau8UgmdFl1/UUzUZb6L.an1/AEcmv0crgntpDD1mrmvgrWdvaUVQLG8brUMasSAOES+














# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Sat, 27 May 2023 03:51:03 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

mVdv6iYvCXfAURljdJzg7SgEcFi71YnkcjWGgKS9ekbGX9Iyn/JX9XavXDwJoTw8e1UeemnX4LlXf58Z+Dk1+HOw8zQrGF WmpRffpyVY6130C8p9GJFTvYGJoyedoW9hQ1h7I23NSspyr7VXaKSdhcoYYpxjbh3NBFmoK4nfigULbLiDGe4QdAXeOoXeem8GGi/TMhqf vGW6w+ONekH71Zx3bZSdGhqFqmFXmdJ4pa04xTSpfMpEQJwZ5XaYYspozVoGjNZ3uJp8fdo6Z1NauqQKQqo/1U HuCPRETl3HGjHVFgdIpgiRzfhrbFZw+Dw6SxRg==

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_8hltpdZlljR@www.redbubble.com[h]check-out[j]_Sat-27-May-2023-03-51-03-GMT.mhtml

**Hash (SHA256)**

fb98b5b052ee1f60a31e38a6b0d2a290fa1d8826369641b1ab1d60ccb228817e

**Signature (PKCS#1v1.5)**

IqDPkTYDjLQwnrYF4puEOzfXPqFi37BmVQfiVE+DGxDXVxUroq9H04RW8s2PeFjEcmDDr6Xbw/At3FZAzkn1E5w7KJbakyXGWrK1Kc7UrMKhfL/D85zy+AGUuneEB8EP1aKGrBaFccXmt0N9dNzbAdxJLlZnhBnc7FBMEDQhqkumC13DDXtNae4nH4wcZ/41T4ECPiWmKXZcmSd4muyBtRnhfwMdEtM8NqoWu/AKwLLVCd5Ni+M5Mf0Cx7umTdxJAdkKO+/0k9AgsEw3BWwoyJg==

---



   

AXENCIS
Anatopsite Name. Seed Communication.

# Evidence Collection Report

**Page Title**
"Smiley Face " Sticker for Sale by SaverTheStyle | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-Face-by-SaverTheStyle/63693002.EJUG5

**Collection Date**
Wed, 26 Apr 2023 04:33:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Omolouboulou

**IP Address**
3d64760f 8 8b-9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7v1.5)**
VKYshGb0Ovhrc/rLJjXnDkFcucAfoh1t5o63x59B5EbsCWmg-NoApzaZ0bG3UQmi3lyn4n3lvDaeAzFQlatBc9IHZfd2vm1FU/RhZGW3y7mWpVm-bFWpaxqOKrxkhKOuZ2p6OivTz3kc2Yv/bKrrm2owZ3wk74i-

## File Signatures

**SCREEN CAPTURE**

**Format**
PDF

**File Name**
screencap_[images2@h@www.redbubble.com[h[5]dzrzhkesi5d[smiley-Face-by-SaverTheStyle][h5dz68163002.EJUG5[]_Wed, 26 Apr 2023-04:33:09 GMT.pdf

**Hash (SHA256)**
f6cad5bf8f03bbc7a51b427f30oq2441f5w5a2a687bc49740fw7ek5w3q8e87ee7f1c5d

**Signature (PKCS#7v1.5)**
M15OK9f6q2UiLccdFGuedE1t+hKg2UfhPcPmjCuGLRgaAzMVr1seqMH1baV+3JSt3uJL6pygHfyrWRPbfvG0iBpxR0OO2fMCG3oL2dr9opkGE1KH4NnF3Wf5Uhfdw5bc4=







REDBUBBLE



# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Tue, 16 May 2023 00:00:04 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Burjs

IP Address
175.176.7.133

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
eqQIoyLiWlRtUonytnLtMACAzcnOGnyyiKvLtbBoquwUMWxCpHmhWW8YlFteVhYHFhVhpyoQimpyJadr44jqQ2axtTb47Xppz1Kt2nJ4nXfbVbq9N8BoBwnQpUPbr4nZy3wN4DKtL81zpuJqQaMChY7caaxqpUzd4WKJp4dsx7I2E9hG0bsw88n+JpNTgxyroFjO3zKD
+KkQ48h6JyKXX9Jnzpxotlno7n896OrXtnm7Z7CaRv7vcxOyirSLt0d6baQ3JTk7RQ0zUYoSdM48VmIRhY9HraV+bVL2Rb6d46900x83B8815PTbZwr2SCQGwtn++

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_0tmjzzl2fhJ0www.redbubble.com0b2check-out2_tue.16-May-2023-00-00-04-GMT.mhtml

Hash (SHA256)
0b28fbc5be7775fa8b07ea9e34f9baedd620e102c2b140f8acbd28780008530

Signature (PKCS#1v1.5)
k1Lwk37Bew7GFoO4HfJxZbD1136WpAzMmpKvGoAbaptg21TOChRXpuTzt6D8docinaghgt7HdGwpVD0B01W3Gqzb0OG5Sb9m4BVhuYcAL0Rvin7HZP8rPk2jdT44ALeVFTG2tnpFux4l+Kq3nNYYivSPin1gJr0tL8VSLnhdVntbbzvmHkxHYCtWxGuqgxb3Cww7y
+nOrHO3XBjnSdXR89byD0Urt3gwtGwT0nDm3KNhebBQy05ycvkY1ZO4Ht7AOm9p6BgC1eJpp+5b6tHN2o++kkf1oyRKYin3gx85d3d2v1t3lDBowSB+1MOjq9H3aLL+kSx+1m



   



# Evidence Collection Report

Page Title
"Simple Happy Smiley Face T-Shirt - Simple Happy Face Symbol Art" Sticker for Sale by SevenDesings | Redbubble

URL
https://www.redbubble.com/i/sticker/Simple-Happy-Smiley-Face-T-Shirt-Simple-Happy-Face-Symbol-Art-by-SevenDesings/133714581.EJUG5

Collection Date
Wed, 26 Apr 2023 16:36:51 UTC (US Department of Commerce / NIST authorized timestamp)

Collected by
Sarah Christodoulou

IP Address
1600 5459.9c.5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
IkAkQ2nPSUZiWkMzQm1jJ5fanGkrGSrUbWd0HwCEZeoB4gHhxxxxx

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_[Empty]E@[Simon.redbubble.com[i][Sticker[Simple-Happy-Smiley-Face-T-Shirt-Simple-Happy-Face-Symbol-Art-by-SevenDesings[132-4591.EJUG5]_Wed_26-Apr-2023 06-50-50.GMT.pdf

Hash (SHA256)
4a4cefc7734f147dkkkjs7asrb57145d72dd7cf3af3z6l7c925690fd44kl7494k

Digital Signature (PKCS#7 v1.5)
6rz6VdsSkd7027h1ankmVotL4YkgPJxaQXjVbaP47.wLrQSWeRpD45QAR5gS.tFBaUQMbbOAOzHk5ODDGSQ3mlvkgIBTYRZBRyZCzpwtg6Bcaw0mSpUptiQSzdQkM1SQoB2c4o7JzfDtkhbBfw1SZH





   



 





# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 00:28:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4563:800:11f4:a369:c87:0:bf33

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

MVwt4pDKVK57n5SNv3RdiDLHq1awnaHdaVx639vZHCtKbFvf/i/cBuhY8LcBxvgdKiqxCxjiGSG2Pr0xgSSMqrJdmMtAt1xcPHmHjrZyAP5ZtE5KVkcSQ2ro9aMfdzJ3wN9z+T3Up5cuA2/UDQSWVmaDCCCAoQZ7WnY/iceevU4XQ/n4fXmg/CYXt/Jsi41A
+g5D/G3B6327rFX11SefUqBN3iS4Br1y4cibv/UFhcBOrCdN8F3Q3iMtm3GV/v4Y1HmqV/n1rM0DqpAY/p4/Jl/LiKDxP7V7/VYf92wyq9HBQ/yrpc5vU/2HNAMDea4Mia3vRXw+rRmg/oTy/O34IZLisZ/d0+vNIbGr=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][0]@[www.redbubble.com][s][check-out]_Thu,25-May-2023-00:28:42-GMT.mhtml

**Hash (SHA256)**

636f95287c4e5659b3eb0d4445d76bc038dcb4c70ba0a0b43b7605d57dbcd9d83

**Signature (PKCS#1v1.5)**

FDmdv+x23gfaY5V8EP0Yv6zowU3y55SDmUODfUusLJU8rHsYoGHQH6BrmnaT8N27Jg2iHp3bznZPepkkVG16SHXp7yAOLg0nV7V0aoO4BCkKhbuyeuyCVXkWYYN0+ddVSALcWLkVzSy7yQkMM+JASj8NmVmCgFED3njvOxZrfn7ZUfAY+33jywfLoxkpq
+GX34wcGGfJs7HnzUnHoqCOLfaF2snjLvesr2BOMmycxv2Bfj2SGCjsBvV48sxdimJnH0g4tUJ0eyznfpUMbsErAKXNc54vSMkdkBzHVJUkGCfWnj/eOxQL/CQUbY7Wa0Q/uerYJ/KvDvXeyqQniEhwCkMtT76/yAbhmhbVMjQ/3w==










# Evidence Collection Report

Page Title
"Vintage smiley face sticker" Sticker for Sale by shams-ambi | Redbubble

URL
https://www.redbubble.com/i/sticker/Vintage-smiley-face-sticker-by-shams-ambi/44300188.EJUG5

Collection Date
Wed, 26 Apr 2023 06:51:11 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a00:1600:8:96:5:

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
LrV9IkhzZmISpf9dSeT7Xhsqj9joJjV1cU28tF4SWLdxSyDQQ4N8RY29DCQjeBDAMUvSLFmYyBEIGJ/YVptwpxGODPVK9nF8aE8bzWD/5Mf0ok4mOngMs/wweakj3mAoqM8mnfK7AAF1jb4sXbAhFLIeQjjZZ54r5qiMROISPBU8+

