# COMPOSITE

# EXHIBIT 1

# Def. Nos. 241-271

# SCHEDULE A

# SCHEDULE D



# Evidence Collection Report

**Page Title**
Funny Smiley Face in Clown Hat' Sticker for Sale by TajfunX | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Funny-Smiley-Face-in-Clown-Hat-by-TajfunX/134528521.EJUG5

**Collection Date**
Wed, 26 Apr 2023 09:46:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Chimbuduru

**IP Address**

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
s1u6pE.JhKAhAYSy0Nbi4R1Pxe0TdpTbRbLmr3cp3d8Bax9847GSBjTO72RDKat0JqR1FIXgEbZBHSVGOeTgcW347n2Qw2lDCQ4Vvs6.hYRkw9t3crmMKilmGoRLCHcB1JMtKhGw/kTpnw7RGMYCLybm2AHxQ

# File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_ZHjvjxj92hjZwww.redbubble.com/EJG6nhdIQFunny-Smiley-Face-in-Clown-Hat-by-TajfunX/QhXZ134528521.EJUG5_Wed_26-Apr-2023-09-46-06-GMT.pdf

**Hash (SHA256)**

**Signature (PKCS#1 v1.5)**
n8bc0Sf3IFycdcUnR7Wifu7MlRag7p14TwjCYfW33w2tb6pHcdmPkmFo6wbf4w4WwhNrHcIybUQpsQrEZQfGTMv8Ltb4SDbivz0U0OQYiI7mdR1Yz7hVBgPbumxCUsjn1UdL.KxiD/

























# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Mon, 29 May 2023 14:04:33 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
112.206.66.148

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
rtv2+18/pHxxCp4FpGBGCF/C1yEpf59iq1NRHix5pZakhHnrDjvmxFm3FAffpGpn-fZtDZNW+Bq22qfiG+w16lXORQGMAVnIK77L4DTyWesflrdPNjDxMOb1tg1pkbsA_xB6r1AlUakUJtkLMUAPiuO4fRuDmxZVg17B4/GRGhbG6sRTLJFDCiKDTTHz+C8ydsbXUw7F1BXVHDK1 n.5HVW5Tp9n5HKgbRAHv847J gFYjn1LwLxm95rAqoaE0xEtD9Gdc7gD5z7t5Lt3ZRHzVioG2J93tpt1nfcf3NV15B4S2TVc4jeAk-Uh1JfkbJdnz1iiNV2Qux+hebGx9bcJrzjp4dezwDeWde9Km1RjBFrFwfGx

# File Signatures

SCREEN CAPTURE

MHTML

File Name
screencap_j9hfjjndji jhfjjhwww.redbubble.com(Sh)(check-out)(_Mon, 29-May-2023-14-04-33-GMT.mhtml

Hash (SHA256)
50af42b4697b0ec249TawbFfe95cc932d1c09c113e4c17a878eb357c2c34ec8

Signature (PKCS#1v1.5)
oMHjdZEE054mxkQaOKq3kQ35KxD0qmhfqs3/01QS9xuXSF7zzBpkgZaBhuaht3KC9BeqMGEzuE-JP6wOQVwFjHfv
+gH3UfFYuRTrE97jsLJv5QfQeM1LN3mxoy9cGZK3Gw8Yt3T18f+f00sw5keSISCjH4F12CdMTwsLqwysTzbgsR0Bs9KrSPSWt50mnpr4ku7L2WQwV6jZ9L6-L1uGurSDGPGTxi0sXJ+pZNFuX0pelr169h7JufkvtbL964pufnHnkf6aiZ/7prfFbDkbGBsHz7l2TuGdpsfQbkhs0rWfnT1/nRErJM6TuSRy50abxsDOKLJZsz90qn+





# Evidence Collection Report

Page Title
"Smiley Headset" Sticker for Sale by TakeIteasyShh | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Headset-by-TakeIteasyShh/86755081.EJUG5

Collection Date
Wed, 26 Apr 2023 05:55:46 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chistodoulou

IP Address

2a0d:5b0:6:9c:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7 v1.5)
91VrbpbfpW3SMM3mS1XDFk9Zg7f4+09xz+vJbBpjt1DG1LsAfRbhG9q9iQBvFf44W4w9VerzCnv4c7Ih7ZvsqXOUbN2xHm+eoEuiy4LeatK+oaxPDX9CnFfUEN8jkwdRmu6EfCgR8w+a+Q8DK7fBEByLi3x+

# File Signatures

SCREEN CAPTURE

File Name
screencap_EtAqJoJiRQOwww.redbubble.com83qB2p0m0wiDsjSmiley-Headset-by-TakeIteasyShh86755081.EJUG5_Wed_26-Apr-2023-05-55-46-GMT.pdf

Hash (SHA256)
88hhbbF1f9iDFvkd2aZ41JNfBaGHkx5F49aZx47eZ3s4kxFGW4eDi6d4355D1a

Signature (PKCS#1 v1.5)
Sh49Lz2XHs1bdRNsmCPpTa3o45aL8Tp0nTa7sCXXqHyscK.Jaw8G16x45ssKJPTbd9jSpDeR1mrXVhkbtPwGSjnDH+PVqW+VWpemmg+7c3A4LoJ+PgszHkAXDGXOaqpxrAA






















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Sun, 14 May 2023 21:56:21 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
fayGLU2rHew11jqDzspfYqbFWfZD8gEw3CMSsJyPWk15HQ2q2d4H0bK4DPh9dwaYNDhUcUYHs6Up5wEEDC1vMfPQ8sMFmvLatj4gYFzHj9LiCG/YfPwJEjUjprsHnoFjKUmW3DLXfbzHsc+mnG2fO6vAuJp3EVFuGVEnvQm2rm9+PnB4QsQrZQUG2d1Sqw9zuTkZLux21HbW9HAr0i0THQ349R4nmmHz0ng4i5q3yIBhZ1LwTRZjAR4FCJxK+mx14tTXRGZ6bvPzQgdcJgFFGGHQ4GIAALcK1rFmd+4mbmpmcbs24DC

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_8mjss2jhj0f3wxw.redbubble.com(hr)check-out]_Sun, 14 May 2023 21:56:21 GMT.mhtml

**Hash (SHA256)**
f73e051eb7530383c4dce60d2710b6503c865158003b5e3180a2213a5000d3

**Signature (PKCS#1v1.5)**
niaerniUxxuJv4p1xu4Am12vH2jXVzqNdx2FkRbuE2DiFbeinHdBzLWCrud9spkEF55VHQJxm2buDEBbAZNONqOi4mRRO45OWo5OWOJCCbcJEZ51OLz+uzhAsYjJRBENTJpznSOSpsZgSGKNF9RqaLB4HqhTkq3vzg1siewtE3zW3vuS/1sHBdXkb7qoVz9NmxFFbMTHuxLHsZHaerFsnnJEFSt19nLTfsg/FDCmbKI49OG9n3lfBOXYp5bGT3dNkd6Z5uJNMxqHwo1vEHQRgQ6V5bG7hWifkJGdu0YFtgaJwC6mBBXKA





# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 07:53:29 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

110.209.68.148

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

iJaJqV9Fbo2EpkEy84Yo7YHn6TNz8EzG1z1BnOWXmWEdRkJf5JT6JpJYkgmgDgzjQCVSraDuQBumHdkHFfB7Phf2fDWck2JSQyBmWBzd2s+rjpE1DKHvQ3unmWMDfdYmRef5vDVm8A+JVcTyRLJE35WOmmdkWGBUBzdQwkD23v1BbeiUMZdSPsmvTe+DXVeA4+XVM3u8EQi.umzSrDV5iAOx7qQ5URoH20l29WBzzgDwLwLw5bFN7M48gfGj2J7L5B8tPN7XrAnDuCFKSPXRfpq1-6QYcrcQCdKhG7-5LyhmsZWGgkGQXYL9rmzDWhr/DboGSu9yfAm

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[https][9hjR][www.redbubble.com[h][check-out]]_Thu,25-May-2023-07-53-29-GMT.mhtml

**Hash (SHA256)**

b4b68f54c85eb096c4c0a95fd29d05801760e42a7653a63e9b06eb801b7bd2

**Signature (PKCS#1v1.5)**

8jr2xG1JqRzAEqqwe14kHT8n+qJcKQcFMdsLJOdiEvbE5hKI9hNapuCvcKYPDMAqdqbpL7OmzDMwAu8WtVcEccWcJ7g7bKUjWNG62Etvc2iMHhSMQ17ewirLoJlpEE53AYTpl5gd7WdabJNrhTuVF+zaDQVGTVWGFUBDqS56rLfRdwTXXgqYPoZYHZbQTkzFXAXqQNFQsFCac9HVNxQGUWdSPbbzuAp49Uw3iMtDSV7TWkSwfMWUMEPPUGfMtSlmsuGRUKgFru/5xEbEbqRLMPOlWZuHa2SS8bbTwoemxeGgeFqZQ+n



Carbon Neutrality
Investing in programs that help the environment
Learn more

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Super Service
Hassle-free returns and friendly customer support
Learn more

ABOUT US   SOCIAL RESPONSIBILITY   BLOG   DELIVERY   INVESTOR CENTRE   JOBS   CONTACT US   HELP

© Redbubble. All Rights Reserved. User Agreement | Privacy Policy | Do not sell my personal information | Copyright | Affiliates | Give $10, Get $10 |
Student Discount | Guidelines | Log Out



# Evidence Collection Report

Page Title
"black smiley face" Sticker for Sale by tansemtem | Redbubble

URL
https://www.redbubble.com/i/sticker/black-smiley-face-by-tansemtem/54735820.EJUG5

Collection Date
Thu, 08 Jun 2023 09:41:51 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chroboutakou

IP Address
3001-ev031-032-9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
cod51C3a20cbfcba6db3bb27b6a7ce1571fa7bca886e23c01cc32b7611mgnhfbd7bbbefda3ff95f40a544f45454f4fba9fb5de5a1dd9d54f50ae50gm4afcle3n5r32eSc5sqCbq9yZ2ksgs5tk4GdkvlJcsXl6hRfNs1Vi5taqH43oUY1fy7jrNlb3OBSJZcHDTEMFTAlZcmTqDYSKApxY1
Df7ni2adgesolcYeDet4zpYbbDyyMezzsNMnbowrS7Spw2jRNDDsTYb3mb8ghel44p/NmrbtR9MwhSDfe3m3DdN2yd8yG7mfjdwNSDJMDp0OUfzolN1WIW1hDNXXsH9ONZPMKJ/GBNFeYu8WnNGM3mqEEmIomm+

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_B4njzuQD0@tjnwvw.redbubble.com/i/sticker/black-smiley-face-by-tansemtem5d947738620.EJUG5-Thu_08-Jun-2023-09-42-51-GMT.mhtml

Hash (SHA256)
cde0efca13b5d5b5ab825ca81400c4576cc48bed58da8dd0bd6057d1621314

Signature (PKCS#1 v1.5)
a9jqwXbNuba0513J5ECQmSaWJQ5sr7+5w3g3WL1 iSES5Bsetm3PDKB2aw7yrNfmDys7DFqhxnfS67v0b9t4nAHLxd8U-67YLD4aq3ffLbQ3hNlpen3rd3UJ9DeArnwSUQWL1bw1ad2aD2LmnZTn1m3r8ZXA+Sc4qJw0kd6SnPW3b4b1q-MVz0r32+dRsd
cHwU3WfnLgZ9Yd0XWBxSNNrHgGP8B3yHt2t2dTd52zKC3x1fg43D2Dsa5WubqbMpDcBHQMydM0tjG4zA9j+o5Lgq5+7OZ6MYBsqbZSD0gT3E7jUj3NAb2UlJ3K9OmmMFSDL9n4y5hoHWbYzm5fncMZjkHK6FcqJSB57rG8b4as+












# Evidence Collection Report

Page Title

'smiley face' Sticker for Sale by tashtatham | Redbubble

URL

https://www.redbubble.com/i/sticker/smiley-face-by-tashtatham/84550385.EJUG5

Collection Date

Wed, 26 Apr 2023 08:33:57 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by

Sarah Christodoulou

IP Address

2a04:5400:8:36::5

Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

txf/rtCZXfbSu4rb0qgwCMdbCGKxhNWY18JuJMsdescczIyyUTsls7GE+4PX,XYFmZY,sQ58Q2wnFbgRUFzwMEqu7f1J1bex7GJD4DDMFcQg6e5u58qZsv4nvGAJqMf2pUqpeKSmk2gdlNGmUL+pAqypygWr4w8GD7RJjjB=

## File Signatures

SCREEN CAPTURE

PDF

File Name

screencap_[[httpJjZh]]}I[h]www.redbubble.com[h]I[Jisticker[h]jsmiley-face-by-tashtatham[hj84550385.EJUG]]_Wed,26-Apr-2023-08-33-57-GMT.pdf

Hash (SHA256)

b657bf36f69feed80ec3f7a36447c8c11f8a88794f1bb455846af2bb04655f

Signature (PKCS#1v1.5)

E2ON/Yn9Eaaj51gHhkqsQ6qQ3vmFUrxHMNqy2dknW6ywOBxxRyfpWG4WeHhNNtX4345Hl7LsQJJT5Ob4Szxu5JSpA+7SgQUaL5bJh/9IEm8+Kn9hcDD3sytTgm+TktJVxEvEpOvLDrjhbEc5o1jXGNx0J3SuJIJgRxuIRxtGuFxZCP+c4b=



Netflix Fan Art • Redbubble • Awesomeness for Artists

REDBUBBLE    Search mind-swiping wall art    Sell your art   Login   Signup

Clothing   Stickers   Phone Cases   Wall Art   Home & Living   Kids & Babies   Pets New   Accessories   Stationery & Office   Gifts   Explore designs

### smiley face Sticker
Designed and sold by tashtatham

$2.69

$2.02 when you buy 4+
$1.35 when you buy 10+

Pay in 4 interest-free payments of $0.67 with afterpay

Finish

Matte

Size

Small (3 × 3 in)

View size guide

Add to cart

Delivery
Express by 1 May
Standard between 2 – 9 May
Not sent enough? Give a digital gift card.

Returns are free and easy
Exchange or money back guarantee for all orders
Learn more

Features

- Decorate and personalize laptops, windows, and more
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

Reviews

★★★★★
★★★★
★★★
★★
★

• Read all 150 reviews

smiley face
Designed and sold by tashtatham

Also available on

iPhone Soft Case
$23.80

View this design on +13 products

tashtatham
2019    Follow

View tashtatham's shop

Stickers Tags
Available as Standard or Express delivery

smiley stickers   preppy stickers   happy stickers   bright stickers   yellow stickers   stars stickers   face stickers   car stickers

All Product Tags

smiley   preppy   happy   bright   yellow   stars   face

Other Products

smiley t-shirts   smiley stickers   smiley masks   smiley phone cases   smiley posters   smiley sweatshirts & hoodies



Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Free Return
Exchange or money back guarantee for all orders
Learn more

Local Support
24/7 Dedicated support
Submit a request

Report Content   /   Copyright Infringement



10% off, promos, and the best indie art ever!

