UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61229-AMC

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

| Def. No. | Seller Name |
|---|---|
| 1 | 7ldo |
| 2 | aap24 |
| 5 | abby cartwright |
| 6 | AcidicStonsey |
| 7 | adventuresofliz |
| 9 | ahuva234 |
| 11 | Alden Dexter |
| 12 | AliConcept |
| 13 | AlishaMSchil |
| 15 | alydesigns4 |
| 16 | alyssarae12 |
| 19 | annie-chen |
| 20 | Aouches |
| 22 | arkeadesain |
| 24 | aussieforgood |
| 25 | avakk444 |
| 26 | avavanhoy |
| 29 | badartbya |

1

| | |
|---|---|
| 30 | Badi46 |
| 31 | bccroddy |
| 35 | Bithys Online |
| 40 | Brenda Pineda |
| 41 | briana--g |
| 43 | BrokeBerlyn |
| 44 | Brooke Butler |
| 47 | calypsomad |
| 50 | Carlifriess |
| 51 | cash4college |
| 52 | chlobotron |
| 53 | Chloecookk |
| 54 | Christeena- |
| 55 | christyrae |
| 58 | crawlycreations |
| 59 | Creative Brat Design Studio |
| 61 | DaveGoode |
| 63 | DevaDharshani |
| 69 | dominic69 |
| 71 | Ekall1340 |
| 72 | ellinnur |
| 74 | emmastickershop |
| 76 | eringalimanis |
| 77 | esteban5775 |
| 80 | faithyroseart |
| 81 | FallInLoveCo |
| 84 | fearneeee |
| 86 | fofo-draws |
| 89 | Free-Colors |
| 93 | GauravP1806 |
| 98 | Golfpanu2020 |
| 100 | gracek1013 |
| 102 | grungepuppy |
| 103 | hannahcowardart |
| 107 | itsdanyellee |
| 108 | itsgibby |
| 109 | itssav9 |
| 110 | jaishorty |
| 111 | JaiStudio |
| 114 | Jessica23moon |
| 118 | Kaedesgins |
| 119 | kaitlynchen10 |
| 121 | katieguerra28 |

| | |
|---|---|
| 123 | kenzie090 |
| 124 | kjoemtac |
| 125 | Knottygirl |
| 126 | krgood |
| 127 | KT5designs |
| 128 | KTdoodle |
| 129 | kuromii- |
| 132 | Lauren V |
| 134 | leah moradi |
| 136 | Leo R. |
| 137 | Liam van Eeden |
| 138 | LiamBerry8 |
| 139 | lilystickers65 |
| 140 | Liraz Stilman |
| 141 | lmc.art . |
| 148 | luxury88 |
| 149 | M.  Hall |
| 151 | maddie--murphy |
| 152 | madihollander |
| 153 | makenaaa96 |
| 154 | makeziebattle |
| 156 | mariahburkeen |
| 159 | Matt Astle |
| 161 | meeeghannn |
| 162 | Megan-Kendall |
| 164 | memartha |
| 166 | mewsis |
| 169 | mittu  official |
| 170 | MO3Addesign |
| 171 | MoonbeamPhoto |
| 172 | Morgan Taulbee |
| 174 | MyGrandpa |
| 175 | MY-lux |
| 181 | naive-irem |
| 183 | NormaHelia |
| 185 | oceanandstars |
| 186 | Olivia Elise |
| 188 | Ostrados |
| 189 | outkast-oasis |
| 190 | paige12121212 |
| 192 | PaolaAnahi |
| 196 | PenBrond |
| 198 | pinkcowboyhat |

| | |
|---|---|
| 199 | pintrestcollage |
| 200 | potatome |
| 207 | rileystickerss |
| 209 | rosiec413 |
| 210 | rschidler12 |
| 216 | Sanorene |
| 217 | Sarcasmagic |
| 219 | SavorTheStyle |
| 220 | SevenDesings |
| 224 | smilesthatstick |
| 233 | sroppel4 |
| 234 | stasiasmith08 |
| 239 | sxc0120 |
| 243 | tamarrotem |
| 245 | tee-shopy |
| 246 | TheBxChanger |
| 247 | TheLilMushroom |
| 248 | thewaterdrop |
| 249 | thriftytrends |
| 250 | TinyGoblin |
| 251 | tmneed17 |
| 253 | Tr3ndyDesignss |
| 254 | TracyH139 |
| 255 | Tyler711 |
| 258 | veronicak0403 |
| 260 | virginiaclara |
| 261 | Vizcwnt |
| 266 | Wanit249 |
| 267 | WesleysGreenery |
| 268 | wetapple |
| 271 | zoeydesignz |

Date:   August 14, 2023          Respectfully submitted by,

***A. Robert Weaver***
Javier Sobrado (Fla. Bar No. 44992)
Email: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Email: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800

4

Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*