## Service Schedule "A"

| D. No. | Seller Name | Country |
|---|---|---|
| 3 | | INDIA |
| 4 | | UNITED KINGDOM |
| 8 | | ARGENTINA |
| 10 | | AUSTRALIA |
| 14 | | CANADA |
| 17 | | UNITED KINGDOM |
| 18 | | CANADA |
| 21 | | AUSTRALIA |
| 23 | | CANADA |
| 27 | | SRI LANKA |
| 28 | | MOROCCO |
| 32 | | FRANCE |
| 33 | | AUSTRALIA |
| 34 | | SINGAPORE |
| 36 | | AUSTRALIA |
| 37 | | INDIA |
| 38 | | MEXICO |
| 39 | | UNITED KINGDOM |
| 42 | | INDIA |
| 45 | | UNITED KINGDOM |
| 46 | | FRANCE |
| 48 | | SPAIN |
| 49 | | COLOMBIA |
| 56 | | UNITED KINGDOM |
| 57 | | ROMANIA |
| 60 | | UNITED KINGDOM |
| 62 | | INDIA |
| 64 | | MEXICO |
| 65 | | UNITED KINGDOM |
| 66 | | RUSSIAN FEDERATION |
| 67 | | EGYPT |
| 68 | | FRANCE |
| 70 | | INDIA |
| 73 | | MOROCCO |
| 75 | | AUSTRALIA |
| 78 | | FRANCE |
| 79 | | SRI LANKA |
| 82 | | MEXICO |
| 83 | | UNITED KINGDOM |
| 85 | | UNITED KINGDOM |

| # | | Country |
|---|---|---|
| 87 | | AUSTRALIA |
| 88 | | SRI LANKA |
| 90 | | AUSTRALIA |
| 91 | | INDIA |
| 92 | | INDIA |
| 94 | | UNITED KINGDOM |
| 95 | | INDIA |
| 96 | | EGYPT |
| 97 | | UNITED KINGDOM |
| 99 | | INDIA |
| 101 | | UNITED KINGDOM |
| 104 | | INDIA |
| 105 | | UNITED KINGDOM |
| 106 | | UNITED KINGDOM |
| 112 | | AUSTRIA |
| 113 | | SERBIA |
| 115 | | MOROCCO |
| 116 | | UNITED KINGDOM |
| 117 | | KOREA, REPUBLIC OF |
| 120 | | INDIA |
| 122 | | VENEZUELA |
| 130 | | MEXICO |
| 131 | | LATVIA |
| 133 | | SERBIA |
| 135 | | EGYPT |
| 142 | | GERMANY |
| 143 | | COLOMBIA |
| 144 | | FRANCE |
| 145 | | UNITED KINGDOM |
| 146 | | UNITED KINGDOM |
| 147 | | BELGIUM |
| 150 | | UNITED KINGDOM |
| 155 | | MOROCCO |
| 157 | | UNITED KINGDOM |
| 158 | | SWEDEN |
| 160 | | CANADA |
| 163 | | AUSTRALIA |
| 165 | | INDIA |
| 167 | | COLOMBIA |
| 168 | | MOROCCO |
| 173 | | INDIA |
| 176 | | UNITED KINGDOM |
| 179 | | PAKISTAN |

| | |
|---|---|
| 180 | SWEDEN |
| 182 | TURKEY |
| 184 | SWEDEN |
| 187 | ITALY |
| 191 | RUSSIAN FEDERATION |
| 193 | GERMANY |
| 194 | GERMANY |
| 195 | SERBIA |
| 197 | MOROCCO |
| 201 | SWEDEN |
| 202 | SINGAPORE |
| 203 | CANADA |
| 204 | PHILIPPINES |
| 205 | EGYPT |
| 206 | PORTUGAL |
| 208 | NETHERLANDS |
| 211 | UNITED KINGDOM |
| 212 | JAPAN |
| 213 | KOREA, REPUBLIC OF |
| 214 | INDIA |
| 215 | AUSTRALIA |
| 218 | CANADA |
| 221 | AUSTRALIA |
| 222 | ROMANIA |
| 223 | BELGIUM |
| 225 | UNITED KINGDOM |
| 226 | MOROCCO |
| 227 | AUSTRALIA |
| 228 | BELGIUM |
| 229 | MEXICO |
| 230 | MOROCCO |
| 231 | CANADA |
| 232 | INDIA |
| 235 | MOROCCO |
| 236 | CANADA |
| 237 | INDIA |
| 238 | UNITED KINGDOM |
| 240 | TUNISIA |
| 241 | POLAND |
| 242 | MOROCCO |
| 244 | UNITED KINGDOM |
| 252 | GERMANY |
| 256 | NETHERLANDS |

| | | |
|---|---|---|
| 257 |  | BRAZIL |
| 259 | | INDIA |
| 262 | | GERMANY |
| 263 | | UNITED KINGDOM |
| 264 | | PAKISTAN |
| 265 | | SINGAPORE |
| 269 | | MOROCCO |
| 270 | | INDIA |