**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 23-61229-CIV-CANNON**

**THE SMILEY COMPANY SPRL**,

      Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE A**,

      Defendants.

_____/

### ORDER DISMISSING CASE AS TO CERTAIN DEFENDANTS

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 9], filed on August 14, 2023.  Plaintiff seeks to dismiss its claims against certain listed Defendants without prejudice [ECF No. 9 pp. 1–4].  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by a plaintiff prior to any defendant serving an answer or motion for summary judgment, dismisses the case against that defendant.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** as to the Defendants listed in Plaintiff's Notice of Voluntary Dismissal [ECF No. 9 pp. 1–4 (listing defendants 1, 2, 5–7, 9, 11–13, 15–16, 19–20, 22, 24–26, 29–31, 35, 40–41, 43–44, 47, 50–55, 58 –59, 61, 63, 69, 71–72, 74, 76 –77, 80 –81, 84, 86, 89, 93, 98, 100, 102–103, 107–111, 114, 118–19, 121, 123–129, 132, 134, 136–141, 148–149, 151 –154, 156, 159, 161–162, 164, 166, 169 –172, 174 –175, 181, 183, 185–186, 188 –190, 192, 196, 198 –200, 207, 209–210, 216 –217, 219 –220, 224, 233–234, 239, 243, 245–251, 253–255, 258, 260–261, 266–268, 271], effective August 14, 2023, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 9].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 17th day of August

2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record