UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61229-CIV-CANNON

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

ORDER EXTENDING TEMPORARY
RESTRAINING ORDER, SCHEDULING HEARING, AND UNSEALING ENTRIES

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Extension of Time to Extend Ex Parte Temporary Restraining Order and Schedule Hearing on Motion for Preliminary Injunction [ECF No. 10]. On July 17, 2023, Plaintiff filed two *ex parte* motions: (1) the Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets (the "Motion for Injunctive Relief") [ECF No. 6], and (2) the Motion to Authorize Alternative Service of Process (the "Motion for Alternative Service") [ECF No. 7] (together, the "Ex Parte Motions"). The Court entered an Order granting the Motion for Alternative Service and granting in part and denying in part the Motion for Injunctive Relief [ECF No. 8]. The Court's Order on August 3, 2023, temporarily enjoined Defendants from further infringing upon Plaintiff's trademark and from transferring use of control of Defendants' Amazon Storefronts for a period of fourteen days [ECF No. 8]. The Court instructed Plaintiff that any motion to extend the Temporary Restraining Order must be filed by August 14, 2023 [ECF No. 14 p. 15]. Plaintiff filed such a

CASE NO. 23-61229-CIV-CANNON

motion on August 14, 2023, requesting a fourteen (14) day extension of the Temporary Restraining Order so that Plaintiff can effectuate service on Defendants [ECF No. 10].

Upon a review of Plaintiff's Motion [ECF No. 10] and the full record, the Court hereby extends the Temporary Restraining Order for an additional fourteen (14) days for good cause shown pursuant to Rule 65(b)(3) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. Pro. 65(b)(3) ("[A temporary restraining] order expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension."). The Court does so to permit time for the Court to hold a preliminary injunction hearing as set forth below and to permit Plaintiff adequate time to serve Defendants and provide notice of the Preliminary Injunction Hearing to Defendants.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Sealed Temporary Restraining Order entered on August 3, 2023 [ECF No. 8] is extended by an additional fourteen (14) days to **August 31, 2023**, **at 11:59 P.M.**

2. A preliminary injunction hearing is hereby set for **August 23, 2023, at 4:15 P.M.**, before Judge Aileen M. Cannon via the Zoom platform. The Zoom link and information will be emailed to the parties of record.

3. Plaintiff shall take all reasonable steps to notify Defendants of the Preliminary Injunction Hearing on **August 23, 2023, at 4:00 P.M.**, and to effectuate service on Defendants in accordance with the Court's Order authorizing alternative service [ECF No. 14].

4. On or before **August 22, 2023**, Plaintiff shall file a Status Report apprising the Court whether alternative service of process has been effectuated upon each of the Defendants

CASE NO. 23-61229-CIV-CANNON

and what steps Plaintiff has taken to provide notice to Defendants of the Preliminary Injunction Hearing.

5. The Clerk is directed to **UNSEAL** all sealed entries currently on the docket [ECF Nos. 6, 7, 8].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 16th day of August 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record