UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:23-CV-61229-AMC

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF FILING PROPOSED SUMMONS

Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, hereby gives notice that the attached proposed summons is being electronically filed.

Date:  August 18, 2023        Respectfully submitted by,

                                        */s/ A. Robert Weaver*
                                        Arthur Robert Weaver (Fla. Bar No. 92132)
                                        Email: rweaver@brickellip.com
                                        THE BRICKELL IP GROUP, PLLC
                                        1101 Brickell Avenue, South Tower, Suite 800
                                        Miami FL, 33131
                                        Telephone: (305) 728-8831
                                        *Attorneys for Plaintiff*