UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:23-CV-61229-AMC

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, pursuant to this Court's Order [D.E. 11] hereby gives notice of the following defendant parties being entered into the CM/ECF system:

| Def. No. | Seller Name |
|---|---|
| 3 | Aaro ab |
| 4 | Abbie :) |
| 8 | AfricaDesign |
| 10 | AKBookLover |
| 14 | alxlajoie |
| 17 | andallsorts |
| 18 | Animator-Tana11 |
| 21 | aphr0disiacs |
| 23 | Art-by-Andra |
| 27 | ayshafarahana |
| 28 | azet-art |
| 32 | beautyart1 |
| 33 | Ben Feakes |
| 34 | bethlowzh |
| 36 | BitMania |
| 37 | blessingboy |

| 38 | boltjesdesign |
|---|---|
| 39 | bougieFire |
| 42 | BrightLightArts |
| 45 | btsamy |
| 46 | Caamaax |
| 48 | Camilach |
| 49 | camilavg |
| 56 | cosmiceutopia |
| 57 | CosteaDan |
| 60 | CuteSticker10 |
| 62 | DesignsByGQ |
| 64 | DewaTheGreat |
| 65 | DinoDinosaurio |
| 66 | Dino's Designs |
| 67 | Dno360 |
| 68 | DodyGraph |
| 70 | doodleprojectco |
| 73 | emmakate2044 |
| 75 | emtursch12 |
| 78 | Eva Ward |
| 79 | ExoticFashions |
| 82 | Fangirl-boyband |
| 83 | FAT Stor |
| 85 | findsbyjune374 |
| 87 | fr0gzZz |
| 88 | freakalude |
| 90 | FreedomUniverse |
| 91 | Fuico |
| 92 | GalaxyAREA |
| 94 | GeekStars |
| 95 | Germeen Nagib |
| 96 | getyourvibeon |
| 97 | GingerDoingArt |
| 99 | gpsapparel |
| 101 | GrantRBJ |
| 104 | Happymoms |
| 105 | Holying0621 |
| 106 | In General |
| 112 | Jasisart |
| 113 | jeremysstickers |
| 115 | JH Designs |
| 116 | jjinfinity |
| 117 | Joricherry |

| | |
|---|---|
| 120 | Kamestyle |
| 122 | keep-in-mind |
| 130 | Lanthart |
| 131 | Lauraspdesigns |
| 133 | LazarSt99 |
| 135 | Leedo-Store |
| 142 | lolasalina |
| 143 | Lovelyncute |
| 144 | LowNova |
| 145 | lucid-reality |
| 146 | lucynewbold |
| 147 | Luka Bloom |
| 150 | Mack92 |
| 155 | Manssorr |
| 157 | Marmite-legend |
| 158 | ma-rock |
| 160 | MawiaAlakhras |
| 163 | meghanmarie983 |
| 165 | memily33 |
| 167 | mgz- |
| 168 | Miscelanea-J-R |
| 173 | MOUKI96 |
| 176 | MyRandomShop |
| 179 | Myy-Stickers |
| 180 | NafezahC |
| 182 | NewTorch |
| 184 | Nosh090 |
| 187 | orangeblue21 |
| 191 | PaniHouse |
| 193 | patidraws |
| 194 | paula-aa |
| 195 | Pekisa25 |
| 197 | Piachoi |
| 201 | PRINTLYMPUS |
| 202 | qtfonts |
| 203 | Rachelle Maryse Designs |
| 204 | rainbowsalt0 |
| 205 | redflamingo31 |
| 206 | reginalima |
| 208 | Rosa :) |
| 211 | RunTown |
| 212 | RYURAKUDO |
| 213 | Salrang |

| | |
|---|---|
| 214 | SamblacksStore |
| 215 | samdoesedits |
| 218 | Sartoris ART |
| 221 | shams-ambi |
| 222 | Shazmond |
| 223 | skeumer |
| 225 | smurf10 |
| 226 | Snoopytheking |
| 227 | Sophglezost |
| 228 | SpaceBubble123 |
| 229 | spamart |
| 230 | SPECIALRETRO |
| 231 | spookyhoes |
| 232 | spunky-creation |
| 235 | Stickshow |
| 236 | strawberrymllk |
| 237 | Subbtheartist |
| 238 | SwagStuffStore |
| 240 | taher1315 |
| 241 | TajfunX |
| 242 | TakeiteasySH ★ ★ ★ ★ ★ |
| 244 | tashlatham |
| 252 | tonidzulham |
| 256 | valdegilde |
| 257 | Vanillart5 |
| 259 | Viddhi |
| 262 | vodanet |
| 263 | Wackydesignspl |
| 264 | wajdanAli |
| 265 | walkonRainbow |
| 269 | zahir97 |
| 270 | zarlittlethings |

Date:   August 21, 2023                                   Respectfully submitted by,

*/s/ A. Robert Weaver*
Arthur Robert Weaver (Fla. Bar No. 92132)
Email: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131

Telephone: (305) 728-8831
*Attorneys for Plaintiff*