UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-CV-61229-AMC

THE SMILEY COMPANY SPRL,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, residing in the county of Hillsborough, and I am an attorney for Plaintiff The Smiley Company SPRL. in the above captioned action.

On August 18, 2023, The Brickell IP Group, PLLC emailed copies of the Complaint (Dkt. 1), the sealed Order granting the temporary restraining order (Dkt. 8), Issued Summons (Dkt. 11), and Order extending TRO and Setting Preliminary Injunction Hearing (Dkt. 13) to all non-dismissed defendants on Schedule "A" based on e-mail addresses provided by the third party online marketplace platform eBay in response to Plaintiff's third party subpoena. The Defendants were contemporaneously provided a link to Plaintiff's publication website https://www.dropbox.com/scl/fo/yh98pnn1rib9z6ssktbrv/h?rlkey=qayqsb19pjifwhmh5bv3n3avr&dl=0 on which Plaintiff has maintained copies of all filings in this case.

On August 21, 2023, a copy of the Summons (Dkt. 16) was uploaded to Plaintiff's publication website.

On August 22, 2023, the Brickell IP Group, PLLC further emailed all non-dismissed defendants a copy of the Summons (Dkt. 16) as well as copy of the electronic communication from the Court containing the Zoom link for the scheduled August 23, 2023 hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   August 22, 2023

Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*/s/ A. Robert Weaver*
A. Robert Weaver
Fla. Bar No. 92132
Email: rweaver@brickellip.com

*Counsel for Plaintiff*