UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-CV-61229-AMC

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## STATUS REPORT

In compliance with the Court's Order Extending Temporary Restraining Order, Scheduling Hearing, and Unsealing Entries ("Order Setting PI Hearing") [D.E. 13], Plaintiff hereby files this Status Report and states as follows:

1. On August 17, 2023 the Court entered its Order Setting PI Hearing.

2. The next day, on August 18, 2023, all non-dismissed Defendants were served copies of the Complaint [D.E. 1], sealed Order granting the temporary restraining order [D.E. 8], and the Order Setting PI Hearing. *See* Certificate of Compliance [D.E. 18]

3. On August 21, 2023, a copy of the Issued Summons [D.E. 16] was uploaded to Plaintiff's publication website. *See id.*

4. On August 22, 2023, all non-dismissed Defendants were e-mailed copies of the Issued Summons as well as a copy of the Court's e-mail correspondence providing Zoom access information to the schedule preliminary injunction hearing. *See id.*

5. Accordingly, all non-dismissed Defendants have had notice of the Court's temporary restraining order and the scheduled preliminary injunction hearing as-of August 18, 2023, and alternative service has been fully effectuated on all non-dismissed Defendants as of August 22, 2023.

Date:   August 22, 2023                                  Respectfully submitted by,

                                                         THE BRICKELL IP GROUP, PLLC
                                                         1101 Brickell Avenue
                                                         South Tower, Suite 800
                                                         Miami FL, 33131
                                                         Tel: 305-728-8831
                                                         Fax: 305-428-2450

                                                         */s/ A. Robert Weaver*
                                                         A. Robert Weaver
                                                         Fla. Bar No. 92132
                                                         Email: rweaver@brickellip.com

                                                         *Counsel for Plaintiff*