UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61229-CIV-CANNON

**THE SMILEY COMPANY SPRL**,

    Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

    Defendants.
_____/

**ORDER REQUIRING COMBINED RESPONSES**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** all Defendants shall submit a single combined response or separate answers to Plaintiff's Amended Complaint [ECF No. 5] on or before **September 11, 2023**. **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 31st day of August 2023.

 

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record