UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61229-CIV-CANNON

**THE SMILEY COMPANY SPRL**,

    Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

    Defendants.

_____/

**ORDER DISMISSING CASE AS TO DEFENDANT SAMBLACKSSTORE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 23], filed on September 8, 2023. Plaintiff seeks to dismiss its claims against Defendant SamBlacksStore without prejudice [ECF No. 23 p. 1]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by a plaintiff prior to any defendant serving an answer or motion for summary judgment, dismisses the case against that defendant. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** as to Defendant SamBlacksStore, effective September 8, 2023, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 23]. The Clerk is directed to **TERMINATE** SamBlacksStore as a Defendant in this action.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of September 2023.

                                                   **AILEEN M. CANNON**
                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record