UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61229-AMC

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

DinoDinosaurio (Defendant No. 65 on Schedule A to the Complaint); and

Kamestyle (Defendant No. 120 on Schedule A to the Complaint).

Date:  September 12, 2023        Respectfully submitted by,

                                            ***A. Robert Weaver***
                                            Javier Sobrado (Fla. Bar No. 44992)
                                            Email: jsobrado@brickellip.com
                                            Arthur Robert Weaver (Fla. Bar no. 92132)
                                            Email: rweaver@brickellip.com
                                            THE BRICKELL IP GROUP, PLLC
                                            1101 Brickell Avenue, South Tower, Suite 800
                                            Miami FL, 33131
                                            Telephone: (305) 728-8831
                                            *Attorneys for Plaintiff*