UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61229-CIV-CANNON

**THE SMILEY COMPANY SPRL**,

    Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

    Defendants.
_____/

**ORDER REQUIRING RESPONSE TO AMENDED COMPLAINT**

**THIS CAUSE** is before the Court upon a sua sponte review of the record. On August 31, 2023, via an Order Requiring Combined Responses [ECF No. 22], the Court specified September 11, 2023, as the deadline for Defendants to respond or answer Plaintiff's Amended Complaint [ECF No. 5]. To date, Defendants have not filed an answer or other responsive pleading or requested additional time to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants must file an answer or other responsive pleading on or before **September 29, 2023**. If Defendants fail to comply with this Order, such failure may be deemed sufficient cause for the Court to instruct Plaintiffs to file a motion for Clerk's Default. *See* S.D. Fla. L.R. 7.1(c).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 19th day of September 2023.

                                                                                                        AILEEN M. CANNON
                                                                                                        UNITED STATES DISTRICT JUDGE

cc:    counsel of record