UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61229-CIV-CANNON

**THE SMILEY COMPANY SPRL**,

    Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A**,

    Defendants.
_____/

## ORDER CLOSING CASE
## AS TO DEFENDANT REGINALIMA

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal as to Certain Defendants Only [ECF No. 29], filed on September 28, 2023. Plaintiff seeks to dismiss its claims against Defendant reginalima with prejudice [ECF No. 29]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to Defendant reginalima serving an answer or motion for summary judgment, dismisses the case against that defendant. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITH PREJUDICE as to Defendant reginalima**, effective September 28, 2023, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 29].

The Clerk of Court shall **TERMINATE** and **DISMISS** reginalima from this action.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of September 2023.

                                                    **AILEEN M. CANNON**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record