UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61229-CIV-CANNON

**THE SMILEY COMPANY SPRL**,

    Plaintiff,
v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

    Defendants.
_____/

### ORDER REQUIRING MOTION FOR ENTRY OF CLERK'S DEFAULT

**THIS CAUSE** came before the Court upon a sua sponte review of the record. On August 31, 2023, via an Order Requiring Combined Responses [ECF No. 22], the Court specified September 11, 2023, as the deadline for all remaining Defendants to respond or answer Plaintiff's Amended Complaint [ECF No. 5]. To date, only Defendant Caamax has purported to answer the Complaint in a pro se capacity [ECF No. 28].[1] No other Defendant has filed an answer or other responsive pleading or requested additional time to do so. Accordingly, it is

**ORDERED AND ADJUDGED**, on or before **October 20, 2023,** Plaintiff shall submit a Motion for Entry of Clerk's Default as to all remaining Defendants <u>except</u> Defendant Caamax. Plaintiff's failure to file a Motion for Entry of Clerk's Default within the specified time may result in dismissal of the case without prejudice as to all remaining Defendants except Defendant Caamax, and without further notice.

---

[1] Separate order(s) to follow as to Defendant Caamax.

CASE NO. 23-61229-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of October 2023.

                                               **AILEEN M. CANNON**
                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record