UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61229-CIV-CANNON

**THE SMILEY COMPANY SPRL**,

    Plaintiff,
v.

**CAAMAAX**,

    Defendant.
_____/

## ORDER REQUIRING DEFENDANT CAAMAAX TO CLARIFY PARTY STATUS

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. Defendant "Caamaax," appearing pro se, filed an Answer on September 21, 2023 [ECF No. 28]. It is unclear from this Answer whether Defendant "Caamaax" is an individual or a business entity [ECF No. 28]. **Corporate parties, partnerships, associations, and other comparable entities cannot proceed pro se and must be represented by licensed counsel eligible to practice before this Court**. *See Timson v. Sampson*, 518 F.3d 870, 872 (11th Cir. 2008). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. **On or before October 20, 2023**, Defendant Caamaax shall file a "Clarification on Party Status" on the docket indicating whether it is an individual or a corporation, association, partnership, or other comparable entity, attaching any supporting documentary proof to support its position. Failure to comply may result in sanctions, including an order directing Plaintiff to seek a clerk's default.

2. **The CLERK is instructed to add the email address at the bottom of this email to Defendant Caamaax on the docket to ensure that a copy of this Order gets**

**transmitted to that email address**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of October 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record

Caamaax
cocaudcamille3@gmail.com
PRO SE