<div align="center">

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

</div>

| | |
|---|---|
| THE SMILEY COMPANY SPRL, ) | Case No.: 0:23-CV-61229-AMC |
| ) | |
| Plaintiff, ) | |
| v. ) | Judge: AILEEN M. CANNON |
| CAAMAAX, ) | |
| ) | Magistrate: Alicia M. Otazo Reyes |
| Defendant. ) | |

FILED BY MC D.C.
OCT 16 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

<div align="center">

**DEFENDANT NO. 46**
**CAAMAAX 'S CLARIFICATION ON PARTY STATUS**

</div>

I, Camille Cocaud, declare and state as follows:

1. CAAMAAX is the name of a store on Redbubble and defendant 46 in this case.

2. I hereby certify that this is my store, as in I am the person named on this Redbubble account, Camille Cocaud. My email address is detailed below and shown on the screenshot **[EXHIBIT 1]**. This is also my personal email address.

3. I am a private individual and the address shown on the account is my home address.

4. The documentary proof enclosed **[EXHIBIT 1]**, is 3 screen shots of my Redbubble account which shows my personal email address alongside the store name, my home address, and the section where my full name is shown is where Redbubble needs it to process any payments for sales and/or purchases.

5. The address is 12 RUE DE PRES, NANTES, PDL 44000, FRANCE and I have included a google maps search with street view showing my private residence. **[EXHIBIT 2]**

I declare that the information provided by me above, is true and correct.

DATED: October 10th, of 2023            Respectfully submitted,

<div align="right">

Camille Cocaud - pro se litigant
Defendant 46
Caamaax
cocaudcamille3@gmail.com

</div>

Screen shot evidence of Redbubble account – provided by Defendant

Screen Shot Home Address-- provided by defendant

SENDER
CHRONOPOST CDG
HUB ROISSY CDG
ROISSY CEDEX 95700 FR

SHIP DATE : 12OCT23
ACTWGT : 0,2 Kg
CAD# : 1713/FUSE0009
BILL SENDER:
PKG TYPE: CUSTOMER

To: CLERKS OFFICE AILEEN M.CANNON
13055235100
CLERKS OFFICE AILEEN M.CANNON
400 NORTH MIAMI AVENUE

MIAMI FL 33128

REF : 04083127 3883 50G

FedEx EXPRESS

E

TRK# 7078 6309 7610 IP EOD
0430

AA

ETD

XG MPBA 33128
FL-US MIA

CITS-8020-V2-SC

568J4/5F8D/CC6D

e-chronopass
RECEIVER'S COPY



