UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61229-AMC

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO ALL REMAINING DEFENDANTS**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against all remaining defendants on Schedule "A."

Date:  October 20, 2023        Respectfully submitted by,

        ***A. Robert Weaver***
        Javier Sobrado (Fla. Bar No. 44992)
        Email: jsobrado@brickellip.com
        Arthur Robert Weaver (Fla. Bar no. 92132)
        Email: rweaver@brickellip.com
        THE BRICKELL IP GROUP, PLLC
        1101 Brickell Avenue, South Tower, Suite 800
        Miami FL, 33131
        Telephone: (305) 728-8831
        *Attorneys for Plaintiff*