UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61229-AMC

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

**RENEWED NOTICE OF VOLUNTARY DISMISSAL
AS TO ALL REMAINING DEFENDANTS**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against all remaining defendants on Schedule "A."

Defendant No. 46 Caamaax, who filed an Answer [D.E. 28], stipulates to Plaintiff's voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Plaintiff voluntarily dismisses all other remaining defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: 06/11/2023

Stipulated by,

_____
Defendant No. 46, Caamaax

1

2

Date: Nov. 11, 2023

Respectfully submitted by,

*A. Robert Weaver*
Javier Sobrado (Fla. Bar No. 44992)
Email: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Email: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*