**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 23-61229-CIV-CANNON**

**THE SMILEY COMPANY SPRL**,

     Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE A**,

     Defendants.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 38], filed on November 6, 2023.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Per Rule 41(a)(1)(A)(ii), the Notice of Voluntary Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012).  Here, Plaintiff's Notice [ECF No. 38], is signed by Defendant Caamaax, the only defendant to have appeared [ECF No. 28].  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendants, effective November 6, 2023, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 38].

The Clerk of Court shall **CLOSE** this case.

CASE NO. 23-61229-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of November

2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record