AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Southern District of Florida (Ft Lauderdale)__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>0:23-cv-61229-AMC | DATE FILED<br>6/27/2023 | U.S. DISTRICT COURT<br>Southern District of Florida (Ft Lauderdale) |
|---|---|---|
| **PLAINTIFF**<br>The Smiley Company SPRL | | **DEFENDANT**<br>The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A" |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,747,618 | 8/5/2003 | SMILEY |
| 2 | 2,566,529 | 5/7/2002 | SMILEY |
| 3 | 5,453,732 | | SMILEY |
| 4 | 2,970,055 | 7/19/2005 | SMILEY |
| 5 | See Complaint | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Order Closing Case. |

| CLERK<br>Angela E. Noble | (BY) DEPUTY CLERK<br>J. Conway | DATE<br>6/27/2023 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

[ Print ]   [ Save As... ]   [ Reset ]