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_j[httpsJjJfU][[www.redbubble.com][[iJ[[stickerJ[[Vintage-smiley-face-sticker-by-shams-ambi][44300188.EJUG5]]_Wed_26-Apr-2023-06-51-11-GMT.pdf

Hash (SHA256)
bc9f4c0c20a3d577f72a516e71471db1433265b32d440374e1c744401f336064ca

Signature (PKCS#1v1.5)
I51SIWsQ1kkJAfkr3qkfkhk1Bcsw7h5zVrGLgtmBgVnKsfUfZVVirfZxg17wdbAkiLiX3LX/OvxWhkMGLJKeBeqTuYV1bW+KTW7cTqRM+DcdInQYKmgLBExkus0nc+YqMUfBvtuDJaRuwoK14GpJ9Gj/uVWwe01S2WWdyqTDOk+



    









# Evidence Collection Report

Page Title
Secure Checkout » Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Thu, 25 May 2023 00:30:14 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
2001:4450:4963:800:11f4:a369:c870:bf20

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
ocSJqC4x6PUpWGOLhhpLqim1hVaA4LlOF8KSGLhShXAwOTLOHm0I2kmtlOxfe5buy1kgOQm5MrWOYZGpb/
cQSKJ7mxVcP9e6Jjp7LJ14C5rSZN8WnSYtbwJLxuz0PE8Y9kXGBaUmOswWMkrJ3b5q8dAwtAghxOIDG44LlWkVcPfDpzcnoFwX8PgENpH5a5Bxw8YrM0OLkNL3feVrd4JdqW6g9oV6ACxQBi44HhpZbYV/
h9BKAQ0INichxfxG8Ncb2VrHZuqmcxDL57y16dtux2RLqp8nqshW6HQtNixMrAr0TuU7oA3fTmoSu3gQGDCYWLZBbV8daYY1DQx1dmg==

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_[httpsXgSx]fv[www.redbubble.com[fx]check-out][,.Thu,25-May-2023-00-30-14-GMT.mhtml

Hash (SHA256)
759ee4121e8b6501e718217d97cab57c55873492c9ce40867fab0c7f43e06be6

Signature (PKCS#1v1.5)
IOVoKc/aD66VGye6Cl/lrZ7LF1/XOVv2Ljvt8Lrvjsmw886oCuqdPvqA6emjzLKhqZwWbgTAm5rNN68v1YpSBQk4nvYD5QMoTl0iBr42p9h3bXip0xmznHClYMH3Hmm06.1m4N0rTt3JFnPvKJJcHQYCYYGHC7QKbKDJ8Jdbhmg+qSj1dwm6ctz/
u5qSPnmmF1DTULtLVKb56QgaTTlkXRp9sgJ8W13QmaWfnenMV01XkwGXK147ztqTgUxJ8jp5uSLyt9GCPMdazO7mOqNZWodTGyPoFXlXkTTWQxpQ5r/8jEirNAlo0xoUHFBFaPB1qaKbFGLuUroFFZu72IZsznwnN8bZ4iV7XKg==

   





# Evidence Collection Report

Page Title
Dead smiley face! Sticker for Sale by Shaymon36 | Redbubble

URL
https://www.redbubble.com/i/sticker/Dead-smiley-face-by-Shaymon36/56768339.EJUG9

Collection Date
Wed, 26 Apr 2023 05:58:41 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
0404194519 th 3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
L72UJYbQ29nKS4DgHZrxYAnk2jE6dnbdLfXf660J2JfKtkRMpRqVy4FtK8eUgLBsxoQquCVBU09n4mcHJcjQ3aBwHq7FhkhpWtQ5tET3ia2JkaMcnLV1Y4qUN4Te5VV7o4r88DMq3VzDsCSMFAakadZ7e

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_Dmile3jc@hj6www.redbubble.comEkJ00ysticker5jDead-smiley-face-by-Shaymon8Q29jt766539.EJUG9_Wed_26-Apr-2023-05-58-41-GMT.pdf

File Hash(es)
aea670b41ba14e447fc58dea7af5a69957bd58e407dd4b92fa074278d27

Signature (PKCS#1 v1.5)
0sMWaZ3mxT2hd3iSh4dPU3L2iJabAmCUYQ3WDXbC2efCtd1pzr7ECq1GHriv29ZFSpupq88cimgmHcUzKl4bO0RKnGSafQBd1WMTekfz2CW7Hk2jrMjbhqMR4icu7op72baSq0fbiqpqCat8T1wQPg3sdn7e

---

# File Signatures




















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Mon, 15 May 2023 10:59:40 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Borja
IP Address
175.176.7.133
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
3jB0vwAfJJy3aogQfGMkoHmWcuLMBfHV1q02SuNFGmcGC1qTyJfqQLtmeOYgrDKDrhD6AsYENMdDjUONfidrmV3W38ZQgEAG1SMdGewZwCULxqHFhtCOKhS9VBuV3W7LyZsO4feg2AdffTQK0NenieH89rvilaKljoosdiQHHQJLE075xTC6Z17fHvZg9gRJ0XdTggpVUycZFA180ffd0p0OhtpKLvbrAhmtATW9VYzw1VbPt7YqCzDK5O8OIUxBzOnEp8+vO3mHPdUjp2+qVmnv4mZFw96nApYf98sQJ+=

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_Bmpubj8hj8www.redbubble.comBqJcheck-outJJ_Mon,15-May-2023-10-69-40-GMT.mhtml
Hash (SHA256)
99fe503e10fbf867d07f7141bbd47bc28625473300d0bf784ea202d88cc9a283
Signature (PKCS#1v1.5)
lszFqMvoUeDsa0SRpH5kfaxrjBEQ3sgN44HrqSgSpr5VsHyuSZLQ4NsMwORMIShwSuwmkcagUorMfdFuEXfsL3JDpZlQFurzEidbmVir5W9rYMdk4FMAMAmhhJKVcqQHVtdXkoymhmKdZpggDsus47ymHEFmKqHgDBwwj4feaFTmLgm0==



 







# Evidence Collection Report

Page Title
"My best smiley Face" Sticker for Sale by abosmer | Redbubble
URL
https://www.redbubble.com/i/sticker/My-best-smiley-Face-by-abosmer/43084916.EJUG5
Collection Date
Wed, 26 Apr 2023 09:49:28 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omoloundou
IP Address
3e847d69-9-9b-9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
7ec58p3a8f9f53py54e6a09257q09953g50a32c038gd24e042239 WbNDg3m290ge4F3bm2jw3dgSPbf61x5u9r9qhJ6y72b4rg8cbo92000q43dg4sda8Na69kc5yp5xk4b5rk5j0s02957dkgJ5SdkdkpfvSpJ0pSPmDTtpbg=

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_2jhtpt2j0j5i@www.redbubble.com%2Fi%2Fsticker%2FMy-best-smiley-Face-by-abosmer%2F43084916.EJUG5_Wed_26-Apr-2023-09-46-28-GMT.pdf
Hash (SHA256)
c4f3c74e27abebc1c9fe0700697735678817356924c711213f7354a5efa
Signature (PKCS#1 v1.5)
Lti78onb9dzAcSo1GmSs8eb9HnduAc9HtPcJ2GZuSZ0M8p8DJu7aQ2p8qb4jQA9K0jQE5ZdSA3qQkZn1Sn3uffu9daz70r+hYS7M9hHUa-ee6K1e4MdQuQQn1Utg9wuSVxWt2wIsj4bbLifRLt8Pm7TuZ00wWt428LA1z











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 14:06:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
eJ5dYYnQudGeDhGnKsRLNjgaYo4XmFdjQ02nnhffwijBLu1nH+IGY2OBxG6DJ2VBSkK7C3pwZFCBHecBUB8F7hBJsJ7HFSpppgrSeoLMmX1Zt5QJ24nAZ5MkmjmOrhyBS4pW9nbdd4OFsWhBBkOsVxUiVIVxg1ngzsGdGpytyeT3dRAsbqTE5KwPXA2inDOzpdgCJdDfDShPHK6MtB18eJpUViwFkxTFDZbnelBELsKj2nchxgBLMNC5kJ7xsxzbsmsHSdxeK1sDcbLmmtbBASAzKba7prdcjjZFnbTY98TmeDssVkKBsDeYmcXeXB4TesuvetnD0qpAumE0eT44wdtirg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_ffnbpsJ0ygByJ@www.redbubble.com[h]check-out]_Mon,-29-May-2023-14-06-06-GMT.mhtml

**Hash (SHA256)**
9a558b296b0oe7dadfd90c4ab2bRfcAdfbc7d27ccb143s8f03efbe42f02b341490E

**Signature (PKCS#1v1.5)**
CeByDFjxuKcg7msTFzCvBNY2pYWAubGPuZ06sHHytHE2wsOkB0FUoLuOvEYctnXGuturoF1kMS7DRnRgHvP+1LcjSBLrkKF3yeHXQMOchMvEEbuLuQS20uswmHcS+5bsjyz6uZ/BkXNLsH5TnkUHa56u34kUJ8za4iV8 j87rw2GBuz7iPCCeby080aDdmOjXnAskTGQHwTEDWb2eJzHuu8bE1Q9mmYLBTQrLOWYTz6cbj6DeOp27LFYrYX6MHy1mBd4oaLpFa8jDmPRpSiHnUqwKnyVfDYaR1azKQkVmeSkweHsEJ9eMYQ3o3xaTnqeNmsyxMvSSeEDnNBNUaw==

---



r b

Search for products or designs

Checkout

| | |
|---|---|
| 1 ITEM | $2.80 |
| SHIPPING | $2.48 |
| TAX | $0.37 |
| SUBTOTAL | $5.65 |

OR

Pay in 4 interest-free payments of $1.41 with afterpay

☐ 🎁 This order is a gift

1  Shipping to United States    EDIT
Delivers between 2 - 9 June
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

2  Checkout using card    EDIT
Total $5.65

3  Shipping details    EDIT

(For receipt and order confirmation)

97082906

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

(includes $0.37 in taxes)

4  What are your
credit card details?

Credit Card Number
1234 1234 1234 1234

Expiry Date          CVC
MM / YY              CVC

☑ Save this card for next time
☑ Same billing & shipping info

| | |
|---|---|
| 1 ITEM | $2.80 |
| SHIPPING | $2.48 |
| TAX | $0.37 |
| TOTAL | $5.65 |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your shipping address/local taxes.