Your email address

By submitting, you agree to receive the promotional emails. You can unsubscribe anytime by clicking the link in the footer. Privacy Policy

US   USD$ - English   Mature content: Visible

Shop          About          Help          Social

Gift Guides   About Us   Delivery   Instagram
Fan Art   Social Responsibility   Returns   Facebook
New Works   Partner Program   Help Center   Twitter
Blog   Affiliates   Guidelines   Tumblr
Give Savings, Get Savings   Sell your art   Copyright   Pinterest
Student Discount   Jobs   Investor Center
Login   Artist Blog   Contact Us
Signup
Bulk orders

REDBUBBLE

User Agreement   Privacy Policy   Do not sell my personal information   Cookie Policy



App Store   Google Play

© Redbubble. All Rights Reserved.



Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 08:57:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.30.31

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
mRPM1Po7SmVxrstuAWFodtqxM1CcruP6eTe3Gp1y643VkfhNRa1ihpaN+RcSEoD/cTo6xBzUYQU4YogRsupgDHNwfue19w1yokNJHFa5N99kqjDU/wqHz5g4n3JqZvDA8+c9cgG5FJ5sLyzzT7cm0Rw7mFv8/Q6p150N3nMy7Pc/xe0MW9JZrQDPOHPw/rdl4tppp9AECk5qlvQeXyTbmdWsUJh9f9qux9KkFpB7oEloPTpDaaaPqL4W+hQ7d69lpAar8YIGnDhKd0EsMR9lEnk9dd55HJ0XxtUeS+lDG3nmguo+wHzx6N6SDIExbvMyUaxzNR2lvEA+mBdLb3DA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https][fh][fs]www.redbubble.com[h]check-out][_Mon,-29-May-2023-08-57-46-GMT.mhtml

**Hash (SHA256)**
c677038cae6e578831bd3ba0333b5f42e9c9f47e2c972ed1195b0adc34d92aae

**Signature (PKCS#1v1.5)**
UiS8ZWX2g388UktkbteUWuJ+JFt8XNdj8oxh6V64vcMv4eHMfge8ady2fH0rZTjF1amLdfhYa1bMMfD7mYz9a9PRNb1zaY/ahs1begJNVVftLM1pKR1eEjtkkV+gqDyrKZt+phzn8nJD/5li7G3G2v9g2y3FxEj86ZUhTTV4ep/yueH33kJ8Xe9hxZRS+l48FoI8VODANb4nBkGDH+C/nmaWvwdhfANoVJe+KyMfk/l6zVERVg2U0bpdDugGLjMvNnOFAGng1RqzVUSNEcI1YLiHvqi/C5LUQtTVEpCwHPp7ObLRMaB/DTC/Brlvp5YVVN2CBstnePRnaw++





# Evidence Collection Report

Page Title
"Smiley Face - Holographic Happy Face | Classic - multicolored smile" Sticker for Sale by lee-shop | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Holographic-Happy-Face-Classic-multicolored-smile-by-lee-shop/123576613,EJUG9

Collection Date
Wed, 26 Apr 2023 05:16:40 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chotoolsdots

IP Address
180.250.113.27

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 | PKCS#1v1.5)
R+uJQbqd0R+zOQbyjfu51QhwFGJUT74mXKFHIQFQhgn5V8DQLtCDOgmIXmWaY1Ah2pMMDQGdVhAxtm9h8w20Bg66qXNAJxd56wDk3ExXmVZ5Pbq7a58Pd2K4UJxx5NZHZSY1oG7

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_EHqtuQ1EQSname.redbubble.com(EJUG9)sticker)Smiley-Face-Holographic-Happy-Face-Classic-multicolored-smile-by-lee-shop)E5C123576613,EJUG9_Wed_26-Apr-2023-05-16-40-GMT.pdf

Hash (SHA256)
12e43feac87bef5c74d21d6ba841ca742131224f5f4dbda9d236168196a

Signature (PKCS#1v1.5)
uzoFFXaF46zW6U7GlchNuxkobaq6gF3u2fxf41Xbz176b+G67Kqn0JmYLSu4rNn4X8+AJnM7d94vN4V3K9ko2DPy6bW+4YTfdE3j6wJpe+8eW0mQt48rOTUkKC4K5xbT+o4TQ5S7QM0YJ87uMlVj

## File Signatures


























# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check out
Collection Date
Sat, 13 May 2023 03:39:02 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Burja
IP Address
175.176.15.143
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
3lcZOJ4dDFODGoJ esuXP4QDH41TEpxZazGbyNChEnx+f9aRO+f9bnAddFr3eLOdpqq.ezy73kSBm vf6aTX9WvNcha
+17bfCFQEm9lIbaakOZJBgxZYNnkBmnBmnLJ6mKYrqlhJANhvrCdRoGhW/gr5UfrOGS4qVgkGdb63BHLrZeRG1mpVrSjpuzL4m5Rq.ikm9Jn1Q0SyCom7tw1ebHLpn1kD3Ciwbgo+3nHP2J9EnJZgfSICvTIppQROL9RL7mNpKIDyQyweerjdDGNEeMAd8CMMvi0UCmZ3
ji0rxSG+rPiVc/01gPsSUiKpbxeHoCbL3e++r

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_[]Hfpoj2Jh2[]fvww.redbubble.com[h][check out][]_Sat_13-May-2023-03-39-02-GMT.mhtml
Hash (SHA256)
653e4311e3fee172169245e6d497562214d156964deefa784a09c5f8698e0f4e8e6b3
Signature (PKCS#1v1.5)
XwXeByI77iHZ4WvOSZCTdG2uTAmoV4Cy75cLpWEq2dssRbgZCr1z5mQgIAMYPHr4o3pTB7lMPWZmQ1yxr7or4bEFLx2rSnmr5M1VuyggqLz4pMmXMWiPxlGSDSj8iLbnmLAmfnLaWXxL5U/VhUR/Lidd5s/Uig4mJr5ArWZq8ZwFMRtKr2rMFomp6EEBMGfWWP+7OKbaWNfCuRorDcbHG7EKQ4LszTTMC7FVlgiO
+FfEMmXrK8j7knzKzuhYGB6b9M9b4Wk4LZqdoZ0gk0bXkW7KHDDzBdFwPTaC7Ulu3DpgW7kwjJPSCUy5NrKlHJe.ftQQ.0mQjGkhJy2DzWrY2.Cu9TVLIT+eJkkr+



    



# Evidence Collection Report

Page Title
"Smiley Face." Sticker for Sale by TheBeChanger | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-Face-by-TheBeChanger/63p81154508.EJUG5
Collection Date
Wed, 26 Apr 2023 06:42:41 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a00:1b00:8:06:5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
0a2fd1cu2dUb6a4b0b4dbddU2Q0wbLpEmLj2A9WBEbUmVEhcUz38nc4JWOsPCtbUpeTqp22vEL2m1LdTKBFbkVmu1dB0K3bouUFBjuDSyZyteGOPMgjqRRE3bAVm5R9NjpU1T4eUrwAV15aZaX3Emt3hwaPhYZ1q0zE+

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_ihtijuUj2xQhQmww.webcollector/edebc/Smiley-Face-by-TheBeChangerEJUB/1154508.EJUG5J_Wed_26-Apr-2023-06-42-41-GMT.pdf
Hash (SHA256)
7ddff52ba3dac14a9921bda94441300c9UF1aD3d7adD2cdn4c87ecabbb5234f
Signature (PKCS#1v1.5)
Oq5uHuCpnhgsP32ivm0poeyFvmQbQ0BtibkYY6.YUI5FGpfLYYaNVCCpsfR+xJtlMmRuuR9Kyi2gUyUuvAdAMGgJ2crSr43nUk5C6EgPfjHnFseavssiGGJdigcYrY9tBEo3ooVbAoOPkNmFo3mbxtD+jZAwACHTQY37SbgkFpmoB0M7U+GItRXpn+













Investigator Name: Michaela Borja

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 10:21:17 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.30.31

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Y28HBm+XvLi06RhzbLvf04J9c1/ze6U8NbDsrP8v3IIMeB2XLRiQiCmBCbAeHEkHg+Xe+EM177C3kAjAXGdLPHdJtTYleQnEI2JBv1No/egvQQPTYqOXHX4dxVWziRYCIoXdJcigO4NGwTq1hiqYxdG4nsKUAKcEY4jYh+tkD71gr8by09bQnye4vzefAXscOc425Pp5QdkGnDzzk/D0o72O5qgC+XwL+g9wj4xlMb4+GG88+Li0tXSgCdmyPXNrNM8OkSwTMlHCRdJ7JWnSlOleq6gqSToZW2LOtf9rS4gjevRyMtdF9+F4kT2+q+Yk1QcnylV7/1pR/aIlgG==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[s]fs]f[s]www.redbubble.com[h]check-out]]_Mon,-29-May-2023-10-21-17-GMT.mhtml

**Hash (SHA256)**
848f39ec4a8b8a8431531a67fb8c6218c2a4bd773724b6d14bef79a17aaf636

**Signature (PKCS#1v1.5)**
gZ3bkT6jSlQl7L/Fkv6vv42Ffm5SLkJGABlW0NZyguEquGu6vwiR7lb1EZoSA5sUckJJb2gwAQuBmzvo3r9y6gojzOqsjTdfrbzM7SiijV9gOMkrKoALGGuE0qqJVWP0Bsl0MV2eAEZUr2yT+uCsKD5Ypcu4bgG5YtDMu7jYnw5yfY+xyUGpT9KWHdSmA/UhfKQLXtZARY34fgkKpH+bV16900Ebocx3DrldWEW4pzK5Pd5CKfRPbLpQ64AhfIGgmvg2G7LNKV2vUt8MzjMd2E7y1pXwrwDPrY1bn94NoxybfTNAqaZAB6tshzmWU7e6GQ4soxrG8+Cd2bsS7dS9BbyAsFQ==





# Evidence Collection Report

Page Title
'Smiley Face Demon thing' Sticker for Sale by TheLilMushroom | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-Demon-thing-by-TheLilMushroom/9649765.EJUG5

Collection Date
Wed, 26 Apr 2023 14:34:22 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3dd45693:8.06.3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
4AfvQMVpdkJ5VHZmRke2k0S2KPd9jKmz8MRw0+2qJ7q1vkKgR14GDhFeV7A2UrAwvaBTbZhshrW4V8rZg6GJRkgnR3bgtmg9plsH0hbpBjK32kG6M6/w6S5iXPcsvAxi4NhzQHAyl6jZfeVbLz9bEwD16DrfGM7+tS0+oASa4gARDZMSHMBpMZFUqTHFxs4xF+OpCLJDqSxtxbBkmSIW0y=

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_{Hrdjs5JjfJ5pZwww.redbubble.com%2D%[sticker%2Smiley-Face-Demon-thing-by-TheLilMushroom%2f9649765.EJUG5}_Wed-26-Apr-2023-04-34-22-GMT.pdf

Hash (SHA256)
f7675c9a5198ddd1b25f1c5aab33a2fa01f41ecc6c8f77119999ddef1f601e

Signature (PKCS#1v1.5)
kpfi36CYCHL4Dcbauop3dHmp1Y.TPLY3vmf2rLuepMGER9NV6NwSD1LvYfmbDtD8HewjrvN8tsfcrkVCr5i4S3T3fXdQG2x6TGQr+GR5fK9tgkXJ47rapjT4t/x5+DuM2pKXbjGXEg7Q0T3GK7Tb8JmXfer7gV2hO5I=57+1cff3R3/zL1n5/bnmJZ=



### Also available on

















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 16 May 2023 14:30:18 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Burju

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
A6DMG73fC69WFAZGwCyUSrC5vQvXkXMRNsxEKK5XSV97bN4BsTm146vXS8QyH3s6CZ0w9EcASC4wvhAL2a7Q13gdQsE2sjz9cecCAnbdfFfCAJeSOPOmlDd2pAq3tuwnUAgUs9QAkjJCP6ppyBbYt8PLobP4uz1xJpC7cl2O6D2CAXLqFcAEf9mbb2d6CaWSBdhWkbBi6VI3Rv2tahLom95
sLsryeh8P9j629PSG06bAAwNkrZbn8bQC9jGDcFZ0dYxUlawtMqA2GNcPCN3TX5173GR8WA8JW3mS4qaT4cc2NryShN97ZabVNwpZQQpttihS7nsxqNn41Yd==

# File Signatures

**SCREEN CAPTURE**
**MHTML**

**File Name**
screencap_{Emjsd2jfhl3}t3www.redbubble.com{tb}check-out[]_Tue,16 May 2023 14-30-18-GMT.mhtml

**Hash (SHA256)**
a2cb3d0fabb22 acb3fec0a0384296a0a3c41 6ecac01 d4256eeb7 11f23ee1 67eee

**Signature (PKCS#1v1.5)**
h2QQLpg9WbQVKpckS3qiQ5C8KSKTjd2as1 JNLnZV6m3mqoUxFNb5Q2Qv2vncV2M4d9SLmVcO64AKbxyvcHbxC3nbdCbem6hCRKcjkkVMtdhKSVhCFCz4QlyyKLAlpL-+vUdBxGLgJuUtm1Mpddqpw77Xm73ZrRLqd27b6+hkJP1qfdFaRahvga6sQkFrFAXTjw8hiVd16R86R9lbPGhTmZr3U2tiuCSW6uWeCN9gSF9XXjn3X5uWHSJ1



   





# Evidence Collection Report

Page Title
The X O Smiley Face ' Sticker for Sale by thewaterdrop | Redbubble

URL
https://www.redbubble.com/i/sticker/The-X-O-Smiley-Face-by-thewaterdrop/87193157.EJUG5

Collection Date
Wed, 26 Apr 2023 06:48:34 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Ohnhotosoku

IP Address
3d6h7d405 8 3b. 9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
MIIGJQAWGCSqGISIb3DQEJAY2A0zBBEQ.DQo... (truncated)

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_[[mjts]][[fr]][www.redbubble.com[[fr]][kstickerls]]The-X-O-Smiley-Face-by-thewaterdrop[[kj]]87193157.EJUG5[[fr]]_Wed_26-Apr-2023-06-48-34-GMT.pdf

Hash (SHA256)
7d011bt2dd4f67 4bc767cf4c13 S1c817 c2 Sb88dt27281ec994dd1e94947dfdbf7fbb

Signature (PKCS#7v1.5)
pQWnPU bMYapcoxn mbUNbiabA3bLcR1 tBWD0b54dkB LjjD4GDowDdkYRjkdbpog.rqchkg mvNgpwxENjjqbA HWrnSbC2moBWT1cb1DwDQ4Mmh v45Am3bQWSKSemsvBY2HeHGwDdQ3oSuUoLocHkRb1vXAqtNXBYpSbEtt8c











# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 23 May 2023 15:30:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4952:f400:8166:fdee:1148:dc0

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
a0x2KVtkKVaWqjawoUPvDnfGYRKvWbJQPnBUpwa1Inm1 flix3GbDGuXfXfcQjGmGIL2z6CAcUphzrvccyWku8y8pj7bp9TvZBtpD74M711OzeUKpAvMcAau+/INDeqjbnfukHKWDBjZtSaN7comBTnDb2756FAeqDUhs2pDkzge6QuzhUdFLD81t8LM6G7d5GJGfJWzy9Ae45e+g/3Uz4luXyxsr4w18dFSbvFeHWrWOQVV5m9z+1bYKDQ6r4Ovbgfi3J3ath0yA2KJ6Z7QOm+RbZGTLZ9nsMDe+rBp7kheurJ42T4ZGeVZJtzJ3+r13af+SefPCY7gv+

## File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_ZHtpsJ2RiRQ@www.redbubble.com(fs)check-out(),  Tue, 23-May-2023-15-30-45-GMT.mhtml