Pay $5.65


Carbon Neutrality
Investing in programs that help the environment
Learn more

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Super Service
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible    United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved. • User Agreement / Privacy Policy / Do not sell my personal information / Copyright / Affiliates / Give $10, Get $10 /
Student Discount / Guidelines / Log Out



# Evidence Collection Report

Page Title
'smiley face sticker' Sticker for Sale by smilesthatstick | Redbubble
URL
https://www.redbubble.com/i/sticker/smiley-face-sticker-by-smilesthatstick/96118876.EJUG5
Collection Date
Wed, 26 Apr 2023 09:58:34 UTC (UD Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a00:5600:9:36:5:
Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5):
2jnZ2KPMky8mblEcGJ8r1nFxss0d4j8KyzfsvdbCqj+nUeSugz+FfFHUJuyMLGnDCCoysBC3ka2ahbMgqg2mWsUkr3kCIm4FU4PDMRTrm6mEPAf2eZJ4S4WhMhccfLcIRjvgJZmqd+

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_2hHpbJjZhjjBQuww.smilesthatstick[3]smiley-face-sticker-by-smilesthatstick[6]96118876.EJUG5_Wed_26-Apr-2023-09-58-34-0AF.pdf
Hash (SHA256)
cf98154eb6875b1bb4e01ee4b4f03ef0633a97b3710f3ef5635afbfb71c46a3bec
Signature (PKCS#1v1.5):
oFZ5aJqqUXDL7k7Pm3gkmRN3WKA2iAL3XCPLrAEvgr67oLmdNQMKRlDNcZ1o3jHYUEaxGeEbpsHT1EKHScYfKeeqHFTLj1w9jCvc4bfnBf3HL7wcrj7sv1L3kmXyY67rqn7MhQpBovw+Y+



















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 15:58:56 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
110.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
ryWhOVCC2gpxlYLUzG50oXMPqgRzGzPHUWZXpXG2ScqVbXT77AxD5OvjzmNXlSla67uIxK7G4BBjlK1m3mWox5uV7YVSkCQwlO1sBzdU9Q2jSrALFBHOvYeUP9Gvjp41YWfX3KExDRFiylLmfKegsGSYBaPEUBPaQkVhTHLjNCRHEJS57x4FFPmt/Jfergsheri'MEjsWTLuwbbX3dSSQxmWUAKfefppwvwfBiNg7igjEmHRpbS0Qsm5U/g5AM7X5FDxZVLFn3h3Fn67HdSC4sf51dppnBt50VsG9RBEj0pJuhA7X4JZuAsg0YPKzSuAeqsYHXZLXmtGzesZAs+r

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_{httpsJx2Fx2Fwww.redbubble.com[fx2Fwck-out]_Mon,-29-May-2023-15:58:56-GMT.mhtml

**Hash (SHA256)**
04e0f4830e93d4b7e34bbe2d51df502a189074995ebfc0cbdc486f6490ed75afi9

**Signature (PKCS#1 v1.5)**
QRFhWk2k0bGwgeWaxVhTrOzHkhT9fQ/gWxzWei51aszkMSmyrnYWKzGnfWyvXe1mmKox4r9+JnBfp+nqBkw6puGVFpPnuRa1crHa0qP9W6BkFG/ygZar5kcYsd7YV2k/QW/0ClsXa7atkfhkAdG1z2AN+TZUjBMC2OAG/3XE3/O3sw+15M68EG1GOX2A00B79BmzmtkSHEA0Sdaz5bxFDYHvwqbzaig1/uJ+NsJGNuNfai1h9N1nfjhImSa2ikm1s1z7lknBmMVzRRp5vUK1+myHiAUh2UQoqpH5qh6pAag+=



   



# Evidence Collection Report

Page Title
'Smiley facec' Sticker for Sale by smurf70 | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-facec-by-smurf70/146077456.EJUG0

Collection Date
Wed, 26 Apr 2023 04:39:08 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a04:4e09:6:8c:3

Browser Information
Mozilla/5.0 (Macintosh; NT 10.3; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
VeLbH9oED7B4NmjwBVkBp3jZ7J9urt1xEPxwy.4cG8X77nSSaYaaZSj.mRuJpqiDA5XhAZ30AjcLJOHaS2n3wsNyDBMudLKJBA5kJ9X1w.xKPkmxwvThi9BiudS4L2f0G1+8Tg44jQsY1WIQ9wWdgUYW8bMWkllgjd

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_6h4joxj8v3K@www.redbubble.com@i@sticker@Smiley-facec-by-smurf70@EdJ6d47456.EJUG0j_Wed,26-Apr-2023-09-39-08-0847.pdf

Hash (SHA256)
3194698773c4bdd42022a0106d9c49fd81857cbedd7cd89c9c6ca9d7dc9d1a95

Signature (PKCS#1 v1.5)
gAmvRoA44d21af0n3h5sF70hU4LrhM4jZ6Rc8vPz3iVbsNBfOapeEvCQfcT7KsoW+mraoZZs0wSew5NKFc1WT47enCM0B6b9HPiRlOls3r4jxEM7AyImGTh0ddos86fcvTVdUhvLobK1RD0qgc4KCTP4n5ZBRG3QD0iiDAbUMx4hn














# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 13:30:57 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
112.206.66.148

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
C3fYrWbC+R8SZnErr8uANvZjCPdrvXmfcTo4wqONqqO5zAjlylyskkfxdlLD3VuZHCF3JEl43aOknrl3aQKI15cRzdiXvr2vStMndLpWkeel0ozllerYKO2qShGWoW1HrTv21rknsLPsQx/SLrBeWwLgK8LuQm7pCpFcG0vLJ7q0kafrl0+GhUJsc74NkyQSQfrYBMdk3kVZZVfNbnnQ6VW0NEK0h/donZV4SVY6jwlEt8q4tDCplSbm4K259jS9kovkbT8J5jG7a4nlg2QiaLOroS9i3BfH1N2wZo2liEUql2u9DbyhFhxCumVXKMbeu3VOUdIlLb2pW/TI8qpZ279HyEs+Cj/g==

# File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_[[https]]@[h]@www.redbubble.com[h]check-out[],Mon, 29-May-2023 13-30-57-GMT.mhtml

**Hash (SHA256)**
57604fd443b1-4c4eb4021-a994d5d8b6eaecf8ea35f8a81b4e46de03e8fc24c69

**Signature (PKCS#1v1.5)**
BJJZytMohhGri1wO4Nex4+OOexwXmT5JPMLN+OnJ1Qraz-IXpd0oDad1DfKYsAY0ShHwNa1ThZsmim5Art+=LJ+ua+OlY0QAi/ZjoDXJnTohePGAfNyMcpsT0Vkh7sQ5yMwz1s4SvbboSqlG1b7DFdXhV01+LbQuoD1f3LaTHTCQTwM4faX029IC8G2YZzxwHAtyUm3VaheO5CCGeWFKosH0rO0bbSZPktYpG1148uFGLdJzzg9HtfSaPkz7FLDTMW9EYX7wyfAuhSN2OOD+MS/MG8U1/F74MwiMCtyUQj81jZAvwhsl1EICIGPOT7WamaewXf5zdYVWHFTgs==








# Evidence Collection Report

**Page Title**
"orange Smiley Face" Sticker for Sale by SnoopyTheking | Redbubble

**URL**
https://www.redbubble.com/i/sticker/orange-Smiley-Face-by-SnoopyTheking/138083830.EJUG5

**Collection Date**
Wed, 26 Apr 2023 09:24:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:4e0f:8:36::5

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
g1CI9LhbE5ilPoHuhjBnRPprxrhzepem5Umtc2jpA4YiaAzaAcAx4vS1vYqoFBAXDBOtPKAX8ioMsdcRkvdBFyFxfp44mBOz6cSDNrHHNnPwAqrT5mqEE...

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_{HtIpuJQhZ}iprere.redbubble.com%2Dl%Sdsticker%Sdorange-Smiley-Face-by-SnoopyTheking%Dl%138083830.EJUG5_Wed_26-Apr-2023-09-34-06-GMT.pdf

**Hash (SHA256)**
0bd00c4a25b4e300803b725e7d43cf2de7ebf1009f5815697f693Tfdc747cc1474

**Signature (PKCS#1 v1.5)**
Ns4Fz7wY1LHbJLBgRkRXJgjlEfO1DICE+wurjEbm+Dor7EtWfiJXfxkFsfzm7UCufFSFYXsmFeuCWEwZEsEm5U47w+zCkpIuhaLsLJNDOhdQIqUY5/We+s8jgDnVBYvFd5oD3peky5N47k1khk+



   









# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 13:25:27 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.206.66.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

rpMuqAaacc/6wGdGUFmEO3Z4iL1VH2sNnFNXfU7MLFhnwFGaGkNAWd2LPggcW+6jfPrDhEwZqpnWjAABpBhLzMfwfsmEWdtgE+kSCwg8rL6AUkA7nrYCefLrG4/SfnVVNgSA7d2RX4zzcPdkv+H2HR/su4oeeginBEQ1U7NjUvscOhJgInarWRnhtBP4ZZhCYFdKKhVciVGVOy2FgQA7n6KDryG40piit1+e6tV1WMaagIh+GZ2cEU+Mk6g3nmtdFoP+reyXbnxbcJHcYFZ3kKNVA3MrFb41Z4bsjYA02Sn4snDz8ucaE0Jc/KGhwjXN+Nd36UO9wsvstuVrSIVWG3dnh5mOOeE75hCZHQZrpGZPwr+

# File Signatures

**SCREEN CAPTURE**

**File Name**

sscreencap_Jfhtps[x]fh[fh]www.redbubble.com[fh]check-out[]_Mon-29-May-2023-13:26:27-GMT.mhtml

**Hash (SHA256)**

7408b09af5e470d844d4448533eeaa12b292bd9045566ff1388e68a0671adb0d

**Digital Signature (PKCS#1v1.5)**

Nq5FiZmv74q517ZxHLdF8mh2/+RsnArxmc29Lebj5j0KGCpxxbkwUurHz+kw5IbSg9NkXBu+AOzzYdqqwuyNmg2SrdPpw0FygAKuV6dH8aNxmmCz0m1wwF+Fu1KcTbxP18zGkGP+f9qfnFTpBn2HPqpmWur02bMrUyYluAhCSQ1IkoGntD6E3mnUYpqYBd/7r0soPwHx2BqlXlIpwB+wVkU0Ny7vegLz0YQLtMwqZ8xUJBZ3ZiacqqEr9WQ1YVWz6t96NQbnmE/E1nTCacToBq0hthaanaGa/pcZaD3C/hjOmg1AaQhA+



r b

Search for products or designs

Checkout

| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| SUBTOTAL | $5.52 |

OR

Pay in 4 interest-free payments of $1.38 with afterpay

☐ 🎁 This order is a gift

1  Shipping to United States                    EDIT

Delivers between 2 - 8 June
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

2  Checkout using card                          EDIT

Total $5.52

3  Shipping details                             EDIT

███████████

(For receipt and order confirmation)

███████

97682906

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

(Includes $0.36 in taxes)

4  What are your
credit card details?

💳

Credit Card Number
1234 1234 1234 1234

Expiry Date          CVC
MM / YY              CVC

☑ Save this card for next time
☑ Same billing & shipping info

| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| TOTAL | $5.52 |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your shipping address/local taxes.