**Hash (SHA256)**
ee53b4b69ea14b34210bbA11118d91fa667bca21422895fdfb56dbf2929fd8a23

**Signature (PKCS#1v1.5)**
q3mdLvfCPAjoysjpVY9z8+bUGkpVW+zRkQq2d5c1Kk4X9VbsqCThkpYDSiLmddaWmhtTSKDAjYuDL3ziuFbMw1wCAvVmVWQBp4SSjuT+I9K7u8y0fDbkymDBD/MT1QqbDkdUjbjHrtGjwDDQ2kdNtGqzjf4E4HLp4BvS5fdXekS3mbNnAIptbrGanPbBXzsET+WVUGL1xz3ADjGLy+LmYfRtQ3sgNDd8YtZdJtRvtCTy09ot/2EEyw4N161q6WaYzaqpXyKcUwmkUd9hWbkk+7GoY/25foicJ4vBoQwkBpeSff1wqQDLO2Y++1Jaf+5e7PC7Yg==




ABOUT US   SOCIAL RESPONSIBILITY   BLOG   DELIVERY   INVESTOR CENTRE   JOBS   CONTACT US   HELP

© Redbubble. All Rights Reserved.   User Agreement | Privacy Policy | Do not sell my personal information | Copyright | Affiliates | Give $10, Get $10 |
Student Discount | Guidelines | Log Out







# Evidence Collection Report

**Page Title**
"Smiley face with sunglasses" Sticker for Sale by thriftytrends | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-face-with-sunglasses-by-thriftytrends/114629645.EJUG5

**Collection Date**
Wed, 26 Apr 2023 02:25 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Omnibodutou

**IP Address**
186.230.112.21

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5):**
01cff7dfppu65.l0b.s99d8Df2t003jd2lo3y5lnfeNmh96V5Cb7jr2mRgcO5VOrhz7ew1cxff3lbTbrdAkMKpfhnsRvgPBMkHw4SZPqfTBYsOb7s2396jORGzLd1vJ1gbhVWgyz2zNHKw4GdUb30wTWZFrVZG.WXMsEdM

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_Zihrjdjd2Dl0Jtsnnw.com0h2jf0plz0r0z3szi0mlp-face-with-sunglasses-by-thriftytrends|JD-114629645.EJUG5|_Wed_26-Apr-2023-05:22-25-GMT.pdf

**Hash (SHA256)**
43c53c0cbbb0d002b2250f2b4a4a29l000h012e73bbd0bbc1bbd7bbfdb-0a5f05aebb

**Signature (PKCS#1v1.5):**
TPZGJKJeYGuu5ona2nsWrJ4C0DG6lzDbeIDzDbFADzJ2pgLjAMWdahBoMVUCobFVp5CvxsdJNnf1QY1m3GU8CxbdBlCdGtMbQbHg25hsTbrQJd4H9wgy0bQ3xRf1C57Oyt. BdHr11lWXgrtkpkkkbJ7XBFkbH7BPTeTMWA5t2r+7bW0oGc+





















# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Sat, 13 May 2023 19:02:08 UTC [US Department of Commerce / NIST authenticated timestamp]
Collected by
Michaela Buijs
IP Address
175.176.15.160
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
Cg5Z6SUwWtcI3Beov1nBxC1Eixol2ggnbfjFmrEaV,oy1SwSyIbtv4fOHYhLlTf3iPecAdD4AeTVSsAercAu4LGl3BMLFrebKMKbOL!HYXToft5PcmFmt1d0dzgxtAOQDSmYvMcEqJ9VpirxA
+6Lpjn4QlrOHAQ46cObX+ft0GfO8IphHF37GTkOOxF16I9QtmT4T3BOVVaaURHY6F6LI0kEKZFHKW14qiZXtfT5,2FOIngrpHdL08AGeqJqK307asrr7T4cau6biaguHuSpN7dEbSmMAicutr+ByBtfSUuqktbjC0OZtS07FyfbmFyQtH1Sbh9BgCBb35T7T5SOFT3iswdYrge+qirTj+pQGer++

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_[8mpo2jl9h]@www.redbubble.com[hb]check-out[].tab, Sat, 13 May 2023 19:02:08 GMT.mhtml
Hash (SHA256)
b907ec18baAccc27Obi6fdt177vOad78219MbfWht1c+17bhfdxSdu4216aC19thdkicdb
Signature (PKCS#1v1.5)
nK7Vh3e99TXOnQwktvfSdrAt0SnH4nrOgpt.JfLXfhKi0u12+OraH7Ib4VcuxOmf66kH4duiBfvM0w8t+Rtn1+HuQ8cc2JaHfzAAhpqhbfyusd++F2CPClcfvPf5K56Zl4ivAmtFutl8EBFMV8oqEsz1OpGVqhC+51ohmVn0rbi+17m+4qfnZBuFJ4Zj5bNMRAVC5RJUZUFUV
aTUhhUPXV4KUbhDOjYxapuVgkdh0hCV3uwpVMSOguOJcIdmxi1eT76tqIi5lietVbCRbc1VAKNMr4DQd4nioZVtdsPvNmvdJOJpsPaz5b9g9btBdc1cAprCaFRZbVGFKejr+





# Evidence Collection Report

**Page Title**
'Trippy smiley face' Sticker for Sale by TinyGoblin | Redbubble

**Collection Date**
https://www.redbubble.com/i/sticker/Trippy-smiley-face-by-TinyGoblin/147963.EJUG5

**URL**
https://www.redbubble.com/i/sticker/Trippy-smiley-face-by-TinyGoblin/147963.EJUG5

**Collection Date**
Wed, 26-Apr-2023 06:20:30 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:3b00:8:0e:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

**Digital Signature (SHA256 / MD5/13)**
hk.hXLkH5oJiQP3XkAHol2vM4qm+n8xnnJyLkRvVMGQwMyCRrpq0jTbaWaHBd3z0Erv3Ekwn42a3DkZa0+nMMt4Fx9dXC7NN4mYJC9hgCZQ5Jnm7QuueVHhUXVFH2T1wz0l+wJzGCluh2iiiGsw0e9ixGgxC3qbm

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_[0mlysQrjLQ]xnnvw.redbubble.com[FzQjEJsbckeJf]Trippy-smiley-face-by-TinyGoblin[0qB147Wo3].EJUG5_Wed_26-Apr-2023-06-20-33-GMT.pdf

**Hash (SHA256)**
7b235xWfHaf3fbKT/e1i5aal7e70zkA0be86ee825eYRXZeFbW74V74V1B477

**Signature (PKCS#1 v1.5)**
FgetBgnnKtCCG0tiVG/Ca5rzvqFHKQrr3V5kjO4HF/j+rpbFGn+5wWGFv+hsC7GCVPXoNZnWdq7uZnYfj6wk8pDW8SDs2gznfRtvOd3WfHZM1IOZCxxWeVrsQuhP3fv6SmZnQ6jzg











# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check out
Collection Date
Tue, 16 May 2023 12:39:40 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Borja
IP Address
175.176.7.102
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature [SHA256 / PKCS#1v1.5]
TRzxG,ra5IhmuuapuTphTogldGTV1FK41mj0CTynhtVWr
+R68F7hRbmRSG2zBd4rkGG76fLRKWrHjyZGbOwNbmegmRDO3m7o39GJoIXKSgTkfiVGMgPGT2yQ5J_iBzw1QDXIH0XCtDTNigeT3qmu9L29RADp9H04BgCDr1SxtO3gpMBmVFqnqznSRyyqqcF4o27YIXInNF3FyqfX2suglvKtw7AKCixgBAQTHn3Ei3tvQe9c8HmmrtCdu16IWJVKmNFu8cN
+LuyT2rkFVw3zdf0LzNUBhLLmSM8IQ76Uorp8hxYm1KgO1VBQt27dRzwimFaJ

## File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_JIHpzdjJhXjh@www.redbubble.com[h]check out]_Tue, 16-May-2023 12-39-43-GMT.mhtml
Hash [SHA256]
df6efe3d1e3ab134674240d6b6828b0b8a40ec3b30bd0824ca1dd54e8b3de63c1d4476e68a76c648f0282b91&
Signature [PKCS#1v1.5]
GYNjvKKhV2fLpA1tWu92ycyV76cmKI61xqQ17ntbgss2dM6PNFLxRnBp9BSo4CBeEwO00cL1w8ESMd87dqW6N0pkdvkzh+rtlkuD3wBhR3cdW2iXOpIm3LucHHD=3c8Aua3Km9puK7OO0f0PvJOe0yiHZLxYppWVQJLqfVg5bxwhYMTgDScJMpbMoto178HJwJbQy2eMg72BptN9RmnrbyQ5buc
+w8BlB0rb9HGZcK9SnGOSzZzs1feddxP4HVr5VfWVFWAF4tLkw2Vt9NxcVrjPoVtcFVtCKbSbSSKPZp6KF2mSKXJ1bdhhmueptX2GT7WnZOJplJobem=



   

Case 0:23-cv-61229-AMC    Document 54-8    Entered on FLSD Docket 07/17/2023    Page 24 of 65



# Evidence Collection Report

Page Title
"Rainbow Happy Smiley Face Design" Sticker for Sale by tmneed77 | Redbubble

URL
https://www.redbubble.com/i/sticker/Rainbow-Happy-Smiley-Face-Design-by-tmneed77/89906359.EJUG5

Collection Date
Wed, 26 Apr 2023 01:52:08 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Omotoshobsu

IP Address
3x8X5600X36.9.

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
h5mYgQZCsFvu6pZzuxVWjpSbGJ5cgFYrJnYVWCKHO5JJWZbM9fgvAmMMXNXcNpVfccJgAXcAmBHGBxnAPYWAVAMQqmmGwQCxdI5G9PMbhHguWBuHFRHe7aNPs/PRwnfFrV1Z+JQkKQGLAuJAqkXSpIoc7FP+

# File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_3lmjoiQZrQ5yiwvw-redbubble.com|fullSticker|Rainbow-Happy-Smiley-Face-Design-by-tmneed77|89906359.EJUG5]_Wed_26-Apr-2023-01-52-08-GMT.pdf

Hash (SHA256)
17f2bc0e12d84fb32153673215f78fddd18ab44 b5f15a01Tb85bfdbc3a51c

Signature (PKCS#7v1.5)
gIGXAMXBUtXGzVj3dfWJi3dEmUYIfSe1j1lnTm+CZHm+EFGPMkA6yeTQQQj1cz5oWMHqqnsBHnBMMA78LYd3X9hkb6Cq8Li+rBSojTUeGWnbmdBBqhHmnvsQ9E+QDKe/GLMABkgfGZ2GD74rs2yS+HlnAA+E1mFYTHDWV+HW+

---





    







# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Sun, 14 May 2023 14:23:45 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Burja

IP Address
175.176.15.160

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
g4wwv0e6e96e4412e8f47a3e49NLp6fs9r1kVsL6rfxVx8foUj2H2r7GXpp6ksA0SERP77wwttU7nwOUzxpv2Xg4t18fsVeq93xv0r52nLjUckbhum4poyp5lykXxj2mVmTft7PtfhSs1sy7790SrFUvhGY17ks/50PvOXd5hnSbZv93ZOxpL32fFJy7J4QVa29fFFJ/ZwVfMpzuxJcx5jYrJyqZQ47v10pbhrHz7vfohmLcmM3K1ecZ3aciVsxAbyQ/i1enhVEw6utcROVOSbMY4Q7S/q444iT4Abtru0MbuQJp4t3jfDNzVuQZbN/w==

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_5mtpsbJ9JjBwww.redbubble.com5bJcheck-out5_Sun,14 May 2023 14:23:45 GMT.mhtml

Hash (SHA256)
3c0fabb8345926350e65799444247a68bb6e2a2b3093cfe3e7f1e9412058322

Signature (PKCS#1v1.5)
fgCxVSsJLtGcjgBbMlRvVbbX7tpQsxnkrcvhRBDJCf8qdfKpG+EbqpWwN3g/7chK7YuhMsMqk7HaSJs/7nx9Jxk1ZCph2d/gks/k1r0n6nnBlBoB1jCqfT8FHspCyWSSrb/PTdEE0dHduMHkwOJ2Mg3QP7mvhVDsVNbYsm6cw6oxPKuw1Yfrgst3JFAOdJqhQq2dd2JfzJSJS0gBdj18KHxxpcxs6nJ/u9nyt5y0GSbPJJxJfabU6uhZBs/V0eLxr8VtsB+1nxx8TXpwpfJdxcLLUHzDs1srchpxsn+7Sfg/1bdPprz15EqSmu4usmt9hJ7A3p4Iv/jp15xNpwxVNyS6wxdkxJQkJpL00Xjd6jdLkwJY==













# Evidence Collection Report

Page Title
'smiley sun' Sticker for Sale by toridzulham | Redbubble

URL
https://www.redbubble.com/i/sticker/smiley-sun-by-toridzulham/84977473.EJUG5

Collection Date
Wed, 26 Apr 2023 06:48:18 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chmielowitz

IP Address
[redacted]

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Qb4WnnExs++fcknPS9nibabc1Vggn2o342sFk3Jwdz41XsSwjCQ3sAg_rZYM4y3PtgRxsYVj_ZMKdpZ5fmngxR9bn1WdTAL3Lv8dOmDQe50dZcC87+SmPxjpyqXrDuwooLuz4yIgDQxtdSmDPhOU3O6tWXRs5S==

## File Signatures

SCREEN CAPTURE
PDF
File Name
screenum_b4njnjzlhQ5skimm-ledbubble.comf5Qtbstxn0SpnrotgxxixebnysitamaKQdhRT7473_EJUG5Q_Wed,26 Apr.2023 06:48:18 GMT.pdf
Hash (SHA256)
b696cea3302b412fa347e7ab7c7182f43e5dba7b473443b7ba3b875f15d9d42db7
Signature (PKCS#1)
c8SfCd94cdVT43GZs8+72lPKZ-ds13o14h05MbMM3oJ33Rpl7iKnV+CJKJKKJnyT7oHsRTFilc4CilBpKJqjKfsm3QhxjmPKN92QQ9JVxdkXbp3PTZsu43Bnfk5znaYq5VTt3dU4NnK2tdm3MwbRKwt4

## File Signatures





















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 23 May 2023 15:25:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4952:f400:8166:fdee:1148:dc0

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

OwaJRt35v44Qa6lYivSLr61zbfGmdpT74ZGvGhdU3kqfvsJeqYLZy6aA7iCN6Dvdvm+AGfMfihAgOv4wwnTtGcPEP6n0XQbppBQ6jBac9xPCZ7riuVF7zb8wz4eCFSudCLU8Xo0Qx7iLH73jVkJL5AIPgmo7Kzh/2rNjp/z6RKFzRsSGqd6cRG1nZ4fsT3f0GG0xvDHZ7D94+Tmjm0Uq1J2dOkAgF0T1ea3eBuEpmKdgF7KQ+Y027fPr0fdWkXwP1nEr4g12oUjC9ktWgOamCRO/AtQBFg5dMbxv6hzrumoZ4BSr7feyps1YVvdC7Lz8AASGbvsMkgvJQ6bQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[fntps]s][f0]h@www.redbubble.com[h][check-out]_Tue,23-May-2023-15:25:43-GMT.mhtml