Pay $5.52

**Carbon Neutrality**
Investing in programs that help the environment
Learn more

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Super Service**
Hassle-free returns and friendly customer support
Learn more

Mature Content: Visible        United States - USD$ - English

ABOUT US   SOCIAL RESPONSIBILITY   BLOG   DELIVERY   INVESTOR CENTRE   JOBS   CONTACT US   HELP

© Redbubble. All Rights Reserved. • User Agreement • Privacy Policy • Do not sell my personal information • Copyright • Affiliates • Give $10, Get $10 •
Student Discount • Guidelines • Log Out



# Evidence Collection Report

Page Title
'Simple smiley ' Sticker for Sale by Sophgiwzel | Redbubble
URL
https://www.redbubble.com/i/sticker/Simple-smiley-by-Sophgiwzel/133589324.EJUG5
Collection Date
Wed, 26 Apr 2023 04:33:14 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omnitodudou
IP Address
34047469 9 36. 9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
ih4wwooxx9hCMEQ9jy8zhUpjyXGJgivp7LKtgbjy72Mg5xnnH1110kP744qww04xnYgKyHmk1dQ5pgQcpp3AcFFQoabaykgiBdpposS1gppbptwF3GuggTLSgm3DxwogsDSSpSAV8LN5OOD57dnUS.b0xkB6t

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_QHqtyQ2Q@www.redbubble.com%2Qi%2Qsticker%2QSimple-smiley-by-Sophgiwzel%2Q133589324.EJUG5Q_Wed,-26-Apr-2023-Q4-33-14-UMT.pdf
Hash (SHA256)
f1972488dad98aef50xe2b7e11qp11 3dd4841e56be4f450641f1d82d5582
Signature (PKCS#1 v1.5)
BGDCy7EZX29LV2vWUbSXnSKWgfCpmtehHMaHIK7ojLYKDFhgtwQCaqPBQDSuxHdNb2DGCZYRpkkLAyN2p6qAbbaidHBHbdy+nFAvhPyAbk14nHC7WAN+Hmobd9qAGQQpQQbLruTy8b8Gyfne7QbTyFLz24XbbMM2Rbezhh



















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Thu, 25 May 2023 00:57:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:4563:800:11f4:a369:c870:bf33

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
aHxqi2XsAOVG2QOhnv7Qa5VXGXXxeeAgxaUAmtJuDLFUz4mNmQ5qNurVm=EZ7Mc537/voUyNTkJZ8knSvtcxlL/M4141Sg4INOmdSAv5NhbQhXkkKwMUsxp/EO/sZU2cTGpY1pv4z/CEmPsN/SmOxsDVF2/svh7XuTSm2J/ugUM6A6njKGUPNjFFY7DTJHxqvVzXsB0ryqd2GDDQINDhgQDWyxi0Npr2pHFWrJuFT1xxeriwKoJPY1247XVZyIbijWrFb/ek7m2/ULAmGhkSUmUsbDGG2w/BkKY7GFJbKWKiWs/pxm=Nr/OkCPVMKljsqDXpKZHIDXhXGvrpm1Jd/e1g=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_ftnbpsJZfsJfhjwww.redbubfbb.com|h]check-out]_Thu,25-May-2023-00-57-16-GMT.mhtml

**Hash (SHA256)**
cb43a27.4ba6bdcbec953aef64e4e314fcca22fcfid835tacx529b8efc6029dee9f

**Signature (PKCS#1v1.5)**
mW8thv4IFLfJAGN6nXvFM5SKxaZmKgqqpV42dLLKMSREIVwbWKSHOJvJqOF8WMuJ78Pv7GKa/uCbWCCFBbzEyna9sGKb3zaoG01a=aDEJkh6G.knHs/x/QnHstoF99n0hh/p9T7B5r11g/XVVzn1gbbg/7rFZ/HnU8dJ/MKSFvSFIC1JrP
+kbbw3hkm8BZylgkcjxg7nOxCSjzYSVUw/dkgi16O1uBPebqugSQBN13zrK/EaeKJ57zL/Jnmcp6m6B78TfW0k/6a/QQboieaer4/aeB/BuoN5rfwDg7q/d6e0qOBWquwa/pZ2wBvw0zhWqjLJKYrgk7/Cm/Wt+HtFf/aml6/aA==







# Evidence Collection Report

**Page Title**
"Smiley face" Sticker for Sale by SpaceBubble123 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-face-by-SpaceBubble123/46806205.EJUG5

**Collection Date**
Wed, 26 Apr 2023 06:54:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Chmielnicki

**IP Address**
2a0d:5600:8:3b::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1):**
KjdFcVRAgR0hULFzmZcD6eZmZ7nYXeoQ4kBpuQvgbTYCwrDDRCsRYDtpgPAUiVzAMKPtRRHqipR1KybKmVnkm2SzSGS0ShdogcrQoRTYraqMwKhFhAZKkEMKmV4WsxjGr

# File Signatures

SCREEN CAPTURE

PDF

**File Name**
screencap_DHhpotZjifEnJdxnkeD3jSmiley-face-by-SpaceBubble123Qv46806205.EJUG5Q_Wed_26-Apr-2023-06-54-10-GMT.pdf

**Hash (SHA256)**
559564b47eec9f4f16efab6a3a10aaf7304c45464bbc192b66beec1e1135f78d

**Signature (PKCS#1 v1.5):**
VSVAbB8hnqVru.cmDN3xdbAnyCLrvAkVKbKCdDT&z2n.eSuJjQbMWuxHnHmVVcjHbA8rlwBSow85DVmVhr2eq5CLrq7q5rbg4XhbUzRtHibbOC7CfoAv5CBKNcl&P3Vswu.eXZXLSZ1HYFZWOLFzpbjh









# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 01:04:15 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4450:4563:800:11f4:a369:c870:bf33

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

ZQ0zGqLMeNqgfVS59pchYspXJn7qRxpeDTF92wx31ROshAFcmQqvgFy46FgBbooaCPsdGfD8z8vHsTgChrNjHXpLB6qe5uzJ1mbdzAc1rbdDzgf4em9MhZVfiCA1ptvxU6pQCQFI dwcecuf3h5uuGl4fL8Mj3A46EfKZO24D9kdzWxy4YudbLdeYakC+puZnn4ngaN6E5+2g6iqymaQDsn+QzAewbD2ZMW3ZZmUTXVsLLCWCMqfxgFztDYfKB4GFar+OJg+ewz18FVYFSzjOUjYhQbwBd0dEtHOKvSN4SMuhmtr5vd1vUcn2KtvdRs14CJrshpw=

**SCREEN CAPTURE**

**File Name**

screencap_[https][fb][fr][www.redbubble.com][h][check-out]_Thu,25-May-2023-01-04-15-GMT.mhtml

**Hash**

b481e3b6012782156041725a45cf9b4c2d2671a996e6a7314a8673199747f65

**Signature (PKCS#1v1.5)**

cJyOEz1S4HTqSBmCNtV4oBO7IljK543mc6gmC0vQdbzdbi2kdyOHcBHXHvpQCW7CoWdd4i8pvuub7bRhpkX4fSGfp+Gp7l9rNwmXOKhK7QmYw7fsf67MqfrMgdxNnMtgoDPYY4my7dgpZ4KI2T22s2VjLtS5S7E77SYVPPKJ
9dj0s9kOhix988hUdl126L4ovwnkOHMLlopxZgLBbzCUDaxwOBVzhDCP04KpOc64fHT3kn5bKhDrs4oRhs6HxLa9uNsNkjS4kkNPfDcnWLiySU2EW53cxdIkG4DtmAAwHVrkKN2dBL4HtkuCN1I+4FPllY8zbFGJ+rH1Ow==



   

AXENCIS

# Evidence Collection Report

**Page Title**
'Smiley Face Wink With Tongue Out - SpamArt Logo' Sticker for Sale by spamart | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-Face-Wink-With-Tongue-Out-SpamArt-Logo-by-spamart/46835166.EJUG5

**Collection Date**
Wed, 26 Apr 2023 06:29:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
3404.569/EE.56.5

**Browser Information**

**Digital Signature (SHA256 / PKCS#7):**

081,4ecv434''deobihQ25H88brz3Qi7yKLCfmr688RApkHJy1QYLGFJ7pHzlevgnrxhCmq/ntnK7ik1T/QvRSc/KHGroxXXJc4Feb9fsqKKe26wQsdeBMvMYm9FsrhDuZyZXGFjvr1

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_QHqvs2LZEtpkmx.redbubble.comEJUQ5pbclonEtyfOmIanStg5Yai4NmUTec-With-Tongue-Out-SpamArt-Logo-by-spamart/46835166.EJUG5