**Hash (SHA256)**

0fd6e76a9cda17429888dd5e01654hde28ec07693f5e4278510fc464a44b276

**Signature (PKCS#1v1.5)**

YO+06tAhnu1Ca0X6/fyhAHaoGkE5wGrAsmJbcZ2_HflbJ5uc7kkU+axFBWjeJsCpsl4KOd3aSeGUnrDEl3oEdCrKE3wU1JEdYlTJceaaully/QA6Dw4DOIgtQldfOLJKSYsXPhJggBmgkMJ7JwrwtmpG2Xr5qS7eyaQ81HAnc9z/bH+XK8FlZ7k8F7/7RxSnAUwetRfIZm9LSqmNbhP7z6JzzYqTrkDz6HXzJ/JMBpheeA/HQM9ByUOcrJzcGo+Q+=



  



# Evidence Collection Report

**Page Title**
'smiley face | red' Sticker for Sale by TrOnllyDesignzz • Redbubble

**URL**
https://www.redbubble.com/i/sticker/smiley-face-red-by-TrOnllyDesignzz/135903405.EJUG5

**Collection Date**
Wed, 26 Apr 2023 05:18:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
185.230.112.27

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
fugp3f6dv7o5uOfo8llufxu88lr4m6q6yty5yfat1udlr4j-h65asf4w4a96MeEWU3w4ddKd2fpmcct4rm58rCwyyubp52rZMVOXpLUdxh4ZntlpKsu+1VRax4VVcDbjd6qiLpfkpL5Zl1yiLfLwas4wwFEsvHXEDKZQ6HY7UwxLdbpkQAmMXgNORdDEi7t

## File Signatures

**File Name**
screencap_l9rtqluQJtJfpbzww-redbubble.com@EhQSdcroz9cjbmbky-face-red-by-TrOnllyDesignzz@t2135903405.EJUG5@_Wed_26-Apr-2023-05-18-31-GMT.pdf

**Hash (SHA256)**
56b24b6ef08ab77fbb3c6b16671eebd7dad157b6e2eF3f94172c7b230b3cc1

**Signature (PKCS#1v1.5)**
z4jgANhXkJMYkzM9kjJxgJJ5w3xmSx2JeFqQ07JUlnS9WK/PHynnPNrPf15lkfbdWRdTrHxuNeDeRXEKDSn+8c4GGOSoivxwrot+SqC7ZLHrKJS5k5KB0hQs8+kXYv0spbV1PCMSKLdWnDCarDSZIHHC59N5WZrHhx+yqW52Oy









# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Sat, 13 May 2023 04:35:56 UTC [US Department of Commerce / NIST authenticated timestamp]

Collected by
Michaela Borja

IP Address
175.176.16.160

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
IuhoijU76jCLbOiZVmXgm1xgWejXzG1AVv3XejAVm4Pdf1wEkEiLUuQLzHgBjgDJx8HSnVO12QSGRKRN71gJ2BJvFRs45yLRKZ5MkhCLamFuwRuFrGEkMf88fHqXmQLFqLg96dgptT+Sju7PCs9nDYFnmUQFLvLTLrCfku5AFmqFm24SFAbjUGAjdbQo5BrVsFeCkrSkMu0jd3b9W7ZWFBzstSvbtK+LqcYU8Edi9lqcr7+axkJvjxrMpAeYNAFGKmXOCKbInBWPY78ldj7AGU4rkbby5QGdhbqfhSLrUK17kO3iOmzrVtC1lqbAAY2xSRcY33Z6Gr+

## File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_[Hmpd2jihjD]www.redbubble.com[h]check-out[]_Sat, 13 May 2023 04-35-56 GMT.mhtml

Hash (SHA256)
a7e53da0355c16a6ff07e136b30fb1b0b46b4d1396046f014fd29f01c4fbbff01a

Digital Signature (PKCS#1v1.5)
ndaNnHnHtbtbtGFHgE8CAGLwm7bWkzNnB0yY15gXzjjpqQqJuFLrinD0TTaBRuZJLbH1a9vERC4v4haBv8JoziQsm0A8aZbKNKMBR1wRvgwqEi7wCzdnnLTFZdSPYrMBqvQFyyZKAXA6HAR3r3nhB86P23F0DQLhrU++
ryKCbgT12DRH0FqBz8DYLxuNiXaoCk7uQHxg7AX6QywM6cVm0yvWtLSF7bkb1ewR2fPPs4FcQHMdHQfu3Epq+z3tDan7VLdeiDDCt9UwaAKl4AoFzhNBqRPfQFFOtSpQjAUni++

## File Signatures





AXENCIS
Investigator Name: Sarah Christodoulou

# Evidence Collection Report

**Page Title**
"Smiley Face" Sticker for Sale by TracyH139 | Redbubble
**URL**
https://www.redbubble.com/i/sticker/Smiley-Face-by-TracyH139/109849830.EJUG5
**Collection Date**
Wed, 26 Apr 2023 08:17:47 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Sarah Christodoulou
**IP Address**
2a0d:5600:8:36::5
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1v1.5)**
DExiRoL8eIfvxHVupe/H1glaqd4a6nI6evZANoU5YWmS8I7P+EFBWXT2vMqlejbJRAnA0UJnUD/7/7BYdA/Qo543NtkJ9a//AIYZA3oQIopxsf05INbfjlqmRyzeo7/OC63CZTDARyvpDDs3lYKZrhREDqzgd0otIIE2dutx4fg=

# File Signatures

SCREEN CAPTURE
PDF
**File Name**
screencap_[[https[s][fs][fs]www.redbubble.com[fs]i[fs]sticker[fs]Smiley-Face-by-TracyH139[fs]109849830.EJUG5]]_Wed,-26-Apr-2023-08-17-47-GMT.pdf
**Hash (SHA256)**
756ca539d1390e4ba2c81801ce9225fa3c73b60ed48c8f7223977e5b00d4e874
**Signature (PKCS#1v1.5)**
rHYu2KuFrBKrZ559UZObaiRi8J7DcNEWTzmRK/3CVpH3r9WXDH6lIWPxzX68we6LkVZdcRbFOIJxc9ZbgutUQKvwsvyVzl3pw48sJwVhGbnRhmC/FyR0t4WZWcsClKlwbq7xcVYxAjRO7cuq06azoETJumCVhQtRQoP7jnVDL/M=

Netflix Fan Art + Redbubble = Awesomeness for Artists

REDBUBBLE   Discover a most peculiar floral pattern   Sell your art   Login   Signup

Clothing   Stickers   Phone Cases   Wall Art   Home & Living   Kids & Babies   Pets New   Accessories   Stationery & Office   Gifts   Explore designs

## Smiley Face Sticker
Designed and sold by TracyH139

$3.20
$2.40 when you buy 4+
$1.60 when you buy 10+

Pay in 4 interest-free payments of $0.80 with afterpay

Finish
Matte

Size
Small (3 × 3 in)

View size guide

Add to cart

Delivery
Express by 2 May
Standard between 2 - 8 May
Not soon enough? Give a digital gift card.

Returns are free and easy
Exchange or money back guarantee for all orders
Learn more

### Features
- Decorate and personalize laptops, windows, and more
- Removable, kiss-cut vinyl stickers
- Super durable and water-resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

### Reviews
+ Read all 150 reviews

Smiley Face
Designed and sold by TracyH139

### Also available on

| Classic T-Shirt | Poster | iPhone Soft Case | Dad Hat |
|---|---|---|---|
| From $23.64 | $19.52 | $28.36 | $27.91 |

View this design on +77 products

TracyH139
2022
Follow

| Yellow Smiley Face | Purple Smiley Face | Smile | Rainbow Smiley Face | Glitter Barbie | Purple Crystal |
|---|---|---|---|---|---|
| From $1.60 | From $1.60 | From $1.60 | From $1.60 | From $1.60 | From $1.60 |

View TracyH139's shop

### Similar designs
Explore similar designs from over 750,000 independent artists.

| Purple Smiley Face Sticker | Joyful pattern with smiley face an... | Smiley Face Butterfly Flower Crow... | Don't Worry Be Happy Smiley Face... | Rainbow Smiley Face Sticker | Retro Peace Sign Flower Sticker |
|---|---|---|---|---|---|
| By TracyH139 | By studiopico | By PlasticRainbow | By laurenbasham | By TracyH139 | By TheBizyBean |
| From $1.60 | From $1.34 | From $1.46 | From $1.35 | From $1.60 | From $1.35 |

| Yellow Smiley Face Sticker | Rainbow Smiley Flower Sticker | flowers smiley face Sticker | Groovy Flowers with Smiley Faces ... | Face Happy Smile Sticker | Bright Flower Smiley Face Sticker |
|---|---|---|---|---|---|
| By TracyH139 | By vonkhalifa15 | By violetsareblue8 | By charsmith-art | By Kosmos-Origins | By LuisantStudios |
| From $1.60 | From $1.46 | From $1.57 | From $1.36 | From $1.35 | From $1.35 |

**Stickers Tags**
smiley stickers · smile stickers · smiley face stickers · face stickers · happy stickers · happy face stickers · good vibes stickers · yellow stickers · yellow smiley face stickers · flowers stickers · flower stickers · yellow flowers stickers · cute stickers · hippy stickers · hippie stickers · black and yellow stickers · nature stickers · natural stickers · outside stickers · car stickers

**All Product Tags**
smiley · smile · smiley face · face · happy · happy face · good vibes · yellow · yellow smiley face · flowers · flower · yellow flowers · cute · hippy · hippie · black and yellow · nature · natural · outside

**Other Products**
smiley t-shirts · smiley stickers · smiley masks · smiley phone cases · smiley posters · smiley sweatshirts & hoodies

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Free Return**
Exchange or money back guarantee for all orders
Learn more

**Local Support**
24/7 Dedicated support
Submit a request

Report Content / Copyright infringement

10% off, promos, and the best indie art ever!
Your email address
By submitting, you agree to our Privacy Policy and to receive our promotional emails (opt out any time).

US USD$ - English   Mature content: Visible

| Shop | About | Help | Social |
|---|---|---|---|
| Gift Guides | About Us | Delivery | Instagram |
| Fan Art | Social Responsibility | Returns | Facebook |
| New Works | Partner Program | Help Center | Twitter |
| Blog | Affiliates | Guidelines | Tumblr |
| Give Savings, Get Savings | Sell your art | Copyright | Pinterest |
| Student Discount | Jobs | Investor Center | |
| Login | Artist Blog | Contact Us | |
| Signup | | | |
| Bulk orders | | | |

REDBUBBLE
User Agreement   Privacy Policy   Do not sell my personal information   Cookie Policy

Download on the App Store   GET IT ON Google Play

© Redbubble. All Rights Reserved














# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collected by
Michaela Borja

Collection Date
Mon, 29 May 2023 07:04:31 UTC (US Department of Commerce / NIST authenticated timestamp)

IP Address
2001:4450:4924:ce00:5dd:9d57:840f:9765

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
FGvZ7qqwCASedHr6gg7AH2FybLDstv+DBO273MlECMUxSKQaaep+3x5fbc2vab97LeMoJVfVMf2uOVyfGE7J2GfkJuhFdrG3AH4VuyhrE2x5c5wzJv54rwR1ERFZ9OrPFKAKhkBbzV4gzEC1ZvNpSFcT1fhpcz4401k6k6yihypKerM+oJjZ2bVrQHQWrHrV62mqvkdTWrvEw5w7lhxfDpdADkbnWt2rQ40mowxhw7MBbx7o+dLxmF0FahrMDLosUcipHK43TUNN+ujYgKJD/8921T6CSVBLMpUG34hf+NAmrScrOpsuG2drhRPHDTUYH/L83gDYHaAAMDoqYhwg==

## File Signatures

SCREEN CAPTURE

File Name
screencap_jjhtbjxlJ2RJnJxzhkuw.redbubble.com/Sd/check-out/Ld_Mon-29-May-2023-07-04-31-GMT.mhtml

Hash (SHA256)
088fdd1245dcf27e6de72f50fbed163180123768kw35712c4846e818bd5bc5

Signature (PKCS#1v1.5)
HqcKFN7cNVfsK2K/F2xRhZmlHYwabu9ocfRbfAHJ6ZhKzULlnR4lXqCEzBmwpou2n+c6M4FeWHXZY1bqoW3hfkMvP5dQ9d7RkuUuZGX4h0iZ-9R2ncvHVEdtJ2oTIpRK59vSkqnq4a4b/aRG15r1bZWK5lGKDUSsXZYETWqd6u/eUAn0BCtXwTdJo/KqHu1zERpGK14dCO+koSkm4QC4xf3B3PYA8WqL7WmY+DxSyMcJLiSPWZ24Uw6OBQ50ui4k1lvuQH7XGc7NHnyg3FzwCseeThGURSGP5Z3Cryz2pvfkwoH94soFji3IqxHdKHRhDP+XkDNhw==





# Evidence Collection Report

Page Title
"Smiley 'Fun Time'" Sticker for Sale by Tyler711 | Redbubble
URL
https://www.redbubble.com/i/sticker/Smiley-Fun-Time-by-Tyler711/44430172.EJUG5
Collection Date
Wed, 26 Apr 2023 07:47:45 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Omotoshodou
IP Address
34347669.9.36. 9
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1 v1.5)
fyyftLZ7CYutqd5KvoXlwwk2qLFvyj8kaWsttskyqZYwo8UEasnntHItkiCUvfk9rf4zkbdVyp62H4G8HW3vecCw6wHEWi8rdhzbGQuqqgtGjd5Lt2DdAR3xQeumhnc5H0wphhp1vYYgp5n

# File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_D2jhpgQ2EQ5njavww.redbubble.com0hhD0jhtcbw2hz0mtpc-Fun-Time-by-Tyler711-D2jbb520170,EJUG5J_Wed,-26-Apr-2023-07-47-40-UtHT.pdf
Hash (SHA256)
fb736oeaaU1h00bfl8ce3fedzs167eefbd2434eefd6828ICUV928a30bd3dba32b23t
Signature (PKCS#1 v1.5)
QbFtdsl3U4fG27SJScbZLt7j+cuFeqqTc7EKeiYqAS70ktFiNpn1zYkqiK0oI0cyYdkI3uM8sbGdo4cqI0CulSxHasdboCAJ9jCoRV9SmIkMsovaoBCsjXTHIMFHFrvkAeSlvijD4vv/2m1ypG6mbjum



















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Fri, 26 May 2023 00:13:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4917:7700:7509:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

a5LsPsoPoxDv3y5VL9dd4SDX.ruXYZhKJQr6wBQyrougRq4HT9HXJeepcQG5/0AF5N8tvLhQaW1HhK6rp76QbqPziCb2HOr1VfqlNvaxPPJHxmtZGQ2z+72NlLj7k7dyVCivTGgy9COBsLK4GOgtLJEJYZ/w30PG2JgdDOMz4fhGWTPbr7nUvxiHWqpuQXon5q56NHkzp6nO1TOFQITvHnewSqSnVB/DDJRsHq6cyttijsHfsSbHhrsr78tm6u1nm4LJbODUZk5E5D2sqorpdb1cb1ttijsHfsShb8U7ewSqSnVB/DDJ/EoDrYT9tBkCvHBvsQUWhx2ZMfhuKpJRlsQPKFRsPeGdO5Q==

## File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[hhtjuj]|2fij]|[www.redbubble.com/hj]check-out]_Fri,_26-May-2023-00-13-46-GMT.mhtml