**Hash (SHA256)**
7a30feb7da64d4b9469ed7mm5sd1aFd9Cd5c77252e27Cba732c80bfd9a7aeddd95

**Signature (PKCS#7 x.3)**
j5ptHNcKJVm8QBeDs21HbzqksmkAJ6GFdL9rb13A31EF3Ld6jNvvdhUt6MNY53m/HooQMWEFS2jaWF+u5c57L8JqmnOGtd+5JxDmq4o5KkZtfpcbCo/bapwN3dH5Y+




















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 07:11:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4924:ce00:5dd:8d57:840f:9765

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
PdtZdQNNa+rIKXLjX78LCtU1CxeGx5coKafcr+oxirNidnVdXDXjEjt9gyZ3LUw3Wb2hNDLfT36/WYmF88Nn45816152Rj2X0Df1LCM1uNrN8ZHVYtGsGRxRxD8zSd6K1F/vnMS47pbUgz4hmGQ2hwg2FQXr1TkLxc5oKnD35bz3Etwg2Zcos8kr8efhYfvrCqzSk
+2GaeZXHm27XnSSnhQ2gci4E0lDp5nmr82KPV14EzNNG1OKISDSLB6xQr83RpypFa8D4AQxv5c7vP2X0M7YpmnFTgFxVVCLxTbDgRQ7ppHE4bJQZ5R5mnvghDqgzFaAkvVnFwi6uAt+W56iaP2Qr+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https][/][f][@www.redbubble.com][h][check-out]_Mon,-29-May-2023-07-11-04-GMT.mhtml

**Hash (SHA256)**
6b6551711f9/2/fac084425bbecf0b6d3f7e99f5f347449f7e493335f9f13bd9ef2c

**Signature (PKCS#1v1.5)**
NaHpn38Sxmq/mZtOSOUPyUzGShriYNeZ7ybSJOjpri9Kot/Vyrw22WeFwA/aRkhb7ckbU7ZfrSDdx6D1WrZMz0lU8+01Cuw4tHgCm1NqpH7CBBN7yy6qe31Cpf5dWTVhDDPUrvWNGUKS3VhKf/b+kp/izFCKxyr5p5xw9dk7+88kh6vSld2V7n4/fkpA
+5RJ40acnDVVhpqtS5v7ozMtxSard2J56qSIbFUFR21cW/WXGKdv1J/rZHz9nGh+6GBqqZcooyeSDn+rCM40zt65zwfdySjJBu4QAY/V0t22PlY/d+udDmGqrgisXkupKOKGRLJyimifMmFdjzr5NkSBqO+=



   



# Evidence Collection Report

Page Title
'Dripping smiley ghost face' Sticker for Sale by SPECIALRETRO | Redbubble

URL
https://www.redbubble.com/i/sticker/Dripping-smiley-ghost-face-by-SPECIALRETRO/158157454.3JU03

Collection Date
Wed, 26 Apr 2023 06:33:56 UTC (US Department of Commerce – NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
[redacted]

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
3f7fe2a0ye4f25ea_ffetg5ya3A1Aa2AQ9AaHbcbHbf8Bco6Eoiwe3DfY5hB3oEqzReJaqsDeKd... [truncated]

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_[Unjuio]@[@Doewredbubble.com]@[@Dripping-smiley-ghost-face-by-SPECIALRETRO]@[158157454.3JU03]_Wed_26-Apr-2023-06-33-56-GMT.pdf

Hash (SHA256)
aaf787b77080feAaAbcfca242547766a56dObAbdeB011bbeSbab1ofDoO5f385

Signature (PKCS#1 v1.5)
kAOBMhqQS2sT73aBtA65t++MeKdrT3zgG3kaEo/Gq4KdTHdZCbG+bIFzJMMt3nFzS0b5uuTMm2qpRm4IgKQO58/4HHw3T1aFtbV4h4KO1CBaere7t3rvEC4gDxzgfK9x4eTpaTb2YqW2g0...























# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Tue, 16 May 2023 14:08:48 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
175.176.7.133

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
6Lk0SSyAdJrbAHz8PRuMtHQMWVsiwBmgbSolsS4aHrYCm7TDKs2lsDRnSjKkhSfFryK7 libmronkm4 bSWjxKmyCrNsxvGNjHQGasdGaBfSJl/srcDiRjwCD4nsSDodTQAa+0JkpEXmuCm4dAGCdhScOfvCGuxsSvQVXvsfMWPKAGFcbyHdyLOi48LWsdtRJWzKkGT

<br>

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_llMpsbQRilfEwww.redbubble.com[hb]check-out]],Tue,16-May-2023 14:08:48-GMT.mhtml

Hash (SHA256)
20571828fa01d43355213f8bdedcffdd5879a3454588542799861fdc7c03cb400G

Signature (PKCS#1v1.5)
FYTUhyisJYJGKoYcM1qOkrtswkAhbeeasi,Ti4dAAJnMbglH+DPkigCJMaZ3bH+HpHEHpHNIN9kLJfKHKpcshkhiCSDhKLN6E96xn7pHb6QHvMPRMh68ebDvkA+hnfLidTFJCetxsSDcadhAPjm6dk4dQf2xmG9GEJnMTycxgWbfJQSUahaJIsCE









# Evidence Collection Report

Page Title
"cute smiley face :) Sticker for Sale by spookyhoes | Redbubble
URL
https://www.redbubble.com/i/sticker/cute-smiley-face-by-spookyhoes/54909661.EJUG5
Collection Date
Wed, 26 Apr 2023 06:38:44 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omotosoukku
IP Address
34047660836-9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#7 S)
jmi8z1vkA773Q3tNo6bZ7UpnfeHnB817MbJoGX73n0H0OC4n2nHrgNdsIKJQ5bwZTOSSdkQ4GrJ+XJ27T4pWYVQ1d1oDmnCoG7Mip3GSIcmrRChIhEtMDsyL1PkI4GDkknm+

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[Httpsj2jJ2jFgzwww.redbubble.comJ2jFi2jFstickerJ2jFcute-smiley-face-by-spookyhoesJ2jSf54909661.EJUG5]_Wed_26-Apr-2023-06-38-44-GMT.pdf
Hash (SHA256)
f5a7dbbdeb07ba9a1fa344554253974716d036debbbb0d3203013d
Signature (PKCS#7v1.5)
hZHKfXqrfwLMXpkQkE3ikXTJ+CrnqYT+nZbKGpRzbkVJ+qMdgVDrR7qiJJJJPkVGR7MkhNdGKNpbqML1qMPKYLc+9MdrkGGSbaT15Kqfb5AhH0rkeIOmbdkbFJJJksrmjYZHJlFmKmrLHKb8Aq





















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Tue, 16 May 2023 18:30:28 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Buijs

IP Address
175.176.7.133

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
6cJVfa7XNsfxpvzO2AKf9jD8j5vx9L84HrwvaG2H9vuc1sTVv4ipVzOV93hcqTsZ5xxKGvKUpYnbNXtBZQq6JuBhb04v2wJMcy4Sce4bxRfCGD9uxSt2wxean0scpp5VpmRvrDKk5m7YCpJTArv8XnWurttSyu9L4
+wDLdaJZVCMBX1zEt7abbrbtZfsPMdgy60cQ34hkc9uivL9legPBd4WrbNRcYQ2TG+RcSc3hkVGiu2K8p5byF+pRxr59hM6bZraayyMKG3aeNFYVsJGoheruEW1AmSjWFsL2wjcy85B8gCiiwUxMk9x9GRKcwjhZ0MvvOd3TxJt7hVdvVwOxeeSyr2wcw==

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_[8mpsjJRq3B]www.redbubble.com[fs]check-out[]_Tue,16-May-2023-18-30-28-GMT.mhtml

Hash (SHA256)
d26f8e5Adafae7l7a2l41l1a82b21d0Se3ca1bb513bcfbb4dbedbf9a238d735089

Signature (PKCS#1v1.5)
6ELMue10rSjq9GNoDL3h1x8vqM03kOAG5hyt1kuf3XlOxmbipY473brk4qvimwbf5qdlaz5rkV7apqAFCqhwzucrgSGKFYnv215kZzoRcov1mVwn5jrS8Y3M0S8mFbGqUZm79/qwvsBHDS8dwPQr5X6zk8SdaHFP6qbUv4mDkkxL/uzu22Se0uhDodVy8ybXtd1r68l0zPtambBz51T17M8s7WkH2GhFCCyc9M1yaeYPMi78TSMGubaeZ8eqDBdpojd8T4ei8p12z+1qYW4Kb5m/1zx0aOxjs7aJasrmS/spd25MRp==



   





# Evidence Collection Report

**Page Title**
'smiley' Sticker for Sale by spunky-creation | Redbubble

**URL**
https://www.redbubble.com/i/sticker/smiley-by-spunky-creation/119629157.EJUG5

**Collection Date**
Wed, 26 Apr 2022 10:58:02 UTC (UN Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Chintohalunu

**IP Address**
2a0d:5640:8:9b:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
YT7Ql1VpFrmrPqdGgT4ieuAkN3bnvegg2svgdRGFJxmrVROzV9bkAT2Lr72GTY1sCcFe5ABSsuWn6fzVMWfoVo9aF4VrK93qhFeiN8cXi3Fn73QsFyHiEJiCEnwP0tzZ4hQpHjLbdUwfSFiMvbs9fbfMvbpfA+

## File Signatures

**SCREEN CAPTURE**

**File**
PDF

**File Name**
screencap_[b6ijuQt]h@[]screen.redbubble.com/i/[b5]sticker[b5]smiley-by-spunky-creation[b5]117609157.EJUG5[]

**Hash (SHA256)**
7be24fe[b5]9fhPKHf52e95b77aa52f6[b5]9fhMvbs5e2fz5ee2c52e[b5]52e[b5]bs2[b5]fdT47

**Signature (PKCS#1v1.5)**
CjLydSDwTabJumISDFTs JT7cdfINIyYiC9JjgSJFfmBuYscCssFkNkbdNWl3zL72vf4fCAOuz4wfzi]T7J6nmrVmQrnLpu4jEoQtkae2WsqamdXV7GF7jlaz4r8EN8MRh4LyLcQhUMSQ4XPbmAgtIFj+A+