**Hash (SHA256)**

ba445013150b68fbc6ca31927be807a3998faf7b906d322c128404965dccdc106

**Signature (PKCS#1v1.5)**

Uv3mL0F+nfvDMxbkMM57jWpxI2V+LJbf6eJg0FCsux/nemSmcyB+KP7OEKYkzFHFXrOe/5zbYVsAqy+54TZ/gtboCZuSBEtXiKmJL1yuKfJ2Bwu/H4yeAzeU2nDSedZ2hyeAZxHxJXw7qyJe5bxwf+pqZ7e9LaeaAgXwr9e59d4ThDSqGVxLdQ5j6r8C8D5/KuZ0ld+IX+DanWQU3jU9dmgDbkFZ/cZ1YW0GYgPvR6zEUNxYdhPtWfEdpIfivUG5rdBgDSqGVxLdQ5j6r8C8D5/KuZ0ld+IX+DanWQU3jU9dmgDbkFZ/cZ1YW0GYgPvtQ==



   



# Evidence Collection Report

Page Title
'Smiley smile face dufflebag travel fitness holiday bag' Sticker for Sale by valdegilde | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-smile-face-dufflebag-travel-fitness-holiday-bag-by-valdegilde/29271444.EJUG3

Collection Date
Wed, 26 Apr 2023 07:34:50 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a00:0d00:b:0c:b

Browser Information
Sarah Christodoulou

Digital Signature (SHA256 / PKCS#1 v1.5)
YYq6+KCV2DDG5UbWNhWWqUOb5dJrb31hpZ02r5w1kuZNbXmMHbGeNLvpiw+wEbVhYK05eoiAz7GJnba2JT1HwwTDGDlyzAbd08ld2DMb18jkbJ13MP3tZlLASUiQeyXbylo8W+b24o7GrS0=

## File Signatures

SCREEN CAPTURE
PDF

File Name
sciemeuj_2bhjg5Cfus+Redbubble.com.EJUGfckeJSJSnile-smile-face-dufflebag-travel-fitness-holiday-bag-by-valdegilde/29271444.EJUG3_Wed,26 Apr 2023 07:34:50.GMT.pdf

Hash (SHA256)
fefd09feeFc1buf2ac5bcf50UcA4f1asd71aec5ajbc18eHJ3a0ea5bc58be23a8e5p6

Signature (PKCS#1 v1.5)
b2rwU2RhW0rNszT5l33LzW27v3t9N6+aptmNNVbGYc7Sk3VhU3PZXXMHbXTG2DKmtKwLRUm73jFkm6GkQ6vD2n4k5aUMdnk3vdM6GZ4W9ixpO+GSH8Qfa5b1Vz4mM9VtEbP2aJ56bPb7Jtm5=























# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 20:08:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4917:7700:7009:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

m5JmVrqNF3b0KumH13pMkt68X9T43ibameN1AiXhDGvbU8HrOQMxlPmCgrGsXKow9ZsVXkHgD1KmStvGBPYbO+ZNAzxfNx6uxPXLkr+UvQqgkUa3xZbl3bgtS7ZKWg10sher6br+Aa2JAeZrfd3z9FRgt6kgm7O35DFc4jLfc5mfuXvGsWhCZecDC71LEXa5kdkVOFWWYZy0GVrfKR6zOmCW6nvZvJFTKrX9WEPoKK5Z+GfXWRsYfsOErst+ev9tB6oyac4cmQ7S5iBAfA8SE9SE8QBQNIFLMEjMWGGogAMOH+Uo2Xbo0y+dpUHZMfhOm3GwxJo6

## File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_fjNtpd2JTiJ5@www.redbubble.com[h]/check-out]_Thu.25-May-2023-20-08-09-GMT.mhtml

**Hash (SHA256)**

e7cb45490071eaa15e9843ac395196b69Sfda74600941f029981de2910caaf2fb

**Signature (PKCS#1v1.5)**

1aF3rHg6J6e7F+BvkfUyWLdHcJ1LgFMAkZ/y4cVTA92wEu7na0cn8LiP0GUD4RGtm8f9fw8gq8wbzm6i9vEZadXhKQ1Ov2H2XdySO.uOyk0p8kQ2gd6CnjKza5ehM7Wzp9t4w5HrsZCrUFu6eYos6XAufd5JsNImn+TCAfMr2aLbjSVL5vE1ydzSoFQJ+GMy9rNLZ7sgAcaeSUQ5fko6JRc+SbAnwQ6JBoBxt5Ihw05QmyJ9J4KHc82e6JsfsV3Lz+p9heO30h9deWOFOFQ9ySoDd4OJ+7HJ6FK6GQWJ3v96vetf4dyww



---

      



# Evidence Collection Report

**Page Title**
"Smiley face " Sticker for Sale by Vanfiller5 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-face-by-Vanfiller5/141330552.EJUG5

**Collection Date**
Wed, 26 Apr 2023 07:48:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Omotosho

**IP Address**
34047609 B Wi. 9

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7 v1 S)**
pna%7LaHQ3ffmolQgI2ikJRAWI1pqhKfvamR1rsBAXFg70mkziOl4Z7NiBKT3iMnilhnCK5cSz9Dr3rKxzbq5jAMvc54HSaZ8XyMeNXkq4mZLz4LiGsk12wBbYPmat3ShpURuM5Pj1iKPRi7YyiC6ayhqygUS2yL1UpEE2XRJM4dBggywkh=

# File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_fShipLIQEQ0 www.redbubble.com%2Fi%2Fsticker%2FSmiley-face-by-Vanfiller5%2F141330552.EJUG5_Wed_26-Apr-2023-07-48-04-GMT.pdf

**Hash (SHA256)**
43004fHCb637726ddAfBd6767609f8b60a1a9b8ddd01a6211dd5211a435fDf

**Signature (PKCS#7 v1 S)**
E0Y1QvXJX3Y3EBQ0zF43jtYQL/iZ7m3TZ4TPgbCw74hnKQHpQrAQqGQryyk8FSXprgYm0yEQ5jigm9Dr2om9RoodhMQ4iKnerigM3+C2Thdszesh9qsi7gynG1ytcL70uRQNKJmWgBfvV1JJuktatIKWVSriynp5iGQ+













# Evidence Collection Report

**Page Title**
Secure Checkout : Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Fri, 26 May 2023 00:16:46 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4b17:7700:7039:22f2:79ad:183f

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
xDLF56Pk9855pq9wVzNCr48nn1RbEJcxBbsudE1Cm45huXGGO0FVR5LabRgDaRTWqXbdPxnLbXgM1a5j
+r6yhJ6lwe94l9NlQMbBpsK7Z59njxDCsJXAWCVMox1Wl0ZFPtdd66hOBcqzAXjjCQpQBraosxRQwoac1XmvBoTVH7VMWO4l7M7APgBAllD5xEtY0mBWSG9YvhWEYVWKThDoiXrGraSlbSknyMigMhkTiTZVCgSDh1JVWa3nhLm/40Nl4hwO35RzWMGivEW/apBd8+CP5HGBp3z9dvUkGN2G+nFF/OJcXelmET/JU2SXEM3BsZLDocbHB4wme2sc9nHzpCB6w+n=

# File Signatures

**SCREEN CAPTURE**

**HTML**

**File Name**
screencap_2thtp0j2fq9@@www.redbubble.com@Xj/check-out@,Fri,26-May-2023-00-16-46.GMT.mhtml

**Hash (SHA256)**
5ee335b6f0f5e909272467965efc1eb95e0223462e3752b649baead0bc8034

**Signature (PKCS#1v1.5)**
bnm2w28gYbr4jCcu2nFkgvS4FyaDNAjJJz/AKSjGoqPvET312GbknuPXGRoq9DTMuMdnrSFN2A3sm4c5S1o2z9YXp7JbZAj5DTCVQ4vsAoLdFbHKhrp6H21WrfdXsdBdaKG1+RMAOBUM6h5DDcqZJXcz2j2omQCV6XZw56uFcc0E5nQfSkYewaEgIfhBJSAkoxk5crO8hpvee/
zbPUYs9nSFGGF5oizarox46qygSbhIponp1sfuizsDbXvkbtM4z9k2C8U3sdBjQkOmyoxTvkNc12btWkkR7ImNc7uAWqzOng25JqbaMy0hZr1esfhrKrqoLZjr1yeqylEFY+EbSA==















# Evidence Collection Report

Page Title
'Smiley Face' Sticker for Sale by veronica63403 | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-by-veronica63403-62784855.EJUG5

Collection Date
Wed, 26 Apr 2023 16:15:15 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulos

IP Address
2a04:fa00:8:06::3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Screen Resolution / PNG5d1f=1.32
rroK1-5vjG21UuyzUo7ofTKo4FmSVbRQ7mTLbmXy7QO4pj7Hudm+ezZ1kmpb9GngNuKZmCogBBy6Co1/oQlzhTNrqMuKrI7MWr5hDWffXxDOV6Z7jNt5S9Uk4mdRPd0NhmA7Z7oGt0ld60dK4xmZl1AJ3eqJ7tPEGUHbPCXKLqfYTHCaKLpf8j1s1

## File Signatures

SCREEN CAPTURE

PDF

File Name
screencap_{t4zjvZ}6}Optionz-redbubble.com%5DOjsticker%5Dmliey-Face-by-veronica63403%5D62784855.EJUG5}_Wed,26-Apr-2023-16-15M-10-GMT.pdf

Hash [SHA256]
5z7a872bMO22ad03ba344dfe7abab57d3fdd45474f1p71y3a6Bf4344ceffb

Signature [PKCS#7#1.0]
gFs8LFJ8WtNa1ab7zV9hYkhwtzuKeuojuhLfpqlFbyZga5rhMNkeqajdz8lp3WuiDws67nsZgk3r6UHvisfhX3f0M4D7Z9nwodDWfQXnoeb=Z5rT3dXyqBF3sk+xKhSNB8+NWBsmnzVsiSUk4ayiK1NuvZko33qglMj0z

















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 30 May 2023 02:31:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4450:49f0:fe00:e896:f762:a48b:336a

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
9faa2poxu/arkbY/3uJHzdDW2BtQqJzr6mc9WZFtbh4Lfqf2X4jg2qT14oS0JZauWBTWFxPoQkYgjp+h4uIvJcWam4DGwIX2V/3PhB4Q7BnC6BqxH1xO9H1T/XDzxGChAluuLxOyvi9ikvZXA7x840h8DDeMoVHnrnCU5fKh6ZuANYrn68LnnBaboy0UIW6+vaw+WfSGpN+30UGrsVm4ymK54JkyjZ2Q4e8RfSx1w6sB6GjbyYGJDhEooN4A6KhoyI3uwkXQYTn44TvdE4GyYax2zQcZmc3NTn+Mk/h9/1D+VP+yVBYN8

## File Signatures

**SCREEN CAPTURE**

**File Name**
MHTML

**File Name**
screencap_[https][b][b]@www.redbubble.com[b]check-out]_Tue, 30-May-2023-02:31:48-GMT.mhtml

**Hash (SHA256)**
f0ecd148f82294f093 bb53fa2da276ae5ec8f0317f78d7d6009d3bb4db749619bf7

**Signature (PKCS#1v1.5)**
WihBzLkfMyt11fuJwZMVuTjAKJGrVoFAWyQ2z1xoWRy1x7nZ4iu7/tkrS9hG2HdRGfkxnKhxzTfbgCIpZGLLasPKkAZ8cSkg7f5PkB7iW1HDX+DLU05161Xc2s32xHWGRo7MO+wfzXH74YfangEcvkcvfg3li+4vqqe9XX6Snd53t67

---



   



# Evidence Collection Report

**Page Title**
'smiley eyes with smiley face (smile emoji) " Sticker for Sale by Viddhi | Redbubble

**URL**
https://www.redbubble.com/i/sticker/smiley-eyes-with-smiley-face-smile-emoji-by-Viddhi/107951574.EJUG3

**Collection Date**
Wed, 26 Apr 2023 08:38:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a0d:fe00:8:16:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
cdvDjxcpbkmekXD5T7qsy33gFNEJZ34txmEkxYpxmI/x+eArvAKuBtqRLa7TueTF54QTwpsfXgbzuhE6a9ITSmE/ud/q3xHTKLQ1qdK7NnZrwuC8GkrQndz9hdwZKJPreMgK2phSF5Y23gnwKT9nm1/u1Agi

## File Signatures

SCREEN CAPTURE

**File Name**
screencap_[6mps]2@h3fuemc.redbubble.com%2Fi%2Fsticker%2Fsmiley-eyes-with-smiley-face-smile-emoji-by-Viddhi%2F107951574.EJUG3][_Wed_26-Apr-2023-08-38-08-GMT.pdf

**Hash (SHA256)**
f27a392ef07a66bc37ab23fed6bb1b272fcf6f49aec3a731d6964f18d3f4260

**Signature (PKCS#1 v1.5)**
tJU7eq1IMcHIdNSXJDtzq6G3K83CbhT/W527aYdyYxFxIgrhBnLc25qNsWuW3dNmit9HgRQJ6knhYfGqC2gt3dVcWsjvJfMimpE7yxeO8CVnoGbnRmRJUWGeNN5XWSzKdi8vPawR9Pmam56jiG5nb5NSU























# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 29 May 2023 09:13:47 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4924:ce00:5dd:8d57:840f:9765

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
4xkAyLznwT3f8+LKuU6IBs^ewbva+SsdUUSQIPttRwru1U38lrLlQDfWnhXIE3wFsUu7aLDBfEXbfoj3CIIDYEbVJ4Cx9xrM6p7k4dETSBy6OST1Met+bfLqPVKxZFjkRUT5aqE5txMtp4M6d1sd0MLv7yrMVSppNFOrHpetHFhZX1BPtbWsmKB5ZfnGjXO71YEDabbfrhZQbeFiGSZ+BBnHmmqSbz24QrnjSyHmmrFn9x8pf5yArUm4tvfWpM44MrzmVY7GQWGW0GV5oVhVarrtou41bxn72df8Nm7vdnYYWdFpLZfhkeu+QKMappxdDG7Eg==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_Ihttpp[jZtfj[h[[www.redbubble.com[fu][check-out]]_Mon-29-May-2023-09-13-47-GMT.mhtml

**Hash (SHA256)**
87562fceda52268bec1b06eec0e7cf6fae10fa54Dac86d1f808207273e61f2eb79e

**Signature (PKCS#1v1.5)**
sAgPlc4Uy2QWbtGZQGknSFrklqtz4vKFA1Ti7Dh+ZX3dtLtqb4eFMUQrjj2BfvQ4z5/O9Nk7AllqqwODI9h4pt/B+bxsp5S5XX6Kxhp+HlwwqeoDc4YV1HWgCQwF3C9SxuEqpPpnkZ3YV4fR6Uqf1WyUFjtVqsVUTCat4CtSGaYXzyJ4yhcCK0SNxVXzp/MUTjWVunhd1Gwyw1s68d4OG1vf1ZQlA/xHRbxyrkSumnifabtzdAZk7CNyoGGQhYX2BAPVBrjpn+oKdb4CD4k9WAfmUmayKpQSaFhdwzdebhhtb7ssFZzkKdUnvYNFwv5T5piR0a9d47W2zSzFLtL2f6KetnHAlBZA++



   





# Evidence Collection Report

Page Title
"Mississippi Smiley Face" Sticker for Sale by virginiaclara | Redbubble

URL
https://www.redbubble.com/i/sticker/Mississippi-Smiley-Face-by-virginiaclara/103733228.EJUG5

Collection Date
Wed, 26 Apr 2023 09:32 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Omtodaoolos