   









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 30 May 2023 03:28:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4f45:9c00:e896:f762:a48b:336a

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
rqbiUw+gMxhKYoFkZ5w1Cfk7iE5+kfCLVQHdvx1AmntRQc6+8DvKzRx2iJJA6DXTwCr3z2eyMeNnViKO6BsHgw+QRmsBZO1dbM1MWVrDCsZ-D7GBUGgSMUHnez4aAT3ey7ubM4xLXwQUcbT8HwODi+fw9Dan5ss2i7yftGyBdqpbkBNLgxcYYtf8EBF99O3moU9Wgs1chXYkaZ5NqpgjD/NfIjcfbrVuHY+1GsRaDVf80KFt3c/EQUfkrOqYVQ6r0jfS9kkIKvgZT+aFnVmmcYfAqeddBagqgEzdrbn06hHV4nmnAE2idVgzoxGWVYrmGZ3PuYLFdjg+

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_jlhtpu2jf2Kjfh@www.redbubble.com@a0hecik-out0_Tue, 30-May-2023-03-28-26-GMT.mhtml

**Hash (SHA256)**
8f9042adc84aabec015dea55221fb5f1510cews717P925409537.2cea2d26a

**Signature (PKCS#1v1.5)**
sbAHYAJGMTmKMxBXX0XlsuQCnC17y1/GEy6ckWHYXcemsknD1AOgfkp4bUXBOkdA4tO/c/q7T0/95DarRwet2Ju7UDVPHHDA4ciZeMkf0sscdc0pedl4teppeei+p7cAEdruQwbG00U00arGvB+G8w1LJk7xYVvdWjYfZXQTriqyX3DUxck+3r+O9HfH8C3BCccs5Ov5RfEE4nbtnF0jM+IV12CdntWoaC1yqDfeBa6-ish4wWX7xBHU-L8uXzDVeXySVaUnLIcf7t+ItYMYxTsguMrP98whgPaFWFN8BFRKBsCTYufI58FYDS/bfXZ+wt

# File Signatures



   



# Evidence Collection Report

**Page Title**
"Smiley Face Money" Sticker for Sale by snappe8 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-Face-Money-by-snappe8/84872027.EJUG5

**Collection Date**
Tue, 25 Apr 2023 13:41:52 UTC (US Department of Commerce / NIST authoritated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a00:5600:8:93:3:

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (PKCS#1v1.5):**
ePw+2Cc7VzBVsQ3BNrGRTy3bRc/bbuwLpANYx7CwheuSZrPCRe7w7cZ7rpQ2SKht+8p2RY+afGyfUjp6SQ&&/KSKV5V1bPu+FSJbbM8Zt26K94Cv7rD8KC72AsjCLh0O/UGQbwFdAFVhkQ3j&7SbzU0fqY73qp5Xqqx5porzMn+

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_fthtpsJyEhJjWuwww.redbubble.comJyiDJjsticketSvJjSmiley-Face-Money-by-snappe8/84872027.EJUG5J_Tue.25-Apr.2023-13.41-52-GMT.pdf

**Hash (SHA256)**
bd2974cad1bb11e0299f3ae8bcfc51dbe0f070fbfd44f2150b81143dc034cab

**Signature (PKCS#1v1.5):**
pYX+XAMfT6jwbX0KTJZpqQ7RvYt6d2LbZ4MdJ5ZZ2xCVTHkm44U2rG4Hdp4dd0A/Rv/pJDgBbHTuQQCdbr9Kf+cygZkOkZu5+eV24+XIo7mNGKpxJQZHyOLyFnGaJYYHY1YJ65/RsjoSOqZr+











# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Thu, 11 May 2023 21:06:38 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
175.176.16.166

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
TNMCJ5yrzlcwJdH7Fqt04ZaT+I5oQWbBO3WmxV4iXcVIKtGVcQQbGGruvXcBpDSwZ-9VZYZW1Bj6xKRfk6HQrzGjynv9oVsVkop5eOJu+6PU6iC9NppMqtNqgr=6Jyf0Qj1oGvf8wHTUzaak2X6wH+HxqqM012VwOqykZaFkr6ece3CHE+2Iq1W5wqnt06iYp3wqynbFWCJwEOCIc1YrsrO/MO+BIi1SFePCkwF9tUGIDGv5c0XUbiDybyhtPisvAaVoYX2iX5J+v0Wodg2BpqQ5WOI+xqOknnKF1MuN+JN7gJr+2/81SbwyLAJ1hEx+1hEXibpyEhC9Os==

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_ßmtpqlJ2h@Qwww.redbubble.com@ch@heck-out@_Thu_11-May-2023-21:06:38-GMT.mhtml

Hash (SHA256)
696cf1499f2ea600d01b4c3d41941396a9bce65f003c400d237b4d8542017d0e1

Signature (PKCS#1v1.5)
mxmVVNqnWrxKsnMXAS0c2uKw4yKtUBvDuEUuxsL7wN2wImYTZYPyxOMb5QaODisk4qPLr0R4W5BYrtVHbQ9ZqQqxPXVV2FDoZL2ZC5vGwBbDhMbeI4pMkXSxsuhNmU7PYQUnfCU4Xf+50BqDuzs7S2gZyGKXzhFQWJ4yKDO2VqQ5f/1tmAmUcrkTKOmkH1mFCj6AZ2qTXr8q5SzruLD2EDHzd9ZDWuxerpTm8TqppuMkwk3uX/jDpdLbKb5aSaxAi15P+1DLM6Hui9GEpLRX2bXbXZ+m4k5qRQDDRe7JhHq7XxLwnFJ+Udm5nkAsDXmgqz7rRqW61nBgMkc+6e93yd6wZI5ctNkY95V9mGRAYpytDQ5gHCNPU6mkdOrbBOmbBw9ZOVj8sDy4fRWZ/4nTuM5F+4S=







# Evidence Collection Report

Page Title
"Smiley face " Sticker for Sale by staseannhh08 | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-face-by-staseannhh08/46347314.EJUG1
Collection Date
Wed, 26 Apr 2023 16:37:17 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omotosuhou
IP Address
3d4376009.9.96.9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
PHqyy9Wkf3k7nRG-bFVsh-JOFiQ7Xp3GXKrGVC5GBpJRyv3K5aMaDksHPfHNAW4vDaCaSrFKI5oaESa4MXeoGpK4doggasinkKv-avDLZJTsVGAnMMhrLAaMztsbTFTMpvpQ3GgIYyvTSAuyQGV2hqsUrwbWPhsPV+

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_DrtpdZDJ0Vvww.redbubble.com%2Di%2Dsticker%2DSmiley-face-by-staseannhh08%2D46347314.EJUG1_Wed_26-Apr-2023-16-36-01-8447.pdf
Hash (SHA256)
83e75e9d93114836a06c5835baa9fa0a6a5a613999a68a21bc958aaf
Signature (PKCS#1 v1.5)
LgKLXm+L04XbM5KLvGRqm6rQ-pLjNyKrAhL1yVDJ3MKQNkrxzLTh3bdoxXn-Jmkhe9qHkMzbkU5KJFPDxykBt5JmPZWt1Lgn4HpvLbz3Ck5z6d0Ftv3Kqg930aHvsdJU66plbKr















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 16:20:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4fc1:a100:7c12:f527:e46f:ae0a

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
hYfhDCrV7nHxjQmbUfLzyCYNBNKz4nnvFBC0D2Ur8eFBF5wHEjJ7TwGM1ncU607F6p7JEYUD+kMTL4mvyE3huR8Z3f2f9LM0SzyfiAJWroDF3iAD4Jnqr7jU0qd7r4tpvB9MPd3ZaqQy2Vrpuij.+zrGdBMgti7Vnsh+TfLV0A5Z2G8ICrkAnVI+B0uBaaae83riQ0pwbHjfyzUHvHzwQnyV3YNxrVOsnp1YMnGeb0vBIUr51RmOxehQkkkTgko8Uf7S0zOyNj82ZSwqGKDfjEbbv5+ inU8Nb+0hkkr4+wXh7dPi6HnmkMqfiYVOopqDGFdOd1dZvdvXxWwYTxw+++

# File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_[https][b]fb[h][www.redbubble.com][h][check-out]_Mon, 29-May-2023-16:20:14-GMT.mhtml

**Hash (SHA256)**
16e0d69f36d3bd57701a426ee7bf6836610464ef540202d2739747aa3970f

**Signature (PKCS#1v1.5)**
pGw6Gdl6xCaj2wdbdLxUe+rKbGS00cw0hAFtW63w4H7Wgyz.mjv0jpiBOuVvh6bUSLmGcmM6JAdpFqnc8BtH9h23Gv/kditbQxZGqnovWH0pmw8R+fngEsfkEe3xkWSL7hk/WPGs2Upr24dCJPhhFRMV6vWJ2wZZK+7aaJ46B84pg9qa9THeqLz1EftO7nkhW9wSgXKZSxcUCkhAMkZ7wcCiGjZ2fPjQFjOQr5nrkAnzH+TeyhVzL8Vk/X50LpAth07bbxiD1I6kpYD1i6AcvbSoft7PfaKGvKuKcxg4A++





# Evidence Collection Report

**Page Title**
'Silly Smiley Face' Sticker for Sale by Stickstone I Redbubble

**URL**
https://www.redbubble.com/i/sticker/Silly-Smiley-Face-by-Stickstone/125462739.EJUG5

**Collection Date**
Wed, 26 Apr 2023 08:37:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Chromoskovu

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7-S)**
EjCaesPm98NHz6qSzPYhMLdWFl1Ht2Lw1VbiMzhbUeI1Hakucu1MkxVxmEU5dQys8uEZwbKjSyDaLeGOnd5W1DRNLXWZxmBg8zJs4pNPQT13uk1uLpL2Md4CUm3X+