IP Address
3404.3409.9.06.9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7+S)
m1c02aaeb33ba0e77c6c433f3f51cc6d7c5ba5ba2bc0f8b81a0b156ea063812dbb9f4c4f92c40bea9644a4c41c7adaq4fg1aGda8773ffcyadd83e0fuhp6d4mhid47g1cwhc39ab69b6f38b4d05cd4c343ed30b0+

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_1pt4b20f0@www.redbubble.com%3fi%2fsticker%2fMississippi-Smiley-Face-by-virginiaclara%2f103733228.EJUG5_Wed_26-Apr-2023-09-30-53-GMT.pdf

Hash (SHA256)
7fbcd5f11f57b7a14f92d47ba40ca2feffeeb977f8b05b479b382e6cb17b7d4e40

Signature (PKCS#7+S)
90PO1h96sL42vk7txn59441py71lkP0phsG41zt16.e1acf2ye15tc51nn1cwgp7cdvgctoGz0vmg4mA47h34shax4d8eWrt9qmzvztphhdd1lGg4jmqrqd5db6b34bthbv1bPb9hdi5CJTfRrQgv261+htMmWWdUPnflaPYYY++



   







# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 29 May 2023 12:14:48 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

175.176.30.31

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

Aea35TcZaFDedR01RbpparSW4FsrLFrbrMd6yL0XYTt3YdQMDG2VrgEmQg0gbfs6ZXtsxH2O+AHfvdpR8s8n7Ckpwwrq0JdcHf8dBETAOg+xp1FQNGbV0wEcCHUUbVhY9Md54VUW4+9yei8kn3VV+F0yRBVrAyyNPmtWtV+usCS7Fwt8BBDopfwd4J6KK4OpN6j2wQrN+zx+DI1oHxGmzc2e/m5NKIL5OmUpbtk1oEeHdq58ZjYy+1fVqyDBBL9BGOM8Y15WevXfgHiJgrCCjaQ/nsD/4h7S/gJfwZUqj1A6H8BFe6/fqeP2W39K3PspXSD347yzLZGearL1G96pNQ==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_[https][fh][fs]www.redbubble.com[h]check-out[]_Mon,-29-May-2023-12-14-48-GMT.mhtml

**Hash (SHA256)**

a50d100390fbe4f16708be508b3b585f9dc2207e5f8349c5a35534850d245c

**Signature (PKCS#1v1.5)**

A0F58XWXU6oWSUq0vZo8CaTF8uF357tUxng5+jMEJ4sdP1mzfV4KMKUJPtX70HaW6XowUJXTKLyrsxvsWT/n8vX2kAEnUn4t05AgfRBxU2DPhFhlP6EeQfrS997SsLrJQZZmjqHRZ1YDO62SnCFEVnYbmiokY9D1XbTB/QDrwYZ3EaRRV1F9XHbZJih+jgRaqQuhftsUZ0nLeYGsuLC5FBg7CDCrwUHKwhWy9pY6ACUeWnL1UN9dWP9v0XAFw/xZXFVuJrdstPAt5SYCCfKBRNjV0DE2DUe359Yr6Qk2CmrbiooA4a/CamK/kj6WX4EbbRrh204o4Q==





# Evidence Collection Report

Page Title
Japanese Kawaii Cute Smiley Face :3' Sticker for Sale by Vizcenti | Redbubble

URL
https://www.redbubble.com/i/sticker/Japanese-Kawaii-Cute-Smiley-Face-3-by-Vizcenti/79132921.EJUG5

Collection Date
Thu, 20 Apr 2023 03:42:40 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chihuahuanos

IP Address

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 | PKCS#7v1.5)
bNQkeAnSmRfuryV4nqdbp2WKDjwlE25yLSpTQMF2Yh23QkLmNWTgDXNbUShtG0dsApsk8drddbCowSha8ddkdbTaEGd2qtG5cz95kkKZ1UGIXVaQTUXcdVNAMdZT1qY71nzKabzWa0ATd4Cdt8mzpZbYdVMmM3kT4Dn4kZLkzd22UTd4DGd9/1hb/1kEbWdTf2cf3Rj6BXUgdBCzuM87bg5ubXGiCkr/u

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_5HdqAzj2hQ4mxxx-redbubble.com01d20js0n4m5n/Japanese-Kawaii-Cute-Smiley-Face-3-by-Vizcenti/79132921.EJUG5.Wed_26-Apr-2023-05-42-40-GMT.pdf

Hash (SHA256)
bc3fpbGDXXNRkKTdmYbf27d46dct7EjztiVbDX7bZctfPD3BtbmZEXt8TRNxDBGE/zkP56H4Zx

Signature (PKCS#7 v1.5)
DcFSvXtb4tQDqtAp4LXPcsfmR/CoR8sdUadt0kRDAyc5g0QjdP9F8SXzKb3Ah0PdFpeiZ3ag3TnaVdehqSDvVm35tX5cPazsDDoCakbXiebU+DcRdceXXGGSD20MrXt8mEFFDW/c+NPW







   











# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Sat, 13 May 2023 21:29:11 UTC [US Department of Commerce / NIST authenticated timestamp]
Collected by
Michaela Borja
IP Address
175.176.15.160
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
c0Jpi6HIvwyMHUf3aPOIpftRjm5Lj8Ktl14mabSASL0x0Dy0Uk188H0yVqszokbBenJUgYnUp3ZlIDgrPhnoxDECfd1p54zwXpTPYTEIHd1oNK6qxcQT7jPfpLpsZTGhk1wNBLvGZChzB5Sih6iMIHKqbQ6LNpDBMfpxt1jlcHoirldFS+KLZ1bKSA9JHxm9yuVSF+DN1T5Iplv/
rh0iCoWUp3uHJD5WI9M922tLnYk1kFa3PYG9vXkmI3cZupqdFKhJRiRVygF+WR1TCKFKwXGQPD6rTazrqk02XmGapFT69QG1qFWXdZL3D6mMMKe48yThFhLbqRNnvXS++

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_[9mps2j0h]@www.redbubble.com[hk]check-out[].txt, Sat, 13 May 2023 21:29:11 GMT.mhtml
Hash (SHA256)
6e72962wIxcuk41e2543bad860b8a3330b25021dcab7dMc7aF115bl99903F
Signature (PKCS#1v1.5)
Eyw1Q7uRiZ50jvIkXKegVzyZFUIQQ87hJQJkHv7Xkx1+reZUbmjzoesmYrbV50TgcjBaBAKkyE11denMudSCjZQwQJ20GRbZa9D0XH9uhdHkeyJWeoJvKCT48b5Kx9z7fHJL4SaUG/Zc2hS7si9MNjzIML6EmzUJJrE1+T1KRHbfb49xkBc1q2tsnaF84BRkDgNghKgBNbbvz0VuGQTKtVZJdbn4fnsSHGYt0HpUvxZnwoF+zq0M28ec23YHcdrdFHGEYYoqHxa



   



# Evidence Collection Report

**Page Title**
"Smiley face winkers" Sticker for Sale by vodaret | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-face-winkers-by-vodaret/76211670.EJUG5

**Collection Date**
Wed, 26 Apr 2023 05:09:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Chrolavicius

**IP Address**
185.230.113.21

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#7v1.5)**
7M2ZohnAuvkpqxyj2RFygXEs9A2jRdiF3DQ1SG4z3U6RGp8oJB9QwU0tQDv53EJwgGJcMzKjugLs7Crb7aEvmkJ+rCoLaGPaLb8Lz2NDeohDct2x1KTJnhAXgtcePejLfbkZPZW0sr6F37c0Sb/

## File Signatures

**SCREEN CAPTURE**

PDF

**File Name**
screencap_2hhja2jDjhQ5xenw.redbubble.com%2Fi%2Fsticker%2FSmiley-face-winkers-by-vodaret%2F76211670.EJUG5_Wed_26-Apr-2023-05-09-52-GMT.pdf

**Hash (SHA256)**
335e64a6e65a032672baf7ea65c4552a05716e76fd7dd7e9f02574d7147ce

**Signature (PKCS#7v1.5)**
CAMCry+HexUcCe0S5a0eR1QFQx8HH+VXCZuOGjSpqwq0OCfyzPxaG.HxkrHzCmMfCZ0hwKJgqdkYTZ37I+8qFJhvuSPPRr/5byg97W6aGAMmhu9Fg2+SQaA54D4XljaSkC6qC2uXCkkWOWe3hiWkr4Z3d5rHzm+xWC8XDG0O+


















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Fri, 12 May 2023 19:30:37 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Barjs

**IP Address**
175.176.15.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
jT1m6uzp8vLP68NQHneLyqVP+fuGCqBpsCx0Mg1GmqnbiH1X2Z2wdzliSBmm+zlZmR0CZLmnQxTk2coniQ1RFg5SvM3iebNeb5euU9kZcB51C03WNfT7pmbnfjQtG5zCvCoCnbVhCtJgRMcuG1T4tTql2lnQgiB8I2Iml6B4lkSnlnghAnAbmguCVnoAZjJLmtNlgMs
+gBT4q4jX3GRWdFwN0TT2GQTEbekHw73BKFGrGC0QaDhPWllnmRn4RUdbmRkT2lpRfg9UBF1f0l6Adm4nrdf0hFN+dXRbmnHD8lNf9fNaC0UT1WYNFbRwTbsDDUYfnrTnXgQ+7VnofLy1JmWBbNt

# File Signatures

SCREEN CAPTURE
MHTML

**File Name**
screencap_3mjoaQ2hQEvwvw.redbubble.com/b/check-out/,Fri,12 May 2023 19:50:37 GMT.mhtml

**Hash (SHA256)**
d2e4d0216c567373fAe44a73bzd2dAAdd40b39600ed0bade1ca2d4bfeaf0bb8

**Signature (PKCS#1v1.5)**
26l0jmVbdV+Mm85jmhbz5tDlUfyhRWC2lgN6WW1zSWqYCnQW1Gr5Ky01hhavQb0e4aLtWMWm6pmg2mXLL2VGxoNg6hLBSDHmHpzYKezmfvhVmmDkh0hKbll04Mtfb4T2F2ct4MmQnnTJ4iR4JLvsLP1Aq9fj0wvVRWdIrrEwNVFLIMDnVlm9Bm6AuQN0MkkWXmV
+GEJm5U0OskwmWqiYr0iKyMqMJBLZTG3TQQZBohsdU+OVtJm7OD0bifZ0XWG+QnyXDQp/pC6Xd8RPdfZmFUL0BHyHp6wfKl5CUGYY7Yz8bu7sMGt5m+1BmM8aSsctDQ5nC4JkWMm1











# Evidence Collection Report

**Page Title**
"Melting smiley" Sticker for Sale by Wackydesignsgf | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Melting-smiley-by-Wackydesignsgf/127435P-R.EJUG5

**Collection Date**
Wed, 26 Apr 2023 07:35:51 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:3d00:b:3c:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
NL3Vbx/QhVg1pgvhmpuWQFAmtp5ehSJ6ODAhfC1mlkOaKg7JUyxOHTO7rvQOcRjwbOV1evcdV+vMenJqty/WtpFLOmgEcCrpQ1B2IDNr1hzDhVO37QJ8zkkF+JAd4GBOYt2ME/dGgLJk25dacgK11AeHJ4ml6vnd7bJ5V1Am1vvn

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_26Apr2023[Home-www.redbubble.com][FyfDjlatoker[Melting-smiley-by-Wackydesignsgf][127435P-R.EJUG5]_Wed_26-Apr-2023-07-05-51-GMT.pdf

**Hash (SHA256)**
9e2010dda4ae840dbbeee11313b8e39bc0436b2f676fa2e8eea1e4910c1

**Signature (PKCS#1v1.5)**
pVWEV9Pe42SXQLAhATMJ4d1D41QPJ1df0hiS9KH9hCYWfQSkrkBeargsCPkNeZ1wTSLGLubQ-5s/9OrX-JC4K7dBt.w2GU9H82t3rWP4eTuCS6b46aXpqw/R5JGbmsOV7vDOQ/RsofA8P8I/+











# Evidence Collection Report

Page Title
Secure Checkout | Redbubble

URL
https://www.redbubble.com/check-out

Collection Date
Thu, 25 May 2023 20:32:09 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Michaela Borja

IP Address
2001:4400:497:7:700:7209:22f2:79ed:183f

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
2r/deguYt8E1nQGu1VqI3vi3QbMt2uGpXi4bZggLR+BBb/BBSZBZGkH3TwxuHgFmCYVAp/vpL29kppqK4K6A4Vku9hpHF17I7KAHixRNGZ4pGKCmrCCllgDoknvuab6Yqzvy5SGp0o7KqHRQT6eFYIG7dbE4WXyMI6d7J0RnavbBx2fsDvk6d7Jp/yPhm2T6CweUaFT2sYe15/9ZTOfMSyrWvN+lbYN4bSBnIbpohW +5wK3Q8nw8y4ukSwtuJwFYvyjUkSyGJetqr/iHTm+zQaXccN4pWkA7vioOsV3SSyZzPMm+=

# File Signatures

SCREEN CAPTURE
MHTML

File Name
screencap_jhbtpu2Uljf@n@vww.redbubble.com(fn)check-out]_Thu, 25-May-2023-20-32-09-GMT.mhtml

Digital Signature (SHA256)
8f13c10ab2b56f725a4d30fec5dd247c0e2cd4b16cd90660c67725e16d10a07f

Hash (SHA256)
91f13c10ab2b56f725a4d30fec5dd247c0e2cd4b16cd90660c67725e16d10a07f

Signature (PKCS#1v1.5)
YrbJ2JdTwMzmPReVCOOa6d2JDGj6wrFjUn4pNaftGkGuFs+qjxmGbN8gFauZvRGJEpqEKFQ6Qtoc4WIFSuOOk/Cn6ES4PnKiqLb/S2py6e032JpSDwn3mubPesPRn JSXrPpgicObN+4r1ifeVmVLzkABF4t6Acbc4EHqmKAakeW06+GGSbnEVvXOoCcybNRQeOcPp5dNk8bNtEVv/
dGMCjtasnqxSp7sZ3dAkMFNmxxdmU1c5Bb1fdzoGCRRoyDuT8GxHm9ax5HTMmlak1+4TvpOs5Sx2MWMy1/SqtgQON+M4nIoZQLRbzCZjbQPnFTsi+nm+pFuT4dA==





# Evidence Collection Report

**Page Title**
'smiley face cartoon ' Sticker for Sale by wagdan44 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/smiley-face-cartoon-by-wagdan44/138456842.EJUG5

**Collection Date**
Wed, 26 Apr 2023 05:31:39 UTC (UN Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:5b00:8:8c-5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
cZhqm2ZLlIkdcOMfp3rQrguYVY2nlgFfwHgcHW1T1ntdFVFvbfawGKB+OgmzFVUL3Mj3Gbj3O7kuZ3obIe5pCt1oJNm40M9HHv1ybnvbEddAZwyArE82LZSbBFXBDe4d0vvW3AdddM+Byf63nODFwPmBcx8=

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_bhhiylxjDcjEnzmw.redbubble.com%2Fi%2Fsticker%2Fsmiley-face-cartoon-by-wagdan44%2F138456842.EJUG5J_Wed_26-Apr-2023-05-51-50-GMT.pdf

**Hash (SHA256)**
4b63c2196c80dbce7f1cd1a7ce1vcsleeb89dd48570343dd2a90e0e7

**Signature (PKCS#1v1.5)**
LUr7MrUTbWRStqm6yDNvbpdx77Q2VU4r9dFNsvE0Cgw2uFRvzU4OuP4hL6ZEh3tJnLhjdPR67MWnA4JzNvUZaZLgY0hprWpmcQVevZqAZ5BNxm4aqZ3pmr94pn+Qmlm2ZSIBlm5pdH7CtNmcdmzVwJ=




