# File Signatures

SCREEN CAPTURE
PDF

**Hash (SHA256)**
9671a33905d4493fa3cbaf4bc1d0a009970c1a3b1c6b8e0eeeabdby2

**Signature (PKCS#7-v1.5)**
F5J73T4111096Qj3ME52wSqmSC5574VqkOfbCbRbzibUrj8Vg7YLzS8pbLKJXkKQQL4n4ClAiltkekgFbpKAOHF13Hz8hbQkvhOuNEhtmaJnyGv4zO77v3zhVP8dBxDIXxAhuqPZish8VrNsgN

---

















Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 09:49:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

175.176.30.31

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

fYqxXTht0Ce7PjQWIgF+PZlhhFd6sHZpJF1onI5vYjVZLv65sNydlPghxUhK28puhhLfwEpiQfshoI/J4OqNfbVQthWC07mU0zrY2zhPGLVRjHNMVPBmyAN86y60WJ2m3f9Lmof9Swjhwtfu/Ggya0zFaV2hdc9uGee215P/ sg40mvYunqzW5x9XUbsqSySg431cDZ7oY3PejReL8fIvkIouVRt9fiJjJa1EzPHGFqiRMbBrXXke1vxotk0Qihhn6lQBRawe2mqcxVU55trfMZRrnDrHKg018WQpkgBQ3nzx0mNp1Lbx80LBVGv9ttXS/yTnZU+TEV2JcogXUNo12hyV2/fxQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[https[s][h][f]s]www.redbubble.com[h]check-out]_Mon,-29-May-2023-09-49-28-GMT.mhtml

**Hash (SHA256)**

f5ccfb1e579715d6ccafcf6c220d6e6cc780b787Se64ce9cc4466a335a65c5141

**Signature (PKCS#1v1.5)**

VDzmR477d0poIWOgufftKfKJpPp2VlLcPqyd0v4P8Cy05Rr15cbCzMcmko10I4MpED7Jvm+zw93xN8V8hQnHcKcf86bg0z41Sk5HoP4N8T/P0j8osCaIBDQ/dH6r26f0C7xFgEcVQEvu60J4m1xJIR8XKf5cIEHwxx6n8E+q6KPis2aC9XZ0/0m0DaoeHr/ v87dF4FQ0hxl2S7L6tPE8E7ZJUxvdkSn1WU5M1fEMnT/xAkmaTISk2t5UGsfRHw8LzRqYgQOGzCsfV/Qn50Dssz5MbZUtHwm/5Kf0KMVgLgfMwTo06G0jx03F3gLka3quBWTqfNKkTRLbUY/PdPLaQ==











# Evidence Collection Report

**Page Title**
Your smiley face' Sticker for Sale by strawberrymlk | Redbubble

**URL**
https://www.redbubble.com/i/sticker/blue-smiley-face-by-strawberrymlk/76897479.EJUG5

**Collection Date**
Wed, 26 Apr 2023 08:46:10 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Omnitodudou

**IP Address**
3404.5600.9.xx.9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
d0LXzqRmArlFH4V77dfTMhBygZkFeNm4bDPGjdSW3uX4lbTnbqSCQ5LqzmWLfWTCzQiWfkmPByJ0bdU1gXpRM5rm3QWWt6rmVDWQTCuXgUg0w2V77Rw3KOdW5dRdV5YTJBdWYhpc6UYRPQBtWxZQqS6fouYoSB2JEjxPowWqqbpSbgCTbH

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_Dfptp42ZHZfpowrw.redbubble.com%2Dfptsticker%2Dblue-smiley-face-by-strawberrymlk%2D76897479.EJUG5J.Wed,-26-Apr-2023-08-46-10-GMT.pdf

**Hash (SHA256)**
e12aen1f36abax644e00153454a3cde3a2tpt9C7b7UK3a2qbbMrfBMg+WWAeczn4839hQaV1bOQZmgTrSiCMtK7sMWTs6Bf

**Signature (PKCS#1 v1.5)**
lsai7arKLmphBaCEQ5FeAZ9LXaGumuMQLTtR2ABkpulNrBSDTAa2qbMhMtJNNqr+WrMmvLmtKRXHQsxXL7AQ4ZIHOLZwGbpaVgZCpWChtl.dHDpxgyNLjshL+HRjrs2ArL2IdXt1bZjqm0Lv+phk





# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 23 May 2023 15:08:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:44d0:4402:f400:8166:6dee:1148:dc0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
5LfrMrPnWV5nmdyUXhKHO6uAM+C9bC55Xi5pMVxrcrEoErpEQ2eRcuJ Tvbbm2nh9mxB15Euz1OtkFEfK7dCL5xYHGZFfDuDZNLWdxxlQUWqhGwuIGjE4Y6nT j8erHKfiY6AiFT78DaZ2YdnEPwb+nmnQkhXbAmV/ K7YDGSpcsr17LzaFr6LiMXr3GySCxv7oB9FOnHrG1nmnDoPOByfOTaWQ6TYmVZ34F+0asB7gSrH2ZuQOJETR0GpAJ76HH9rjgS1w4V3xeFqNIZ1p0IF/pII3x17eoyvRcsR0E2gCDEiGm/WG1UmhNfDWhDNrT0/nDO4T+fPBOtZaOBxyIOuMfIXSJdsJ1a8V QKSMQJw7UoSL1GVl8oAn6OWeWhBhImJu1mOtbN8a85ZMZb8BQWWehWVfsGwrFjwb7Jcn0aUwqfX2NFGndDMQ=+

# File Signatures

**SCREEN CAPTURE**

**File Name**
MHTML

**File Name**
screencap_[https][//www.redbubble.com/h][check-out]]_Tue, 23-May-2023 15-08-28-GMT.mhtml

**Hash (SHA256)**
28d86deb4376da2da03fc1c19b8b415c4bc2ae1387d8ae6a808d135497be15b37

**Signature (PKCS#1v1.5)**
GJ0CZba2wsAAyj0uOOA4SQj3USqQz_ja9lL88O14IHLinhWWf4TTxAoV P+knJsWZhV+AiW/VnC4zZpUbc3OSjAhyj4e2.nVqw4TksxNHOZ5nwYBInNMmfF2g3y6e1KAaFYaPr7p7xdXoP9dtEDWrYV2zloJ5azTbTuEmYPD13r7twqyrKeuN0E2jGDEGtn/WG1Umt9hiDAW TiO/rIOO4T xFPBOtZaO8xyIOuJMIXSJdsJ1a8V QKSMQJw7UoSL1GVl8oAn6OWeWhBhImJu1GmDDMQ8yMB80kJBBmBSHVaW4bp





# Evidence Collection Report

Page Title
'Smiley face emoticon' Sticker for Sale by Subkhiwarisel | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-face-emoticon-by-Subkhiwarisel/55607347.EJUG5

Collection Date
Wed, 26 Apr 2023 16:49:21 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3a6d.b41f.fcfc.5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7+S 5)
Rgf6yzghRYLa4424thf50a9taA7gh40AQsVkAOOMgM5Tl7vmGkLAJz13SyHBQ4HQ1vmsCQfJT740JntLppxLoVoTfKiMTtgUPXDvbGQWwA1oZALh-L7AU8AoMvcwyqpMyjBXs.CxcwrRCY74cVHxr2F3h2rJuXcXd

# File Signatures

SCREEN CAPTURE

File Name
screencap_JZHpisQDrPGjzeno.redbubble.com%2fi%2fstickerE%2fsmiley-face-emoticon-by-Subkhiwarisel%2f55607347.EJUG5_Wed-26-Apr-2023-16-49-21-UTC.pdf

Hash (SHA256)
7189fief09dde4b0bc334c72da6d43d2lc51fc16276648749cb1d5fd44504c20330

Signature (PKCS#1+S 5)
KvCdKgaPtLdYZVmpLjGvOhS32VnyGVhkEArQQUCfQypyGL4ktRBt6HKZ5yCRmC5Tic8bV67GcDaAYcKQghBpzRwFrOSy-aMo44BMBbESz4GwjYdbgBABRMCGwTcEvkoGQmZ2uDTQ31gPYY3KQk8j4X9mWa644uvnE=














# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 23 May 2023 15:05:14 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:44b0:4402:f400:8166:6dee:1148:dcc0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

u9heKYmyFjXkd5SGXhj9jtFgnaJCYTgqAeb9dedvhRgv6yGb0xzaLrA8JrOX4AwaAUotpFY9YVUVPEDiX2QyeoIEtEqYhXzhA59haN6AVyqOSBjv9W6GJM6dhvO56pvqeKRUtNgHkq86fVatcvY6qsPVrgtFqQHVO0u2qCb/ixNpZI4TFHB+9Ga6EUmucc6hcSkWVUyaGHvt1SUCeCPqbWpQzVixyK1nJbp50HmV6KexrCQzCHShkESZYVX1V7axq0Zw71Fwmtg2Ua8Wmq/4hJVtCpc6qbGLtUnP6I6baEbGjLzZg.Xdn3KMupY1bzXQg9QGY+NrAj8p

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_fihbjqbZhJjfh[www.redbubble.com]fhj[check-out]_Tue,23-May-2023-15-05-14-GMT.mhtml

**Hash (SHA256)**

85fe5a8a455e6015d9a1830f43bc87044b53d3212fc506434360dde6f39d406c30

**Signature (PKCS#1v1.5)**

Y6Qk4CACJU/xG3BUhXuzgb3v2E5zML/wScwz4SUqM4mY7zpe4xzvD+0xQIX7CLZ89HpzNH4hM11gjzLN4nmu0mLV5dE2ZS5ZI6e/CWMCbADO8BBCDl8eDcos5ZSPF4WOxRPFZrR9GmaZS8WYSTGGkdWqtNejrmSxtpF2GBYrWsS2D5SaRUJCo7dH2iqmwvzwsUvenKI1IoYV7OdpQBTHlbyq0jpIJ5JZ5p4+2sWfahgHOo+7w49+j6kvTfLSLPDK6hXiSh+r.wKd1rp4hdiqXidMShBv0QvSd

---














# Evidence Collection Report

Page Title
'Rainbow Smiley Face Sticker" Sticker for Sale by SwagStuffStore | Redbubble

URL
https://www.redbubble.com/i/sticker/Rainbow-Smiley-Face-Sticker-by-SwagStuffStore/80765414.EJUG5