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/checkout

**Collection Date**
Sun, 14 May 2023 14:16:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
175.176.16.160

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
rqVn6x9VGC74d5bn52v4fcJ3JMSIGWzkKhfsRdRuR7MLak4CoGwpXp5ooNjh1Qv4sCej+YhmnNU6PoZkWk+7cOLUiz0/8gizA1AGdRpBtT1yiPalJ7AdulDCk1R3ZHGR6N66odbpGrodaoqowyWMwncGKZYUPuoH3zlkzxg4STucpNR4TA1EX1n/mEhG4KJYZYGm5XnbdxToPsfpMG30Ea3NM11X.qqG1.tylGgFoFv1Nkc34rn5G7aJoMae+mBjrGQtTrG+d8vwnYkicUuGn6Gh3vbrimMQ7a24mCOAIw0CHUrobaUhU1xMQu0KQpuFaFg++

## File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_ZfmlpsU3l@/www.redbubble.com%2Fcheck-out|_Sun,14-May-2023-14-16-08-GMT.mhtml

**Hash (SHA256)**
0ea3013bdf55bbd1b49b7b78fe0e0e556db7272fba5902369653007d315e5b4d7384

**Signature (PKCS#1v1.5)**
DKtA1eCOdzJzMXT00KmhDtAFqEnqjZ73aUhmn5o1prv1ui+gBFqb5cLWrBIk+Dw7ivk6wiQ4GKlphifihstiHxc6fekbQ1w6g5gAPNE5vC4c5uUkLz1/xabqP7EnAxC5rW5ijX7jFNEkzA1HxM6MTkTwAgl2RrpaJ9eNnGsPzcNKkAhbg9mZDbCO8cTxuvWHfxpPdEfG8AqqOdduX8rMMlKYGn3nvf6Zbc5v4z1xKs/yGYqrM8rqgQy8TebimMQ7a24mCOAIw0CHUrbaUhU1xMQu0KQpuFaFg++





# Evidence Collection Report

Page Title
'Smiley Face' Sticker for Sale by walkonRainbow | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-by-walkonRainbow/56773467.EJUG5

Collection Date
Wed, 26 Apr 2023 07:35:48 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
[redacted]

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
ixyJ3lpqpd2KE0qm11xSLFenn2CLlgrdRwXfuhu6omn5rE3ygvk3AMJ3u4Kd2m4rhVaerFnwarf0LrvwtkLoxuk_pQ2yZm4QAM97yjSt7iwgUAgxGpiorkXbm4kkar3Lshdk1ivJ05wqy6d3PiJ58iJsqUbAkhWJopAwb4

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_jfmljsdZjfr0jesxn-redbubble.com%2Di%2Dsticker%2DSmiley-Face-by-walkonRainbow%2D56773467.EJUG5.pdf

Hash (SHA256)
145da10e7D7d9bfebl4d1fcekk78d3kbb02d201130239ld4de2ba3e19b

Signature (PKCS#1v1.5)
i3yf6sr5D7VRtAB3rye5c8exouVfxj18TjxfSLQpOv7AH5YCeF0BnrorO2ebb1Sd59f9tkF3xd1xbba5eYOfb1w6zLLonvDkIhtdZ8Xpuu1wfLtZkdxtdZ7AMPkMErgawbOu1YtDZ3gDcqO0bsunHOudqmdmr30jsr
















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 20:39:31 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4917:7700:7539:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

eNPEGv4hbxhLPv+fr0nRoXs3wefks1jPhGyQww5L3vmsqgWQCn9O9WkZkpa7Runar WUGLjfnghwbXjbAw62M2O38UKgAbwODpAt23Bg2rvLiFaLb5DZ+C0jYucCV8kxH3+C+zJBsS/9g1+Alb3fsGkUDJJaInQg3izffn7FoVpx/g5dAhfgkvbiic,8ZP8+9C9jya4Cs3Dm+FYDTjD4KShYhfyjD0Gc7QPryrh1UbVPLmg0XLccq2jZTJLDQxGsKW1bXS1cb1CKV+TjfKAaXvFHwbRfjzO9D1LL2H+5T09H4Y3DIXB6BB1A0wsgxTRiLKLGZwMZDdG/In0mzm3Bjnv++

## File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_fjhtpuJjZfsJh[www.redbubble.com]h[check-out]_Thu,25-May-2023-20-39-51-GMT.mhtml

**Hash (SHA256)**

9747ca760aadcb789ba6dbbb769bb4d08f4aa07b8dca429268ce429ee231ecc

**Signature (PKCS#1v1.5)**

etiSLAe,IVSqZn88dBJ0z4TL+PuLJr9DEKh3dcuFC6HIBuJVYI9LrijHkM[kaw42VIhkFQmWZfB2N2ZJr3nd9Kck1cW9iIM51RLJ7NzdGjbiJC4T1hse0jLGA4OhAQwcczPKhlg12JG1qFQ8bmY9STcrdJqQM5UjcOF0uWbgi5Dr9cHO0jBiSmrLmq,Xr+g+jXcq4KZvEz4iZ4bzGgsRFAcZTX0iiFS6X9ncCz07AtJcwr3ivX0rbaGlfw2nj8LiDCVHrB8wMpLfGzwfimfE2yprmtTYnLI3wtLxgbLFLuH+TRL4hn9r0kTIugSd1fWPTyDBbGzCjApjsAbbPbEZH4eA8BMnYFQW0yeizYpn1+4w+=













# Evidence Collection Report

**Page Title**
TSMILEY BLACK * Sticker for Sale by WareO49 | Redbubble
**URL**
https://www.redbubble.com/i/sticker/SMILEY-BLACK-by-WareO49/147836365JLKK0
**Collection Date**
Wed, 26 Apr 2023 10:58:36 UTC (US Department of Commerce / NIST authenticated timestamp)
**Collected by**
Sarah Omotosobou
**IP Address**
3456789.9.96.9
**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
**Digital Signature (SHA256 / PKCS#1 S)**
kno449GFjiuHdjH9.JAfeoDFqEsFvEGrUc3iMESouTe5aNk18rdsk7EvaLMvW4fMoxtWk50o5.bktKgNMkQSQjAxxrjQ2a73OmRscuxDgWwtNgiiriUcP1oUzpLvMuAkVVZsEJNLqfUizdyZIcihuu7qMAkGEjE40Xn0k537Jr

# File Signatures

**SCREEN CAPTURE**
PDF
**File Name**
screencap_[Imp]oJ]2fm[iJ:www.redbubble.com[h]ID]sticker[SIMILEY-BLACK-by-WareO49]QAOe5Uck3.JU50]_Wed_26-Apr-2023 10-58-36-SNY.pdf
**Hash (SHA256)**
f4092453747c7322ffbe0857145ad54e67aef247ebef19ef7dd26a847cd574
**Signature (PKCS#1 S)**
YfG7zVNgJLkzXB4e7m0nAgjFJlaEe6fe+rrjchAn.kzaciStGTNPGugnjJuHtbgmAltkyiF8Lm0MWWatJp+nkUUKa6bHGljsm4mFCkuLFJkhE7TLskau23dphpLXKz0kNNQGStkBtoifNXVVdU0W...









# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 30 May 2023 03:33:11 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Michaela Borja

**IP Address**
2001:4400:4f45:9c00:e956:f762:a48b:338a

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
Fgz5eZYuRMZMbfQjX1LNeMtQGdzL3Lt2sOxETh+49cdUsEHW9+7mJbZ2HFwwun7AnFsAcqlyTzHoSeWLIZ1kVXMyJeW3QkzY0zOeRfGUudfEBXHKZ8fU1a1WmLInEwuH1/yuHCKffxQzqjBbFj81ra2rZBammdtVWmbAs2b1ce9hHhwDfAAymYVAbfBfgJnuU0HnJTdhVHFaK60E5SDYZKR+kml2Y1PW8FZ5cRkz7LpGRhVmJ3AgfJF7iNpN0A/MAknP21FWy7bOhuanVDS9EdFXOlqqFffKCmzjCke3Tdd4iIiKhQzjQatHwGKetGZQjDeOaosrSf+1EEMhQkA==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[fHdpsjlZltjfh]www.redbubble.com[fsJnhwok-out]]_Tue, 30-May-2023-03-32-11-GMT.mhtml

**Hash (SHA256)**
8ae933ddb54295fde85ef7d0717fdd37dd5c2c5886d5a68e8bbf1c64bc

**Signature (PKCS#1v1.5)**
umfspU3oxdoUUBbiQOJ7NFwnH+HHk4U86raEu7IZCxDJNQGfaGBC3ka+zrOnuULNGLEUy9u+co6cKT4zcIZM9HmBbA8DcqUIBdKqkSjAsibw/mb3nQt2H4Y0ClqEB8fJ8+z vO2SmxmsB3aglZrbbAfh8ub2WN9gAgroOH05S/b7fldAdeNHewefMv4QbbbDkOnazvS+1/EEMKdbAA==







# Evidence Collection Report

Page Title
"Green Smiley Face" Sticker for Sale by WooleysGreenery | Redbubble

URL
https://www.redbubble.com/i/sticker/Green-Smiley-Face-by-WooleysGreenery/102399306.EJUG5

Collection Date
Wed, 26 Apr 2023 16:38:48 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Omohundro

IP Address
34647469.9.36. 9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
0zmYrTNkF4Lk4Wm9TQ5kAs5GcpuCNKNKQ4co70/ZZ7T1halfoi8goWTuN7Z05aT7i0Gruq44M88/mK8bGgVhEOl8MBGRGxjw5Y83mQ55x0z4KAuUxKEzsWToVQdzubiD/JejbSkSy6hpBXLiqVXMceAhvw4AWc49k4dsf/A0wy6JGmfdbLJekz/

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_JbhpLtfQ9fnone.redbubble.com[full]Sticker[full]Green-Smiley-Face-by-WooleysGreenery[full]102399306.EJUG5[_Wed_26-Apr-2023-16-38-48-GMT.pdf

Hash (SHA256)
9cbc0e67a6bba0ded9cpcbeOa1aDbf74577777615cf7b4ddaab1c77fPba34909

Signature (PKCS#1v1.5)
GQWjmw76jKys JMdzvCKlCSZ9MUaG0yZ5hmK8imfRgcFlf2cDyokdOyijhEnVsp04GTTr6uh2rnghdeA4RG 9L1Su8CJ4iucQLU3eKp/wKopbF10c44ali3jRqZXt0gZPTTrr4IaxYHpd8xuTheFrp





   



 





# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 16 May 2023 18:11:13 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected By**
Michaela Buric

**IP Address**
175.176.7.133

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
C6yvLX9SD4Ch9m48Kn8uv4D7EJ0r88AaZCwbBrOimng8mbMUypDQj1ewDm8gpApeGwhamiU/eMXEoxmwrCikuCA3rcQAgYcxLY/kowjXbpWbQkOOWC4+1duLnf9/rXBldaHYEfNeKP6ODX/ypuuUSkhViKK5wfCCjye9zwZWSVf/
e/sbbynm/mbEfkAp4Wv8bzYKQVTZIkYH36OpMHQC+1XTcfOU8/BL+0tkDdAqgpHfaUdawZjPSmfApqk1d16sBm3z/QzXWr7fSnzBhaAnUHgMpCKujErMPcuTup36mXE8Qg/==

---

# File Signatures

**SCREEN CAPTURE**
MHTML

**File Name**
screencap_DnpsOjDfjEbwww.redbubble.com[hb]check-out[]_Tue, 16 May 2023 18:11:13 GMT.mhtml

**Hash (SHA256)**
8e06c06b5a8f2c1a44b5c2aefdc72faf04adf70f8c362c103baad0ee99d1c3d33

**Signature (PKCS#1v1.5)**
DOBrs/FACHNPLpFs+2d5iDJsI+1QKANWMOPm7T7OD4wm1CpC8jA5rmBtAIn+NnZ3m1QpmhuXjIQ6kNVAs+bNPd4ygsq7sa6lc37/2F0boku/w2wW4IdoBzzE9vnkpsDEX238mr/QEGX8bYYE3jzO37/nB5swoF7/sfD2wgG/Ls+ncBkdMezcb31wScEkE9KK3Ha/wNpl3Q3Db/MZxmS7jbS/KWL/Vtm4Rep01uRbZ/5dm3a9pN7wpW/==







# Evidence Collection Report

Page Title
"Blush Smiley Face " Sticker for Sale by wxtapple | Redbubble
URL
https://www.redbubble.com/i/sticker/Blush-Smiley-Face-by-wxtapple/26731391.EJUG5
Collection Date
Wed, 26 Apr 2023 10:57:03 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Chmielooluu
IP Address
2a0d:5600:8:36::5
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 | PKCS#1v1.5)
g4fiGpsQCDGm6g5rH6CmJaM6bz5ZtM3AlxlFfoqjCDkngqtYfr4eTbuQqbCm48bz3WufhVBwOAZq6Tmj5GuCWOb47c6iSL3XDdDC69yfbFi66lL5nv4NhHAoEup4FO3csb5VgqovV4IQg8pBuDteu2+Hrc54L00udsQnqCWT80760+

# File Signatures

SCREEN CAPTURE
PDF
File Name
socrensaq_[Intrjoij]Cr|[B]xxxx.redbubble.com|EJUG5sticker|Blush-Smiley-Face-by-wxtapple|EJU31Cr|31391.EJUG5|.Wed_26-Apr-2023-10-57-03-GMT.pdf
Hash (SHA256)
ac066d4dd4e9ac78441e42b027f94a9fc2500701f13242c3ab8de6d1f25cde1773
Signature (PKCS#1v1.5)
VOrEpAyPLF7L3cvn7drfpbEgk9jVNfePeMrtJoQEt1wsCkSAQgRSQxHGbKi31Bgoge_ixVotCnE7bkbYlmSvH4mkk7dUzPxmu1xFQfZCa7ro5JAaja31z89MFe9rPlw1txBumqfTsjfANCGJhSdasaZ7MiCLBKtKHqqOB6E+















# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 30 May 2023 03:18:49 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:49f0:fe00:e696:f762:a48b:338a

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

kiNyBedrzIcKnaWjONqwLC0bTibm kgLhJf843zVd015sI JPOYU2g3XGZEVozfdy7nCT/S5r4qEPT2AmVE5JuAkX9Xesj11wmLz8qvLhw4z09sq7LLr8scaugNNmtmNeFiKX2BQEwoyjIknWm0ZXz1w1KBxIYGNdHrmFz5gX+qQS+tKJ/dfxrgSnJJxsf12hJTGVKBgFbnQ11vxrykMg5GXlGDrBMAH2YOr+JBSV19yMH1rC PqWfYcuxB2wYuBgGBIL62F/AyfZshRffIFT/FmqbidBvDCtWai4BEtubsmiXX+WZxfhZ

# File Signatures

**SCREEN CAPTURE**

**File Name**

screencap_[https][5][5][www.redbubble.com][5][check-out]_Tue, 30-May-2023-03-18-49-GMT.mhtml