Collection Date
Wed, 26 Apr 2023 08:36:07 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Ohmotoulou

IP Address
2a04:5600:8:36:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
9lMMK90EVSFb45uL3LZrZtk++MWv98gMPZ1UD2eGbhZTbPu87T68WNQ+mvdkT8Fr1oGCTeZphAnHOgmwDMKWZCN- zJ37FvqgkWcJksbEDbg0x5KKfFgmPHoubbigfoFvOrQrfdUJrgVQ00YySzLha0ThgZDKd+n

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_0mtpuU2r0Qbixt4e9hjRqhickedh)Rainbow-Smiley-Face-Sticker-by-SwagStuffStore(Bull80765414.EJUG5_Wed_26-Apr-2023-08-36-07-GMT.pdf

Hash (SHA256)
935150f0a1aeeb78eb6434acdfbf8b0050948acd1cd13b3d10dd5dcbb3bb20c

Signature (PKCS#1v1.5)
8fvDk8dpbQ7m4vK5FQ4GKsX6DCVVPFW0h3B12V23rTsvWKbBzheqqs14wq4ft4brLbb8cfsv037139dqesGtCOLuh7riU9H6t+4sbKWSZppuWV1cV9FpMvNDUtSpzAv1QVfDbSLvJJBzmEftJ2vwsMxBGGZPv3











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 09:10:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4924:ce00:5dd:8d57:840f:9765

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
NAg0f021LdEBsWnd4yCfmdjz6Lw4k391g5xHMuT41cwfnBbEl+9OzEDyz0Ol4t7uAEpkTjQbwt0e67dtbPfhi+zj2Mvubdpyt/t+wClbJ8fW/m+QI+TZdLS2cKk4eM+nJ17pdLmRv2 jnamZ0K02HFGAwMfdvbNs/r39SQVz4XznjBjmH/5TRv +qF4wu7AYLqBaLWAQ+WQ0jJ4GofQfExLls2TQOGT4BfCCQLFzCwS3aZh4eHWa6ehAfW8l16hmKW1ip6vm+CbGDa9bM3326k0nvF+b9V+fB2LWHrCUCfSpikLW+r2Xt0e8WYJM9bpSpxcqr1wTaU74/kr9WGKQcKye+++

---

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_8htprji2fbj8r@www.redbubble.com[hj]check-out]_Mon-29-May-2023-09-10-48-GMT.mhtml

**Hash (SHA256)**
9673b971a09b720b582995l241uec2fd4edd2ae1f5454d7cc58leed7a43db584

**Signature (PKCS#1v1.5)**
F4Hkmp5uxGJxeEUxadnudgVrhGb/E4YfoDnz64K/XwUWJetQDn5d81V+Hq9kv51Tc5M55FdV9Wj/9fRA394Gg9V0vQYol6Gmpl9rfbeIUvXU/pbO/PBGausmtiN5OdSUl5Wh0ehv49b0ac/ uXrXfpbd0ELaSp/TC53W TvYr6eYk5z7dBCHHmseCjpXj9r59Nqrl4nqa42Omo00dXQn TEXfKI9uq2B+lwfbbngf0/V018miv1Tr7Eey0g03beCg2+C/zEV 03dvt+Qds4dk2/QGRS21QpRtf8pnTl4rKhc9JqBf6u7k44zu/8o/rhmzjqb9x9mzHdx+dWhrArfw++









# Evidence Collection Report

Page Title
"Smiley" Sticker for Sale by ssc0120 | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-by-ssc0120/54976709.EJUG5

Collection Date
Wed, 26 Apr 2023 08:42:18 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a0d:5600:8:36::5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
KhPa41a8On=8Ew8i9Us1vdC=n4u1pP2fsAZqKKfiPsNU1doi2q6JWebFw5bfT2H7PK9Rei/PodU4+V/pq&c=DK59L5DEyEq1eHG+MwexcBbrqFdtq3z5o2vEzb+5R4dUDDfSsAdc3P+qQinsii4+

# File Signatures

SCREEN CAPTURE
PDF
File Name
sonamswq_ZmtpziQfzpIQhnemsv.redbubble.com®i®Ijidzcker®JSmiley-by-ssc0120@fD542976709.EJUG5_Wed,26-Apr-2023-08-42-18-GMT.pdf

Hash (SHA256)
2a391d03031963e304a0deed4aA/430*1c07403dccai47126354794064aa

Signature (PKCS#1v1.5)
pBaz90jgETe7cXIGRfpHWmnzHFs24vbRngktizpyy7pGS8fO13Hkmc4Jg2eavwQXdbZMNROdoJyQZNuDBGTDYSc4b6lo+4*K79B4NwOe4AhUDDUHKb2KLYTVHbd3ANY4wA/q6qXF2yScZyjJoKyLmp3wrpcJ4y1UJeog48Uu+










Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 10:17:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

175.176.30.31

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

DK6IoJW+1zmtRN1Qt54YZWntD/SmaeHDvu3wBrGCKVrpVloF7bNy4RkZa/jtdhmI8HBmeMhRCfbssdx+KouwjzUSz4mQC+JVk0nZfXV4bOzKdPxUKvy0GY5aUTi6cGDIRD+r6gWKtzgg0tMWHdaN6nOm/ejwanjvD+E/TkZ3K7h/B0bjFaKpIFNHrZW1DGTZx8UVePR7VpWu9JLXbUTYpSwjiCPv4klExboryPk11AxMRI/BSVASfhr4aVWlUiGcxseG3ePiT7+JQ4hZT/VhnfND8HExwyPGvT/o3WsvFObeBXMTF9/tK3eazyYKSm4CXq6FVRAsVZtLH0fifw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[[https][fs][fs]www.redbubble.com[fs]check-out]]_Mon,-29-May-2023-10-17-43-GMT.mhtml

**Hash (SHA256)**

3b65a2addd43940d348954631a01320b86c51004a8bcf59f706ff2c6576ab7b8

**Signature (PKCS#1v1.5)**

gCBhsOMp5bCy+vD2bSOTEgn1nckwZkzWvnhzjoYxkoP7NcdOlhQ/KhnqeyUk86upp3jRZwCK2uY06IDwjcNJQTpoFSu50NmV9kHbaPBxEQD8Q/C4ztw8CyBToV7QtZ5vBacoLfvJ5/Dd2GQ5xgRQgvnNqHOsPny3n+8Kt9kbvguMc9g8V/sDoIIgZ6Ye+8VZ88Neks5FRT0MqHnzT2CxB8/OspXixwmkTyQwml0LToNmxBoCX5JzuSATqz8k4I0qlEgTu1iRGPYwZUYN4m3HC1EYK4eQfEHFHj8QnCYG6VuLKmUpnPHDYhv8CQzt8W/DQM6GIxNCpKNvZfi10Q==





# Evidence Collection Report

Page Title
'Funny Smiley' Sticker for Sale by taher1315 | Redbubble
URL
https://www.redbubble.com/i/sticker/Funny-Smiley-by-taher1315/67796712.EJUG5
Collection Date
Wed, 26 Apr 2023 09:32:27 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a04:0e49:0e:5
Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
hug.IjDUvtKuHstumi4Pc74lhnww48JQnndGhiuiqtbb0IdHePmfocTdAbGrhQJhS72Sgouemi+a8Pm4wLawctYwH5AbX7Lm9IglQOiIy90S2SOVGE1SheemzOj1UPBmkA6A7ma0aQimAfGFqAibhk7.YhAE.pl=

## File Signatures

SCREEN CAPTURE
PDF
File Name
screenicap_JBHytoDjDr@ivmw.redbubble.com/b20p/sticker/Funny-Smiley-by-taher1315/8Q0ft77lm71.0JUG5J.Wed-26-Apr-2023-09:32:27-GMT.pdf
Hash (SHA256)
dYM45d3e6Cca1t1k8tmemhuliyrd1su716xdm6il1522kwtof700T.70Dkk
Signature (PKCS#1v1.5)
zxyMfOftMoPHHmLWgzTuJeMogQ90jxxvmriqGMFnqsZWmoozaisPNBQVvoLo10TM7ftfthVu1204OKbtjuimxbiFbErO7nw54s0Ll8cS7pUimKImpigS0jUWolhMuMFfw1CsPtemekQikmm























Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 12:31:05 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

175.176.30.31

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

tsXWLI+MyYRk1aZdMzzA2FI8MT8Zec9OgEVlEsWoJFL7/WuUjXjEGpboG1iSEGF7OWL1qtMW0aWwt1jcsd/b/FT3YLpLwCT7cxupdanWwEH7vJT99ddHVghsFAPva8HwZEwDKpM4+Nz+qn0vda6h2Uk7PDeiBsPCJvhnFo0hk2PZJeG8sijk8tFF63BUCQ/FqZHzyPdc3SytiigI7Q16S+xVTMuEFEXDnVxw+VshUUd8UW9GpG7vSQFvoGzhH9epIctC18FPoOB8ZhiM2LCd9rk/83HYkiwgYVsAAE9RUpKhBXxJulp83m43O/VtgtpJ8VrstwtzQ+DjC0iw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s]][fs][fs]www.redbubble.com[fs]check-out]_Mon,-29-May-2023-12-31-05-GMT.mhtml

**Hash (SHA256)**

bc61687514747e704e15ed0a5f4e74014a80cfac2f91b20195b1ce00c761569ed

**Signature (PKCS#1v1.5)**

N4tml8rz4x1cmjEqVFK4A4+JqG1ds487A1zGqLtlGn/gFetAqrX5GF2v771+5NPQMLDU7f8Nan1lQ09ARbxVDPFNg7RPjgu0A8MYQnnzf0H4aSpaJg0V4FJihGOC+fw0OGg0ffsVRkqBH42YjCxCi84avPiVicBAujgm6t+0Zp08I1Q7u7L7249vG6fH8Ay4CleiQTmTcNUJ09tUE/aws3fAzKrrg2PpXdbS8JcdXWscWK90Lz4Mfyd1gFO9qP/2pCbESPEPy9bFAF5X9DUrvETbTI1T5kZPfaRgly4LrH1hKGAl2bqWLkkt0eELAVdfZce4XyMUYKSGRapp5oiQ==