**Hash**

7b0c60e9cb6f346d6b081de6f2fccdabe6656bdbdff19b9d47193fa83e17b

**Signature (PKCS#1v1.5)**

puDyN+4lIyG1hAFKW8TmpjsSCpzLVDMubMqb+AHEPfqB9d5KbANtBdB512MEs8BLr8/ra7hAkV9dDFEN/cpF+Go31+HkbfdSqBaEpPoQFOeFozR1K3Ww2Aktbp7zz36XXf52vNUB+H3NtQmHTiozAz9FqbVNHcgxPf0nJdPuoLEK +OdwNO7vnMyd0e74aj70YKCe5OjaDX3IQk6nMeMsGuxdOKC7wkJYcQzf+8AQEPFuL74ZQEMbo0SDn6xVSv4/2gtMeBdAmnuDsAHsdh+mTS8U7oYGPbqyvx2X2JAgCmbKVqr5onrzQ1F18ae6ufVE+OkQ++







# Evidence Collection Report

Page Title
"Happy Smiley Face" Sticker for Sale by cathr97 | Redbubble

URL
https://www.redbubble.com/i/sticker/Happy-Smiley-Face-by-cathr97/134856825.EJUG5

Collection Date
Wed, 26 Apr 2023 05:19:40 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
185.150.115.31

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
4utjL3+439hMnhSKMW5WmVG+oLXEpZjLAq5bZ4LbHC8byZVKkx+867sgSq0YhzfKg4pehXxcjI7Sc4SVVmxkbdMxbnUBMMhthA7TYS7hxeYhVwvcTlja5Z347XcDN6m=

## File Signatures

SCREEN CAPTURE

File Name
screencap_DHdyxQZb@ahwww.redbubble.com/EJV5RbdMwnEAdjHappy-Smiley-Face-by-cathr97/RzU1346856825.EJUG5_Wed,26-Apr-2023-05-19-40-UMT.pdf

Hash (SHA256)
13c88aa05014ba9295bae9075daabfc4c5dde7dbbb7e5b468d03e6bb7e87e6c844a9a04cd

Signature (PKCS#1 v1.5)
Zak2rbAhpOEmhp0pzvmb63bnOp0lmDV2U4cu3h4HyQ6Fy1lWjJ8HGcIgl7GHpxPB5oY+voSJ0LXL3pBtyZ4xZ1XB8G0iGv03Fvaby8pzrq7JYTmqHPQbW2l0p2mscyHgPrkNaDfzTdgzv



Features
- Decorate and personalize laptops, windows, and more
- Removable, kiss-cut vinyl stickers
- Super durable and water resistant
- 1/8 inch (3.2mm) white border around each design
- Matte finish
- Sticker types may be printed and shipped from different locations

Reviews

Read all 150 reviews

Happy Smiley Face
Designed and sold by cathr97

Ah happy is here to remind you to stay positive! Be happy!

Also available on


Classic T-Shirt
From $18.77


Poster
$15.48


iPhone Soft Case
$22.51


Dad Hat
$22.16

View this design on +81 products



View cathr97's shop

Similar designs

Explore similar designs from over 750,000 independent artists.

Stickers Tags

Other Products



US USD$ - English - Mature content: Visible



Shop
Gift Guides
Fan Art
How Works
Login
Signup
Bulk orders

About
About Us
Social Responsibility
Partner Program
Affiliates
Sell your art
Jobs
Artist Blog

Help
Delivery
Returns
Help Center
Guidelines
Copyright
Investor Center
Contact Us

Social
Instagram
Facebook
Twitter
Tumblr
Pinterest



Happy Smiley Face Sticker
Designed and sold by cathr97

$2.54
$3.91 when you buy 10+

afterpay

Finish
Matte

Size
Small (2 × 12 in)

View size guide

Add to cart



# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Sat, 13 May 2023 13:49:52 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Michaela Buijs
IP Address
175.176.15.162
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
TCzWrAooK2nUvrxK7EhNjzaDGd337Bec41H1e93Dkqcb02bA+mIzyr3ibA3MCuyBhvgYHrhZyLXgDmNzg7eu4g7B7E,42R68Jeyj7BargJMS7vJndyId3X9iQ+rHenCky7Mh4W5n5A4GFOvXyy
rtKwm4whNy1CsNw1kJPbLbqgZ4B29Pw1iVRD3XYTtvZ1J7RrGbf14r13g23drdrHNWNpXZ3MHeSanYV1uar7NKb3ao3uXkHLG1xH3dwCwqw11rpnzQ1Ltp6QoMJNfBB4YD+hJ13C7x1Kfdk4XX7AkPUp+HevtCy7hV6F4u+kANzdXV4==

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_ljfmjiJq3fL4j]3www.redbubble.com/[b]/check-out].txt, Sat, 13 May 2023 13:49:50 GMT.mhtml
Hash (SHA256)
4eec06a1c401270fs2dh130ef6h53c0e635c4ee8340b230daca0529f8ec54f
Signature (PKCS#1v1.5)
3aPuiwWDkmSrN1GFg01J,ztoGQBeirPLbLvVJsnnI113pBYvrKrdksJ4KFdTM4DKZgSM7JzyLsOcPVGFpikFSGkHR2FvBCekX0T7TkN+QLJ3ToeqoRfeqyhMkfKtMMW1WlBXGSJ2z0tkC2H0m+HZ7mDnvKK7mBm0XHy0hPtVnyz5bhnc5nsZwxSknSQtKjyo8Q4ECCs4cDdKF5T0
f1y+nCpVdfqivZwxlZE4,M9SJb2n4NrU0jPJKX8JmCjDk3RRwzJ7W0Jm+7hTvbqbMoqVfJGCFoG+m7iYY0VTEbH4tTvqUSQs0SBPTw+=

---

 

< Checkout

| 1 ITEM | $2.54 |
|---|---|
| SHIPPING | $2.46 |
| TAX | $0.35 |
| SUBTOTAL | $5.35 |

OR

Pay in 4 interest-free payments of $1.34 with afterpay

☐ 🎁 This order is a gift

① Shipping to United States    EDIT
Delivers between 19 - 25 May
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

② Checkout using card    EDIT
Total $5.35

③ Shipping details    EDIT

██████████
(For receipt and order confirmation)

██████████
97692066
307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES
(Includes $0.35 in taxes)

④ What are your
credit card details?

Credit Card Number
1234 1234 1234 1234

Expiry Date        CVC
MM / YY            CVC

☑ Save this card for next time
☑ Same billing & shipping info

| 1 ITEM | $2.54 |
|---|---|
| SHIPPING | $2.46 |
| TAX | $0.35 |
| TOTAL | $5.35 |

By clicking pay, I agree to
Redbubble's User Agreement

Please note: Your final price has changed to reflect your shipping address/local taxes.

Pay $5.35

Carbon Neutrality
Investing in programs that help the environment
Learn more

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Super Service
Hassle-free returns and friendly customer support
Learn more

Mature Content: Hidden     United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved    User Agreement / Privacy Policy / Do not sell my personal information / Copyright / Affiliates / Give $10, Get $10 /
Student Discount / Guidelines / Log Out





Case 0:23-cv-61229-AMC    Document 5-8    Entered on FLSD Docket 07/17/2023    Page 62 of 65



# Evidence Collection Report

Page Title
"Grunge Smiley Face" Sticker for Sale by carltthethings | Redbubble

URL
https://www.redbubble.com/i/sticker/Grunge-Smiley-Face-by-carltthethings/80705968.EJUG5

Collection Date
Wed, 26 Apr 2023 05:37:01 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
34047460 8.96.9

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
[a947452g2r02ch1573fw1n6j9yl5uh646c3f632a575l1h2d5ds04f1ef58e4d4b43bbceePhe6786t965s07jq725c7nbzpq01jd02z001200f13d9e4s6jg763rtv5a68c9o61tk2804tb4ly02f1f4h1n32n45w32t6

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_[tmp022f]@[www.redbubble.com[h2]0[sticker[h2]Grunge-Smiley-Face-by-carltthethings[h2]80705968.EJUG5[j].Wed-26-Apr-2023-05:37:01-GMT.pdf

Hash (SHA256)
7b3edc5c27878b5299dfae87cd7eb19867ecbe8a7b8b5c7b1bde6c58e

Signature (PKCS#1 v1.5)
b0jq43cfcg52m20ek52hq21a2137nm44ac26kb34atw6fw5vg6d34l299d41e0p63406t4f949n2q5q0d4mh98901ar90n0706t1mb4s575b9d9s14l5po42ct76d6ch6m7o5v5cy5o60c2lz06







































# Evidence Collection Report

Page Title
Secure Checkout | Redbubble
URL
https://www.redbubble.com/check-out
Collection Date
Sat, 13 May 2023 19:24 UTC [US Department of Commerce / NIST authenticated timestamp]
Collected by
Michaela Bozic
IP Address
175.176.15.160
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
BAc12bQGAcMtDiH1CCAbTTpnQxkkGJpbGH+NsyBuKSAszpcdipbm1rK2bqqjagMvsjawVAtMbaOHVDEO2wkXioyCdDcP3a5RktrdkWDBKV/2WUf4crGu8oKA17rX61Cjr7xUsZftc5Hsf71HXY1ZpHFc1W19tPbbysaJ2QvSfPIpjn4BlG/
qpwHJg/ZpZGhwoC5vMQhJRmgG3zNDGdN6pw1KTnnOF4HAILbMMKP8MroJ3ivVy1xoX1JTaF2FSnjdoVt2bwwPdN41aK51uM1BbSGUrLguX3ASBRdT19VbMDzPXpzmQ9X1yPM8/IVT8/LVJan2qt2PbOXpK8gOvg71URsd41QkZLA++

# File Signatures

SCREEN CAPTURE
MHTML
File Name
screencap_[8mpo2jl8j@nww.redbubble.com]h[check-out]_Sat,13-May-2023-19-24-50-GMT.mhtml
Hash (SHA256)
fb2fb531f897bb5e64b4f7169e43dc9bf16bfb7f3f0c68fde52cd8f1a1c2c15
Signature (PKCS#1v1.5)
Hxy13xk40Zdfr4dvHc9p7kDv3m4Mdzjv3Ql7MMNLsbexUNr0QJ0Fz5xHWsg9aT1LMhynnksCeQuzoyOQnOdXhwhzxm9TaaDCvzGSGwOvdNq2STbdvlppmV3WiRymGxqORDV7Lr/pnrYoUysuXBS4ftSBwvhAWysxAViPwO1jDkV311yf6yJGrmNn56k,
+0d6VSgXPUGvYDO3Z18mJLb4KpXzg4XtF38M4YSg1WfF1zmwzmaltFrjo43t59xJ9XyzBO/e58c3L4mxo0QdoVsWTy6wbwhFWO1j0kV321yf6yJGmNn56k,

# File Signatures



---

**Checkout screen capture**

| | |
|---|---|
| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| SUBTOTAL | $5.52 |

OR

Pay in 4 interest-free payments of $1.38 with afterpay

☐ 🎁 This order is a gift

① Shipping to United States    EDIT
Delivers between 19 - 25 May
Using Standard Shipping

Made one at a time and shipped responsibly. For a happy planet.

② Checkout using card    EDIT
Total $5.52

③ Shipping details    EDIT

(For receipt and order confirmation)

97692066

307 NE 1st St, Flat 6,
Miami, FL 33132
UNITED STATES

(Includes $0.36 in taxes)

④ What are your credit card details?

Credit Card Number
1234 1234 1234 1234

Expiry Date          CVC
MM / YY              CVC

☑ Save this card for next time
☑ Same billing & shipping info

| | |
|---|---|
| 1 ITEM | $2.69 |
| SHIPPING | $2.47 |
| TAX | $0.36 |
| TOTAL | $5.52 |

By clicking pay, I agree to Redbubble's User Agreement

Please note: Your final price has changed to reflect your shipping status/local taxes.

Pay $5.52

**Carbon Neutrality**
Investing in programs that help the environment
Learn more

**Worldwide Shipping**
Available as Standard or Express delivery
Learn more

**Secure Payments**
100% Secure payment with 256-bit SSL Encryption
Learn more

**Super Service**
Hassle-free returns and friendly customer support
Learn more

Mature Content: Hidden    ☐ United States - USD$ - English

ABOUT US    SOCIAL RESPONSIBILITY    BLOG    DELIVERY    INVESTOR CENTRE    JOBS    CONTACT US    HELP

© Redbubble. All Rights Reserved.  User Agreement | Privacy Policy | Do not sell my personal information | Copyright | Affiliates | Give $10, Get $10 |
Student Discount | Guidelines | Log Out





# Evidence Collection Report

Page Title
'smiley face sticker pack' Sticker for Sale by zoeydesigns | Redbubble
URL
https://www.redbubble.com/i/sticker/smiley-face-sticker-pack-by-zoeydesigns/53147552.EJUG5
Collection Date
Wed, 26-Apr-2023 07:42:19 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
[redacted]
Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
[signature hash]

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_[httpsJ][c0][nimnnz.www.redbubble.com][c0][sticker][smiley-face-sticker-pack-by-zoeydesigns][53147552.EJUG5]_Wed,26-Apr-2023-07-42-19-GMT.pdf
Hash (SHA256)
[hash]
Signature (PKCS#1v1.5)
[signature hash]














# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Thu, 25 May 2023 21:51:35 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Michaela Borja

**IP Address**

2001:4400:4917:7700:7039:22f3:79ed:183f

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

octfjrAz+Wb09d+9mC JpySdDvSWgnm9Hgzg22l6mwgrg7Q2wdBHQlaaPBwgWSw9i7UKouAqQrKJfXw6evSVr1aFyDq1Mbscifm4DFdwENEtpEfoplK3NdiHluFeLjF2IirHyNNPLheL+1HI29IpdCkUzTp2P5LUAtGFuCG4fr72QLPOKSML5SOqE3zdkz16F4espJRlWnsnm64aRWuCT35Nuz cG4aHGVwFsfIdHm9SeWLCInT12vVC3eWdkjrunomrGvSEaxh40S+MRPLBfikzLnel0FOANSHvbe0RZgorLKc1aa73qtzSCQLmSdWrWysOMS2DSfPSUD/munPhSsPw==

# File Signatures

**SCREEN CAPTURE**

MHTML

**File Name**

screencap_Ehtjxjd2f6jfh@www.redbubble.com[h]/check-out]_Thu,25-May-2023-21-51-35-GMT.mhtml

**Hash (SHA256)**

38eefbd2f64b4fef60eb7de5219872eddd754646ea6c0f7a6a8a028fde64bc

**Signature (PKCS#1v1.5)**

jPLDnkJg/EKV6cES6Z7Mr+82dyMSTOClrOEA7m9MHTuFBHcNn0vwylJFxkU5N6lKtKzoU/ti1N2h5GD6ctzLnfC7DX3chmVolpbuSbwoSnvFpvdmpW+T87S6O4DSHb2vJUYGuYtxd4ABskLIFNOI1fbuUBBSaLD6DH12YGFcuDWpWn/6UZsz3rcthrGwb+Fv+ +VXwUL/H4MSH7sVS4YffwsWe,kcpY21a90GF3JpbkfBwjHr+wDN7zE1MNFVrewHm01gbrRPwlsgeAdusly3GNkUa0y1h1Y1bWfboz/2tPF+wWWr+KcjrOCt4mDLVCGbTUUgaeud4KSinMfbw==



Carbon Neutrality
Investing in programs that help the environment
Learn more

Worldwide Shipping
Available as Standard or Express delivery
Learn more

Secure Payments
100% Secure payment with 256-bit SSL Encryption
Learn more

Super Service
Hassle-free returns and friendly customer support
Learn more